# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Phoenix 1040 LLC, ) | |
| ) | Case No. 23-11239 (TMH) |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 93-3032550 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| AMERIFIRST FINANCIAL, INC., ) | Case No. 23-11240 (TMH) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 86-0634557 ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Quinn Emanuel Urquhart & Sullivan, LLP and Potter Anderson Corroon LLP hereby enter their appearance as counsel to represent RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P., (collectively "RCP") in the above-captioned cases (the "Notice of Appearance") pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Manisha M. Sheth (*pro hac vice* pending)<br>Patricia B. Tomasco (*pro hac vice* pending)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>manishasheth@quinnemanuel.com<br>pattytomasco@quinnemanuel.com | **POTTER ANDERSON & CORROON LLP**<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Katelin A. Morales (No. 6683)<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>csamis@potteranderson.com<br>kgood@potteranderson.com<br>kmorales@potteranderson.com |

-and-

Bennett Murphy (*pro hac vice* pending)
Razmig Izakelian (*pro hac vice* pending)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
bennettmurphy@quinnemanuel.com
razmigizakelian@quinnemanuel.com

-and-

Brittany J. Nelson (*pro hac vice* pending)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
brittanynelson@quinnemanuel.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds

thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of RCP to: (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which RCP is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this Notice of Appearance is not intended as, and shall not be, RCP's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of RCP cannot enter final orders or judgments consistent with Article III of the United States Constitution.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: August 26, 2023<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ Christopher M. Samis*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Katelin A. Morales (No. 6683)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>csamis@potteranderson.com<br>kgood@potteranderson.com<br>kmorales@potteranderson.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>Manisha M. Sheth (*pro hac vice* pending)<br>Patricia B. Tomasco (*pro hac vice* pending)<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>manishasheth@quinnemanuel.com<br>pattytomasco@quinnemanuel.com<br><br>-and-<br><br>Bennett Murphy (*pro hac vice* pending)<br>Razmig Izakelian (*pro hac vice* pending)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA  90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>bennettmurphy@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com<br><br>-and-<br><br>Brittany J. Nelson (*pro hac vice* pending)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>brittanynelson@quinnemanuel.com<br><br>*Counsel to RCP Credit Opportunities Fund Loan SPV (Fund III), L.P.  and RCP Customized Credit Fund (Fund-IV-A), L.P.* |