# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Phoenix 1040 LLC, ) | |
| ) | Case No. 23-11239 (TMH) |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 93-3032550 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| AMERIFIRST FINANCIAL, INC., ) | Case No. 23-11240 (TMH) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 86-0634557 ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Razmig Izakelian of Quinn Emanuel Urquhart & Sullivan, LLP to represent RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. (collectively "RCP") in the above-captioned cases.

Dated: August 26, 2023  **POTTER ANDERSON & CORROON LLP**
Wilmington, Delaware

*/s/ Katelin A. Morales*
Katelin A. Morales (No. 6683)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6026
kmorales@potteranderson.com

10985571v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: August 26, 2023	**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Razmig Izakelian*
Razmig Izakelian
865 Figueroa St., 10th Floor
Los Angeles, California  90017
Telephone: (213) 443-3000
razmigizakelian@quinnemanuel.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

10985571v.1