**Fill in this information to identify the case:**

Debtor name    AmeriFirst Financial, Inc., *et al.*

United States Bankruptcy Court for the District of Delaware

(State)

Case number (If known):   23-11240 (TMH)

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis) 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P. 590 MADISON AVE. FLOOR 29 NEW YORK, NY 10022 | Theodore Samets Tel: 646-907-5604 theodore.samets@reverencecapital.com | Bond Debt (Partially Secured) | U | | | $17,900,893 |
| 2. | RCP Customized Credit Fund (Fund IV-A), L.P. 590 MADISON AVE. FLOOR 29 NEW YORK, NY 10022 | Theodore Samets Tel: 646-907-5604 theodore.samets@reverencecapital.com | Bond Debt (Partially Secured) | U | | | 5,966,964 |
| 3. | WELLS FARGO BANK, N.A. 420 MONTGOMERY ST. SAN FRANCISCO, CA 94104 | Account Manager Tel: 866-359-3997 FRPREPOINDEM@wellsfargo.com | Trade Debt | U | | | 1,086,315 |
| 4. | US BANK PO BOX 1950 ST. PAUL, MN 55101 | Account Manager Tel: 952-976-9766 CorrespondentBilling@usbank.com | Trade Debt | U | | | 463,165 |
| 5. | PARAGON MICRO INC 1711 W GREENTREE DR. TEMPE, AZ 85284 | Account Manager Tel: 800-436-7414 ar@paragonmicro.com | Trade Debt | | | | 435,476 |
| 6. | LAKEVIEW LOAN SERVICING, LLC 4425 PONCE DE LEON MS 5-251 CORAL GABLES, FL 33146 | Account Manager Tel: 855-294-8564 InvoicingTPO@bayviewloans.com | Trade Debt | U | | | 431,045 |
| 7. | FARHANG AND MEDCOFF 4201 N 24TH ST. PHOENIX, AZ 85016 | Account Manager Tel: 520-214-2000 fmbilling@farhangmedcoff.com | Professional Services | | | | 425,166 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8. | TRUIST BANK 214 N TRYON ST. SUITE 3 CHARLOTTE, NC 28202 | Hannah Slaughter Tel: 252-236-8377 hannah.slaughter@truist.com | Trade Debt | U | | | 417,538 |
| 9. | JPMCB 270 PARK AVE. NEW YORK, NY 10017 | Account Manager Tel: 312-732-2884 zlata.m.medica@chase.com | Trade Debt | | | | 339,942 |
| 10. | KASOWITZ BENSON TORRES LLP 1633 BROADWAY NEW YORK, NY 10019 | Edward Filusc Tel: 212-506-1700 EFilusch@kasowitz.com | Professional Services | | | | 187,386 |
| 11. | CIT 75 N FAIR OAKS AVE. SUITE C PASADENA, CA 91103 | Account Manager Tel: 866-345-1390 myaccounts@firstcitizens.com | Equipment Lease | D | | | 167,689 |
| 12. | TOTAL EXPERT 1600 UTICA AVE. S MINNEAPOLIS, MN 55416 | Account Manager accounting@totalexpert.com | Trade Debt | D | | | 166,264 |
| 13. | QUARLES & BRADY LLP 2 N CENTRAL AVE. #3 PHOENIX, AZ 85004 | Account Manager Tel: 602-229-5200 clientpayments@quarles.com | Professional Services | | | | 142,077 |
| 14. | UNITED HEALTHCARE 9700 HEALTH CARE LN. MINNETONKA, MN 55343 | Sharon Lohman Tel: 612-383-4852 sharon_a_lohman@uhc.com | Employee Benefits | | | | 107,737 |
| 15. | PHOENIX ARENA DEVELOPMENT, LP 201 E JEFFERESON ST. PHOENIX, AZ 85004 | S.Vega Tel: 602-379-7503 svega@suns.com | Trade Debt | | | | 95,608 |
| 16. | EL CAMINO REAL BUILDING 209 AVENIDA DEL MAR SAN CLEMENTE, CA 92672 | Carlee Gutierrez gutierrez.carlee@yahoo.com | Real Property Lease | D | | | 93,000 |
| 17. | THE LAW OFFICE OF JEFF A. GEORGE, APC 14071 PEYTON DR. #2710 CHINO HILLS, CA 91709 | Jeff George Tel: 714-504-6109 jeffgeorge@jglawyer.com | Professional Services | | | | 85,463 |
| 18. | OPTIMAL BLUE, LLC 5340 LEGACY DR. BLDG 2 2ND FLOOR PLANO, TX 75024 | Michelle Kersch Tel: 972-781-0200 michelle.kersch@bkfs.com | Trade Debt | | | | 80,341 |
| 19. | DB TRUST CO. AMERICAS 1761 E ST ANDREW PLACE SANTA ANA, CA 92705 | Account Manager Tel: 904-271-2541 ctas.fee-billing@db.com | Trade Debt | | | | 76,530 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20. ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES 333 E OSBORN RD. SUITE 100, 270, AND 300 PHOENIX, AZ 85012 | Lidsey McCloskey Tel: 847-458-9900 Lindsey_McCloskey@ajg.com | Trade Debt | | | | 66,367 |
| 21. ASSIMILATE SOLUTIONS TOWER 49 12 E 49TH ST. 34TH FLOOR NEW YORK, NY 10017 | Account Manager Tel: 713-328-4400 asm-invoices@situsamc.com | Trade Debt | | | | 62,432 |
| 22. DAMONTEK 3458 E NORWARD CIR. MESA AZ 85213 | Account Manager Tel: 602-600-6321 billing@damontek.com | | | | | 44,479 |
| 23. ARIVS 1930 N ARBOLEDA RD MESA, AZ 85213 | Account Manager Tel: 480-478-0025 480-478-0025 | Trade Debt | | | | 44,150 |
| 24. ACADEMY MORTGAGE CORPORATION 339 W 13490 SOUTH DRAPER, UT 84020 | Jesse Winn Tel: 801-256-5522 Jesse.winn@academymortgage.com | Real Property Lease | | | | 42,512 |
| 25. EXPERIAN PO BOX 841971 LOS ANGELES, CA 90084 | Cecilia Rojas Tel: 714-830-3633 Cecilia.Rojas@experian.com | Trade Debt | | | | 40,677 |
| 26. MOURIER LAND INVESTMENT CORPORATION 1430 BLUE OAKS BLVD. SUITE 190 ROSEVILLE, CA 95747 | S. Louie slouie@ngkf.com | Real Property Lease | D | | | 40,000 |
| 27. CLEARCOMPANY HRM 200 CLARENDON ST. 49TH FLOOR BOSTON, MA 02116 | Account Manager Tel: 617-938-3801 billing@clearcompany.com | Trade Debt | D | | | 37,290 |
| 28. UKG INC. PO BOX 930953 ATLANTA, GA 31193 | Account Manager Tel: 1-800-432-1729 accountsreceivable@ukg.com | Trade Debt | | | | 36,317 |
| 29. BLACK KNIGHT TECHNOLOGIES PO BOX 742971 LOS ANGELES, CA 90074 | Account Manager custsvc@bkfs.com | Trade Debt | | | | 33,230 |
| 30. MORTGAGE COACH PO BOX 112 CORONA, CA 92878 | Account Manager Tel: 1-800-951-2696 accounting@mortgagecoach.com | Trade Debt | D | | | 30,625 |