**Exhibit C**

**Cash Management Schematic**

