## Exhibit D

## List of Bank Accounts

|     | Debtor | Institution | Account Type | Last 4 Digits of Account Number |
|-----|--------|-------------|--------------|---------------------------------|
| 1.  | Amerifirst Financial, Inc. | Alliance Bank of Arizona | Business Analysis | 4484 |
| 2.  | Amerifirst Financial, Inc. | Alliance Bank of Arizona | Servicing | 7714 |
| 3.  | Amerifirst Financial, Inc. | Alliance Bank of Arizona | FHLMC | 4044 |
| 4.  | Amerifirst Financial, Inc. | Alliance Bank of Arizona | FHLMC | 8051 |
| 5.  | Amerifirst Financial, Inc. | Alliance Bank of Arizona | FNMA | 0270 |
| 6.  | Amerifirst Financial, Inc. | Alliance Bank of Arizona | FNMA | 4271 |
| 7.  | Amerifirst Financial, Inc. | Alliance Bank of Arizona | GNMA | 2288 |
| 8.  | Amerifirst Financial, Inc. | Alliance Bank of Arizona | GNMA | 2949 |
| 9.  | Amerifirst Financial, Inc. | Alliance Bank of Arizona | Portfolio | 1398 |
| 10. | Amerifirst Financial, Inc. | Alliance Bank of Arizona | Portfolio | 7385 |
| 11. | Amerifirst Financial, Inc. | BMO Harris Bank N.A. | Checking Acct. | 8588 |
| 12. | Amerifirst Financial, Inc. | Chase Bank | MIP | 4209 |
| 13. | Amerifirst Financial, Inc. | Chase Bank | Operating | 4191 |
| 14. | Amerifirst Financial, Inc. | Chase Bank | Payroll | 6620 |
| 15. | Amerifirst Financial, Inc. | Chase Bank | Servicing | 7122 |
| 16. | Amerifirst Financial, Inc. | Chase Bank | Trust (appraisals) | 4217 |
| 17. | Amerifirst Financial, Inc. | Chase Bank | Savings | 9872 |
| 18. | Amerifirst Financial, Inc. | Chase Bank | Savings | 3952 |
| 19. | Amerifirst Financial, Inc. | Wells Fargo | Checking Acct. | 4352 |
| 20. | Amerifirst Financial, Inc. | Veritex | DACA | 5415 |
| 21. | Amerifirst Financial, Inc. | Veritex | WH Checking | 9327 |
| 22. | Amerifirst Financial, Inc. | Centier | Operating | 7532 |
| 23. | Amerifirst Financial, Inc. | Centier | Reserve | 8813 |
| 24. | Captive Insurance - Malaby Insurance, Inc. | Chase Bank | Checking | 9687 |
| 25. | Phoenix 1040 | Citizens Bank | Operating | 4721 |