**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC.,[1] | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 23-11240 (TMH) <br> ) <br> ) (Joint Administration Requested) <br> ) <br> **Ref Docket No. ___** |

**INTERIM ORDER (I) AUTHORIZING THE DEBTORS TO CONTINUE IN THE ORDINARY COURSE OF BUSINESS: (A) SALE ACTIVITIES RELATED TO CERTAIN "CIK" PROPERTIES, (B) ORIGINATING AND FUNDING MORTGAGE LOANS, (C) SELLING "SCRATCH AND DENT LOANS", (D) SERVICING LOANS, AND (II) GRANTING RELATED RELIEF**

Upon consideration of the above debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") motion for entry of this interim ("Interim Order") and final orders, under sections 105(a), 362, 363, 1107(a) and 1108 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), (i) authorizing, but not directing, the Debtors to continue in the ordinary course of business: (a) sale activities related to certain "Cash is King" owned properties ("CIK Properties"), including authorizing the sale of such CIK Properties free and clear of liens, claims, and encumbrances, (b) originating and funding mortgage loans, (c) selling "scratch and dent" loans, (d) servicing loans, and (ii) granting related relief (the "Motion"); and the Court having conducted a hearing on August [●], 2023 (the "Hearing") to consider the Motion; and notice of the Motion having been adequate under

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

DOCS_DE:244461.3 70786/001

the circumstances; and upon the record of the Hearing and the Motion; and after due deliberation; and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Debtors are hereby authorized but not directed, to continue in the ordinary course of business:

    (a) sale activities related CIK Properties, including authorizing the sale of such CIK Properties free and clear of liens, claims, and encumbrances, subject only to the consent of the holders of mortgage liens on the CIK Properties;

    (b) originating and funding mortgage loans,

    (c) selling S&D Loans; and

    (d) servicing loans; and it is further

ORDERED, that the Debtors have demonstrated that the requested relief is "necessary to avoid immediate and irreparable harm," as contemplated by Bankruptcy Rule 6003; and it is further

ORDERED, that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice; and it is further

ORDERED, that the final hearing (the "<u>Final Hearing</u>") on the Motion shall be held on _____, 2023, at __:__ _.m., prevailing Eastern Time.  Any objections or responses to entry of a final order on the Motion shall be filed on or before 4:00 p.m., prevailing Eastern Time, on _____, 2023 and shall be served on:  (a) proposed counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, PO Box 8705, Wilmington, Delaware 19801, Attn.: Laura Davis Jones (ljones@pszjlaw.com), David M. Bertenthal

(dbertenthal@pszjlaw.com) and Timothy P. Cairns (tcairns@pszjlaw.com), (b) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Linda Richenderfer (linda.richenderfer@usdoj.gov); and (c) any statutory committee appointed in these chapter 11 cases; and it is further

ORDERED, that notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Interim Order are immediately effective and enforceable upon its entry; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted in this Interim Order; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Interim Order.