# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
| | ) (Joint Administration Requested) |
| | ) **Re: Docket Nos. 16, 18, 19, 21, 22** |

**Hearing Date:  August 30, 2023 at 3:00 p.m. (ET)**

## NOTICE OF HEARING[2] ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on August 24, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware.  The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that together with their chapter 11 petitions, the Debtors also filed the following applications and motions set forth below (collectively, the "First Day Motions").  The Debtors intend to seek approval of certain of the First Day Motions at a hearing by video conference (the "First Day Hearing") before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

[2] Parties attending the hearing by Zoom are required to register at the following link
https://debuscourts.zoomgov.com/meeting/register/vJItdOypqj0jGcBOLdtSD1XZbSUYrmGjYpY.

North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801, on **August 30, 2023 at 3:00 p.m. (Eastern Time)**.

### Administrative Motions

1. Motion of Debtors for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Filed: 8/29/23] (Docket No. 16).

### First Day Motions Pertaining to Operations

2. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 8/29/23] (Docket No. 18).

3. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed: 8/29/23] (Docket No. 19).

4. Debtors' Motion for Interim and Final Orders Under Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business: (A) Sale Activities Related to Certain "CIK" Properties, (B) Originating and Funding Mortgage, Loans, (C) Selling "Scratch and Dent Loans", (D) Servicing Loans, and (II) Granting Related Relief [Filed: 8/29/23] (Docket No. 22).

### Motion to Obtain Postpetition Financing

5. Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] (Docket No. 21).

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions may be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 23-11240 (TMH), or may be obtained for free by accessing the Debtors' restructuring website at https://omniagentsolutions.com/AmeriFirst.

[*Remainder of Page Intentionally Left Blank*]

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

| | |
|---|---|
| Dated:  August 29, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>Email:  ljones@pszjlaw.com<br>            dbertenthal@pszjlaw.com<br>            tcairns@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |