**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERIFIRST FINANCIAL, INC.,[1] | ) ) ) | Case No. 23-11240 (TMH) |
|  | ) ) | (Joint Administration Requested) |
|  | ) ) | **Re: Docket No. 21** |

**Hearing Date:  August 30, 2023 at 3:00 p.m. (ET)**

**NOTICE OF HEARING[2] ON MOTION OF THE DEBTORS FOR
INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS
(A) TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE
CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION
TO PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY,
(IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 29, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 21] (the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors attached to the DIP Motion the proposed *Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders,*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

[2] Parties participating at the hearing may register to monitor or appear at the hearing by following this link: https://debuscourts.zoomgov.com/meeting/register/vJItdOypqj0jGcBOLdtSD1XZbSUYrmGjYpY.

*(III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (the "Proposed Interim Order").  A copy of the Proposed Interim Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the DIP Motion and entry of the Proposed Interim Order in substantially the form attached hereto at a hearing by video conference (the "Interim Hearing") before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, on **August 30, 2023, at 3:00 p.m. (Eastern Time)**.  A copy of the DIP Motion may be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 23-11240 (TMH), or may be obtained for free by accessing the Debtors' restructuring website at https://omniagentsolutions.com/AmeriFirst.

**PLEASE TAKE FURTHER NOTICE** that after the Interim Hearing, the Debtors will serve upon you a complete copy of (a) the DIP Motion, (b) any Interim Order entered by the Court at the Interim Hearing, and (c) notice of the final hearing on the DIP Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Interim Order before or at the Interim Hearing.

Dated:  August 29, 2023  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
　　　　dbertenthal@pszjlaw.com
　　　　tcairns@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*