# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
| | ) |
| | ) (Joint Administration Requested) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 30, 2023 AT 3:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN[2]

---

**THE HEARING WILL BE CONDUCTED VIA ZOOM ONLY.**

**Please see below for the connection and registration information.
Please Note: All individuals participating by video must register at least 2 hours prior to the hearing at the provided link. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when registering and logging into
Zoom or you will not be granted access to the hearing.**

**Registration Link:**
https://debuscourts.zoomgov.com/meeting/register/vJItdOypqj0jGcBOLdtSD1XZbSUYrmGjYpY

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

1. Voluntary Petitions:[3]

    A.    Phoenix 1040 LLC [Case No. 23-11239, Docket No.1]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

[3] Copies of filed documents may be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 23-11240 (TMH), or may be obtained for free by accessing the Debtors' restructuring website at https://omniagentsolutions.com/AmeriFirst.

B.  AmeriFirst Financial, Inc. [Case No. 23-11240, Docket No.1]

C.  Amended List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis) [Filed: 8/29/23] (Docket No. 17).

### First Day Declaration

2. Declaration of T. Scott Avila in Support of First Day Motions [Filed: 8/29/23] (Docket No. 20).

    Status: The Debtors will ask the Court to admit the Declaration into evidence. To the extent the Court or any party in interest have questions regarding the Declaration or the factual bases for the first-day relief the Debtors seek, Mr. Avila will be available on the Zoom platform.

### Administrative Motions

3. Motion of Debtors for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Filed: 8/29/23] (Docket No. 16).

    Status: This matter will go forward.

**Motion for Postpetition Financing**

4. Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] (Docket No. 21).

    Status: This matter will go forward with respect to an interim order.

**First Day Motions Pertaining to Operations**

5. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 8/29/23] (Docket No. 18).

    Status: This matter will go forward with respect to an interim order.

6. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed: 8/29/23] (Docket No. 19).

    Status: This matter will go forward with respect to an interim order.

7.    Debtors' Motion for Interim and Final Orders Under Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business: (A) Sale Activities Related to Certain "CIK" Properties, (B) Originating and Funding Mortgage, Loans, (C) Selling "Scratch and Dent Loans", (D) Servicing Loans, and (II) Granting Related Relief [Filed: 8/29/23] ([Docket No. 22](#)).

<u>Status</u>: This matter will go forward with respect to an interim order.

Dated: August 29, 2023         **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*