**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC.,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Joint Administration Requested) |

**ERIC BOWLBY'S EXHIBIT LIST FOR**
**HEARING ON AUGUST 30, 2023 AT 3:00 P.M. (ET)**

Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc. ("Mr. Bowlby" or the "CEO"), by his undersigned counsel hereby submits this exhibit list in connection with the *Preliminary Objection of Eric Bowlby to Debtors' First Day Motions* [D.I. 44] (the "Objection") scheduled for hearing on August 30, 2023 at 3:00 p.m. before the Honorable Thomas M. Horan, of the United States Bankruptcy Court of the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

**EXHIBITS**

Mr. Bowlby designates the following exhibits that may be used in connection with the Objection:

| Exhibit | Document Description | Docket No. |
|---|---|---|
| A. | Amended and Restated Credit and Security Agreement among AmeriFirst Financial, Inc., and RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. dated May 15, 2023 | D.I. 44 – Exhibit A |
| B. | Limited Waiver and Second Amendment to Credit and Security Agreement by and between AmeriFirst Financial, | D.I. 44 – Exhibit B |

---

[1] The Debtors and the last four (4) digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

| Exhibit | Document Description | Docket No. |
|---|---|---|
|  | Inc. and RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A) L.P. dated May 15, 2023 |  |
| **C.** | Pledge Agreement by and between Eric Bowlby, Ken Bowlby and RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. dated May 15, 2023 | D.I. 44 – Exhibit C |
| **D.** | Security Agreement by and between AmeriFirst Financial, Inc. and RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. dated May 15, 2023 | D.I. 44 – Exhibit D |
| **E.** | AmeriFirst Financial, Inc. Notice of Default to Reverence Capital Partners dated August 22, 2023 | D.I. 44 – Exhibit E |
| **F.** | Notice of Events of Default to AmeriFirst Financial, Inc. dated August 24, 2023 | D.I. 44 – Exhibit F |
| **G.** | Assignment and Assumption Agreement dated August 24, 2023 | D.I. 44 – Exhibit G |
| **H.** | Certificate of Formation of Phoenix 1040 LLC | D.I. 44 – Exhibit H |
| **I.** | Certificate of Formation of Phoenix 1040 Holding LLC | D.I. 44 – Exhibit I |
| **J.** | Unanimous Written Consent of the Sole Shareholder of AmeriFirst Financial, Inc. ("Shareholder Resolution") | D.I. 44 – Exhibit J |
| **K.** | Unanimous Written Consent of the Board of Directors of AmeriFirst Financial, Inc. ("Director Resolution") | D.I. 44 – Exhibit K |

- 3 -

Dated: August 30, 2023  
       Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C**

<u>*/s/ Joseph C. Barsalona II*</u>
William R. Firth, III (No. 4356)
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street, 4th Floor, #183,
Wilmington, DE 19801
Telephone: (302) 592-6497
Facsimile: (201) 488-5556
Email: jbarsalona@pashmanstein.com

*Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc.*