**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
| | ) (Joint Administration Requested) |
| | ) **Re: Docket No. 21** |

Hearing Date:  August 30, 2023 at 3:00 p.m. (ET)

**NOTICE OF FILING OF <u>REVISED</u> PROPOSED INTERIM ORDER (I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 29, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 21] (the "DIP Motion") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that attached to the DIP Motion is the proposed *Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III)*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

*Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (the "Proposed Interim DIP Order").

**PLEASE TAKE FURTHER NOTICE** that on August 29, 2023, the Debtors filed and served the *Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 37] (the "Notice"). Pursuant to the Notice, an interim hearing on the DIP Motion has been scheduled for August 30, 2023 at 3:00 p.m. prevailing Eastern Time (the "Interim Hearing").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed interim order granting interim relief on the DIP Motion (the "Revised Proposed Interim DIP Order"). The Debtors intend to present the Revised Proposed Interim DIP Order at the Interim Hearing.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a blacklined copy of the Revised Proposed Interim DIP Order showing changes made from the Proposed Interim DIP Order.

*[Remainder of Page Intentionally Blank]*

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further modify, if necessary, the Revised Proposed Interim DIP Order before or at the Interim Hearing.

Dated:  August 30, 2023                    **PACHULSKI STANG ZIEHL & JONES LLP**

<div style="margin-left: 3em;">

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            tcairns@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

</div>