# **EXHIBIT B**

## **Initial Budget**

*Amerifirst Financial, LLC*
*Three Week Cash Flow Budget*
*8/28/2023*
*($ 000's)*

| Week Ending | Week 1 9/1 | Week 2 9/8 | Week 3 9/15 | 3-Week Total |
|---|---:|---:|---:|---:|
| *Cash Receipts* | | | | |
| MSR | $ - | $ - | $ 100 | $ 100 |
| **Net Cash Receipts** | **-** | **-** | **100** | **100** |
| *Operating Disbursements* | | | | |
| Payroll & Payroll Taxes | 544 | - | 536 | 1,080 |
| Commissions | 208 | - | 95 | 304 |
| IT Expense | 5 | 128 | 85 | 217 |
| Benefits | 111 | 112 | - | 223 |
| Rent and Lease Expense | - | - | 90 | 90 |
| Insurance | 1 | 66 | - | 67 |
| CIK Expense | - | - | 13 | 13 |
| Other | 10 | 10 | 10 | 30 |
| **Total Operating Disbursements** | **879** | **316** | **829** | **2,024** |
| **Operating Cash Flow** | **(879)** | **(316)** | **(729)** | **(1,924)** |
| **Cumulative Operating Cash Flow** | **(879)** | **(1,195)** | **(1,924)** | |
| *Non-Operating Disbursements / (Receipts)* | | | | |
| Restructuring Fees | 426 | 406 | 449 | 1,281 |
| **Total Non-Operating Disbursements / (Receipts)** | **426** | **406** | **449** | **1,281** |
| **Beginning Cash** | 483 | 50 | 50 | 483 |
| *(+/-) Net Cash Flow* | (1,305) | (722) | (1,178) | (3,205) |
| *(+) DIP* | 872 | 722 | 1,178 | 2,773 |
| **Ending Cash** | $ 50 | $ 50 | $ 50 | $ 50 |
| **Minimum Cash** | $ 50 | $ 50 | $ 50 | |