## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 1, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 65]**

- **Notice Of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Docket No. 66]**

- **Notice of Entry of Interim Order and Final Hearing Regarding Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 67]**

- **Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Interim and Final Orders Under Sections 105(A), 363, 1107(A) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business: (A) Sale Activities Related to Certain "CIK" Properties, (B) Originating and Funding Mortgage, Loans, (C) Selling "Scratch and Dent Loans", (D) Servicing Loans, and (II) Granting Related Relief [Docket No. 68]**

- **Notice of Entry of Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 70]**

On September 1, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

- **Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 65]**

- **Notice Of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Docket No. 66]**

- **Notice of Entry of Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 70]**

On September 1, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **<u>Exhibit C</u>**:

- **Notice Of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Docket No. 66]**

On September 1, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **<u>Exhibit D</u>**:

- **Notice of Entry of Interim Order and Final Hearing Regarding Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 67]**

On September 1, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **<u>Exhibit E</u>**:

- **Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Interim and Final Orders Under Sections 105(A), 363, 1107(A) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business: (A) Sale Activities Related to Certain "CIK" Properties, (B) Originating and Funding Mortgage, Loans, (C) Selling "Scratch and Dent Loans", (D) Servicing Loans, and (II) Granting Related Relief [Docket No. 68]**

Dated: September 6, 2023

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 6th day of September, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# EXHIBIT A

**Exhibit A**

**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez<br>Attn: Larry R Boyd<br>Attn: Emily M Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com | Email |
| 30 Largest | Academy Mortgage Corp | Attn: Jesse Winn<br>339 W 13940 S<br>Draper, UT 84020 | Jesse.winn@academymortgage.com | Email |
| 30 Largest | Arivs | Attn: Account Manager<br>1930 N Arboleda Rd<br>Mesa, AZ 85213 | | First Class Mail |
| 30 Largest | Arthur J Gallagher Risk Management Services | Attn: Lidsey McCloskey<br>333 E Osborn Rd, Ste 100, 270, & 300<br>Phoenix, AZ 85012 | Lindsey_McCloskey@ajg.com | Email |
| 30 Largest | Assimilate Solutions | Attn: Account Manager<br>Tower 49<br>12 E 49th St, 34th Fl<br>New York, NY 10017 | asm-invoices@situsamc.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | Bielli & Klauder, LLC | Attn: David M Klauder<br>1204 N King St<br>Wilmington, DE 19801 | dklauder@bk-legal.com | Email |
| 30 Largest | Black Knight Technologies | Attn: Account Manager<br>P.O. Box 742971<br>Los Angeles, CA 90074 | custsvc@bkfs.com | Email |
| 30 Largest | CIT | Attn: Account Manager<br>75 N Fair Oaks Ave, Ste C<br>Pasadena, CA 91103 | myaccounts@firstcitizens.com | Email |
| 30 Largest | Clearcompany HRM | Attn: Account Manager<br>200 Clarendon St, 49th Fl<br>Boston, MA 02116 | billing@clearcompany.com | Email |
| 30 Largest | Damonetk | Attn: Account Manager<br>3458 E Norward Cir<br>Mesa, AZ 85213 | billing@damonetk.com | Email |
| 30 Largest | DB Trust Co Americas | Attn: Account Manager<br>1761 E St Andrew Pl<br>Santa Ana, CA 92705 | ctas.fee-billing@db.com | Email |
| Governmental Authority | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | First Class Mail |
| 30 Largest | El Camino Real Building | Attn: Carlee Gutierrez<br>209 Avenida Del Mar<br>San Clemente, CA 92672 | gutierrez.carlee@yahoo.com | Email |
| 30 Largest | Experian | Attn: Cecilia Rojas<br>P.O. Box 841971<br>Los Angeles, CA 90084 | Cecilia.Rojas@experian.com | Email |
| 30 Largest | Farhang & Medcoff | Attn: Account Manager<br>4201 N 24th St<br>Phoenix, AZ 85016 | fmbilling@farhangmedcoff.com | Email |
| Governmental Authority | Internal Revenue Service | P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| 30 Largest | JPMCB | Attn: Account Manager<br>270 Park Ave<br>New York, NY 10017 | zlata.m.medica@chase.com | Email |
| 30 Largest | Kasowitz Benson Torres LLP | Attn: Edward Filusc<br>1633 Broadway<br>New York, NY 10019 | EFilusch@kasowitz.com | Email |
| 30 Largest | Lakeview Loan Servicing, LLC | Attn: Account Manager<br>4425 Ponce De Leon, Ms 5-251<br>Coral Gables, FL 33146 | InvoicingTPO@bayviewloans.com | Email |
| *NOA - Counsel for The County of Hays, Texas | McCreary, Veselka, Bragg, & Allen, PC | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| *NOA - Counsel for Alturas Stanford, LLC | Mills Halstead & Zaloudek, LLC | Attn: Amanda H Halstead<br>600 17th St, Ste 2800S<br>Denver, CO 80202 | ahh@mhzlegal.com | Email |
| 30 Largest | Mortgage Coach | Attn: Account Manager<br>P.O. Box 112<br>Corona, CA 92878 | accounting@mortgagecoach.com | Email |
| 30 Largest | Mourier Land Investment Corp | Attn: S Louie<br>1430 Blue Oaks Blvd, Ste 190<br>Roseville, CA 95747 | slouie@ngkf.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Stephen Warren<br>Attn: Jordan Weber<br>400 S Hope St, 18th Fl<br>Los Angeles, CA 90071-2899 | swarren@omm.com<br>jweber@omm.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Jennifer Taylor<br>2 Embarcadero Ctr, 28th Fl<br>San Francisco, CA 94111-3823 | jtaylor@omm.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Daniel Shamah<br>Times Square Tower<br>7 Times Sq<br>New York, NY 10036 | dshamah@omm.com | Email |
| Governmental Authority | Office of the US Trustee | Attn: Linda Richenderfer<br>844 King St, Ste 2207<br>Wilmington, DE 19801 | Linda.Richenderfer@usdoj.gov | Email |
| 30 Largest | Optimal Blue, LLC | Attn: Michelle Kersch<br>5340 Legacy Dr, Bldg 2, 2nd Fl<br>Plano, TX 75024 | michelle.kersch@bkfs.com | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Debtors' counsel | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones<br>Attn: David M Bertenthal<br>Attn: Timothy P Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>dbertenthal@pszjlaw.com | Email |
| 30 Largest | Paragon Micro Inc | Attn: Account Manager<br>1711 W Greentree Dr<br>Tempe, AZ 85284 | ar@paragonmicro.com | Email |
| *NOA - Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc. | Pashman Stein Walder Hayden, P.C. | Attn: William R Firth, III<br>Attn: Joseph C Barsalona II<br>1007 N Orange St<br>4th Fl, Ste 183<br>Wilmington, DE 19801 | jbarsalona@pashmanstein.com<br>wfirth@pashmanstein.com | Email |
| 30 Largest | Phoenix Arena Development, LP | Attn: S Vega<br>201 E Jefferson St<br>Phoenix, AZ 85004 | svega@suns.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Potter Anderson & Corroon LLP | Attn: Christopher M Samis<br>Attn: L Katherine Good<br>Attn: Katelin A Morales<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801-6108 | csamis@potteranderson.com<br>kgood@potteranderson.com<br>kmorales@potteranderson.com | Email |
| 30 Largest | Quarles & Brady LLP | Attn: Account Manager<br>2 N Central Ave, Apt 3<br>Phoenix, AZ 85004 | clientpayments@quarles.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Manisha M Sheth<br>Attn: Patricia B Tomasco<br>51 Madison Ave, 22nd Fl<br>New York, NY 10010 | manishasheth@quinnemanuel.com<br>pattytomasco@quinnemanuel.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Bennett Murphy<br>Attn: Razmig Izakelian<br>865 S Figueroa St, 10th Fl<br>Los Angeles, CA 90017 | bennettmurphy@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Brittany J Nelson<br>1300 I St NW, Ste 900<br>Washington, DC 20005 | brittanynelson@quinnemanuel.com | Email |
| 30 Largest | RCP Credit Opportunities Fund Loan Spv Fund III, LP | Attn: Theodore Samets<br>590 Madison Ave, 29th Fl<br>New York, NY 10022 | theodore.samets@reverencecapital.com | Email |
| 30 Largest | RCP Customized Credit Fund IV-A, LP | Attn: Theodore Samets<br>590 Madison Ave, 29th Fl<br>New York, NY 10022 | theodore.samets@reverencecapital.com | Email |
| Governmental Authority | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | First Class Mail |
| 30 Largest | The Law Office Of Jeff A George, APC | Attn: Jeff George<br>14071 Peyton Dr, Apt 2710<br>Chino Hills, CA 91709 | jeffgeorge@jglawyer.com | Email |
| 30 Largest | Total Expert | Attn: Account Manager<br>1600 Utica Ave S<br>Minneapolis, MN 55416 | accounting@totalexpert.com | Email |
| *NOA - Counsel to Mourier Land Investment Corporation | Trainor Fairbrook | Attn: Jennifer L Pruski<br>P.O. Box 255824<br>Sacramento, CA 95865 | jpruski@trainorfairbrook.com | Email |
| 30 Largest | Truist Bank | Attn: Hannah Slaughter<br>214 N Tryon St, Ste 3<br>Charlotte, NC 28202 | hannah.slaughter@truist.com | Email |
| 30 Largest | UKG Inc | Attn: Account Manager<br>P.O. Box 930953<br>Atlanta, GA 31193 | accountsreceivable@ukg.com | Email |
| 30 Largest | United Healthcare | Attn: Sharon Lohman<br>9700 Health Care Ln<br>Minnetonka, MN 55343 | sharon_a_lohman@uhc.com | Email |
| Governmental Authority | US Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |
| 30 Largest | US Bank | Attn: Account Manager<br>P.O. Box 1950<br>St Paul, MN 55101 | CorrespondentBilling@usbank.com | Email |
| 30 Largest | Wells Fargo Bank, NA | Attn: Account Manager<br>420 Montgomery St<br>San Francisco, CA 94104 | FRPREPOINDEM@wellsfargo.com | Email |

# **EXHIBIT B**

**Exhibit B**
Service List

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Office of the Attorney General | P.O. Box 142320 | Salt Lake City, UT 84114-2320 | | uag@agutah.gov | Email |
| Office of the Attorney General | Attn: Brian Frosh | 200 St Paul Pl | Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Office of the Attorney General | 441 4th St NW, Ste 1100 S | Washington, DC 20001 | | oag@dc.gov | Email |
| Office of the Attorney General | Attn: Leslie Rutledge | 323 Center St, Ste 200 | Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Office of the Attorney General | 345 State Capitol | Lincoln, NE 68509 | | nedoj@nebraska.gov | Email |
| Office of the Attorney General | Attn: Wayne Stenehjem | State Capital | 600 E Boulevard Ave, Dept 125 | ndag@nd.gov | Email |
| Office of the Attorney General | Attn: Dana Nessel | P.O. Box 30212 | 525 W Ottawa St | miag@michigan.gov | Email |
| Office of the Attorney General | Attn: Dana Nessel | Cadillac Place, 10th Fl | 3030 W Grand Blvd | miag@michigan.gov | Email |
| Office of the Attorney General | Attn: Clare E Connors | 425 Queen St | Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Office of the Attorney General | Justice Bldg, 3rd Fl | 215 N Sanders | P.O. Box 201401 | contactdoj@mt.gov | Email |
| Office of the Attorney General | Attn: Jason Miyares | 202 N 9th St | Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Office of the Attorney General | Attn: Tom Miller | Hoover State Office Bldg | 1305 E Walnut | consumer@ag.iowa.gov | Email |
| Office of the Attorney General | Attn: Todd Rokita | Indiana Govt Ctr S | 302 W Washington St, 5th Fl | Constituent@atg.in.gov | Email |
| Office of the Attorney General | Attn: Ellen F Rosenblum | 1162 Court St, NE | Justice Bldg | attorneygeneral@doj.state.or.us | Email |
| Office of the Attorney General | Attn: John Formella | 33 Capitol St | Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Office of the Attorney General | Attn: Clyde Ed Sniffen, Jr | 1031 W 4th Ave, Ste 200 | Anchorage, AK 99501-1994 | attorneygeneral@alaska.gov | Email |
| Office of the Attorney General | Attn: Kathy Jennings | Carvel State Office Bldg | 820 N French St | attorney.general@delaware.gov | Email |
| Office of the Attorney General | Attn: William Tong | 165 Capitol Ave | Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Office of the Attorney General | Attn: Lawrence Wasden | 700 W Jefferson St, Ste 210 | P.O. Box 83720 | AGWasden@ag.idaho.gov | Email |
| Office of the Attorney General | Attn: Maura Healey | 1 Ashburton Pl, 20th Fl | Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Office of the Attorney General | Attn: Maura Healey | 10 Mechanic St, Ste 301 | Worcester, MA 01608 | ago@state.ma.us | Email |
| Office of the Attorney General | Attn: Maura Healey | 105 William St, 1st Fl | New Bedford, MA 02740 | ago@state.ma.us | Email |
| Office of the Attorney General | Attn: Maura Healey | 1441 Main St, 12th Fl | Springfield, MA 01103 | ago@state.ma.us | Email |
| Office of the Attorney General | Attn: Susan R Young | 109 State St | Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Office of the Attorney General | Attn: Doug Peterson | 2115 State Capitol | P.O. Box 98920 | ago.info.help@nebraska.gov | Email |
| Office of the Attorney General | Attn: Mark Brnovich | 2005 N Central Ave | Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Office of the Attorney General | Attn: Aaron D Ford | Old Supreme Court Bldg | 100 N Carson St | aginfo@ag.nv.gov | Email |
| Office of the Attorney General | Attn: Steve Marshall | State of Alabama | 501 Washington Ave | | First Class Mail |
| Office of the Attorney General | California Dept of Justice | P.O. Box 944255 | Sacramento, CA 94244-2550 | | First Class Mail |
| Office of the Attorney General | Consumer Law Section | Attn: Bankruptcy Notices | 455 Golden Gate Ave, Ste 11000 | | First Class Mail |
| Office of the Attorney General | Attn: Xavier Becerra | 1300 I St, Ste 1740 | Sacramento, CA 95814 | | First Class Mail |
| Office of the Attorney General | Attn: Phil Weiser | Ralph L Carr Colorado Judicial Ctr | 1300 Broadway, 10th Fl | | First Class Mail |
| Office of the Attorney General | Attn: Karl A Racine | 400 6th St NW | Washington, DC 20001 | | First Class Mail |
| Office of the Attorney General | Attn: Ashley Moody | The Capital, PL 01 | Tallahassee, FL 32399-1050 | | First Class Mail |
| Office of the Attorney General | Attn: Chris Carr | 40 Capital Sq SW | Atlanta, GA 30334-1300 | | First Class Mail |
| Office of the Attorney General | 500 S 2nd St | Springfield, IL 62701 | | | First Class Mail |
| Office of the Attorney General | 600 S University Ave | Carbondale, IL 62901 | | | First Class Mail |
| Office of the Attorney General | Attn: Kwame Raoul | James R Thompson Ctr | 100 W Randolph St | | First Class Mail |
| Office of the Attorney General | Attn: Derek Schmidt | 120 SW 10th Ave, 2nd Fl | Topeka, KS 66612-1597 | | First Class Mail |
| Office of the Attorney General | Attn: Daniel Cameron | 700 Capitol Ave, Ste 118 | Capitol Bldg | | First Class Mail |
| Office of the Attorney General | Attn: Jeff Landry | 300 Capital Dr | Baton Rouge, LA 70802 | | First Class Mail |
| Office of the Attorney General | Attn: Aaron Frey | State House Stn 6 | Augusta, ME 04333 | | First Class Mail |
| Office of the Attorney General | Attn: Keith Ellison | 445 Minnesota St, Ste 1400 | Saint Paul, MN 55101 | | First Class Mail |
| Office of the Attorney General | Supreme Court Bldg | P.O. Box 899 | Jefferson City, MO 65102 | | First Class Mail |
| Office of the Attorney General | Attn: Eric Schmitt | Supreme Court Bldg | 207 W High St | | First Class Mail |
| Office of the Attorney General | Attn: Eric Schmitt | 2311 Bloomfield St, Ste 106 | Cape Girardeau, MO 63703 | | First Class Mail |
| Office of the Attorney General | Attn: Eric Schmitt | 615 E 13th St, Ste 403 | Kansas City, MO 64106 | | First Class Mail |
| Office of the Attorney General | Attn: Eric Schmitt | 815 Olive St, Ste 200 | St Louis, MO 63101 | | First Class Mail |
| Office of the Attorney General | Walter Sillers Bldg | 550 High St, Ste 1200 | Jackson, MS 39201 | | First Class Mail |
| Office of the Attorney General | Attn: Lynn Fitch | Department of Justice | 550 High St | P.O. Box 220 | First Class Mail |
| Office of the Attorney General | 9001 Mail Service Ctr | Raleigh, NC 27699-9001 | | | First Class Mail |
| Office of the Attorney General | Attn: Matthew J Platkin | Richard J Hughes Justice Complex | 25 Market St | P.O. Box 080 | First Class Mail |
| Office of the Attorney General | Attn: Hector Balderas | P.O. Drawer 1508 | Santa Fe, NM 87504-1508 | | First Class Mail |
| Office of the Attorney General | Attn: Letitia A James | Dept of Law | The Capitol, 2nd Fl | | First Class Mail |
| Office of the Attorney General | Attn: Dave Yost | State Office Tower | 30 E Broad St | | First Class Mail |
| Office of the Attorney General | Attn: John M O'Connor | 313 NE 21st St | Oklahoma City, OK 73105 | | First Class Mail |
| Office of the Attorney General | Attn: Josh Shapiro | Strawberry Sq, 16th Fl | Harrisburg, PA 17120 | | First Class Mail |
| Office of the Attorney General | Attn: Domingo Emanuelli-Hernandez | Torre Chardon, Ste 1201 | 350 Carlos Chardon St | | First Class Mail |
| Office of the Attorney General | Attn: Peter F Neronha | 150 S Main St | Providence, RI 02903 | | First Class Mail |
| Office of the Attorney General | Attn: Alan Wilson | Rembert D Dennis Office Bldg | P.O. Box 11549 | | First Class Mail |
| Office of the Attorney General | Attn: Mark Vargo | 1302 E Hwy 14, Ste 1 | Pierre, SD 57501-8501 | | First Class Mail |
| Office of the Attorney General | Attn: Herbert H Slattery, III | 425 5th Ave N | Nashville, TN 37243 | | First Class Mail |
| Office of the Attorney General | Attn: Herbert H Slattery, III | PO Box 20207 | Nashville, TN 37202-0207 | | First Class Mail |
| Office of the Attorney General | Attn: Ken Paxton | Capital Station | P.O. Box 12548 | | First Class Mail |
| Office of the Attorney General | 800 5th Ave, Ste 2000 | Seattle, WA 98104 | | | First Class Mail |
| Office of the Attorney General | Attn: Bob Ferguson | 1125 Washington St SE | P.O. Box 40100 | | First Class Mail |
| Office of the Attorney General | Attn: Josh Kaul | Wisconsin Dept of Justice | State Capital, Rm 114 E | P.O. Box 7857 | First Class Mail |
| Office of the Attorney General | Attn: Patrick Morrisey | State Capitol Complex, Bldg 1, Rm E-26 | 1900 Kanawha Blvd E | | First Class Mail |
| Office of the Attorney General | Attn: Bridget Hill | Kendrick Building | 2320 Capitol Ave | | First Class Mail |
| Office of the Attorney General | 1885 N 3rd St | Baton Rouge, LA 70802 | | | First Class Mail |
| Office of the Attorney General | P.O. Box 94005 | Baton Rouge, LA 70804 | | | First Class Mail |

# EXHIBIT C

**Exhibit C**
Service List

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Alliance Bank of Arizona | Attn: Richie Walia | 2701 E Camelback Rd, Ste 110 | Phoenix, AZ 85016 | rwalia@westernalliancebank.com | Email |
| BMO Harris Bank NA | P.O. Box 94033 | Palatine, IL 60094-4033 | | | First Class Mail |
| Centier | Attn: Patrick Collins | 307 W Johnson Rd, Ste A | Laport, IN 46350 | pcollins@centier.com | Email |
| Chase Bank | Attn: Adam Khan | 2509 S Power Rd, Ste 103 | Mesa, AZ 85209 | Adam.Khan@jpmorgan.com | Email |
| Chase Bank | Attn: Paul Robinson | 10 S Dearborn St, 34th Fl | Chicago, IL 60603 | paul.robinson@jpmorgan.com | Email |
| Citizens Bank | 590 Madison Ave, 39th Fl | New York, NY 10022 | | | First Class Mail |
| Veritex | Attn: Stephanie Szymanski | 12750 Merit Dr, Ste 1300 | Dallas, TX 75251 | sszymanski@veritexbank.com | Email |
| Wells Fargo | P.O. Box 6995 | Portland, OR 97228-6995 | | | First Class Mail |

**<u>EXHIBIT D</u>**

**Exhibit D**
**Service List**

| Name | Address | | Method of Service |
|---|---|---|---|
| Cit Bank, NA | 10201 Centurion Pkwy N, Ste 100 | Jacksonville, FL 32256 | First Class Mail |
| Dell Financial Services LLC | 1 Dell Way | Round Rock, TX 78682 | First Class Mail |
| Fannie Mae | 3900 Wisconsin Ave NW | Washington, DC 20016-2892 | First Class Mail |
| Federal Home Loan Mortgage Corp | 1551 Park Run Dr | Mclean, VA 22102 | First Class Mail |
| Rcp Credit Opportunities Fund Loan Spv (Fund III), LP | 590 Madison Ave, 29th Fl | New York, NY 10022 | First Class Mail |
| US Bank Equipment Finance | 1310 Madrid St | Marshall, MN 56258 | First Class Mail |
| Var Technology Finance | 800 Walnut St | Des Moines, IA 50309 | First Class Mail |

AMERIFIRST FINANCIAL, INC, (Case No. 23-11240 )

**<u>EXHIBIT E</u>**

**Exhibit E**
Service List

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Arizona Instant Funding | 690 N Cooper Rd. Ste 101 | Gilbert, AZ 85233 | | | First Class Mail |
| Centier | Attn: Patrick Collins | 307 W Johnson Rd, Ste A | Laport, IN 46350 | pcollins@centier.com | Email |