IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 6, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Hearing on Additional First Day Motions [Docket No. 77]**

- **Notice of Agenda of Matters Scheduled for Hearing on September 8, 2023 at 11:30 A.M. (Eastern Time) Before the Honorable Thomas M. Horan in the U.S. Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 [Docket No. 78]**

Dated: September 7, 2023

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 7th day of September, 2023 by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez<br>Attn: Larry R Boyd<br>Attn: Emily M Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069 | 214-544-4040 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com | Email |
| 30 Largest | Academy Mortgage Corp | Attn: Jesse Winn<br>339 W 13940 S<br>Draper, UT 84020 | | Jesse.winn@academymortgage.com | Email |
| 30 Largest | Arivs | Attn: Account Manager<br>1930 N Arboleda Rd<br>Mesa, AZ 85213 | | | Overnight Mail |
| 30 Largest | Arthur J Gallagher Risk Management Services | Attn: Lidsey McCloskey<br>333 E Osborn Rd, Ste 100, 270, & 300<br>Phoenix, AZ 85012 | | Lindsey_McCloskey@ajg.com | Email |
| 30 Largest | Assimilate Solutions | Attn: Account Manager<br>Tower 49<br>12 E 49th St, 34th Fl<br>New York, NY 10017 | | asm-invoices@situsamc.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | Bielli & Klauder, LLC | Attn: David M Klauder<br>1204 N King St<br>Wilmington, DE 19801 | | dklauder@bk-legal.com | Email |
| 30 Largest | Black Knight Technologies | Attn: Account Manager<br>P.O. Box 742971<br>Los Angeles, CA 90074 | | custsvc@bkfs.com | Email |
| 30 Largest | CIT | Attn: Account Manager<br>75 N Fair Oaks Ave, Ste C<br>Pasadena, CA 91103 | | myaccounts@firstcitizens.com | Email |
| 30 Largest | Clearcompany HRM | Attn: Account Manager<br>200 Clarendon St, 49th Fl<br>Boston, MA 02116 | | billing@clearcompany.com | Email |
| 30 Largest | Damontek | Attn: Account Manager<br>3458 E Norward Cir<br>Mesa, AZ 85213 | | billing@damontek.com | Email |
| 30 Largest | DB Trust Co Americas | Attn: Account Manager<br>1761 E St Andrew Pl<br>Santa Ana, CA 92705 | | ctas.fee-billing@db.com | Email |
| Governmental Authority | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | | Overnight Mail |
| 30 Largest | El Camino Real Building | Attn: Carlee Gutierrez<br>209 Avenida Del Mar<br>San Clemente, CA 92672 | | gutierrez.carlee@yahoo.com | Email |
| 30 Largest | Experian | Attn: Cecilia Rojas<br>P.O. Box 841971<br>Los Angeles, CA 90084 | | Cecilia.Rojas@experian.com | Email |
| 30 Largest | Farhang & Medcoff | Attn: Account Manager<br>4201 N 24th St<br>Phoenix, AZ 85016 | | fmbilling@farhangmedcoff.com<br>jhenderson@farhangmedcoff.com<br>afarhang@farhangmedcoff.com<br>dthompson@farhangmedcoff.com | Email |
| Governmental Authority | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19101-7346 | | | Overnight Mail |
| 30 Largest | JPMCB | Attn: Account Manager<br>270 Park Ave<br>New York, NY 10017 | | zlata.m.medica@chase.com | Email |
| 30 Largest | Kasowitz Benson Torres LLP | Attn: Edward Filusc<br>1633 Broadway<br>New York, NY 10019 | | EFilusch@kasowitz.com | Email |
| 30 Largest | Lakeview Loan Servicing, LLC | Attn: Account Manager<br>4425 Ponce De Leon, Ms 5-251<br>Coral Gables, FL 33146 | | InvoicingTPO@bayviewloans.com | Email |
| *NOA - Counsel for The County of Hays, Texas | McCreary, Veselka, Bragg, & Allen, PC | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 512-323-3205 | jparsons@mvbalaw.com | Email |
| *NOA - Counsel for Alturas Stanford, LLC | Mills Halstead & Zaloudek, LLC | Attn: Amanda H Halstead<br>600 17th St, Ste 2800S<br>Denver, CO 80202 | 303-265-9120 | ahh@mhzlegal.com | Email |
| 30 Largest | Mortgage Coach | Attn: Account Manager<br>P.O. Box 112<br>Corona, CA 92878 | | accounting@mortgagecoach.com | Email |
| 30 Largest | Mourier Land Investment Corp | Attn: S Louie<br>1430 Blue Oaks Blvd, Ste 190<br>Roseville, CA 95747 | | slouie@ngkf.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Stephen Warren<br>Attn: Jordan Weber<br>400 S Hope St, 18th Fl<br>Los Angeles, CA 90071-2899 | | swarren@omm.com<br>jweber@omm.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Jennifer Taylor<br>2 Embarcadero Ctr, 28th Fl<br>San Francisco, CA 94111-3823 | | jtaylor@omm.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Daniel Shamah<br>Times Square Tower<br>7 Times Sq<br>New York, NY 10036 | | dshamah@omm.com | Email |
| Governmental Authority | Office of the US Trustee | Attn: Linda Richenderfer<br>844 King St, Ste 2207<br>Wilmington, DE 19801 | | Linda.Richenderfer@usdoj.gov | Email |
| 30 Largest | Optimal Blue, LLC | Attn: Michelle Kersch<br>5340 Legacy Dr, Bldg 2, 2nd Fl<br>Plano, TX 75024 | | michelle.kersch@bkfs.com | Email |
| Debtors' counsel | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones<br>Attn: David M Bertenthal<br>Attn: Timothy P Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | 302-652-4400 | ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>dbertenthal@pszjlaw.com | Email |
| 30 Largest | Paragon Micro Inc | Attn: Account Manager<br>1711 W Greentree Dr<br>Tempe, AZ 85284 | | ar@paragonmicro.com | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc. | Pashman Stein Walder Hayden, P.C. | Attn: William R Firth, III<br>Attn: Joseph C Barsalona II<br>1007 N Orange St<br>4th Fl, Ste 183<br>Wilmington, DE 19801 | | jbarsalona@pashmanstein.com<br>wfirth@pashmanstein.com | Email |
| 30 Largest | Phoenix Arena Development, LP | Attn: S Vega<br>201 E Jefferson St<br>Phoenix, AZ 85004 | | svega@suns.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Potter Anderson & Corroon LLP | Attn: Christopher M Samis<br>Attn: L Katherine Good<br>Attn: Katelin A Morales<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801-6108 | 302-658-1192 | csamis@potteranderson.com<br>kgood@potteranderson.com<br>kmorales@potteranderson.com | Email |
| 30 Largest | Quarles & Brady LLP | Attn: Account Manager<br>2 N Central Ave, Apt 3<br>Phoenix, AZ 85004 | | clientpayments@quarles.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Manisha M Sheth<br>Attn: Patricia B Tomasco<br>51 Madison Ave, 22nd Fl<br>New York, NY 10010 | 212-849-7100 | manishasheth@quinnemanuel.com<br>pattytomasco@quinnemanuel.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Bennett Murphy<br>Attn: Razmig Izakelian<br>865 S Figueroa St, 10th Fl<br>Los Angeles, CA 90017 | 213-443-3100 | bennettmurphy@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Brittany J Nelson<br>1300 I St NW, Ste 900<br>Washington, DC 20005 | 202-538-8100 | brittanynelson@quinnemanuel.com | Email |
| 30 Largest | RCP Credit Opportunities Fund Loan Spv Fund III, LP | Attn: Theodore Samets<br>590 Madison Ave, 29th Fl<br>New York, NY 10022 | | theodore.samets@reverencecapital.com | Email |
| 30 Largest | RCP Customized Credit Fund Fund IV-A, LP | Attn: Theodore Samets<br>590 Madison Ave, 29th Fl<br>New York, NY 10022 | | theodore.samets@reverencecapital.com | Email |
| Governmental Authority | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | | Overnight Mail |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | | Overnight Mail |
| Governmental Authority | Securities & Exchange Commission | New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | | Overnight Mail |
| 30 Largest | The Law Office Of Jeff A George, APC | Attn: Jeff George<br>14071 Peyton Dr, Apt 2710<br>Chino Hills, CA 91709 | | jeffgeorge@jglawyer.com | Email |
| 30 Largest | Total Expert | Attn: Account Manager<br>1600 Utica Ave S<br>Minneapolis, MN 55416 | | accounting@totalexpert.com | Email |
| *NOA - Counsel to Mourier Land Investment Corporation | Trainor Fairbrook | Attn: Jennifer L Pruski<br>P.O. Box 255824<br>Sacramento, CA 95865 | 916-929-7411 | jpruski@trainorfairbrook.com | Email |
| 30 Largest | Truist Bank | Attn: Hannah Slaughter<br>214 N Tryon St, Ste 3<br>Charlotte, NC 28202 | | hannah.slaughter@truist.com | Email |
| 30 Largest | UKG Inc | Attn: Account Manager<br>P.O. Box 930953<br>Atlanta, GA 31193 | | accountsreceivable@ukg.com | Email |
| 30 Largest | United Healthcare | Attn: Sharon Lohman<br>9700 Health Care Ln<br>Minnetonka, MN 55343 | | sharon_a_lohman@uhc.com | Email |
| Governmental Authority | US Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | | Overnight Mail |
| 30 Largest | US Bank | Attn: Account Manager<br>P.O. Box 1950<br>St Paul, MN 55101 | | CorrespondentBilling@usbank.com | Email |
| 30 Largest | Wells Fargo Bank, NA | Attn: Account Manager<br>420 Montgomery St<br>San Francisco, CA 94104 | | FRPREPOINDEM@wellsfargo.com | Email |

AMERIFIRST FINANCIAL, INC, (Case No. 23-11240 )

# **EXHIBIT B**

**Exhibit B**
Service List

| Name | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Alabama Dept of Revenue | 50 N Ripley St, Ste 4112 | Montgomery, AL 36130 | | | | | Overnight Mail |
| Alabama Dept of Revenue | Bankruptcy Section | Legal Division | P.O. Box 320001 | Montgomery, AL 36132-001 | | | Overnight Mail |
| Alabama Dept of Revenue | Income Tax Administration Division | Business Privilege Tax Section | Gordon Persons Bldg | Montgomery, AL 36104 | | | Overnight Mail |
| Alabama Dept of Revenue | Income Tax Administration Division | Corporate Tax Section | P.O. Box 327435 | Montgomery, AL 36132-7435 | | | Overnight Mail |
| Alabama Dept of Revenue | Passthrough Entity Section | Montgomery, AL 36132 | | | | | Overnight Mail |
| Arizona Dept Of Revenue | 1600 W Monroe St | Phoenix, AZ 85007 | | | | | Overnight Mail |
| Arizona Dept Of Revenue | 2902 W Agua Fria Fwy | Phoenix, AZ 85027 | | | | | Overnight Mail |
| Arizona Dept Of Revenue | 3191 N Washington St | Chandler, AZ 85225 | | | | | Overnight Mail |
| Arizona Dept Of Revenue | P.O. Box 29082 | Phoenix, AZ 85038 | | | | | Overnight Mail |
| Arizona Dept Of Revenue | P.O. Box 29085 | Phoenix, AZ 85038 | | | | | Overnight Mail |
| Arkansas Dept of Finance and Admin | Attn: Bryan West | State Revenue Admin | Ragland Bldg | 1900 W 7th St, Rm 2062 | Little Rock, AR 72201 | bryan.west@dfa.arkansas.gov | Email |
| Arkansas Dept of Finance and Admin | Ledbetter Building | 1816 W 7th St, Rm 2250 | Little Rock, AR 72201 | | | corporation.income@dfa.arkansas.gov | Email |
| Arkansas Dept of Finance and Admin | P.O. Box 919 | Little Rock, AR 72203 | | | | corporation.income@dfa.arkansas.gov | Email |
| Arkansas Dept of Finance and Admin | State Revenue Admin | P.O. Box 1272 | Little Rock, AR 72203 | | | | Overnight Mail |
| Aspen Specialty Insurance Management Co | Attn: Financial Svcs Professional Liability Claims Dept | 499 Washington Blvd, 8th Fl | Jersey City, NJ 07310 | | | ProfessionalLiabilityClaims@aspen-insurance.com | Email |
| Aspen Specialty Insurance Management Co | Attn: Financial Svcs Professional Liability Claims Dept | 499 Washington Blvd, 8th Fl | Jersey City, NJ 07310 | | | ProfessionalLiabilityClaims@aspen-insurance.com | Email |
| Bexar County Tax Assessor-Collector | P.O. Box 2903 | San Antonio, TX 78299 | | | | | Overnight Mail |
| California Dept of Tax and Fee Admin | P.O. Box 942879 | Sacramento, CA 94279-7072 | | | | | Overnight Mail |
| Canyon Countytax Collector | P.O. Box 730 | Caldwell, ID 83606 | | | | | Overnight Mail |
| City of Elizabeth Tax Collector | 50 Winfield Scott Plz | Elizabeth, NJ 07201 | | | | | Overnight Mail |
| City of Mcallen Tax Office | P.O. Box 220 | Mcallen, TX 78505 | | | | | Overnight Mail |
| City of Scottsdale, Revenue Recovery | 7447 E Indian School Rd | Scottsdale, AZ 85251 | | | | | Overnight Mail |
| City of Scottsdale, Tax & License | P.O. Box110 | Scottsdale, AZ 85252 | | | | | Overnight Mail |
| City of Winston-Salem Revenue Division | P.O. Box 580055 | Charlotte, NC 28258 | | | | | Overnight Mail |
| Colorado Dept Of Revenue | P.O. Box 17087 | Denver, CO 80217 | | | | | Overnight Mail |
| Colorado Dept Of Revenue | State Tax Office Denver | 1375 S Sherman St | Denver, CO 80261 | | | | Overnight Mail |
| Colorado Dept Of Revenue | Taxation Division | Lakewood, CO 80214 | | | | | Overnight Mail |
| Commonwealth of Pennsylvania | Dept of Revenue | Dept 280901 | Harrisburg, PA 17128 | | | | Overnight Mail |
| Commonwealth of Pennsylvania | Dept of Revenue | Dept 280905 | Harrisburg, PA 17128 | | | | Overnight Mail |
| Commonwealth of Puerto Rico | Dept of the Treasury | Returns Processing Bureau | P.O. Box 9022501 | San Juan, PR 00902-2501 | | | Overnight Mail |
| Comptroller of Maryland | Revenue Administration Division | 110 Carroll St | Annapolis, MD 21411-001 | | | | Overnight Mail |
| Comptroller Of The Treasury | 110 Carroll St, Ste 1 | Annapolis, MD 21411 | | | | | Overnight Mail |
| Cox Communications | P.O. Box 53249 | Phoenix, AZ 85072 | | | | | Overnight Mail |
| Cypress Fairbanks ISD Tax Office | 10494 Jones Rd, Ste 106 | Houston, TX 77065 | | | | | Overnight Mail |
| Delaware Division of Revenue | Attn: Kathy L Revel,Director of Revenue | Coporate Returns | P.O. Box 2044 | Wilmington, DE 19899-2044 | | kathy.revel@delaware.gov | Email |
| Departamento de Hacienda | P.O. Box 9024140 | San Juan, PR 00902-4140 | | | | | Overnight Mail |
| Dept of Revenue | P.O. Box 23191 | Jackson, MS 39225 | | | | | Overnight Mail |
| Dept of Revenue | P.O. Box 740321 | Atlanta, GA 30374 | | | | | Overnight Mail |
| Dept of Revenue - Tax Div | Attn: Joann M Everson | P.O. Box 110420 | Juneau, AK 99811-0420 | | | dor.tax.corporations@alaska.gov; joann.everson@alaska.gov | Email |
| Dept of Revenue - Treasury Division | P.O. Box 110405 | Juneau, AK 99812 | | | | ucproperty@alaska.gov | Email |
| Dept Of Revenue Services | 450 Columbus Blvd, Ste 1 | Hartford, CT 06103 | | | | drs@ct.gov | Email |
| Dept of Revenue Services | P.O. Box 5019 | Hartford, CT 06104 | | | | | Overnight Mail |
| Dept of Revenue Tax Div | Attn: Jamie K Taylor | 550 W 7th Ave, Ste 500 | Anchorage, AK 99501 | | | tax.revenue-online@alaska.gov | Email |
| Des Unemployment Tax | P.O. Box 52027 | Phoenix, AZ 85072 | | | | | Overnight Mail |
| Fallsburg Schools County Tax | P.O. Box 1208 | Monticello, NY 12701 | | | | | Overnight Mail |
| Finance & Administration Dept | 501 N W St, Ste 1201A | Jackson, MS 39201 | | | | | Overnight Mail |
| Florida DEPT Of Revenue | General Counsel | P.O. Box 6668 | Tallahassee, FL 32314-6668 | | | | Overnight Mail |
| Florida Dept Of Revenue | Taxpayer Services | Mail Stop 3-200 | 5050 W Tennessee St | Tallahassee, FL 32399-0112 | | | Overnight Mail |
| Georgia Dept of Revenue | 1800 Century Blvd NE, Ste 12000 | Atlanta, GA 30345 | | | | | Overnight Mail |
| Georgia Dept of Revenue | Compliance Div | Central Collection Section | 1800 Century Blvd NE, Ste 9100 | Atlanta, GA 30345-3202 | | | Overnight Mail |
| Georgia Dept of Revenue | P.O. Box 740320 | Atlanta, GA 30374 | | | | | Overnight Mail |
| Guam Dept of Revenue and Taxation | Taxpayer Services Division | 1240 Army Dr | Barrigada, Guam 96913 | | | | Overnight Mail |
| Guam Dept of Revenue and Taxation | Taxpayer Services Division | P.O. Box 23607 | Barrigada, Guam 96921 | | | | Overnight Mail |
| Hall County Tax Commissioner | P.O. Box 1579 | Gainesville, GA 30503 | | | | | Overnight Mail |
| Hawaii Dept Of Taxation | Franchise and Public Service Company Tax | P.O. Box 259 | Honolulu, HI 96809-0259 | | | tax.oahu.collection@hawaii.gov | Email |
| Hawaii Dept of Taxation | Attn: Director of Taxation | Civil Legal Complaints/Legal Process | 830 Punchbowl St, Rm 221 | Honolulu, HI 96813-5094 | | | Overnight Mail |
| Hawaii Dept of Taxation | P.O. Box 1530 | Honolulu, HI 96806 | | | | | Overnight Mail |
| Hidalgo County Tax Assessor - Collector | P.O. Box 178 | Edinburg, TX 78540 | | | | | Overnight Mail |
| Idaho State Tax Commission | P.O. Box 36 | Boise, ID 83722 | | | | | Overnight Mail |
| Idaho State Tax Commission | P.O. Box 83784 | Boise, ID 83707 | | | | | Overnight Mail |
| Illinois Dept of Revenue | 101 W Jefferson St | Springfield, IL 62702 | | | | | Overnight Mail |
| Illinois Dept of Revenue | Bankruptcy Unit | P.O. Box 19035 | Springfield, IL 62794-9035 | | | | Overnight Mail |
| Illinois Dept of Revenue | Corporation Income - Without Payment | P.O. Box 19048 | Springfield, IL 62794-9048 | | | | Overnight Mail |
| Illinois Dept of Revenue | P.O. Box 19013 | Springfield, IL 62794 | | | | | Overnight Mail |
| Illinois Dept of Revenue | P.O. Box 19053 | Springfield, IL 62794 | | | | | Overnight Mail |
| Indiana Department of Revenue | Attn: Charlotte Allen, Supervisor | Bankruptcy Section | 100 N Senate Ave, MS 108 | Indianapolis, IN 46204 | | callen@dor.in.gov | Email |
| Indiana Department of Revenue | 100 N Senate Ave, Rm N105 | Indianapolis, IN 46204 | | | | | Overnight Mail |
| Indiana Department of Revenue | 100 N Senate Ave, Ste N248 | Indianapolis, IN 46204 | | | | | Overnight Mail |
| Indiana Department of Revenue | Corporate Income Tax, Tax Administration | P.O. Box 7206 | Indianapolis, IN 46207-7206 | | | | Overnight Mail |
| Individual Income Tax Section | P.O. Box 8149 | Little Rock, AR 72203 | | | | | Overnight Mail |
| Iowa Dept of Revenue | Bankruptcy | P.O. Box 10330 | Des Moines, IA 50306-0330 | | | | Overnight Mail |
| Iowa Dept of Revenue | Iowa Corporation Income Tax | P.O. Box 10466 | Des Moines, IA 50306-0466 | | | | Overnight Mail |
| Kansas Dept of Revenue | Coporate Tax | P.O. Box 750260 | Topeka, KS 66699-0260 | | | kdor_tac@ks.gov | Email |
| Kansas Dept of Revenue | Legal Administration | P.O. Box 12005 | Topeka, KS 66601-2005 | | | kdor_tac@ks.gov | Email |
| Kansas Dept of Revenue | P.O. Box 3506 | Topeka, KS 66625 | | | | | Overnight Mail |
| Kentucky Dept of Revenue | 501 High St | Frankfort, KY 40601 | | | | | Overnight Mail |
| Kentucky Dept of Revenue | Legal Support Branch - Bankruptcy | P.O. Box 5222 | Frankfort, KY 40602 | | | | Overnight Mail |
| Kern County Tax Collector | Payment Center | Los Angeles, CA 90054 | | | | | Overnight Mail |
| Legal Division - Bankruptcy unit | P.O. Box 766 | Charleston, WV 25323 | | | | | Overnight Mail |
| Leon A Frailey Jr-Tax Coll | 113 Center Rd | Reeders, PA 18352 | | | | | Overnight Mail |
| Lori J Scott, Treasurer/Tax Collector | P.O. Box 991830 | Redding, CA 96099 | | | | | Overnight Mail |
| Los Angeles County Tax Collector | P.O. Box 60186 | Los Angeles, CA 90060 | | | | | Overnight Mail |
| Louisiana Dept of Revenue | Collection Division, Bankruptcy Section | P.O. Box 66658 | Baton Rouge, LA 70896-6658 | | | | Overnight Mail |
| Louisiana Dept of Revenue | P.O. Box 201 | Baton Rouge, LA 70821 | | | | | Overnight Mail |
| Louisiana Dept of Revenue | P.O. Box 751 | Baton Rouge, LA 70821 | | | | | Overnight Mail |
| Maine Revenue Services | Corporate Tax Unit | P.O. Box 9107 | Augusta, ME 4332 | | | Corporate.tax@maine.gov | Email |
| Maine Revenue Services | Corporate Income Tax - Without Payment | P.O. Box 1064 | Augusta, ME 04332-1064 | | | | Overnight Mail |
| Maine Revenue Svc | 24 State House Sta | Augusta, ME 04333 | | | | | Overnight Mail |
| Massachusetts Dept of Revenue | 19 Staniford St | Boston, MA 02114 | | | | | Overnight Mail |
| Massachusetts Dept of Revenue | Mass. Dor | P.O. Box 7003 | Boston, MA 02204 | | | | Overnight Mail |
| Massachusetts Dept of Revenue | P.O. Box 7044 | Boston, MA 02204 | | | | | Overnight Mail |
| Massachusetts Dept of Revenue | P.O. Box 9490 | Boston, MA 02205 | | | | | Overnight Mail |
| Michigan Dept of Treasury | Collection Services Bureau | Bankruptcy Unit - Western Dist | P.O. Box 30455 | Lansing, MI 48909-8274 | | | Overnight Mail |
| Michigan Dept of Treasury | Collection Services Bureau | Bankruptcy Unit - Eastern Dist | P.O. Box 30456 | Lansing, MI 48909-8274 | | | Overnight Mail |
| Michigan Dept of Treasury | Corporate Income Tax | P.O. Box 30774 | Lansing, MI 48909-8274 | | | | Overnight Mail |
| Michigan Dept of Treasury | Tax Admin | Lansing, MI 48922 | | | | | Overnight Mail |
| Minnesota Dept of Revenue | Collection Division/Bankruptcy | P.O. Box 64564 | St Paul, MN 55164-0564 | | | | Overnight Mail |
| Minnesota Dept of Revenue | Corporation Franchise Tax | 600 N Robert St, Mail Station 5140 | St Paul, MN 55146-5140 | | | | Overnight Mail |
| Mississippi Dept of Revenue | Bankruptcy | P.O. Box 22808 | Jackson, MS 39225-2808 | | | | Overnight Mail |
| Mississippi Dept of Revenue | Bankruptcy | 500 Clinton Ctr Dr | Clinton, MS 39056 | | | | Overnight Mail |
| Mississippi Dept of Revenue | Corporate and Franchise | P.O. Box 23191 | Jackson, MS 39225-3050 | | | | Overnight Mail |
| Missouri Dept of Revenue | Corporation Income | P.O. Box 700 | Jefferson City, MO 65105-0700 | | | corporate@dor.mo.gov | Email |
| Missouri Dept of Revenue | Harry S Truman Bldg | 301 W High S | Jefferson City, MO 65101 | | | | Overnight Mail |
| Missouri Dept of Revenue | P.O. Box 311 | Jefferson City, MO 65105 | | | | | Overnight Mail |
| Missouri Dept of Revenue | Taxation Div | Jefferson City, MO 65105 | | | | | Overnight Mail |
| Montana Dept of Revenue | Corporate Income Tax | P.O. Box 8021 | Helena, MT 59604-8021 | | | | Overnight Mail |
| Montana Dept of Revenue | County Collections and State Fees | P.O. Box 6169 | Helena, MT 59604-5805 | | | | Overnight Mail |
| Montana Dept of Revenue | Legal Services | Mitchell Bldg, Rm 455 | P.O. Box 5805 | Helena, MT 59604-5805 | | | Overnight Mail |
| Montana Dept of Revenue | Mitchell Bldg | 125 N Roberts | P.O. Box 5805 | Helena, MT 59604-5805 | | | Overnight Mail |
| Montana Dept of Revenue | P.O. Box 8021 | Helena, MT 59604 | | | | | Overnight Mail |
| Napa County Tax Collector | 1195 3rd St, Ste 108 | Napa, CA 94559 | | | | | Overnight Mail |
| NC Dept of Revenue | P.O. Box 25000 | Raleigh, NC 27640 | | | | | Overnight Mail |
| ND State Tax Commissioner | Office of State Tax Commissioner | Bismarck, ND 58505 | | | | | Overnight Mail |
| Nebraska Dept of Revenue | P.O. Box 94818 | Lincoln, NE 68509 | | | | rev.bnc@nebraska.gov | Email |
| Nebraska Dept of Revenue | 301 Centennial Mall S | Lincoln, NE 68508 | | | | | Overnight Mail |
| Nevada Departement of Taxation | P.O. Box 51107 | Los Angeles, CA 90051 | | | | | Overnight Mail |
| New Hampshire Dept of Revenue Admin | Taxpayer Services Division | P.O. Box 457 | Concord, NH 03302-0457 | | | dra.collections@dra.nh.gov | Email |
| New Hampshire Dept of Revenue Admin | Legal Bureau | P.O. Box 457 | Concord, NH 03302-0457 | | | | Overnight Mail |
| New Jersey Division of Taxation | P.O. Box 257 | Trenton, NJ 08646 | | | | | Overnight Mail |
| New Mexico Taxation & Revenue Dept | P.O. Box 25127 | Santa Fe, NM 87504 | | | | | Overnight Mail |
| New Mexico Taxation and Revenue | Business Taxes | P.O. Box 25128 | Santa Fe, NM 87504-5128 | | | | Overnight Mail |
| New Mexico Taxation and Revenue | Corporate Income and Franchise Tax | P.O. Box 25128 | Santa Fe, NM 87504-5127 | | | | Overnight Mail |
| New Mexico Taxation and Revenue | Legal Services | P.O. Box 630 | Santa Fe, NM 87505 | | | | Overnight Mail |
| New York State Comptroller Ofc | 110 State St | Albany, NY 12207 | | | | | Overnight Mail |
| NJ Division of Revenue | P.O. Box 252 | Trenton, NJ 08646 | | | | | Overnight Mail |
| North Carolina Department of Revenue | Attention: Bankruptcy Unit | P.O. Box 1168 | Raleigh, NC 2760 | | | | Overnight Mail |
| North Carolina Dept of Revenue | 501 N Wilmington St | Raleigh, NC 27604 | | | | | Overnight Mail |
| North Carolina Dept of Revenue | Legal Pleadings | P.O. Box 871 | Raleigh, NC 27602 | | | | Overnight Mail |
| North Carolina Dept of Revenue | P.O. Box 25000 | Raleigh, NC 27640 | | | | | Overnight Mail |
| NYS Dept Of Taxation and Finance | Attn: Office of Counsel | W A Harriman Campus, Bldg 9 | Albany, NY 12227 | | | | Overnight Mail |
| Nys Dept Of Taxation And Finance | Bankruptcy Section | P.O. Box 5300 | Albany, NY 12205 | | | | Overnight Mail |
| NYS Dept of Taxation and Finance | Division of the Treasury | P.O. Box 22119 | Albany, NY 12201-2119 | | | | Overnight Mail |
| Office Of State Tax Commissioner | 600 E Blvd Ave, Dept 127 | Bismarck, ND 58505 | | | | | Overnight Mail |
| Office of Tax & Revenue | Attn: Stephanie Jeter, Supervisory Revenue Officer | Compliance Admin, Collection Div | Bankruptcy/Contracts/Sp Investig Unit | P.O. Box 37559 | Washington, DC 20013 | stephanie.jeter@dc.gov | Email |
| Office of Tax & Revenue | Attn: Marc Aronin, Chief of Collection Div | Compliance Admin, Collection Div | 1101 4th St SW | Washington, DC 20024 | | | Overnight Mail |
| Office of Tax & Revenue | P.O. Box 96019 | Washington, DC 20090 | | | | | Overnight Mail |
| Office Of Tax And Revenue | 1101 4th S Sw, Ste 270 | Washington, DC 20024 | | | | | Overnight Mail |
| Office of the Attorney General | Attn: Aaron D Ford | Old Supreme Court Bldg | 100 N Carson St | Carson City, NV 89701 | | aginfo@ag.nv.gov | Email |
| Office of the Attorney General | Attn: Mark Brnovich | 2005 N Central Ave | Phoenix, AZ 85004 | | | AGInfo@azag.gov | Email |
| Office of the Attorney General | Attn: Doug Peterson | 2115 State Capitol | P.O. Box 98920 | Lincoln, NE 68509-8920 | | ago.info.help@nebraska.gov | Email |
| Office of the Attorney General | Attn: Susan R Young | 109 State St | Montpelier, VT 05609-1001 | | | ago.info@vermont.gov | Email |

**Exhibit B**
Service List

| Name | | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Office of the Attorney General | Attn: Maura Healey | 1 Ashburton Pl, 20th Fl | Boston, MA 02108-1698 | | | ago@state.ma.us | Email |
| Office of the Attorney General | Attn: Lawrence Wasden | 700 W Jefferson St, Ste 210 | P.O. Box 83720 | Boise, ID 83720-1000 | | AGWasden@ag.idaho.gov | Email |
| Office of the Attorney General | Attn: William Tong | 165 Capitol Ave | Hartford, CT 06106 | | | attorney.general@ct.gov | Email |
| Office of the Attorney General | Attn: Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington, DE 19801 | | attorney.general@delaware.gov | Email |
| Office of the Attorney General | Attn: Clyde Ed Sniffen, Jr | 1031 W 4th Ave, Ste 200 | Anchorage, AK 99501-1994 | | | attorneygeneral@alaska.gov | Email |
| Office of the Attorney General | Attn: John Formella | 33 Capitol St | Concord, NH 03301 | | | attorneygeneral@doj.nh.gov | Email |
| Office of the Attorney General | Attn: Ellen F Rosenblum | 1162 Court St, NE | Justice Bldg | Salem, OR 97301 | | attorneygeneral@doj.state.or.us | Email |
| Office of the Attorney General | Attn: Todd Rokita | Indiana Govt Ctr S | 302 W Washington St, 5th Fl | Indianapolis, IN 46204 | | Constituent@atg.in.gov | Email |
| Office of the Attorney General | Attn: Tom Miller | Hoover State Office Bldg | 1305 E Walnut | Des Moines, IA 50319 | | consumer@ag.iowa.gov | Email |
| Office of the Attorney General | Attn: Jason Miyares | 202 N 9th St | Richmond, VA 23219 | | | Contact@Virginia.gov | Email |
| Office of the Attorney General | Justice Bldg, 3rd Fl | 215 N Sanders | P.O. Box 201401 | Helena, MT 59620-1401 | | contactdoj@mt.gov | Email |
| Office of the Attorney General | Attn: Clare E Connors | 425 Queen St | Honolulu, HI 96813 | | | hawaiiag@hawaii.gov | Email |
| Office of the Attorney General | Attn: Dana Nessel | P.O. Box 30212 | 525 W Ottawa St | Lansing, MI 48909-0212 | | miag@michigan.gov | Email |
| Office of the Attorney General | Attn: Wayne Stenehjem | State Capitol | 600 E Boulevard Ave, Dept 125 | Bismarck, ND 58505-0040 | | ndag@nd.gov | Email |
| Office of the Attorney General | 345 State Capitol | Lincoln, NE 68509 | | | | nedoj@nebraska.gov | Email |
| Office of the Attorney General | Attn: Leslie Rutledge | 323 Center St, Ste 200 | Little Rock, AR 72201-2610 | | | oag@ArkansasAG.gov | Email |
| Office of the Attorney General | 441 4th St NW, Ste 1100 S | Washington, DC 20001 | | | | oag@dc.gov | Email |
| Office of the Attorney General | Attn: Brian Frosh | 200 St Paul Pl | Baltimore, MD 21202-2202 | | | oag@oag.state.md.us | Email |
| Office of the Attorney General | P.O. Box 142320 | Salt Lake City, UT 84114-2320 | | | | uag@agutah.gov | Email |
| Office of the Attorney General | 1885 N 3rd St | Baton Rouge, LA 70802 | | | | | Overnight Mail |
| Office of the Attorney General | 500 S 2nd St | Springfield, IL 62701 | | | | | Overnight Mail |
| Office of the Attorney General | 601 S University Ave | Carbondale, IL 62901 | | | | | Overnight Mail |
| Office of the Attorney General | 800 5th Ave, Ste 2000 | Seattle, WA 98104 | | | | | Overnight Mail |
| Office of the Attorney General | 9001 Mail Service Ctr | Raleigh, NC 27699-9001 | | | | | Overnight Mail |
| Office of the Attorney General | Attn: Aaron Frey | State House Stn 6 | Augusta, ME 04333 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Alan Wilson | Rembert D Dennis Office Bldg | P.O. Box 11549 | Columbia, SC 29211-1549 | | | Overnight Mail |
| Office of the Attorney General | Attn: Ashley Moody | The Capital, PL 01 | Tallahassee, FL 32399-1050 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Bob Ferguson | 1125 Washington St SE | P.O. Box 40100 | Olympia, WA 98504-0100 | | | Overnight Mail |
| Office of the Attorney General | Attn: Bridget Hill | Kendrick Building | 2320 Capitol Ave | Cheyenne, WY 82002 | | | Overnight Mail |
| Office of the Attorney General | Attn: Chris Carr | 40 Capital Sq SW | Atlanta, GA 30334-1300 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Daniel Cameron | 700 Capitol Ave, Ste 118 | Capitol Bldg | Frankfort, KY 40601 | | | Overnight Mail |
| Office of the Attorney General | Attn: Dave Yost | State Office Tower | 30 E Broad St | Columbus, OH 43266-0410 | | | Overnight Mail |
| Office of the Attorney General | Attn: Derek Schmidt | 120 SW 10th Ave, 2nd Fl | Topeka, KS 66612-1597 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Domingo Emanuelli Hernandez | Torre Chardón, Ste 1201 | 350 Carlos Chardón St | San Juan, PR 00918 | | | Overnight Mail |
| Office of the Attorney General | Attn: Eric Schmitt | Supreme Court Bldg | 207 W High St | Jefferson City, MO 65101 | | | Overnight Mail |
| Office of the Attorney General | Attn: Eric Schmitt | 2311 Bloomfield St, Ste 106 | Cape Girardeau, MO 63703 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Eric Schmitt | 615 E 13th St, Ste 401 | Kansas City, MO 64106 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Eric Schmitt | 815 Olive St, Ste 200 | St Louis, MO 63101 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Hector Balderas | P.O. Drawer 1508 | Santa Fe, NM 87504-1508 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Herbert H Slattery, III | 425 5th Ave N | Nashville, TN 37243 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Herbert H Slattery, III | PO Box 20207 | Nashville, TN 37202-0207 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Jeff Landry | 300 Capital Dr | Baton Rouge, LA 70802 | | | | Overnight Mail |
| Office of the Attorney General | Attn: John M O'Conner | 313 NE 21st Str | Oklahoma City, OK 73105 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Josh Kaul | Wisconsin Dept of Justice | State Capital, Rm 114 E | P.O. Box 7857 | Madison, WI 53707-7857 | | Overnight Mail |
| Office of the Attorney General | Attn: Josh Shapiro | Strawberry Sq, 16th Fl | Harrisburg, PA 17120 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Karl A Racine | 400 6th St NW | Washington, DC 20001 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Keith Ellison | 445 Minnesota St, Ste 1400 | Saint Paul, MN 55101 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Ken Paxton | Capital Station | P.O. Box 12548 | Austin, TX 78711-2548 | | | Overnight Mail |
| Office of the Attorney General | Attn: Kwame Raoul | James R Thompson Ctr | 100 W Randolph St | Chicago, IL 60601 | | | Overnight Mail |
| Office of the Attorney General | Attn: Letitia A James | Dept of Law | The Capitol, 2nd Fl | Albany, NY 12224 | | | Overnight Mail |
| Office of the Attorney General | Attn: Lynn Fitch | Department of Justice | 550 High St | P.O. Box 220 | Jackson, MS 39205 | | Overnight Mail |
| Office of the Attorney General | Attn: Mark Vargo | 1302 E Hwy 14, Ste 1 | Pierre, SD 57501-8501 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Mathew J Platkin | Richard J Hughes Justice Complex | 25 Market St | P.O. Box 080 | Trenton, NJ 08625 | | Overnight Mail |
| Office of the Attorney General | Attn: Patrick Morrisey | State Capitol Complex, Bldg 1, Rm E-26 | 1900 Kanawhe Blvd E | Charleston, WV 25305 | | | Overnight Mail |
| Office of the Attorney General | Attn: Peter F Neronha | 150 S Main St | Providence, RI 02903 | | | | Overnight Mail |
| Office of the Attorney General | Attn: Phil Weiser | Ralph L Carr Colorado Judicial Ctr | 1300 Broadway, 10th Fl | Denver, CO 80203 | | | Overnight Mail |
| Office of the Attorney General | Attn: Steve Marshall | State of Alabama | 501 Washington Ave | Montgomery, AL 36104 | | | Overnight Mail |
| Office of the Attorney General | Attn: Xavier Becerra | 1300 I St, Ste 1740 | Sacramento, CA 95814 | | | | Overnight Mail |
| Office of the Attorney General | California Dept of Justice | P.O. Box 944255 | Sacramento, CA 94244-2550 | | | | Overnight Mail |
| Office of the Attorney General | Consumer Law Section | Attn: Bankruptcy Notices | 455 Golden Gate Ave, Ste 11000 | San Francisco, CA 94102-7004 | | | Overnight Mail |
| Office of the Attorney General | P.O. Box 94005 | Baton Rouge, LA 70804 | | | | | Overnight Mail |
| Office of the Attorney General | Supreme Court Bldg | P.O. Box 899 | Jefferson City, MO 65102 | | | | Overnight Mail |
| Office of the Attorney General | Walter Sillers Bldg | 550 High St, Ste 1200 | Jackson, MS 39201 | | | | Overnight Mail |
| Ohio Dept Of Taxation | 4485 Northland Ridge Blvd | Columbus, OH 43229 | | | | | Overnight Mail |
| Ohio Dept Of Taxation | Commercial Activity/Sales and Use | Attn: Compliance Tax Division | P.O. Box 2678 | Columbus, OH 43216-2678 | | | Overnight Mail |
| Ohio Dept Of Taxation | Commercial Activity/Sales and Use | Attn: Compliance Tax Division | P.O. Box 16678 | Columbus, OH 43216-6678 | | | Overnight Mail |
| Ohio Dept Of Taxation | Corporate Franchise Tax | P.O. Box 27 | Columbus, OH 43216-0027 | | | | Overnight Mail |
| Ohio Dept Of Taxation | P.O. Box 181140 | Columbus, OH 43218 | | | | | Overnight Mail |
| Oklahoma Tax Commission | 2501 N Lincoln Blvd | Oklahoma City, OK 73194 | | | | | Overnight Mail |
| Oklahoma Tax Commission | Franchise Tax Return | P.O. Box 26850 | Oklahoma City, OK 73126-3160 | | | | Overnight Mail |
| Oklahoma Tax Commission | P.O. Box 26890 | Oklahoma City, OK 73126 | | | | | Overnight Mail |
| Oregon Department of Revenue | P.O. Box 14790 | Salem, OR 97309 | | | | | Overnight Mail |
| Oregon Dept of Revenue | P.O. Box 14950 | Salem, OR 97309 | | | | | Overnight Mail |
| Revenue & Finance Dept | 1305 E Walnut St | Des Moines, IA 50319 | | | | | Overnight Mail |
| Revenue & Taxation Dept | 617 N 3rd St | Baton Rouge, LA 70802 | | | | | Overnight Mail |
| Revenue Adm Dept | 57 Regional Dr | Concord, NH 03301 | | | | | Overnight Mail |
| Revenue Administration | P.O. Box 13528 | Austin, TX 78711 | | | | | Overnight Mail |
| Revenue Dept | 540 S Dupont Hwy, Ste 2 | Dover, DE 19901 | | | | | Overnight Mail |
| Revenue Dept | 616 E St | Anchorage, AK 99501 | | | | | Overnight Mail |
| Revenue Operations Bureau | P.O. Box 36 | Boise, ID 83722 | | | | | Overnight Mail |
| Revenue Services Dept | 25 Sigourney St | Hartford, CT 6106 | | | | | Overnight Mail |
| Rhode Island Division Of Taxation | One Capital Hill | Providence, RI 2908 | | | | | Overnight Mail |
| Sales Tax Colorado, Llc | 992 S 4th Ave | Brighton, CO 80601 | | | | | Overnight Mail |
| San Diego County Treasurer-Tax Collector | 1600 Pacific Hwy | San Diego, CA 92101 | | | | | Overnight Mail |
| Santa Clara County Tax Collector | Office of the Tax Collector | San Jose, CA 95110 | | | | | Overnight Mail |
| Shasta County Tax Collector | P.O. Box 991830 | Redding, CA 96099 | | | | | Overnight Mail |
| Sonoma County Tax Collector | 585 Fiscal Dr | Santa Rosa, CA 95403 | | | | | Overnight Mail |
| South Carolina Dept of Revenue | Attn: Director | P.O. Box 125 | Columbia, SC 29214 | | | | Overnight Mail |
| South Dakota Dept Of Revenue | 445 E Capitol Ave | Pierre, SD 57501 | | | | | Overnight Mail |
| South Dakota Dept of Revenue | Special Tax Div | Pierre, SD 57051 | | | | | Overnight Mail |
| Stanislaus County Tax Collector | P.O. Box 859 | Modesto, CA 95353 | | | | | Overnight Mail |
| State Comptroller | State of Texas | 111 E 17th S | Austin, TX 78774 | | | | Overnight Mail |
| State Dept of Assessments & Taxation | Attn: Stephen J Clampett, Assoc Director | 301 W Preston St | Baltimore, MD 21201-2395 | | | sdat.411@maryland.gov; stephen.clampett@maryland.gov | Email |
| State Dept of Assessments & Taxation | 301 W Preston St | Baltimore, MD 21201 | | | | | Overnight Mail |
| State of Alaska Revenue Dept | P.O. Box 110400 | Juneau, AK 99811 | | | | | Overnight Mail |
| State Of Arkansas | Dept of Finance and Admin | P.O. Box 8123 | Little Rock, AR 72203-8123 | | | | Overnight Mail |
| State of California | Attn: Jozel Brunett, Chief Counsel | Franchise Tax Board | Legal Division | P.O. Box 1720 | Rancho Cordova, CA 95741-1720 | | Overnight Mail |
| State of California | Franchise Tax Board | P.O. Box 942857 | Sacramento, CA 94257-0501 | | | | Overnight Mail |
| State of California | Franchise Tax Board, Business Bankruptcy | Bankruptcy Section MS A345 | P.O. Box 2952 | Sacramento, CA 95812-2952 | | | Overnight Mail |
| State of Nevada Dept of Taxation | 1550 E College Pkwy, Ste 115 | Carson City, NV 89706 | | | | | Overnight Mail |
| State of Nevada Dept of Taxation | Grant Sawyer Office Bldg | 555 E Washington Ave, Ste 1300 | Las Vegas, NV 89101 | | | | Overnight Mail |
| State of New Jersey | Division of Taxation | Revenue Pocessing Center | P.O. Box 666 | Trenton, NJ 08646-0666 | | | Overnight Mail |
| State of New Jersey | Division of Taxation, Bankruptcy Unit | 3 John Fitch Way, 5th Fl | P.O. Box 245 | Trenton, NJ 08695-0245 | | | Overnight Mail |
| State Tax Commission | P.O. Box 76 | Boise, ID 73707 | | | | | Overnight Mail |
| Tax & State Revenue | 955 Center St Ne | Salem, OR 97310 | | | | | Overnight Mail |
| Tax Commission | 800 Park Blvd | Boise, ID 83712 | | | | | Overnight Mail |
| Tax Compliance Dept | 200 Fair Oaks Ln | Frankfort, KY 40601 | | | | | Overnight Mail |
| Tax Dept | 3301 C St, Ste 712 | Sacramento, CA 95816 | | | | | Overnight Mail |
| Tax Planning Service LLC | 18275 N 59th Ave | Glendale, AZ 85308 | | | | | Overnight Mail |
| Taxation & Revenue Dept | 1200 S Saint Francis Dr | Santa Fe, NM 87505 | | | | | Overnight Mail |
| Taxation & Revenue Dept | P.O. Box 2527 | Santa Fe, NM 87504 | | | | | Overnight Mail |
| Taxation Dept | 3610 W Broad St, Ste 101 | Richmond, VA 23230 | | | | | Overnight Mail |
| Taxation Division | 30 E Broad St, Ste 22 | Columbus, OH 43215 | | | | | Overnight Mail |
| Taxation Division | 50 Barrack St | Trenton, NJ 08608 | | | | | Overnight Mail |
| Taxation Division | 800 Freeway Dr N | Columbus, OH 43229 | | | | | Overnight Mail |
| Tennessee Dept Of Revenue | Andrew Jackson St Office | 500 Deaderick S | Nashville, TN 37242 | | | | Overnight Mail |
| The Revenue Center | 1001 Lee St E | Charleston, WV 25301 | | | | | Overnight Mail |
| Town of Fallsburg Land Taxes | 100 North St | Monticello, NY 12701 | | | | | Overnight Mail |
| Town of Walpole County Tax | 135 School St | Walpole, MA 02081 | | | | | Overnight Mail |
| Travis County Tax Office | P.O. Box 149328 | Austin, TX 78714 | | | | | Overnight Mail |
| Univoip Inc | 830 Parkview Dr N | El Segundo, CA 90245 | | | | | Overnight Mail |
| US Virgin Islands Bureau of Internal Revenue | 4008 Estate Diamon Plot 7-B | Christiansted, VI 00820-4421 | | | | | Overnight Mail |
| US Virgin Islands Bureau of Internal Revenue | 6115 Estate Smith Bay, Ste 225 | St Thomas, VI 00802 | | | | | Overnight Mail |
| Utah State Tax Commission | 210 N 1950 W | Salt Lake City, UT 84134 | | | | | Overnight Mail |
| Veri-Tax | 30 Executive Park | Irvine, CA 92614 | | | | | Overnight Mail |
| Vermont Dept Of Tax | 133 State St | Montpelier, VT 05602 | | | | | Overnight Mail |
| Vermont Dept Of Taxes | P.O. Box 1881 | Montpelier, VT 05602 | | | | | Overnight Mail |
| Virginia Dept Of Taxation | P.O. Box 1115 | Richmond, VA 23218 | | | | | Overnight Mail |
| Virginia Dept of Taxation | P.O. Box 1478 | Richmond, VA 23218 | | | | | Overnight Mail |
| Walton County Tax Collector | P.O. Box 510 | Defuniak Springs, FL 32435 | | | | | Overnight Mail |
| Washington Dept Of Revenue | P.O. Box 47464 | Olympia, WA 98504 | | | | | Overnight Mail |
| Washington State Department of Revenue | Attn: Bankruptcy Unit | 2101 4th Ave, Ste 1400 | Seattle, WA 98121 | | | | Overnight Mail |
| Washington State Dept of Revenue | Olympia, WA 98504 | | | | | | Overnight Mail |
| Weare Tax Collector | 15 Flanders Memorial Dr | Weare, NH 03281 | | | | | Overnight Mail |
| Westmoreland County Tax Claim | 2 N Main St, RM 406 | Greenburg, PA 15601 | | | | | Overnight Mail |
| Wilkes County Property Tax | 110 North St | Wilkesboro, NC 28697 | | | | | Overnight Mail |
| Wisconsin Dept of Revenue | P.O. Box 930208 | Milwaukee, WI 53293 | | | | | Overnight Mail |
| Wisconsin Dept.Of Revenue | P.O. Box 8965 | Madison, WI 53708 | | | | | Overnight Mail |
| Wyoming Dept Of Revenue | 122 W 125th S, Ste E301 | Cheyenne, WY 82002 | | | | | Overnight Mail |

AMERIFIRST FINANCIAL, INC, (Case No. 23-11240 )