**EXHIBIT A**

**Budget**

*Amerifirst Financial, LLC*
*Weekly Cash Flow Budget*
*($ 000's)*

| Week Ending | Week 4 9/22 | Week 5 9/29 | Week 6 10/6 | Week 7 10/13 | 4-Week Total |
|---|---|---|---|---|---|
| **Cash Receipts** | | | | | |
| MSR | $ - | $ - | $ - | $ - | $ - |
| **Net Cash Receipts** | **-** | **-** | **-** | **-** | **-** |
| | | | | | |
| **Operating Disbursements** | | | | | |
| Payroll & Payroll Taxes | - | - | 87 | - | 87 |
| Commissions | 39 | - | - | - | 39 |
| IT Expense | - | - | 170 | - | 170 |
| Benefits | 9 | - | 46 | - | 55 |
| Rent and Lease Expense | - | - | 6 | - | 6 |
| Credit Card | - | 20 | - | - | 20 |
| Insurance | - | 1 | - | - | 1 |
| CIK Expense | - | - | 4 | - | 4 |
| Taxes | 16 | - | - | - | 16 |
| Utilities | 2 | - | - | 0 | 2 |
| Other | 110 | 20 | 10 | 10 | 150 |
| **Total Operating Disbursements** | **176** | **41** | **323** | **10** | **550** |
| | | | | | |
| **Operating Cash Flow** | **(176)** | **(41)** | **(323)** | **(10)** | **(550)** |
| **Cumulative Operating Cash Flow** | **(176)** | **(216)** | **(540)** | **(550)** | |
| | | | | | |
| **Non-Operating Disbursements / (Receipts)** | | | | | |
| Restructuring Fees | 418 | 394 | 352 | 365 | 1,529 |
| **Total Non-Operating Disbursements / (Receipts)** | **418** | **394** | **352** | **365** | **1,529** |
| | | | | | |
| **Beginning Cash (a)** | 50 | 50 | 50 | 50 | 50 |
| *(+/-) Net Cash Flow* | *(594)* | *(435)* | *(676)* | *(376)* | *(2,080)* |
| *(+/-) DIP Draw / (Repayment)* | *594* | *435* | *676* | *376* | *2,080* |
| **Ending Cash** | $ **50** | $ **50** | $ **50** | $ **50** | $ **50** |
| | | | | | |
| **DIP Balance** | $ 3,366 | $ 3,801 | $ 4,476 | $ 4,852 | |

**Note:**

(a) The Alliance account ending in 7714 was not included in the Beginning Cash Balance of the interim DIP Budget and operates as a trust account for the purpose of passing through monies disbursed at closing for the benefit of other parties ie: taxing authorities, insurance companies etc. Monies will be disbursed in ordinary course and not included in DIP Budget.