IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC.,[1] | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 23-11240 (TMH) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket Nos. 72, 79, 88** |

**NOTICE OF ENTRY OF ORDER (I) AUTHORIZING AND APPROVING THE APPOINTMENT OF OMNI AGENT SOLUTIONS AS CLAIMS AND NOTICING AGENT AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 24, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented certain first-day motions at a hearing before the Honorable Thomas M. Horan at the Bankruptcy Court on September 8, 2023. The Bankruptcy Court granted the relief requested by the *Debtors' Application for Entry of an Order (I) Authorizing and Approving the Appointment of Omni Agent Solutions as Claims and Noticing Agent and (II) Granting Related Relief* [Docket No. 72] and *Supplemental Declaration of Paul H. Deutch in Support of the Debtors' Application for Entry of an Order (I) Authorizing and Approving the Appointment of Omni Agent Solutions as Claims and Noticing Agent and (II) Granting Related Relief* [Docket No. 79], attached hereto as **Exhibits 1 and 2**, respectively, and entered the *Order (I) Authorizing and Approving the Appointment of*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

*Omni Agent Solutions as Claims and Noticing Agent and (II) Granting Related Relief* [Docket No. 88], attached hereto as **Exhibit 3**.

| | |
|---|---|
| Dated: September 11, 2023<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>Email: ljones@pszjlaw.com<br>       dbertenthal@pszjlaw.com<br>       tcairns@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |