IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERIFIRST FINANCIAL, INC.,1 | ) Case No. 23-11240 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| | ) |

Ref. Docket Nos. 21, 116

### DEBTORS' WITNESS AND EXHIBIT LIST
### FOR HEARING ON SEPTEMBER 18, 2023 AT 2:00 P.M. (ET)

The above captioned debtors and debtors in possession (the "Debtors") hereby submit this witness and exhibit list in connection with the *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 21] (the "Motion") scheduled for hearing on **September 18, 2023 at 2:00 p.m. (ET)** before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing").

### WITNESSES

The Debtors designate the following persons as witnesses in connection with the Motion:

(1) T. Scott Avila, the Debtors' Chief Restructuring Officer. Mr. Avila will testify as to the Debtors' need for DIP financing and the terms of the DIP facility for which final approval is sought.

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

The Debtors also cross designate all witnesses designated by any other party in connection with the Motion, and reserve the right to call any necessary rebuttal or impeachment witnesses.

### **EXHIBITS**

The Debtors designate the following exhibits that may be used in connection with the Motion:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1 | Declaration of T. Scott Avila in Support of First Day Motions | 20 |
| 2 | Amended and Restated Binding DIP Term Sheet | 82-A |
| 3 | Updated Budget | 87-A |

The Debtors also cross designate all exhibits designated by any other party in connection with the Motion, and reserve the right to use additional exhibits for rebuttal or impeachment purposes.

The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

[Remainder of Page Intentionally Blank]

|  |  |
|---|---|
| Dated: September 14, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
|  | */s/ Laura Davis Jones*  |
|  | Laura Davis Jones (DE Bar No. 2436) |
|  | David M. Bertenthal (CA Bar No. 167624) |
|  | Timothy P. Cairns (DE Bar No. 4228) |
|  | 919 North Market Street, 17th Floor |
|  | P.O. Box 8705 |
|  | Wilmington, Delaware 19899 (Courier 19801) |
|  | Telephone: (302) 652-4100 |
|  | Facsimile: (302) 652-4400 |
|  | Email: ljones@pszjlaw.com |
|  | dbertenthal@pszjlaw.com |
|  | tcairns@pszjlaw.com |
|  |  |
|  | *Proposed Counsel to the Debtors and Debtors in Possession* |