UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| AmeriFirst Financial, Inc., *et al.,* | : | Case No. 23- 11240 (TMH) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Kristen Rahn,** Phone: 480-636-6126; Krisrahn@gmail.com

2. **Mortgageshots, LLC,** Attn: Kian Ramsay; 479 Mason St., Suite 213, Vacaville, CA 95688; Phone: 925-818-1167; kian@mortgageshots.com

3. **Paragon Micro, Inc**., Attn: Todd Cowen, 2 Corporate Drive, Suite 105, Lake Zurich, IL 60047; Phone: 874-644-3401; tcowen@paragonmicro.com


ANDREW R. VARA
United States Trustee, Region 3


 /s/*Linda Richenderfer* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: September 15, 2023

Attorney assigned to this Case: Linda Richenderfer, Esq., Phone: (302) 573-6491
Debtors' Counsel: Laura Davis Jones, Esq., Phone: 302-778-6401