IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | Re:  D.I. 21 & 61 |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that on September 15, 2023, Eric Bowlby, by and through its undersigned counsel, caused the: (i) *Interested Party Eric Bowlby's Document Production Requests Directed to Amerifirst National, Inc.*; (ii) *Interested Party Eric Bowlby's Document Production Requests Directed to Jeffrey Dane*, (iii) *Interested Party Eric Bowlby's Document Production Requests Directed to Phoenix 1040, LLC*, and (iv) *Interested Party Eric Bowlby's Document Production Requests Directed to T. Scott Avila* to be served in the manner indicated upon the following counsel of record:

   Laura Davis Jones
   David M. Bertenthal
   Timothy P. Cairns
   Mary F. Caloway
   Maxim Litvak
   Pachulski Stang Ziel & Jones LLP
   919 North Market Street, 17th Floor
   Wilmington, DE 19899-8705
   ljones@pszjlaw.com
   dbertenthal@pszjlaw.com
   tcairns@pszjlaw.com
   mcaloway@pszjlaw.com
   mlitvak@pszjlaw.com
   ***By Email***

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

1

| | |
|---|---|
| Dated: September 15, 2023<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.**C<br><br>*/s/ Joseph C. Barsalona II*<br>William R. Firth, III (No. 4356)<br>Joseph C. Barsalona II (No. 6102)<br>1007 North Orange Street, 4th Floor, #183,<br>Wilmington, DE 19801<br>Telephone: (302) 592-6497<br>Facsimile: (201) 488-5556<br>Email: wfirth@pashmanstein.com<br>          jbarsalona@pashmanstein.com<br><br>*Counsel to Eric Bowlby, on behalf of himself and*<br>*other displaced shareholders of AmeriFirst Financial, Inc.* |