**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 21 & 61** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on September 15, 2023, Eric Bowlby, by and through its undersigned counsel, caused the *Interested Party Eric Bowlby's Document Production Requests Directed to Reverence Capital Partners* to be served in the manner indicated upon the following counsel of record:

Manisha M. Sheth
Patricia Tomasco
Quinn Emanuel Urquhart & Sullivan, LLP
51 Maidson Avenue, 22nd Floor
New York, NY 10010
manishasheth@quinnemanuel.com
pattytomasco@quinnemanuel.com

Bennett Murphy
Razmig Izakelian
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
bennettmurphy@quinnemanuel.com
razmigizakelian@quinnemanuel.com

Brittany Nelson
Quinn Emanuel Urquhart & Sullivan, LLP
13001 I Street NW, Suite 900
Washington, DC 20005
brittanynelson@quinnemanuel.com

Christopher Samis
L. Katherine Good
Katelin Morales
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801-6108
csamis@potteranderson.com
kgood@potteranderson.com
kmorales@potteranderson.com

*By Email*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

Dated: September 15, 2023
        Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.**C

 */s/ Joseph C. Barsalona II*
William R. Firth, III (No. 4356)
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street, 4th Floor, #183,
Wilmington, DE 19801
Telephone: (302) 592-6497
Facsimile: (201) 488-5556
Email: wfirth@pashmanstein.com
         jbarsalona@pashmanstein.com

*Counsel to Eric Bowlby, on behalf of himself and
other displaced shareholders of AmeriFirst Financial, Inc.*