1

1

2 UNITED STATES BANKRUPTCY COURT

3 DISTRICT OF DELAWARE

4 - - - - - - - - - - - - - - - - - - - -x

5 In the Matter of:

6

7 AMERIFIRST FINANCIAL, INC.,          Case No.

8          Debtor.                     23-11240-TMH

9 - - - - - - - - - - - - - - - - - - - -x

10

11

12          United States Bankruptcy Court

13          824 North Market Street

14          Wilmington, Delaware

15

16          September 15, 2023

17          4:00 PM

18

19

20

21 B E F O R E:

22 HON. THOMAS M. HORAN

23 U.S. BANKRUPTCY JUDGE

24

25 ECR OPERATOR:  NOLLEY RAINEY

2

1

2    Emergency Hearing re: DIP Motion

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  River Wolfe

3

1

2    A P P E A R A N C E S: (All present by video or telephone)

3    PACHULSKI STANG ZIEHL & JONES LLP

4         Attorneys for Debtor

5    BY:  LAURA DAVIS JONES, ESQ.

6         DAVID BERTENTHAL, ESQ.

7         TIMOTHY P. CAIRNS, ESQ.

8         MARY F. CALOWAY, ESQ.

9         MAXIM B. LITVAK, ESQ.

10

11

12   QUINN EMANUEL URQUHART & SULLIVAN, LLP

13        Attorneys for RCP Credit Opportunities Fund Loan SPV

14        (Fund III), L.P.

15    BY:  BENNETT MURPHY, ESQ.

16        PATRICIA B. TOMASCO, ESQ.

17

18

19   POTTER ANDERSON & CORROON LLP

20        Attorneys for RCP Credit Opportunities Fund Loan SPV

21        (Fund III), L.P. and RCP Customized Credit Fund

22        (Fund-IV-A), L.P.

23   By:  L. KATHERINE GOOD, ESQ.

24

25

4

```
 1
 2   PASHMAN STEIN WALDER HAYDEN, P.C.
 3         Attorneys for Eric Bowlby
 4   BY:   JOSEPH C. BARSALONA, II, ESQ.
 5         WILLIAM R. FIRTH, III, ESQ.
 6         JOSHUA P. LAW, ESQ.
 7         J. JOHN KIM, ESQ.
 8
 9
10   UNITED STATES DEPARTMENT OF JUSTICE
11          Attorneys for Office of the United States Trustee
12   BY:   LINDA RICHENDERFER, ESQ.
13
14
15   UNITED STATES OFFICE OF THE GENERAL COUNSEL
16         Attorneys for United States
17   BY:   MARY A. SCHMERGEL, ESQ.
18         LOUISA SOULARD, ESQ.
19
20
21   ALSO PRESENT:
22         T. SCOTT AVILA, AmeriFirst Financial, Inc.
23         ERIC BOWLBY, AmeriFirst Financial Inc.
24         PAULA SOSAMON, Paladin Management
25
```

**AMERIFIRST FINANCIAL, INC.**

1               P R O C E E D I N G S

2          THE COURT:  Good afternoon, counsel.  This is Judge

3     Horan.  We're on the record in AmeriFirst Financial, Inc., case

4     number 23-11240.

5          Ms. Jones and Mr. Barsalona, I see you.  Let me start

6     with an observation and a question.  And I understand that Ms.

7     Richenderfer is on the line as well.

8          We have a hearing scheduled on Monday where I'm to

9     consider entry of a final DIP order.  My understanding from

10    review of the docket is that today a committee was appointed.

11    I assume that they do not have counsel yet, but if Ms.

12    Richenderfer is on the line and can confirm that, I'd be

13    appreciative.

14         Ms. Richenderfer, are you here with us?

15         MS. RICHENDERFER:  Your Honor, can you hear me now?

16         THE COURT:  Oh, I can hear you fine.

17         MS. JONES:  Okay.  I don't know why I can't get my

18    picture to appear, but that's okay.  It's a Friday, so it's

19    probably best that I stay hidden.  Try it again.  Oh, there I

20    am.  There I am.

21         THE COURT:  There you are.  Yes.

22         MS. RICHENDERFER:  Okay.  there I am.  Okay.  Your

23    Honor, yes, that is correct.  A committee was appointed today.

24    While we had wanted the questionnaires to be returned by the

25    7th, I think a few things happened, Your Honor.  People were

**AMERIFIRST FINANCIAL, INC.**

1   away over the Labor Day holiday.  It turned out that some of

2   the email addresses, and we have this happen frequently, are

3   really going to AR departments, and it takes a little bit of

4   time for it to get to the right person in the organization.

5   And so I was still receiving questionnaires on Monday of this

6   week.

7         Also had some difficulties getting time scheduled

8   because most of these people were on the West Coast.  Got that

9   ironed out.  Things always take a little bit longer than you

10  think.  And as Your Honor, I'm sure is aware, I need to go up a

11  chain through Mr. McMahon and then to Mr. Bauer (ph.) in order

12  to get the appointment made.  And even the timetable today, I

13  had hoped to launch them earlier in the day, but two of them

14  were on the West Coast, so I know that I needed to wait until

15  business hours started out on the West Coast to get them on the

16  phone.

17        They were excited.  They were going to start reaching

18  out to lawyers, but no, they have not yet.  My guess is that

19  they are probably lining people up to start interviews next

20  week.

21        THE COURT:  Um-hum.

22        MS. RICHENDERFER:  They are moving as quick as they

23  can.  And yeah, I don't know if Your Honor recalls, but when we

24  had the interim hearing on the DIP and the dates were set, I

25  was very concerned that there would not be sufficient time to

**AMERIFIRST FINANCIAL, INC.**

1   get a committee up and running with counsel.

2          Before getting on this call, Your Honor, I checked,

3   and the deadline in the DIP term sheet was to have a final

4   order within thirty-five days of the petition date.  And by my

5   calculation, that's September 28th.  So there is still time in

6   that respect.  I'm not saying we have to wait till September

7   28th.

8          THE COURT:  Um-hum.

9          MS. RICHENDERFER:  I'm just saying that not having the

10  hearing on the 18th, there is no issue with respect to the

11  deadline for the final order.  The milestones, there are no

12  milestones, even in the proposed final order.  And because the

13  debtor has let go all but about twenty employees, things that

14  were in the budget for payroll should not have materialized.

15  So this is just a general observation by me and a very, very

16  quick purview of the information, Your Honor.

17         THE COURT:  Okay.  So Ms. Richenderfer, is it your

18  position, then, that a final hearing ought to be scheduled for

19  later date so as to permit the committee's counsel and advisors

20  to get on board?  And yeah, I --

21         MS. RICHENDERFER:  Yes, Your Honor, most definitely.

22         THE COURT:  Yeah.  And I reviewed the transcript.

23  And I'll hear from Ms. Jones in a moment.  I reviewed the

24  transcript of the hearing on the interim DIP, and we actually

25  all recognize that.  I think I spoke to that.  You spoke to

1  that.  I think Mr. Litvak spoke to the possibility of a

2  committee maybe even being formed just on the eve of this

3  hearing.  So I'm thinking that it's appropriate to do a second

4  interim order and reschedule the final.  But before I decide

5  that, I do wish to hear from the parties.

6          So Ms. Jones, may I hear from you first, please?

7          MS. JONES:  Of course, Your Honor.  Good afternoon.

8          THE COURT:  Good afternoon.

9          MS. JONES:   Laura Davis Jones of Pachulski Stang

10  Ziehl & Jones on behalf of the debtors.  And Your Honor, let me

11  start by apologizing but also thanking you for giving us some

12  time in your afternoon and late afternoon hearings.  I'm sure

13  not the first priority of the bench.

14          Your Honor, I have been resistant to this idea for two

15  reasons, and I just feel the need to make sure the Court is

16  clear on this.  To me, Your Honor, and from the debtors

17  perspective, this is a continuing pattern of troubling behavior

18  in this case.

19          Your Honor, the U.S. Trustee, I understand what Ms.

20  Richenderfer said.  I understand her efforts.  And indeed, more

21  than any other case I've been in with Ms. Richenderfer, she's

22  been very actively pursuing a committee here.  And I appreciate

23  that.  And I know it takes time.  I'm not sure why took to 2

24  o'clock today, but I hear Ms. Richenderfer, and obviously take

25  her representations on the record for the sincerity in which

**AMERIFIRST FINANCIAL, INC.**

1 | they are placed.

2 |        What I'm concerned about, Judge, is, first of all, Mr.

3 | Bowlby, the movant, are the only objector in this case who is

4 | not on the committee.  So that excuse is now gone.  Your

5 | Honor denied their requests, both these requests for a

6 | continuance, back on Wednesday.

7 |        On Thursday, Your Honor, we received a request for

8 | deposition dates, which we provided right away.  And indeed,

9 | depositions are scheduled without Mr. Bowlby's counsel still

10 | having filed a notice of deposition, but I assume he'll get to

11 | that.  But we've agreed that Mr. Avila would be taken on

12 | Saturday and that Mr. Dane, the independent director, will be

13 | taken on Monday morning.  And the hearing is Monday afternoon.

14 |        Your Honor, today, for the first time, we received

15 | document requests.  And Your Honor, luckily for us and for

16 | movant's counsel, the breadth of the documents that need to be

17 | provided pursuant to those requests because it's a limited --

18 | there are limited time in this case.  Mr. Avila's only been in

19 | the saddle since the beginning -- since the 20th.

20 |        Your Honor, that production is going to be limited and

21 | we (indiscernible) to do and we said we could do.  And indeed,

22 | it was Mr. Litvak who asked for a meet and confer so we could

23 | get these document worked out, even though we didn't get them

24 | till earlier today.  And I encouraged that.  And Your Honor, it

25 | seemed simple.

**AMERIFIRST FINANCIAL, INC.**

1        When, however, Ms. Richenderfer did announce at the

2    meet and confer that she attended -- I was not at it, but Ms.

3    Richenderfer was at the meet and confer with the parties.  She

4    announced that she's charging a -- sorry, can you tell my past

5    experience.  She'd be charging a committee, Your Honor, at 1

6    o'clock.  And indeed, a committee was appointed at 2 o'clock.

7        So Your Honor, as I said, Mr. Bowlby's not a member of

8    the committee.  There's been no request from any committee,

9    although I do understand Ms. Richenderfer only got to

10   appointing that committee at 2 o'clock today.  And I'm sure

11   they don't have counsel, unless that's already been set up.

12       But Your Honor, what's more disconcerting is this

13   request was made.  It was heard by the Court.  It was denied by

14   the Court.  As I expected would happen, there was quite a bit

15   of delay to any discovery requests were made to us.  The

16   depositions were scheduled.  And Your Honor, as broad as the

17   openings are in the DIP financing order, which Your Honor and

18   Ms. Richenderfer insisted upon and we agreed with and more

19   importantly, our lender agreed with, Your Honor, it appears

20   that that order at this time would be appropriate to be

21   entered.

22       Your Honor, and so that's why we are -- if it's not

23   obviously from my comments, we're resisting the request for a

24   continuance.  I hear Ms. Richenderfer.  We do not have any

25   objection to the DIP financing on file that Ms. Richenderfer

**AMERIFIRST FINANCIAL, INC.**

1  and you offered.

2          From a process point of view, it seems appropriate

3  that this should be brought before the Court at an appropriate

4  time.  But I do hear Your Honor's concern with respect to the

5  U.S. Trustee.  And obviously, Your Honor, I can't say more

6  about that than Ms. Richenderfer has put on the record, and we

7  have to hold her to her representations made to the Court.

8          THE COURT:  Yeah.  And Ms. Jones, this is something

9  that was on my mind, and I was actually keeping an eye out on

10  the docket this week to see if a committee would be appointed,

11  because a committee now having been appointed, there's no way I

12  would be able to get myself comfortable with entering a final

13  without the participation of the committee.  And I find it hard

14  to envision the case where I would find it appropriate under a

15  circumstance where a committee had been appointed but not yet

16  represented by counsel to impose a entry of a final order

17  without their opportunity to participate.

18          So the concern, really, is mine.  And I was on the

19  bench this afternoon, so the fact that the committee was

20  appointed about 2, I wasn't aware of it, but when I saw that, I

21  would have probably raised the issue or raised it on Monday and

22  said I wasn't prepared to -- or at least laid out the

23  possibility that I wasn't prepared to enter a final order

24  pending getting committee counsel involved.  So that's sort of

25  background on my thinking.

1          But let me hear from Mr. Barsalona, if I could,

2    please.  And the first thing I want to ask you, Mr. Barsalona,

3    because I thought about this is -- and I actually checked the

4    claims register.  What's the basis of Mr. Bowlby's standing?

5          MR. BARSALONA:  Absolutely, Your Honor, and for the

6    record, Joe Barsalona from Pashman Stein Walder and Hayden on

7    behalf of Mr. Bowlby.  Your Honor, there is two counts there.

8    There are unification claims that Mr. Bowlby holds against the

9    company.  He was indemnified as a former officer and director.

10   And he holds those claims, as well as lost wage claims.

11         For the last couple of months, he has not taken a

12   salary to try to rightsize the financing and liquidity of the

13   company.  So he is, in fact, a creditor.  We did submit a

14   questionnaire.  We had an interview with Ms. Richenderfer.  And

15   obviously, it would have been very unusual for a former

16   business owner to be part of the committee, so he was never on

17   that committee.

18         However, Your Honor, I think, since the beginning of

19   the case, Mr. Bowlby and Ms. Richenderfer share similar

20   concerns of what's going on here.  I agree with Ms. Jones.

21   There's been a troubling pattern, and that's trying to

22   eviscerate any type of rights of the little guy.

23         This is a David-and-Goliath story.  We were waiting

24   for that committee to be formed.  We didn't want to propound

25   any type of discovery until we had an actual objection on file

**AMERIFIRST FINANCIAL, INC.**

13

1   to the final DIP, with the hope that a committee, a true

2   fiduciary, would be here in order to look at things and with

3   their statutory charge to launch the type of necessary

4   discovery.  Go from there.

5        We launched our motion earlier in the week when we

6   were getting nervous that things weren't going to happen.

7   Obviously, the Court denied it.  Understand what happened

8   there.  We filed our timely objection, and then we propounded

9   our discovery.  And as of this afternoon, we were at a meet and

10  confer where I am confident that Mr. Litvak was going to

11  stonewall us and say, you're not going to get any documents.

12  We'll give you the deposition default, and then we can go

13  forward on Monday.

14        That was going to continue no matter what we do, Your

15  Honor, because we are just one asker.  We are not a fiduciary.

16  We do not hold the same type of stature a committee does.  We

17  recognize that.

18        But now the game has changed, as you have said.  We

19  will take a back seat to the committee and what the committee

20  wants to do.  We will remain helpful to all parties involved

21  because obviously Mr. Bowlby provides a lot of information and

22  value from his history with the company.

23        But there was a mention in the reply about evidence,

24  Your Honor.  We are going to submit a declaration of Mr. Bowlby

25  in support of our objection.  I would think on timing

1  perspective, the debtor or a trustee would want to depose Mr.

2  Bowlby before that final hearing.  This extension of time of

3  will also benefit them, Your Honor, because we can really flesh

4  out the facts.  There's been enough of the lawyers sitting on

5  the pulpit and saying things.  Now let's get down to discovery

6  and get to the actual issues.

7        THE COURT:  Okay.  Ms. Jones, anything else in

8  response?

9        MS. JONES:  Your Honor, I would just say for the

10  record that I totally disagree with Mr. Barsalona as to the

11  standing of Mr. Bowlby as a creditor.  We can keep that dispute

12  for later, Your Honor.  But we do not think he has any valid

13  claim in this case, and indeed, the debtor here has many valid

14  claims against Mr. Bowlby.

15        Your Honor, just for the record, Mr. Barsalona's

16  confidence that we would not have been responsive with any

17  documents with respect to the production that was first done

18  this morning, just like Mr. Barsalona said they started working

19  on it right away way.  That is totally misplaced, Your Honor.

20  And indeed, as I mentioned, there would be a limited amount of

21  documents, and we are ready to prepare those.  Thank you, Your

22  Honor.

23        THE COURT:  Okay. Is there anybody else who wishes to

24  be heard?

25        Yeah.  Ms. Richenderfer.

1         MS. RICHENDERFER:  I'm in trouble today.  Thank you,

2    Your Honor.  It wasn't until this morning that I learned that

3    there was any discussion about discovery occurring, and it was

4    primarily brought to my attention because I was copied on the

5    meet and confer dial-in information.

6         But it seems to me that if there are going to be

7    depositions that they need to occur after we give the committee

8    an opportunity to gain counsel because otherwise, if they want

9    to take discovery later on, we're going to hear arguments that

10   discovery already occurred.  And so it wasn't, as I said, until

11   this morning that I realized, and I had already scheduled the

12   time to charge the committee for 1 o'clock Eastern time.  I'm

13   just a very poor typist, so it took me a while to type up the

14   notice and get it file.  One thing you learn when you go to the

15   U.S. Trustee's office.

16        So Your Honor, I think that the discovery, if it

17   sounds like it's going to occur before the hearing, whenever

18   the hearing is, I think also the committee needs to be able to

19   engage in that discovery process also.

20        THE COURT:  Let me ask Mr. Barsalona a question, just

21   to clarify, because I'm not sure I understood.  But Mr.

22   Barsalona, you talked about taking a back seat now to the

23   committee that now that they've been appointed.  Does that mean

24   that you wish to go forward with the depositions that have been

25   scheduled?

1    MR. BARSALONA:  No, Your Honor.

2    THE COURT:  Okay.

3    MR. BARSALONA:  And that's why we did not file notices

4  for depositions.  We sent out document requests to see where

5  that would land.  And we had not come up with a specific time.

6  We were going to have a meet and confer with debtor's counsel

7  on those exact issues.

8    When the committee got formed, we put a pause on

9  everything to allow debtors to go back.  Figure out their

10  position.  A couple hours later, we hear from debtor's counsel,

11  we're not going to move the hearing.  So that's what prompted

12  me to send the email to the chambers and to have this

13  discussion today.

14    THE COURT:  Okay.  But at this point, just to nail

15  this down, you're not going forward with depositions?

16    MR. BARSALONA:  That is correct, Your Honor.

17    THE COURT:  Okay.  Okay.  Here's what I'd like to do.

18  And this is really on the Court's own motion.  I do want to

19  adjourn a hearing on the final, although I'd be happy to enter

20  a further interim order.

21    And it arises out of my concern that the committee be

22  in place and that their advisors be able to participate.

23  Otherwise, I think we're stripping that away from them.  And

24  under our Local Rule that provides for reconsideration of

25  orders entered early in the case, correct me if I'm wrong, but

**AMERIFIRST FINANCIAL, INC.**

1  I don't think that that applies to DIP orders.  So I think that

2  if I entered a final DIP order on Monday, the committee would

3  be cut out of the process, and I'm not comfortable with that.

4         So I'm doing that on my own motion and not in response

5  to Mr. Bowlby's request.  And I did deny that request earlier

6  in the week, but this is not a reconsideration of that denial.

7  This, again, is on my own motion.

8         So I realize that that's something that the DIP

9  lenders and the debtor will need to discuss, but that's where

10  I'd like to be.  And if the DIP lender wishes to be heard, is

11  on the line and wishes to be heard, I'm happy to hear from

12  them.  But otherwise, I won't expect them to be able to comment

13  without first discussing with their client.

14         MR. MURPHY:  This is Bennett Murphy, Quinn Emanuel

15  Urquhart & Sullivan for the RCP DIP lenders.  Apologies.  I

16  only was able to secure an audio link this afternoon.

17         We heard the Court's decision, and we thought that

18  this afternoon was the most opportune time to consider the

19  appropriate question of whether but how long and under what

20  circumstances would be an adjournment of the hearing Monday

21  because we do respect the role of the committee in this case.

22  I note that while the form for a final order is as described

23  earlier in the proceedings, interim budget was approved by the

24  Court, but only through this week, week ending today.

25         Your Honor is also correct that I have not had an

1　opportunity to confer with my client on this and are standing

2　as it is unlikely that next week the debtor would need more

3　than the aggregate amount that was approved.  But we do need to

4　have a budget for at least a week this week until there can be

5　a hearing.  But again, I think we need to work with Jones and

6　her team to figure out the details, and hopefully we'll be able

7　to -- confident we'll be able to secure authority from my

8　client to accommodate what the Court intends to do.

9　　　　　　THE COURT:  Okay.  I appreciate that, Mr. Murphy.

10　　　　　　And what I'd suggest we do is this.  We'll reconvene

11　on Monday at 2 p.m. as scheduled and find out where we are with

12　regard to my suggestion that we do a further interim DIP.  And

13　we can handle scheduling.

14　　　　　　As I understand it, based on Ms. Richenderfer's math,

15　we have until the 28th to get to a final DIP order and my

16　expectation would be that a final DIP hearing would take place

17　in plenty of time to meet the 28th.  Scheduling is a little

18　tight during the week of the 25th, and we've got Yom Kippur.

19　We've got other holidays coming up that we might have to take

20　into account.  But we'll get it in there, and we'll have the

21　final DIP hearing well in time to meet the deadline of the

22　28th.  And then that's my anticipation.

23　　　　　　MS. RICHENDERFER:  Your Honor, if I may ask, is the

24　hearing on Monday going to be in person or via Zoom?

25　　　　　　THE COURT:  It is an in-person hearing.

**AMERIFIRST FINANCIAL, INC.**

19

1        MS. RICHENDERFER:  Okay.  Thank you, Your Honor.

2        THE COURT:  Okay.   Is there anybody else who'd wish

3   to be heard?

4        Ms. Jones.

5        MS. JONES:  Your Honor, just logistically for our

6   Monday hearing, would it be Your Honor's preference that we

7   submit an amended agenda reflecting it as a status and

8   scheduling conference, or what would Your Honor like to do with

9   that?

10        THE COURT:  I'm pulling up your agenda for the hearing

11   right now.  Okay.  And it looks like the only thing we had

12   going forward was the DIP.  Well, I'll tell you what, I don't

13   see this being an evidentiary hearing.  So assuming the DIP

14   lenders and the debtors are going to heed my call on this

15   issue, and I anticipate that's what's going to happen, why

16   don't we do a status conference by Zoom only and save everybody

17   the trouble of coming in.

18        MS. JONES:  I appreciate that, Your Honor.

19        THE COURT:  Okay.  Is there anything else for this

20   afternoon?

21        MS. JONES:  Not from the debtors, Your Honor.  And

22   again, we apologize for the interruption Your Honor had to

23   endure today, but we appreciate you making the time.

24        THE COURT:  That's why I'm here.  Not a problem at

25   all.  Very happy to help whenever I can.  So I'll wish everyone

**AMERIFIRST FINANCIAL, INC.**

20

1  a very good weekend and happy Rosh Hashanah.  And we're

2  adjourned until Monday afternoon.

3       (Whereupon these proceedings were concluded at 4:24 PM)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

21

1

2                     C E R T I F I C A T I O N

3

4    I, River Wolfe, certify that the foregoing transcript is a true

5    and accurate record of the proceedings.

6

7

8                                              September 19, 2023

9    _____    _____

10   RIVER WOLFE (CDLT-265)                    DATE

11   TTA-Certified Digital Legal Transcriber CDLT-265

12

13   eScribers, LLC

14   7227 N. 16th Street, Suite #207

15   Phoenix, AZ 85020

16   (602) 623-0885

17   operations@escribers.net

18

19

20

21

22

23

24

25

## A

**able (7)**
11:12;15:18;16:22;
17:12,16;18:6,7
**Absolutely (1)**
12:5
**accommodate (1)**
18:8
**account (1)**
18:20
**actively (1)**
8:22
**actual (2)**
12:25;14:6
**actually (3)**
7:24;11:9;12:3
**addresses (1)**
6:2
**adjourn (1)**
16:19
**adjourned (1)**
20:2
**adjournment (1)**
17:20
**advisors (2)**
7:19;16:22
**afternoon (12)**
5:2;8:7,8,12,12;
9:13;11:19;13:9;
17:16,18;19:20;20:2
**again (4)**
5:19;17:7;18:5;
19:22
**against (2)**
12:8;14:14
**agenda (2)**
19:7,10
**aggregate (1)**
18:3
**agree (1)**
12:20
**agreed (3)**
9:11;10:18,19
**allow (1)**
16:9
**although (2)**
10:9;16:19
**always (1)**
6:9
**amended (1)**
19:7
**AmeriFirst (3)**
4:22,23;5:3
**amount (1)**
14:20;18:3
**announce (1)**
10:1
**announced (1)**
10:4
**anticipate (1)**
19:15

**anticipation (1)**
18:22
**Apologies (1)**
17:15
**apologize (1)**
19:22
**apologizing (1)**
8:11
**appear (1)**
5:18
**appears (1)**
10:19
**applies (1)**
17:1
**appointed (8)**
5:10,23;10:6;11:10,
11,15,20;15:23
**appointing (1)**
10:10
**appointment (1)**
6:12
**appreciate (4)**
8:22;18:9;19:18,23
**appreciative (1)**
5:13
**appropriate (6)**
8:3;10:20;11:2,3,
14;17:19
**approved (2)**
17:23;18:3
**AR (1)**
6:3
**arguments (1)**
15:9
**arises (1)**
16:21
**asker (1)**
13:15
**assume (2)**
5:11;9:10
**assuming (1)**
19:13
**attended (1)**
10:2
**attention (1)**
15:4
**Attorneys (3)**
4:3,11,16
**audio (1)**
17:16
**authority (1)**
18:7
**AVILA (2)**
4:22;9:11
**Avila's (1)**
9:18
**aware (2)**
6:10;11:20
**away (4)**
6:1;9:8;14:19;
16:23

## B

**back (4)**
9:6;13:19;15:22;
16:9
**background (1)**
11:25
**BARSALONA (13)**
4:4;5:5;12:1,2,5,6;
14:10,18;15:20,22;
16:1,3,16
**Barsalona's (1)**
14:15
**based (1)**
18:14
**basis (1)**
12:4
**Bauer (1)**
6:11
**beginning (2)**
9:19;12:18
**behalf (2)**
8:10;12:7
**behavior (1)**
8:17
**bench (2)**
8:13;11:19
**benefit (1)**
14:3
**Bennett (1)**
17:14
**best (1)**
5:19
**bit (3)**
6:3,9;10:14
**board (1)**
7:20
**both (1)**
9:5
**Bowlby (11)**
4:3,23;9:3;12:7,8,
19;13:21,24;14:2,11,
14
**Bowlby's (4)**
9:9;10:7;12:4;17:5
**breadth (1)**
9:16
**broad (1)**
10:16
**brought (2)**
11:3;15:4
**budget (3)**
7:14;17:23;18:4
**business (2)**
6:15;12:16

## C

**calculation (1)**
7:5
**call (2)**
7:2;19:14

**can (11)**
5:12,15,16;6:23;
10:4;13:12;14:3,11;
18:4,13;19:25
**case (10)**
5:3;8:18,21;9:3,18;
11:14;12:19;14:13;
16:25;17:21
**chain (1)**
6:11
**chambers (1)**
16:12
**changed (1)**
13:18
**charge (2)**
13:3;15:12
**charging (2)**
10:4,5
**checked (2)**
7:2;12:3
**circumstance (1)**
11:15
**circumstances (1)**
17:20
**claim (1)**
14:13
**claims (5)**
12:4,8,10,10;14:14
**clarify (1)**
15:21
**clear (1)**
8:16
**client (3)**
17:13;18:1,8
**Coast (3)**
6:8,14,15
**comfortable (2)**
11:12;17:3
**coming (2)**
18:19;19:17
**comment (1)**
17:12
**comments (1)**
10:23
**committee (32)**
5:10,23;7:1;8:2,22;
9:4;10:5,6,8,8,10;
11:10,11,13,15,19,24;
12:16,17,24;13:1,16,
19,19;15:7,12,18,23;
16:8,21;17:2,21
**committee's (1)**
7:19
**company (3)**
12:9,13;13:22
**concern (3)**
11:4,18;16:21
**concerned (2)**
6:25;9:2
**concerns (1)**
12:20
**concluded (1)**
20:3

## D

**Dane (1)**
9:12
**date (2)**
7:4,19
**dates (2)**
6:24;9:8
**David-and-Goliath (1)**
12:23
**Davis (1)**
8:9
**Day (2)**
6:1,13
**days (1)**
7:4
**deadline (3)**
7:3,11;18:21

**confer (7)**
9:22;10:2,3;13:10;
15:5;16:6;18:1
**conference (2)**
19:8,16
**confidence (1)**
14:16
**confident (2)**
13:10;18:7
**confirm (1)**
5:12
**consider (1)**
5:9;17:18
**continuance (2)**
9:6;10:24
**continue (1)**
13:14
**continuing (1)**
8:17
**copied (1)**
15:4
**COUNSEL (13)**
4:15;5:2,11;7:1,19;
9:9,16;10:11;11:16,
24;15:8;16:6,10
**counts (1)**
12:7
**couple (2)**
12:11;16:10
**course (1)**
8:7
**COURT (29)**
5:2,16,21;6:21;7:8,
17,22;8:8,15;10:13,
14;11:3,7,8;13:7;
14:7,23;15:20;16:2,
14,17;17:24;18:8,9,
25;19:2,10,19,24
**Court's (2)**
16:18;17:17
**creditor (2)**
12:13;14:11
**cut (1)**
17:3

**debtor (5)**
 7:13;14:1,13;17:9;
 18:2
**debtors (5)**
 8:10,16;16:9;19:14,
 21
**debtor's (2)**
 16:6,10
**decide (1)**
 8:4
**decision (1)**
 17:17
**declaration (1)**
 13:24
**default (1)**
 13:12
**definitely (1)**
 7:21
**delay (1)**
 10:15
**denial (1)**
 17:6
**denied (3)**
 9:5;10:13;13:7
**deny (1)**
 17:5
**DEPARTMENT (1)**
 4:10
**departments (1)**
 6:3
**depose (1)**
 14:1
**deposition (3)**
 9:8,10;13:12
**depositions (6)**
 9:9;10:16;15:7,24;
 16:4,15
**described (1)**
 17:22
**details (1)**
 18:6
**dial-in (1)**
 15:5
**difficulties (1)**
 6:7
**DIP (18)**
 5:9;6:24;7:3,24;
 10:17,25;13:1;17:1,2,
 8,10,15;18:12,15,16,
 21;19:12,13
**director (2)**
 9:12;12:9
**disagree (1)**
 14:10
**disconcerting (1)**
 10:12
**discovery (10)**
 10:15;12:25;13:4,9;
 14:5;15:3,9,10,16,19
**discuss (1)**
 17:9
**discussing (1)**
 17:13

**discussion (2)**
 15:3;16:13
**dispute (1)**
 14:11
**docket (2)**
 5:10;11:10
**document (3)**
 9:15,23;16:4
**documents (4)**
 9:16;13:11;14:17,
 21
**done (1)**
 14:17
**down (2)**
 14:5;16:15
**during (1)**
 18:18

**E**

**earlier (5)**
 6:13;9:24;13:5;
 17:5,23
**early (1)**
 16:25
**Eastern (1)**
 15:12
**efforts (1)**
 8:20
**else (4)**
 14:7,23;19:2,19
**email (2)**
 6:2;16:12
**Emanuel (1)**
 17:14
**employees (1)**
 7:13
**encouraged (1)**
 9:24
**ending (1)**
 17:24
**endure (1)**
 19:23
**engage (1)**
 15:19
**enough (1)**
 14:4
**enter (2)**
 11:23;16:19
**entered (3)**
 10:21;16:25;17:2
**entering (1)**
 11:12
**entry (2)**
 5:9;11:16
**envision (1)**
 11:14
**Eric (2)**
 4:3,23
**ESQ (7)**
 4:4,5,6,7,12,17,18
**eve (1)**
 8:2

**even (4)**
 6:12;7:12;8:2;9:23
**everybody (1)**
 19:16
**everyone (1)**
 19:25
**evidence (1)**
 13:23
**evidentiary (1)**
 19:13
**eviscerate (1)**
 12:22
**exact (1)**
 16:7
**excited (1)**
 6:17
**excuse (1)**
 9:4
**expect (1)**
 17:12
**expectation (1)**
 18:16
**expected (1)**
 10:14
**experience (1)**
 10:5
**extension (1)**
 14:2
**eye (1)**
 11:9

**F**

**fact (2)**
 11:19;12:13
**facts (1)**
 14:4
**feel (1)**
 8:15
**few (1)**
 5:25
**fiduciary (2)**
 13:2,15
**Figure (2)**
 16:9;18:6
**file (4)**
 10:25;12:25;15:14;
 16:3
**filed (2)**
 9:10;13:8
**final (17)**
 5:9;7:3,11,12,18;
 8:4;11:12,16,23;13:1;
 14:2;16:19;17:2,22;
 18:15,16,21
**Financial (3)**
 4:22,23;5:3
**financing (3)**
 10:17,25;12:12
**find (3)**
 11:13,14;18:11
**fine (1)**
 5:16

**first (7)**
 8:6,13;9:2,14;12:2;
 14:17;17:13
**FIRTH (1)**
 4:5
**flesh (1)**
 14:3
**form (1)**
 17:22
**formed (3)**
 8:2;12:24;16:8
**former (2)**
 12:9,15
**forward (4)**
 13:13;15:24;16:15;
 19:12
**frequently (1)**
 6:2
**Friday (1)**
 5:18
**further (2)**
 16:20;18:12

**G**

**gain (1)**
 15:8
**game (1)**
 13:18
**GENERAL (2)**
 4:15;7:15
**giving (1)**
 8:11
**Good (4)**
 5:2;8:7,8;20:1
**guess (1)**
 6:18
**guy (1)**
 12:22

**H**

**handle (1)**
 18:13
**happen (4)**
 6:2;10:14;13:6;
 19:15
**happened (2)**
 5:25;13:7
**happy (4)**
 16:19;17:11;19:25;
 20:1
**hard (1)**
 11:13
**Hashanah (1)**
 20:1
**HAYDEN (2)**
 4:2;12:6
**hear (12)**
 5:15,16;7:23;8:5,6,
 24;10:24;11:4;12:1;
 15:9;16:10;17:11
**heard (6)**

**10:13;14:24;17:10,**
 11,17;19:3
**hearing (21)**
 5:8;6:24;7:10,18,
 24;8:3;9:13;14:2;
 15:17,18;16:11,19;
 17:20;18:5,16,21,24,
 25;19:6,10,13
**hearings (1)**
 8:12
**heed (1)**
 19:14
**help (1)**
 19:25
**helpful (1)**
 13:20
**Here's (1)**
 16:17
**hidden (1)**
 5:19
**history (1)**
 13:22
**hold (2)**
 11:7;13:16
**holds (2)**
 12:8,10
**holiday (1)**
 6:1
**holidays (1)**
 18:19
**Honor (50)**
 5:15,23,25;6:10,23;
 7:2,16,21;8:7,10,14,
 16,19;9:5,7,14,15,20,
 24;10:5,7,12,16,17,
 19,22;11:5;12:5,7,18;
 13:15,24;14:3,9,12,
 15,19,22;15:2,16;
 16:1,16;17:25;18:23;
 19:1,5,8,18,21,22
**Honor's (2)**
 11:4;19:6
**hope (1)**
 13:1
**hoped (1)**
 6:13
**hopefully (1)**
 18:6
**Horan (1)**
 5:3
**hours (2)**
 6:15;16:10

**I**

**idea (1)**
 8:14
**II (1)**
 4:4
**III (1)**
 4:5
**importantly (1)**
 10:19

**impose (1)**
11:16
**Inc (3)**
4:22,23;5:3
**indeed (6)**
8:20;9:8,21;10:6;
14:13,20
**indemnified (1)**
12:9
**independent (1)**
9:12
**indiscernible (1)**
9:21
**information (3)**
7:16;13:21;15:5
**in-person (1)**
18:25
**insisted (1)**
10:18
**intends (1)**
18:8
**interim (6)**
6:24;7:24;8:4;
16:20;17:23;18:12
**interruption (1)**
19:22
**interview (1)**
12:14
**interviews (1)**
6:19
**into (1)**
18:20
**involved (2)**
11:24;13:20
**ironed (1)**
6:9
**issue (3)**
7:10;11:21;19:15
**issues (2)**
14:6;16:7

**J**

**Joe (1)**
12:6
**JOHN (1)**
4:7
**Jones (17)**
5:5,17;7:23;8:6,7,9,
9,10;11:8;12:20;14:7,
9;18:5;19:4,5,18,21
**JOSEPH (1)**
4:4
**JOSHUA (1)**
4:6
**Judge (2)**
5:2;9:2
**JUSTICE (1)**
4:10

**K**

**keep (1)**

14:11
**keeping (1)**
11:9
**KIM (1)**
4:7
**Kippur (1)**
18:18

**L**

**Labor (1)**
6:1
**laid (1)**
11:22
**land (1)**
16:5
**last (1)**
12:11
**late (1)**
8:12
**later (4)**
7:19;14:12;15:9;
16:10
**launch (2)**
6:13;13:3
**launched (1)**
13:5
**Laura (1)**
8:9
**LAW (1)**
4:6
**lawyers (2)**
6:18;14:4
**learn (1)**
15:14
**learned (1)**
15:2
**least (2)**
11:22;18:4
**lender (2)**
10:19;17:10
**lenders (3)**
17:9,15;19:14
**limited (4)**
9:17,18,20;14:20
**LINDA (1)**
4:12
**line (3)**
5:7,12;17:11
**lining (1)**
6:19
**link (1)**
17:16
**liquidity (1)**
12:12
**little (1)**
6:3;9;12:22;18:17
**Litvak (3)**
8:1;9:22;13:10
**Local (1)**
16:24
**logistically (1)**
19:5

**long (1)**
17:19
**longer (1)**
6:9
**look (1)**
13:2
**looks (1)**
19:11
**lost (1)**
12:10
**lot (3)**
13:21
**LOUISA (1)**
4:18
**luckily (1)**
9:15

**M**

**making (1)**
19:23
**Management (1)**
4:24
**many (1)**
14:13
**MARY (1)**
4:17
**materialized (1)**
7:14
**math (1)**
18:14
**matter (1)**
13:14
**may (2)**
8:6;18:23
**maybe (1)**
8:2
**McMahon (1)**
6:11
**mean (1)**
15:23
**meet (8)**
9:22;10:2,3;13:9;
15:5;16:6;18:17,21
**member (1)**
10:7
**mention (1)**
13:23
**mentioned (1)**
14:20
**might (1)**
18:19
**milestones (2)**
7:11,12
**mind (1)**
11:9
**mine (1)**
11:18
**misplaced (1)**
14:19
**moment (1)**
7:23
**Monday (12)**

5:8;6:5;9:13,13;
11:21;13:13;17:2,20;
18:11,24;19:6;20:2
**months (1)**
12:11
**more (5)**
8:20;10:12,18;11:5;
18:2
**morning (4)**
9:13;14:18;15:2,11
**most (3)**
6:8;7:21;17:18
**motion (4)**
13:5;16:18;17:4,7
**movant (1)**
9:3
**movant's (1)**
9:16
**move (1)**
16:11
**moving (1)**
6:22
**Murphy (3)**
17:14,14;18:9
**myself (1)**
11:12

**N**

**nail (1)**
16:14
**necessary (1)**
13:3
**need (8)**
6:10;8:15;9:16;
15:7;17:9;18:2,3,5
**needed (1)**
6:14
**needs (1)**
15:18
**nervous (1)**
13:6
**next (2)**
6:19;18:2
**note (1)**
17:22
**notice (2)**
9:10;15:14
**notices (1)**
16:3
**number (1)**
5:4

**O**

**objection (4)**
10:25;12:25;13:8,
25
**objector (1)**
9:3
**observation (2)**
5:6;7:15
**obviously (6)**

8:24;10:23;11:5;
12:15;13:7,21
**occur (2)**
15:7,17
**occurred (1)**
15:10
**occurring (1)**
15:3
**o'clock (5)**
8:24;10:6,6,10;
15:12
**offered (1)**
11:1
**Office (3)**
4:11,15;15:15
**officer (1)**
12:9
**one (2)**
13:15;15:14
**only (7)**
9:3,18;10:9;17:16,
24;19:11,16
**openings (1)**
10:17
**opportune (1)**
17:18
**opportunity (3)**
11:17;15:8;18:1
**order (15)**
5:9;6:11;7:4,11,12;
8:4;10:17,20;11:16,
23;13:2;16:20;17:2,
22;18:15
**orders (2)**
16:25;17:1
**organization (1)**
6:4
**otherwise (3)**
15:8;16:23;17:12
**ought (1)**
7:18
**out (14)**
6:1,9,15,18;9:23;
11:9;22;14:4;16:4,9,
21;17:3;18:6,11
**over (1)**
6:1
**own (3)**
16:18;17:4,7
**owner (1)**
12:16

**P**

**Pachulski (1)**
8:9
**Paladin (1)**
4:24
**part (1)**
12:16
**participate (2)**
11:17;16:22
**participation (1)**

11:13

**parties (3)**
8:5;10:3;13:20

**PASHMAN (2)**
4:2;12:6

**past (1)**
10:4

**pattern (2)**
8:17;12:21

**PAULA (1)**
4:24

**pause (1)**
16:8

**payroll (1)**
7:14

**PC (1)**
4:2

**pending (1)**
11:24

**People (3)**
5:25;6:8,19

**permit (1)**
7:19

**person (2)**
6:4;18:24

**perspective (2)**
8:17;14:1

**petition (1)**
7:4

**ph (1)**
6:11

**phone (1)**
6:16

**picture (1)**
5:18

**place (2)**
16:22;18:16

**placed (1)**
9:1

**please (2)**
8:6;12:2

**plenty (1)**
18:17

**pm (2)**
18:11;20:3

**point (2)**
11:2;16:14

**poor (1)**
15:13

**position (2)**
7:18;16:10

**possibility (2)**
8:1;11:23

**preference (1)**
19:6

**prepare (1)**
14:21

**prepared (2)**
11:22,23

**PRESENT (1)**
4:21

**primarily (1)**
15:4

**priority (1)**
8:13

**probably (3)**
5:19;6:19;11:21

**problem (1)**
19:24

**proceedings (2)**
17:23;20:3

**process (3)**
11:2;15:19;17:3

**production (2)**
9:20;14:17

**prompted (1)**
16:11

**proposed (1)**
7:12

**propound (1)**
12:24

**propounded (1)**
13:8

**provided (2)**
9:8,17

**provides (2)**
13:21;16:24

**pulling (1)**
19:10

**pulpit (1)**
14:5

**pursuant (1)**
9:17

**pursuing (1)**
8:22

**purview (1)**
7:16

**put (2)**
11:6;16:8

**Q**

**questionnaire (1)**
12:14

**questionnaires (2)**
5:24;6:5

**quick (2)**
6:22;7:16

**Quinn (1)**
17:14

**quite (1)**
10:14

**R**

**raised (2)**
11:21,21

**RCP (1)**
17:15

**reaching (1)**
6:17

**ready (1)**
14:21

**realize (1)**
17:8

**realized (1)**

15:11

**really (4)**
6:3;11:18;14:3;
16:18

**reasons (1)**
8:15

**recalls (1)**
6:23

**received (2)**
9:7,14

**receiving (1)**
6:5

**recognize (2)**
7:25;13:17

**reconsideration (2)**
16:24;17:6

**reconvene (1)**
18:10

**record (6)**
5:3;8:25;11:6;12:6;
14:10,15

**reflecting (1)**
19:7

**regard (1)**
18:12

**register (1)**
12:4

**remain (1)**
13:20

**reply (1)**
13:23

**representations (2)**
8:25;11:7

**represented (1)**
11:16

**request (6)**
9:7;10:8,13,23;
17:5,5

**requests (6)**
9:5,5,15,17;10:15;
16:4

**reschedule (1)**
8:4

**resistant (1)**
8:14

**resisting (1)**
10:23

**respect (5)**
7:6,10;11:4;14:17;
17:21

**response (2)**
14:8;17:4

**responsive (1)**
14:16

**returned (1)**
5:24

**review (1)**
5:10

**reviewed (2)**
7:22,23

**RICHENDERFER (26)**
4:12;5:7,12,14,15,
22;6:22;7:9,17,21;

8:20,21,24;10:1,3,9,
18,24,25;11:6;12:14,
19;14:25;15:1;18:23;
19:1

**Richenderfer's (1)**
18:14

**right (4)**
6:4;9:8;14:19;
19:11

**rights (1)**
12:22

**rightsize (1)**
12:12

**role (1)**
17:21

**Rosh (1)**
20:1

**Rule (1)**
16:24

**running (1)**
7:1

**S**

**saddle (1)**
9:19

**salary (1)**
12:12

**same (1)**
13:16

**Saturday (1)**
9:12

**save (1)**
19:16

**saw (1)**
11:20

**saying (3)**
7:6,9;14:5

**scheduled (8)**
5:8;6:7;7:18;9:9;
10:16;15:11,25;18:11

**scheduling (3)**
18:13,17;19:8

**SCHMERGEL (1)**
4:17

**SCOTT (1)**
4:22

**seat (2)**
13:19;15:22

**second (1)**
8:3

**secure (2)**
17:16;18:7

**seemed (1)**
9:25

**seems (2)**
11:2;15:6

**send (1)**
16:12

**sent (1)**
16:4

**September (2)**
7:5,6

**set (2)**
6:24;10:11

**share (1)**
12:19

**sheet (1)**
7:3

**similar (1)**
12:19

**simple (1)**
9:25

**sincerity (1)**
8:25

**sitting (1)**
14:4

**sorry (1)**
10:4

**sort (1)**
11:24

**SOSAMON (1)**
4:24

**SOULARD (1)**
4:18

**sounds (1)**
15:17

**specific (1)**
16:5

**spoke (3)**
7:25,25;8:1

**standing (3)**
12:4;14:11;18:1

**Stang (1)**
8:9

**start (4)**
5:5;6:17,19;8:11

**started (2)**
6:15;14:18

**STATES (4)**
4:10,11,15,16

**stature (1)**
13:16

**status (2)**
19:7,16

**statutory (1)**
13:3

**stay (1)**
5:19

**STEIN (2)**
4:2;12:6

**still (3)**
6:5;7:5;9:9

**stonewall (1)**
13:11

**story (1)**
12:23

**stripping (1)**
16:23

**submit (3)**
12:13;13:24;19:7

**sufficient (1)**
6:25

**suggest (1)**
18:10

**suggestion (1)**

18:12
**Sullivan (1)**
17:15
**support (1)**
13:25
**sure (6)**
6:10;8:12,15,23;
10:10;15:21

**T**

**talked (1)**
15:22
**team (1)**
18:6
**term (1)**
7:3
**thanking (1)**
8:11
**thinking (2)**
8:3;11:25
**thirty-five (1)**
7:4
**though (1)**
9:23
**thought (2)**
12:3;17:17
**Thursday (1)**
9:7
**tight (1)**
18:18
**till (2)**
7:6;9:24
**timely (1)**
13:8
**timetable (1)**
6:12
**timing (1)**
13:25
**today (11)**
5:10,23;6:12;8:24;
9:14,24;10:10;15:1;
16:13;17:24;19:23
**took (2)**
8:23;15:13
**totally (2)**
14:10,19
**transcript (2)**
7:22,24
**trouble (2)**
15:1;19:17
**troubling (2)**
8:17;12:21
**true (1)**
13:1
**Trustee (4)**
4:11;8:19;11:5;
14:1
**Trustee's (1)**
15:15
**Try (2)**
5:19;12:12
**trying (1)**

12:21
**turned (1)**
6:1
**twenty (1)**
7:13
**two (3)**
6:13;8:14;12:7
**type (5)**
12:22,25;13:3,16;
15:13
**typist (1)**
15:13

**U**

**Um-hum (2)**
6:21;7:8
**under (3)**
11:14;16:24;17:19
**understood (1)**
15:21
**unification (1)**
12:8
**UNITED (4)**
4:10,11,15,16
**unless (1)**
10:11
**unlikely (1)**
18:2
**unusual (1)**
12:15
**up (8)**
6:10,19;7:1;10:11;
15:13;16:5;18:19;
19:10
**upon (1)**
10:18
**Urquhart (1)**
17:15

**V**

**valid (2)**
14:12,13
**value (1)**
13:22
**via (1)**
18:24
**view (1)**
11:2

**W**

**wage (1)**
12:10
**wait (2)**
6:14;7:6
**waiting (1)**
12:23
**WALDER (2)**
4:2;12:6
**wants (1)**
13:20

**way (2)**
11:11;14:19
**Wednesday (1)**
9:6
**week (11)**
6:6,20;11:10;13:5;
17:6,24,24;18:2,4,4,
18
**weekend (1)**
20:1
**weren't (1)**
13:6
**West (3)**
6:8,14,15
**what's (4)**
10:12;12:4,20;
19:15
**whenever (2)**
15:17;19:25
**Whereupon (1)**
20:3
**who'd (1)**
19:2
**WILLIAM (1)**
4:5
**wish (4)**
8:5;15:24;19:2,25
**wishes (3)**
14:23;17:10,11
**within (1)**
7:4
**without (4)**
9:9;11:13,17;17:13
**work (1)**
18:5
**worked (1)**
9:23
**working (1)**
14:18
**wrong (1)**
16:25

**Y**

**Yom (1)**
18:18

**Z**

**Ziehl (1)**
8:10
**Zoom (2)**
18:24;19:16

**1**

**1 (2)**
10:5;15:12
**18th (1)**
7:10

**2**

**2 (5)**
8:23;10:6,10;11:20;
18:11
**20th (1)**
9:19
**23-11240 (1)**
5:4
**25th (1)**
18:18
**28th (5)**
7:5,7;18:15,17,22

**4**

**4:24 (1)**
20:3

**7**

**7th (1)**
5:25