```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
- - - - - - - - - - - - - - - - - - - -x
In the Matter of:

AMERIFIRST FINANCIAL, INC.,              Case No.
         Debtor.                         23-11240-TMH
- - - - - - - - - - - - - - - - - - - -x



              United States Bankruptcy Court
              824 North Market Street
              Wilmington, Delaware

              September 18, 2023
              2:00 PM



B E F O R E:
HON. THOMAS M. HORAN
U.S. BANKRUPTCY JUDGE

ECR OPERATOR:  IAN WILLOUGHBY
```

1. Ordinary Course Motion – Debtors' Motion for Interim and Final Orders Under Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business: (A) Sale Activities Related to Certain "CIK" Properties, (B) Originating and Funding Mortgage, Loans, (C) Selling "Scratch and Dent Loans", (D) Servicing Loans, and (II) Granting Related Relief [Filed: 8/29/23] (Docket No. 22).

2. DIP Motion – Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] (Docket No. 21).

Transcribed by:  River Wolfe

```
                                                                    3
 1
 2   A P P E A R A N C E S: (All present by video or telephone)
 3   PACHULSKI STANG ZIEHL & JONES LLP
 4        Attorneys for Debtor
 5   BY:   LAURA DAVIS JONES, ESQ.
 6         DAVID BERTENTHAL, ESQ.
 7         TIMOTHY P. CAIRNS, ESQ.
 8         MARY F. CALOWAY, ESQ.
 9         MAXIM B. LITVAK, ESQ.
10
11
12   O'MELVENY & MYERS LLP
13        Attorneys for Fannie Mae
14   BY:   JORDAN A. WEBER, ESQ.
15
16
17   BIELLI & KLAUDER, LLC
18        Attorneys for Fannie Mae
19   BY:   DAVID M. KLAUDER, ESQ.
20
21
22
23
24
25
```

QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Attorneys for RCP Credit Opportunities Fund Loan SPV
BY:   BRITTANY J. NELSON, ESQ.
    BENNETT MURPHY, ESQ.
    PATRICIA B. TOMASCO, ESQ.


POTTER ANDERSON & CORROON LLP
    Attorneys for RCP Credit Opportunities Fund Loan SPV
    (Fund III), L.P. and RCP Customized Credit Fund
    (Fund-IV-A), L.P.
By:   CHRISTOPHER M. SAMIS, ESQ.
    KATELIN A. MORALES, ESQ.
    L. KATHERINE GOOD, ESQ.


PASHMAN STEIN WALDER HAYDEN, P.C.
    Attorneys for Eric Bowlby
BY:   JOSEPH C. BARSALONA, II, ESQ.
    WILLIAM R. FIRTH, III, ESQ.
    JOSHUA P. LAW, ESQ.
    J. JOHN KIM, ESQ.

```
 1
 2   FREDDIE MAC IN-HOUSE COUNSEL
 3        Attorneys for Freddie Mac
 4   BY:   SARAH BOEHM, ESQ.
 5
 6
 7   UNITED STATES DEPARTMENT OF JUSTICE
 8         Attorneys for Office of the United States Trustee
 9   BY:   LINDA RICHENDERFER, ESQ.
10
11
12   UNITED STATES OFFICE OF THE GENERAL COUNSEL
13        Attorneys for United States
14   BY:   LOUISA SOULARD, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2  ALSO PRESENT:
 3      PETER ABERG, Reverence Capital Partners
 4      T. SCOTT AVILA, AmeriFirst Financial, Inc.
 5      VICTOR BAEV, Dundon Advisers LLC
 6      ERIC BOWLBY, AmeriFirst Financial Inc.
 7      WYATT BRANSON, Paladin Management Group
 8      JOE CASHEL, Dundon Advisers LLC
 9      ALEX CHENG, Reverence Capital Partners
10      JEFFREY DANE, AmeriFirst Financial, Inc.
11      MATTHEW DUNDON, Dundon Advisers LLC
12      UDAY GORREPATI, ABI Project
13      TAYLOR HARRISON, Debtwire
14      STEVEN HERRUP, Reverence Capital Partners
15      JILLIAN LIN, Dundon Advisers LLC
16      STEFAN PIOTROWSKI, Paladin Management Group
17      TABISH RIZVI, Dundon Advisers LLC
18      THEODORE SAMETS, Reverence Capital Partners
19      RICKY SIMON, Reverence Capital Partners
20      DAVID SLOAN, Phoenix 1040 LLC
21      PAULA SOSAMON, Paladin Management Group
22
23
24
25
```

P R O C E E D I N G S

THE COURT: Good afternoon, counsel. This is Judge Horan. We're on the record in AmeriFirst Financial, case number 23-11240.

Good afternoon, Ms. Jones. Good to see you.

MS. JONES: Good seeing you, Your Honor. I hope you had a nice weekend. For the record, Your Honor, Laura Davis Jones of Pachulski Stang Ziehl & Jones on behalf of AmeriFirst Financial and related debtor.

Your Honor, just need a bit of background, we are here for a status conference and scheduling conference in connection with our final DIP financing order. Your Honor, you may recall, just as at context, that Mr. Barsalona, on behalf of Mr. Bowlby, former equity, asked Your Honor for an emergency hearing on Friday to continue off the hearing that was scheduled for today.

Mr. Barsalona then withdrew his request for discovery, including depositions as well as document production. And Your Honor, the thought was, as I understood it, that a committee was formed, and indeed, one was formed about 2 o'clock on Friday. And Your Honor asked to have this hearing so then we could talk about status and going forward.

Your Honor, as the debtors stand here now, we have not heard from anyone from the committee, so we would like to get our DIP financing schedule. I understand it takes time to

1  retain counsel and so forth, and I expect that Richendefer and
2  Mr. Barsalona might be much more in that loop than I am in
3  terms of the status of what is happening with the committee.
4  But from the debtors' perspective, Your Honor, we stand ready
5  and zarist (ph.) to move forward with our DIP as soon as the
6  Court thinks appropriate.
7         THE COURT:  Okay.  Thank you.
8         Let me hear from Ms. Richenderfer if she's on the
9  line.  Good afternoon, Ms. Richenderfer.
10        MS. RICHENDERFER:  Your Honor, yes, I apologize.
11 Technology is not kind to me these days, and I don't know why
12 you can't see.  But my camera's on and I was just wanted to
13 see --
14        THE COURT:  I can see you fine, Ms. Richenderfer.
15        MS. RICHENDERFER:  Okay.  Okay.  I'm not showing that
16 I'm on, but that's good.  As long as you can see me.
17        THE COURT:  Okay.
18        MS. RICHENDERFER:  Your Honor, I have not yet heard
19 from any attorney who stated that they were representing the
20 committee.  I do notice, though, that there are some names that
21 have registered for this conference that I don't know if
22 they're counsel, perhaps, for the committee, or if they're just
23 trying to get up-to-date so they can try to represent the
24 committee.  I don't know.  So if somebody is on, maybe after I
25 finish speaking, they can put their hand up.

1       Your Honor, I agree.  I know that there is a deadline
2  that is in the term sheet that we figured out was, I think, the
3  28th of September and that we need to schedule the final
4  hearing.  I guess I had walked away from Friday's hearing
5  thinking that there would be some proposal from the debtors and
6  the DIP lender because I remember we had a discussion on Friday
7  about the fact that the budget only went out through last
8  Friday.  And I thought there was going to be a proposed interim
9  for, like, the next week or two to get us to the final hearing.
10       I haven't seen anything.  I don't know if that is in
11 the works.  I'm certainly open to reviewing something like
12 that.  I know that even if no more -- even if there is
13 sufficient funds and they don't need to borrow more money, that
14 the debtor would need to have, though, an approved budget for
15 this week to move forward so that they could use whatever
16 funding they may have.
17       So I guess, in my mind, there is only two issues.  One
18 is the date of the final hearing, and then the second would be
19 whether or not the lender believes an interim needs to be
20 entered by the Court to take us through to the final.
21       THE COURT:  I have the same questions.  Ms. Jones.
22       MS. JONES:  Thank you, Your Honor.  I think, where we
23 left the hearing, I believe, and I stand to be corrected, Your
24 Honor, I believe where we were was to -- if there was a
25 committee was up, to try to come to Your Honor today with an

1  idea of we would look at for scheduling and what we'd look at
2  the financing.  Your Honor may recall that I referenced at the
3  hearing on Friday that this DIP order is really pretty lax in
4  terms of the protections to challenge (indiscernible) things
5  like that that Your Honor really dealt with on the first day
6  with Mr. Murphy.
7       So Your Honor, I think where we have left it was
8  coming back to the Court with a proposal of what we wanted to
9  do with the DIP order with the committee and the U.S. Trustee.
10      THE COURT:  Okay.  I want to make sure that that we
11 have you on the calendar because it is a -- it's a difficult
12 week next week.  And I'm guessing that Monday is going to be
13 out of the question for a lot of people, being that it's Yom
14 Kippur.
15      Look, I think what we ought to do, and I'll listen to
16 anybody who disagrees with me, but I think we ought to get it
17 on the calendar.  And I'm thinking Tuesday, the 26th, at 11
18 a.m., which we hope gives plenty of time for you to talk with
19 the committee's professionals, once they're engaged, which
20 you'd have to think will be in the next day or two.  But what I
21 don't want to end up is in a situation where we can't get you
22 on the calendar by the 28th.
23      MS. JONES:  I appreciate that, Your Honor.  And we
24 will move things around to be there and to make sure we're
25 there at 11 o'clock on the 26th.  And I truly appreciate Your

1  Honor.  I know you have a crazy week, so appreciate you trying
2  to accommodate that.
3              THE COURT:  Mr. Barsalona, good afternoon, sir.
4              MR. BARSALONA:  Good afternoon, Your Honor.  Thank you
5  for making the time today.  I would propose, obviously, Mr.
6  Bowlby has no idea what's going on with the committee.  He's
7  not a member.  But obviously, I don't see anybody coming on the
8  line counsel for the committee yet.
9              This case has an omnibus on the 2nd.  That is a mere
10 three business days from the thirty-fifth expiration date of
11 the 28th.  What we would say is the DIP lender and the debtor
12 should extend the expiration date of the DIP to the 2nd and
13 allow adequate time for that committee to come in.  I think
14 less than a week's notice to get counsel up to speed, a
15 financial advisor up to speed is still incredibly unreasonable,
16 considering the circumstances.
17             THE COURT:  Okay.  Mr. Murphy, do you wish to be
18 heard?
19             MR. MURPHY:  Yes, Your Honor.  Thank you.  Bennet
20 Murphy, Quinn Emanuel Urquhart & Sullivan, for the RCP lenders.
21 There was a question raised earlier where things stand on
22 budgets, and we mentioned this on Friday.  So I'll first
23 address that.
24             There is agreement on a budget for this week.  The
25 interim motion covered the budget for the week ending Friday,

1   so week ending Friday, the 22nd.  And I believe there will be
2   an agreement for the following week.  It's a bit more in flux.
3   There is, however, a distinct possibility that when there is
4   agreement on the budget for the week ending the 29th that it
5   may require borrowing in excess of what was approved in the
6   aggregate under the interim order.
7          Thus far, 1.775 million of the 2.775 million has been
8   borrowed.  That is of the capacity under the interim order.
9   There will be no issue in reaching close to the aggregate limit
10  next week, but the week after, there could be.  But if that
11  occurred, it would be toward the end of the week.
12         A long way of saying that sticking with the schedule
13  that Ms. Jones put forward, and it sounded like it could
14  accommodate -- the Court could accommodate, a hearing on the
15  26th would probably be ideal.  We'll know then whether there
16  needs to be borrowing in excess of the cap by that date.  And
17  if so, we would be prepared to -- we'd be asking for final
18  authority that would take care of that amount.
19         So I think we're good on the 26th.  We think that's
20  the best date for the final hearing.
21         THE COURT:  Yeah.  Frankly, the 2nd is not a good day
22  for me, and the week, generally, is a bit of a mess.  So I'd
23  like to go forward on the 26th.  Look, everybody has done this
24  many times before.  If the committee is looking for something
25  and the debtors and the lenders agree to it, I won't stand in

1  the way of rescheduling, but I'd like to get it on the calendar
2  and make sure that we have a date that is locked in.
3           So we're going to do this as a final DIP hearing on
4  the 26th at 11 a.m. And I trust the parties to work with
5  committee counsel once they're engaged.
6           MS. JONES: We will do so Your Honor. We will put a
7  notice on the docket.
8           THE COURT: Thank you. Is there anything --
9           MS. JONES: Your Honor, that's all we have -- oh, I'm
10 sorry, Mr. Murphy.
11          THE COURT: Yeah. Mr. Murphy, did you wish to make
12 another comment? I can't hear you, sir. You'll have to come
13 off mute.
14          MR. MURPHY: Only saying thank you for -- expressing
15 appreciation for the Court making itself available today and
16 for us to be able to move forward.
17          THE COURT: Certainly, Mr. Murphy.
18          Ms. Jones.
19          MS. JONES: I think, Your Honor, that is all the
20 matters we had scheduled for a hearing today. And like Mr.
21 Murphy and everyone on the Zoom, Your Honor, we thank you,
22 again, on what's a busy day for hearing us today.
23          THE COURT: It's my pleasure. Have a good afternoon,
24 everybody. We are adjourned.
25          (Whereupon these proceedings were concluded at 2:11 PM)

C E R T I F I C A T I O N

I, River Wolfe, certify that the foregoing transcript is a true and accurate record of the proceedings.

*[signature]*  September 19, 2023

_____    _____

RIVER WOLFE (CDLT-265)    DATE

TTA-Certified Digital Legal Transcriber CDLT-265

eScribers, LLC

7227 N. 16th Street, Suite #207

Phoenix, AZ 85020

(602) 623-0885

operations@escribers.net

## A

**ABERG (1)**
 6:3
**ABI (1)**
 6:12
**able (1)**
 13:16
**accommodate (3)**
 11:2;12:14,14
**address (1)**
 11:23
**adequate (1)**
 11:13
**adjourned (1)**
 13:24
**Advisers (5)**
 6:5,8,11,15,17
**advisor (1)**
 11:15
**afternoon (6)**
 7:2,5;8:9;11:3,4;
 13:23
**again (1)**
 13:22
**aggregate (2)**
 12:6,9
**agree (2)**
 9:1;12:25
**agreement (3)**
 11:24;12:2,4
**ALEX (1)**
 6:9
**allow (1)**
 11:13
**AmeriFirst (5)**
 6:4,6,10;7:3,8
**amount (1)**
 12:18
**ANDERSON (1)**
 4:9
**apologize (1)**
 8:10
**appreciate (3)**
 10:23,25;11:1
**appreciation (1)**
 13:15
**appropriate (1)**
 8:6
**approved (2)**
 9:14;12:5
**around (1)**
 10:24
**attorney (1)**
 8:19
**Attorneys (6)**
 4:3,10,19;5:3,8,13
**authority (1)**
 12:18
**available (1)**
 13:15
**AVILA (1)**
 6:4
**away (1)**
 9:4

## B

**back (1)**
 10:8
**background (1)**
 7:10
**BAEV (1)**
 6:5
**BARSALONA (6)**
 4:20;7:13,17;8:2;
 11:3,4
**behalf (2)**
 7:8,13
**believes (1)**
 9:19
**Bennet (1)**
 11:19
**BENNETT (1)**
 4:5
**best (1)**
 12:20
**bit (3)**
 7:10;12:2,22
**BOEHM (1)**
 5:4
**borrow (1)**
 9:13
**borrowed (1)**
 12:8
**borrowing (2)**
 12:5,16
**Bowlby (4)**
 4:19;6:6;7:14;11:6
**BRANSON (1)**
 6:7
**BRITTANY (1)**
 4:4
**budget (5)**
 9:7,14;11:24,25;
 12:4
**budgets (1)**
 11:22
**business (1)**
 11:10
**busy (1)**
 13:22

## C

**calendar (4)**
 10:11,17,22;13:1
**camera's (1)**
 8:12
**can (4)**
 8:14,16,23,25
**cap (1)**
 12:16
**capacity (1)**
 12:8
**Capital (5)**
 6:3,9,14,18,19
**care (1)**
 12:18
**case (2)**
 7:3;11:9
**CASHEL (1)**
 6:8
**certainly (2)**
 9:11;13:17
**challenge (1)**
 10:4
**CHENG (1)**
 6:9
**CHRISTOPHER (1)**
 4:13
**circumstances (1)**
 11:16
**close (1)**
 12:9
**coming (2)**
 10:8;11:7
**comment (1)**
 13:12
**committee (13)**
 7:19,24;8:3,20,22,
 24;9:25;10:9;11:6,8,
 13;12:24;13:5
**committee's (1)**
 10:19
**concluded (1)**
 13:25
**conference (3)**
 7:11,11;8:21
**connection (1)**
 7:11
**considering (1)**
 11:16
**context (1)**
 7:13
**continue (1)**
 7:15
**corrected (1)**
 9:23
**CORROON (1)**
 4:9
**COUNSEL (8)**
 5:2,12;7:2;8:1,22;
 11:8,14;13:5
**COURT (18)**
 7:2;8:6,7,14,17;
 9:20,21;10:8,10;11:3,
 17;12:14,21;13:8,11,
 15,17,23
**covered (1)**
 11:25
**crazy (1)**
 11:1
**Credit (3)**
 4:3,10,11
**Customized (1)**
 4:11

## D

**DANE (1)**
 6:10
**date (6)**
 9:18;11:10,12;
 12:16,20;13:2
**DAVID (1)**
 6:20
**Davis (1)**
 7:7
**day (4)**
 10:5,20;12:21;
 13:22
**days (2)**
 8:11;11:10
**deadline (1)**
 9:1
**dealt (1)**
 10:5
**debtor (3)**
 7:9;9:14;11:11
**debtors (3)**
 7:23;9:5;12:25
**debtors' (1)**
 8:4
**Debtwire (1)**
 6:13
**DEPARTMENT (1)**
 5:7
**depositions (1)**
 7:18
**difficult (1)**
 10:11
**DIP (9)**
 7:12,25;8:5;9:6;
 10:3,9;11:11,12;13:3
**disagrees (1)**
 10:16
**discovery (1)**
 7:17
**discussion (1)**
 9:6
**distinct (1)**
 12:3
**docket (1)**
 13:7
**document (1)**
 7:18
**done (1)**
 12:23
**Dundon (6)**
 6:5,8,11,11,15,17

## E

**earlier (1)**
 11:21
**EMANUEL (2)**
 4:2;11:20
**emergency (1)**
 7:14
**end (2)**
 10:21;12:11
**ending (3)**
 11:25;12:1,4
**engaged (2)**
 10:19;13:5
**entered (1)**
 9:20
**equity (1)**
 7:14
**Eric (2)**
 4:19;6:6
**ESQ (13)**
 4:4,5,6,13,14,15,20,
 21,22,23;5:4,9,14
**even (2)**
 9:12,12
**everybody (2)**
 12:23;13:24
**everyone (1)**
 13:21
**excess (2)**
 12:5,16
**expect (1)**
 8:1
**expiration (2)**
 11:10,12
**expressing (1)**
 13:14
**extend (1)**
 11:12

## F

**fact (1)**
 9:7
**far (1)**
 12:7
**figured (1)**
 9:2
**final (8)**
 7:12;9:3,9,18,20;
 12:17,20;13:3
**Financial (6)**
 6:4,6,10;7:3,9;
 11:15
**financing (3)**
 7:12,25;10:2
**fine (1)**
 8:14
**finish (1)**
 8:25
**first (2)**
 10:5;11:22
**FIRTH (1)**
 4:21
**flux (1)**
 12:2
**following (1)**
 12:2
**formed (2)**
 7:20,20
**former (1)**

7:14
**forth (1)**
   8:1
**forward (6)**
   7:22;8:5;9:15;
   12:13,23;13:16
**Frankly (1)**
   12:21
**FREDDIE (2)**
   5:2,3
**Friday (8)**
   7:15,21;9:6,8;10:3;
   11:22,25;12:1
**Friday's (1)**
   9:4
**Fund (4)**
   4:3,10,11,11
**funding (1)**
   9:16
**Fund-IV-A (1)**
   4:12
**funds (1)**
   9:13

**G**

**GENERAL (1)**
   5:12
**generally (1)**
   12:22
**gives (1)**
   10:18
**GOOD (12)**
   4:15;7:2,5,5,6;8:9,
   16;11:3,4;12:19,21;
   13:23
**GORREPATI (1)**
   6:12
**Group (3)**
   6:7,16,21
**guess (2)**
   9:4,17
**guessing (1)**
   10:12

**H**

**hand (1)**
   8:25
**happening (1)**
   8:3
**HARRISON (1)**
   6:13
**HAYDEN (1)**
   4:18
**hear (2)**
   8:8;13:12
**heard (3)**
   7:24;8:18;11:18
**hearing (14)**
   7:15,15,21;9:4,4,9,
   18,23;10:3;12:14,20;
   13:3,20,22

**HERRUP (1)**
   6:14
**Honor (26)**
   7:6,7,10,12,14,19,
   21,23;8:4,10,18;9:1,
   22,24,25;10:2,5,7,23;
   11:1,4,19;13:6,9,19,
   21
**hope (2)**
   7:6;10:18
**Horan (1)**
   7:3

**I**

**idea (2)**
   10:1;11:6
**ideal (1)**
   12:15
**II (1)**
   4:20
**III (2)**
   4:11,21
**Inc (3)**
   6:4,6,10
**including (1)**
   7:18
**incredibly (1)**
   11:15
**indeed (1)**
   7:20
**indiscernible (1)**
   10:4
**IN-HOUSE (1)**
   5:2
**interim (5)**
   9:8,19;11:25;12:6,8
**issue (1)**
   12:9
**issues (1)**
   9:17

**J**

**JEFFREY (1)**
   6:10
**JILLIAN (1)**
   6:15
**JOE (1)**
   6:8
**JOHN (1)**
   4:23
**Jones (12)**
   7:5,6,8,8;9:21,22;
   10:23;12:13;13:6,9,
   18,19
**JOSEPH (1)**
   4:20
**JOSHUA (1)**
   4:22
**Judge (1)**
   7:2
**JUSTICE (1)**

5:7

**K**

**KATELIN (1)**
   4:14
**KATHERINE (1)**
   4:15
**KIM (1)**
   4:23
**kind (1)**
   8:11
**Kippur (1)**
   10:14

**L**

**last (1)**
   9:7
**Laura (1)**
   7:7
**LAW (1)**
   4:22
**lax (1)**
   10:3
**left (2)**
   9:23;10:7
**lender (3)**
   9:6,19;11:11
**lenders (2)**
   11:20;12:25
**less (1)**
   11:14
**limit (1)**
   12:9
**LIN (1)**
   6:15
**LINDA (1)**
   5:9
**line (2)**
   8:9;11:8
**listen (1)**
   10:15
**LLC (6)**
   6:5,8,11,15,17,20
**LLP (2)**
   4:2,9
**Loan (2)**
   4:3,10
**locked (1)**
   13:2
**long (2)**
   8:16;12:12
**look (4)**
   10:1,1,15;12:23
**looking (1)**
   12:24
**loop (1)**
   8:2
**lot (1)**
   10:13
**LOUISA (1)**
   5:14

**LP (2)**
   4:11,12

**M**

**MAC (2)**
   5:2,3
**making (2)**
   11:5;13:15
**Management (3)**
   6:7,16,21
**many (1)**
   12:24
**matters (1)**
   13:20
**MATTHEW (1)**
   6:11
**may (4)**
   7:12;9:16;10:2;
   12:5
**maybe (1)**
   8:24
**member (1)**
   11:7
**mentioned (1)**
   11:22
**mere (1)**
   11:9
**mess (1)**
   12:22
**might (1)**
   8:2
**million (2)**
   12:7,7
**mind (1)**
   9:17
**Monday (1)**
   10:12
**money (1)**
   9:13
**MORALES (1)**
   4:14
**more (4)**
   8:2;9:12,13;12:2
**motion (1)**
   11:25
**move (4)**
   8:5;9:15;10:24;
   13:16
**much (1)**
   8:2
**MURPHY (10)**
   4:5;10:6;11:17,19,
   20;13:10,11,14,17,21
**mute (1)**
   13:13

**N**

**names (1)**
   8:20
**need (4)**
   7:10;9:3,13,14

**needs (2)**
   9:19;12:16
**NELSON (1)**
   4:4
**next (4)**
   9:9;10:12,20;12:10
**nice (1)**
   7:7
**notice (3)**
   8:20;11:14;13:7
**number (1)**
   7:4

**O**

**obviously (2)**
   11:5,7
**occurred (1)**
   12:11
**o'clock (2)**
   7:20;10:25
**off (2)**
   7:15;13:13
**Office (2)**
   5:8,12
**omnibus (1)**
   11:9
**once (2)**
   10:19;13:5
**one (2)**
   7:20;9:17
**only (3)**
   9:7,17;13:14
**open (1)**
   9:11
**Opportunities (2)**
   4:3,10
**order (5)**
   7:12;10:3,9;12:6,8
**ought (2)**
   10:15,16
**out (3)**
   9:2,7;10:13

**P**

**Pachulski (1)**
   7:8
**Paladin (3)**
   6:7,16,21
**parties (1)**
   13:4
**Partners (5)**
   6:3,9,14,18,19
**PASHMAN (1)**
   4:18
**PATRICIA (1)**
   4:6
**PAULA (1)**
   6:21
**PC (1)**
   4:18
**people (1)**

10:13
**perhaps (1)**
  8:22
**perspective (1)**
  8:4
**PETER (1)**
  6:3
**ph (1)**
  8:5
**Phoenix (1)**
  6:20
**PIOTROWSKI (1)**
  6:16
**pleasure (1)**
  13:23
**plenty (1)**
  10:18
**PM (1)**
  13:25
**possibility (1)**
  12:3
**POTTER (1)**
  4:9
**prepared (1)**
  12:17
**PRESENT (1)**
  6:2
**pretty (1)**
  10:3
**probably (1)**
  12:15
**proceedings (1)**
  13:25
**production (1)**
  7:18
**professionals (1)**
  10:19
**Project (1)**
  6:12
**proposal (2)**
  9:5;10:8
**propose (1)**
  11:5
**proposed (1)**
  9:8
**protections (1)**
  10:4
**put (3)**
  8:25;12:13;13:6

              **Q**

**QUINN (2)**
  4:2;11:20

              **R**

**raised (1)**
  11:21
**RCP (4)**
  4:3,10,11;11:20
**reaching (1)**
  12:9

**ready (1)**
  8:4
**really (2)**
  10:3,5
**recall (2)**
  7:13;10:2
**record (2)**
  7:3,7
**referenced (1)**
  10:2
**registered (1)**
  8:21
**related (1)**
  7:9
**remember (1)**
  9:6
**represent (1)**
  8:23
**representing (1)**
  8:19
**request (1)**
  7:17
**require (1)**
  12:5
**rescheduling (1)**
  13:1
**retain (1)**
  8:1
**Reverence (5)**
  6:3,9,14,18,19
**reviewing (1)**
  9:11
**Richendefer (1)**
  8:1
**RICHENDERFER (7)**
  5:9;8:8,9,10,14,15,
  18
**RICKY (1)**
  6:19
**RIZVI (1)**
  6:17

              **S**

**same (1)**
  9:21
**SAMETS (1)**
  6:18
**SAMIS (1)**
  4:13
**SARAH (1)**
  5:4
**saying (2)**
  12:12;13:14
**schedule (3)**
  7:25;9:3;12:12
**scheduled (2)**
  7:16;13:20
**scheduling (2)**
  7:11;10:1
**SCOTT (1)**
  6:4
**second (1)**

  9:18
**seeing (1)**
  7:6
**September (1)**
  9:3
**sheet (1)**
  9:2
**showing (1)**
  8:15
**SIMON (1)**
  6:19
**situation (1)**
  10:21
**SLOAN (1)**
  6:20
**somebody (1)**
  8:24
**soon (1)**
  8:5
**sorry (1)**
  13:10
**SOSAMON (1)**
  6:21
**SOULARD (1)**
  5:14
**sounded (1)**
  12:13
**speaking (1)**
  8:25
**speed (2)**
  11:14,15
**SPV (2)**
  4:3,10
**stand (5)**
  7:23;8:4;9:23;
  11:21;12:25
**Stang (1)**
  7:8
**stated (1)**
  8:19
**STATES (4)**
  5:7,8,12,13
**status (3)**
  7:11,22;8:3
**STEFAN (1)**
  6:16
**STEIN (1)**
  4:18
**STEVEN (1)**
  6:14
**sticking (1)**
  12:12
**still (1)**
  11:15
**sufficient (1)**
  9:13
**SULLIVAN (2)**
  4:2;11:20
**sure (3)**
  10:10,24;13:2

              **T**

**TABISH (1)**
  6:17
**talk (2)**
  7:22;10:18
**TAYLOR (1)**
  6:13
**Technology (1)**
  8:11
**term (1)**
  9:2
**terms (2)**
  8:3;10:4
**THEODORE (1)**
  6:18
**thinking (2)**
  9:5;10:17
**thirty-fifth (1)**
  11:10
**though (2)**
  8:20;9:14
**thought (2)**
  7:19;9:8
**three (1)**
  11:10
**Thus (1)**
  12:7
**times (1)**
  12:24
**today (6)**
  7:16;9:25;11:5;
  13:15,20,22
**TOMASCO (1)**
  4:6
**toward (1)**
  12:11
**truly (1)**
  10:25
**trust (1)**
  13:4
**Trustee (2)**
  5:8;10:9
**try (2)**
  8:23;9:25
**trying (2)**
  8:23;11:1
**Tuesday (1)**
  10:17
**two (3)**
  9:9,17;10:20

              **U**

**UDAY (1)**
  6:12
**under (2)**
  12:6,8
**understood (1)**
  7:19
**UNITED (4)**
  5:7,8,12,13
**unreasonable (1)**
  11:15
**up (5)**

  8:25;9:25;10:21;
  11:14,15
**up-to-date (1)**
  8:23
**URQUHART (2)**
  4:2;11:20
**use (1)**
  9:15

              **V**

**VICTOR (1)**
  6:5

              **W**

**WALDER (1)**
  4:18
**walked (1)**
  9:4
**way (2)**
  12:12;13:1
**week (14)**
  9:9,15;10:12,12;
  11:1,24,25;12:1,2,4,
  10,10,11,22
**weekend (1)**
  7:7
**week's (1)**
  11:14
**what's (2)**
  11:6;13:22
**Whereupon (1)**
  13:25
**WILLIAM (1)**
  4:21
**wish (2)**
  11:17;13:11
**withdrew (1)**
  7:17
**work (1)**
  13:4
**works (1)**
  9:11
**WYATT (1)**
  6:7

              **Y**

**Yom (1)**
  10:13

              **Z**

**zarist (1)**
  8:5
**Ziehl (1)**
  7:8
**Zoom (1)**
  13:21

              **1**

**1.775 (1)**
  12:7
**1040 (1)**
  6:20
**11 (3)**
  10:17,25;13:4

**2**

**2 (1)**
  7:20
**2.775 (1)**
  12:7
**2:11 (1)**
  13:25
**22nd (1)**
  12:1
**23-11240 (1)**
  7:4
**26th (6)**
  10:17,25;12:15,19,
  23;13:4
**28th (3)**
  9:3;10:22;11:11
**29th (1)**
  12:4
**2nd (3)**
  11:9,12;12:21