# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) Case No. 23-11240 (TMH) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: D.I. 142** |
| | ) **Hearing Date: TBD** |
| | ) **Objection Deadline: TBD** |

## NOTICE OF FILING OF EXHIBT A TO UNITED STATES TRUSTEE'S MOTION TO TRANSFR VENUE

**Please take notice** that on September 19, 2023, the United States Trustee filed a Motion to Transfer Venue ("Motion") of the above-captioned cases. The Motion is found at D.I. 142. Exhibit A to the Motion, which is attached hereto, was inadvertently not attached to the Motion as filed.

Respectfully submitted,

ANDREW R. VARA
**UNITED STATES TRUSTEE FOR REGIONS 3 AND 9**

By: */s/ Linda Richenderfer*
Linda Richenderfer (DE # 4138)
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Tel.)
(302) 573-6497 (Fax)
Email: linda.richenderfer@usdoj.gov

Dated: September 19, 2023

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

# Exhibit A

Case 23-11240-TMH    Doc 143    Filed 09/19/23    Page 2 of 3

**CERTIFICATE OF FORMATION**
**OF**
**PHOENIX 1040 LLC**

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:48 PM 06/28/2023
FILED 08:48 PM 06/28/2023
SR 20232884626 - File Number 7541871

\* \* \* \*
*Adopted in accordance with the provisions of §18-101*
*of the Delaware Limited Liability Company Act*
\* \* \* \*

The undersigned, being duly authorized to execute and file this Certificate of Formation for the purpose of forming a limited liability company pursuant to the Delaware Limited Liability Company Act, 6 Del. C. Section 18-101, et seq., does hereby certify as follows:

**FIRST**

The name of the limited liability company is Phoenix 1040 LLC.

**SECOND**

The address of the registered office in the State of Delaware is 251 Little Falls Drive in the City of Wilmington, County of New Castle, 19808. The name and address of the registered agent for service of process in the State of Delaware are Corporation Service Company, 251 Little Falls Drive in the City of Wilmington, County of New Castle, 19808.

IN WITNESS WHEREOF, the undersigned has duly executed this Certificate of Formation as of the 28th day of June, 2023.

                                                /s/ *Milton R. Berlinski*
                                       Name: Milton R. Berlinski
                                       Title:   Authorized Person