# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE, that the undersigned counsel hereby enter their appearance for

Cousins Fund II Phoenix III, LLC (the "Landlord") pursuant to section 1109(b) of title 11 of the

United States Code, 11 U.S.C. §§ 101 *et seq.*, Rules 2002, 3017, 9007 and 9010(b) of the Federal

Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware, and request that

copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case,

be served upon the Landlord through its undersigned counsel, as follows:

| | |
|---|---|
| Leslie C. Heilman, Esquire<br>Laurel D. Roglen, Esquire<br>Nicholas J. Brannick, Esquire<br>Margaret A. Vesper, Esquire<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: heilmanl@ballardspahr.com<br>      roglenl@ballardspahr.com<br>      brannickn@ballardspahr.com<br>      vesperm@ballardspahr.com | Brian D. Huben, Esquire<br>Jessica M. Simon, Esquire<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915<br>Telephone: (424) 204-4400<br>Facsimile: (424) 204-4350<br>E-mail: hubenb@ballardspahr.com<br>      simonjm@ballardspahr.com |

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of the Landlord including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlord is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until the Landlord expressly states otherwise, Landlord does not consent to the entry of final orders or judgments by this Court if it is determined that this Court,

absent consent of the parties, cannot enter final orders or judgments consistent with Article III of

the United States Constitution.

Dated: September 21, 2023
Wilmington, Delaware                        Respectfully submitted,

                                            */s/Leslie C. Heilman*
                                            Leslie C. Heilman (DE 4716)
                                            Laurel D. Roglen (DE 5759)
                                            Nicholas J. Brannick (DE 5721)
                                            Margaret Vesper (DE 6995)
                                            BALLARD SPAHR LLP
                                            919 North Market Street, 11th Floor
                                            Wilmington, DE 19801-3034
                                            Tel:  (302) 252-4465
                                            Fax:  (302) 252-4466
                                            Email:  heilmanl@ballardspahr.com
                                                     roglenl@ballardpshar.com
                                                     brannickn@ballardspahr.com
                                                     vesperm@ballardspahr.com

                                                 and

                                            Brian D. Huben (CA Bar No. 134354)
                                            Jessica M. Simon (CA Bar No. 277581)
                                            (*pro hac vice* applications to be submitted)
                                            BALLARD SPAHR LLP
                                            2029 Century Park East, Suite 1400
                                            Los Angeles, CA 90067-2915
                                            Telephone: (424) 204-4400
                                            Facsimile: (424) 204-4350
                                            E-mail: hubenb@ballardspahr.com
                                                     simonjm@ballardspahr.com

                                            *Attorneys for Cousins Fund II Phoenix III, LLC*

## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, hereby certify that, on this 21st day of September 2023, I caused a

true and correct copy of the foregoing ***Notice of Appearance and Request for Notices*** to be served

*via* CM/ECF on all parties who have registered for electronic service in these cases.


Dated: September 21, 2023
Wilmington, Delaware

*/s/ Leslie C. Geilman*
Leslie C. Heilman (DE No. 4716)
BALLARD SPAHR LLP