IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 142 |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that on September 20, 2023, Eric Bowlby, by and through its undersigned counsel, caused the: (i) *Interested Party Eric Bowlby's Second Document Production Requests Directed to Amerifirst National, Inc.*; (ii) *Interested Party Eric Bowlby's Second Document Production Requests Directed to Jeffrey Dane*, (iii) *Interested Party Eric Bowlby's Second Document Production Requests Directed to Phoenix 1040, LLC*, (iv) *Interested Party Eric Bowlby's Second Document Production Requests Directed to T. Scott Avila, (v) Interested Party Eric Bowlby's First Document Production Requests Directed to Paladin Management Group, LLC,* and (vi) *Interested Party Eric Bowlby's First Document Production Requests Directed to David Sloane* to be served in the manner indicated upon the following counsel of record:

    Laura Davis Jones
    David M. Bertenthal
    Timothy P. Cairns
    Mary F. Caloway
    Maxim Litvak
    Pachulski Stang Ziel & Jones LLP
    919 North Market Street, 17th Floor
    Wilmington, DE 19899-8705
    ljones@pszjlaw.com
    dbertenthal@pszjlaw.com

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

1

    tcairns@pszjlaw.com
    mcaloway@pszjlaw.com
    mlitvak@pszjlaw.com
*By Email*

Dated: September 21, 2023
     Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.**C

 */s/ Joseph C. Barsalona II*
William R. Firth, III (No. 4356)
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street, 4th Floor, #183,
Wilmington, DE 19801
Telephone: (302) 592-6497
Facsimile: (201) 488-5556
Email: wfirth@pashmanstein.com
       jbarsalona@pashmanstein.com

-and-

J. John Kim (admitted *pro hac vice*)
Joshua P. Law
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ  07601

*Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc.  .*