# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 142 |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that on September 20, 2023, Eric Bowlby, by and through its undersigned counsel, caused the (i) *Interested Party Eric Bowlby's Second Document Production Requests Directed to Reverence Capital Partners* and (ii) *Interested Party Eric Bowlby's First Document Production Requests Directed to Milton Berlinski* to be served in the manner indicated upon the following counsel of record:

| | |
|---|---|
| Manisha M. Sheth<br>Patricia Tomasco<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Maidson Avenue, 22nd Floor<br>New York, NY 10010<br>manishasheth@quinnemanuel.com<br>pattytomasco@quinnemanuel.com | Bennett Murphy<br>Razmig Izakelian<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>bennettmurphy@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com |
| Brittany Nelson<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>13001 I Street NW, Suite 900<br>Washington, DC 20005<br>brittanynelson@quinnemanuel.com | Christopher Samis<br>L. Katherine Good<br>Katelin Morales<br>Potter Anderson & Corroon LLP<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>csamis@potteranderson.com<br>kgood@potteranderson.com<br>kmorales@potteranderson.com |

*By Email*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

|  |  |
|---|---|
| Dated: September 21, 2023<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.**C<br><br>*/s/ Joseph C. Barsalona II*<br>William R. Firth, III (No. 4356)<br>Joseph C. Barsalona II (No. 6102)<br>1007 North Orange Street, 4th Floor, #183,<br>Wilmington, DE 19801<br>Telephone: (302) 592-6497<br>Facsimile: (201) 488-5556<br>Email: wfirth@pashmanstein.com<br>         jbarsalona@pashmanstein.com<br>-and-<br><br>J. John Kim (admitted *pro hac vice*)<br>Joshua P. Law<br>Court Plaza South, East Wing<br>21 Main Street, Suite 200<br>Hackensack, NJ  07601<br><br>*Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc.* |