## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AmeriFirst Financial, Inc.,[1] | ) Case No. 23-11240 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF STATUS CONFERENCE ON SEPTEMBER 29, 2023 AT 11:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, <u>3RD FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801</u>**

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference for

**September 29, 2023 at 11:00 a.m. prevailing Eastern Time**.

---

**THE STATUS CONFERENCE WILL BE CONDUCTED VIA ZOOM. ANY PARTY WISHING TO PARTICIPATE MUST REGISTER THROUGH ZOOM.**

When registering, please copy and paste the below link to your browser.
All individuals participating must register by
September 28, 2023 at 4:00 p.m. (ET) at the link below.

**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJItce-orjorHjo6LA1IIVzTB4jBn86MBic

After registering, you will receive a confirmation email
containing information about joining.

**PLEASE NOTE: COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

2

| | |
|---|---|
| Dated: September 28, 2023 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>          dbertenthal@pszjlaw.com<br>          tcairns@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |