**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC.,[1] | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 23-11240 (TMH) <br> ) <br> ) (Jointly Administered) <br> ) |

**DEBTORS' WITNESS AND EXHIBIT LIST**
**FOR HEARING ON OCTOBER 2, 2023 AT 11:00 A.M. (ET)**

The above captioned debtors and debtors in possession (the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **October 2, 2023 at 11:00 a.m. (ET)** before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing") at which time some or all of the following motions (collectively, the "Motions") will be heard:

- *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 21]

- *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief* [Docket No. 19]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

1

- *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 18]

- *Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; (II) Granting Related Relief* [Docket No. 73]

- *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend or Purchase and Finance Insurance Policies; and (II) Granting Related Relief* [Docket No. 75]

- *Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date* [Docket No. 104]

- *Debtors' Motion to Retain and Employ Paladin Management Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date* [Docket No. 105]

**WITNESSES**

The Debtors designate the following persons as witnesses in connection with the Motions:

(1)    T. Scott Avila, the Debtors' Chief Restructuring Officer.

The Debtors also cross designate all witnesses designated by any other party in connection with the Motion, and reserve the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing in connection with the Motions:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Declaration of T. Scott Avila in Support of First Day Motions | 20 |
| 2. | Amended and Restated Binding DIP Term Sheet | 82-A |
| 3. | Declaration of T. Scott Avila in Support of Additional First Day Motions | 76 |
| 4. | Updated Budget | To Be Filed |

The Debtors also cross designate all exhibits designated by any other party in connection with the Motion, and reserve the right to use additional exhibits for rebuttal or impeachment purposes.

The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

| | |
|---|---|
| Dated: September 28, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>          dbertenthal@pszjlaw.com<br>          tcairns@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

4