# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC.,[1] | ) Chapter 11<br>)<br>) Case No. 23-11240 (TMH)<br>)<br>) (Jointly Administered)<br>) |

Ref. Docket No. 105

### SUPPLEMENTAL DECLARATION OF T. SCOTT AVILA IN SUPPORT OF DEBTORS' MOTION TO RETAIN AND EMPLOY PALADIN MANAGEMENT GROUP, LLC TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND ADDITIONAL PERSONNEL AS OF THE PETITION DATE

I, T. Scott Avila, declare under penalty of perjury as follows:

1. I am founding partner of Paladin Management Group, LLC ("Paladin").

2. I am duly authorized to submit this declaration (the "Supplemental Declaration") on behalf of Paladin to supplement the disclosures included in my original declaration, dated September 11, 2023 (the "Initial Declaration") that was attached as Exhibit B to *Debtors' Motion to Retain and Employ Paladin Management Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date* [Docket No. 105] (the "Motion").[2]

3. I submit this Supplemental Declaration at the request of the Office of the United States Trustee. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

4. No Paladin personnel has worked with any of the Potential Parties in Interest.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

5. Paladin has not provided professional services to any creditors or equity security holders of the Debtors or any non-Debtor affiliate.

6. If Paladin discovers additional information requiring disclosure, Paladin will promptly file a supplemental disclosure with this Court.

7. Paladin reserves the right to supplement this Supplemental Declaration in the event that Paladin discovers any facts bearing on matters described in this Supplemental Declaration or the Motion regarding Paladin's employment by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 28, 2023

*/s/ T. Scott Avila*
T. Scott Avila