# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 176** |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 2, 2023 AT 11:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

> *PLEASE NOTE:* **THE LOCATION OF THE HEARING HAS BEEN CHANGED FROM THE 3RD FLOOR, COURTROOM NO. 7 TO THE 5TH FLOOR, COURTROOM NO. 5.**

> This hearing will be conducted in person.  All participants (including witnesses) at an in-person hearing are required to attend in person, except that remote participation at an in-person hearing is permitted for: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court.
>
> If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom.  All individuals participating by video must register by 4:00 p.m. Eastern Time on September 29, 2023.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.
>
> https://debuscourts.zoomgov.com/meeting/register/vJItdequrTosHJzUHnDuTtp39TFQ9ga2M_A
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

**[2] Amended items appear in bold.**

**RESOLVED MATTERS**

1.  **First Omnibus Lease Rejection Motion** – First Omnibus Motion for the Entry of an Order (I) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property Effective as of Dates Specified Herein; (II) Authorizing Abandonment of Any Remaining Personal Property Located at the Leased Premises; and (III) Granting Related Relief [Filed: 8/31/23] (Docket No. 63).

    Response Deadline:  September 14, 2023 at 4:00 p.m. (Eastern Time).

    Responses Received:

    a)  Informal comments received from UST.

    Related Documents:

    a)  Certification of Counsel Regarding First Omnibus Motion for the Entry of an Order (I) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property Effective as of Dates Specified Herein; (II) Authorizing Abandonment of Any Remaining Personal Property Located at the Leased Premises; and (III) Granting Related Relief [Filed: 9/27/23] (Docket No. 170).

    b)  [Signed] Order (I) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property Effective as of Dates Specified Herein; (II) Abandoning Any Remaining Personal Property Located at the Leased Premises; and (III) Granting Related Relief [Filed: 9/28/23] (Docket No. 174).

    Status:  The order has been entered.  No hearing will be necessary.

2.  **Schedules and SOFAS Extension Motion** – Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Filed: 9/11/23] (Docket No. 101).

    Response Deadline:  September 25, 2023 at 4:00 p.m. (Eastern Time).

    Responses Received:  None.

    Related Documents:

    a)  Certification No Objection Regarding Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Filed: 9/26/23] (Docket No. 160).

    b)  [Signed] Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Filed: 9/27/23] (Docket No. 166).

    Status:  The order has been entered.  No hearing will be necessary.

3.      **Interim Comp Motion** – Motion of Debtors Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Filed: 9/11/23] (Docket No. 102).

Response Deadline:  September 25, 2023 at 4:00 p.m. (Eastern Time).

Responses Received:

a)  Informal comments from the DIP Lenders.

Related Documents:

a)  Certification of Counsel Regarding Motion of Debtors Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Filed: 9/26/23] (Docket No. 161).

b)  [Signed] Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Filed: 9/27/23] (Docket No. 164).

Status:  The order has been entered.  No hearing will be necessary.

4.      **Omni Retention Application** – Application of Debtors for Entry of an Order Authorizing Debtors to Employ and Retain Omni Agent Solutions as Administrative Agent Effective as of the Petition Date [Filed: 9/11/23] (Docket No. 106).

Response Deadline:  September 25, 2023 at 4:00 p.m. (Eastern Time).

Responses Received:

a)  Informal comments from the UST.

Related Documents:

a)  Certification of Counsel Regarding Application of Debtors for Entry of an Order Authorizing Debtors to Employ and Retain Omni Agent Solutions as Administrative Agent Effective as of the Petition Date [Filed: 9/26/23] (Docket No. 162).

b)  [Signed] Order Authorizing Debtors to Employ and Retain Omni Agent Solutions as Administrative Agent Effective as of the Petition Date [Filed: 9/27/23] (Docket No. 165).

Status:  The order has been entered.  No hearing will be necessary.

**MATTER FOR WHICH COC HAS BEEN FILED**

5.      **Utilities Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting

Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Filed: 9/6/23] ([Docket No. 74](#)).

Response Deadline:  September 25, 2023 at 4:00 p.m. (Eastern Time).

Responses Received:  None.

Related Documents:

a) [Signed] Interim Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Filed: 9/8/23] ([Docket No. 90](#)).

b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Filed: 9/11/23] ([Docket No. 98](#)).

c) Certification No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Filed: 9/27/23] ([Docket No. 168](#)).

d) **[Signed] Final Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Filed: 9/28/23] ([Docket No. 179](#)).**

Status:  **The order has been entered.  No hearing will be necessary.**

## MATTERS GOING FORWARD

6. **Wages Motion** – Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 8/29/23] ([Docket No. 18](#)).

Response Deadline:  September 25, 2023 at 4:00 p.m. (Eastern Time).  Extended for the United States Trustee.

<u>Responses Received</u>:

a) Preliminary Objection of Eric Bowlby to Debtors' First Day Motions [Filed: 8/30/23] (<u>Docket No. 44</u>).

b) Statement of the Official Committee of Unsecured Creditors Concerning the Debtors' First Day Motions and Requesting Status Conference [Filed: 9/27/23] (<u>Docket No. 171</u>).

<u>Related Documents</u>:

a) Certification of Counsel Submitting Revised Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 8/30/23] (<u>Docket No. 53</u>).

b) [Signed] Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 8/31/23] (<u>Docket No. 58</u>).

c) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 9/1/23] (<u>Docket No. 65</u>).

d) Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] (<u>Docket No. 175</u>).

**e) Certification of Counsel Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 9/29/23] (<u>Docket No. 184</u>).**

<u>Status</u>:  **A certification of counsel has been filed. The Debtors request entry of the order attached to the certification of counsel. No hearing will be necessary unless the Court has questions.**

7. **Cash Management Motion** – Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed: 8/29/23] (<u>Docket No. 19</u>).

<u>Response Deadline</u>:  September 25, 2023 at 4:00 p.m. (Eastern Time).  Extended for the United States Trustee.

<u>Responses Received</u>:

a)  Preliminary Objection of Eric Bowlby to Debtors' First Day Motions [Filed: 8/30/23] ([Docket No. 44](#)).

b)  Statement of the Official Committee of Unsecured Creditors Concerning the Debtors' First Day Motions and Requesting Status Conference [Filed: 9/27/23] ([Docket No. 171](#)).

c)  Informal comments received from the Office of the United States Trustee (the "<u>UST</u>").

d)  Informal comments from the Government National Mortgage Association.

<u>Related Documents</u>:

a)  Certification of Counsel Submitting Revised Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Filed: 8/30/23] ([Docket No. 55](#)).

b)  Certification of Counsel Submitting Further Revised Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Filed: 8/31/23] ([Docket No. 56](#)).

c)  [Signed] Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Filed: 8/31/23] ([Docket No. 60](#)).

d)  Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed: 9/1/23] ([Docket No. 66](#)).

e)  Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] ([Docket No. 175](#)).

f)  **Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed: 9/29/23] ([Docket No. 185](#)).**

Status:  **A certification of counsel has been filed. The Debtors request entry of the order attached to the certification of counsel. No hearing will be necessary unless the Court has questions.**

8.    **DIP Motion** – Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] (Docket No. 21).

Response Deadline:  September 13, 2023 at 5:00 p.m. (Eastern Time).  Extended to September 27, 2023 at 5:00 p.m. (Eastern Time) for the Official Committee of Unsecured Creditors.

Responses Received:

a)    Informal comments received from GNMA and the FHA.

b)    Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/12/23] (Docket No. 113).

    (i)    [Signed] Order Denying Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/13/23] (Docket No. 115).

c)    Preliminary Objection of Eric Bowlby to Debtors' First Day Motions [Filed: 8/30/23] (Docket No. 44).

d)    Supplemental Objection of Eric Bowlby to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/13/23] (Docket No. 116).

    (i)    Declaration of Eric Bowlby, Former CEO and Majority Shareholder of AFI, in Support of Eric Bowlby's Supplemental Objection to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/22/23] (Docket No. 154).

e) Statement of the Official Committee of Unsecured Creditors Concerning the Debtors' First Day Motions and Requesting Status Conference [Filed: 9/27/23] (Docket No. 171).

Related Documents:

a) Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] (Docket No. 37).

b) Notice of Filing of Revised Proposed Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/30/23] (Docket No. 47).

c) Certification of Counsel Regarding Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/31/23] (Docket No. 57).

d) [Signed] Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/31/23] (Docket No. 61).

e) Notice of Entry of Interim Order and Final Hearing Regarding Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/1/23] (Docket No. 67).

f) Notice of Filing of Proposed Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 9/7/23] (Docket No. 82).

g) Notice of Filing of Budget [Filed: 9/8/23] (Docket No. 87).

h) Debtors' Witness and Exhibit List for Hearing on September 18, 2023 at 2:00 p.m. (ET) [Filed: 9/14/23] (Docket No. 119).

i) Notice of Emergency Zoom Hearing September 15, 2023 at 4:00 p.m. [Filed: 9/15/23] (Docket No. 123).

j) Re-Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/18/23] (Docket No. 138).

k) Eric Bowlby's Witness List and Exhibit List for Hearing on September 26, 2023 at 11:00 a.m. (ET) [Filed: 9/22/23] (Docket No. 155).

l) Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] (Docket No. 175).

Replies:

a) Reply of the Debtors in Support of Motion of the Debtors for Interim and Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/14/23] (Docket No. 118).

Status:  **This matter has been adjourned to the hearing scheduled for October 20, 2023 at 10:00 a.m. (Eastern Time).**

9. **Tax Motion** – Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; (II) Granting Related Relief [Filed: 9/6/23] (Docket No. 73).

Response Deadline:  September 25, 2023 at 4:00 p.m. (Eastern Time).

Responses Received:

a) Statement of the Official Committee of Unsecured Creditors Concerning the Debtors' First Day Motions and Requesting Status Conference [Filed: 9/27/23] (Docket No. 171).

Related Documents:

a) [Signed] Interim Order: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief [Filed: 9/8/23] (Docket No. 89).

b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; (II) Granting Related Relief [Filed: 9/11/23] (Docket No. 97).

c) Certification No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; (II) Granting Related Relief [Filed: 9/27/23] (Docket No. 167).

d) Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] ([Docket No. 175](#)).

e) **[Signed] Final Order: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief [Filed: 9/28/23] ([Docket No. 178](#)).**

Status:  **The Court has entered an order on this matter.  No hearing is necessary.**

10. **Insurance Motion** – Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend or Purchase and Finance Insurance Policies; and (II) Granting Related Relief [Filed: 9/6/23] ([Docket No. 75](#)).

Response Deadline:  September 25, 2023 at 4:00 p.m. (Eastern Time).

Responses Received:

a) Informal comments from the UST.

Related Documents:

a) [Signed] Interim Order (I) Authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies; (II) Authorizing Continuation of Insurance Premium Financing Agreement; and (III) Granting Related Relief [Filed: 9/8/23] ([Docket No. 91](#)).

b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend or Purchase and Finance Insurance Policies; and (II) Granting Related Relief [Filed: 9/11/23] ([Docket No. 99](#)).

c) Certification of Counsel Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend or Purchase and Finance Insurance Policies; and (II) Granting Related Relief [Filed: 9/27/23] ([Docket No. 169](#)).

d) Final Order (I) Authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies; (II) Authorizing Continuation of Insurance Premium Financing Agreement; and (III) Granting Related Relief [Filed: 9/28/23] ([Docket No. 173](#)).

e) Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] ([Docket No. 175](#)).

Status:  **The Court has entered an order on this matter. No hearing is necessary.**

11.    **PSZ&J Retention Application** – Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [Filed: 9/11/23] ([Docket No. 104](#)).

Response Deadline:  September 25, 2023 at 4:00 p.m. (Eastern Time).  Extended for the UST.

Responses Received:

a) Informal comments from the UST.

b) Omnibus Objection of Eric Bowlby to (I) Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [D.I. 104]; and (II) Debtors' Motion to Retain and Employ Paladin Management Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date [D.I. 105] [Filed: 9/25/23] ([Docket No. 157](#)).

Related Documents:

a) Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] ([Docket No. 175](#)).

b) **Supplemental Declaration of Laura Davis Jones in Support of Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [Filed: 9/28/23] ([Docket No. 180](#)).**

Status:  This matter will go forward.

12.    **Paladin Retention Motion** – Debtors' Motion to Retain and Employ Paladin Management Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date [Filed: 9/11/23] ([Docket No. 105](#)).

Response Deadline:  September 25, 2023 at 4:00 p.m. (Eastern Time).  Extended for the UST.

Responses Received:

a) Informal comments from the UST.

b) Omnibus Objection of Eric Bowlby to (I) Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors

Effective as of the Petition Date [D.I. 104]; and (II) Debtors' Motion to Retain and Employ Paladin Management Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date [D.I. 105] [Filed: 9/25/23] (Docket No. 157).

Related Documents:

a)  Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] (Docket No. 175).

b)  **Supplemental Declaration of T. Scott Avila in Support of Debtors' Motion to Retain and Employ Paladin Management Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date [Filed: 9/28/23] (Docket No. 181).**

Status:  This matter will go forward.

Dated:  September 29, 2023        **PACHULSKI STANG ZIEHL & JONES LLP**
       Wilmington, Delaware

                                            */s/ Laura Davis Jones*
                                            Laura Davis Jones (DE Bar No. 2436)
                                            David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*