## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 104, 105 and 157** |

## NOTICE OF WITHDRAWAL

Eric Bowlby ("Mr. Bowlby"), on behalf of himself and other displaced shareholders of debtor AmeriFirst Financial, Inc. ("AFI", and together with debtor Phoenix 1040, LLC ("Phoenix 1040"), the "Debtors"), by and through his undersigned counsel, hereby withdraws the *Omnibus Objection of Eric Bowlby to (I) Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [D.I. 104]; and (II) Debtors' Motion to Retain and Employ Paladin Management Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date [D.I. 105]* filed on September 25, 2023 [D.I. 157], without prejudice.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

Dated: October 2, 2023
    Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.**C

*/s/ Joseph C. Barsalona II*
William R. Firth, III (No. 4356)
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street, 4th Floor, #183,
Wilmington, DE 19801
Telephone: (302) 592-6497
Facsimile: (201) 488-5556
Email: wfirth@pashmanstein.com
      jbarsalona@pashmanstein.com

-and-

J. John Kim (admitted *pro hac vice*)
Joshua P. Law
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ  07601

*Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc.*