**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 104 & 105** |

**RESERVATION OF RIGHTS OF INTERESTED PARTY ERIC BOWLBY
REGARDING (I) DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY
AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE
DEBTORS EFFECTIVE AS OF THE PETITION DATE [D.I. 104]; AND
(II) DEBTORS' MOTION TO RETAIN AND EMPLOY PALADIN MANAGEMENT
GROUP, LLC TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND
ADDITIONAL PERSONNEL AS OF THE PETITION DATE [D.I. 105]**

Eric Bowlby ("Mr. Bowlby"), on behalf of himself and other displaced shareholders of debtor AmeriFirst Financial, Inc. ("AFI", and together with debtor Phoenix 1040, LLC ("Phoenix 1040"), the "Debtors"), by and through his undersigned counsel, hereby files this reservation of rights (the "Reservation of Rights") with respect to (i) *Debtors' Application For Authorization To Employ And Retain Pachulski Stang Ziehl & Jones LLP As Counsel For The Debtors Effective As Of The Petition Date* [D.I. 104] (the "Counsel Retention Application" or "CRA") and (ii) *Debtors' Motion To Retain And Employ Paladin Management Group, LLC To Provide A Chief Restructuring Officer And Additional Personnel As Of The Petition Date* [D.I. 105] (the "CRO Retention Application," and collectively with the Counsel Retention Application, the "Retention Applications"). In support of this Limited Objection and Reservation of Rights, Mr. Bowlby

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

respectfully states as follows:

## **BACKGROUND**

1.      Mr. Bowlby incorporates by reference the facts set forth in the Preliminary Objection [D.I. 44] and in the Bowlby Declaration [D.I. 154] as if set forth fully herein.

2.      On September 11, 2023, Debtors filed the Counsel Retention Application [D.I. 104], seeking approval to retain and employ PSZ&J as Debtors' counsel *nunc pro tunc* to the Petition Date.  [D.I. 104].

3.      On the same day, Debtors also filed the CRO Retention Application [D.I. 105], seeking approval to (a) retain and employ Paladin to provide Debtors with a Chief Restructuring Officer (a "CRO") and certain additional Paladin personnel, and (b) designate T. Scott Avila, principal of Paladin, as the Debtors' CRO *nunc pro tunc* to the Petition Date.  [D.I. 105].

4.      On September 25, 2023, Mr. Bowlby filed an omnibus objection to the Retention Applications [D.I. 157] (the "Retention Objection"), arguing that (1) both PSZ&J and Paladin had failed to comply with the strictures of Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Jay Alix Protocol by failing to provide the above-mentioned professional engagement letters and by further failing to provide client match lists in accordance with local requirements; and (2) PSZ&J and Paladin had potential or actual conflicts of interest with the Debtors' estates, and that neither PSZ&J or Paladin were "disinterested persons" within the meaning set forth by 11 U.S.C. § 101(14), as required by Bankruptcy Code section 327 or its Jay Alix equivalent.

5.      On September 28, 2023, the Debtors filed supplemental declarations in support of the Retention Applications [D.I. 180 & 181].

## **RESERVATION OF RIGHTS**

6.      In seeking to preserve the limited time and resources dedicated to these chapter 11 proceedings, Mr. Bowlby has determined that it would not currently serve the interests of the Court, the estates, or parties in interest to continue pressing the Retention Objection at this time. Accordingly, the Retention Objection will be withdrawn without prejudice.

7.      Mr. Bowlby hereby reserves his right to object to seek to disqualify either PSZ&J and/or Paladin if facts are later learned during discovery in this case that warrant such motion.  *See Wheat v. U.S.*, 486 153, 163 (1988) (holding courts ruling on pre-trial conflict matters may later revisit such issues upon discovery of new facts, even in the midst of trial).

*[Remainder of Page Intentionally Left Blank]*

Dated: October 2, 2023
      Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.**C

*/s/ Joseph C. Barsalona II*
William R. Firth, III (No. 4356)
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street, 4th Floor, #183,
Wilmington, DE 19801
Telephone: (302) 592-6497
Facsimile: (201) 488-5556
Email: wfirth@pashmanstein.com
      jbarsalona@pashmanstein.com

-and-

J. John Kim (admitted *pro hac vice*)
Joshua P. Law
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ  07601


*Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc.*