# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIFIRST FINANCIAL, INC, *et al.*, | ) | Case No. 23-11240 (TMH) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Robert M. Novick of Kasowitz Benson Torres LLP, as proposed special litigation counsel to the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*.

Dated: October 4, 2023

*/s/ Evanthea Hammer*
Evanthea Hammer (No. 7061)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: ehammer@morrisnichols.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: October 4, 2023

*/s/ Robert M. Novick*
Robert M. Novick
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY  10019
Telephone: (212) 506-1700
E-mail: rnovick@kasowitz.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.