## EXHIBIT C

## Cowen Declaration

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIFIRST FINANCIAL, INC,[1] *et al.*, | ) | Case No. 23-11240 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION TODD COWEN IN SUPPORT OF APPLICATION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF AMERIFIRST FINANCIAL, INC., *ET AL.* TO RETAIN AND EMPLOY
KASOWITZ BENSON TORRES LLP AS SPECIAL LITIGATION COUNSEL
_NUNC PRO TUNC TO_ SEPTEMBER 19, 2023**

Pursuant to 28 U.S.C § 1746, I, Todd Cowen, hereby submit this declaration (the "Declaration") under penalty of perjury:

1.      My name is Todd Cowen, I am over the age of 21 and am competent in all respects to make this Declaration.  I am an authorized representative of Paragon Micro, Inc., a member of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors"), with authority to execute this Declaration in support of the Committee's application to retain Kasowitz Benson Torres LLP ("Kasowitz") as special litigation counsel pursuant to sections 328(a) and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 and 2016-1 of the Local Bankruptcy Rules for the District of Delaware.

2.      I make this Declaration solely in the capacity as chair and a member of the Committee, on behalf of Paragon Micro, Inc. and not in any personal capacity.  The facts set forth

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

in this Declaration are based upon my personal knowledge, my review of the relevant documents, information provided to me or verified by Committee counsel, and my personal opinion based upon my experience, knowledge, and information provided to me.

3.      I have reviewed and am familiar with the contents of the *Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial Inc., et al. to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel Nunc Pro Tunc to September 19, 2023* (the "Application").[2]   In support of the Application, the Committee relies upon the Stein Declaration, which is attached to the Application as Exhibit B.

4.      The Committee selected Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") as its general bankruptcy counsel on September 20, 2023 and Kasowitz as its special litigation counsel on September 19, 2023.   The Committee selected Kasowitz, and proposes to retain Kasowitz as its special litigation counsel, because of Kasowitz's extensive general legal experience and knowledge, and, in particular, its substantial experience in prosecuting complex litigation claims on behalf of official committees of creditors, trustees and debtors.

5.      The Committee understands that Kasowitz's expertise includes representing official creditors' committees in large and complex bankruptcy cases, as set forth in the Stein Declaration.   The Committee understands that since the Committee's appointment, Kasowitz has been working closely with Morris Nichols, subject to certain restrictions on the sharing of information pending Kasowitz's retention and the entry of an order determining what information may be shared with Kasowitz, and other Committee professionals and other parties-in-interest to become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases (the "Chapter 11 Cases").   For these reasons, the Committee

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

believes that Kasowitz is well-qualified and uniquely able to represent the Committee in the Chapter 11 Cases in an efficient and timely manner.

6.      The members of the Committee reviewed Kasowitz's standard rates for litigation services, as set forth in the Application.  Based upon representations made to the Committee by Kasowitz, the Committee understands that those rates are generally consistent with Kasowitz's rates for comparable non-bankruptcy engagements and the billing rates and terms of other comparably skilled firms for providing similar services.  Based on these representations and the Committee members' experience, the Committee believes these rates are reasonable.

7.      The Committee will approve any prospective budget and staffing plan provided by Kasowitz, recognizing that, in the course of large chapter 11 cases like these Chapter 11 Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and Kasowitz.  The Committee further recognize that it is the Committee's responsibility to closely monitor the billing practices of its professionals to ensure the fees and expenses paid by the estates remain consistent with the Committee's expectations and the exigencies of the Chapter 11 Cases.  The Committee will continue to review the invoices that Kasowitz regularly submits, and, together with Kasowitz, periodically amend any budget and staffing plans, as the Chapter 11 Cases develop.

8.      Lastly, the Committee has been fully-briefed on Kasowitz's prior role in representing AmeriFirst Financial, Inc. (the "AFI") prior to the initiation of these Chapter 11 Cases.  The Committee agrees with Kasowitz that, in light of Kasowitz's retention by AFI to pursue claims against RCP, Kasowitz is uniquely qualified to act as special litigation counsel to represent it in these Chapter 11 Cases.

9.     I am authorized to submit this Declaration on behalf of the Committee, and if called upon to testify, I would testify competently to the facts set forth herein.

10.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: October 4, 2023

**THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS**

By: /s/ *Todd Cowen*
Todd Cowen, solely in his capacity as Chair of the
Official Committee of Unsecured Creditors