**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMERIFIRST FINANCIAL, INC,[1] *et al.*, | ) | Case No. 23-11240 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**MOTION TO SHORTEN NOTICE OF APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF AMERIFIRST FINANCIAL, INC.,
*ET AL.* TO RETAIN AND EMPLOY KASOWITZ BENSON TORRES LLP AS
SPECIAL LITIGATION COUNSEL *NUNC PRO TUNC TO* SEPTEMBER 19, 2023**

The Official Committee of Unsecured Creditors (the "Committee") of AmeriFirst

Financial, Inc., *et al.* (collectively, the "Debtors") in the above-captioned chapter 11 cases (the

"Chapter 11 Cases") respectfully submits this motion (the "Motion to Shorten") for entry of an

order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), to shorten

notice of the *Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial*

*Inc., et al. to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel Nunc*

*Pro Tunc to September 19, 2023* (the "Application").[2]  In further support of this Motion to Shorten,

the Committee respectfully states as follows:

**RELIEF REQUESTED**

1.      The Committee seeks entry of an order (i) shortening notice with respect to the

Motion to Shorten, (ii) scheduling the Motion to Shorten to be heard on October 20, 2023, at 10:00

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix
1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s
principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite
117, Mesa, Arizona 85203.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Application.

a.m. (ET) with an objection deadline of October 13, 2023, and (iii) granting such other relief as the Court deems just and proper.

## JURISDICTION

2.      The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over these chapter 11 cases and this Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of these cases and the Motion to Shorten is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      Pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Committee confirms its consent to the entry of a final order with respect to this Motion to Shorten if it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

4.      The statutory bases for the relief requested in this Motion to Shorten are sections 102(1) and 105(a) of the Bankruptcy Code and Local Rule 9006-1(e).

## BACKGROUND

5.      On September 15, 2023, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee, consisting of Kristen Rahn, Mortgageshots, LLC and Paragron Micro, Inc. [D.I. 122].  Todd Cowen, representative of Paragon Micro, Inc., has been selected as the chair of the Committee.

6.      On September 19, 2023, the Committee selected Kasowitz as special litigation counsel.

7.      At a status conference on September 29, 2023, the Court explained that if Kasowitz filed a retention application by October 4, 2023, the Court would consider Kasowitz's arguments in favor of retention at the previously-scheduled October 20, 2023 hearing.  *See In re AmeriFirst Financial, Inc.*, Case No. 23-11240 (TMH) (Sept. 29, 2023) September 29, 2023 Hr'g Tr. [D.I. 189] (the "September 29 Hr'g Tr.") at 32:18-25, 33: 1-3 (The Court:  "[I]f you wish to go forward with the retention, I'd request that – or I'd instruct you to do so by filing a . . . retention application accompanied by a motion to shorten no later than Wednesday October 4, 2023.").  Pursuant to these instructions, Kasowitz files this Motion to Shorten to shorten the notice period given that parties-in-interest will have less than the prescribed 14-day period to object to the Application.

## BASIS FOR RELIEF

8.      Ordinarily, under the Local Rules, applications for retention of professionals require twenty-one (21) days' notice of the hearing and fourteen (14) days' notice of the objection deadline.  *See* Del. Bankr. L.R. 2014-1.  The Committee seeks to have the Motion heard on sixteen (16) days' notice, with nine (9) days' notice for objections.

9.      Section 102(1) of the Bankruptcy Code provides that the phrase "after notice and a hearing" requires only such notice and opportunity for a hearing as may be appropriate under the circumstances.  11 U.S.C. § 102(1).  Section 105(a) of the Bankruptcy Code provides that the Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code.  11 U.S.C. § 105(a).

10.     Pursuant to Bankruptcy Rule 9006(c), "the court for cause shown may in its discretion with or without motion or notice order the period reduced."  Fed. R. Bankr. P. 9006(c)(1). In exercising such discretion, the court should "consider the prejudice to parties entitled to notice and weigh this against the reasons for hearing the motion on an expedited basis."

*In re Philadelphia Newspapers, LLC*, 690 F.3d 161, 172 (3d Cir. 2012) (noting the common filing of such motions "given the accelerated time frame of bankruptcy proceedings"). Local Rule 9006-1(e) likewise provides for shortened notice "by order of the Court, on written motion . . . specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

11. Sufficient cause exists for the relief requested in this Motion to Shorten. First, obtaining approval of the Application as quickly as possible is critical to ensuring the Committee can begin its investigations of various actors for wrongful conduct, with the result of such investigations enhancing the value of the estates. As explained in the Application, the Committee believes that, given Kasowitz attorneys' expertise in litigating claims on behalf of individual creditors and creditor committees in distressed situations, greater efficiencies will be obtained by retaining Kasowitz. The Committee therefore believes that determining whether Kasowitz can be retained on an expedited basis, is of critical importance to fulfilling its statutory duties in these Chapter 11 Cases.

12. Moreover, Kasowitz has a narrow role in representing the Committee as special litigation counsel. Given its limited role, an expedited objection and hearing process should not impact parties-in-interests' ability to review the Application and file objections by the proposed deadline.

13. Lastly, the Court has itself directed Kasowitz to file its Application as soon as possible (and no later than October 4, 2023) so that it may be heard at the October 20, 2023 hearing. September 29 Hr'g Tr. at 32:18-33:3. Furthermore, although the U.S. Trustee informed the Committee that it objects to shortening notice, the Debtors have informed the Committee that they do not object.

14.     For the foregoing reasons, sufficient cause exists to justify shortening the notice period for the relief requested in the Application.  Accordingly, the Committee requests that the Court schedule the Application to be heard on October 20, 2023 at 10:00 a.m. (ET), with objections to the Application to be filed by October 13, 2023.

**AVERMENT PURSUANT TO LOCAL RULE 9006-1(e)**

15.     Pursuant to Local Rule 9006-1(e), the Committee conferred with the U.S. Trustee and the Debtors prior to filing the Application and the Motion to Shorten.  The Debtors did not object, acknowledging the Court's instruction directing Kasowitz to file this Motion to Shorten with the Application by October 4, 2023, to be heard on October 20, 2023.  *See* September 29 Hr'g Tr. at 32:18-33:3.  The U.S. Trustee, however, informed the Committee that it objects to shortened notice of the Application.

**NOTICE**

16.     Notice of this Motion to Shorten shall be given to (a) the Debtors, (b) the Office of the United States Trustee for the District of Delaware, (c) the Debtors' thirty (30) largest unsecured creditors on a consolidated basis, (d) counsel to CP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P., (e) the United States Attorney's Office for the District of Delaware, (f) any party that has requested notice pursuant to Bankruptcy Rule 2002 as of the time of service, and (g) any other party required to be provided notice under Local Rule 9013-1(m).  Due to the nature of the relief requested herein, the Committee submits that no other or further notice need be provided.

## CONCLUSION

WHEREFORE, the Committee respectfully requests that the Court (i) enter the Proposed

Order, substantially in the form attached hereto as Exhibit A, granting the relief requested in this

Motion to Shorten, and (ii) grant such other and further relief as the Court may deem appropriate.


Dated: October 4, 2023
      Wilmington, Delaware

/s/ *Robert J. Dehney*

Robert J. Dehney (No. 3578)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:  rdehney@mnat.com

- and -

Matthew B. Stein (*pro hac vice pending*)
Robert M. Novick (*pro hac vice pending*)
Edward E. Filusch (*pro hac vice pending*)
Andrew H. Elkin (*pro hac vice pending*)
Andrew S. Golden (No. 6413)

**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  MStein@kasowitz.com
      RNovick@kasowitz.com
      EFilusch@kasowitz.com
      AElkin@kasowitz.com
      AGolden@kasowitz.com

**PROPOSED COUNSEL FOR OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**