**EXHIBIT A**

**Proposed Order**

#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERIFIRST FINANCIAL, INC,[1] *et al.*, | ) ) ) | Case No. 23-11240 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |

### ORDER SHORTENING NOTICE OF
### APPLICATION FOR ORDER AUTHORIZING THE RETENTION
### AND EMPLOYMENT OF KASOWITZ BENSON TORRES LLP AS
### SPECIAL LITIGATION COUNSEL FOR THE OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS EFFECTIVE AS OF SEPTEMBER 19, 2023

Upon the Committee's motion (the "Motion to Shorten")[2] for entry of an order shortening notice of the *Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial Inc., et al. to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel Nunc Pro Tunc to September 19, 2023* (the "Application"); and the Court having reviewed the Motion to Shorten and the Application; and the Court having found that the relief requested in the Motion to Shorten is justified under the circumstances,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is GRANTED as set forth in this Order.

2. The Motion to Shorten shall be considered at a hearing scheduled for October 20, 2023 at 10:00 a.m. (ET).

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion to Shorten.

3. Objections, if any, to the relief requested in the Motion to Shorten shall be filed by October 13, 2023.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2023
      Wilmington, Delaware

                                                              _____
                                                              THE HONORABLE THOMAS M. HORAN
                                                              UNITED STATES BANKRUPTCY JUDGE