# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC. *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE OF REVERENCE CAPITAL PARTNERS
AND MILTON BERLINSKI'S RESPONSES AND OBJECTIONS TO ERIC
BOWLBY'S FIRST AND SECOND DOCUMENT PRODUCTION REQUESTS**

**PLEASE TAKE NOTICE** that on October 4, 2023, Reverence Capital Partners and Milton Berlinski (collectively, the "Respondents"), caused a copy of (I) *Milton Berlinski's Responses and Objections to Eric Bowlby's First Document Production Requests* (II) *Reverence Capital Partners' Responses and Objections to Eric Bowlby's First Document Production Requests* and (III) *Reverence Capital Partners' Responses and Objections to Eric Bowlby's Second Document Production Requests* to be served on the parties listed on the attached service list in the manner indicated.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

IMPAC 11096518v.1

| | |
|---|---|
| Dated: October 5, 2023<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ Katelin A. Morales*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Katelin A. Morales (No. 6683)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>         kgood@potteranderson.com<br>         kmorales@potteranderson.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Manisha M. Sheth (admitted *pro hac vice*)<br>Patricia B. Tomasco (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: manishasheth@quinnemanuel.com<br>         pattytomasco@quinnemanuel.com<br><br>-and-<br><br>Bennett Murphy (admitted *pro hac vice*)<br>Razmig Izakelian (admitted *pro hac vice*)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA  90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: bennettmurphy@quinnemanuel.com<br>         razmigizakelian@quinnemanuel.com<br><br>-and-<br><br>Brittany J. Nelson (admitted *pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>Email: brittanynelson@quinnemanuel.com<br><br>*Counsel to RCP Credit Opportunities Fund Loan SPV (Fund III), L.P.  and RCP Customized Credit Fund (Fund-IV-A), L.P.* |

## SERVICE LIST

| **Counsel to Eric Bowlby** | **Counsel to Eric Bowlby** |
|---|---|
| William R. Firth, III, Esq. | J. John Kim, Esq. |
| Joseph C. Barsalona, II, Esq. | Joshua P. Law, Esq. |
| PASHMAN STEIN WALDER HAYDEN, P.C. | PASHMAN STEIN WALDER HAYDEN, P.C. |
| 1007 N. Orange Street, 4th Floor, #183 | Court Plaza South, East Wing |
| Wilmington, DE 19801 | 21 Main Street, Suite 200 |
| Email: Barsalona@pashmanstein.com; wfirth@pashmanstein.com; | Hackensack, NJ 07601 |
| | Email: jkim@pashmanstein.com; Jlaw@pashmanstein.com |
| **Via Email** | **Via Email** |