IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 6, 2023, (1) **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEBTORS; (2) OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PALADIN MANAGEMENT GROUP, LLC; (3) OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO JEFFREY DANE;** and (4) **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DAVID SLOANE** were served upon the following individuals in the manner indicated:

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

**BY EMAIL**

Laura Davis Jones, Esq.
John A. Morris, Esq.
Maxim Litvak, Esq.
David Bertenthal, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
jmorris@pszjlaw.com
mlitvak@pszjlaw.com
dbertenthal@pszjlaw.com

Dated: October 5, 2023
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Donna L. Culver*
Donna L. Culver (No. 2983)
Robert J. Dehney (No. 3578)
Thomas W. Briggs, Jr. (No. 4076)
Evanthea Hammer (No. 7061)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dculver@morrisnichols.com
    rdehney@morrisnichols.com
    tbriggs@morrisnichols.com
    ehammer@morrisnichols.com

- and -

Matthew B. Stein (*pro hac vice pending*)
Robert M. Novick (*pro hac vice pending*)
Edward E. Filusch (*pro hac vice pending*)
Andrew H. Elkin (*pro hac vice pending*)
Andrew S. Golden (No. 6413)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: MStein@kasowitz.com
    RNovick@kasowitz.com
    EFilusch@kasowitz.com
    AElkin@kasowitz.com
    AGolden@kasowitz.com

**PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

17193421.1