IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF INTENT TO SERVE SUBPOENA IN A BANKRUPTCY CASE ON RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P., RCP CUSTOMIZED CREDIT FUND (FUND IV-A), L.P., REVERENCE CAPITAL PARTNERS**

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure made applicable in the above-captioned bankruptcy case by Rule 9016 of the Federal Rules of Bankruptcy Procedure, Official Committee of Unsecured Creditors hereby provides notice of its intent to serve a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case on RCP Credit Opportunities Fund Loan SPV (Fund III), L.P., RCP Customized Credit Fund (Fund IV-A), L.P., and Reverence Capital Partners (the "Subpoena"). A copy of the Subpoena is attached.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

Dated: October 9, 2023
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Donna L. Culver*
Donna L. Culver (No. 2983)
Robert J. Dehney (No. 3578)
Thomas W. Briggs, Jr. (No. 4076)
Evanthea Hammer (No. 7061)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:  dculver@morrisnichols.com
        rdehney@morrisnichols.com
        tbriggs@morrisnichols.com
        ehammer@morrisnichols.com

- and -

Matthew B. Stein (admitted *pro hac vice*)
Robert M. Novick (admitted *pro hac vice*)
Edward E. Filusch (admitted *pro hac vice*)
Andrew H. Elkin (admitted *pro hac vice*)
Andrew S. Golden (No. 6413)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  MStein@kasowitz.com
        RNovick@kasowitz.com
        EFilusch@kasowitz.com
        AElkin@kasowitz.com
        AGolden@kasowitz.com

**PROPOSED COUNSEL FOR OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**