# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) )  Chapter 11 |
| AMERIFIRST FINANCIAL, INC.,[1] | ) )  Case No. 23-11240 (TMH) ) |
| Debtors. | )  (Jointly Administered) ) |

## NOTICE OF SERVICE OF RESPONSES TO DISCOVERY

PLEASE TAKE NOTICE that on the 4th day of October, 2023, true and correct copies of the (i) *Debtors' Responses to Interested Party Eric Bowlby's First Set of Document Production Requests to AmeriFirst Financial, Inc.*; (ii) *Debtors' Responses to Interested Party Eric Bowlby's First Set of Document Production Requests to T. Scott Avila*; (iii) *Debtors' Responses to Interested Party Eric Bowlby's First Set of Document Production Requests to Jeffrey Dane*; (iv) *Debtors' Responses to Interested Party Eric Bowlby's First Set of Document Production Requests to Paladin Management Group, LLC*; (v) *Debtors' Responses to Interested Party Eric Bowlby's First Set of Document Production Requests to Phoenix 1040, LLC*; (vi) *Debtors' Responses to Interested Party Eric Bowlby's First Set of Document Production Requests to David Sloane*; (vii) *Debtors' Responses to Interested Party Eric Bowlby's Second Set of Document Production Requests to AmeriFirst Financial, Inc.*; (viii) *Debtors' Responses to Interested Party Eric Bowlby's Second Set of Document Production Requests to T. Scott Avila*; (ix) *Debtors' Responses to Interested Party Eric Bowlby's Second Set of Document Production*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

*Requests to Jeffrey Dane*; and (x) *Debtors' Responses to Interested Party Eric Bowlby's Second Set of Document Production Requests to Phoenix 1040, LLC* were served on the individual(s) listed below as and in the manner indicated:

---

**Email**
(Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc.)
William R. Firth, III, Esq.
Joseph C. Barsalona II, Esq.
Pashman Stein Walder Hayden, P.C
1007 North Orange Street, 4th Floor, #183
Wilmington, DE  19801
Email: wfirth@pashmanstein.com; jbarsalona@pashmanstein.com

**Email**
(Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc.)
J. John Kim, Esq.
Joshua P. Law, Esq.
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ  07601
Email:  jkim@pashmanstein.com; jlaw@pashmanstein.com

**Email**
(United States Trustee)
Linda Richenderfer, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801
Email:  linda.richenderfer@usdoj.gov

---

*[Remainder of Page Intentionally Left Blank]*

Dated: October 10, 2023      **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com
      tcairns@pszjlaw.com

*Counsel for Debtors and Debtors in Possession*