# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

––––––

(302) 658-9200
(302) 658-3989 FAX

Donna L. Culver
(302) 351-9208
(302) 425-4672 FAX
dculver@morrisnichols.com

October 10, 2023

**BY CM/ECF AND EMAIL**

The Honorable Thomas M. Horan
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

> Re:   In re: AmeriFirst Financial, Inc., *et al.*,
>         Case No. 23-11240 (TMH)

Dear Judge Horan:

I write on behalf of the Official Committee of Unsecured Creditors (the "UCC") in the above-captioned chapter 11 cases to request a conference with the Court in connection with the final hearing on the Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing And (B) To Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying The Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 21] (the "DIP Motion") and the United States Trustee's Motion To Transfer Venue [D.I. 142] which are scheduled for hearing for Friday, October 20, 2023, at 10:00 a.m.  For the reasons discussed below, the UCC respectfully requests that the Final DIP hearing be continued for three business days to allow for discovery to occur and objections and a reply to be filed thereafter.

Following entry of the Scheduling and Protective Order on October 5, 2023 [D.I. 222], the UCC served document requests directed to the Debtors, their CRO, Paladin Management Group LLC, and directors Jeffrey Sloane and Eric Dane seeking the expedited production of documents necessary to enable the UCC meaningfully to respond to the pending motions.  That same day, the UCC served a document subpoena directed to RCP Credit Opportunities Fund Loan SPV (Fund III), L.P., RCP Customized Credit Fund (Fund IV-A), L.P., and Reverence Capital Partners (collectively, "RCP").

Despite a requested production date for the discovery and return date for the subpoena of October 9, 2023, the Debtors only communicated today that they intend to begin a

The Honorable Thomas M. Horan
October 10, 2023
Page 2

rolling production with an expected completion date of Friday October 13, 2023, which is also the current deadline for the UCC to file objections to the DIP Motion. RCP has not engaged substantively with the UCC or produced any documents, and the UCC currently has no idea whether RCP intends to produce responsive documents and, if so, on what schedule.

Moreover, despite representations by the Debtors' counsel in response to a question from the UCC's counsel on September 27, 2023, that "the proposed final DIP order has been on file for some time," late in the evening on October 6, 2023, the Debtors filed a revised proposed final DIP order. The version of the final DIP Order filed on October 6th purports to extinguish the rights of the UCC and all parties in interest to investigate and challenge RCP's lien rights or to investigate and prosecute any claims against RCP as provided in the Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 61]. There was no supplemental motion filed in compliance with the Local Rules requesting this form of relief, or any purported justification or explanation as to the basis for this proposed revision.

Against this backdrop, earlier this morning, the UCC's counsel requested that the Debtors agree to a very short adjournment of the final DIP hearing of three business days, and an adjustment to the attendant deadlines as follows to enable the UCC to review the Debtors' documents and possibly take depositions in order to enable it to respond to the DIP Motion:

> Completion of document production – October 13, 2023
> Completion of Depositions – October 18, 2023
> DIP Objections – October 20, 2023
> DIP Replies – October 23, 2023
> Hearing – October 25, 2023, or such date as the Court and parties are available

That request was summarily denied by the Debtors' counsel, thereby necessitating the need for the UCC to seek the Court's assistance in resolving the matter.

Sincerely,

/s/ Donna L. Culver

Donna L. Culver

DLC/mch
cc:     All Counsel (By CM/ECF)