**William R. Firth, III, Esq.**
Partner
wfirth@pashmanstein.com
Direct: 302.485.5310



October 10, 2023

<u>**VIA CM/ECF**</u>
The Honorable Thomas M. Horan
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 1z9801

           Re:    <u>In re AmeriFirst Financial, Inc., *et al.*,
                      Case No. 23-11240 (TMH)</u>

Dear Judge Horan:

     We represent Interested Party Eric Bowlby ("<u>Bowlby</u>") in the above-captioned matter.  We write with respect to the letter filed yesterday by the Official Committee of Unsecured Creditors (the "<u>UCC</u>") requesting a conference and other affirmative relief from the Court [D.I. 239].  Mr. Bowlby joins in the UCC's well-supported concerns regarding discovery in advance of the final hearing on the DIP Motion [D.I. 21] and the United States Trustee's Motion to Transfer Venue [D.I. 142] (the "<u>Venue Motion</u>"), which Mr. Bowlby joined in full on September 20, 2023 [D.I. 144].  The final hearing is currently scheduled for Friday, October 20, 2023, at 10:00 a.m.

     In addition to the UCC's well-founded reservations regarding the Debtors' aggressive schedule for rolling document production which is scheduled to conclude on the same day as the current deadline for the UCC to file its objections to the DIP motion, undersigned counsel has experienced similar difficulties with RCP pertaining to its lack of document production pertaining to Mr. Bowlby's document requests regarding the Venue Motion Mr. Bowlby's objection to the DIP Motion, to date.  Undersigned counsel has not yet been able to schedule a mutually convenient date to meet and confer with counsel for RCP despite its best efforts to do so and would request that the Court consider adopting the UCC's proposed schedule for the DIP Motion and Venue Motion so that the Court may have the benefit of a full record of the material facts before rendering its final decisions on same.

1007 North Orange St.   |   Phone: 302.485.5310
4th floor, Suite 183        |   Fax: 201.488.5556
Wilmington, DE 19801  |   www.pashmanstein.com

October 10, 2023  
Page 2



Respectfully submitted,

Dated: October 10, 2023  
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

<u>/s/ William R. Firth, III</u>  
William R. Firth, III (No. 4356)  
Joseph C. Barsalona II (No. 6102)  
1007 North Orange Street, 4th Floor, #183  
Wilmington, DE 19801  
Telephone: (302) 592-6497  
Facsimile: (201) 488-5556  
Email:  wfirth@pashmanstein.com  
           jbarsalona@pashmanstein.com

-and-

J. John Kim (admitted *pro hac vice*)  
Joshua P. Law  
Court Plaza South, East Wing  
21 Main Street, Suite 200  
Hackensack, NJ  07601

*Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc.*