# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF SERVICE OF RESPONSES TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' DISCOVERY REQUESTS

PLEASE TAKE NOTICE that on the 10th day of October, 2023, true and correct copies of the (i) *Debtors' Responses to the Official Committee of Unsecured Creditors' First Set of Document Production Requests to AmeriFirst Financial, Inc.*; (ii) *Debtors' Responses to the Official Committee of Unsecured Creditors' First Set of Document Production Requests to Paladin Management Group, LLC*; (iii) *Debtors' Responses to the Official Committee of Unsecured Creditors' First Set of Document Production Requests to David Sloane*; and (iv) *Debtors' Responses to the Official Committee of Unsecured Creditors' First Set of Document Production Requests to Jeffrey Dane* were served on the individual(s) listed below as and in the manner indicated:

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

**Email**
(Counsel to the Official Committee of Unsecured Creditors)
Robert J. Dehney, Esq.
Donna L. Culver, Esq.
Eric D. Schwartz, Esq.
Evanthea Hammer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
PO Box 1347
Wilmington, DE 19899-1347
Email:  rdehney@morrisnichols.com; dculver@morrisnichols.com; eschwartz@morrisnichols.com; ehammer@morrisnichols.com

Dated:  October 10, 2023            **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
           dbertenthal@pszjlaw.com
           tcairns@pszjlaw.com

*Counsel for Debtors and Debtors in Possession*