# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**Objection Deadline: October 17, 2023 at 5:00 p.m. (ET)**
**Hearing Date: October 20, 2023 at 10:00 a.m. (ET)**

## NOTICE OF DEBTORS' (I) OBJECTION TO RETENTION OF KASOWITZ BENSON TORRES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) MOTION TO DISQUALIFY KASOWITZ FROM REPRESENTING COMMITTEE

**PLEASE TAKE NOTICE** that on October 5, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' (I) Objection to Retention of Kasowitz Benson Torres LLP as Counsel to the Official Committee of Unsecured Creditors and (II) Motion to Disqualify Kasowitz from Representing Committee* (the "Motion"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed with the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware, 19801 on or before **October 17, 2023 at 5:00 p.m. (Eastern Time)**.[2]

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.
[2] As provided by *Scheduling and Protective Order* [Docket No. 222] entered on October 5, 2023.

DOCS_DE:245298.1

Laura Davis Jones, Esq. (ljones@pszjlaw.com), David M. Bertenthal, Esq. (dbertenthal@pszjlaw.com), and Timothy P. Cairns, Esq. (tcairns@pszjlaw.com); (ii) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda Richenderfer, Esq. (linda.richenderfer@usdoj.gov); and (iii) the proposed counsel to the official committee of unsecured creditors, (a) Kasowitz Benson Torres LLP, 1633 Broadway, New York, New York 10019, Attn: Matthew B. Stein, Esq. (mstein@kasowitz.com), Robert M. Novick, Esq. (rnovick@kasowitz.com), Edward E. Filusch, Esq. (efilusch@kasowitz.com), and Andrew H. Elkin, Esq. (aelkin@kasowitz.com) and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Esq. (rdehney@morrisnichols.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **OCTOBER 20, 2023 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: October 11, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>          dbertenthal@pszjlaw.com<br>          tcairns@pszjlaw.com<br><br>*Counsel for Debtors and Debtors in Possession* |