EXHIBIT A

DocuSign Envelope ID: FCD42F79-4F61-4538-ABA6-3DCF0D54A702

# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

JENNIFER S. RECINE
DIRECT DIAL: (212) 506-1916
DIRECT FAX: (212) 500-3416
JRecine@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

December 19, 2022

**Via Email**

AmeriFirst Financial, Inc.
C/O – Eric Bowlby (CEO)
1550 E. McKellips Road
Suite 117
Mesa, AZ 85203
EBowlby@amerifirst.us

Re:     Terms and Conditions of Engagement

Dear Mr. Bowlby:

This letter confirms AmeriFirst Financial, Inc.'s (the "Company") retention of Kasowitz Benson Torres LLP ("Kasowitz") in connection with conducting an initial claims analysis (the "Analysis") concerning potential litigation claims the Company may have concerning its relationship with Reverence Capital Partners ("Reverence").

Our representation will consist only of analyzing potential claims and initial outreach to Reverence to try to negotiate a resolution of this matter.  Absent a separate agreement between Kasowitz and the Company, we will not file a formal action against Reverence.  In the event that the commencement (or defense) of formal litigation is required, Kasowitz will only represent the Company in such an action pursuant to the terms of a mutually agreeable separate letter of engagement, as necessary.

Kasowitz bills for its services based on the hourly time charges of its attorneys and legal assistants.  Disbursements (e.g., duplicating, postage, telefax, and other similar expenses) are billed separately.  For this retention, Kasowitz agrees to extend the Company a 20% discount on all hourly fees (the "Discount").  Bills are rendered on a monthly basis and are payable on receipt.

DocuSign Envelope ID: FCD42F79-4F61-4538-ABA6-3DCF0D54A702

KASOWITZ BENSON TORRES LLP

December 19, 2022
Page 2

  We require an initial retainer of **$50,000**. Any unused portion of the retainer will be returned to you when the matter is completed. Please forward the retainer promptly to us. Wiring instructions are included at the end of the letter. The Discount will continue to apply for the entirety of the Engagement, so long as bills are paid within thirty days of receipt.

  We are required to advise you that, under state law, in the event of any fee dispute between you and Kasowitz involving a sum of more than $1,000 but less than $50,000, you have the option to seek resolution of such dispute in an arbitration proceeding conducted pursuant to Part 137 of the Rules of the Chief Administrator of the Courts of the State of New York.

  Please return an executed original of this letter and keep one copy for your files.

  We look forward to working with you.

Sincerely,

KASOWITZ BENSON TORRES LLP

By: _____
   Jennifer S. Recine

AGREED:

*Eric Bowlby*
Eric Bowlby

DocuSign Envelope ID: FCD42F79-4F61-4538-ABA6-3DCF0D54A702

KASOWITZ BENSON TORRES LLP

FUNDS SHOULD BE WIRED TO:

**CITIBANK, N.A.**
Private Bank
153 East 53rd Street
New York, New York 10022
ABA# 021 000 089
BIC# CITIUS 33 PBG
For the benefit of:
Kasowitz Benson Torres LLP
Account #4980267744
Swift Code: CITI US 33
Tax I.D. #13-3720397
Please Reference: Jennifer S. Recine

# DocuSign

## Certificate Of Completion

Envelope Id: FCD42F794F614538ABA63DCF0D54A702 | Status: Completed
Subject: Complete with DocuSign: Kasowitz Benson Torres Engagement Letter 12.19.2022.pdf
Source Envelope:
Document Pages: 3 | Signatures: 1 | Envelope Originator:
Certificate Pages: 1 | Initials: 0 | Linda Welsch
AutoNav: Enabled | | 1550 E McKellips Rd Ste 117
EnvelopeId Stamping: Enabled | | Mesa, AZ 85203
Time Zone: (UTC-07:00) Arizona | | lwelsch@amerifirst.us
| | IP Address: 68.109.145.228

## Record Tracking

Status: Original | Holder: Linda Welsch | Location: DocuSign
12/19/2022 9:26:52 AM | lwelsch@amerifirst.us |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Eric Bowlby<br>ebowlby@amerifirst.us<br>President<br>AmeriFirst Financial, Inc.<br>Security Level: Email, Account Authentication (Optional) | DocuSigned by:<br>*Eric Bowlby*<br>1426248D9E874AE...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 65.122.4.234 | Sent: 12/19/2022 9:27:50 AM<br>Viewed: 12/19/2022 10:02:58 AM<br>Signed: 12/19/2022 10:03:29 AM |

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/19/2022 9:27:50 AM |
| Certified Delivered | Security Checked | 12/19/2022 10:02:58 AM |
| Signing Complete | Security Checked | 12/19/2022 10:03:29 AM |
| Completed | Security Checked | 12/19/2022 10:03:29 AM |

| Payment Events | Status | Timestamps |
|---|---|---|