# EXHIBIT B

# Kasowitz Benson Torres llp

1633 BROADWAY

NEW YORK, NEW YORK 10019          FED. I.D. 13-3720397

PHONE: (212) 506-1700

FAX: (212) 506-1800

AmeriFirst Financials, Inc.
Eric Bowlby, CEO
1550 E. McKellips Road, Suite 117
Mesa, AZ 85203


INVOICE NO.: 2301114                February 23, 2023

RE: Reverence Capital


FOR PROFESSIONAL SERVICES rendered
through the month of January 2023
as reflected on the attached printout.


| | |
|---|---|
| Fees | $183,245.00 |
| Less 20% Discount | (36,649.00) |
| Total Fees | $146,596.00 |
| Disbursements | .00 |
| Subtotal | $146,596.00 |
| Applied From On Account | (50,000.00) |
| **TOTAL AMOUNT DUE** | **$96,596.00** |


6148
12367601

Electronic Funds Transfers (ACH & Wire Transfers)
**Citibank, N.A. - ABA# 021000089 - Account No: 4980267744 / Swift Code: CITI US 33**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

JANUARY 31, 2023

12367601
AmeriFirst Financials, Inc.
Reverence Capital

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 12/17/22 | EDWARD E. FILUSCH<br>Review initial materials; calls and<br>correspondence re strategy/next steps. | 1.50 |
| 12/19/22 | MATTHEW A. KRAUS<br>Review materials received from client and<br>correspondence re same. | .80 |
| 12/19/22 | EDWARD E. FILUSCH<br>Analyze client-provided materials; calls and<br>correspondence re same/strategy. | 1.00 |
| 12/19/22 | DUSTIN J. LEE<br>Background research; call with E. Filusch;<br>review case documents. | 1.90 |
| 12/20/22 | MATTHEW A. KRAUS<br>Prepare for, attend, and debrief from call with<br>client; internal discussion re same; review<br>materials received from client and<br>correspondence re same. | 2.40 |
| 12/20/22 | EDWARD E. FILUSCH<br>Review client provided materials; calls and<br>correspondence re same. | 1.00 |
| 12/20/22 | DUSTIN J. LEE<br>Amerifirst call; review; draft letter; review<br>AmeriFirst files. | 3.50 |
| 12/21/22 | MATTHEW A. KRAUS<br>Prepare for, attend, and debrief from call with<br>client; internal discussion re same; review<br>materials received from client in connection<br>with drafting demand letter. | 2.50 |

12/21/22   EDWARD E. FILUSCH                                          2.70
           Revise letter to Reverence; calls and
           correspondence re same/strategy.

12/21/22   DUSTIN J. LEE                                              5.50
           Draft demand letter; phone call with M. Kraus;
           revise demand letter; call with AmeriFirst
           team.

12/22/22   MATTHEW A. KRAUS                                          1.80
           Review materials received from client in
           connection with drafting demand letter; review
           and revise draft demand letter and
           correspondence re same.

12/22/22   EDWARD E. FILUSCH                                          2.80
           Revise Reverence correspondence; calls re
           same/strategy.

12/23/22   MATTHEW A. KRAUS                                          2.60
           Review and revise draft demand letter and
           correspondence re same; attend call with client
           to discuss demand letter and next steps and
           internal discussion re same.

12/23/22   EDWARD E. FILUSCH                                          4.20
           Finalize Reverence letter; calls and
           correspondence re same/strategy.

12/23/22   DUSTIN J. LEE                                              5.00
           Revise and proof demand letter; call with
           AmeriFirst team; circulate updated demand
           letter draft.

12/26/22   DUSTIN J. LEE                                              3.00
           Revise letter; circulate; coordinate
           transmittal and mailing.

12/27/22   EDWARD E. FILUSCH                                          1.50
           Finalize Reverence letter; calls re
           same/strategy.

12/27/22   DUSTIN J. LEE                                              3.20
           Final revisions to demand letter; circulate,
           finalize, and send same.

01/04/23   MATTHEW A. KRAUS                                          2.60
           Review and revise draft correspondence to
           Reverence; attend calls with client re strategy
           and correspondence re same; internal discussion
           re litigation/negotiation strategy.

01/04/23   EDWARD E. FILUSCH                                      2.80
           Calls and correspondence re Reverence demand.

01/04/23   DUSTIN J. LEE                                           .50
           Call with E. Filusch, M. Kraus, E. Bowlby, A.
           Platt, and J. George re: Reverence response.

01/05/23   MATTHEW A. KRAUS                                       2.00
           Review and revise draft correspondence to
           Reverence; attend calls with client re strategy
           and correspondence re same; internal discussion
           re litigation/negotiation strategy.

01/05/23   EDWARD E. FILUSCH                                      2.50
           Attention to Reverence diligence requests;
           calls and correspondence re same/strategy.

01/05/23   DUSTIN J. LEE                                          1.50
           Review and analyze Reverence response; call
           with E. Bowlby, A. Platt, E. Filusch, and M.
           Krauss.

01/06/23   MATTHEW A. KRAUS                                       1.50
           Review and revise draft correspondence to
           Reverence; attend calls with client re strategy
           and correspondence re same; internal discussion
           re litigation/negotiation.

01/06/23   EDWARD E. FILUSCH                                      1.50
           Revise QE letter; calls and correspondence re
           same.

01/06/23   DUSTIN J. LEE                                          5.00
           Draft response letter to Reverence letter.

01/09/23   MATTHEW A. KRAUS                                       3.20
           Review and revise draft letter to QE; attend
           calls with client re strategy and
           correspondence re same; internal discussion re
           litigation/negotiation strategy.

01/09/23   EDWARD E. FILUSCH                                      3.00
           Revise QE correspondence; calls re
           same/strategy/Bridger.

01/09/23   DUSTIN J. LEE                                          4.00
           Revise Reverence response letter; call with E.
           Filusch and M. Kraus; call with E. Bowlby, A.
           Platt, J. Breuker, J. George, E. Filusch, and
           M. Kraus.

| | | |
|---|---|---|
| 01/10/23 | EDWARD E. FILUSCH<br>Finalize QE correspondence; calls re same/next<br>steps. | 1.00 |
| 01/10/23 | DUSTIN J. LEE<br>Finalize letter to Quinn Emanuel. | 1.30 |
| 01/11/23 | MATTHEW A. KRAUS<br>Attend calls with client re strategy and<br>correspondence re same; internal discussion re<br>litigation/negotiation; attend call with<br>opposing counsel. | 1.50 |
| 01/11/23 | EDWARD E. FILUSCH<br>Calls and correspondence re EOD notice. | 1.50 |
| 01/11/23 | DUSTIN J. LEE<br>Review notice of default; call with M. Sheth<br>and E. Filusch. | 2.60 |
| 01/12/23 | MATTHEW A. KRAUS<br>Internal discussion re litigation/negotiation<br>and attend call with client re same. | 1.00 |
| 01/12/23 | EDWARD E. FILUSCH<br>Calls and correspondence re NOD/next steps. | 1.50 |
| 01/12/23 | DUSTIN J. LEE<br>Call with E. Bowlby, J. George, A. Platt, E.<br>Filusch and M. Kraus; call with M. Sheth, E.<br>Filusch, and M. Kraus. | 1.50 |
| 01/13/23 | MATTHEW A. KRAUS<br>Internal discussion re litigation/negotiation<br>and correspondence with client re same; review<br>and revise draft correspondence to opposing<br>counsel; review materials received from client. | 2.20 |
| 01/13/23 | EDWARD E. FILUSCH<br>Review QE correspondence; calls re<br>strategy/next steps. | 1.50 |
| 01/13/23 | DUSTIN J. LEE<br>Call with E. Filusch, draft update email | 2.50 |
| 01/14/23 | MATTHEW A. KRAUS<br>Prepare for and attend call with client<br>regarding Reverence dispute and next steps. | 1.50 |
| 01/14/23 | EDWARD E. FILUSCH<br>Calls and correspondence re QE letter/strategy. | 1.50 |

| Date | Name / Description | Hours |
|---|---|---|
| 01/14/23 | DUSTIN J. LEE<br>Call with AFI team re: notice of default; follow-up call with E. Filusch; compile documents for Quinn Emanuel. | 1.80 |
| 01/15/23 | DUSTIN J. LEE<br>Review financial documents; draft email to M. Sheth. | 1.00 |
| 01/16/23 | EDWARD E. FILUSCH<br>Prepare QE correspondence; calls re same/strategy. | 2.50 |
| 01/16/23 | DUSTIN J. LEE<br>Compile documents for transfer to M. Sheth; revise email; coordinate transfer. | 2.90 |
| 01/17/23 | DUSTIN J. LEE<br>Email to working group; conversation with E. Filusch. | 1.00 |
| 01/18/23 | MATTHEW A. KRAUS<br>Attend meeting with client to discuss re litigation strategy/negotiation and internal discussion re same. | 1.00 |
| 01/18/23 | EDWARD E. FILUSCH<br>Calls re strategy/NOD next steps. | 1.00 |
| 01/19/23 | MATTHEW A. KRAUS<br>Internal discussion re litigation/negotiation and correspondence re same. | .50 |
| 01/19/23 | EDWARD E. FILUSCH<br>Calls with QE/team re settlement/next steps. | 1.00 |
| 01/20/23 | MATTHEW A. KRAUS<br>Internal discussion re litigation/negotiation and correspondence with client re same; review and revise draft correspondence to opposing counsel; review materials received from client. | 1.30 |
| 01/20/23 | EDWARD E. FILUSCH<br>Analyze materials re settlement meeting; calls and correspondence re same/strategy. | 1.50 |
| 01/22/23 | EDWARD E. FILUSCH<br>Prepare for settlement meeting; calls re same. | .50 |

| 01/23/23 | MATTHEW A. KRAUS | 2.80 |

Internal discussion re litigation/negotiation;
meet with client to discuss and debrief from
meeting with QE/Reverence.

| 01/23/23 | EDWARD E. FILUSCH | 5.50 |

Prepare for and meet with Reverence re
settlement proposal.

| 01/23/23 | DUSTIN J. LEE | 5.50 |

Meeting with E. Bowlby, A. Platt; M. Kraus, and
E. Filusch; meeting with E. Bowlby, A. Platt,
E. Filusch, and RCP team at RCP offices.

| 01/24/23 | MATTHEW A. KRAUS | 2.00 |

Review and revise draft correspondence to
opposing counsel and accompanying materials;
internal discussion re litigation/negotiation.

| 01/24/23 | EDWARD E. FILUSCH | 2.00 |

Revise term sheet; calls and correspondence re
same/strategy.

| 01/24/23 | DUSTIN J. LEE | 7.00 |

Revise AFI-RCP term sheet; client communication
re: same.

| 01/25/23 | MATTHEW A. KRAUS | 1.40 |

Internal discussion re litigation/negotiation;
attend call with opposing counsel; attend call
with client.

| 01/25/23 | EDWARD E. FILUSCH | 2.50 |

Calls and correspondence re term
sheet/strategy.

| 01/25/23 | DUSTIN J. LEE | 4.50 |

Call with E. Filusch, A. Platt, J. George, and
M. Kraus re: Bridger S&D trade; call with M.
Sheth, P. Tomasco, and E. Filusch re: term
sheet; revisions to term sheet; call with E.
Bowlby, A. Platt, J. George, and E. Filusch re:
FNMA deadline; call with M. Sheth and E.
Filusch re: FNMA deadline.

| 01/26/23 | EDWARD E. FILUSCH | 1.50 |

Calls and correspondence with QE/team re term
sheet.

01/27/23   MATTHEW A. KRAUS                                        1.10
           Review Reverence term sheet and internal
           discussion/correspondence re same.

01/27/23   EDWARD E. FILUSCH                                       1.50
           Analyze issues re Bridger/term sheet.

01/27/23   DUSTIN J. LEE                                           1.50
           Meeting with E. Filusch; call with E. Filusch
           and M. Sheth; review and revise term sheet.

01/28/23   MATTHEW A. KRAUS                                        1.90
           Review Reverence term sheet and internal
           discussion/correspondence re same; prepare for
           and attend call with client re next steps.

01/28/23   EDWARD E. FILUSCH                                       3.00
           Revise proposal; calls and correspondence re
           same/strategy.

01/28/23   DUSTIN J. LEE                                           2.50
           Call with E. Bowlby, J. George, A. Platt, E.
           Filusch and M. Kraus re: RCP turn of term
           sheet; preparation for same; call with E.
           Filusch re: next steps.

01/30/23   MATTHEW A. KRAUS                                        2.00
           Internal discussion re litigation/negotiation
           strategy; attend call with client re same;
           attend call with opposing counsel and
           correspondence re same.

01/30/23   EDWARD E. FILUSCH                                       2.00
           Calls and correspondence re Bridger/next steps.

01/30/23   DUSTIN J. LEE                                           2.00
           Call with E. Filusch and M. Sheth re: employee
           payout and California owed amounts.

01/31/23   MATTHEW A. KRAUS                                        2.20
           Prepare for and attend call with opposing
           counsel and Reverence and debrief re same;
           internal discussion re litigation/negotiation
           strategy and correspondence with client re same

01/31/23   EDWARD E. FILUSCH                                       5.50
           Calls and correspondence re Bridger and
           settlement issues.

01/31/23   DUSTIN J. LEE                                        3.10
           Call with AmeriFirst team; zoom with QE/RCP
           principals.


                    TOTAL HOURS                               177.10

|                        | HOURS | RATE     | AMOUNT    |
|------------------------|-------|----------|-----------|
| PARTNER                |       |          |           |
| EDWARD E. FILUSCH      | 61.50 | 1,200.00 | 73,800.00 |
| MATTHEW A. KRAUS       | 41.80 | 1,250.00 | 52,250.00 |
|                        |       |          |           |
| ASSOCIATE              |       |          |           |
| DUSTIN J. LEE          | 73.80 |   775.00 | 57,195.00 |

|                     |             |
|---------------------|-------------|
| TOTAL FEES          | $183,245.00 |
| TOTAL COSTS         |        $.00 |
| TOTAL FEES AND COSTS | $183,245.00 |

AmeriFirst Financials, Inc.
Eric Bowlby, CEO
1550 E. McKellips Road, Suite 117
Mesa, AZ 85203

INVOICE NO.: 2302526                 April 19, 2023

RE: Reverence Capital

FOR PROFESSIONAL SERVICES rendered
through the month of March 2023
as reflected on the attached printout.

| | |
|---|---|
| Fees | $90,472.50 |
| Less 20% Discount | (18,094.50) |
| Total Fees | $72,378.00 |
| Disbursements | .00 |
| **TOTAL AMOUNT DUE** | **$72,378.00** |

6148
12367601

Electronic Funds Transfers (ACH & Wire Transfers)
Citibank, N.A. - ABA# 021000089 - Account No: 4980267744 / Swift Code: CITI US 33

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

MARCH 31, 2023


12367601
AmeriFirst Financials, Inc.
Reverence Capital


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|-----------------------|-------|
| 02/01/23 | EDWARD E. FILUSCH<br>Attention to bridger issue; calls and correspondence re AFI financials. | 1.30 |
| 02/01/23 | DUSTIN J. LEE<br>Call with AmeriFirst team, Quinn Emanuel team, Reverence principals. | .80 |
| 02/02/23 | EDWARD E. FILUSCH<br>Analyze issues re subordination and path forward; calls and correspondence re same. | 3.50 |
| 02/02/23 | DUSTIN J. LEE<br>Call with AFI team, E. Filusch re: RCP closeout notices; review credit agreement and DACA re: permitted uses; call with M. Sheth and E. Filusch re: closeout notices; draft update email. | 4.40 |
| 02/03/23 | EDWARD E. FILUSCH<br>Analyze materials re Bridger transaction; calls and correspondence re same/settlement. | 3.00 |
| 02/03/23 | DUSTIN J. LEE<br>Calls and correspondence re RCP request. | 4.20 |
| 02/09/23 | EDWARD E. FILUSCH<br>Calls and correspondence re Term Sheet update. | .50 |
| 02/15/23 | EDWARD E. FILUSCH<br>Calls and correspondence re RCP negotiations update/strategy. | .50 |

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 02/16/23 | EDWARD E. FILUSCH<br>Calls with QE re term sheet proposal;<br>correspondence re same/strategy. | .50 |
| 02/17/23 | EDWARD E. FILUSCH<br>Calls and correspondence re settlement<br>proposal. | .50 |
| 02/23/23 | EDWARD E. FILUSCH<br>Calls and correspondence re RCP<br>proposal/strategy. | 1.50 |
| 02/23/23 | DUSTIN J. LEE<br>Review Reverence proposal; call with E. Bowlby,<br>A. Platt, J. George and E. Filusch regarding<br>same. | 1.40 |
| 02/24/23 | EDWARD E. FILUSCH<br>Revise draft Term Sheet; correspondence re<br>same/strategy. | 1.50 |
| 02/24/23 | DUSTIN J. LEE<br>Review E. Bowlsy response to RCP term sheet<br>proposal; call with E. Filusch regarding same;<br>revisions to RCP term sheet proposal. | 3.90 |
| 02/25/23 | DUSTIN J. LEE<br>Revise term sheet. | 1.40 |
| 02/26/23 | EDWARD E. FILUSCH<br>Revise Term Sheet; correspondence re<br>same/strategy. | .50 |
| 02/26/23 | DUSTIN J. LEE<br>Revise response to RCP proposal; call with E.<br>Filusch re: same. | 1.50 |
| 02/27/23 | EDWARD E. FILUSCH<br>Revise Term Sheet; correspondence re same. | .50 |
| 02/27/23 | DUSTIN J. LEE<br>Revise term sheet proposal. | .90 |
| 03/06/23 | EDWARD E. FILUSCH<br>Correspondence re term sheet/strategy. | .50 |
| 03/09/23 | EDWARD E. FILUSCH<br>Revise term sheet; calls and correspondence re<br>same/strategy. | 1.50 |

03/09/23    DUSTIN J. LEE                                         4.50
            Call with E. Bowlby, A. Platt, J. George, and
            E. Filusch; revisions to RCP/AFI term sheet.

03/10/23    EDWARD E. FILUSCH                                     1.00
            Revise term sheet; calls and correspondence re
            same/strategy.

03/10/23    DUSTIN J. LEE                                         1.50
            Revisions to term sheet; calls re: same.

03/16/23    EDWARD E. FILUSCH                                      .50
            Review materials re audit/term sheet.

03/16/23    DUSTIN J. LEE                                          .50
            Draft audit letter.

03/17/23    EDWARD E. FILUSCH                                      .50
            Review draft term sheet; correspondence re
            same.

03/20/23    EDWARD E. FILUSCH                                     1.50
            Revise term sheet; calls and correspondence re
            same.

03/20/23    DUSTIN J. LEE                                         1.40
            Call with AFI team re: terms; discussion with
            E. Filusch re: same.

03/21/23    EDWARD E. FILUSCH                                     1.80
            Revise waiver letter; correspondence re
            same/term sheet/strategy.

03/21/23    DUSTIN J. LEE                                         1.00
            Review term sheet; email to E. Filusch re: new
            credit terms.

03/23/23    EDWARD E. FILUSCH                                     1.50
            Revise waiver letter; correspondence re
            same/term sheet/strategy.

03/24/23    EDWARD E. FILUSCH                                     2.00
            Revise term sheet; calls and correspondence re
            same/strategy.

03/24/23    DUSTIN J. LEE                                         2.10
            Call re: RCP Proposal; draft response.

03/25/23    DUSTIN J. LEE                                         1.00
            Revisions to response term sheet.

03/27/23   EDWARD E. FILUSCH                                      .70
           Calls re term sheet and notices.

03/28/23   EDWARD E. FILUSCH                                     2.20
           Calls and correspondence re settlement
           issues/agency tickets/strategy.

03/28/23   DUSTIN J. LEE                                         2.20
           Call with E. Filusch and M. Sheth re: terms;
           preparation for same.

03/29/23   EDWARD E. FILUSCH                                     3.70
           Negotiations re term sheet.

03/29/23   DUSTIN J. LEE                                         4.50
           Call with E. Filusch and E. Bowlby; Call with
           RCP and QE teams.

03/30/23   EDWARD E. FILUSCH                                     5.50
           Calls and correspondence re settlement/term
           sheet.

03/30/23   DUSTIN J. LEE                                         5.10
           RCP/AFI term sheet business call; revisions;
           call with E. Filusch re: same.

03/31/23   EDWARD E. FILUSCH                                     7.50
           Negotiate and finalize term sheet.

03/31/23   DUSTIN J. LEE                                         6.00
           Finalize term sheet.


                    TOTAL HOURS                                 92.50

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| EDWARD E. FILUSCH | 44.20 | 1,200.00 | 53,040.00 |
| **ASSOCIATE** | | | |
| DUSTIN J. LEE | 48.30 | 775.00 | 37,432.50 |

|  |  |
|---|---|
| TOTAL FEES | $90,472.50 |
| TOTAL COSTS | $.00 |
| TOTAL FEES AND COSTS | $90,472.50 |

# Kasowitz Benson Torres LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019          FED. I.D. 13-3720397

PHONE: (212) 506-1700

FAX: (212) 506-1800

AmeriFirst Financials, Inc.
Eric Bowlby, CEO
1550 E. McKellips Road, Suite 117
Mesa, AZ 85203

INVOICE NO.: 2303226                May 11, 2023

RE: Reverence Capital

FOR PROFESSIONAL SERVICES rendered
through the month of April 2023
as reflected on the attached printout.

| | |
|---|---:|
| Fees | $108,722.50 |
| Less 20% Discount | (21,744.50) |
| Total Fees | $86,978.00 |
| Disbursements | .00 |
| Current Amount Due | $86,978.00 |
| Previous Balance | 72,378.00 |
| **TOTAL AMOUNT DUE** | **$159,356.00** |

6148
12367601

Electronic Funds Transfers (ACH & Wire Transfers)
Citibank, N.A. - ABA# 021000089 - Account No: 4980267744 / Swift Code: CITI US 33

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**

APRIL 30, 2023


12367601
AmeriFirst Financials, Inc.
Reverence Capital


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|------------------------|-------|
| 04/03/23 | EDWARD E. FILUSCH<br>Calls and correspondence re settlement<br>agreement. | .50 |
| 04/03/23 | DUSTIN J. LEE<br>Calls with Quinn Emanuel team. | 2.10 |
| 04/04/23 | EDWARD E. FILUSCH<br>Calls and correspondence re settlement<br>materials. | 1.00 |
| 04/05/23 | MICHAEL D. ROSENBLOOM<br>Review term sheet; conf call re<br>transaction;review form certificate of<br>designation. | 1.30 |
| 04/05/23 | BARRY RUTCOFSKY<br>Review Settlement Term Sheet; conference call<br>w/MRosenbloom and EFilush re same; prepare<br>certificate of designation. | 1.60 |
| 04/05/23 | EDWARD E. FILUSCH<br>Revise draft settlement materials. | 1.00 |
| 04/05/23 | DUSTIN J. LEE<br>Call with B. Rutcofsky re: loan amendment<br>documents; review of loan amendment documents;<br>edits to same. | 1.60 |
| 04/06/23 | BARRY RUTCOFSKY<br>Work on Preferred equity re settlement. | .70 |
| 04/06/23 | EDWARD E. FILUSCH<br>Calls re draft settlement agreement materials. | .70 |

| Date | Timekeeper / Description | Hours |
|------|--------------------------|-------|
| 04/10/23 | MICHAEL D. ROSENBLOOM<br>Review term sheet; review draft Certificate of Designation; draft form of Promissory Note. | 5.80 |
| 04/10/23 | BARRY RUTCOFSKY<br>Review Certificate of Incorporation; review Credit agreement; review Term Sheet; draft and revise Certificate of Designation re Preferred Equity. | 5.10 |
| 04/10/23 | EDWARD E. FILUSCH<br>Revise settlement-related documents. | .50 |
| 04/11/23 | BARRY RUTCOFSKY<br>Review and revise Note; review revise and transmit Certificate of Designation. | 2.20 |
| 04/11/23 | EDWARD E. FILUSCH<br>Correspondence re settlement materials. | .50 |
| 04/11/23 | DUSTIN J. LEE<br>Review and revise promissory note. | 2.00 |
| 04/12/23 | BARRY RUTCOFSKY<br>Review Amendment and Amended and Restated Credit Agreement; prepare and transmit e-mails re comments | 5.30 |
| 04/12/23 | EDWARD E. FILUSCH<br>Calls and correspondence re credit agreement and related documents. | 1.50 |
| 04/12/23 | DUSTIN J. LEE<br>Review and revise A&R Credit Agreement and ancillary agreements; call with A. Platt re: loan documents; call with B. Rutcofsky re: loan documents. | 3.20 |
| 04/13/23 | EDWARD E. FILUSCH<br>Revise credit agreement documents; calls and correspondence re same. | 1.30 |
| 04/14/23 | MICHAEL D. ROSENBLOOM<br>Review and comment on Security Agreement; review and comment on Pledge Agreement; review draft Credit Agreement; email correspondence; tcs BR re same. | 4.80 |

04/14/23   BARRY RUTCOFSKY                                      1.10
           Review revised Credit Agreement; review e-mail
           re comments to Pledge and Security agreement;
           t/c MRosenbloom re same.

04/14/23   EDWARD E. FILUSCH                                    1.60
           Attention to settlement issues.

04/15/23   BARRY RUTCOFSKY                                       .50
           Review revised Credit Agreement.

04/15/23   EDWARD E. FILUSCH                                    1.50
           Calls and correspondence re settlement
           agreement.

04/15/23   DUSTIN J. LEE                                        1.60
           Call with E. Filusch; Zoom with AFI team re:
           A&R Credit Agreement.

04/16/23   EDWARD E. FILUSCH                                    2.00
           Calls re credit agreement/settlement.

04/16/23   DUSTIN J. LEE                                        2.00
           Call with E. Bowlby, J. George, A. Platt, and
           E. Filusch re: A&R Credit Agreement, Hope Note,
           and Preferred certificate; revisions to
           promissory note and preferred certificate.

04/17/23   MICHAEL D. ROSENBLOOM                                1.80
           Review markups of Pledge Agreement and Security
           Agreement; review revised Credit Agreement;
           review revised Promissory Note; review revised
           Certificate of Designation.

04/17/23   EDWARD E. FILUSCH                                     .80
           Revise settlement documents.

04/18/23   EDWARD E. FILUSCH                                    1.30
           Revise settlement materials.

04/18/23   DUSTIN J. LEE                                        3.50
           Review and revise settlement agreement; RCP
           turn of A&R credit agreement.

04/19/23   MICHAEL D. ROSENBLOOM                                1.50
           Review revised draft credit agreement.

04/19/23   EDWARD E. FILUSCH                                    1.50
           Calls and correspondence re credit agreement.

04/19/23   DUSTIN J. LEE                                        3.50
           Review RCP markup to A&R credit agreement;
           revise; discuss same with E. Filusch; draft
           checklist of remaining documents; email J.
           George re: same.

04/20/23   MICHAEL D. ROSENBLOOM                                1.40
           Review revised draft documents; email
           correspondence.

04/20/23   BARRY RUTCOFSKY                                       .70
           Review revised Credit Agreement; review e-mails
           re revisions.

04/20/23   EDWARD E. FILUSCH                                     .80
           Revise note and equity docs.

04/21/23   MICHAEL D. ROSENBLOOM                                2.20
           Review revised draft Hope Note and Certificate
           of Designation; tc BR re same; draft comments.

04/21/23   EDWARD E. FILUSCH                                    1.80
           Revise settlement agreement; calls and
           correspondence re strategy/next steps.

04/21/23   DUSTIN J. LEE                                        5.70
           Draft internal punchlist; review A&R Credit
           Agreement; review ancillary loan documents;
           send comments to loan documents to J. George.

04/22/23   EDWARD E. FILUSCH                                    2.60
           Calls and correspondence re A&R agreement.

04/22/23   DUSTIN J. LEE                                        3.00
           Call with AFI team; revisions to A&R credit
           documents.

04/24/23   EDWARD E. FILUSCH                                    1.70
           Revise settlement documents; calls re
           same/strategy.

04/24/23   DUSTIN J. LEE                                        3.10
           Preparation for AFI call with RCP; call with
           RCP; review and comment on loan documents.

04/25/23   EDWARD E. FILUSCH                                    2.20
           Revise settlement documents; calls re
           same/strategy.

04/25/23   DUSTIN J. LEE                                        6.20
           Review and comment on RCP revisions to A&R
           Credit Agreement; ancillary loan documents;
           discussion with E. Filusch re: same.

04/26/23   EDWARD E. FILUSCH                                    1.20
           Revise A&R agreement.

04/26/23   DUSTIN J. LEE                                        1.50
           Call with RCP re: loan documents; review of
           same.

04/28/23   EDWARD E. FILUSCH                                    2.60
           Review settlement agreements and ancillary
           documents; calls and correspondence re
           same/strategy.

04/28/23   DUSTIN J. LEE                                        2.50
           Review RCP revisions to loan documents; call
           with E. Filusch re: same; summary emails re:
           same.

04/29/23   EDWARD E. FILUSCH                                     .70
           Calls and correspondence re customers issues.


                   TOTAL HOURS                               106.80

|                        | HOURS | RATE     | AMOUNT    |
|------------------------|-------|----------|-----------|
| **PARTNER**            |       |          |           |
| EDWARD E. FILUSCH      | 29.30 | 1,200.00 | 35,160.00 |
| MICHAEL D. ROSENBLOOM  | 18.80 | 1,150.00 | 21,620.00 |
| BARRY RUTCOFSKY        | 17.20 | 1,150.00 | 19,780.00 |
| **ASSOCIATE**          |       |          |           |
| DUSTIN J. LEE          | 41.50 | 775.00   | 32,162.50 |

|                      |             |
|----------------------|-------------|
| TOTAL FEES           | $108,722.50 |
| TOTAL COSTS          | $.00        |
| TOTAL FEES AND COSTS | $108,722.50 |

# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019          FED. I.D. 13-3720397

PHONE: (212) 506-1700

FAX: (212) 506-1800

```
AmeriFirst Financials, Inc.
Eric Bowlby, CEO
1550 E. McKellips Road, Suite 117
Mesa, AZ 85203
```

INVOICE NO.: 2305229                    July 31, 2023

RE: Reverence Capital

FOR PROFESSIONAL SERVICES rendered
through the month of June 2023
as reflected on the attached printout.

| | |
|---|---:|
| Fees | $35,037.50 |
| Less 20% Discount | (7,007.50) |
| Total Fees | $28,030.00 |
| Disbursements | .00 |
| Current Amount Due | $28,030.00 |
| Previous Balance | 159,356.00 |
| **TOTAL AMOUNT DUE** | **$187,386.00** |

```
6148
12367601
```

Electronic Funds Transfers (ACH & Wire Transfers)
Citibank, N.A. - ABA# 021000089 - Account No: 4980267744 / Swift Code: CITI US 33

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**

JUNE 30, 2023


12367601
AmeriFirst Financials, Inc.
Reverence Capital

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 05/01/23 | EDWARD E. FILUSCH<br>Revise settlement materials; calls and<br>correspondence re same. | .80 |
| 05/02/23 | DUSTIN J. LEE<br>Group call with AFI and RCP re: final edits to<br>deal documents. | .60 |
| 05/08/23 | EDWARD E. FILUSCH<br>Prepare for and call re intercreditor issues. | 1.00 |
| 05/09/23 | EDWARD E. FILUSCH<br>Analyze materials re customers call;<br>correspondence re same. | .50 |
| 05/15/23 | EDWARD E. FILUSCH<br>Calls re settlement agreement/strategy. | 1.20 |
| 05/15/23 | DUSTIN J. LEE<br>Conference with AFI and RCP teams re: final<br>closing matters. | .60 |
| 06/15/23 | EDWARD E. FILUSCH<br>Correspondence re customers/RCP issue. | .50 |
| 06/15/23 | DUSTIN J. LEE<br>Call with RCP team; call with E. Filusch;<br>discussion of Customers. | 1.60 |
| 06/16/23 | EDWARD E. FILUSCH<br>Analyze settlement documents; calls and<br>correspondence re customers issue/strategy. | 2.20 |

06/16/23   DUSTIN J. LEE                                         2.50
           Call with AFI team; pull email/ contemporaneous
           documents; call with E. Filusch.

06/17/23   EDWARD E. FILUSCH                                     1.50
           Calls and correspondence re customers issues.

06/18/23   DUSTIN J. LEE                                          .50
           Review draft note.

06/19/23   EDWARD E. FILUSCH                                     1.00
           Calls and correspondence re customers
           issues/strategy.

06/20/23   EDWARD E. FILUSCH                                      .50
           Calls and correspondence re S&D issue.

06/21/23   EDWARD E. FILUSCH                                     1.50
           Analyze issues re Customers obligations; calls
           and correspondence re same/strategy.

06/22/23   EDWARD E. FILUSCH                                     1.00
           Calls/correspondence re Customers issues.

06/22/23   DUSTIN J. LEE                                          .50
           Attention to emails re: Customers Bank.

06/23/23   EDWARD E. FILUSCH                                     2.30
           Calls with team/QE re customers issues.

06/23/23   DUSTIN J. LEE                                         1.50
           Draft letter re: RCP breach; review of
           documents regarding same.

06/26/23   EDWARD E. FILUSCH                                     1.80
           Calls and correspondence re customers approval.

06/26/23   DUSTIN J. LEE                                          .50
           Update call with AFI team.

06/27/23   EDWARD E. FILUSCH                                     1.70
           Calls and correspondence re warehouse lines.

06/28/23   EDWARD E. FILUSCH                                     1.20
           Calls and correspondence re warehouse lines;
           analyze settlement agreement.

06/29/23   EDWARD E. FILUSCH                                     2.00
           Calls and correspondence re warehouse
           lines/strategy/next steps.

06/29/23   DUSTIN J. LEE                                          1.50
           Call with AFI team; draft response email;
           revise letter to RCP.

06/30/23   EDWARD E. FILUSCH                                      1.20
           Calls and correspondence re warehouse lines,
           DACA, strategy/next steps.

06/30/23   DUSTIN J. LEE                                          1.50
           AFI update call; updates to letter; discussion
           re: same.


              TOTAL HOURS                                       33.20

|                          | HOURS | RATE     | AMOUNT    |
|--------------------------|-------|----------|-----------|
| **PARTNER**              |       |          |           |
| EDWARD E. FILUSCH        | 21.90 | 1,200.00 | 26,280.00 |
|                          |       |          |           |
| **ASSOCIATE**            |       |          |           |
| DUSTIN J. LEE            | 11.30 | 775.00   | 8,757.50  |

|                      |             |
|----------------------|-------------|
| TOTAL FEES           | $35,037.50  |
| TOTAL COSTS          | $.00        |
| TOTAL FEES AND COSTS | $35,037.50  |