# EXHIBIT C

From: Matthew B. Stein [mailto:MStein@kasowitz.com]
Sent: Thursday, September 21, 2023 9:27 AM
To: Laura Davis Jones <ljones@pszjlaw.com<mailto:ljones@pszjlaw.com>>; David Bertenthal <dbertenthal@pszjlaw.com<mailto:dbertenthal@pszjlaw.com>>; Timothy P. Cairns <tcairns@pszjlaw.com<mailto:tcairns@pszjlaw.com>>
Cc: Edward E. Filusch <EFilusch@kasowitz.com<mailto:EFilusch@kasowitz.com>>; Andrew H. Elkin <AElkin@kasowitz.com<mailto:AElkin@kasowitz.com>>; Dehney, Robert <RDehney@morrisnichols.com<mailto:RDehney@morrisnichols.com>>
Subject: In re AmeriFirst Financial, Inc., Case No. 23-11240 (TMH)

Laura,

We, together with Rob Dehney, have been selected by the official committee of unsecured creditors to represent it in AmeriFirst. Do you have time this afternoon for an initial meeting to discuss the case? I am generally available after 1pm today other than from 3:30-4. Thank you.

Best, Matt

Matthew B. Stein
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1717
Fax. (212) 835-5017
MStein@kasowitz.com