EXHIBIT D

**From:** Maxim Litvak
**Sent:** Sunday, September 24, 2023 7:00 PM
**To:** Matthew B. Stein <MStein@kasowitz.com>; Laura Davis Jones <ljones@pszjlaw.com>
**Cc:** Dehney, Robert <RDehney@morrisnichols.com>; Edward E. Filusch <EFilusch@kasowitz.com>; Andrew H. Elkin <AElkin@kasowitz.com>; David Bertenthal <dbertenthal@pszjlaw.com>; Timothy P. Cairns <tcairns@pszjlaw.com>; Robert Novick <rnovick@kasowitz.com>; Mary F. Caloway <mcaloway@pszjlaw.com>
**Subject:** RE: [EXT] RE: In re AmeriFirst Financial, Inc., Case No. 23-11240 (TMH)

Folks, we are prepared to produce the prepetition loan documents and UCC search results only to Morris Nichols, and will do so provided that such documents will be treated as professional eyes only and will not be shared with Kasowitz or the Committee members until the pending retention issues are addressed.

Please advise if acceptable and we will proceed with the production. Thanks, Max.