# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered) |

**ORDER (I) SUSTAINING DEBTORS' OBJECTION TO RETENTION OF KASOWITZ BENSON TORRES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) GRANTING MOTION TO DISQUALIFY KASOWITZ FROM REPRESENTING COMMITTEE**

Upon consideration of the Debtors' *Objection to Retention of Kasowitz Benson Torres LLP as Counsel to the Official Committee of Unsecured Creditors and Motion to Disqualify Kasowitz from Representing the Committee* ("Objection" and "Motion," respectively);[2] and the Court having jurisdiction to consider the Objection and Motion and the relief requested therein pursuant to Rules 1.6, 1.7, and 1.9 of the ABA Model Rules of Professional Conduct (the "Model Rules") made applicable by Local Rule 9010-1(f), 11 U.S.C. § 105, and the Court's inherent power to supervise the professional conduct of attorneys appearing before it; and the Court having found that the requested relief is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Objection and Motion having been given under the circumstances; and it appearing that no other or further notice need be provided; and the Court having reviewed the Objection and Motion and having heard testimony and arguments in support of the relief requested therein at the hearing

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

on October 20, 2023 at 10:00 a.m. EST (the "Hearing"); and having determined that the legal and factual bases set forth in the Objection and Motion establish just cause for the relief granted herein; and after due deliberation; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Objection is sustained and the Application of Kasowitz for employment is denied.
2. The Motion is granted and Kasowitz is disqualified from serving as counsel to the Committee.
3. Kasowitz is directed to immediately turn over to the Debtors all files and records relating to its representation of the Debtors, including, without limitation, emails with former owners or their separate counsel, the Committee, or MNAT.
4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretations and enforcement of this Order.