# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERIFIRST FINANCIAL, INC.,[1] | ) ) ) | Case No. 23-11240 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 16, 2023 AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801**

This hearing will be conducted in person. All participants (including witnesses) at an in-person hearing are required to attend in person, except that remote participation at an in-person hearing is permitted for: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court.

If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom. All individuals participating by video must register by 4:00 p.m. Eastern Time on October 13, 2023. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

https://debuscourts.zoomgov.com/meeting/register/vJItcuiorDwtGEkpjpbmPKQV7MkCN8M1nfE

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

**DISCOVERY CONFERENCE**

    a) Official Committee of Unsecured Creditors letter dated October 10, 2023 to the Honorable Thomas M. Horan (the "UCC Letter") [Filed: 10/10/23] (Docket No. 239).

    b) Eric Bowlby letter dated October 10, 2023 to the Honorable Thomas M. Horan from Eric Bowlby Joining the UCC Letter [Filed: 10/10/23] (Docket No. 240).

Related Documents:

    a) Notice of Service [Filed: 9/15/23] (Docket No. 130).

    b) Notice of Service [Filed: 9/15/23] (Docket No. 131).

    c) Notice of Service [Filed: 9/21/23] (Docket No. 146).

    d) Notice of Service [Filed: 9/21/23] (Docket No. 147).

    e) Notice of Service of Reverence Capital Partners and Milton Berlinski's Responses and Objections to Eric Bowlby's First and Second Document Production Requests [Filed: 10/5/23] (Docket No. 223).

    f) Notice of Service [Filed: 10/6/23] (Docket No. 230).

    g) Notice of Intent to Serve Subpoena in a Bankruptcy Case on RCP Credit Opportunities Fund Loan SPV (Fund III), L.P., RCP Customized Credit Fund (Fund IV-A), L.P., Reverence Capital Partners [Filed: 10/9/23] (Docket No. 232).

    h) Notice of Service of Responses to Discovery [Filed: 10/9/23] (Docket No. 233).

    i) Notice of Service of Responses to Official Committee of Unsecured Creditors' Discovery Requests [Filed: 10/10/23] (Docket No. 241).

Status:  This matter will go forward.

Dated: October 12, 2023
      Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email:  ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*