# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, a *Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding)* was served on RCP Credit Opportunities Fund Loan SPV (Fund III), L.P., RCP Customized Credit Fund (Fund IV-A) and Reverence Capital Partners on October 9, 2023, at the offices of their registered agent in Delaware for service of process, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808. A copy of the subpoena and proof of service are attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: October 12, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Donna L. Culver*<br>Donna L. Culver (No. 2983)<br>Eric D. Schwartz (No. 3134)<br>Robert J. Dehney (No. 3578)<br>Evanthea Hammer (No. 7061)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dculver@morrisnichols.com<br>           eschwartz@morrisnichols.com<br>           rdehney@morrisnichols.com<br>           ehammer@morrisnichols.com<br><br>- and - |

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

- 2 -

Matthew B. Stein (*pro hac vice pending*)
Robert M. Novick (*pro hac vice pending*)
Edward E. Filusch (*pro hac vice pending*)
Andrew H. Elkin (*pro hac vice pending*)
Andrew S. Golden (No. 6413)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email:  MStein@kasowitz.com
        RNovick@kasowitz.com
        EFilusch@kasowitz.com
        AElkin@kasowitz.com
        AGolden@kasowitz.com

**PROPOSED COUNSEL FOR OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**