# Exhibit B

## Assignment and Assumption Agreement

# ASSIGNMENT AND ASSUMPTION AGREEMENT

**THIS ASSIGNMENT AND ASSUMPTION AGREEMENT** (this "<u>Assignment</u>") is made and entered into as of the 24th day of August, 2023, by and between RCP Credit Opportunities Fund Loan SPV (Fund III), L.P., a Delaware limited partnership ("<u>RCP</u>"), and 1040 Phoenix LLC, a Delaware limited liability company ("<u>Assignee</u>").

## W I T N E S S E T H   T H A T:

**WHEREAS**, pursuant to that certain Pledge Agreement dated as of May 15, 2023 (the "<u>Pledge Agreement</u>") by and among Eric M. Bowlby, Kenneth J. Bowlby and RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. ("<u>RCP</u>"), Eric M. Bowlby pledged 125,000 shares of Common Stock of AmeriFirst Financial, Inc., an Arizona corporation (the "<u>Corporation</u>"), and Kenneth J. Bowlby pledged 62,500 shares of Common Stock of the Corporation (together, the "<u>Pledged Shares</u>") in favor of RCP and the lenders under that certain Amended and Restated Credit Agreement dated as of May 15, 2023 by and among the Corporation and RCP as Administrative Agent for the lenders thereunder (the "<u>Credit Agreement</u>") to secure the Corporation's obligations under the Credit Agreement and related loan documents;

**WHEREAS**, RCP has informed the Corporation that it is exercising its rights and remedies under the Pledge Agreement and has requested that the Corporation (i) cancel Stock Certificate No. 6 held by Eric M. Bowlby and representing 125,000 shares of the Corporation's Common Stock, (ii) cancel Stock Certificate No. 7 held by Kenneth J. Bowlby and representing 62,500 shares of the Corporation's Common Stock and (iii) issue a Certificate representing the Pledged Shares to Assignee;

**WHEREAS**, RCP desires to assign all of right, title and interest in, to and under the Pledge Agreement to the Assignee, and Assignee desires to assume all of RCP's obligations under the Pledge Agreement from and after the date hereof;

**NOW, THEREFORE**, in consideration of the mutual covenants contained herein, and other good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, the parties hereto do hereby agree as follows:

1. **Assignment**. RCP hereby assigns and transfers to Assignee, effective as of the date hereof, all of RCP's right, title and interest in, to and under the Pledge Agreement, and all of RCP's right, title and interest in and to the Pledged Shares, upon all of the terms and conditions herein set forth, to have and to hold the same unto Assignee, in perpetuity, subject to all of the terms, covenants and conditions of the Pledge Agreement. Assignee hereby accepts the foregoing assignment, effective as of the date hereof.

2. **Headings.** The headings used herein are provided for convenience only and are not to be considered in construing this Assignment.

3. **Binding Effect**. The terms of this Assignment shall be binding upon and inure to the benefit of the parties hereto and their respective representatives, successors and permitted assigns.

4. **Authority.** Each person executing this Assignment on behalf of RCP and Assignee, respectively, hereby covenants, warrants and represents to the other, as to the party for which s/he is acting, that RCP and Assignee have full right and authority to enter into this Assignment; that each person signing on behalf of RCP and Assignee respectively is duly authorized to do so; and that no other signatures or approvals are necessary.

[Remainder of page intentionally blank.]

IN WITNESS WHEREOF, the undersigned parties have duly executed this Assignment as of the day and year first above written.

**ASSIGNOR:**

RCP Credit Opportunities Fund Loan SPV (Fund III), L.P., a Delaware limited partnership, as Administrative Agent

By: Reverence Capital Partners Credit (Fund III) GP, LLC, its General Partner

By: _____
Name: Peter Aberg
Title: Member

**ASSIGNEE:**

Phoenix 1040 LLC, a Delaware limited liability company
By: Phoenix 1040 Holdings, LLC, it's Sole Member

By: _____
Name: David Sloane
Title: Managing Director