# Exhibit C

**Consent of Sole Member**

# PHOENIX 1040 LLC

## CONSENT OF THE SOLE MEMBER

The undersigned (the "Sole Member"), being the sole member of Phoenix 1040 LLC, a Delaware limited liability company (the "Company"), hereby takes the following actions and adopts the following resolutions by written consent as of August 18, 2023, pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware and Section 7 of the Operating Agreement of the Company, dated as of August 18, 2023 (as amended, restated, supplemented, waived or otherwise modified from time to time, the "Operating Agreement"):

I.  FORMATION OF THE COMPANY

>   RESOLVED, that the formation of the Company as a limited liability company in the State of Delaware be, and hereby is, ratified, approved and confirmed in all respects.
>
>   FURTHER RESOLVED, that (a) the form, terms and provisions of the Operating Agreement, and (b) the Sole Member's performance under the Operating Agreement be, and hereby are ratified, approved and confirmed in all respects.
>
>   FURTHER RESOLVED, that (a) the contribution and assignment by the Initial Members (as defined in the Operating Agreement) of all of their interests in the Company to the Sole Member, and (b) the admission of the Sole Member as the sole member of the Company be, and hereby is, ratified, approved and confirmed in all respects.
>
>   FURTHER RESOLVED, that for the purpose of authorizing the Company to do business in any state, territory or dependency of the United States or non-U.S. jurisdiction in which it is necessary or expedient for the Company to transact business, the Sole Member be, and hereby is, authorized in the name and on behalf of the Company to appoint and substitute all necessary agents or attorneys for service of process, and to designate and change the location of all necessary statutory offices, to pay all fees, taxes and assessments, to make and file all necessary certificates, reports, powers of attorney and other instruments as may be required by the law of such state, territory, dependency or jurisdiction to authorize the Company to transact business therein, and whenever it is expedient for the Company to cease doing

business therein, and withdraw therefrom, to revoke any appointment of agent or attorney for service of process, and to file such certificates, reports, revocation of appointment, or surrender of authority of the Company to do business in any such state, territory, dependency or jurisdiction.

FURTHER RESOLVED, that the Company shall transact banking at such banks as the Sole Member, may from time to time designate; and further resolved, that the Sole Member be, and hereby is, authorized and empowered to execute and deliver to such designated banks their customary form of banking resolutions in the name and on behalf of the Company and to attach copies of such resolutions to this consent, and that such resolutions be adopted with the same effect as if set out in full herein.

II. APPOINTMENT OF OFFICERS

RESOLVED, that the following persons be, and hereby are, elected to serve as officers of the Company in the capacities set forth opposite their respective names effective immediately, to serve in each such capacity until such time as his or her successor is duly appointed or until his or her earlier displacement by resignation, removal or otherwise:

Scott Avila                Managing Director

FURTHER RESOLVED, that for the purpose of authorizing the Company to do business in any state, territory or dependency of the United States or non-U.S. jurisdiction in which it is necessary or expedient for the Company to transact business, any Managing Director, acting alone, be and hereby is authorized in the name and on behalf of the Company to appoint and substitute all necessary agents or attorneys for service of process, and to designate and change the location of all necessary statutory offices, to pay all fees, taxes and assessments, to make and file all necessary certificates, reports, powers of attorney and other instruments as may be required by the law of such state, territory, dependency or jurisdiction to authorize the Company to transact business therein, and whenever it is expedient for the Company to cease doing business therein, and withdraw therefrom, to revoke any appointment of agent or attorney for service of process, and to file such certificates, reports, revocation of appointment, or surrender of authority of the Company to do business in any such state, territory, dependency or jurisdiction.

FURTHER RESOLVED, that any Managing Director, acting alone, be and hereby is authorized, empowered and directed,

in the name and on behalf of the Company, to negotiate, execute and deliver, and to cause the Company to perform its obligations under any and all documents, agreements, instruments and certificates, and to the conduct the Company's business.

FURTHER RESOLVED, that the Company shall transact banking at such banks as any Managing Director, in the name and on behalf of the Company, may from time to time designate; and further resolved, that any Managing Director, acting alone, be and hereby is authorized and empowered to execute and deliver to such designated banks their customary form of banking resolutions in the name and on behalf of the Company and to attach copies of such resolutions to this consent, and that such resolutions be adopted with the same effect as if set out in full herein.

III. RATIFICATION OF PRIOR ACTIONS

RESOLVED, that any and all acts or actions relating to the foregoing resolutions that are performed prior to the execution hereof taken by a Managing Director (or persons acting at the direction of a Managing Director) on behalf of the Sole Member, which acts or actions would have been approved by the foregoing resolutions if such acts or actions had taken place after the execution of these resolutions, be, and hereby are, ratified, confirmed, approved and adopted in all respects by the Sole Member, as fully as if such action(s) had been presented for approval, and approved by, the Sole Member prior to such action being taken.

IV. GENERAL

RESOLVED, that in order to fully carry out the intent and effectuate the purposes of the foregoing resolutions, any Managing Director, acting alone, be and hereby is authorized, directed and empowered to take all such further action including, without limitation, to arrange for, enter into or grant amendments and modifications to and waivers of the foregoing agreements (the "Agreements"), in each case consistent with the foregoing resolutions, to arrange for and enter into supplemental agreements, instruments, certificates, and other documents relating to the transactions contemplated by the Agreements, to execute and deliver all such further amendments, modifications, waivers, supplemental agreements, instruments, documents, or certificates, in the name and on behalf of the Company, and to pay all such fees and expenses, which shall in his or her judgment be necessary, proper or advisable, and to perform all of the obligations of the

Company in connection with the Agreements and the transactions contemplated thereby.

* * * *

IN WITNESS WHEREOF, the undersigned has executed this Consent of the Sole Member as of the date first written above.

SOLE MEMBER:

**PHOENIX 1040 HOLDINGS LLC**

By: _____
     Name: David Sloane
     Title: Managing Director