# Exhibit D

**Unanimous Written Consent of Shareholder**

# UNANIMOUS WRITTEN CONSENT
# OF THE SOLE SHAREHOLDER
# OF
# AMERIFIRST FINANCIAL, INC.

Pursuant to Arizona Revised Statutes § 10-704 and Article II, Section 10 of the Bylaws of AmeriFirst Financial, Inc., an Arizona corporation (the "Corporation") adopted February 5, 2014 (the "Bylaws"), the undersigned, being the sole shareholder (the "Shareholder") of the Corporation, does hereby waive notice of meeting and consent as of August 24, 2023 to and adopt the resolutions below to the same extent and to have the same force and effect as if such resolutions were adopted at a special meeting of the Shareholders duly called and held for the purpose of adopting such recitals and resolutions:

**I.** *Removal of Directors*

**WHEREAS**, Article III, Section 3 of the Bylaws provides in pertinent part that "[t]he holders of two-thirds of the outstanding shares of stock entitled to vote may at any time peremptorily terminate the term of office of all or any of the directors by . . . a written statement filed with the secretary"; and

**WHEREAS**, Article III, Section 3 of the Bylaws further provides in pertinent part that "[s]uch removal shall be effective immediately . . .."; and

**WHEREAS**, the Shareholder desires to remove Eric M. Bowlby from his position as director of the Corporation; and

**WHEREAS**, the Shareholder desires to remove Kenneth Bowlby from his position as director of the Corporation;

**NOW, THEREFORE, BE IT**

**RESOLVED**, that Eric M. Bowlby is removed from his position as director, effective immediately; and

**RESOLVED FURTHER**, that Kenneth Bowlby is removed from his position as director, effective immediately.

**II.** *Election of Directors*

**WHEREAS**, Article III, Section 3 provides in pertinent part that vacancies on the Board of Directors resulting from shareholder removal of directors "shall be filled only by the stockholders;" and

**WHEREAS**, the removal of directors effected by these resolutions removed all of the directors; and

**WHEREAS**, Article III, Section 2 of the Bylaws requires a minimum of two (2) directors;

**WHEREAS**, the Shareholder desires to elect David Sloane and Jeffrey Dane to serve as the Corporation's directors;

**NOW, THEREFORE, BE IT**

**RESOLVED**, that David Sloane and Jeffrey Dane are hereby elected as the Corporation's directors, effective immediately, each to serve until his or her successor is duly elected and qualified.

III. *General*

The Secretary of the Corporation is hereby directed to file this instrument with the minutes of the proceedings of the shareholders of the Corporation. The actions taken hereby shall be of the same force and effect as if taken at a meeting of the shareholders of the Corporation, duly called and constituted pursuant to the laws of the State of Arizona.

[Remainder of page intentionally blank.]

**IN WITNESS WHEREOF** the undersigned, being the sole shareholder of the Corporation, has hereunto set its signature on this Written Consent as of the date set forth above.

**Phoenix 1040, LLC**
**by: Phoenix 1040 Holdings, LLC, it's sole member**

By: _/s/ David Sloane_
Name: David Sloane
Title: Managing Director