# Exhibit E

**Unanimous Written Consent of Board**

# UNANIMOUS WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS
# OF
# AMERIFIRST FINANCIAL, INC.

Pursuant to Arizona Revised Statutes § 10-821 and Article IV, Section 7 of the Bylaws of AmeriFirst Financial, Inc., an Arizona corporation (the "<u>Corporation</u>") adopted February 5, 2014 (the "<u>Bylaws</u>"), the undersigned, being all of the directors of the Corporation, do hereby waive notice of meeting and consent as of August 24, 2023 to and adopt the resolutions below to the same extent and to have the same force and effect as if such resolutions were adopted at a special meeting of the Board duly called and held for the purpose of adopting such recitals and resolutions:

## I. *Removal of Officers*

**WHEREAS**, Article VIII, Section 5 of the Bylaws provides in pertinent part that "[a]ny officer elected or appointed by the Board of Directors may be removed at any time by the Board of Directors"; and

**WHEREAS**, the Directors desire to remove Eric M. Bowlby as CEO, President and Chairman of the Board of Directors of the Corporation; and

**WHEREAS**, the Directors desire to remove Kenneth Bowlby as Secretary of the Corporation; and

**WHEREAS**, the Directors desire to remove Robin Kasitz as Chief Operations Officer of the Corporation; and

**WHEREAS**, the Directors desire to remove Steve Larsen as Chief Financial Officer of the Corporation; and

**NOW, THEREFORE, BE IT**

**RESOLVED**, that Eric M. Bowlby is removed as CEO, President and Chairman of the Board of Directors of the Corporation, effective immediately; and

**RESOLVED FURTHER**, that Kenneth Bowlby is removed as Secretary of the Corporation, effective immediately; and

**RESOLVED FURTHER**, that Robin Kasitz is removed as Chief Operations Officer of the Corporation; and

**RESOLVED FURTHER**, that Steve Larsen is removed as Chief Financial Officer of the Corporation; and

**RESOLVED FURTHER**, that any other incumbent officer of the Corporation as of the date hereof is hereby removed.

## II. *Election of Officers*

**WHEREAS**, Article VIII, Section 5 of the Bylaws provides in pertinent part that "[a]ny vacancy occurring in any office of the corporation by . . . removal . . . shall be filled by the Board of Directors"; and

**WHEREAS**, the Directors desire to elect the following persons to the offices of the Corporation specified next to their names:

| | |
|---|---|
| David Sloane | Chairman of the Board |
| Thomas Scott Avila | President |
| Thomas Scott Avila | Treasurer |
| Thomas Scott Avila | Secretary; |

**NOW, THEREFORE, BE IT**

**RESOLVED**, that the following persons are elected to the offices of the Corporation specified next to their names, effective immediately:

| | |
|---|---|
| David Sloane | Chairman of the Board |
| Thomas Scott Avila | President |
| Thomas Scott Avila | Treasurer |
| Thomas Scott Avila | Secretary. |

## III. *Arizona Corporation Commission Filings*

**WHEREAS**, the Corporation must report changes in shareholders, directors, and officers to the Arizona Corporation Commission (the "ACC") by filing an Officer/Director/Shareholder Change form with the ACC (the "Principal Change Form"); and

**WHEREAS**, in connection with such changes the Corporation will also change its statutory agent in Arizona, requiring the Corporation to file a Corporation Statement of Change of Known Place of Business Address, Principal Office Address, or Statutory Agent form (the "Statutory Agent Change Form") with the ACC; and

**WHEREAS**, the Directors desire to make these required filings to reflect changes to the Corporation's shareholders, directors, officers and statutory agent; and

**WHEREAS**, the Directors have reviewed the form of the Principal Change Form attached hereto as Exhibit A and the form of the Statutory Agent Change form attached hereto as Exhibit B; and

**WHEREAS**, the Directors approve of the form of the Principal Change Form and the Statutory Agent Change Form;

**NOW, THEREFORE, BE IT**

**RESOLVED**, that the Principal Change Form and the Statutory Change Form be, and they hereby are, approved; and

**RESOLVED FURTHER**, that the Principal Change Form and the Statutory Agent Change Form, in each case substantially in the form attached hereto as <u>Exhibit A</u> or <u>Exhibit B</u>, as applicable, be filed with the ACC; and

**RESOLVED FURTHER**, that each of the Corporation's officers be, and each of them hereby is, authorized and empowered to take all such further action and to execute, deliver and file all such further agreements, certificates, instruments and documents, in the name and on behalf of the Corporation, and if requested or required, under its corporate seal duly attested by the Secretary; to pay or cause to be paid all expenses; to take all such other actions as they or any one of them shall deem necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by and the intent and purposes of the foregoing resolutions.

### IV.    *Stock Pledge and Actions Related to Corporation Stock*

**WHEREAS**, pursuant to that certain Pledge Agreement dated as of May 15, 2023 (the "<u>Pledge Agreement</u>") by and among Eric M. Bowlby, Kenneth J. Bowlby and RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. ("<u>RCP</u>"), Eric M. Bowlby pledged 125,000 shares of Common Stock of the Corporation, and Kenneth J. Bowlby pledged 62,500 shares of Common Stock of the Corporation (together, the "<u>Pledged Shares</u>") in favor of RCP and the lenders under that certain Amended and Restated Credit Agreement dated as of May 15, 2023 by and among the Corporation and RCP as Administrative Agent for the lenders thereunder (the "<u>Credit Agreement</u>") to secure the Corporation's obligations under the Credit Agreement and related loan documents; and

**WHEREAS**, in connection with the Pledge Agreement Eric Bowlby and Kenneth J. Bowlby executed Stock Powers assigning their shares of the Corporation's Common Stock to RCP; and

**WHEREAS**, RCP has informed the Corporation that it is exercising its rights and remedies under the Pledge Agreement and has requested that the Corporation (i) cancel Stock Certificate No. 6 held by Eric M. Bowlby and representing 125,000 shares of the Corporation's Common Stock, (ii) cancel Stock Certificate No. 7 held by Kenneth J. Bowlby and representing 62,500 shares of the Corporation's Common Stock, (iii) issue a new Stock Certificate No. 8 to RCP's assignee, 1040 Phoenix LLC, a Delaware limited liability company, for 187,500 shares of Common Stock, representing all of the issued and outstanding shares of the Corporation's equity capital, and (iii) issue a Certificate representing the Pledged Shares to Assignee;

**NOW, THEREFORE, BE IT**

**RESOLVED**, that Stock Certificate No. 6 and Stock Certificate No. 7 are cancelled; and

**RESOLVED FURTHER**, that the Corporation shall issue Stock Certificate No. 8 representing 187,500 shares of the Corporation's Common Stock to 1040 Phoenix LLC, a Delaware limited liability company; and

**RESOLVED FURTHER**, that the Corporation's Secretary shall record such cancellations and issuance in the Corporation's stock ledger.

### V.   *Designation of Independent Director; Amendment to Bylaws*

**WHEREAS**, the directors believe and have determined it is in the best interest of the Corporation, its creditors, other stakeholders, and other parties in interest to designate an independent director on the Board of Directors; and

**WHEREAS**, the directors have reviewed the credentials of each directed and determined in their good faith judgment that Jeffrey Dane (the "Independent Director") does not possess material business, close personal relationships, or other affiliations, or any history of such material business, close personal relationships, or other affiliations, with the Corporation or any of its equityholders, affiliates, subsidiaries, directors, managers, and officers, or other stakeholders (any of the foregoing, a "Related Party") that would cause him to be unable to (i) exercise independent judgment based on the best interests of the Corporation or (ii) make decisions and carry out his responsibilities as a member of the Board of Directors of the Corporation, in accordance with the terms of the Corporation's organizational documents and applicable law; and

**WHEREAS**, the directors have determined, in their business judgment, that it is advisable and in the best interests of the Corporation to delegate to the Independent Director certain rights, authority, and powers; and

**WHEREAS**, Article V, Section 1 of the Corporation's Bylaws permit the Board of Directors to designate one or more committees of the Board of Directors, each comprised of two directors; and

**WHEREAS**, the directors believe it is in the best interest of the Corporation to create a committee comprised of only the Independent Director to review and authorize certain Corporation actions; and

**WHEREAS**, Article XII, Section 2 of the Corporation's Bylaws permits the directors to amend the Corporation's Bylaws;

**NOW, THEREFORE, BE IT**

**RESOLVED**, that Jeffrey Dane is hereby designated an independent director; and

**RESOLVED FURTHER**, that Article V, Section 1 of the Corporation's Bylaws are hereby amended to replace the word "two" in the first sentence of Article V, Section 1 of the Corporation's Bylaws with the word "one"; and

**RESOLVED FURTHER**, that, to the fullest extent permitted by applicable law, the Board of Directors hereby delegates to the Independent Director, without limiting the authority of the Board of Directors other than with respect to Conflicts Matters (as defined below) as set forth herein, the authority to review, discuss, consider, negotiate, approve, and authorize the Corporation's filing of a bankruptcy or similar action (a "Bankruptcy Action"); and

**RESOLVED FURTHER**, that the Independent Director is authorized to take any and all actions with respect to any review, discussion, consideration, deliberation, examination, investigation, analysis, assessment, evaluation, exploration, response, and filing on behalf of the Corporation of any Bankruptcy Action, including, without limitation, to: (a) review and evaluate any Bankruptcy or related filing and consider whether or not it is in the best interests of the Corporation and its stakeholders to proceed with a Bankruptcy Action; (b) consult with management and the Corporation's advisors with respect to the implications of a Bankruptcy Action and other communications regarding any Bankruptcy Action; and (c) consider such other matters as may be requested by the Corporation or the Board of Directors or take such further actions or consider such other matters as it may deem advisable in connection with the foregoing; and

**RESOLVED FURTHER**, that, to the fullest extent permitted by applicable law, the Board of Directors hereby delegates to the Independent Director the exclusive authority to review, discuss, consider, revise, approve, authorize, and act upon (as set forth herein) any matter related to a Bankruptcy Action in which a conflict exists or is reasonably likely to exist between the Corporation, on the one hand, and any Related Party, on the other hand (the "Conflict Matters"); and

**RESOLVED FURTHER**, that, to the fullest extent permitted by applicable law, the Board of Directors hereby delegates to the Independent Director the authority to investigate and determine, in the Independent Manager's business judgment, whether any matter related to a Bankruptcy Action constitutes a Conflict Matter, and that any such determination shall be binding on the Corporation (provided that the Independent Director shall provide the other members of the Board of Directors with written notice of such determination); and

**RESOLVED FURTHER**, that, to the fullest extent permitted by applicable law, the Board of Directors hereby delegates to the Independent Director the authority to conduct all investigations and analyses related to the Conflict Matters necessary or desirable in order to be fully advised with regard to such Conflicts Matter, in the Independent Director's business judgment, and to act on behalf of the Corporation and bind the Corporation in connection therewith; and

**RESOLVED FURTHER**, that, the Independent Director shall control any attorney-client work product or other privilege belonging to the Corporation in connection with privileged communications on the Conflict Matters and on whether any matter constitutes a Conflict Matter; and

**RESOLVED FURTHER**, that the Independent Director will regularly and timely update the Board of Directors at board meetings regarding any investigation, analysis, and decisions made with regard to any Bankruptcy Action or Conflict Matters, in each case in the manner that the Independent Director determines appropriate and necessary to fulfill their duties and obligations, taking into account the confidentiality of the Independent Director's work; and

**RESOLVED FURTHER**, that any director or other duly appointed officer of the Corporation, and its advisors (collectively, the "Authorized Persons") (and their designees and delegates), is hereby authorized and directed to provide the Independent Director and any of his legal, financial or other advisors and agents, such information and materials as may be useful or helpful in the fulfillment of the Independent Director's functions as are authorized herein or as may be

determined by the Independent Director to be necessary or appropriate, in connection with the fulfillment of such duties and functions.

**VI.** *General*

The Secretary of the Corporation is hereby directed to file this instrument with the minutes of the proceedings of the directors of the Corporation. The actions taken hereby shall be of the same force and effect as if taken at a meeting of the directors of the Corporation, duly called and constituted pursuant to the laws of the State of Arizona.

This instrument may be executed in any number of counterparts, and all of such counterparts shall be deemed to constitute one and the same instrument, and each of said counterparts shall be deemed an original hereof.

[Remainder of page intentionally blank]

**IN WITNESS WHEREOF** the undersigned, being all of the members of the Board of Directors of the Corporation, have hereunto set their signatures on this Unanimous Written Consent as of the date set forth above.

_____  _____
David Sloane                                             Jeffrey Dane

**IN WITNESS WHEREOF** the undersigned, being all of the members of the Board of Directors of the Corporation, have hereunto set their signatures on this Unanimous Written Consent as of the date set forth above.

_____          _____
David Sloane                                              Jeffrey Dane

# Exhibit A

# Principal Change Form

[See attached.]

# OFFICER/DIRECTOR/SHAREHOLDER CHANGE

*Read the Instructions C017i*

1. **ENTITY NAME** – give the exact name of the corporation as currently shown in A.C.C. records:
   AmeriFirst Financial, Inc.

**CHECK THE BOX NEXT TO EACH CHANGE BEING MADE AND COMPLETE THE REQUESTED INFORMATION FOR THAT CHANGE.**

2. [✓] **OFFICER CHANGE (CHANGE IN OFFICERS)** – Use one block per person -
   To REMOVE an officer - list the name AND title of the officer being removed and check "Remove officer."
   To ADD an officer - list the name and address of the officer being added and check "Add officer."
   To CHANGE ADDRESS only - list the name and NEW address and check "Address change."
   To CHANGE NAME of existing officer - list the current name, then the NEW name, and check "Name change."
   If more space is needed, complete and attach another Officer/Director/Shareholder Change form.

| Eric M Bowlby — Chairman | Eric M Bowlby — CEO |
|---|---|
| Name currently shown in ACC records: Eric M Bowlby | Name currently shown in ACC records: Eric M Bowlby |
| [■] Remove officer | [■] Remove officer |

| Eric M Bowlby — President | Kenneth Bowlby — Secretary |
|---|---|
| Name currently shown in ACC records: Eric M Bowlby | Name currently shown in ACC records: Kenneth Bowlby |
| [■] Remove officer | [■] Remove officer |

**Officers continued**

| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
|---|---|---|---|---|---|
| David Sloane | | | Thomas Scott Avila | | |
| NEW Name | | | NEW Name | | |
| c/o Reverence Capital Partners, LP | | | 633 West 5th Street | | |
| Address 1 | | | Address 1 | | |
| 2340 Collins Avenue | | | 26th Floor | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Miami Beach | FL | 33139 | Los Angeles | CA | 90071 |
| City | State or Province | Zip | City | State or Province | Zip |
| UNITED STATES | | | UNITED STATES | | |
| Country | | | Country | | |
| 08/24/2023 | | Chairman | 08/24/2023 | | President |
| Date taking office (optional) | | Title | Date taking office (optional) | | Title |
| ☐ Address change  ■ Add officer | | | ☐ Address change  ■ Add officer | | |
| ☐ Name change  ☐ Remove officer | | | ☐ Name change  ☐ Remove officer | | |

**3.** ☑ **DIRECTOR CHANGE (CHANGE IN DIRECTORS)** – Use one block per person -
To REMOVE a director - list the name AND title of the director being removed and check "Remove director."
To ADD a director - list the name and address of the director being added and check "Add director."
To CHANGE ADDRESS only - list the name and NEW address and check "Address change."
To CHANGE NAME of existing director - list the current name, then the NEW name, and check "Name change."
If more space is needed, complete and attach another Officer/Director/Shareholder Change form.

| Kenneth Bowlby | | | Eric M Bowlby | | |
|---|---|---|---|---|---|
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| NEW Name | | | NEW Name | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State or Province | Zip | City | State or Province | Zip |
| Country | | | Country | | |
| Date taking office (optional) | | Director / Title | Date taking office (optional) | | Director / Title |
| ☐ Address change  ☐ Add director | | | ☐ Address change  ☐ Add director | | |
| ☐ Name change  ■ Remove director | | | ☐ Name change  ■ Remove director | | |

| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
|---|---|---|---|---|---|
| David Sloane | | | Jeffrey Dane | | |
| NEW Name | | | NEW Name | | |
| c/o Reverence Capital Partners, LP | | | 45 Georgian Ct. | | |
| Address 1 | | | Address 1 | | |
| 2340 Collins Avenue | | | | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Miami Beach | FL | 33139 | Roslyn | NY | 11576 |
| City | State or Province | Zip | City | State or Province | Zip |
| UNITED STATES | | | UNITED STATES | | |
| Country | | | Country | | |
| 08/24/2023 | | Director | 08/24/2023 | | Director |
| Date taking office (optional) | | Title | Date taking office (optional) | | Title |
| ☐ Address change  ■ Add director | | | ☐ Address change  ■ Add director | | |
| ☐ Name change  ☐ Remove director | | | ☐ Name change  ☐ Remove director | | |

**Directors continued**

| Name currently shown in ACC records | Name currently shown in ACC records |
|---|---|
| NEW Name | NEW Name |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State or Province / Zip | City / State or Province / Zip |
| Country | Country |
| Date taking office (optional) / Title | Date taking office (optional) / Title |
| ☐ Address change  ☐ Add director | ☐ Address change  ☐ Add director |
| ☐ Name change  ☐ Remove director | ☐ Name change  ☐ Remove director |

**4.** ☑ **SHAREHOLDER CHANGE (CHANGE IN SHAREHOLDERS)** – Use one block per person –
To REMOVE a shareholder - list the name AND title of the shareholder being removed and check "Remove shareholder."
To ADD a shareholder - list the name of the shareholder being added and check "Add shareholder."
To CHANGE NAME of existing shareholder - list the current name, then the NEW name, and check "Name change."
If more space is needed, complete and attach another Officer/Director/Shareholder Change form.

| Kenneth Bowlby | Eric Bowlby |
|---|---|
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |
| ☐ Name change  ☐ Add shareholder  ■ Remove shareholder | ☐ Name change  ☐ Add shareholder  ■ Remove shareholder |

| 1040 Phoenix, LLC | |
|---|---|
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |
| ☐ Name change  ■ Add shareholder  ☐ Remove shareholder | ☐ Name change  ☐ Add shareholder  ☐ Remove shareholder |

**SIGNATURE –** see Instructions C017i for who is authorized to make changes:
By checking the box marked "I accept" below, I acknowledge *under penalty of law* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

David Sloane                                                                 08/24/2023
Signature / Printed Name / Date

**REQUIRED** – check only one:

| ■ I am the **Chairman of the Board of Directors** of the corporation filing this document. | ☐ I am a duly-authorized **Officer** of the corporation filing this document. | ☐ I am a duly authorized **bankruptcy trustee**, receiver, or other court-appointed fiduciary for the corporation filing this document. |
|---|---|---|

Expedited or Same Day/Next Day services are available for an additional fee – see Instructions or Cover sheet for prices.

Filing Fee: None (regular processing)
All fees are nonrefundable - see Instructions.

Mail:   Arizona Corporation Commission - Examination Section
        1300 W. Washington St., Phoenix, Arizona 85007
Fax (for Regular or Expedite Service ONLY): 602-542-4100
Fax (for Same Day/Next Day Service ONLY): 602-542-0900

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business. All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# OFFICER/DIRECTOR/SHAREHOLDER CHANGE

*Read the Instructions C017i*

1. **ENTITY NAME** – give the exact name of the corporation as currently shown in A.C.C. records:
   AmeriFirst Financial, Inc.

**CHECK THE BOX NEXT TO EACH CHANGE BEING MADE AND COMPLETE THE REQUESTED INFORMATION FOR THAT CHANGE.**

2. [✓] **OFFICER CHANGE (CHANGE IN OFFICERS)** – Use one block per person -
   To REMOVE an officer - list the name AND title of the officer being removed and check "Remove officer."
   To ADD an officer - list the name and address of the officer being added and check "Add officer."
   To CHANGE ADDRESS only - list the name and NEW address and check "Address change."
   To CHANGE NAME of existing officer - list the current name, then the NEW name, and check "Name change."
   If more space is needed, complete and attach another Officer/Director/Shareholder Change form.

| Name currently shown in ACC records: Thomas Scott Avila | Name currently shown in ACC records: Thomas Scott Avila |
|---|---|
| NEW Name: 633 West 5th Street | NEW Name: 633 West 5th Street |
| Address 1: 26th Floor | Address 1: 26th Floor |
| Address 2 (optional): | Address 2 (optional): |
| City: Los Angeles  State: CA  Zip: 90071 | City: Los Angeles  State: CA  Zip: 90071 |
| Country: UNITED STATES | Country: UNITED STATES |
| Date taking office: 08/24/2023  Title: Treasurer | Date taking office: 08/24/2023  Title: Secretary |
| [ ] Address change  [■] Add officer  [ ] Name change  [ ] Remove officer | [ ] Address change  [■] Add officer  [ ] Name change  [ ] Remove officer |
| Name currently shown in ACC records: | Name currently shown in ACC records: |
| NEW Name: | NEW Name: |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City:  State:  Zip: | City:  State:  Zip: |
| Country: | Country: |
| Date taking office:  Title: | Date taking office:  Title: |
| [ ] Address change  [ ] Add officer  [ ] Name change  [ ] Remove officer | [ ] Address change  [ ] Add officer  [ ] Name change  [ ] Remove officer |

**Officers continued**

| Name currently shown in ACC records | Name currently shown in ACC records |
|---|---|
| NEW Name | NEW Name |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State or Province / Zip | City / State or Province / Zip |
| Country | Country |
| Date taking office (optional) / Title | Date taking office (optional) / Title |
| ☐ Address change  ☐ Add officer<br>☐ Name change  ☐ Remove officer | ☐ Address change  ☐ Add officer<br>☐ Name change  ☐ Remove officer |

**3.** ☐ **DIRECTOR CHANGE (CHANGE IN DIRECTORS)** – **Use one block per person** -
To REMOVE a director - list the name AND title of the director being removed and check "Remove director."
To ADD a director - list the name and address of the director being added and check "Add director."
To CHANGE ADDRESS only - list the name and NEW address and check "Address change."
To CHANGE NAME of existing director - list the current name, then the NEW name, and check "Name change."
If more space is needed, complete and attach another Officer/Director/Shareholder Change form.

| Name currently shown in ACC records | Name currently shown in ACC records |
|---|---|
| NEW Name | NEW Name |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State or Province / Zip | City / State or Province / Zip |
| Country | Country |
| Date taking office (optional) / Title | Date taking office (optional) / Title |
| ☐ Address change  ☐ Add director<br>☐ Name change  ☐ Remove director | ☐ Address change  ☐ Add director<br>☐ Name change  ☐ Remove director |
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State or Province / Zip | City / State or Province / Zip |
| Country | Country |
| Date taking office (optional) / Title | Date taking office (optional) / Title |
| ☐ Address change  ☐ Add director<br>☐ Name change  ☐ Remove director | ☐ Address change  ☐ Add director<br>☐ Name change  ☐ Remove director |

**Directors continued**

| Name currently shown in ACC records | Name currently shown in ACC records |
|---|---|
| NEW Name | NEW Name |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State or Province / Zip | City / State or Province / Zip |
| Country | Country |
| Date taking office (optional) / Title | Date taking office (optional) / Title |
| ☐ Address change  ☐ Add director | ☐ Address change  ☐ Add director |
| ☐ Name change  ☐ Remove director | ☐ Name change  ☐ Remove director |

**4.** ☐ **SHAREHOLDER CHANGE (CHANGE IN SHAREHOLDERS)** – Use one block per person –

To REMOVE a shareholder - list the name AND title of the shareholder being removed and check "Remove shareholder."
To ADD a shareholder - list the name of the shareholder being added and check "Add shareholder."
To CHANGE NAME of existing shareholder - list the current name, then the NEW name, and check "Name change."
If more space is needed, complete and attach another Officer/Director/Shareholder Change form.

| Name currently shown in ACC records | Name currently shown in ACC records |
|---|---|
| NEW Name | NEW Name |
| ☐ Name change  ☐ Add shareholder  ☐ Remove shareholder | ☐ Name change  ☐ Add shareholder  ☐ Remove shareholder |
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |
| ☐ Name change  ☐ Add shareholder  ☐ Remove shareholder | ☐ Name change  ☐ Add shareholder  ☐ Remove shareholder |

**SIGNATURE** – see Instructions C017i for who is authorized to make changes:

By checking the box marked "I accept" below, I acknowledge *under penalty of law* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

David Sloane                                                    08/24/2023

Signature                    Printed Name                    Date

**REQUIRED** – check only one:

| ■ I am the **Chairman of the Board of Directors** of the corporation filing this document. | ☐ I am a duly-authorized **Officer** of the corporation filing this document. | ☐ I am a duly authorized **bankruptcy trustee**, receiver, or other court-appointed fiduciary for the corporation filing this document. |
|---|---|---|

Expedited or Same Day/Next Day services are available for an additional fee – see Instructions or Cover sheet for prices.

| Filing Fee: None (regular processing) | Mail: Arizona Corporation Commission - Examination Section |
|---|---|
| All fees are nonrefundable - see Instructions. | 1300 W. Washington St., Phoenix, Arizona 85007 |
| | Fax (for Regular or Expedite Service ONLY): 602-542-4100 |
| | Fax (for Same Day/Next Day Service ONLY): 602-542-0900 |

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business. All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

C017.005
Rev: 11/2020

Arizona Corporation Commission – Corporations Division
Page 3 of 3

## Exhibit B

## Statutory Agent Change Form

[See attached.]

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# CORPORATION STATEMENT OF CHANGE
# OF KNOWN PLACE OF BUSINESS ADDRESS, PRINCIPAL OFFICE ADDRESS, OR STATUTORY AGENT

*Read the Instructions C016i*

1. **ENTITY NAME** – give the exact name of the corporation as currently shown in A.C.C. records:
   AmeriFirst Financial, Inc.

2. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

   Give the **NEW physical or street address** (not a P.O. Box) of the known place of business of the corporation in Arizona:

   | | |
   |---|---|
   | Attention (optional) | |
   | c/o Corporation Service Company | |
   | Address 1: 8825 N. 23rd Avenue, Suite 100 | |
   | Address 2 (optional) | |
   | City: Phoenix | State or Province: AZ | Zip: 85021 |
   | Country: UNITED STATES | | |

   **2.1** If you completed 2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent? ☑ Yes ☐ No

3. **PRINCIPAL OFFICE ADDRESS - FOREIGN DOMICILE STREET ADDRESS** – *see Instructions C016i* – give the **NEW physical or street address** (not a P. O. Box) of the foreign corporation required to be maintained in its state of organization, or, if not so required, of the foreign corporations statutory agent in its state or country of incorporation:

   | | |
   |---|---|
   | Attention (optional) | |
   | Address 1 | |
   | Address 2 (optional) | |
   | City | State or Province | Zip |
   | Country | | |

4. **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.1

☐ **MAILING ADDRESS CHANGED** – complete number 4.2

| 4.1 NEW STREET ADDRESS – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.2 NEW MAILING ADDRESS – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

5. ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – if the *name only* of the existing statutory agent listed in ACC records has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

6. ☑ **NEW STATUTORY AGENT** – if a new statutory agent is being appointed, check the box and complete the following for the **NEW statutory agent**:

| 6.1 REQUIRED – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | 6.2 OPTIONAL – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Corporation Service Company<br>Statutory Agent Name | | | | | |
| Attention (optional)<br>8825 N. 23rd Avenue | | | Attention (optional) | | |
| Address 1<br>Suite 100 | | | Address 1 | | |
| Address 2 (optional)<br>City Phoenix | AZ<br>State | 85021<br>Zip | Address 2 (optional)<br>City | State | Zip |

6.3 REQUIRED – if you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form.

**SIGNATURE** – see *Instructions C016i* for who is authorized to make changes:

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of law* that he or she has given the corporation named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of law* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

| Signature | David Sloane | 08/24/2023 |
|---|---|---|
| Signature | Printed Name | Date (mm/dd/yyyy) |

**REQUIRED** – check only one:

| ☒ | ☐ | ☐ |
|---|---|---|
| I am the **Chairman of the Board of Director** of the corporation filing this document. | I am a duly-authorized **Officer** of the corporation filing this document. | I am a **Statutory Agent** changing only my own address and/or my own name. |

Expedited or Same Day/Next Day services are available for an additional fee – see Instructions or Cover sheet for prices.

| Filing Fee: None (regular processing) | Mail: Arizona Corporation Commission - Examination Section |
| All fees are nonrefundable - see Instructions. | 1300 W. Washington St., Phoenix, Arizona 85007 |
| | Fax (for Regular or Expedite Service ONLY): 602-542-4100 |
| | Fax (for Same Day/Next Day Service ONLY): 602-542-0900 |

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business. All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection. If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.