# Exhibit F

## Good Standing Certificates

# Delaware

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P." AS RECEIVED AND FILED IN THIS OFFICE.*

*THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:*

*CERTIFICATE OF LIMITED PARTNERSHIP, FILED THE TWENTY-SECOND DAY OF MAY, A.D. 2020, AT 7:53 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED PARTNERSHIP, "RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P.".*



Jeffrey W. Bullock, Secretary of State

7987096 8100H  
SR# 20233673727  
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204321371  
Date: 10-06-23

# CERTIFICATE OF LIMITED PARTNERSHIP OF
# RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P.

State of Delaware
Secretary of State
Division of Corporations
Delivered 07:53 PM 05/22/20
FILED 07:53 PM 05/22/20
SR 20204522465 - File Number

\* \* \* \*

The undersigned, desiring to form a limited partnership pursuant to and in accordance with the Delaware Revised Uniform Limited Partnership Act (6 Del. C. §§ 17-101, et seq.), as amended from time to time, does hereby certify as follows:

### FIRST

The name of the limited partnership is RCP Credit Opportunities Fund Loan SPV (Fund III), L.P.

### SECOND

The address of the limited partnership's registered office in the State of Delaware is 251 Little Falls Drive in the City of Wilmington, County of New Castle, 19808. The name and address of the registered agent for service of process on the limited partnership in the State of Delaware are Corporation Service Company, 251 Little Falls Drive in the City of Wilmington, County of New Castle, 19808.

### THIRD

The name and mailing address of the general partner are as follows:

Reverence Capital Partners Credit (Fund III) GP, L.P.
10 East 53rd Street, 14th Floor
New York, NY 10022

IN WITNESS WHEREOF, the undersigned being the general partner hereinbefore named, declaring and certifying that the facts herein stated are true for the purpose of forming a limited partnership pursuant to the Delaware Revised Uniform Limited Partnership Act, hereby makes this Certificate of Limited Partnership as of the 22nd day of May, 2020.

    REVERENCE CAPITAL PARTNERS CREDIT (FUND III) GP, L.P.
    Its:     General Partner

    By:     Reverence Capital Partners Credit (Fund III) GP, LLC
    Its:     General Partner

    By:     */s/ Milton R. Berlinski*
    Name: Milton R. Berlinski
    Title: Managing Member


# Delaware

## The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P." IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE SIXTH DAY OF OCTOBER, A.D. 2023.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P." WAS FORMED ON THE TWENTY-SECOND DAY OF MAY, A.D. 2020.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.*

Jeffrey W. Bullock, Secretary of State

7987096  8300
SR# 20233673727
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204321372
Date: 10-06-23

# Delaware

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "RCP CUSTOMIZED CREDIT FUND (FUND IV-A), L.P." AS RECEIVED AND FILED IN THIS OFFICE.*

*THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:*

*CERTIFICATE OF LIMITED PARTNERSHIP, FILED THE ELEVENTH DAY OF SEPTEMBER, A.D. 2020, AT 8:21 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED PARTNERSHIP, "RCP CUSTOMIZED CREDIT FUND (FUND IV-A), L.P.".*



Jeffrey W. Bullock, Secretary of State

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:21 PM 09/11/2020
FILED 08:21 PM 09/11/2020
SR 20207239101 - File Number 3652217

# CERTIFICATE OF LIMITED PARTNERSHIP
# OF
# RCP CUSTOMIZED CREDIT FUND (FUND IV-A), L.P.

* * * *

The undersigned, desiring to form a limited partnership pursuant to and in accordance with the Delaware Revised Uniform Limited Partnership Act (6 Del. C. §§ 17-101, et seq.), as amended from time to time, does hereby certify as follows:

### FIRST

The name of the limited partnership is RCP Customized Credit Fund (Fund IV-A), L.P.

### SECOND

The address of the limited partnership's registered office in the State of Delaware is 251 Little Falls Drive in the City of Wilmington, County of New Castle, 19808. The name and address of the registered agent for service of process on the limited partnership in the State of Delaware are Corporation Service Company, 251 Little Falls Drive in the City of Wilmington, County of New Castle, 19808.

### THIRD

The name and mailing address of the general partner are as follows:

RCP Customized Credit Fund (Fund IV) GP, L.P.
10 East 53rd Street, 14th Floor
New York, NY 10022

IN WITNESS WHEREOF, the undersigned being the general partner hereinbefore named, declaring and certifying that the facts herein stated are true for the purpose of forming a limited partnership pursuant to the Delaware Revised Uniform Limited Partnership Act, hereby makes this Certificate of Limited Partnership as of the 11th day of September, 2020.

RCP CUSTOMIZED CREDIT FUND (FUND IV) GP, L.P.
Its:　　　General Partner

By:　　　RCP Customized Credit Fund (Fund IV) GP, LLC
Its:　　　General Partner


By:　　　/s/ Milton R. Berlinski
Name:　　Milton R. Berlinski
Title:　　Managing Member



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "RCP CUSTOMIZED CREDIT FUND (FUND IV-A), L.P." IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE SIXTH DAY OF OCTOBER, A.D. 2023.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "RCP CUSTOMIZED CREDIT FUND (FUND IV-A), L.P." WAS FORMED ON THE ELEVENTH DAY OF SEPTEMBER, A.D. 2020.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.*

Jeffrey W. Bullock, Secretary of State

3652217  8300
SR# 20233673742
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204321382
Date: 10-06-23