# Exhibit G

# Listing of Material Filings and Orders to Date

| Date Filed | Pleading | Docket Number |
|---|---|---|
| 8/24/23 | Voluntary Petition for Non-Individuals Filing for Bankruptcy (Phoenix 1040 LLC) (23-11239) | 1 |
| | Voluntary Petition for Non-Individuals Filing for Bankruptcy (AmeriFirst Financial, Inc.) (23-11240) | 1 |
| 8/29/23 | Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief | 18 |
| 8/29/23 | Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief | 19 |
| 8/29/23 | Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 21 |
| 8/29/23 | Debtors' Motion for Interim and Final Orders Under Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business: (A) Sale Activities Related to Certain "CIK" Properties, (B) Originating and Funding Mortgage, Loans, (C) Selling "Scratch and Dent Loans", (D) Servicing Loans, and (II) Granting Related Relief | 22 |
| 8/30/23 | Omnibus Response of Federal National Mortgage Association to Various First Day Motions Filed By the Debtors | 43 |
| 8/30/23 | Preliminary Objection of Eric Bowlby to Debtors' First Day Motions | 44 |
| | Eric Bowlby's Exhibit List for Hearing on August 30, 2023 at 3:00 p.m. (ET) | 45 |

| 8/31/23 | Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief | 58 |
|---|---|---|
| 8/31/23 | Interim Order (I) Authorizing the Debtors to Continue in the Ordinary Course of Business: (A) Sale Activities Related to Certain "CIK" Properties, (B) Originating and Funding Mortgage Loans, (C) Selling "Scratch and Dent Loans", (D) Servicing Loans, and (II) Granting Related Relief | 59 |
| 8/31/23 | Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief | 60 |
| 8/31/23 | Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 61 |
| 8/31/23 | First Omnibus Motion for the Entry of an Order (I) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property Effective as of Dates Specified Herein; (II) Authorizing Abandonment of Any Remaining Personal Property Located at the Leased Premises; and (III) Granting Related Relief | 63 |
| 9/6/23 | Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief | 71 |
| 9/6/23 | Debtors' Application for Entry of an Order (I) Authorizing and Approving the Appointment of Omni Agent Solutions as Claims and Noticing Agent and (II) Granting Related Relief | 72 |
| 9/6/23 | Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; (II) Granting Related Relief | 73 |
| 9/6/23 | Debtors' Motion for Entry of Interim and Final Orders (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing | 74 |

| | | |
|---|---|---|
| | Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief | |
| 9/6/23 | Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend or Purchase and Finance Insurance Policies; and (II) Granting Related Relief | 75 |
| 9/7/23 | Notice of Filing of Proposed Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief | 82 |
| 9/8/23 | Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief | 84 |
| 9/8/23 | Notice of Filing of Budget | 87 |
| 9/8/23 | Order (I) Authorizing and Approving the Appointment of Omni Agent Solutions as Claims and Noticing Agent and (II) Granting Related Relief | 88 |
| 9/8/23 | Interim Order: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief | 89 |
| 9/8/23 | Interim Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief | 90 |
| 9/8/23 | Interim Order (I) Authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies; (II) Authorizing Continuation of Insurance Premium Financing Agreement; and (III) Granting Related Relief | 91 |
| 9/11/23 | Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and | 101 |

| | Statements of Financial Affairs and (II) Granting Related Relief | |
|---|---|---|
| 9/11/23 | Motion of Debtors Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals | 102 |
| 9/11/23 | Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date | 104 |
| 9/11/23 | Debtors' Motion to Retain and Employ Paladin Management Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date | 105 |
| 9/11/23 | Application of Debtors for Entry of an Order Authorizing Debtors to Employ and Retain Omni Agent Solutions as Administrative Agent Effective as of the Petition Date | 106 |
| 9/12/23 | Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 113 |
| 9/13/23 | Final Order (I) Authorizing the Debtors to Continue in the Ordinary Course of Business: (A) Sale Activities Related to Certain "CIK" Properties, (B) Originating and Funding Mortgage Loans, (C) Selling "Scratch and Dent Loans", (D) Servicing Loans, and (II) Granting Related Relief | 114 |
| 9/13/23 | Order Denying Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 115 |
| 9/13/23 | Supplemental Objection of Eric Bowlby to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the | 116 |

| | | |
|---|---|---|
| | Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | |
| 9/14/23 | Reply of the Debtors in Support of Motion of the Debtors for Interim and Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 118 |
| 9/14/23 | Debtors' Witness and Exhibit List for Hearing on September 18, 2023 at 2:00 p.m. (ET) | 119 |
| 9/15/23 | Notice of Appointment of Committee of Unsecured Creditors | 122 |
| 9/15/23 | Notice of Emergency Zoom Hearing September 15, 2023 at 4:00 p.m. | 123 |
| 9/18/23 | Re-Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 138 |
| **9/19/23** | **United States Trustee's Motion to Transfer Venue** | **142** |
| | **Notice of Filing of Exhibit A to United States Trustee's Motion to Transfer Venue** | **143** |
| 9/20/23 | Joinder of Interested Party Eric Bowlby to United States Trustee's Motion to Transfer Venue | 144 |
| 9/22/23 | Declaration of Eric Bowlby, Former CEO and Majority Shareholder of AFI, in Support of Eric Bowlby's Supplemental Objection to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 154 |
| | Eric Bowlby's Witness List and Exhibit List for Hearing on September 26, 2023 at 11:00 a.m. (ET) | 155 |
| 9/25/23 | Omnibus Objection of Eric Bowlby to (I) Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [D.I. 104]; and (II) Debtors' Motion to Retain and Employ Paladin | 157 |

| | | |
|---|---|---|
| | Management Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date [D.I. 105] | |
| 9/27/23 | Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals | 164 |
| 9/27/23 | Order Authorizing Debtors to Employ and Retain Omni Agent Solutions as Administrative Agent Effective as of the Petition Date | 165 |
| 9/27/23 | Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief | 166 |
| 9/27/223 | Statement of the Official Committee of Unsecured Creditors Concerning the Debtors' First Day Motions and Requesting Status Conference | 171 |
| 9/28/23 | Final Order (I) Authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies; (II) Authorizing Continuation of Insurance Premium Financing Agreement; and (III) Granting Related Relief | 173 |
| 9/28/23 | Order (I) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property Effective as of Dates Specified Herein; (II) Abandoning Any Remaining Personal Property Located at the Leased Premises; and (III) Granting Related Relief | 174 |
| 9/28/23 | Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) | 175 |
| 9/28/23 | Final Order: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief | 178 |
| 9/28/23 | Final Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief | 179 |
| 9/28/23 | Supplemental Declaration of Laura Davis Jones in Support of Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date | 180 |
| 9/28/23 | Supplemental Declaration of T. Scott Avila in Support of Debtors' Motion to Retain and Employ Paladin Management Group, LLC to Provide a Chief | 181 |

| Date | Description | Page |
|---|---|---|
| | Restructuring Officer and Additional Personnel as of the Petition Date | |
| 9/29/23 | Second Omnibus Motion for the Entry of an Order (I) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property Effective as of September 30, 2023 (II) Authorizing Abandonment of Any Remaining Personal Property Located at the Leased Remises; and (III) Granting Related Relief | 188 |
| 10/2/23 | Notice of Withdrawal of Omnibus Objection of Eric Bowlby to (I) Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date | 190 |
| 10/2/23 | Reservation of Rights of Interested Party Eric Bowlby Regarding (I) Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [D.I. 104]; and (II) Debtors' Motion to Retain and Employ Paladin Management Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date [D.I. 105] | 191 |
| 10/2/23 | Final Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief | 195 |
| 10/2/23 | Second Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief | 196 |
| 10/2/23 | Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date | 197 |
| 10/2/23 | Order Granting Debtors' Motion to Retain and Employ Paladin Management Group, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date | 198 |
| 10/4/23 | Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al.* to Retain and Employ Kasowitz Benson Torres LLP asa Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 | 212 |
| 10/5/23 | Scheduling and Protective Order | 222 |

| | | |
|---|---|---|
| 10/5/23 | Notice of Service of Reverence Capital Partners and Milton Berlinski's Responses and Objections to Eric Bowlby's First and Second Document Production Requests | 223 |
| 10/5/23 | Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of Phoenix Capital, Inc. as MSR Broker for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of September 7, 2023, (B) Waiving Certain Requirements Imposed By Local Rule 2016-2, and (C) Granting Related Relief | 224 |
| 10/5/23 | Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Weiner Brodsky Kider PC as Special Counsel Effective as of September 17, 2023 and (B) Granting Related Relief | 225 |
| 10/5/23 | Debtors' Motion for Entry of Order (I) Authorizing the Private Transfer or Sale of Certain Loans and Related Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief | 226 |
| | Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts in Connection with Sale of Certain of the Debtors' Assets | 229 |
| 10/5/23 | Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of The Bon Salle Group as Consultant for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of September 12, 2023, (B) Waiving Certain Requirements Imposed By Local Rule 2016-2, and (C) Granting Related Relief | 227 |
| 10/5/23 | Debtors' Motion for Entry of an Order (I) Approving Key Employee Retention Program, and (II) Granting Related Relief | 228 |
| 10/6/23 | Notice of Filing of Proposed Revised Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief | 231 |