**<u>Exhibit 1</u>**

# EXHIBIT H

**From:** Dehney, Robert [mailto:RDehney@morrisnichols.com]
**Sent:** Wednesday, September 27, 2023 11:33 AM
**To:** Maxim Litvak <mlitvak@pszjlaw.com>
**Cc:** Laura Davis Jones <ljones@pszjlaw.com>; David Bertenthal <dbertenthal@pszjlaw.com>; Timothy P. Cairns <tcairns@pszjlaw.com>; Mary F. Caloway <mcaloway@pszjlaw.com>; Culver, Donna <DCulver@morrisnichols.com>; Briggs, Thomas <TBriggs@morrisnichols.com>
**Subject:** Re: [EXT] RE: In re AmeriFirst Financial, Inc., Case No. 23-11240 (TMH)

Max, you cannot dictate what the UCC does or who they hire. I think you can try but the court will address. On information flow, we have asked a bunch of questions and for information/docs. Today is the objection deadline and today you started to send some info. Your call how to try and run your case. Have you provided the info to the UST?

> Robert J. Dehney, Esquire
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street, 16th Flr.
> P.O. Box 1347
> Wilmington, DE  19899-1347
> Main Number:  302.658.9200
> Direct Dial:     302.351.9353
> Cell Number:   302.898.9312
> Fax Number:   302.425.4673
> Spelling and grammatical oddities are attributable to my iPhone!

On Sep 27, 2023, at 2:26 PM, Maxim Litvak <mlitvak@pszjlaw.com> wrote:

We have a number of documents/emails to produce to you that we have designated as confidential. If this has nothing to do with Kasowitz as you say, then you should agree not to disclose such items to Kasowitz. If you have follow-up questions after reviewing the materials, then we can schedule a call with Paladin to discuss. We also have a Budget that is being finalized and hope to file soon.

Please also get us an issues list with respect to the proposed final DIP order.

This process should not be this complicated.

**From:** Dehney, Robert [mailto:RDehney@morrisnichols.com]
**Sent:** Wednesday, September 27, 2023 11:20 AM
**To:** Maxim Litvak <mlitvak@pszjlaw.com>
**Cc:** Laura Davis Jones <ljones@pszjlaw.com>; David Bertenthal <dbertenthal@pszjlaw.com>; Timothy P. Cairns <tcairns@pszjlaw.com>; Mary F. Caloway <mcaloway@pszjlaw.com>; Culver, Donna <DCulver@morrisnichols.com>; Briggs, Thomas <TBriggs@morrisnichols.com>
**Subject:** Re: [EXT] RE: In re AmeriFirst Financial, Inc., Case No. 23-11240 (TMH)

Max, on the variance info, is it confidential? I am struggling to see how any info we have requested is confidential. I understand the position you are taking on Kasowitz and the UCC will address but that is

not the focus of thee requests or questions. And no basis for all of the delays. If you believe something is confidential please explain. Same for proprietary because you have shut down, and we need to understand the thinking before we bother the court. I am not even sure what you have that could be privileged under the circumstances and in event how UCC and Debtors would not have a common interest. Again, I am asking for you to explain where there is an issue or day light. All of this has nothing to do with your effort to DQ Kasowitz.

> Robert J. Dehney, Esquire
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street, 16th Flr.
> P.O. Box 1347
> Wilmington, DE  19899-1347
> Main Number:  302.658.9200
> Direct Dial:     302.351.9353
> Cell Number:   302.898.9312
> Fax Number:   302.425.4673
> Spelling and grammatical oddities are attributable to my iPhone!

On Sep 27, 2023, at 2:13 PM, Maxim Litvak <mlitvak@pszjlaw.com> wrote:

PEO for the items that we designate as PEO.  Not the variance report.

And again, you have not answered our questions regarding whether you intend to share with Kasowitz.  Even if not confidential, they should not be involved due to a conflict.

**From:** Dehney, Robert [mailto:RDehney@morrisnichols.com]
**Sent:** Wednesday, September 27, 2023 11:09 AM
**To:** Maxim Litvak <mlitvak@pszjlaw.com>
**Cc:** Laura Davis Jones <ljones@pszjlaw.com>; David Bertenthal <dbertenthal@pszjlaw.com>; Timothy P. Cairns <tcairns@pszjlaw.com>; Mary F. Caloway <mcaloway@pszjlaw.com>; Culver, Donna <DCulver@morrisnichols.com>; Briggs, Thomas <TBriggs@morrisnichols.com>
**Subject:** Re: [EXT] RE: In re AmeriFirst Financial, Inc., Case No. 23-11240 (TMH)

You have said PEO and asked that I not share things.

> Robert J. Dehney, Esquire
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street, 16th Flr.
> P.O. Box 1347
> Wilmington, DE  19899-1347
> Main Number:  302.658.9200
> Direct Dial:     302.351.9353
> Cell Number:   302.898.9312
> Fax Number:   302.425.4673
> Spelling and grammatical oddities are attributable to my iPhone!

2

On Sep 27, 2023, at 2:07 PM, Maxim Litvak <mlitvak@pszjlaw.com> wrote:

By "others", do you mean Kasowitz?

The variance report was not marked as confidential.

**From:** Dehney, Robert [mailto:RDehney@morrisnichols.com]
**Sent:** Wednesday, September 27, 2023 9:55 AM
**To:** Maxim Litvak <mlitvak@pszjlaw.com>
**Cc:** Laura Davis Jones <ljones@pszjlaw.com>; David Bertenthal <dbertenthal@pszjlaw.com>; Timothy P. Cairns <tcairns@pszjlaw.com>; Mary F. Caloway <mcaloway@pszjlaw.com>; Culver, Donna <DCulver@morrisnichols.com>; Briggs, Thomas <TBriggs@morrisnichols.com>
**Subject:** Re: [EXT] RE: In re AmeriFirst Financial, Inc., Case No. 23-11240 (TMH)

What is the reason the UST and others cannot see the budget info? What is confidential or proprietary?

> Robert J. Dehney, Esquire
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street, 16th Flr.
> P.O. Box 1347
> Wilmington, DE  19899-1347
> Main Number:  302.658.9200
> Direct Dial:     302.351.9353
> Cell Number:   302.898.9312
> Fax Number:   302.425.4673
> Spelling and grammatical oddities are attributable to my iPhone!