**Exhibit 2**

# EXHIBIT I

**From:** Matthew B. Stein [mailto:MStein@kasowitz.com]
**Sent:** Monday, October 2, 2023 6:58 AM
**To:** Maxim Litvak <mlitvak@pszjlaw.com>; Dehney, Robert <RDehney@morrisnichols.com>;
Richenderfer, Linda (USTP) <Linda.Richenderfer@usdoj.gov>; Joseph C. Barsalona II
<JBarsalona@pashmanstein.com>; Patty Tomasco <pattytomasco@quinnemanuel.com>; Bennett
Murphy <bennettmurphy@quinnemanuel.com>
**Cc:** Laura Davis Jones <ljones@pszjlaw.com>; David Bertenthal <dbertenthal@pszjlaw.com>
**Subject:** RE: AmeriFirst - Scheduling and Protective Order


Max,

Attached please find comments from the Committee to the proposed order. We are available to discuss
any issues before or after today's hearing.

Best, Matt


Matthew B. Stein
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1717
Fax. (212) 835-5017
MStein@kasowitz.com


This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Maxim Litvak <mlitvak@pszjlaw.com>
**Sent:** Saturday, September 30, 2023 7:54 PM
**To:** Matthew B. Stein <MStein@kasowitz.com>; Dehney, Robert <RDehney@morrisnichols.com>;
Richenderfer, Linda (USTP) <Linda.Richenderfer@usdoj.gov>; Joseph C. Barsalona II
<JBarsalona@pashmanstein.com>; Patty Tomasco <pattytomasco@quinnemanuel.com>; Bennett
Murphy <bennettmurphy@quinnemanuel.com>
**Cc:** Laura Davis Jones <ljones@pszjlaw.com>; David Bertenthal <dbertenthal@pszjlaw.com>
**Subject:** AmeriFirst - Scheduling and Protective Order


ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK
ON ANY LINK, ENTER A PASSWORD, OR OPEN AN

**ATTACHMENT UNLESS YOU KNOW THAT THE**
**MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Counsel:

Further to Judge Horan's ruling yesterday, please see attached proposed scheduling and protective order.

Please advise with any comments as soon as possible. We would like to submit this order to the Court on Monday. Thanks, Max.

**Maxim Litvak**
Pachulski Stang Ziehl & Jones LLP
Tel: 415.263.7000 | Fax: 415.263.7010
mlitvak@pszjlaw.com
vCard | Bio | LinkedIn