**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 20, 2023
AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE
THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

> This hearing will be conducted in person.  All participants (including witnesses) at an in-person hearing are required to attend in person, except that remote participation at an in-person hearing is permitted for: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court.
>
> If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom.  All individuals participating by video must register by 4:00 p.m. Eastern Time on October 19, 2023.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.
>
> https://debuscourts.zoomgov.com/meeting/register/vJItdeuvqDkrGwSIheAt2yU2x-pfdG7DoGE
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**RESOLVED MATTER**

1.  **Second Omnibus Lease Rejection Motion** – Second Omnibus Motion for the Entry of an Order (I) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property Effective as of September 30, 2023 (II) Authorizing Abandonment of Any

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

Remaining Personal Property Located at the Leased Remises; and (III) Granting Related Relief [Filed: 9/29/23] ([Docket No. 188](#)).

Response Deadline:  October 13, 2023 at 4:00 p.m. (Eastern Time).  Extended to October 17, 2023 at 4:00 p.m. (Eastern Time) for Cousins Fund II Phoenix III.

Responses Received:  Informal comments from Cousins Fund II Phoenix III.

Related Documents:

a)  Certification of Counsel Regarding Second Omnibus Motion for the Entry of an Order (I) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property Effective as of September 30, 2023 (II) Authorizing Abandonment of Any Remaining Personal Property Located at the Leased Remises; and (III) Granting Related Relief [Filed: 10/17/23] ([Docket No. 265](#)).

b)  [Signed] Order (I) Authorizing Rejection of Unexpired Leases of Non-Residential Real Property Effective as of Dates Specified Herein; (II) Abandoning Any Remaining Personal Property Located at the Leased Premises; and (III) Granting Related Relief [Filed: 10/17/23] ([Docket No. 267](#)).

Status:  The order has been entered.  No hearing will be necessary.

**CONTINUED MATTER**

2.  **Cash Management Motion** – Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed: 8/29/23] ([Docket No. 19](#)).

Response Deadline:  Seven (7) days prior to the final hearing at 4:00 p.m. Eastern Time.

Responses Received:

a)  Preliminary Objection of Eric Bowlby to Debtors' First Day Motions [Filed: 8/30/23] ([Docket No. 44](#)).

b)  Statement of the Official Committee of Unsecured Creditors Concerning the Debtors' First Day Motions and Requesting Status Conference [Filed: 9/27/23] ([Docket No. 171](#)).

c)  Informal comments received from the Office of the United States Trustee (the "UST").

d)  Informal comments from the Government National Mortgage Association.

Related Documents:

a) Certification of Counsel Submitting Revised Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Filed: 8/30/23] (Docket No. 55).

b) Certification of Counsel Submitting Further Revised Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Filed: 8/31/23] (Docket No. 56).

c) [Signed] Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Filed: 8/31/23] (Docket No. 60).

d) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed: 9/1/23] (Docket No. 66).

e) Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] (Docket No. 175).

f) Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed: 9/29/23] (Docket No. 185).

g) [Signed] Second Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Filed: 10/2/23] (Docket No. 196).

h) Certification of Counsel Submitting Third Interim Cash Management Order [Filed: 10/17/23] (Docket No. 274).

i) [Signed] Third Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Filed: 10/18/23] (Docket No. 275).

Status:  The final hearing on this matter will be held on a date to be determined.

3.    **DIP Motion** – Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] (Docket No. 21).

Response Deadline:  October 20, 2023.

Responses Received:

a)    Informal comments received from GNMA and the FHA.

b)    Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/12/23] (Docket No. 113).

   (i)    [Signed] Order Denying Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/13/23] (Docket No. 115).

c)    Preliminary Objection of Eric Bowlby to Debtors' First Day Motions [Filed: 8/30/23] (Docket No. 44).

d)    Supplemental Objection of Eric Bowlby to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/13/23] (Docket No. 116).

   (i)    Declaration of Eric Bowlby, Former CEO and Majority Shareholder of AFI, in Support of Eric Bowlby's Supplemental Objection to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/22/23] (Docket No. 154).

e)    Statement of the Official Committee of Unsecured Creditors Concerning the Debtors' First Day Motions and Requesting Status Conference [Filed: 9/27/23] (Docket No. 171).

f)   United States Trustee's Objection to Debtors' Motion for Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 10/13/23] (Docket No. 254).

g)   [SEALED] Preliminary Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/13/23] (Docket No. 256).

Related Documents:

a)   Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] (Docket No. 37).

b)   Notice of Filing of Revised Proposed Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/30/23] (Docket No. 47).

c)   Certification of Counsel Regarding Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/31/23] (Docket No. 57).

d)   [Signed] Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/31/23] (Docket No. 61).

e)   Notice of Entry of Interim Order and Final Hearing Regarding Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/1/23] (Docket No. 67).

f)   Notice of Filing of Proposed Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 9/7/23] (Docket No. 82).

g)  Notice of Filing of Budget [Filed: 9/8/23] ([Docket No. 87](#)).

h)  Debtors' Witness and Exhibit List for Hearing on September 18, 2023 at 2:00 p.m. (ET) [Filed: 9/14/23] ([Docket No. 119](#)).

i)  Notice of Emergency Zoom Hearing September 15, 2023 at 4:00 p.m. [Filed: 9/15/23] ([Docket No. 123](#)).

j)  Re-Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/18/23] ([Docket No. 138](#)).

k)  Eric Bowlby's Witness List and Exhibit List for Hearing on September 26, 2023 at 11:00 a.m. (ET) [Filed: 9/22/23] ([Docket No. 155](#)).

l)  Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] ([Docket No. 175](#)).

m)  Certification of Counsel Regarding Scheduling and Protective Order [Filed: 10/3/23] ([Docket No. 203](#)).

n)  [Signed] Scheduling and Protective Order [Filed: 10/5/23] ([Docket No. 222](#)).

o)  Notice of Filing of Proposed Revised Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 10/6/23] ([Docket No. 231](#)).

Replies:

a)  Reply of the Debtors in Support of Motion of the Debtors for Interim and Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/14/23] ([Docket No. 118](#)).

Status:  This matter has been continued to the October 26, 2023 omnibus hearing at 2:00 p.m. Eastern Time.

## MATTERS GOING FORWARD

4.  **Motion to Transfer Venue** – United States Trustee's Motion to Transfer Venue [Filed: 9/19/23] ([Docket No. 142](#)).

Response Deadline:  October 13, 2023 at 5:00 p.m. (Eastern Time).

Case 23-11240-TMH    Doc 279    Filed 10/18/23    Page 7 of 10

Responses Received:

a) Debtors' Objection to United States Trustee's Motion to Transfer Venue [Filed: 10/13/23] ([Docket No. 253](#)).

b) Joinder of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. to Debtors' Objection to United States Trustee's Motion to Transfer Venue [Filed: 10/13/23] ([Docket No. 257](#)).

Replies Filed:

a) [SEALED] Reply of Interested Party Eric Bowlby in Support of United States Trustee's Motion to Transfer Venue [Filed: 10/17/23] (Docket No. 268].

Related Documents:

a) Notice of Filing of Exhibit A to United States Trustee's Motion to Transfer Venue [Filed: 9/19/23] ([Docket No. 143](#)).

b) Joinder of Interested Party Eric Bowlby to United States Trustee's Motion to Transfer Venue [Filed: 9/20/23] ([Docket No. 144](#)).

c) Certification of Counsel Regarding Scheduling and Protective Order [Filed: 10/3/23] ([Docket No. 203](#)).

d) [Signed] Scheduling and Protective Order [Filed: 10/5/23] ([Docket No. 222](#)).

e) Joinder of the Official Committee of Unsecured Creditors to the United States Trustee's Motion to Transfer Venue [Filed: 10/17/23] ([Docket No. 266](#)).

Witness/Exhibit Lists:

a) Debtors' Witness and Exhibit List for Hearing on October 20, 2023 at 10:00 a.m. (ET) [Filed: 10/18/23] ([Docket No. 276](#)).

Status:  This matter will go forward.

5.   **Kasowitz Retention Application** – Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/4/23] ([Docket No. 212](#)).

Response Deadline:  October 13, 2023.  Extended to October 16, 2023 at 4:00 p.m. for the Office of the United States Trustee.

<u>Responses Received</u>:

a) Debtors' (I) Objection to Retention of Kasowitz Benson Torres LLP as Counsel to the Official Committee of Unsecured Creditors and (II) Motion to Disqualify Kasowitz from Representing Committee [Filed: 10/11/23] ([Docket No. 243](#)).

    i. Notice of Filing of Corrected Exhibits H and I to Debtors' (I) Objection to Retention of Kasowitz Benson Torres LLP as Counsel to the Official Committee of Unsecured Creditors and (II) Motion to Disqualify Kasowitz from Representing Committee [Filed: 10/17/23] ([Docket No. 273](#)).

b) United States Trustee's Objection to Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al.* to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/16/23] ([Docket No. 260](#)).

<u>Replies Filed</u>:

a) The Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al.'s* Omnibus Reply in Further Support of Application to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/18/23] ([Docket No. 277](#)).

    i. Declaration of Edward E. Filusch in Support of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*.'s Omnibus Reply in Further Support of Application to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/18/23] ([Docket No. 278](#)).

<u>Related Documents</u>:

a) Certification of Counsel Regarding Scheduling and Protective Order [Filed: 10/3/23] ([Docket No. 203](#)).

b) Motion to Shorten Notice of Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/5/23] ([Docket No. 213](#)).

c) [Signed] Order Shortening Notice of Application for Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP as Special Litigation Counsel for the Official Committee of Unsecured Creditors Effective as of September 19, 2023 [Filed: 10/5/23] ([Docket No. 216](#)).

d) [Signed] Scheduling and Protective Order [Filed: 10/5/23] ([Docket No. 222](#)).

Witness/Exhibit Lists:

a) Debtors' Witness and Exhibit List for Hearing on October 20, 2023 at 10:00 a.m. (ET) [Filed: 10/18/23] (Docket No. 276).

Status:  This matter will go forward.

6.   **Motion to Disqualify** – Debtors' (I) Objection to Retention of Kasowitz Benson Torres LLP as Counsel to the Official Committee of Unsecured Creditors and (II) Motion to Disqualify Kasowitz from Representing Committee [Filed: 10/11/23] (Docket No. 243).

Response Deadline:  October 17, 2023 at 5:00 p.m. Eastern Time (extended to October 18, 2023 at 11:00 a.m. by agreement between Kasowitz and the Office of the United States Trustee).

Responses Received:

a) The Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al.'s* Omnibus Reply in Further Support of Application to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/18/23] (Docket No. 277).

   i.   Declaration of Edward E. Filusch in Support of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*.'s Omnibus Reply in Further Support of Application to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/18/23] (Docket No. 278).

Related Documents:

a) Notice of Filing of Corrected Exhibits H and I to Debtors' (I) Objection to Retention of Kasowitz Benson Torres LLP as Counsel to the Official Committee of Unsecured Creditors and (II) Motion to Disqualify Kasowitz from Representing Committee [Filed: 10/17/23] (Docket No. 273).

Witness/Exhibit Lists:

a) Debtors' Witness and Exhibit List for Hearing on October 20, 2023 at 10:00 a.m. (ET) [Filed: 10/18/23] (Docket No. 276).

Status:  This matter will go forward.

Dated: October 18, 2023
       Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*