**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC.,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re:  D.I. 142, 144, 253, & 268** |

**ERIC BOWLBY'S WITNESS LIST AND EXHIBIT LIST**
**FOR HEARING ON OCTOBER 20, 2023 AT 10:00 A.M. (ET)**

Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc. ("Mr. Bowlby"), by his undersigned counsel hereby submits this witness list and exhibit list in connection with Mr. Bowlby's *Joinder to United States Trustee's Motion to Transfer Venue* [D.I. 144] (the "Bowlby Joinder") and *Reply in Support of United States Trustee's Motion to Transfer Venue* [D.I. 268] (collectively, the "Bowlby Venue Submissions") regarding the United States Trustee's (the "U.S. Trustee") *Motion to Transfer Venue* [D.I. 142] (the "Venue Motion") scheduled for hearing on October 20, 2023 at 10:00 a.m. before the Honorable Thomas M. Horan, of the United States Bankruptcy Court of the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

## WITNESSES

Mr. Bowlby designates the following person as witnesses in connection with the Motion:

1)      Eric Bowlby, former Chief Executive Office, President, majority shareholder and Chairman of AmeriFirst Financial, Inc ("AFI").

---

[1] The Debtors and the last four (4) digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKellips Road, Suite 117, Mesa, AZ 85203.

2)      David Sloane, Chairman of the Board of AFI and Director of Finance of RCP

3)      Theodore Samets, Director of Sourcing of RCP

Mr. Bowlby also cross designates all witnesses designated by any other party in connection with the Motion, and reserves the right to call any necessary rebuttal or impeachment witnesses.

## **EXHIBITS**

Mr. Bowlby designates the following exhibits that may be used in connection with the Motion:

| Exhibit | Document Description | Docket No. |
|---|---|---|
| A. | Declaration of Eric Bowlby in Support of Eric Bowlby's Supplemental Objection to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) To Obtain Postpetition Financing And (B) To Utilize Cash Collateral, (II) Granting Adequate Protection To Prepetition Lenders, (III) Modifying The Automatic Stay, (IV) Scheduling A Final Hearing, And (V) Granting Related Relief | D.I. 154 |
| B. | AmeriFirst Financial Inc.'s Articles of Incorporation | D.I.– 154 Exhibit A |
| C. | AmeriFirst Financial Inc.'s By-Laws | D.I.– 154 Exhibit B |
| D. | March 2023 Term Sheet | D.I.– 154 Exhibit C |
| E. | Amended and Restated Credit and Security Agreement among AmeriFirst Financial, Inc., and RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. dated May 15, 2023 | D.I.– 154 Exhibit D |
| F. | Limited Waiver and Second Amendment to Credit and Security Agreement by and between AmeriFirst Financial, Inc. and RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A) L.P. dated May 15, 2023 | D.I.– 154 Exhibit E |
| G. | Pledge Agreement by and between Eric Bowlby, Ken Bowlby and RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. dated May 15, 2023 | D.I.– 154 Exhibit F |

| Exhibit | Document Description | Docket No. |
|---------|---------------------|------------|
| **H.** | Security Agreement by and between AmeriFirst Financial, Inc. and RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. dated May 15, 2023 | D.I.– 154 Exhibit G |
| **I.** | AmeriFirst Financial, Inc. Notice of Default to Reverence Capital Partners dated August 22, 2023 | D.I.– 154 Exhibit H |
| **J.** | Notice of Events of Default to AmeriFirst Financial, Inc. dated August 24, 2023 | D.I.– 154 Exhibit I |
| **K.** | Assignment and Assumption Agreement dated August 24, 2023 | D.I.– 154 Exhibit J |
| **L.** | Certificate of Formation of Phoenix 1040 LLC | D.I.– 154 Exhibit K |
| **M.** | Certificate of Formation of Phoenix 1040 Holding LLC | D.I.– 154 Exhibit L |
| **N.** | Unanimous Written Consent of the Sole Shareholder of AmeriFirst Financial, Inc. ("Shareholder Resolution") | D.I.– 154 Exhibit M |
| **O.** | Unanimous Written Consent of the Board of Directors of AmeriFirst Financial, Inc. ("Director Resolution") | D.I.– 154 Exhibit N |
| **P.** | Email dated August 22, 2023 11:42 PM | D.I.– 256 Exhibit 1 |
| **Q.** | Email dated August 23, 2023 4:24 PM | D.I.– 256 Exhibit 2 |
| **R.** | Email dated August 23, 2023 9:32 PM | D.I.– 256 Exhibit 3 |
| **S.** | Email dated August 23, 2023 10:11 PM | D.I.– 256 Exhibit 4 |
| **T.** | Email dated August 21, 2023 9:13 PM | D.I.– 268 Exhibit 1 |
| **U.** | Email and Text Messages dated August 24, 2023 | D.I.– 268 Exhibit 2 |
| **V.** | Email dated August 29, 2023 12:27 AM | D.I.– 268 Exhibit 3 |
| **W.** | Email dated August 23, 2023 2:06 PM | D.I.– 268 Exhibit 4 |
| **X.** | Email dated August 23, 2023 5:00 PM | D.I.– 268 Exhibit 5 |

| Exhibit | Document Description | Docket No. |
|---|---|---|
| Y. | Email dated August 25, 2023 5:47 PM | D.I.– 268 Exhibit 6 |
| Z. | Email dated September 6, 2023 11:40 AM | D.I.– 268 Exhibit 7 |
| AA. | Email dated August 24, 2023 12:52 PM | D.I.– 268 Exhibit 8 |
| BB. | Email dated August 20, 2023 5:49 PM | N/A |
| CC. | Email dated August 21, 2023 2:41 PM | N/A |
| DD. | Email dated August 23, 2023 8:44 PM | N/A |
| EE. | Email dated August 22, 2023 5:56 PM | N/A |
| FF. | Email dated August 23, 2023 11:48 AM | N/A |
| GG. | Email dated August 23, 12:50 AM | N/A |

Dated: October 18, 2023
    Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.**C

*/s/ Joseph C. Barsalona II*
William R. Firth, III (No. 4356)
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street, 4th Floor, #183,
Wilmington, DE 19801
Telephone: (302) 592-6497
Facsimile: (201) 488-5556
Email:  jbarsalona@pashmanstein.com

-and-

J. John Kim (admitted *pro hac vice*)
Joshua P. Law
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ  07601

*Counsel to Eric Bowlby, on behalf of himself and other*
*displaced shareholders of AmeriFirst Financial, Inc.*