**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 23-11240 (TMH) |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | |
| | (Jointly Administered) |
| Debtors. | |

**AMENDED NOTICE OF DEPOSITION OF DAVID SLOANE**

**TO**:   David Sloane c/o Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801-6108, Attn: Christopher M. Samis (csamis@potteranderson.com) and L. Katherine Good (kgood@potteranderson.com); and Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, Attn: Manisha M. Sheth (manishasheth@quinnemanuel.com) and Patricia B. Tomasco (pattytomasco@quinnemanuel.com)

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable in these bankruptcy cases pursuant to Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the official committee of unsecured creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), seeks oral deposition testimony from David Sloane in connection with the contested matters arising from the relief requested by the *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 21, 231]. The deposition will take place via the Zoom teleconference platform on **Saturday, October 21, 2023 at 12:00 Noon (ET)**, or at some other time mutually

---

[1]     The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKellips Road, Suite 117, Mesa, Arizona 85203.

agreed upon by the parties.  The Committee will provide a Zoom link and passcode prior to the date of the deposition.  The deposition will be recorded stenographically.  In addition, the Committee reserves the right to record the testimony by audio or video means.

Dated: October 18, 2023
Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Daniel B Butz*
Donna L. Culver (No. 2983)
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Daniel B. Butz (No. 4227)
Evanthea Hammer (No. 7061)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:  dculver@morrisnichols.com
        rdehney@morrisnichols.com
        eschwartz@morrisnichols.com
        dbutz@morrisnichols.com
        ehammer@morrisnichols.com

**PROPOSED COUNSEL FOR OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**