**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*, | Case No. 23-11240 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket No. 225** |

**SUPPLEMENTAL DECLARATION OF MITCHEL H. KIDER**
**IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY**
**OF AN ORDER (A) AUTHORIZING THE EMPLOYMENT AND**
**RETENTION OF WEINER BRODSKY KIDER PC AS SPECIAL**
**COUNSEL EFFECTIVE AS OF SEPTEMBER 17, 2023 AND (B)**
**GRANTING RELATED RELIEF**

I, Mitchel H. Kider, declare under penalty of perjury as follows:

1.      I am the managing partner of the firm Weiner Brodsky Kider PC ("Weiner Brodsky" or the "Firm"), with offices at 1300 19th Street NW, 5th Floor, Washington, DC 20036.  I submit this supplemental declaration (this "Supplemental Declaration") in further support of the *Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Weiner Brodsky Kider PC as Special Counsel Effective as of September 17, 2023 and (B) Granting Related Relief* (the "Application") at the request of the Office of the United States Trustee.

2.      In paragraph 9 of my original declaration, I indicated that the Firm did not include Potential Parties in Interest in its disclosure list if the Firm's only connection is that a

---

[1]    The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

current Weiner Brodsky attorney represented that entity while at a former law firm.  After review, and to the best of the Firm's knowledge, there are no such connections.

3.      Weiner Brodsky avers that any expenses incurred and billed to the Debtors' estates will be billed at Weiner Brodsky's cost.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 20, 2023            WEINER BRODSKY KIDER PC

                                   */s/ Mitchel H. Kider*
                                   Mitchel H. Kider