## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br>**Ref. Docket No. 224** |

**SUPPLEMENTAL DECLARATION OF GARRETT JIMENEZ IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF PHOENIX CAPITAL, INC. AS MSR BROKER FOR THE DEBTORS AND DEBTORS IN POSSESSION, PURSUANT TO 11 U.S.C. §§ 327(a) AND 328, EFFECTIVE AS OF SEPTEMBER 7, 2020; (II) WAIVING CERTAIN REQUIREMENTS IMPOSED BY LOCAL RULE 2016-2; AND (III) GRANTING RELATED RELIEF**

I, Garrett Jimenez, declare under penalty of perjury as follows:

1. I am a Senior Vice President – Trading at Phoenix Capital, Inc. ("Phoenix Capital"), located at 1999 Broadway, Suite 4350, Denver, Colorado 80202. Phoenix Capital is the proposed MSR Broker to the above-captioned debtors and debtors in possession (collectively, the "Debtors"). At the request of the Office of the United States Trustee, I submit this supplemental declaration (this "Supplemental Declaration") in support of the *Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of Phoenix Capital, Inc. as MSR Broker for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of September 3, 2023, (B) Waiving Certain Requirements Imposed by Local Rule 2016- 2, and (C) Granting Related Relief* [Docket No. 224] (the "Application").

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKellips Road, Suite 117, Mesa, Arizona 85203.

2.  The date of the engagement agreement between the Debtors and Phoenix is September 7, 2023.

3.  The "bid date" as referred to in the engagement agreement was August 29, 2023.

4.  Phoenix will file a further supplemental declaration, if necessary, to disclose any connections with any potential buyer of the MSRs (as defined in the Application).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2023        */s/ Garrett Jimenez*
                                    Garrett Jimenez
                                    Senior Vice President – Trading
                                    Phoenix Capital, Inc.