**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re:** |

ORDER GRANTING MOTION TO FILE
UNDER SEAL CERTAIN INFORMATION CONTAINED
IN AND EXHIBITS ATTACHED TO REPLY OF INTERESTED
PARTY ERIC BOWLBY IN SUPPORT OF UNITED STATES TRUSTEE'S
MOTION TO TRANSFER VENUE, AND GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion") of Interested Party Eric Bowlby ("Mr. Bowlby") for entry of an order (this "Order") pursuant to sections 105(a) and 107(b) of Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1 for authority to file under seal certain information contained in the Reply; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted as set forth herein.

2. Mr. Bowlby is authorized to file the Reply under seal.

3. Absent further order of the Court, the unredacted version of the Reply shall remain under seal and shall not be made available to anyone, except that unredacted copies shall be provided on a confidential basis to the Office of the United States Trustee for the District of Delaware, RCP, counsel to the Committee, Island Dundon, and the Debtors. Absent further order of the Court, each party receiving an unredacted copy of the Reply shall treat the document as confidential.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. Mr. Bowlby is authorized to take all steps necessary and appropriate to carry out this Order.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.