# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |

## WITNESS AND EXHIBIT LIST OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR OCTOBER 26, 2023, HEARING

The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, files this witness and exhibit list identifying the individuals that the Committee may call as witnesses and the exhibits that the Committee may introduce into evidence at the hearing scheduled for October 26, 2023, at 10:00 a.m. (ET) (the "Hearing") with respect to:

- *Application of the Official Committee of AmeriFirst Financial, Inc., et al. to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel Nunc Pro Tunc to September 19, 2023* [Filed: 10/4/23] (D.I. No. 212);

- *Debtors' (I) Objection to Retention of Kasowitz Benson Torres LLP as Counsel to the Official Committee of Unsecured Creditors and (II) Motion to Disqualify Kasowitz from Representing Committee* [Filed: 10/11/23] (D.I. No. 243);

- *The Motion of Debtors' for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic State, (IV) Scheduling a Final Hearing, and Granting Related Relief* [Filed: 8/29/23] (D.I. No. 21); and

- *Debtors' Motion for Entry of Order (I) Authorizing the Private Transfer or Sale of Certain Loans and Related Assets Free and*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

*Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contract; and (IV) Granting Related Relief* [Filed 10/5/23] (D.I. 226).

## WITNESSES

The Committee designates the following persons as witnesses at the Hearing:

(1)    Edward E. Filusch, Kasowitz Benson Torres LLP

(2)    Matthew Dundon, Dundon Advisers LLC

The Committee also cross-designates all witnesses designated by any other party in connection with the motions, and reserves the right to call any necessary rebuttal witnesses.

## EXHIBITS

The Committee designates the following exhibits that may be introduced at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Declaration of Edward E. Filusch in Support of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al.'s Omnibus Reply in Further Support of Application to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel Nunc Pro Tunc to September 19, 2023. | 278 |
| 2. | Declaration of T. Scott Avila in Support of First Day Motions. | 20 |
| 3. | Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Attachments: #1 Exhibits 1 – Proposed Interim Order). | 21 |
| 4. | Interim Order (I) Authorizing Debtors (A) To Obtain Postpetition Financing And (B) To Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) | 21 – Ex. 1 |

|  | | |
|---|---|---|
|  | Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief. |  |
| 5. | Preliminary Objection of Eric Bowlby to Debtors' First Day Motions (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Certificate of Service). | 44 |
| 6. | Final Order Under Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business: (A) Sale Activities Related to Certain "CIK" Properties, (B) Originating and Funding Mortgage, Loans, (C) Selling "Scratch and Dent Loans", (D) Servicing Loans, and (II) Granting Related Relief. Order Signed on 9/13/2023. | 116 |
| 7. | Statement of the Official Committee of Unsecured Creditors Concerning the Debtors' First Day Motions and Requesting Status Conference. | 171 |
| 8. | Application/Motion to Employ/Retain Kasowitz Benson Torres LLP as Special Counsel Filed by Official Committee of Unsecured Creditors. | 212 |
| 9. | Declaration of Matthew B. Stein in Support of Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al.* To Retain and Employ Kasowitz Benson Torres LLP As Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023. | 212 – Ex. B |
| 10. | Declaration of Todd Cowen in Support of Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al.* To Retain and Employ Kasowitz Benson Torres LLP As Special Litigation Counsel *Nunc Pro Tunc* To September 19, 2023. | 212 – Ex. C |
| 11. | Scheduling and Protective Order. Order Signed on 10/5/2023. | 222 |
| 12. | Email dated 9/21/23 | 243 – Ex. C |
| 13. | Email dated 9/26/23 | 243 – Ex. E |
| 14. | Email dated 8/24/23 | 243 – Ex. F |

| 15. | Email dated 9/26/23 | 243 – Ex. G |
|---|---|---|
| 16. | [SEALED] Objection // *Preliminary Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (related document(s)[21], [61], [231])* Filed by Official Committee Of Unsecured Creditors (Attachments: # (1) Exhibit 1 # (2) Exhibit 2 # (3) Exhibit 3 - Part 1 # (4) Exhibit 3 - Part 2 # (5) Exhibit 3 - Part 3 # (6) Exhibit 4 # (7) Exhibit 5 # (8) Exhibit 6 # (9) Exhibit 7). | 256 |
| 17. | The Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al.'s Omnibus Reply in Further Support of Application to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023. | 277 |
| 18. | Declaration of Matthew Dundon in Support of the Amended and Restated Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 310-4 |
| 19. | [SEALED] Amended Objection // *Amended and Restated Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (related document(s)[21], [61], [231], [256])* Filed by Official Committee Of Unsecured Creditors (Attachments: # (1) Exhibit 1 # (2) Exhibit 2 # (3) Exhibit 3 - Part 1 # (4) Exhibit 3 - Part 2 # (5) Exhibit 3 - Part 3 # (6) Exhibit 4 # (7) Exhibit 5 # (8) Exhibit 6 # (9) Exhibit 7 # (10) Exhibit 8 # (11) Exhibit 9 # (12) Exhibit 10 # (13) Exhibit 11 # (14) Exhibit 12 # (15) Exhibit 13 # (16) Exhibit 14). | 310 |

| 20. | *October 19, 2023, Dep. Tr. of Mr. Scott Avila for In re AmeriFirst Financial, Inc., et al* (Case No. 23-11240 (TMH)) (Attachments # (1) Exhibit 1 # (2) Exhibit 2 # (3) Exhibit 3 # (4) Exhibit 4 # (5) Exhibit 5 # (6) Exhibit 6 # (7) Exhibit 7 # (8) Exhibit 8 # (9) Exhibit 9 # (10) Exhibit 10 # (11) Exhibit 11 # (12) Exhibit 12 # (13) Exhibit 13 # 14 Exhibit (14) # (15) Exhibit 15 # (16) Exhibit 16 # (17) Exhibit 17 # (18) Exhibit 18 # (19) Exhibit 19 # (20) Exhibit 20 # (21) Exhibit 21 # (22) Exhibit 22 # (23) Exhibit 23  # (24) Exhibit 24 # (25) Exhibit 25) | N/A |
|---|---|---|
| 21. | *October 23, 2023, Dep. Tr. of Mr. Scott Avila for In re AmeriFirst Financial, Inc., et al* (Case No. 23-11240 (TMH)) (Attachments # (26) Exhibit 26 # (27) Exhibit 27 # (28) Exhibit 28 # (29) Exhibit 29 # (30) Exhibit 30 # (31) Exhibit 31 # (32) Exhibit 32 # (33) Exhibit 33 # (34) Exhibit 34) | N/A |
| 22. | October 20, 2023, Transcript regarding Hearing on United States Trustee's Motion to Transfer Venue | N/A |
| 23. | 12/02/22 Letter from Kasowitz Benson Torres to RCP | N/A |
| 24. | 08/17/23 Email from B. Schartz to S. Hill | N/A |
| 25. | 08/18/23 Email from S. Hill to T. Samets | N/A |
| 26. | 08/19/23 Email from L. Jones to A. Cheng | N/A |
| 27. | 08/20/23 Wind-Down Presentation (attachment to 08.22.23 Email from T. Samets to S. Avila) | N/A |
| 28. | 08/22/23 Letter from Kasowitz Benson Torres to RCP | N/A |
| 29. | 08/22/23 Email from J. Dane to C. Greco | N/A |
| 30. | 08/22/23 Email from J. Dane to B. Schartz | N/A |
| 31. | 08/23/23 Email from A. Cheng to R. Simon | N/A |
| 32. | 08/23/23 Email from D. Sloane to S. Avila | N/A |
| 33. | 08/23/23 Email from L. Jones to B. Murphy | N/A |
| 34. | 08/23/23 Email from L. Jones to B. Schartz | N/A |
| 35. | 08/23/23 Email from L. Jones to P. Tomasco | N/A |

| | | |
|---|---|---|
| 36. | 08/23/23 Email from S. Avila to R. Simon Attachment Key Accountabilities | N/A |
| 37. | 08/23/23 Email from S. Avila to R. Simon | N/A |
| 38. | 08/23/23 Email from S. Herrup to J. Dane | N/A |
| 39. | 08/23/23 Email from T. Samets to P. Tomasco and Meeting Invite | N/A |
| 40. | 08/24/23 AmeriFirst Financial Inc. Board Consent 8.24.23 Fully Executed | N/A |
| 41. | 08/24/23 AmeriFirst Financial, Inc. Shareholder Consent 8.24.23 Fully Executed | N/A |
| 42. | 08/24/23 AmeriFirst Petition and Written Consent | N/A |
| 43. | 08/24/23 Officer Director Shareholder Change Fully Executed | N/A |
| 44. | 08/24/23 Phoenix Petition and Written Consent | N/A |
| 45. | 08/24/23 Email from D. Sloane to S. Avila | N/A |
| 46. | 08/25/23 Email from J. Dane to S. Avila | N/A |
| 47. | 08/26/23 Email from M. Litvak to B. Murphy | N/A |
| 48. | 08/29/23 DIP Financing Motion | N/A |
| 49. | 08/29/23 First Day Dec | N/A |
| 50. | 08/30/23 AFI Transcript – 08-30-23 – 1st Day Hearing | N/A |
| 51. | 08/31/23 Email from D. Sloane to L. Jones | N/A |
| 52. | 08/31/23 Email from J. Dane to S. Avila | N/A |
| 53. | 09/05/23 Email from D. Sloane to J. Dane | N/A |
| 54. | 09/05/23 J. Dane Engagement Letter attachment | N/A |
| 55. | 09/06/23 Email from D. Sloane to J. Dane | N/A |
| 56. | 09/06/23 Additional First Day Dec | N/A |
| 57. | 09/07/23 Notice Proposed Final Order [with Challenge Period] | N/A |
| 58. | 10/06/23 Email from M. Litvak to P. Tomasco | N/A |

| 59. | 10/06/23 Proposed Revised Final Order [without Challenge Period] | N/A |
|---|---|---|
| 60. | RCP00001589 | N/A |
| 61. | RCP00001591(pres) | N/A |
| 62. | 08.24.23_G_REV0032987 | N/A |
| 63. | 08.24.23_H_REV0032989 (attachment to 08.24.23_G_REV0032987) | N/A |

## **RESERVATION OF RIGHTS**

The Committee reserves the right to amend and/or supplement the foregoing witness list any time prior to the Hearing. The Committee further reserves the right to call any rebuttal and/or impeachment witness as necessary and to cross-examine any witness called by any other party at the Hearing. The Committee reserves the right to not call any witness identified herein.

The Committee further reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing exhibit list as appropriate. The Committee also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order or other document.

[*Signature Page Follows*]

|  |  |
|---|---|
| Dated:  October 24, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Evanthea Hammer*<br>Donna L. Culver (No. 2983)<br>Robert J. Dehney (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel B Butz (No. 4227)<br>Evanthea Hammer (No. 7061)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email:  dculver@morrisnichols.com<br>rdehney@morrisnichols.com<br>eschwartz@morrisnichols.com<br>dbutz@morrisnichols.com<br>ehammer@morrisnichols.com<br><br> - and -<br><br>Matthew B. Stein (admitted *pro hac vice*)<br>Robert M. Novick (admitted *pro hac vice*)<br>Edward E. Filusch (admitted *pro hac vice*)<br>Andrew H. Elkin (admitted *pro hac vice*)<br>Andrew S. Golden (No. 6413)<br>**KASOWITZ BENSON TORRES LLP**<br>1633 Broadway<br>New York, New York 10019<br>Telephone:  (212) 506-1700<br>Facsimile:  (212) 506-1800<br>Email: MStein@kasowitz.com<br>RNovick@kasowitz.com<br>EFilusch@kasowitz.com<br>AElkin@kasowitz.com<br>AGolden@kasowitz.com<br><br>**PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |