**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC. *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 21, 116, 118, 256 & 310 |

**MOTION OF RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P. AND
RCP CUSTOMIZED CREDIT FUND (FUND IV-A), L.P. FOR LEAVE TO FILE AND
SERVE A LATE REPLY IN FURTHER SUPPORT OF THE DEBTORS' DIP MOTION**

RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. (collectively, "**RCP**"), by and through their undersigned counsel in these chapter 11 cases, hereby file this motion for leave (the "**Motion for Leave**"), pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), and Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), seeking entry of an order substantially in the form attached hereto as **Exhibit A** authorizing RCP to file and serve a reply ("**DIP Reply**") beyond the deadline set forth in Local Rule 9006-1(d) in further support of the *Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 21] (the "**DIP Motion**"). In support of the Motion for Leave, RCP respectfully represents as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "**Court**") has jurisdiction to consider this Motion for Leave under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Motion for Leave in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.      Pursuant to Local Rule 9013-1(f), RCP confirms its consent to the entry of a final order or judgment by the Court with respect to this Motion for Leave if it is determined that this Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

3.      The legal predicates for the relief requested herein are section 105(a) of the Bankruptcy Code and Local Rule 9006-1(d).

## BACKGROUND

4.      On August 24, 2023 (the "**Petition Date**"), the Debtors each commenced a bankruptcy case by filing a petition for relief under chapter 11 of the Bankruptcy Code.

5.      The Debtors are authorized to continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      The Debtors filed the DIP Motion on August 29, 2023.

7.      On August 31, 2023, the Court entered the *Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 61] (the "**Interim DIP Order**").

2

8.      On September 15, 2023, an official committee of unsecured creditors (the "**Committee**") was appointed in these chapter 11 cases.  [D.I. 122].  No trustee or examiner has been appointed in the chapter 11 cases.

9.      The Interim DIP Order set the final hearing on the DIP Motion for September 18, 2023, which was continued to October 26, 2023 at 10:00 a.m. (prevailing Eastern Time) (the "**Final DIP Hearing**").

10.      On August 30, 2023, Eric Bowlby filed the *Preliminary Objection of Eric Bowlby to Debtors' First Day Motions* [D.I. 44], which was supplemented on September 13, 2023 by the *Supplemental Objection of Eric Bowlby to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 116] (the "**Bowlby Objection**").

11.      On October 13, 2023, the Committee filed its *Preliminary Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 256].

12.      The Court held a discovery conference on October 16, 2023 at which the parties established a discovery schedule.  Based on this schedule, on October 22, 2023, the Committee filed the *Amended and Restated Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to*

3

*Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 310] (the "**Committee Objection**").

13.    Other objections to the final relief requested in the DIP Motion include the *United States Trustee's Objection to Debtors' Motion for Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 254] as well as additional informal comments from certain parties.

## RELIEF REQUESTED

14.    By this Motion for Leave, RCP respectfully requests authority, pursuant to Local Rule 9006-1(d), to file and serve a late DIP Reply to allow RCP to fully and comprehensively respond to the issues raised in these objections, particularly the Bowlby Objection and the Committee Objection.

## BASIS FOR RELIEF

15.    Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." *See* Del. Bankr. L.R. 9006-1(d).  Pursuant to the Local Rules, the agenda for the Final DIP Hearing was due to be filed, and was filed, by 12:00 p.m. (ET) on October 24, 2023.  Pursuant to Local Rule 9006-1(d), the deadline for parties to file reply papers in connection with the final relief requested in the DIP Motion was October 23, 2023, at 4:00 p.m. (ET) (the "**Reply Deadline**").  Accordingly, absent the relief sought in this Motion for Leave, the DIP Reply would have been due by the Reply Deadline.

16.    Here, sufficient cause exists to allow RCP to file the late DIP Reply.  As described above, discovery is ongoing and, due to the established discovery schedule, the Committee filed

4

an amended and restated Committee Objection on October 22, 2023.  As a result, the parties agreed to provide RCP with additional time to adequately review and respond to the Committee Objection. Absent an extension, RCP would be prejudiced in their ability to sufficiently respond to the Committee Objection as it was impracticable for RCP to file the DIP Reply by the Reply Deadline.

17.     Although the information set forth in the DIP Reply will be presented at the Final DIP Hearing, review of the DIP Reply prior to the Final DIP Hearing will aid the Court in its review and consideration of the relief requested in the DIP Motion.  The DIP Reply addresses the issues raised in the Committee Objection and Bowlby Objection and will provide all parties with an opportunity to review RCP's arguments prior to the Final DIP Hearing.

18.     Absent leave of Court to file and serve the DIP Reply, however, RCP will be unable to submit an appropriate written response to the Committee Objection and Bowlby.  RCP, as a result, believe that the DIP Reply will (i) help inform the Court of disputed issues set for consideration at the Final DIP Hearing, (ii) aid in the Court's preparation for the Final DIP Hearing, and (iii) streamline the Final DIP Hearing.

19.     For the foregoing reasons, RCP believes there is sufficient cause to grant leave to file the DIP Reply.

### NOTICE

20.     Notice of this Motion for Leave and any order entered hereon will be provided to: (i) the Debtors; (ii) the Office of the United States Trustee for the District of Delaware, (iii) counsel to the Committee, (iv) counsel to Eric Bowlby, (v) the Office of the United States Attorney for the District of Delaware, and (vi) any party that has requested notice pursuant to Bankruptcy Rule 2002.

## NO PRIOR REQUEST

21.    No previous request for the relief requested herein has been made to this or any other court.

**WHEREFORE**, for the reasons set forth above, RCP respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and awarding such other and further relief as the Court deems just and proper.

*[Remainder of Page Intentionally Left Blank]*

6

Dated: October 24, 2023
    Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Brett M. Haywood*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Brett M. Haywood (No. 6166)
Katelin A. Morales (No. 6683)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
        kgood@potteranderson.com
        bhaywood@potteranderson.com
        kmorales@potteranderson.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Manisha M. Sheth (admitted *pro hac vice*)
Patricia B. Tomasco (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: manishasheth@quinnemanuel.com
        pattytomasco@quinnemanuel.com

-and-

Bennett Murphy (admitted *pro hac vice*)
Razmig Izakelian (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: bennettmurphy@quinnemanuel.com
        razmigizakelian@quinnemanuel.com

-and-

Brittany J. Nelson (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: brittanynelson@quinnemanuel.com

*Counsel to RCP Credit Opportunities Fund Loan SPV (Fund III),*
*L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P.*

7