# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC. *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** ___ |

### ORDER GRANTING MOTION OF RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P. AND RCP CUSTOMIZED CREDIT FUND (FUND IV-A), L.P. TO FILE AND SERVE A LATE REPLY IN FURTHER SUPPORT OF DEBTORS' DIP MOTION

Upon consideration of the Motion for Leave,[2] for entry of an order, pursuant to Local Rule 9006-1(d), authorizing RCP to file and serve the DIP Reply in support of the DIP Motion; and the Court having jurisdiction to consider the Motion for Leave and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and consideration of the Motion for Leave and the requested relief being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion for Leave having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion for Leave; and the Court having determined that the legal and factual bases set forth in the Motion for Leave

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion for Leave.

IMPAC 11127839v.4

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Leave is GRANTED.

2. RCP is granted leave and permission to file and serve the DIP Reply.

3. RCP is authorized to take all reasonable actions necessary or appropriate to effectuate the relief granted in this Order.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

IMPAC 11127839v.4