# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 26, 2023
AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE
THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

> ***PLEASE NOTE*: THE HEARING WILL BEGIN AT
> 10:00 A.M. EASTERN TIME.**

This hearing will be conducted in person.  All participants (including witnesses) at an in-person hearing are required to attend in person, except that remote participation at an in-person hearing is permitted for: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court.

If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom.  All individuals participating by video must register by 4:00 p.m. Eastern Time on October 25, 2023.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

https://debuscourts.zoomgov.com/meeting/register/vJIsdO2trzMpGwMUEitJDeiOtlBOk9r7Sa0

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

**[2] Amended items appear in bold.**

**MATTER UNDER ADVISEMENT**

1.  **Motion to Transfer Venue** – United States Trustee's Motion to Transfer Venue [Filed: 9/19/23] (Docket No. 142).

    Response Deadline:  October 13, 2023 at 5:00 p.m. (Eastern Time).

    Responses Received:

    a)  Debtors' Objection to United States Trustee's Motion to Transfer Venue [Filed: 10/13/23] (Docket No. 253).

    b)  Joinder of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. to Debtors' Objection to United States Trustee's Motion to Transfer Venue [Filed: 10/13/23] (Docket No. 257).

    Replies Filed:

    a)  [SEALED] Reply of Interested Party Eric Bowlby in Support of United States Trustee's Motion to Transfer Venue [Filed: 10/17/23] (Docket No. 268).

        i.   Motion to File Under Seal Certain Information Contained In and Exhibits Attached to Reply of Interested Party Eric Bowlby In Support of United States Trustee's Motion to Transfer Venue [Filed: 10/23/23] (Docket No. 326).

        ii.  [REDACTED] Reply of Interested Party Eric Bowlby in Support of United States Trustee's Motion to Transfer Venue [Filed: 10/23/23] (Docket No. 327).

    Related Documents:

    a)  Notice of Filing of Exhibit A to United States Trustee's Motion to Transfer Venue [Filed: 9/19/23] (Docket No. 143).

    b)  Joinder of Interested Party Eric Bowlby to United States Trustee's Motion to Transfer Venue [Filed: 9/20/23] (Docket No. 144).

    c)  Certification of Counsel Regarding Scheduling and Protective Order [Filed: 10/3/23] (Docket No. 203).

    d)  [Signed] Scheduling and Protective Order [Filed: 10/5/23] (Docket No. 222).

    e)  Joinder of the Official Committee of Unsecured Creditors to the United States Trustee's Motion to Transfer Venue [Filed: 10/17/23] (Docket No. 266).

<u>Witness/Exhibit Lists</u>:

a)  Debtors' Witness and Exhibit List for Hearing on October 20, 2023 at 10:00 a.m. (ET) [Filed: 10/18/23] ([Docket No. 276](#)).

b)  Witness and Exhibit List of the Official Committee of Unsecured Creditors for October 20, 2023, Hearing [Filed: 10/18/23] ([Docket No. 286](#)).

c)  Eric Bowlby's Witness List and Exhibit List for Hearing on October 20, 2023 at 10:00 a.m. (ET) [Filed: 10/18/23] ([Docket No. 287](#)).

d)  United States Trustee's Witness and Exhibit List for Hearing on October 20, 2023 at 10:00 a.m. (ET) [Filed: 10/18/23] ([Docket No. 289](#)).

<u>Status</u>:  The Court has taken this matter under advisement and may issue its ruling before or at the hearing.

**<u>MATTERS FOR WHICH COCS HAVE BEEN FILED</u>**

2.    **<u>Phoenix Capital Retention Application</u>** – Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of Phoenix Capital, Inc. as MSR Broker for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of September 7, 2023, (B) Waiving Certain Requirements Imposed By Local Rule 2016-2, and (C) Granting Related Relief [Filed: 10/5/23] ([Docket No. 224](#)).

<u>Response Deadline</u>:  October 19, 2023 at 4:00 p.m. (Eastern Time).  Extended to October 23, 2023 for the Office of the United States Trustee (the "<u>UST</u>").

<u>Responses Received</u>:

a)  Informal comments from the UST.

<u>Related Documents</u>:

a)  Supplemental Declaration of Garrett Jimenez in Support of Debtors' Application for Entry of Order (I) Authorizing the Retention and Employment of Phoenix Capital, Inc. as MSR Broker for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of September 7, 2020; (II) Waiving Certain Requirements Imposed By Local Rule 2016-2; and (III) Granting Related Relief [Filed: 10/23/23] ([Docket No. 317](#)).

b)  Certification of Counsel Regarding Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of Phoenix Capital, Inc. as MSR Broker for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of September 7, 2023, (B) Waiving Certain Requirements Imposed By Local Rule 2016-2, and (C) Granting Related Relief [Filed: 10/23/23] ([Docket No. 320](#)).

    c) **[Signed] Order (I) Authorizing the Retention and Employment of Phoenix Capital, Inc. as MSR Broker for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of September 7, 2020; (II) Waiving Certain Requirements Imposed By Local Rule 2016-2; and (III) Granting Related Relief [Filed: 10/24/23] (Docket No. 332).**

    Status:  **The order has been entered.  No hearing is necessary.**

3.    **Weiner Brodsky Retention Application** – Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Weiner Brodsky Kider PC as Special Counsel Effective as of September 17, 2023 and (B) Granting Related Relief [Filed: 10/5/23] (Docket No. 225).

    Response Deadline:  October 19, 2023 at 4:00 p.m. (Eastern Time).  Extended to October 23, 2023 for the UST.

    Responses Received:

    a)  Informal comments from the UST.

    Related Documents:

    a)  Supplemental Declaration of Mitchel H. Kider on Support of the Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Weiner Brodsky Kider PC as Special Counsel Effective as of September 17, 2023 and (B) Granting Related Relief [Filed: 10/23/23] (Docket No. 313).

    b)  Certification of Counsel to Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Weiner Brodsky Kider PC as Special Counsel Effective as of September 17, 2023 and (B) Granting Related Relief [Filed: 10/23/23] (Docket No. 318).

    c)  **[Signed] Order Under 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of Weiner Brodsky Kider PC as Special Counsel for the Debtors Effective as of September 17, 2023 [Filed: 10/24/23] (Docket No. 331).**

    Status:  **The order has been entered.  No hearing is necessary.**

4.    **Bon Salle Retention Application** – Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of The Bon Salle Group as Consultant for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of September 12, 2023, (B) Waiving Certain Requirements Imposed By Local Rule 2016-2, and (C) Granting Related Relief [Filed: 10/5/23] (Docket No. 227).

    Response Deadline:  October 19, 2023 at 4:00 p.m. (Eastern Time).  Extended to October 23, 2023 for the UST.

Responses Received:

a) Informal comments from the UST.

Related Documents:

a) Supplemental Declaration of Andrew Bon Salle in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of the Bon Salle Group as Consultant for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of September 12, 2023; (II) Waiving Certain Requirements Imposed By Local Rule 2016-2; and (III) Granting Related Relief [Filed: 10/23/23] (Docket No. 321).

b) Certification of Counsel to Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of The Bon Salle Group as Consultant for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of September 12, 2023, (B) Waiving Certain Requirements Imposed By Local Rule 2016-2, and (C) Granting Related Relief [Filed: 10/23/23] (Docket No. 325).

c) **[Signed] Order (I) Authorizing the Retention and Employment of The Bon Salle Group as Consultant for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of September 12, 2023; (II) Waiving Certain Requirements Imposed By Local Rule 2016-2; and (III) Granting Related Relief [Filed: 10/24/23] (Docket No. 333).**

Status:  **The order has been entered.  No hearing is necessary.**

## MATTERS GOING FORWARD

5.    **Kasowitz Retention Application/Motion to Disqualify** – Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/4/23] (Docket No. 212).

Response Deadline:  October 13, 2023.  Extended to October 16, 2023 at 4:00 p.m. for the Office of the United States Trustee.

Responses Received:

a) Debtors' (I) Objection to Retention of Kasowitz Benson Torres LLP as Counsel to the Official Committee of Unsecured Creditors and (II) Motion to Disqualify Kasowitz from Representing Committee [Filed: 10/11/23] (Docket No. 243).

    i. Notice of Filing of Corrected Exhibits H and I to Debtors' (I) Objection to Retention of Kasowitz Benson Torres LLP as Counsel to the Official Committee of Unsecured Creditors and (II) Motion to Disqualify Kasowitz from Representing Committee [Filed: 10/17/23] (Docket No. 273).

b)  United States Trustee's Objection to Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al.* to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/16/23] ([Docket No. 260](#)).

Replies Filed:

a)  The Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al.'s* Omnibus Reply in Further Support of Application to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/18/23] ([Docket No. 277](#)).

i.  Declaration of Edward E. Filusch in Support of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*.'s Omnibus Reply in Further Support of Application to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/18/23] ([Docket No. 278](#)).

Related Documents:

a)  Certification of Counsel Regarding Scheduling and Protective Order [Filed: 10/3/23] ([Docket No. 203](#)).

b)  Motion to Shorten Notice of Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel *Nunc Pro Tunc* to September 19, 2023 [Filed: 10/5/23] ([Docket No. 213](#)).

c)  [Signed] Order Shortening Notice of Application for Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP as Special Litigation Counsel for the Official Committee of Unsecured Creditors Effective as of September 19, 2023 [Filed: 10/5/23] ([Docket No. 216](#)).

d)  [Signed] Scheduling and Protective Order [Filed: 10/5/23] ([Docket No. 222](#)).

Witness/Exhibit Lists:

a)  Debtors' Witness and Exhibit List for Hearing on October 20, 2023 at 10:00 a.m. (ET) [Filed: 10/18/23] ([Docket No. 276](#)).

b)  Witness and Exhibit List of the Official Committee of Unsecured Creditors for October 20, 2023, Hearing [Filed: 10/18/23] ([Docket No. 286](#)).

c)  United States Trustee's Witness and Exhibit List for Hearing on October 20, 2023 at 10:00 a.m. (ET) [Filed: 10/18/23] ([Docket No. 289](#)).

d)  Debtors' Witness and Exhibit List for Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/24/23] ([Docket No. 328](#)).

e)  **Witness and Exhibit List of the Official Committee of Unsecured Creditors for October 26, 2023, Hearing [Filed: 10/24/23] ([Docket No. 330](#)).**

Status:  This matter will go forward.

6.  **DIP Motion** – Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] ([Docket No. 21](#)).

Response Deadline:  October 20, 2023.

Responses Received:

a)   Informal comments received from GNMA and the FHA.

b)  Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/12/23] ([Docket No. 113](#)).

(i)  [Signed] Order Denying Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/13/23] ([Docket No. 115](#)).

c)  Preliminary Objection of Eric Bowlby to Debtors' First Day Motions [Filed: 8/30/23] ([Docket No. 44](#)).

d)  Supplemental Objection of Eric Bowlby to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/13/23] ([Docket No. 116](#)).

(i)  Declaration of Eric Bowlby, Former CEO and Majority Shareholder of AFI, in Support of Eric Bowlby's Supplemental Objection to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/22/23] ([Docket No. 154](#)).

e) Statement of the Official Committee of Unsecured Creditors Concerning the Debtors' First Day Motions and Requesting Status Conference [Filed: 9/27/23] ([Docket No. 171](#)).

f) United States Trustee's Objection to Debtors' Motion for Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 10/13/23] ([Docket No. 254](#)).

g) [SEALED] Preliminary Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/13/23] (Docket No. 256).

   i. [Redacted] Preliminary Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I)Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/18/23] ([Docket No. 281](#)).

   ii. Committee's Motion to Seal – Motion to File Under Seal Certain Information Contained in and Exhibits Attached to Preliminary Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (D.I. 256) [Filed: 10/18/23] ([Docket No. 280](#)).

h) [SEALED] Amended and Restated Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/22/23] (Docket No. 310).

Related Documents:

a) Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] ([Docket No. 37](#)).

b) Notice of Filing of Revised Proposed Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting

    Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/30/23] ([Docket No. 47](#)).

c)    Certification of Counsel Regarding Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/31/23] ([Docket No. 57](#)).

d)    [Signed] Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/31/23] ([Docket No. 61](#)).

e)    Notice of Entry of Interim Order and Final Hearing Regarding Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/1/23] ([Docket No. 67](#)).

f)    Notice of Filing of Proposed Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 9/7/23] ([Docket No. 82](#)).

g)    Notice of Filing of Budget [Filed: 9/8/23] ([Docket No. 87](#)).

h)    Debtors' Witness and Exhibit List for Hearing on September 18, 2023 at 2:00 p.m. (ET) [Filed: 9/14/23] ([Docket No. 119](#)).

i)    Notice of Emergency Zoom Hearing September 15, 2023 at 4:00 p.m. [Filed: 9/15/23] ([Docket No. 123](#)).

j)    Re-Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/18/23] ([Docket No. 138](#)).

k)    Eric Bowlby's Witness List and Exhibit List for Hearing on September 26, 2023 at 11:00 a.m. (ET) [Filed: 9/22/23] ([Docket No. 155](#)).

l)    Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] ([Docket No. 175](#)).

m)    Certification of Counsel Regarding Scheduling and Protective Order [Filed: 10/3/23] ([Docket No. 203](#)).

n)  [Signed] Scheduling and Protective Order [Filed: 10/5/23] (Docket No. 222).

o)  Notice of Filing of Proposed Revised Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 10/6/23] (Docket No. 231).

p)  Debtors' Witness and Exhibit List for Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/24/23] (Docket No. 328).

q)  **Witness and Exhibit List of the Official Committee of Unsecured Creditors for October 26, 2023, Hearing [Filed: 10/24/23] (Docket No. 330).**

r)  **Exhibit List of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-Iv-A), L.P. for the Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/24/23] (Docket No. 339).**

Replies:

a)  Reply of the Debtors in Support of Motion of the Debtors for Interim and Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/14/23] (Docket No. 118).

b)  **Debtors' Supplemental Omnibus Reply in Support of Motion for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/24/23] (Docket No. 338).**

c)  **[SEALED] Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. in Further Support of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/24/23] (Docket No. 335).**

i.  **Motion of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. for Leave to File and Serve a Late Reply in Further Support of the Debtors' DIP Motion [Filed: 10/24/23] (Docket No. 336).**

Status:  This matter will go forward.

7.  **Oaktree Sale Motion** – Debtors' Motion for Entry of Order (I) Authorizing the Private Transfer or Sale of Certain Loans and Related Assets Free and Clear of Liens, Claims,

Encumbrances, and Interests; (II) Approving the Terms of the Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief [Filed: 10/5/23] ([Docket No. 226](#)).

Response Deadline:  October 19, 2023 at 4:00 p.m. (Eastern Time).

Responses Received:

a)  United States Trustee's Objection to Debtors' Motion for Entry of Order (I) Authorizing the Private Transfer or Sale of Certain Loans and Related Assets [Filed: 10/19/23] ([Docket No. 297](#)).

b)  Informal comments from Fannie Mae and Freddie Mac.

**c)  Informal comments from Saluda Grade.**

Related Documents:

a)  Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts in Connection with Sale of Certain of the Debtors' Assets [Filed: 10/5/23] ([Docket No. 229](#)).

b)  Notice of Filing of Proposed Asset Purchase Agreement and Proposed Order [Filed: 10/19/23] ([Docket No. 298](#)).

Witness/Exhibit Lists:

a)  Debtors' Witness and Exhibit List for Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/24/23] ([Docket No. 328](#)).

**b)  Witness and Exhibit List of the Official Committee of Unsecured Creditors for October 26, 2023, Hearing [Filed: 10/24/23] ([Docket No. 330](#)).**

Status:  This matter will go forward.

8.      **KERP Motion** – Debtors' Motion for Entry of an Order (I) Approving Key Employee Retention Program, and (II) Granting Related Relief [Filed: 10/5/23] ([Docket No. 228](#)).

Response Deadline:  October 19, 2023 at 4:00 p.m. (Eastern Time).  Extended to October 23, 2023 for the UST.

Responses Received:  None as of the date hereof.

Related Documents:  None as of the date hereof.

Witness/Exhibit Lists:

a)  Debtors' Witness and Exhibit List for Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/24/23] ([Docket No. 328](#)).

Status:  This matter will go forward.

9.    **Committee Seal Motion** – Motion to File Under Seal Certain Information Contained in and Exhibits Attached to Preliminary Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (D.I. 256) [Filed: 10/18/23] ([Docket No. 280](#)).

Response Deadline:  At or before the hearing.

Responses Received:  None as of the date hereof.

Related Documents:  None as of the date hereof.

Status:  This matter will go forward.

10.    **Bowlby Seal Motion** – Motion to File Under Seal Certain Information Contained In and Exhibits Attached to Reply of Interested Party Eric Bowlby In Support of United States Trustee's Motion to Transfer Venue [Filed: 10/23/23] ([Docket No. 326](#)).

Response Deadline:  At or before the hearing.

Responses Received:  None as of the date hereof.

Related Documents:  None as of the date hereof.

Status:  This matter will go forward.

Dated:  October **25**, 2023
        Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*