# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 142, 144, 253, 257, 266, 268** |

**ORDER DENYING UNITED STATES TRUSTEE'S MOTION TO TRANSFER VENUE**

Upon consideration of the United States Trustee's Motion to Transfer Venue (the "Motion to Transfer") [D.I. 142], the Joinder of Interested Party Eric Bowlby to United States Trustee's Motion to Transfer Venue [D.I. 144], Debtors' Objection to United States Trustee's Motion to Transfer Venue [D.I. 253], the Joinder of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. to Debtors' Objection to United States Trustee's Motion to Transfer Venue [D.I. 257], the Joinder of the Official Committee of Unsecured Creditors to the United States Trustee's Motion to Transfer Venue, and the Reply of Interested Party Eric Bowlby in Support of United States Trustee's Motion to Transfer Venue [D.I. 268]; and the Court having considered the Motion to Transfer; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and this Court may enter a final order consistent with

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Transfer in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Motion to Transfer was appropriate under the circumstances and no other notice need be provided, except as set forth herein; and this Court having determined the legal and factual bases set forth in the Motion to Transfer; and after due deliberation and sufficient cause appearing therefor, it is hereby ordered that:

    1.    The Motion to Transfer is denied for the reasons that will be set forth in an opinion that will follow.

Dated: October 25, 2023
Wilmington, Delaware

*/s/ Thomas M. Horan*
Thomas M. Horan
United States Bankruptcy Judge