**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I.** |

**ORDER GRANTING MOTION TO FILE UNDER SEAL CERTAIN INFORMATION CONTAINED IN AND EXHIBITS ATTACHED TO AMENDED AND RESTATED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF (D.I. 310)**

Upon consideration of the motion (the "Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") for entry of an order (this "Order") pursuant to sections 105(a) and 107(b) of Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1 for authority to file under seal certain information contained in the Amended Objection; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

---

[1]    The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

[2]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1.      The Motion is granted as set forth herein.

2.      The Committee is authorized to file the Amended Objection under seal.

3.      Absent further order of the Court, the unredacted version of the Amended Objection shall remain under seal and shall not be made available to anyone, except that unredacted copies shall be provided on a confidential basis to the Office of the United States Trustee for the District of Delaware, RCP, counsel to Eric Bowlby, IslandDundon and the Debtors.  Absent further order of the Court, each party receiving an unredacted copy of the Amended Objection shall treat the document as confidential.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      The Committee is authorized to take all steps necessary or appropriate to carry out this Order.

6.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.