IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br>**Ref. Docket No. 21** |

Hearing Date: October 26, 2023 at 10:00 a.m. (ET)

## NOTICE OF FILING OF REVISED BUDGET

**PLEASE TAKE NOTICE** that on August 29, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 21] (the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE** that on August 31, 2023, the Bankruptcy Court granted interim relief on the DIP Motion and entered the *Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 61].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the DIP Motion is scheduled for **October 26, 2023 at 10:00 a.m. (prevailing Eastern Time)** (the "Final Hearing") before the Honorable Thomas M. Horan at the United States Bankruptcy

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

Court for the District of Delaware (the "Court"), located at 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that on October 6, 2023, the Debtors filed the *Notice of Filing of Proposed Revised Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* (the "Proposed Final DIP Order Notice") [Docket No. 231]. Attached to the Proposed Final DIP Order Notice as Exhibit A is the form of final order granting the Motion that the Debtors intend to present at the Final Hearing (the "Proposed Final DIP Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised Budget (the "Budget") to be attached to the Proposed Final DIP Order as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Final DIP Order and the Budget before or at the Final Hearing.

| | |
|---|---|
| Dated:  October 25, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email:  ljones@pszjlaw.com
           dbertenthal@pszjlaw.com
           tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*