IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIFIRST FINANCIAL, INC.,[1] | ) | Case No. 23-11240 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | **Ref Docket Nos. 328, 349** |

### DEBTORS' SECOND AMENDED[2] WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 26, 2023 AT 10:00 A.M. (ET)

The above captioned debtors and debtors in possession (the "Debtors") hereby submit this second amended witness and exhibit list in connection with the hearing scheduled for **October 26, 2023, at 10:00 a.m. (ET)**, before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 (the "Hearing"), at which time some or all of the following motions (collectively, the "Motions") will be heard:

- *Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al. to Retain and Employ Kasowitz Benson Torres LLP as Special Litigation Counsel Nunc Pro Tunc to September 19, 2023* [Filed: 10/4/23] (Docket No. 212);

- *Debtors' (I) Objection to Retention of Kasowitz Benson Torres LLP as Counsel to the Official Committee of Unsecured Creditors and (II) Motion to Disqualify Kasowitz from Representing Committee* [Filed: 10/11/23] (Docket No. 243);

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

[2] Amended items appear in **bold**.

1

- *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 21];

- *Debtors' Motion for Entry of Order (I) Authorizing the Private Transfer or Sale of Certain Loans and Related Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief* (Docket No. 226); and

- *Debtors' Motion for Entry of an Order (I) Approving Key Employee Retention Program, and (II) Granting Related Relief* (Docket No. 228).

## WITNESSES

The Debtors designate the following persons as witnesses in connection with the Motions:

(1)     T. Scott Avila, the Debtors' Chief Restructuring Officer.

(2)     Jeffrey Dane, Independent Director.

The Debtors also cross designate all witnesses designated by any other party in connection with the Motions, and reserve the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing in connection with the Motions:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | December 19, 2021 Kasowitz Engagement Letter | 243-Exhibit A |
| 2. | Kasowitz invoices | 243- Exhibit B |

2

| | | |
|---|---|---|
| 3. | Email dated 9/21/23 | 243- Exhibit C |
| 4. | Email dated 9/24/23 | 243- Exhibit D |
| 5. | Email dated 9/26/23 | 243- Exhibit E |
| 6. | Email dated 8/24/23 | 243- Exhibit F |
| 7. | Email dated 9/26/23 | 243- Exhibit G |
| 8. | Email dated 9/27/23 | 273- Exhibit 1 |
| 9. | Email dated 10/2/23 | 273- Exhibit 2 |
| 10. | Execution Version of Credit and Security Agreement dated as of April 21, 2021[3] | 338- Exhibit A |
| 11. | UCC Financing Statement | 338- Exhibit B |
| 12. | Subordination Agreement | 338- Exhibit C |
| 13. | FY 2022 P&L | 338- Exhibit D |
| 14. | 2023 August YTD P&L | 338- Exhibit D |
| 15. | 12/2/22 RCP to Flagstar Default Notice | 338- Exhibit E |
| 16. | 12/27/22 Kasowitz to RCP Default Notice | 338- Exhibit F |
| 17. | 1/4/23 Quinn Response Letter | 338- Exhibit G |
| 18. | 1/11/23 RCP to AFI Default Notice | 338- Exhibit H |
| 19. | 3/31/23 Term Sheet | 338- Exhibit I |
| 20. | Execution Version of Amended and Restated Credit and Security Agreement dated as of May 15, 2023 | 338- Exhibit J |
| 21. | Second Amendment to Credit Agreement dated 5/15/23 | 338- Exhibit K |
| 22. | Settlement Agreement | 338- Exhibit L |
| 23. | Pledge Agreement | 338- Exhibit M |

---

3 Exhibits 10 through 30 will be attached as exhibits to the *Debtors' Supplemental Omnibus Reply in Support of Motion of the Debtors for Interim and Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* to be filed on 10/24/23.

DOCS_DE:245479.4 70786/001

| | | |
|---|---|---|
| 24. | Security Agreement | 338- Exhibit N |
| 25. | UCC Filing Amendment | 338- Exhibit O |
| 26. | 5/15/23 Side Letter | 338- Exhibit P |
| 27. | Email dated 6/23/23 | 338- Exhibit Q |
| 28. | 8/3/23 letter RCP to AFI | 338- Exhibit R |
| 29. | 8/22/23 Kasowitz to RCP Second Default Notice | 338- Exhibit S |
| 30. | 8/24/23 RCP to AFI Second Default Notice | 338- Exhibit T |
| **31.** | **Revised Budget** | **353- Exhibit A** |

The Debtors also cross designate all exhibits designated by any other party in connection with the Motions, and reserve the right to use additional exhibits for rebuttal or impeachment purposes.

The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

Dated: October 25, 2023    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
　　　　dbertenthal@pszjlaw.com
　　　　tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

DOCS_DE:245479.4 70786/001