**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC, *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |

*AMENDED*[2] *EXHIBIT LIST OF RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P. AND RCP CUSTOMIZED CREDIT FUND (FUND-IV-A), L.P.* <u>FOR THE HEARING ON OCTOBER 26, 2023 AT 10:00 A.M. (ET)</u>

**PLEASE TAKE NOTICE** that RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. (collectively, "**RCP**"), by and through their undersigned counsel, hereby submit this Exhibit List in connection with the hearing scheduled for **October 26, 2023 at 10:00 a.m. (ET)**, before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 (the "**Hearing**"), at which time the following motion (the "**Motion**") will be heard:

- *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 21].

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

[2] Amended items appear in **bold**.

**EXHIBITS**

RCP designates the following exhibits that may be used at the Hearing in connection with the Motion:

| Exhibit No. | Docket No. | Description |
|---|---|---|
| A | 335-1 | E. Bowlby texts (Bowlby000001-000009) |
| B | 335-2 | Unanimous Written Consent of Board of Directors of AmeriFirst Financial, Inc., dated 8/24/23 |
| C | 335-3 | Letter from Kasowitz to RCP 8/22/23 – Notice of Default (RCP00002006) |
| D | 335-4 | Lenders' Analysis Presentation, dated 10/10/23 (RCP00001591) |
| E | 335-5 | Settlement Agreement dated 5/15/23 (RCP00025184) |
| F | 335-6 | Pledge Agreement (RCP00025149) |
| G | 335-7 | Written Consent of Board of Directors of AmeriFirst Financial, Inc., dated 5/15/23 (RCP00001965) |
| H | 335-8 | Action by Unanimous Written Consent the Board of Directors and Shareholders of AmeriFirst Financial, Inc., dated 5/15/23 (RCP00025215) |
| I | 335-9 | Operating Agreement of Phoenix 1040 LLC (RCP00002652) |
| J | 335-10 | Security Agreement, dated 5/15/23 (RCP00020022) |
| K | 335-11 | 10/20/23 hearing transcript |
| L | 335-12<br>335-13<br>335-14 | J. Dane deposition transcript |
| M | 335-15<br>335-16 | S. Avila deposition transcript |
| N | N/A | **E. Bowlby texts (Bowlby000010-000020)** |

RCP also cross designates all exhibits designated by the Debtors in connection with the Motion and reserves the right to use additional exhibits for rebuttal or impeachment purposes. RCP reserves the right to amend or supplement this exhibit list prior to the Hearing.

2

| | |
|---|---|
| Dated: October 26, 2023<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ Brett M. Haywood*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Brett M. Haywood (No. 6166)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>          kgood@potteranderson.com<br>          bhaywood@potteranderson.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>James C. Tecce (pro hac vice to be filed)<br>Manisha M. Sheth (admitted *pro hac vice*)<br>Patricia B. Tomasco (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: jamestecce@quinnemanuel.com<br>          manishasheth@quinnemanuel.com<br>          pattytomasco@quinnemanuel.com<br><br>-and-<br><br>Bennett Murphy (admitted *pro hac vice*)<br>Razmig Izakelian (admitted *pro hac vice*)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: bennettmurphy@quinnemanuel.com<br>          razmigizakelian@quinnemanuel.com<br><br>-and-<br><br>Brittany J. Nelson (admitted *pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>Email: brittanynelson@quinnemanuel.com<br><br>*Counsel to RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P.* |