**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) | Case No. 23-11240 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Docket Ref. No. 21** |

**EMERGENCY MOTION OF THE DEBTORS TO CONTINUE FINAL HEARING ON MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

AmeriFirst Financial, Inc. ("AmeriFirst") and Phoenix 1040, LLC ("Phoenix"), as debtors and debtors in possession (collectively, the "Debtors"), in these chapter 11 cases (the "Chapter 11 Cases"), hereby file this motion to continue (this "Motion") the final hearing on their postpetition financing motion [Dkt. No. 21] (the "DIP Motion")[2] to **November 21-22, 2023**. In support of this Motion, the Debtors respectfully represent as follows:

**RELIEF REQUESTED**

1. The Debtors seek to move the final hearing on the DIP Motion by about two weeks from November 6, 2023, to November 21-22, 2023, in order to allow the Challenge Period under the Interim Order to expire on November 14, 2023. The Court stated at the last hearing on October 26, 2023, that the 75-day Challenge Period under the Interim Order would not be shortened. The Challenge Period expires on November 14, 2023. The DIP Lenders consent to the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.
[2] Capitalized terms used but not defined herein shall have the meanings set forth in the DIP Motion.

2

requested continuance of the final hearing on the DIP Motion to a date after expiration of the Challenge Period. For some inexplicable reason, the Committee and Bowlby do not.

2. The Debtors submit that a continuance of the final hearing is appropriate given that the Debtors are asking for entry of a proposed form of Final Order that grants global releases in favor of the DIP Lenders/Prepetition Lenders. It makes little sense to litigate such global releases absent the expiration of the Challenge Period, or assertion of any Challenge by the Committee or other party in interest. The Prepetition Lenders have even offered to toll any Challenge Period if the Committee files a motion for standing to assert a Challenge by November 14, 2023, hence there would be no prejudice to the Committee from the requested continuance.

3. Notwithstanding the foregoing, the Committee and Bowlby have not provided any rational basis to withhold their consent to the requested continuance. The U.S. Trustee has not taken a position.

WHEREFORE, the Debtors urge the Court to continue the final hearing on the DIP Motion to November 21-22, 2023, after expiration of the Challenge Period, and grant such other and further relief as may be appropriate. A proposed form of order granting this Motion is attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: November 3, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  302-652-4100<br>Facsimile:   302-652-4400<br>Email:  ljones@pszjlaw.com<br>            dbertenthal@pszjlaw.com<br>            tcairns@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |