**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) | Case No. 23-11240 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Docket Ref. No. 390** |

**MOTION FOR ORDER FIXING HEARING DATE AND SHORTENING TIME
REGARDING EMERGENCY MOTION OF THE DEBTORS TO CONTINUE FINAL
HEARING ON MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS (I)
AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B)
TO UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO
PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, (IV)
SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

AmeriFirst Financial, Inc. ("AmeriFirst") and Phoenix 1040, LLC ("Phoenix"), as debtors and debtors in possession (collectively, the "Debtors"), in these chapter 11 cases (the "Chapter 11 Cases"), hereby file this motion to shorten (the "Motion to Shorten") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), scheduling a hearing and shortening the notice period with respect to the *Emergency Motion of the Debtors to Continue Final Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing and (B) To Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief* [Docket No. 390] (the "Emergency Motion"), filed concurrently herewith. In support of this Motion to Shorten, the Debtors respectfully state as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKellips Road, Suite 117, Mesa, AZ 85203.

**Jurisdiction**

1. This Court has jurisdiction over this Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory basis for the relief requested herein is Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

**Relief Requested**

3. The Debtors request that the Court (a) schedule a hearing to consider the Emergency Motion on **November 6, 2023, at 12:00 p.m. (Eastern time)**, and (b) shorten the response deadline on the Emergency Motion, with objections, if any, to be made at the hearing on the Emergency Motion.

**Basis for Relief**

4. Local Rule 9006-1(c)(i) provides that unless the Bankruptcy Rules or the Local Rules state otherwise, "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least eighteen (18) days (twenty-one (21) days if service is by first class mail; nineteen (19) days if service is by overnight delivery) prior to the hearing date." Local Rule 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by order of the Court, on written motion . . . specifying the exigencies justifying shortened notice."

5. In support of this Motion to Shorten, the Debtors represent that the exigencies justify shortened notice of the Emergency Motion and scheduling an emergency hearing.

6. As set forth in the Emergency Motion, the Debtors request that the Final Hearing on the DIP Motion be continued from November 6, 2023, to November 21-23, 2023, because the Challenge Period should be allowed to run before the global releases of the Prepetition Lenders are considered by the Court.  The Challenge Period expires on November 14, 2023.  The DIP Lenders consent to the requested continuance on the DIP Motion to a date after expiration of the Challenge Period.  For some inexplicable reason, the Committee and Bowlby do not.

7. The Debtors submit that a continuance of the final hearing is appropriate given that the Debtors are asking for entry of a proposed form of Final Order that grants global releases in favor of the DIP Lenders/Prepetition Lenders.  It makes little sense to litigate such global releases absent the expiration of the Challenge Period, or assertion of any Challenge by the Committee or other party in interest.  The Prepetition Lenders have even offered to toll any Challenge Period if the Committee files a motion for standing to assert a Challenge by November 14, 2023, hence there would be no prejudice to the Committee from the requested continuance.

8. Accordingly, the Debtors submit that the exigencies justify shortening notice on the Emergency Motion.

## Notice

9. This Motion to Shorten and the Emergency Motion will be served by e-mail, express, or overnight mail:  (a) the Office of the United States Trustee for the District of

Delaware; (b) the Debtors; (c) the Committee; (d) the DIP Lenders / Prepetition Lenders; and (e) all parties requesting notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

10. If the Court grants this Motion to Shorten, the Debtors will immediately serve a copy of the order on the above-noted Notice Parties by e-mail, hand delivery, overnight mail, express mail, or facsimile.

## No Prior Request

11. No prior motion for the relief requested herein has been made to this or any other court.

WHEREFORE, the Debtors respectfully request the entry of an order, substantially in the form attached hereto as **Exhibit A**: (a) scheduling a hearing to consider the Emergency Motion on November 6, 2023; and (b) shorten the response deadline on the Emergency Motion, with objections, if any, to be made at the scheduled hearing on the Emergency Motion.

Dated: November 3, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
Email: ljones@pszjlaw.com
           dbertenthal@pszjlaw.com
           tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*