IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) Case No. 23-11240 (TMH) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

**ORDER FIXING HEARING DATE AND SHORTENING TIME
REGARDING EMERGENCY MOTION OF THE DEBTORS TO CONTINUE FINAL
HEARING ON MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS (I)
AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B)
TO UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO
PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, (IV)
SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

Upon consideration of the motion to shorten (the "Motion to Shorten")[2] time for hearing on the *Emergency Motion of the Debtors to Continue Final Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing and (B) To Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief* (the "Emergency Motion")[3] filed by AmeriFirst Financial, Inc. ("AmeriFirst") and Phoenix 1040, LLC ("Phoenix"), as debtors and debtors in possession (collectively, the "Debtors"), in these chapter 11 cases (the "Chapter 11 Cases"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.
[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Shorten.
[3] Capitalized terms not otherwise defined herein shall have the meaning given them in the Emergency Motion.

1

Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion to Shorten was appropriate and no other notice need be provided; and this Court having reviewed the Motion to Shorten and having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

    1.    The Motion to Shorten is GRANTED.

    2.    The hearing on the Emergency Motion will be conducted **November 6, 2023, at 12:00 p.m. (Eastern time)** (the "Hearing").

    3.    Any objections or responses to the Motion to Shorten must be made at the Hearing.

    4.    Immediately after the entry of this Order, the Debtors shall serve a copy of this Order and a notice for the Hearing on the Emergency Motion on the Notice Parties in the manner described in the Motion to Shorten.

Dated: November 4, 2023  
Wilmington, Delaware

_____  
Thomas M. Horan  
United States Bankruptcy Judge