**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) ) ) | Case No. 23-11240 (TMH) |
| Debtors. | ) ) | (Jointly Administered) |

**Ref. Docket Nos. 390, 391, 393**

**NOTICE OF HEARING ON EMERGENCY MOTION OF THE DEBTORS TO CONTINUE FINAL HEARING ON MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on November 3, 2023, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Emergency Motion of the Debtors to Continue Final Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing and (B) To Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 390] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on November 3, 2023, the Debtors filed the *Motion for Order Fixing Hearing Date and Shortening Time Regarding Emergency Motion of the Debtors to Continue Final Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing and (B) To Utilize Cash Collateral, (II)*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

1

*Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 391] (the "Motion to Shorten").

**PLEASE TAKE FURTHER NOTICE** that on November 4, 2023, the Bankruptcy Court entered the *Order Fixing Hearing Date and Shortening Time Regarding Emergency Motion of the Debtors to Continue Final Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing and (B) To Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 393] (the "Scheduling Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Scheduling Order, a hearing on the Motion will be held on November 6, 2023 at 12:00 p.m. (Eastern Time) before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing").

[*Remainder of Page Intentionally Blank*]

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion to Shorten must be made at the Hearing.

| | |
|---|---|
| Dated: November 4, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*