# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC. *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 368 & 369** |

## NOTICE OF WITHDRAWAL OF DOCKET NOS. 368 AND 369

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws the document listed below:

- *Motion for Entry of an Order Authorizing the Filing of the Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. in Further Support of the Debtors' DIP Motion Under Seal* [Docket No. 368]

- *[Redacted] Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. in Further Support of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV)Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 369]

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

| | |
|---|---|
| Dated: November 6, 2023<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ Brett M. Haywood*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Brett M. Haywood (No. 6166)<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6026<br>csamis@potteranderson.com<br>kgood@potteranderson.com<br>bhaywood@potteranderson.com<br><br>*-and-*<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>James C. Tecce (admitted pro hac vice)<br>Manisha M. Sheth (admitted pro hac vice)<br>Patricia B. Tomasco (admitted pro hac vice)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>jamestecce@quinnemanuel.com<br>manishasheth@quinnemanuel.com<br>pattytomasco@quinnemanuel.com<br><br>Brittany J. Nelson (admitted pro hac vice)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 539-8000<br>brittanynelson@quinnemanuel.com<br><br>Bennett Murphy (admitted pro hac vice)<br>Razmig Izakelian (admitted pro hac vice)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>bennettmurphy@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com<br><br>*Counsel to RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P.* |