IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 7, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Debtors' Motion for Entry of an Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units; (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims; (IV) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date; (V) Approving the Form of and Manner for Filing Proofs of Claim; (VI) Approving a Notice of Bar Dates; and (VII) Granting Related Relief [Docket No. 418]**

Dated: November 8, 2023

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 8th day of November, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard,, Suite 225, Unit 236, Chandler, AZ 85225.

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez<br>Attn: Larry R Boyd<br>Attn: Emily M Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069 | 214-544-4040 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com | Email |
| 30 Largest | Academy Mortgage Corp | Attn: Jesse Winn<br>339 W 13940 S<br>Draper, UT 84020 | | Jesse.winn@academymortgage.com | Email |
| 30 Largest | Arivs | Attn: Account Manager<br>1930 N Arboleda Rd<br>Mesa, AZ 85213 | | | First Class Mail |
| 30 Largest | Arthur J Gallagher Risk Management Services | Attn: Lidsey McCloskey<br>333 E Osborn Rd, Ste 100, 270, & 300<br>Phoenix, AZ 85012 | | Lindsey_McCloskey@ajg.com | Email |
| 30 Largest | Assimilate Solutions | Attn: Account Manager<br>Tower 49<br>12 E 49th St, 34th Fl<br>New York, NY 10017 | | asm-invoices@situsamc.com | Email |
| *NOA - Counsel for Cousins Fund II Phoenix III, LLC | Ballard Spahr LLP | Attn: Leslie C Heilman<br>Attn: Laurel D Roglen<br>Attn: Nicholas J Brannick<br>Attn: Margaret A Vesper | 302-252-4466 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>brannickn@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| *NOA - Counsel for Cousins Fund II Phoenix III, LLC | Ballard Spahr LLP | Attn: Brian D Huben<br>Attn: Jessica M Simon<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | 424-204-4350 | hubenb@ballardspahr.com<br>simonjm@ballardspahr.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | Bielli & Klauder, LLC | Attn: David M Klauder<br>1204 N King St<br>Wilmington, DE 19801 | | dklauder@bk-legal.com | Email |
| 30 Largest | Black Knight Technologies | Attn: Account Manager<br>P.O. Box 742971<br>Los Angeles, CA 90074 | | custsvc@bkfs.com | Email |
| 30 Largest | CIT | Attn: Account Manager<br>75 N Fair Oaks Ave, Ste C<br>Pasadena, CA 91103 | | myaccounts@firstcitizens.com | Email |
| 30 Largest | Clearcompany HRM | Attn: Account Manager<br>200 Clarendon St, 49th Fl<br>Boston, MA 02116 | | billing@clearcompany.com | Email |
| 30 Largest | Damontek | Attn: Account Manager<br>3458 E Norward Cir<br>Mesa, AZ 85213 | | billing@damontek.com | Email |
| 30 Largest | DB Trust Co Americas | Attn: Account Manager<br>1761 E St Andrew Pl<br>Santa Ana, CA 92705 | | ctas.fee-billing@db.com | Email |
| Governmental Authority | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | | First Class Mail |
| 30 Largest | El Camino Real Building | Attn: Carlee Gutierrez<br>209 Avenida Del Mar<br>San Clemente, CA 92672 | | gutierrez.carlee@yahoo.com | Email |
| 30 Largest | Experian | Attn: Cecilia Rojas<br>P.O. Box 841971<br>Los Angeles, CA 90084 | | Cecilia.Rojas@experian.com | Email |
| 30 Largest | Farhang & Medcoff | Attn: Account Manager<br>4201 N 24th St<br>Phoenix, AZ 85016 | | fmbilling@farhangmedcoff.com<br>afarhang@farhangmedcoff.com<br>dthompson@farhangmedcoff.com<br>jhenderson@farhangmedcoff.com | Email |
| Governmental Authority | Internal Revenue Service | P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | First Class Mail |
| 30 Largest | JPMCB | Attn: Account Manager<br>270 Park Ave<br>New York, NY 10017 | | zlata.m.medica@chase.com | Email |
| 30 Largest | Kasowitz Benson Torres LLP | Attn: Edward Filusc<br>1633 Broadway<br>New York, NY 10019 | | EFilusch@kasowitz.com | Email |
| *Proposed Counsel for Official Committee of Unsecured Creditors | Kasowitz Benson Torres LLP | Attn: Matthew B Stein<br>Attn: Robert M Novick<br>Attn: Edward E Filusch<br>Attn: Andrew H Elkin<br>Attn: Andrew S Golden<br>1633 Broadway<br>New York, NY 10019 | 212-506-1800 | MStein@kasowitz.com<br>RNovick@kasowitz.com<br>EFilusch@kasowitz.com<br>AElkin@kasowitz.com<br>AGolden@kasowitz.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Klein Independent School District and Meadowhill Rregional Municipal Utility District | Klein Independent School District and Meadowhill Regional Municipal Utility District | c/o Melissa E. Valdez<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | 713-862-1429 | mvaldez@pbfcm.com | Email |
| *Committee of Unsecured Creditors | Kristen Rahn | | | Krisrahn@gmail.com | Email |
| 30 Largest | Lakeview Loan Servicing, LLC | Attn: Account Manager<br>4425 Ponce De Leon, Ms 5-251<br>Coral Gables, FL 33146 | | InvoicingTPO@bayviewloans.com | Email |
| *NOA - Counsel for Harris Co ESD # 07, Lone Star College System and Harris Co ESD # 11 | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 | 713-844-3503 | houston_bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>San Antonio, TX 78205 | 210-225-6410 | sanantonio.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for The County of Hays, Texas | McCreary, Veselka, Bragg, & Allen, PC | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 512-323-3205 | jparsons@mvbalaw.com | Email |
| *NOA - Counsel for Alturas Stanford, LLC | Mills Halstead & Zaloudek, LLC | Attn: Amanda H Halstead<br>600 17th St, Ste 2800S<br>Denver, CO 80202 | 303-265-9120 | ahh@mhzlegal.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *Proposed Counsel for Official Committee of Unsecured Creditors | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J Dehney<br>Attn: Evanthea Hammer<br>Attn: Donna L Culver<br>Attn: Thomas W Briggs, Jr<br>Attn: Eric D Schwartz<br>1201 N Market St, 16th Fl<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | 302-658-3989 | rdehney@morrisnichols.com<br>ehammer@morrisnichols.com<br>dculver@morrisnichols.com<br>tbriggs@morrisnichols.com<br>eschwartz@morrisnichols.com | Email |
| 30 Largest | Mortgage Coach | Attn: Account Manager<br>P.O. Box 112<br>Corona, CA 92878 | | accounting@mortgagecoach.com | Email |
| *Committee of Unsecured Creditors | Mortgageshots, LLC | Attn: Kian Ramsay<br>479 Mason St, Ste 213<br>Vacaville, CA 95688 | | kian@mortgageshots.com | Email |
| 30 Largest | Mourier Land Investment Corp | Attn: S Louie<br>1430 Blue Oaks Blvd, Ste 190<br>Roseville, CA 95747 | | slouie@ngkf.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Stephen Warren<br>Attn: Jordan Weber<br>400 S Hope St, 18th Fl<br>Los Angeles, CA 90071-2899 | | swarren@omm.com<br>jweber@omm.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Jennifer Taylor<br>2 Embarcadero Ctr, 28th Fl<br>San Francisco, CA 94111-3823 | | jtaylor@omm.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Daniel Shamah<br>Times Square Tower<br>7 Times Sq<br>New York, NY 10036 | | dshamah@omm.com | Email |
| Governmental Authority | Office of the US Trustee | Attn: Linda Richenderfer<br>844 King St, Ste 2207<br>Wilmington, DE 19801 | | Linda.Richenderfer@usdoj.gov | Email |
| 30 Largest | Optimal Blue, LLC | Attn: Michelle Kersch<br>5340 Legacy Dr, Bldg 2, 2nd Fl<br>Plano, TX 75024 | | michelle.kersch@bkfs.com | Email |
| Debtors' counsel | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones<br>Attn: David M Bertenthal<br>Attn: Timothy P Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | 302-652-4400 | ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>dbertenthal@pszjlaw.com | Email |
| 30 Largest | Paragon Micro Inc | Attn. Todd Cowen<br>2 Corporate Dr.  Suite 105<br>Lake Zurich, IL 60047 | | tcowen@paragonmicro.com | Email |
| *Committee of Unsecured Creditors | Paragon Micro, Inc | Attn: Todd Cowen<br>2 Corporate Dr, Ste 105<br>Lake Zurich, IL 60047 | | tcowen@paragonmicro.com | Email |
| *NOA - Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc. | Pashman Stein Walder Hayden, P.C. | Attn: William R Firth, III<br>Attn: Joseph C Barsalona II<br>1007 N Orange St<br>4th Fl, Ste 183<br>Wilmington, DE 19801 | | jbarsalona@pashmanstein.com<br>wfirth@pashmanstein.com | Email |
| 30 Largest | Phoenix Arena Development, LP | Attn: S Vega<br>201 E Jefferson St<br>Phoenix, AZ 85004 | | svega@suns.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Potter Anderson & Corroon LLP | Attn: Christopher M Samis<br>Attn: L Katherine Good<br>Attn: Katelin A Morales<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801-6108 | 302-658-1192 | csamis@potteranderson.com<br>kgood@potteranderson.com<br>kmorales@potteranderson.com | Email |
| 30 Largest | Quarles & Brady LLP | Attn: Account Manager<br>2 N Central Ave, Apt 3<br>Phoenix, AZ 85004 | | clientpayments@quarles.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Manisha M Sheth<br>Attn: Patricia B Tomasco<br>51 Madison Ave, 22nd Fl<br>New York, NY 10010 | 212-849-7100 | manishasheth@quinnemanuel.com<br>pattytomasco@quinnemanuel.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Bennett Murphy<br>Attn: Razmig Izakelian<br>865 S Figueroa St, 10th Fl<br>Los Angeles, CA 90017 | 213-443-3100 | bennettmurphy@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Brittany J Nelson<br>1300 I St NW, Ste 900<br>Washington, DC 20005 | 202-538-8100 | brittanynelson@quinnemanuel.com | Email |
| 30 Largest | RCP Credit Opportunities Fund Loan Spv Fund III, LP | Attn: Theodore Samets<br>590 Madison Ave, 29th Fl<br>New York, NY 10022 | | theodore.samets@reverencecapital.com | Email |
| 30 Largest | RCP Customized Credit Fund Fund IV-A, LP | Attn: Theodore Samets<br>590 Madison Ave, 29th Fl<br>New York, NY 10022 | | theodore.samets@reverencecapital.com | Email |
| *NOA - Counsel for Cisco Credit, Inc | Reger Rizzo & Darnall LLP | Attn: Louis J Rizzo<br>Brandywine Plz W<br>1521 Concord Pike, Ste 305<br>Wilmington, DE 19803 | | lrizzo@regerlaw.com | Email |
| Governmental Authority | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | | First Class Mail |
| *Request for Notice | ServiceMac, LLC | Attn: Eric Sadow | | eric.sadow@servicemacusa.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| 30 Largest | The Law Office Of Jeff A George, APC | Attn: Jeff George<br>14071 Peyton Dr, Apt 2710<br>Chino Hills, CA 91709 | | jeffgeorge@jglawyer.com | Email |
| 30 Largest | Total Expert | Attn: Account Manager<br>1600 Utica Ave S<br>Minneapolis, MN 55416 | | accounting@totalexpert.com | Email |
| *NOA - Counsel to Mourier Land Investment Corporation | Trainor Fairbrook | Attn: Jennifer L Pruski<br>P.O. Box 255824<br>Sacramento, CA 95865 | 916-929-7111 | jpruski@trainorfairbrook.com | Email |
| 30 Largest | Truist Bank | Attn: Hannah Slaughter<br>214 N Tryon St, Ste 3<br>Charlotte, NC 28202 | | hannah.slaughter@truist.com | Email |
| 30 Largest | UKG Inc | Attn: Account Manager<br>P.O. Box 930953<br>Atlanta, GA 31193 | | accountsreceivable@ukg.com | Email |
| 30 Largest | United Healthcare | Attn: Sharon Lohman<br>9700 Health Care Ln<br>Minnetonka, MN 55343 | | sharon_a_lohman@uhc.com | Email |
| Governmental Authority | US Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | | First Class Mail |
| 30 Largest | US Bank | Attn: Account Manager<br>P.O. Box 1950<br>St Paul, MN 55101 | | CorrespondentBilling@usbank.com | Email |
| 30 Largest | Wells Fargo Bank, NA | Attn: Account Manager<br>420 Montgomery St<br>San Francisco, CA 94104 | | FRPREPOINDEM@wellsfargo.com | Email |