# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 370** |

### SUPPLEMENTAL DECLARATION OF ROBERT J. DEHNEY, SR. IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS BANKRUPTCY COUNSEL *NUNC PRO TUNC* TO SEPTEMBER 21, 2023

I, Robert J. Dehney, Sr., hereby declare under penalty of perjury:

1. I am a partner at Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), which maintains an office for the practice of law at 1201 North Market Street, 16th Floor, Wilmington, Delaware 19801. I am an attorney at law, duly admitted and in good standing to practice in the states of Delaware and New York, as well as the United States District Court for the District of Delaware and the U.S. Court of Appeals for the Third Circuit.

2. I submit this declaration (the "Supplemental Declaration"), to supplement my declaration, dated October 30, 2023 (the "Original Declaration"), to the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel* Nunc Pro Tunc *to*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

*September 21, 2023* (D.I. 370) (the "Application"), filed on October 30, 2023.[2] This Supplemental Declaration does not replace anything set forth in the Application or the Original Declaration except as expressly set forth herein.

      3.      Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently hereto.

      4.      As set forth in the Original Declaration, Morris Nichols intended to supplement its disclosures following review of the Client Match List. Morris Nichols completed its review and has no further disclosures to make.

      5.      Should any additional information relevant to Morris Nichols' retention and employment in the above-captioned cases come to Morris Nichols' attention, Morris Nichols will file additional supplemental declarations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 9, 2023                                                     */s/ Robert J. Dehney, Sr.*
                                                                               Robert J. Dehney, Sr.

---

[2] Capitalized terms not defined herein are used as defined in the Application. Morris Nichols does not waive by the Application and this Supplemental Declaration and their contents, and hereby reserves and preserves all privileges.