## ttIN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIFIRST FINANCIAL, INC.,[1] *et al.*, | ) | Case No. 23-11240 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | | **Re: D.I. 422** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on November 9, 2023, the undersigned counsel caused a copy of the following document to be served via CM/ECF on all counsel and parties who have entered appearances and consented to CM/ECF notification, and in the manner indicated upon the parties on **Exhibits A and B**:

a. *Supplemental Declaration of Robert J. Dehney, Sr. in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel* Nunc Pro Tunc *to September 21, 2023* (D.I. 422).

[*Signature page follows.*]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

| | |
|---|---|
| Dated: November 10, 2023<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Evanthea Hammer*<br>Donna L. Culver (No. 2983)<br>Robert J. Dehney, Sr. (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel B. Butz (No. 4227)<br>Evanthea Hammer (No. 7061)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email:  dculver@morrisnichols.com<br>　　　　rdehney@morrisnichols.com<br>　　　　eschwartz@morrisnichols.com<br>　　　　dbutz@morrisnichols.com<br>　　　　ehammer@morrisnichols.com<br><br>**PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |