**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| | | |
|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez; Larry R. Boyd; Emily M. Hahn | plopez@abernathy-law.com; ehahn@abernathy-law.com; bankruptcy@abernathy-law.com |
| Academy Mortgage Corp | Attn: Jesse Winn | Jesse.winn@academymortgage.com |
| Arthur J Gallagher Risk Management Svcs | Attn: Lidsey McCloskey | Lindsey_McCloskey@ajg.com |
| Assimilate Solutions | Attn: Account Manager | asm-invoices@situsamc.com |
| Ballard Spahr LLP | Attn: Brian D Huben; Jessica M Simon; Leslie C Heilman; Laurel D Roglen; Nicholas J Brannick; Margaret A Vesper | roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com; simonjm@ballardspahr.com; hubenb@ballardspahr.com; heilmanl@ballardspahr.com |
| Bielli & Klauder, LLC | Attn: David M Klauder | dklauder@bk-legal.com |
| Black Knight Technologies | Attn: Account Manager | custsvc@bkfs.com |
| Clearcompany HRM | Attn: Account Manager | billing@clearcompany.com |
| Damontek | Attn: Account Manager | billing@damontek.com |
| DB Trust Co Americas | Attn: Account Manager | ctas.fee-billing@db.com |
| El Camino Real Building | Attn: Carlee Gutierrez | gutierrez.carlee@yahoo.com |
| Experian | Attn: Cecilia Rojas | Cecilia.Rojas@experian.com |
| Farhang & Medcoff | Attn: Account Manager | jhenderson@farhangmedcoff.com; afarhang@farhangmedcoff.com; dthompson@farhangmedcoff.com; fmbilling@farhangmedcoff.com |
| JPMCB | Attn: Account Manager | zlata.m.medica@chase.com |
| Kasowitz Benson Torres LLP | Attn: Edward Filusch | EFilusch@kasowitz.com |

| | | |
|---|---|---|
| Kasowitz Benson Torres LLP | Attn: Matthew B Stein; Robert M Novick | MStein@kasowitz.com; Rnovick@kasowitz.com |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | bankruptcy@kerncounty.com |
| Klein Independent School District and | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Kristen Rahn | | Krisrahn@gmail.com |
| Lakeview Loan Servicing, LLC | Attn: Account Manager | InvoicingTPO@bayviewloans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker; Tara L Grundemeier | sanantonio.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com |
| McCreary, Veselka, Bragg, & Allen, PC | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| Mills Halstead & Zaloudek, LLC | Attn: Amanda H Halstead | ahh@mhzlegal.com |
| Mortgage Coach | Attn: Account Manager | accounting@mortgagecoach.com |
| Mortgageshots, LLC | Attn: Kian Ramsay | kian@mortgageshots.com |
| Mourier Land Investment Corp | Attn: S Louie | slouie@ngkf.com |
| O'Melveny & Myers LLP | Attn: Daniel Shamah; Jennifer Taylor; Jordan Weber; Stephen Warren | dshamah@omm.com; jtaylor@omm.com; jweber@omm.com; swarren@omm.com |
| Office of the US Trustee | Attn: Linda Richenderfer | Linda.Richenderfer@usdoj.gov |
| Optimal Blue, LLC | Attn: Michelle Kersch | michelle.kersch@bkfs.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones; David M Bertenthal; Timothy P Cairns | ljones@pszjlaw.com; dbertenthal@pszjlaw.com; tcairns@pszjlaw.com |
| Paragon Micro Inc | Attn: Todd Cowen | tcowen@paragonmicro.com |
| Pashman Stein Walder Hayden, PC | Attn: William R Firth, III; Joseph C Barsalona II | wfirth@pashmanstein.com; jbarsalona@pashmanstein.com |
| Phoenix Arena Development, LP | Attn: S Vega | svega@suns.com |
| Potter Anderson & Corroon LLP | Attn: Christopher Samis; Katelin Morales; L Katherine Good | csamis@potteranderson.com; kmorales@potteranderson.com; kgood@potteranderson.com |
| Quarles & Brady LLP | Attn: Account Manager | clientpayments@quarles.com |

| | | |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Bennett Murphy;<br>Brittany J Nelson;<br>Manisha M Sheth;<br>Patricia B Tomasco;<br>Razmig Izakelian | bennettmurphy@quinnemanuel.com;<br>brittanynelson@quinnemanuel.com;<br>manishasheth@quinnemanuel.com;<br>pattytomasco@quinnemanuel.com;<br>razmigizakelian@quinnemanuel.com |
| RCP Credit Opportunities Fund Loan Spv Fund III | Attn: Theodore Samets | theodore.samets@reverencecapital.com |
| RCP Customized Credit Fund Fund IV-A, LP | Attn: Theodore Samets | theodore.samets@reverencecapital.com |
| Reger Rizzo & Darnall LLP | Attn: Louis J Rizzo | lrizzo@regerlaw.com |
| The Law Office Of Jeff A George, APC | Attn: Jeff George | jeffgeorge@jglawyer.com |
| Total Expert | Attn: Account Manager | accounting@totalexpert.com |
| Trainor Fairbrook | Attn: Jennifer L Pruski | jpruski@trainorfairbrook.com |
| Truist Bank | Attn: Hannah Slaughter | hannah.slaughter@truist.com;<br>britain.lamm@truist.com |
| UKG Inc | Attn: Account Manager | accountsreceivable@ukg.com |
| United Healthcare | Attn: Sharon Lohman | sharon_a_lohman@uhc.com |
| US Bank | Attn: Account Manager | CorrespondentBilling@usbank.com |