**Exhibit B**
**Core/2002 Service List**
**Served by First Class Mail**

AmeriFirst Financial, Inc.
1550 McKelleps Road, Suite 117
Mesa, AZ  85203

Delaware State Treasury
820 Silver Lake Blvd, Ste 100
Dover, DE 19904

Secretary of State
Division of Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Pl
200 Vesey St., Ste 400
New York, NY 10281-1022

Office of the US Trustee
Attn: Linda Richenderfer
844 King St, Ste 2207
Wilmington, DE 19801

Wells Fargo Bank, NA
Attn: Account Manager
420 Montgomery St.
San Francisco, CA  94104

Arvis
Attn: Account Manager
1930 N. Arboleda Rd.
Mesa, AZ  85213

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Securities & Exchange Commission
100 F St NE
Washington, DC 20549

US Attorney's Office
District of Delaware
1313 N Market St
Wilmington, DE 19801

CIT
Attn: Account Manager
75 N. Fair Oaks Ave, Ste C
Pasadena, CA  91103