**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) | Case No. 23-11240 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

Ref. Docket No. 390

**ORDER CONTINUING FINAL HEARING ON MOTION OF THE
DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS (A)
TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE CASH
COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION
LENDERS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING
A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

Upon consideration of the *Emergency Motion of the Debtors to Continue Final Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing and (B) To Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief* (the "Emergency Motion")[2] filed by AmeriFirst Financial, Inc. ("AmeriFirst") and Phoenix 1040, LLC ("Phoenix"), as debtors and debtors in possession (collectively, the "Debtors"), in these chapter 11 cases (the "Chapter 11 Cases"), and it appearing that the relief requested in the Emergency Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest and this Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

[2] Capitalized terms not otherwise defined herein shall have the meaning given them in the Emergency Motion.

States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Emergency Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Emergency Motion and opportunity for a hearing on the Emergency Motion were appropriate and no other notice need be provided; and this Court having reviewed the Emergency Motion; and the Court having held a hearing on the Emergency Motion on November 6, 2023 (the "Hearing"); and after due deliberation and good and sufficient cause appearing; and for the reasons set forth on the record at the Hearing; it is HEREBY ORDERED THAT:

1. As set forth on the record at the Hearing, the Emergency Motion is GRANTED as provided herein.

2. The Final Hearing on the DIP Motion is continued to November 21, 2023 through November 22, 2023 (the "Final Hearing").

3. The parties are directed to promptly participate in mediation before the Honorable Mary F. Walrath (the "Mediator") with the mediation to be completed by November 10, 2023. The parties shall coordinate with the Mediator's chambers on scheduling the mediation.

4. The Challenge Period is hereby extended through the date of entry of a final order approving the DIP Motion.

5. If the Committee files a motion seeking standing to bring claims against RCP with an attached draft complaint , such motion shall go out on adequate notice under the Local Rules as determined by the Court.

DE:4895-6393-0512.2 70786.001

      6.      Nothing stated herein shall preclude the Committee from requesting an extension to the Challenge Period at the Final Hearing.

      7.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

      8.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: November 16th, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

DE:4895-6393-0512.2 70786.001