# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) | Case No. 23-11240 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Docket Ref. No. 376** |

## ORDER APPROVING STIPULATION

The Court having considered the (i) *Stipulation Between AmeriFirst Financial, Inc. and Freddie Mac for the Provision of Adequate Protection and Adequate Assurances Relating to the Servicing of Freddie Mac's Loans* (the "Freddie Mac Stipulation") and (ii) *Stipulation Between AmeriFirst Financial, Inc. and Fannie Mae for the Provision of Adequate Protection and Adequate Assurances Relating to the Servicing of Fannie Mae's Loans* (the "Fannie Mae Stipulation", together with the Freddie Mac Stipulation, the "Stipulations"), attached hereto as **Exhibit 1** and **Exhibit 2**, respectively; and the Court having determined that good and adequate cause exists for approval of the Stipulations; it is hereby ORDERED that:

1. The Stipulations are approved and the Debtor is authorized to perform its obligations under the terms of the Stipulations.

2. Nothing in the Stipulations is intended to, nor shall, affect or alter in any way Freddie Mac's or Fannie Mae's rights or the Debtors' obligations under any of the Agency Agreements and Freddie Mac and Fannie Mae reserve all of their rights under the Agency Agreements and any other agreements with the Debtors. For the avoidance of doubt, pending agreement or Court

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (255) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

order resolving or determining Fannie Mae's and/or Freddie Mac's claims under their respective Agency Agreements, neither entry of this Order nor the Stipulations independently impose upon the Debtors any administrative expense for mortgage loan repurchase obligations for breaches of representations and warranties therein. Fannie Mae and Freddie Mac reserve all rights they may otherwise assert that such mortgage loan repurchase obligations are entitled to administrative claim treatment.

3. The Bankruptcy Court shall maintain jurisdiction over any dispute arising under or in connection with the Stipulations.

*Thomas M. Horan*

**Dated: November 17th, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**