# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) ) ) | Case No. 23-11240 (TMH) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Ref. Docket No. 446** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned hereby withdraws the document filed at D.I. 446, entitled "*Limited Objection and Reservation of Rights*" (the "Limited Objection").

PLEASE TAKE FURTHER NOTICE that a corrected version of the Limited Objection was filed at D.I. 448, which remains extant.

Dated: November 17, 2023

Respectfully submitted,

REED SMITH LLP

*/s/ Mark W. Eckard*
Mark W. Eckard (No. 4542)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: meckard@reedsmith.com

*Counsel for Federal Home
Loan Mortgage Corporation*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (255) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

1

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on November 17, 2023, a true and correct copy of the foregoing was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

            */s/ Mark W. Eckard*
            Mark W. Eckard