# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
|  | ) |
|  | ) (Jointly Administered) |

## DEBTORS' WITNESS AND EXHIBIT LIST
## FOR HEARING ON NOVEMBER 21, 2023 AT 2:00 P.M. (ET)

The above captioned debtors and debtors in possession (the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **November 21, 2023, at 2:00 p.m. (ET)**, before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 (the "Hearing"), at which time the following motion (the "Motion") will be heard:

- *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 21];

### WITNESSES

The Debtors designate the following persons as witnesses in connection with the Motion:

(1)  T. Scott Avila, the Debtors' Chief Restructuring Officer.

(2)  Jeffrey Dane, Independent Director.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

The Debtors also cross designate all witnesses designated by any other party in connection with the Motion, and reserve the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing in connection with the Motion:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Execution Version of Credit and Security Agreement dated as of April 21, 20212 | 338- Exhibit A |
| 2. | UCC Financing Statement | 338- Exhibit B |
| 3. | Subordination Agreement | 338- Exhibit C |
| 4. | FY 2022 P&L | 338- Exhibit D |
| 5. | 2023 August YTD P&L | 338- Exhibit D |
| 6. | 12/2/22 RCP to Flagstar Default Notice | 338- Exhibit E |
| 7. | 12/27/22 Kasowitz to RCP Default Notice | 338- Exhibit F |
| 8. | 1/4/23 Quinn Response Letter | 338- Exhibit G |
| 9. | 1/11/23 RCP to AFI Default Notice | 338- Exhibit H |
| 10. | 3/31/23 Term Sheet | 338- Exhibit I |
| 11. | Execution Version of Amended and Restated Credit and Security Agreement dated as of May 15, 2023 | 338- Exhibit J |
| 12. | Second Amendment to Credit Agreement dated 5/15/23 | 338- Exhibit K |
| 13. | Settlement Agreement | 338- Exhibit L |
| 14. | Pledge Agreement | 338- Exhibit M |
| 15. | Security Agreement | 338- Exhibit N |
| 16. | UCC Filing Amendment | 338- Exhibit O |

| 17. | 5/15/23 Side Letter | [338- Exhibit P](#) |
| --- | --- | --- |
| 18. | Email dated 6/23/23 | [338- Exhibit Q](#) |
| 19. | 8/3/23 letter RCP to AFI | [338- Exhibit R](#) |
| 20. | 8/22/23 Kasowitz to RCP Second Default Notice | [338- Exhibit S](#) |
| 21. | 8/24/23 RCP to AFI Second Default Notice | [338- Exhibit T](#) |
| 22. | Revised Budget | [353- Exhibit A](#) |
| 23. | Loan Servicing Rights Purchase and Sale Agreement | [374 - Exhibit A](#) |
| 24. | Further Revised Budget | [447](#) |
| 25. | Transcript of October 26, 2023 Hearing | N/A |
| 26. | Email from Eric Bowlby to Matt Stein dated September 18, 2023 Re: Amerifirst - Notice of Committee Appointment | N/A |

The Debtors also cross designate all exhibits designated by any other party in connection with the Motion, and reserve the right to use additional exhibits for rebuttal or impeachment purposes. The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

Dated: November 17, 2023 **PACHULSKI STANG ZIEHL & JONES LLP**

<u>*/s/ Laura Davis Jones*</u>
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*