# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 21, 2023 AT 12:30 P.M.[3] (EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801

**PLEASE NOTE NEW HEARING START TIME OF 12:30 PM (ET).**

This hearing will be conducted in person.  All participants (including witnesses) at an in-person hearing are required to attend in person, except that remote participation at an in-person hearing is permitted for: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court.

If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom.  All individuals participating by video must register by 4:00 p.m. Eastern Time on November 20, 2023.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

https://debuscourts.zoomgov.com/meeting/register/vJIsc-GgpzMvGCzju4q4ZcFNInmrwgS5HoI

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.
[2] **Amended items appear in bold.**
[3] **The Court has directed that the hearing will begin at 12:30 p.m. (ET).**

**RESOLVED MATTERS**

1. **lslandDundon Retention Application** – Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*., for Entry of an Order Authorizing and Approving the Employment and Retention of IslandDundon LLC as Financial Advisor Effective as of October 3, 2023 [Filed: 10/27/23] (Docket No. 366).

   Response Deadline:  November 10, 2023 at 4:00 p.m. Eastern Time.

   Responses Received:

   a) Informal comments from the Office of the United States Trustee (the "UST").

   Related Documents:

   a) Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*., for Entry of an Order Authorizing and Approving the Employment and Retention of IslandDundon LLC as Financial Advisor Effective as of October 3, 2023 [Filed: 11/13/23] (Docket No. 427).

   b) [Signed] Order Authorizing and Approving the Retention of IslandDundon LLC as Financial Advisor to the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*., Effective as of October 3, 2023 [Filed: 11/14/23] (Docket No. 429).

   Status:  The order has been entered.  No hearing will be necessary.

2. **Morris Nichols Retention Application** – Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel *Nunc Pro Tunc* to September 21, 2023 [Filed: 10/30/23] (Docket No. 370).

   Response Deadline:  November 13, 2023 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   a) Supplemental Declaration of Robert J. Dehney, Sr. in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel *Nunc Pro Tunc* to September 21, 2023 [Filed: 11/9/23] (Docket No. 422).

   b) Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel *Nunc Pro Tunc* to September 21, 2023 [Filed: 11/14/23] (Docket No. 432).

DE:4872-0590-0177.2 70786.001

c) [Signed] Order Authorizing the Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to September 21, 2023[Filed: 11/15/23] ([Docket No. 433](#)).

Status:  The order has been entered.  No hearing will be necessary.

3. **Jaburg Wilk Retention Application** – Debtors' Application for Authorization to Employ and Retain Jaburg & Wilk, P.C. as Special Counsel for the Debtors Effective as of October 30, 2023 [Filed: 10/31/23] ([Docket No. 375](#)).

Response Deadline:  November 14, 2023 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Certification of No Objection Regarding Debtors' Application for Authorization to Employ and Retain Jaburg & Wilk, P.C. as Special Counsel for the Debtors Effective as of October 30, 2023 [Filed: 11/16/23] ([Docket No. 438](#)).

b) [Signed] Order Authorizing the Employment and Retention of Jaburg & Wilk, P.C. as Special Counsel for the Debtors Effective as of October 30, 2023 [Filed: 11/17/23] ([Docket No. 443](#))

Status:  The order has been entered.  No hearing will be necessary.

4. **Motion to Approve Stipulations** – Debtors' Motion for Entry of Order Approving Stipulations Between (I) Debtors and Freddie Mac and (II) Debtors and Fannie Mae, for the Provision of Adequate Protection and Adequate Assurances Relating to the Servicing of Freddie Mac and Fannie Mae Loans [Filed: 10/31/23] ([Docket No. 376](#)).

Response Deadline:  November 14, 2023 at 4:00 p.m. Eastern Time.  Extended to November 16, 2023 at 4:00 p.m. Eastern Time for Freddie Mac and Fannie Mae.

Responses Received:

a) Informal comments from Freddie Mac and Fannie Mae.

Related Documents:

a) Certification of Counsel Regarding Debtors' Motion for Entry of Order Approving Stipulations Between (I) Debtors and Freddie Mac and (II) Debtors and Fannie Mae, for the Provision of Adequate Protection and Adequate Assurances Relating to the Servicing of Freddie Mac and Fannie Mae Loans [Filed: 11/16/23] ([Docket No. 440](#)).

b) [Signed] Order Approving Stipulation [Filed: 11/17/23] ([Docket No. 445](#)).

Status:  The order has been entered.  No hearing will be necessary.

DE:4872-0590-0177.2 70786.001

5.     **<u>Bar Date Motion</u>** – Debtors' Motion for Entry of an Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim By Governmental Units; (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims; (IV) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date; (V) Approving the Form of and Manner for Filing Proofs of Claim; (VI) Approving a Notice of Bar Dates; and (VII) Granting Related Relief [Filed: 11/7/23] ([Docket No. 418](#)).

<u>Response Deadline</u>:  November 14, 2023 at 4:00 p.m. Eastern Time.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

a)    Notice of Filing of Exhibit B to Debtors' Motion for Entry of an Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim By Governmental Units; (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims; (IV) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date; (V) Approving the Form of and Manner for Filing Proofs of Claim; (VI) Approving a Notice of Bar Dates; and (VII) Granting Related Relief [Filed: 11/9/23] ([Docket No. 423](#)).

b)    Certification of No Objection Regarding Debtors' Motion for Entry of an Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim By Governmental Units; (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims; (IV) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date; (V) Approving the Form of and Manner for Filing Proofs of Claim; (VI) Approving a Notice of Bar Dates; and (VII) Granting Related Relief [Filed: 11/16/23] ([Docket No. 439](#)).

c)    [Signed] Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim By Governmental Units; (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims; (IV) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date; (V) Approving the Form of and Manner for Filing Proofs of Claim; (VI) Approving a Notice of Bar Dates; and (VII) Granting Related Relief [Filed: 11/17/23] ([Docket No. 444](#)).

<u>Status</u>:  The order has been entered.  No hearing will be necessary.

## <u>MATTERS GOING FORWARD</u>

6.     **<u>DIP Motion</u>** – Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II)

Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] (Docket No. 21).

Response Deadline:  October 20, 2023.

Responses Received:

a)  Informal comments received from GNMA and the FHA.

b)  Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/12/23] (Docket No. 113).

   (i)  [Signed] Order Denying Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/13/23] (Docket No. 115).

c)  Preliminary Objection of Eric Bowlby to Debtors' First Day Motions [Filed: 8/30/23] (Docket No. 44).

d)  Supplemental Objection of Eric Bowlby to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/13/23] (Docket No. 116).

   (i)  Declaration of Eric Bowlby, Former CEO and Majority Shareholder of AFI, in Support of Eric Bowlby's Supplemental Objection to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/22/23] (Docket No. 154).

e)  Statement of the Official Committee of Unsecured Creditors Concerning the Debtors' First Day Motions and Requesting Status Conference [Filed: 9/27/23] (Docket No. 171).

f)  United States Trustee's Objection to Debtors' Motion for Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II)

DE:4872-0590-0177.2 70786.001

Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 10/13/23] (Docket No. 254).

g)   [SEALED] Preliminary Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/13/23] (Docket No. 256).

　　(i)   [UNREDACTED] Preliminary Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/6/23] (Docket No. 403).

h)   [Redacted] Preliminary Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/18/23] (Docket No. 281).

i)   [SEALED] Amended and Restated Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/22/23] (Docket No. 310).

　　(i)   [UNREDACTED] Amended and Restated Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/6/23] (Docket No. 404).

j)   [REDACTED] Amended and Restated Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/25/23] (Docket No. 352).

Replies:

DE:4872-0590-0177.2 70786.001

a) Reply of the Debtors in Support of Motion of the Debtors for Interim and Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/14/23] (Docket No. 118).

b) Debtors' Supplemental Omnibus Reply in Support of Motion for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/24/23] (Docket No. 338).

c) [SEALED] Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. in Further Support of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/24/23] (Docket No. 335).

    i. Motion of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. for Leave to File and Serve a Late Reply in Further Support of the Debtors' DIP Motion [Filed: 10/24/23] (Docket No. 336).

    ii. [Signed] Order Granting Motion of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. for Leave to File and Serve a Late Reply in Further Support of the Debtors' DIP Motion [Filed: 10/25/23] (Docket No. 342).

    iii. Motion for Entry of an Order Authorizing the Filing of the Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. in Further Support of the Debtors' DIP Motion Under Seal [Filed: 10/27/23] (Docket No. 368).

    iv. United States Trustee's Omnibus Objection to Motions to File Under Seal [Filed: 11/2/23] (Docket No. 384).

    v. Notice of Withdrawal of Docket Nos. 368 and 369 [Filed: 11/6/23] (Docket No. 409).

    vi. [UNSEALED] Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. in Further Support of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/6/23] (Docket No. 410).

DE:4872-0590-0177.2 70786.001

d. [REDACTED] Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P., in Further Support of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Post-Petition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I.21] [Filed: 10/27/23] (Docket No. 369).

    i. Notice of Withdrawal of Docket Nos. 368 and 369 [Filed: 11/6/23] (Docket No. 409).

<u>Related Documents</u>:

a) Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] (Docket No. 37).

b) Notice of Filing of Revised Proposed Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/30/23] (Docket No. 47).

c) Certification of Counsel Regarding Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/31/23] (Docket No. 57).

d) [Signed] Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/31/23] (Docket No. 61).

e) Notice of Entry of Interim Order and Final Hearing Regarding Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/1/23] (Docket No. 67).

f) Notice of Filing of Proposed Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 9/7/23] (Docket No. 82).

g) Notice of Filing of Budget [Filed: 9/8/23] (Docket No. 87).

DE:4872-0590-0177.2 70786.001

h) Debtors' Witness and Exhibit List for Hearing on September 18, 2023 at 2:00 p.m. (ET) [Filed: 9/14/23] (Docket No. 119).

i) Notice of Emergency Zoom Hearing September 15, 2023 at 4:00 p.m. [Filed: 9/15/23] (Docket No. 123).

j) Re-Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/18/23] (Docket No. 138).

k) Eric Bowlby's Witness List and Exhibit List for Hearing on September 26, 2023 at 11:00 a.m. (ET) [Filed: 9/22/23] (Docket No. 155).

l) Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] (Docket No. 175).

m) Certification of Counsel Regarding Scheduling and Protective Order [Filed: 10/3/23] (Docket No. 203).

n) [Signed] Scheduling and Protective Order [Filed: 10/5/23] (Docket No. 222).

o) Notice of Filing of Proposed Revised Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 10/6/23] (Docket No. 231).

p) Debtors' Witness and Exhibit List for Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/24/23] (Docket No. 328).

q) Witness and Exhibit List of the Official Committee of Unsecured Creditors for October 26, 2023, Hearing [Filed: 10/24/23] (Docket No. 330).

r) Exhibit List of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-Iv-A), L.P. for the Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/24/23] (Docket No. 339).

s) Debtors' Amended Witness and Exhibit List for Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/25/23] (Docket No. 349).

t) Notice of Filing of Revised Budget [Filed 10/25/23] (Docket No. 353).

u) Debtors' Second Amended Witness and Exhibit List for Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/25/23] (Docket No. 354).

DE:4872-0590-0177.2 70786.001

v) Amended Exhibit List of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. for the Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/26/23] (Docket No. 356).

w) Re-Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/27/23] (Docket No. 365).

x) [Signed] Order Continuing Final Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/16/23] (Docket No. 435).

y) Notice of Filing of Further Revised Budget [Filed: 11/17/23] (Docket No. 447).

z) **Debtors' Witness and Exhibit List for Hearing on November 21, 2023 at 2:00 p.m. (ET) [Filed: 11/17/23] (Docket No. 453).**

aa) **Second Amended Exhibit List of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. for the Hearing on November 21, 2023 at 2:00 p.m. (ET) [Filed: 11/17/23] (Docket No. 454).**

Status:  This matter will go forward.

7. **Money Source Sale Motion** – Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Mortgage Servicing Rights and Obligations to the Money Source Inc. Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Loan Servicing Rights Purchase and Sale Agreement; and (III) Granting Related Relief [Filed: 10/31/23] (Docket No. 374).

Response Deadline:  November 14, 2023 at 4:00 p.m. Eastern Time.  Extended to November 16, 2023 at 4:00 p.m. Eastern Time for Fannie Mae.  Extended to November 16, 2023 for Ginnie Mae.  Extended to November 17, 2023 at 12:00 p.m. Eastern Time for Freddie Mac.

Responses Received:

a) Informal Responses from Ginnie Mae and RCP.

b) Limited Objection and Reservation of Rights of Federal National Mortgage Association to Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and Obligations to the Money Source Inc. Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the

Terms of the Loan Servicing Rights Purchase and Sale Agreement; and (III) Granting Related Relief [Filed: 11/16/23] (Docket No. 437).

   i.  Declaration of Jordan A. Weber in Support of Limited Objection and Reservation of Rights of Federal National Mortgage Association to Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and Obligations to the Money Source Inc. Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Loan Servicing Rights Purchase and Sale Agreement; and (III) Granting Related Relief [Filed: 11/17/23] (Docket No. 442).

c)  Limited Objection and Reservation of Rights of the Federal Home Loan Mortgage Corporation to Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Mortgage Servicing Rights and Obligations to the Money Source Inc. Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Loan Servicing Rights Purchase and Sale Agreement; and (III) Granting Related Relief [Filed: 11/17/23] (Docket No. 446).

   **i.  Notice of Withdrawal [Filed: 11/17/23] (Docket No. 451).**

d)  Limited Objection and Reservation of Rights of the Federal Home Loan Mortgage Corporation to Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Mortgage Servicing Rights and Obligations to the Money Source Inc. Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Loan Servicing Rights Purchase and Sale Agreement; and (III) Granting Related Relief [Filed: 11/17/23] (Docket No. 448).

Related Documents:  None as of the date hereof.

Status:  This matter will go forward.

*[Remainder of Page Intentionally Left Blank]*

DE:4872-0590-0177.2 70786.001

Dated:  November 20, 2023
        Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email:  ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

12