**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) ) ) | Case No. 23-11240 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) **Re: D.I. 21, 281, 310, 403, 404** |

**NOTICE OF FILING OF COMMITTEE'S PROPOSED FINAL ORDER[2]
(I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND
(B) TO UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE
PROTECTION TO PREPETITION LENDERS, (III) MODIFYING THE
AUTOMATIC STAY, AND (IV) GRANTING RELATED RELIEF**

    **PLEASE TAKE NOTICE** that, on October 18, 2023, the official committee of unsecured creditors appointed in the above-captioned chapter 11 cases (the "Committee") filed the *Preliminary Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (D.I. 281), and, on October 22, 2023, filed the *Amended and Restated Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (D.I. 310) (collectively, the "Committee DIP Objection"), objecting to the final relief sought by the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") in the *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (D.I. 21) (the "DIP Financing Motion") and as reflected in the proposed order filed by the Debtors on October 6, 2023 (D.I. 231) (the "Proposed Final DIP Order").

    **PLEASE TAKE FURTHER NOTICE** that, in an effort to aid the Debtors, Reverence Capital Partners and its affiliates ("RCP"), other parties in interest, and this Court, the Committee has revised the Debtors' Proposed Final DIP Order to address the concerns raised by the Committee in the Committee DIP Objection, which such draft is attached hereto as **Exhibit A** (the

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKellips Road, Suite 117, Mesa, AZ 85203.

[2]     Consistent with a meet and confer with counsel to the Debtors and RCP, this proposed order was shared last night with them and counsel to the Office of the United States Trustee and Mr. Bowlby.

"Committee's Proposed Final DIP Order"), together with a redline comparing the Committee's Proposed Final DIP Order to the Debtors' Proposed Final DIP Order attached hereto as **Exhibit B**.

|  |  |
|---|---|
| Dated: November 21, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Robert J. Dehney*<br>Donna L. Culver (No. 2983)<br>Robert J. Dehney (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel B. Butz (No. 4227)<br>Evanthea Hammer (No. 7061)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dculver@morrisnichols.com<br>       rdehney@morrisnichols.com<br>       eschwartz@morrisnichols.com<br>       dbutz@morrisnichols.com<br>       ehammer@morrisnichols.com<br><br>-and-<br><br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn, Esq. (admitted *pro hac vice*)<br>Kurt A. Mayr, Esq. (admitted *pro hac vice*)<br>Malak Doss, Esq. (admitted *pro hac vice*)<br>Naznen Rahman Esq. (admitted *pro hac vice*)<br>1185 Avenue of the Americas, 22nd Floor<br>New York, NY 10036<br>Telephone: (212) 970-1600<br>E-mail: aglenn@glennagre.com<br>       kmayr@glennagre.com<br>       mdoss@glennagre.com<br>       nrahman@glennagre.com<br><br>**COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |