# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIFIRST FINANCIAL, INC.,[1] *et al.*, | ) | Case No. 23-11240 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | | **Re: D.I. 494, 495** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on November 30, 2023, the undersigned counsel caused a copy of the following documents to be served via CM/ECF on all counsel and parties who have entered appearances and consented to CM/ECF notification, and in the manner indicated upon the parties on **Exhibits A and B**:

a. *Order Shortening Notice of Hearing on the Committee's Application to Retain Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel* (D.I. 494); and

b. *Notice of Hearing Date and Objection Deadline Regarding Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc. et al. for an Order Authorizing the Retention and Employment of Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel* Nunc Pro Tunc *to November 7, 2023* (D.I. 495).

[*Signature page follows.*]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

| | |
|---|---|
| Dated: November 30, 2023<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Daniel B. Butz*<br>Donna L. Culver (No. 2983)<br>Robert J. Dehney, Sr. (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel B. Butz (No. 4227)<br>Evanthea Hammer (No. 7061)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dculver@morrisnichols.com<br>       rdehney@morrisnichols.com<br>       eschwartz@morrisnichols.com<br>       dbutz@morrisnichols.com<br>       ehammer@morrisnichols.com<br><br>**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |