

RECEIVED

2023 DEC -4 AM 9:50

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AMERIFIRST FINANCIAL, INC., et al.,

Debtors.[1]

Chapter 11

Case No. 23-11240 (TMH

(Jointly Administered)

Hearing Date: December 18, 2023 at 10:
Response Deadline: December 3, 2023 at 5:

### RESPONSE TO DEBTORS' OBJECTION TO CLAIM OF MORTGAGESHOTS, LLC (Doc 389)

I, Kian Ramsay, a Managing Partner of MortgageShots, LLC declare the following in response to the Debtors' Objection to Claim of MortgageShots, LLC. Doc 389

1. MortgageShots, LLC is a marketing and recruiting company serving the lending and real estate industry located in Vacaville, CA. We have published daily news and sales nourishment videos for industry professionals since 2010 recognized nationally as The National Real Estate Post.
2. The MortgageShots/NREP revenue model consists of website sponsorships, equity positions in promoted technology platforms, and overrides on recruited loan officer and mortgage branch production with several regional and national mortgage companies. We provide marketing services to both retail and wholesale operations.
3. On June 4, 2021 MortgageShots, LLC agreed to begin marketing & recruiting services with CEO Eric Bowlby for AmeriFirst Financial, Inc., the AFI RELO program, the CASH-IS-KING program and Truly Broker TPO. This agreement was the result of an in-person meeting at the Grand Sierra Resort in Reno, NV and outlined in email instructions to Renee Zabel, Chief People Officer at AmeriFirst Financial, Inc.
4. Email copy (written evidence to the claim) from Eric Bowlby (Exhibit 1) and acknowledgement from Renee Zable (Exibit 2) is provided below.
5. The consulting terms were clearly outlined as $30,000 monthly to MortgageShots, LLC guaranteed for an initial 6-month period while developing a new Region within AFI.
6. For compliance purpose at the request of AFI, MortgageShots, LLC selected Member Joanna Lockhart to serve as Non-Producing Branch Manager on the AFI payroll with her salary subtracted from the $30,000 guarantee.

7. The first payment executed in this partnership occurred in July 2021 for $25,000 plus $5,000 AFI payroll to MortgageShots, LLC member Joanna Lockhart. A total of $30,000 monthly.
8. Joanna Lockhart's AFI salary increased to $10,000 monthly with $20,000 to MortgageShots, LLC in May 2022. A total of $30,000 monthly.
9. Clearly, based on the performance of documented payments to MortgageShots, LLC and continued AFI payroll payments to MortgageShots, LLC member Joanna Lockhart, the initial 6-month guarantee was verbally extended and on-going for productive marketing & recruiting services.
10. As requested by Linda Richenderfer of the Office of the U.S. Trustee during the UCC interview, a record of paid invoices to prove participation is included below.
11. Sometime in December 2022, MortgageShots notified Renee Zabel of AFI that the November Marketing invoice was still outstanding.
12. AFI promptly paid the November 2022 invoice with credit card ending in *** 2024 for $20,000.
13. MortgageShots, LLC stopped receiving payments beginning with the December 2022 invoice and has pursued them as outstanding money due.
14. Eric Bowlby and Renee Zabel offered assurances throughout 2023 that outstanding fees would be paid.
15. On good faith, personal history, and based on the fact Joanna Lockhart continued to receive AFI payroll in the amount of $10,000 monthly, MortgageShots, LLC continued marketing and recruiting services for AFI, and other mentioned AFI and Truly Broker programs.
16. MortgageShots, LLC continued to perform services, invoice AFI as requested and seek payment as agreed until Joanna Lockhart's AFI $10,000 monthly salary was terminated on September 5, 2023.
17. Upon learning of the Chapter 11 filing, MortgageShots, LLC applied to participate as a member of the UCC seeking to recover monies earned and owed. Managing Partner Kian Ramsay was elected to serve and UCC member representative.
18. UCC Questionnaire is provided in the Debtors' Objection to Claim.
19. AmeriFirst Financial, Inc. LOI with MortgageShots, LLC is provided in the Debtors' Objection to Claim
20. MortgageShots, LLC and its Members are certain the email correspondence and confirmation with AmeriFirst Financial, Inc. executives Eric Bowlby and Renee Zabel as well as the proven extension and payment performance provide sufficient evidence of a valid claim.

I declare under penalty of perjury that the information provided in this response is true and verifiable to the best of my knowledge, information and belief.

Dated: 11/30/2023

Kian Ramsay

Managing Partner and Representative
925-818-1167
kian@mortgageshots.com

MortgageShots, LLC
479 Mason St. #213
Vacaville, CA 95688

**Exhibit 1**

Eric Bowlby email with AFI agreed terms to Brian Stevens, Managing Partner, MortgageShots, LLC

Dated June 4, 2021

---

On Fri, Jun 4, 2021 at 9:08 AM Bowlby, Eric <EBowlby@amerifirst.us> wrote:

Good morning Renee,

I should have sent this email 2 days ago but have been on the road and in meetings.

It gives me great pleasure to introduce you to my new friend Brian Stevens. He might be the most famous person in the mortgage world. So far the only person I have meet that tells a better story than I do. I am not sure which one of us is more full of s@#$.

He and his team will be joining our family and I need you to help get their employment agreements started. Brian will be going under Robert Cotton in RELO. He will also be joining in a partnership with me on a branch and regional basis. So need verbiage for the following:

6 month guarantee for $30,000 a month. Brian will give you how he wants this divided between himself and his team. Some may be through payroll and others may be from his current company billing us as consultants.

    a. Out of the $30,000 there will be $9,000 that will actually be given as a salary for one of his team members. I will let Brian give you the details.

2. He and I will be 50/50 partners on the Branches we do together as well as our new Region. Brian is far more creative so I will let him pick our name for the Region.
3. I also need an agreement that if there is ever a liquidation of the company meaning I sell. That the same mathematical formula applied to the company will be applied to the branch and the regional income and will be split 50/50 between us.

I cannot even begin to tell you how excited I am to be working with Brian. He is a true patriot to the mortgage and real estate space. His intelligence is off the charts and his sense of humor is amazing. I think it is his own personal goal to try to offend me. I keep telling him it is impossible. We may need to wait 2 weeks to make everything official. We have a $1 bet between us on who is going to kick whose ass in the ring. I think he may take me but I am going to get him drunk before the fight to give me an advantage.

Brian,

From your side need to know if you are going to share the RELO position with your team or if each team member will hold their own position. Just a reminder each team member needs their own NMLS license. Brother we are going to get this movement started. We are going to have a ton of fans and a ton of haters. Either way I am happy.

If I missed anything above let me know. Renee is our Chief People Officer. She is truly amazing and like your team does for you she makes me look better than I am. You are in good hands.

Eric Bowlby
**Chief Executive Officer**
D: 480.344.1902 | M: 480.797.6092 | F: 480.374.7002
275 E. Rivulon Blvd., Ste. 300, Gilbert, AZ  85297

**Exhibit 2**

Renee Zabel email with AFI confirmation to MortgageShots, LLC

Dated June 7, 2021

---

**From:** kian ramsay <kian@mortgageshots.com>
**Sent:** Monday, June 7, 2021 1:04 PM
**To:** Zabel, Renee <rzabel@amerifirst.us>; MortgageShots <mortgageshots@gmail.com>
**Cc:** Joanna Lockhart <joannalockhart707@gmail.com>
**Subject:** RE: summary talk w Kian and Renee

Renee… I'm adding our partner, Joanna Lockhart to help us figure this out.

Joanna does have a RE license and is a full partner (with Brian & me) in our LLC.

Question: With how you would like to structure the "region", who needs to have an NMLS license? Is it required?


**From:** Zabel, Renee <rzabel@amerifirst.us>
**Sent:** Monday, June 7, 2021 10:41 AM
**To:** kian ramsay <kian@mortgageshots.com>; MortgageShots <mortgageshots@gmail.com>
**Subject:** summary talk w Kian and Renee

Hey Kian!!!! Great 1st chat my friend! Looking forward to working with you both and spoiling you with amazing support and communication!! The below is the summary on what we talked about and things for you and Brian to consider. We can all jump on call or you can discuss and we can get this party started!!

- Brian will be under Robert Cotton for RELO – no prob
- Brian to be Regional Manager
- Kian perhaps 'Area manager'?
- CA req min salary for managers/leadership- the state of CA requires under wage and hour DOL provisions that you both be paid annual salary of $58,240.00. Reason being is the capacity you both will be in is that of Non Producing leaders but still requires us to hire you as W2 employee's. So needing to keep it compliant for you two fabulous fellas and us 😊 In talking to Kian it sounds like neither of you truly care about the salary but we still are required to pay it to you both, so what will happen is that amount will hit the threshold I discussed with Kian so it will essentially be a wash..
- Do you guys have a current location with lease? If so can you send to me as I will get compliance working on the licensing etc or did you discuss with Eric or an existing location?
- Do either of you have your RE or MLO lic? Is it active and /or currently tied to another company (if MLO) If not I can help with any needs in this area!

<u>**The below would be through payroll and you guys can allocate any way you wish – just tell me and I got you!!**</u>

- 6 month guarantee for $30,000 a month. Brian will give you how he wants this divided between himself and his team. Some may be through payroll and others may be from his current company billing us as consultants. Out of the $30,000 there will be $9,000 that will actually be given as a salary for one of his team members. How do you guys want this handled and who will be that person and role?

- 50/50 partners on the Branches we do together as well as our new Region. This is easy enough just let me know that great name for the region you want!
- RZ: No problem with this: I also need an agreement that if there is ever a liquidation of the company meaning I sell. That the same mathematical formula applied to the company will be applied to the branch and the regional income and will be split 50/50 between us.

I can jump on a call with you both this afternoon if you want. Just let me know the time and we can make everything perfect!

**Renee Zabel**
**Chief People Officer**
D: 480.339.2201 | M: 480.321.9944 | F: 480.339.2202
15333 N. Pima Rd., Ste, 205, Scottsdale, AZ  85260

**Exhibit 3**

AFI performance – outstanding invoices, paid invoices

---

**Outstanding Invoices**

| Invoice# | Customer Name | Status | Due Date | Balance Due |
|---|---|---|---|---|
| INV-001912 | Amerifirst Financial Inc. | Overdue | 09.01.2023 | $20,000.00 |
| INV-001897 | Amerifirst Financial Inc. | Overdue | 08.01.2023 | $20,000.00 |
| INV-001883 | Amerifirst Financial Inc. | Overdue | 07.01.2023 | $20,000.00 |
| INV-001868 | Amerifirst Financial Inc. | Overdue | 06.01.2023 | $20,000.00 |
| INV-001833 | Amerifirst Financial Inc. | Overdue | 05.01.2023 | $20,000.00 |
| INV-001812 | Amerifirst Financial Inc. | Overdue | 04.01.2023 | $20,000.00 |
| INV-001801 | Amerifirst Financial Inc. | Overdue | 03.01.2023 | $20,000.00 |
| INV-001785 | Amerifirst Financial Inc. | Overdue | 02.01.2023 | $20,000.00 |
| INV-001771 | Amerifirst Financial Inc. | Overdue | 01.01.2023 | $20,000.00 |
| INV-001767 | Amerifirst Financial Inc. | Overdue | 12.01.2022 | $20,000.00 |

**Paid Invoices**

| Invoice# | Cusomer Name | Status | Date Paid | Amount | Reference Number | Notes |
|---|---|---|---|---|---|---|
| INV-001742 | Amerifirst Financial Inc. | Paid | 12.07.2022 | $20,000.00 | 6L632631D4789333R | Credit Card **** **** **** |
| INV-001719 | Amerifirst Financial Inc. | Paid | 10.28.2022 | $20,000.00 | 4NU19157XE819903G | Credit Card **** **** **** |
| INV-001704 | Amerifirst Financial Inc. | Paid | 09.14.2022 | $20,000.00 | 1TA09618WN812361J | Credit Card **** **** **** |
| INV-001694 | Amerifirst Financial Inc. | Paid | 08.11.2022 | $20,000.00 | 56T4122484462264V | Credit Card **** **** **** |
| INV-001682 | Amerifirst Financial Inc. | Paid | 07.08.2022 | $20,000.00 | 4BA826097G6092836 | Credit Card **** **** **** |
| INV-001677 | Amerifirst Financial Inc. | Paid | 07.08.2022 | $20,000.00 | 7T648822SD5944645 | Credit Card **** **** **** |
| INV-001661 | Amerifirst Financial Inc. | Paid | 05.09.2022 | $20,000.00 | 8SN470266F165550K | Credit Card **** **** **** |
| INV-001645 | Amerifirst Financial Inc. | Paid | 04.26.2022 | $25,000.00 | 83K46930MX173291G | Credit Card **** **** **** |
| INV-001627 | Amerifirst Financial Inc. | Paid | 03.02.2022 | $25,000.00 | 1WK08502E5451421R | Credit Card **** **** **** |
| INV-001612 | Amerifirst Financial Inc. | Paid | 02.03.2022 | $25,000.00 | 6XY50139R57938806 | Credit Card **** **** **** |
| INV-001598 | Amerifirst Financial Inc. | Paid | 01.18.2022 | $25,000.00 | 4HD23110VM288061H | Credit Card **** **** **** |
| INV-001584 | Amerifirst Financial Inc. | Paid | 12.01.2021 | $25,000.00 | 58D71536XP4447350 | Credit Card **** **** **** |
| INV-001551 | Amerifirst Financial Inc. | Paid | 11.05.2021 | $50,000.00 | 7HK51636PK950954W | Credit Card: Steve Larso |
| INV-001567 | | Paid | | | | |
| INV-001541 | Amerifirst Financial Inc. | Paid | 09.29.2021 | $25,000.00 | 5NW24930UW4232118 | Credit Card **** **** **** |
| INV-001523 | Amerifirst Financial Inc. | Paid | 08.27.2021 | $25,000.00 | 4DW48347LG0576217 | Credit Card **** **** **** |
| INV-001501 | Amerifirst Financial Inc. | Paid | 07.26.2021 | $25,000.00 | 3LD50525WP821233E | Credit Card **** **** **** |