## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC.,[1]<br><br>                           Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 23-11240 (TMH)<br>) (Jointly Administered)<br>)<br>) |

**Objection Deadline: December 26, 2023 at 4:00 p.m. (ET)**
**Hearing Date: To be scheduled**

### NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), counsel to the debtors and debtors in possession (collectively, the "Debtors"), in the above-captioned chapter 11 cases, has filed its *First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from August 24, 2023 through November 30, 2023* (the "Application") seeking fees in the amount of $2,752,770.25 and reimbursement of actual and necessary expenses in the amount of $30,208.63 for the period from August 24, 2023 through November 30, 2023 .

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 26, 2023 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

DE:4858-8771-1633.4 70786.001

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Debtors, AmeriFirst Financial Inc., 575 West Chandler Boulevard, Suite 225, Unit 236, Chandler, Arizona 85225, Attn: Chief Restructuring Officer; (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), David M. Bertenthal, Esq. (dbertenthal@pszjlaw.com), and Timothy P. Cairns, Esq. (tcairns@pszjlaw.com); (iii) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda Richenderfer, Esq. (linda.richenderfer@usdoj.gov); (iv) counsel to the official committee of unsecured creditors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Donna L. Culver, Esq. (dculver@morrisnichols.com), Robert J. Dehney, Esq. (rdehney@morrisnichols.com), Eric D. Schwartz, Esq. (eschwartz@morrisnichols.com), Daniel B. Butz, Esq. (dbutz@morrisnichols.com), Evanthea Hammer, Esq. (ehammer@morrisnichols.com); and (v) counsel to the DIP Agent and the DIP Lenders, (a) Quinn Emanuel Urquhart & Sullivan, LLP, 711 Louisiana Street, Suite 500, Houston, Texas 77002, Attn: Attn.: Patricia B. Tomasco, Esq. (pattytomasco@quinnemanuel.com), (b) Quinn Emanuel Urquhart & Sullivan, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017, Attn: Bennett Murphy, Esq. (bennettmurphy@quinnemanuel.com) and (c) Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, Delaware 19801, Attn: Christopher M. Samis, Esq. (csamis@potteranderson.com), L. Katherine Good, Esq. (kgood@potteranderson.com), Brett M. Haywood, Esq. (bhaywood@potteranderson.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **A DATE AND TIME TO BE DETERMINED** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated:  December 5, 2023<br>         Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>Email:  ljones@pszjlaw.com<br>          dbertenthal@pszjlaw.com<br>          tcairns@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |