# EXHIBIT A

**Customary and Comparable Compensation Disclosures with Fee Applications**

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy* | BILLED<br><br>In this fee application |
| Sr./Equity Partner/Shareholder | $1,050.00 | $1,437.80 |
| Of Counsel | $950.00 | $1,249.86 |
| Associate (4-6 years since first admission) | $750.00 | $725.00 |
| Law Library Director | $450.00 | $595.00 |
| Paralegal | $450.00 | $541.00 |
| Case Management Assistants | $300.00 | $425.00 |
| All timekeepers aggregated | $950.00** | $1,242.79 |

Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2021, non-estate work represented approximately 6-8% of the Firm's revenues, and in 2022 non-estate work represented approximately 8-10% of the Firm's revenues. It is expected that non-estate work in 2023 will represent approximately 8-10% of the Firms' revenues.

**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

Case Name:       AmeriFirst Financial, Inc.
Case Number:     23-11240 (TMH)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 12/5/2023
Interim or Final  Interim

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**