# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| David M. Bertenthal | Partner | Bankruptcy | 1993 | $240,265.00 | 165.70 | $1,450.00 | $1,450.00 | 0 |
| John A. Morris | Partner | Bankruptcy | 1991 | $202,275.00 | 130.50 | $1,550.00 | $1,550.00 | 0 |
| John A. Morris | Partner | Bankruptcy | 1991 | $9,997.50 | 12.90 | $775.00 | $775.00 | 0 |
| James E. O'Neill | Partner | Bankruptcy | 1985 | $1,275.00 | 1.00 | $1,275.00 | $1,275.00 | 0 |
| Joshua M. Fried | Partner | Bankruptcy | 1995 | $125,205.00 | 98.20 | $1,275.00 | $1,275.00 | 0 |
| Laura Davis Jones | Partner | Bankruptcy | 1986 | $462,076.00 | 264.80 | $1,745.00 | $1,745.00 | 0 |
| Maxim B. Litvak | Partner | Bankruptcy | 1997 | $390,872.50 | 270.50 | $1,445.00 | $1,445.00 | 0 |
| Maxim B. Litvak | Partner | Bankruptcy | 1997 | $24,203.75 | 33.50 | $722.50 | $722.50 | 0 |
| Robert B. Orgel | Partner | Bankruptcy | 1981 | $93,945.50 | 58.90 | $1,595.00 | $1,595.00 | 0 |
| Stanley E. Goldrich | Partner | Bankruptcy | 1980 | $52,731.00 | 37.80 | $1,395.00 | $1,395.00 | 0 |
| Timothy P. Cairns | Partner | Bankruptcy | 2002 | $211,950.00 | 188.40 | $1,125.00 | $1,125.00 | 0 |
| Beth E. Levine | Of Counsel | Bankruptcy | 1992 | $21,681.00 | 19.80 | $1,095.00 | $1,095.00 | 0 |
| Cia H. Mackle | Of Counsel | Bankruptcy | 2006 | $67,802.50 | 73.30 | $925.00 | $925.00 | 0 |
| Gail S. Greenwood | Of Counsel | Bankruptcy | 1994 | $41,172.00 | 37.60 | $1,095.00 | $1,095.00 | 0 |
| Jonathan J. Kim | Of Counsel | Bankruptcy | 1995 | $50,525.00 | 43.00 | $1,175.00 | $1,175.00 | 0 |
| Mary F. Caloway | Of Counsel | Bankruptcy | 1990 | $541,620.00 | 401.20 | $1,350.00 | $1,350.00 | 0 |

Case Name:            AmeriFirst Financial, Inc.
Case Number:          23-11240 (TMH)
Applicant's Name:     Pachulski Stang Ziehl & Jones LLP
Date of Application:  12/5/2023
Interim or Final      Interim

---

[1] If applicable.

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[2] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Peter J. Keane | Of Counsel | Bankruptcy | 2008 | $ 7,687.50 | 7.50 | $1,025.00 | $1,025.00 | 0 |
| Richard J. Gruber | Of Counsel | Bankruptcy | 1982 | $ 1,525.00 | 1.00 | $1,525.00 | $1,525.00 | 0 |
| Victoria A. Newmark | Of Counsel | Bankruptcy | 1996 | $ 1,057.50 | 0.90 | $1,175.00 | $1,175.00 | 0 |
| William L. Ramseyer | Of Counsel | Bankruptcy | 1980 | $ 9,847.50 | 10.10 | $ 975.00 | $ 975.00 | 0 |
| Edward A. Corma | Associate | Bankruptcy | 2018 | $ 58,072.50 | 80.10 | $ 725.00 | $ 725.00 | 0 |
| Cheryl A. Knotts | Paralegal | Bankruptcy | N/A | $ 6,336.00 | 12.80 | $ 495.00 | $ 495.00 | 0 |
| Karina K. Yee | Paralegal | Bankruptcy | N/A | $ 73,193.50 | 134.30 | $ 545.00 | $ 545.00 | 0 |
| La Asia S. Canty | Paralegal | Bankruptcy | N/A | $ 5,995.00 | 11.00 | $ 545.00 | $ 545.00 | 0v |
| Melissa N. Flores | Paralegal | Bankruptcy | N/A | $ 54.50 | 0.10 | $ 545.00 | $ 545.00 | 0 |
| Patricia E. Cuniff | Paralegal | Bankruptcy | N/A | $ 545.00 | 1.00 | $ 545.00 | $ 545.00 | 0 |
| Patricia J. Jeffries | Paralegal | Bankruptcy | N/A | $ 327.00 | 0.60 | $ 545.00 | $ 545.00 | 0 |
| Leslie A. Forrester | Library | Bankruptcy | N/A | $ 595.00 | 1.00 | $ 545.00 | $ 545.00 | 0 |
| Andrea R. Paul | Case Mgmt. Assist | Bankruptcy | N/A | $ 7,225.00 | 17.00 | $ 425.00 | $ 425.00 | 0 |
| Charles J. Bouzoukis | Case Mgmt. Assist | Bankruptcy | N/A | $ 42,712.50 | 100.50 | $ 425.00 | $ 425.00 | 0 |
| Total: | | | | $215,173.50 | 377.90 | | | |

| | |
|---|---|
| Case Name: | AmeriFirst Financial, Inc. |
| Case Number: | 23-11240 (TMH) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 12/5/2023 |
| Interim or Final | Interim |

---

[2] If applicable.

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**