# EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

**EXHIBIT D-1**

**Summary of Compensation Requested by Project Category**

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Analysis and Recovery | 20.00 | $ 30,000.00 | 18.40 | $ 26,608.00 |
| Asset Disposition | 300.00 | $ 400,000.00 | 276.50 | $ 376,470.50 |
| Bankruptcy Litigation | 1,000.00 | $1,200,000.00 | 936.30 | $1,184,176.00 |
| Case Administration | 60.00 | $ 30,000.00 | 55.60 | $ 29,339.00 |
| Claims Administration and Objections | 40.00 | $ 40,000.00 | 35.60 | $ 40,761.00 |
| PSZJ Compensation | 20.00 | $ 14,000.00 | 16.50 | $ 13,525.50 |
| Other Professional Compensation | 10.00 | $ 9,000.00 | 7.70 | $ 8,872.50 |
| Employee Benefit/Pensions and KEIP/KERP | 30.00 | $ 30,000.00 | 29.60 | $ 33,165.50 |
| Contract and Lease Matters | 40.00 | $ 40,000.00 | 34.80 | $ 36,672.00 |
| Financial Filings | 40.00 | $ 40,000.00 | 34.40 | $ 41,962.00 |
| Financing/Cash Collateral/Cash Management | 250.00 | $ 325,000.00 | 217.80 | $ 301,207.50 |
| General Business Advice | 10.00 | $ 16,000.00 | 9.40 | $ 15,220.00 |
| General Creditors Committee | 10.00 | $ 16,000.00 | 5.60 | $ 7,239.00 |
| Hearing | 20.00 | $ 30,000.00 | 18.00 | $ 24,638.50 |
| Insurance Coverage | 10.00 | $ 6,000.00 | 6.10 | $ 4,577.50 |
| Meeting of and Communications with Creditors | 15.00 | $ 25,000.00 | 13.80 | $ 20,147.00 |
| Operations | 30.00 | $ 30,000.00 | 26.80 | $ 32,274.50 |
| Plan and Disclosure Statement | 75.00 | $ 90,000.00 | 68.10 | $ 86,473.00 |
| PSZJ Retention | 15.00 | $ 15,000.00 | 12.30 | $ 14,011.50 |
| Other Professional Retention | 400.00 | $ 400,000.00 | 339.30 | $ 416,733.50 |
| Stay Litigation | 0.00 | $ 0.00 | 0.80 | $ 780.00 |
| Tax Issues | 10.00 | $ 5,000.00 | 5.20 | $ 3,715.00 |
| Travel | 40.00 | $ 40,000.00 | 46.40 | $ 34,201.25 |
| **Total** | **2,445.00** | **$2,831,000.00** | **2,215.00** | **$2,752,770.25** |

| | |
|---|---|
| Case Name: | AmeriFirst Financial, Inc. |
| Case Number: | 23-11240 (TMH) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 12/5/2023 |
| Interim or Final | Interim |

---

[1] If applicable.

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

**EXHIBIT D -2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines C.8. for project category information.)

| Expense Category | Total Expenses |
|---|---|
| Air Fare | $2,400.00 |
| Auto Travel Expense | $ 933.67 |
| Bloomberg | $ 33.00 |
| Working Meals | $ 389.96 |
| Conference Calls | $ 42.00 |
| Delivery/Courier Service | $ 807.20 |
| Federal Express | $ 587.31 |
| Court Fees | $3,799.00 |
| Hotel Expense | $2,143.96 |
| Lexis/Nexis - Legal Research | $1,537.96 |
| Litigation Support Vendors | $ 436.00 |
| Pacer - Court Research | $2,474.07 |
| Postage | $ 57.50 |
| Reproduction Expense | $5,554.50 |
| Travel Expense[1] | $3,424.92 |
| Transcript | $5,587.58 |
| **Total:** | **$30,208.63** |

Case Name:           AmeriFirst Financial, Inc.

Case Number:         23-11240 (TMH)

Applicant's Name:    Pachulski Stang Ziehl & Jones LLP

Date of Application: 12/5/2023

Interim or Final     Interim

---

[1] This includes the Out of Town Travel Expenses.

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**