23-11240 - Amerifirst Financial, Inc. 12/11/2023 3pm ECRO: Ian Willoughby

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| John | Morris | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Laura Davis | Jones | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Mary | Caloway | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Scott | Avila | Debtors | |
| John | Kim | Eric Bowbly | Pashman Stein Walder Hayden, P.C. |
| William | Firth | Eric Bowlby | Pashman Stein Walder Hayden, P.C. |
| Daniel | Butz | Official Committee of Unsecured Creditors | Morris, Nichols, Arsht & Tunnell LLP |
| Donna | Culver | Official Committee of Unsecured Creditors | Morris, Nichols, Arsht & Tunnell LLP |
| Eric | Schwartz | Official Committee of Unsecured Creditors | Morris, Nichols, Arsht & Tunnell LLP |
| MNAT | Conference Room | Official Committee of Unsecured Creditors | Morris, Nichols, Arsht & Tunnell LLP |
| Robert | Dehney | Official Committee of Unsecured Creditors | Morris, Nichols, Arsht & Tunnell LLP |
| James | Tecce | RCP Credit Opportunities Fund Loan SPV (Fund III) | Quinn Emanuel Urquhart & Sullivan, LLP |
| Katherine | Good | RCP Credit Opportunities Fund Loan SPV (Fund III) | Potter Anderson & Corroon LLP |
| Manisha | Sheth | RCP Credit Opportunities Fund Loan SPV (Fund III) | Quinn Emanuel Urquhart & Sullivan, LLP |
| Shannon | Forshay | RCP Credit Opportunities Fund Loan SPV (Fund III) | Potter Anderson & Corroon LLP |
| Linda | Richenderfer | UST | |