# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC, *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |

### WITNESS AND EXHIBIT LIST OF RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P. AND RCP CUSTOMIZED CREDIT FUND (FUND IV-A), L.P. FOR THE HEARING ON DECEMBER 18, 2023 AT 10:00 A.M. (ET)

**PLEASE TAKE NOTICE** that RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. (collectively, "**RCP**"), by and through their undersigned counsel, hereby submit this Exhibit List in connection with the hearing scheduled for **December 18, 2023 at 10:00 a.m. (ET)**, before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 (the "**Hearing**"), at which time the following motions will be heard:

- *Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 21] (the "**DIP Motion**"); and

- *Motion of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al., for an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims* [D.I. 470] (the "**Standing Motion**" and together with the DIP Motion, the "**Motions**").

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

IMPAC 11209769v.4

## **EXHIBITS**

RCP designates the following exhibits that may be used at the Hearing in connection with the Motions:

| Exhibit No. | Docket No. / Bates No. | Description |
|---|---|---|
| 1 | D.I. 509-1 (RCP Standing Obj.,[2] Ex. A)<br><br>D.I. 338-1 (Debtors' DIP Reply,[3] Ex. A) | 2021 Credit and Security Agreement |
| 2 | D.I. 509-2 (RCP Standing Obj., Ex. B)<br><br>D.I. 338-3 (Debtors' DIP Reply, Ex. C) | Flagstar Subordination Agreement |
| 3 | D.I. 509-3 (RCP Standing Obj., Ex. C)<br><br>D.I. 367 | 10/26/23 hearing transcript |
| 4 | D.I. 509-4 (RCP Standing Obj., Ex. D) | E. Bowlby 10/24/23 Deposition Transcript |
| 5 | D.I. 509-5 (RCP Standing Obj., Ex. E) | Paladin Memo re: AFI: Bowlby Family & Jon Jackson Transactions Report |
| 6 | D.I. 509-6 (RCP Standing Obj., Ex. F)<br><br>D.I. 410-11 (RCP DIP Reply,[4] Ex. K) | 10/20/23 hearing transcript |
| 7 | D.I. 509-7 (RCP Standing Obj., Ex. G) | 11/15/23 email from Eric Bowlby to Joshua Law with attachment and Settlement with Phoenix Suns (BOWLBY000021-28) |

---

[2] "**RCP Standing Obj.**" means the *Objection of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (IV-A), L.P. To the Motion of the Official Committee of Unsecured Creditors for Standing to Prosecute Claims and Exclusive Settlement Authority* [D.I. 509].

[3] "**Debtors' DIP Reply**" means the *Debtors' Supplemental Omnibus Reply in Support of Motion for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 338].

[4] "**RCP DIP Reply**" means the *Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P., in Further Support of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Post-Petition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 335 (sealed); 410 (unredacted)].

| | | |
|---|---|---|
| 8 | D.I. 509-8 (RCP Standing Obj., Ex. H) | E. Bowlby Tesla Account Statement (BOWLBY000047) |
| 9 | D.I. 509-10 (RCP Standing Obj., Ex. J) <br><br> D.I. 410-10 (RCP DIP Reply, Ex. J) <br><br> D.I. 338-12 (Debtors' DIP Reply, Ex. J) | Amended and Restated Credit and Security Agreement dated 5/15/23 (RCP00020022) |
| 10 | D.I. 509-11 (RCP Standing Obj., Ex. K) | Veritex Account Statements |
| 11 | D.I. 509-12 (RCP Standing Obj., Ex. L) <br><br> D.I. 338-7 (Debtors' DIP Reply, Ex. E) | Letter from RCP to Flagstar dated 12/2/22 |
| 12 | D.I. 509-13 (RCP Standing Obj., Ex. M) <br><br> D.I. 338-8 (Debtors' DIP Reply, Ex. F) | Letter from Kasowitz to RCP dated 12/27/22 (RCP00002034) |
| 13 | D.I. 509-14 (RCP Standing Obj., Ex. N) <br><br> D.I. 338-9 (Debtors' DIP Reply, Ex. G) | Letter from Quinn Emanuel to Kasowitz dated 1/4/23 (RCP00016815) |
| 14 | D.I. 509-15 (RCP Standing Obj., Ex. O) | 11/21/23 hearing transcript |
| 15 | D.I. 509-16 (RCP Standing Obj., Ex. P) <br><br> D.I. 338-11 (Debtors' DIP Reply, Ex. I) | Term Sheet dated 3/31/23 (RCP00002051-2060) |
| 16 | D.I. 509-17 (RCP Standing Obj., Ex. Q) <br><br> D.I. 410-6 (RCP DIP Reply, Ex. F) <br><br> D.I. 338-15 (Debtors' DIP Reply, Ex. M) | Pledge Agreement dated 5/15/23 (RCP00025149-25157) |

3

| | | |
|---|---|---|
| 17 | D.I. 509-18 (RCP Standing Obj., Ex. R)  D.I. 338-16 (Debtors' DIP Reply, Ex. N) | Security Agreement dated 5/15/23 (RCP00013374-13395) |
| 18 | D.I. 509-19 (RCP Standing Obj., Ex. S)  D.I. 410-5 (RCP DIP Reply, Ex. E)  D.I. 338-14 (Debtors' DIP Reply, Ex. L) | Settlement Agreement dated 5/15/23 (RCP00025184-25194) |
| 19 | D.I. 509-20 (RCP Standing Obj., Ex. T)  D.I. 338-13 (Debtors' DIP Reply, Ex. K) | Limited Waiver and Second Amendment to Credit and Security Agreement dated 5/15/23 (RCP00012778-12793) |
| 20 | D.I. 509-21 (RCP Standing Obj., Ex. U)  D.I. 338-20 (Debtors' DIP Reply, Ex. R) | Letter from RCP to AmeriFirst dated 8/3/23 (RCP00017233-17237) |
| 21 | 509-23 (RCP Standing Obj., Ex. W)  D.I. 410-2 (RCP DIP Reply, Ex. B) | Unanimous Written Consent of Board of Directors of AmeriFirst Financial, Inc. dated 8/24/23 |
| 22 | 509-24 (RCP Standing Obj., Ex. X)  D.I. 410-1 (RCP DIP Reply, Ex. A) | E. Bowlby texts (Bowlby000001-000009) |
| 23 | D.I. 509-25 (RCP Standing Obj., Ex. Y) | E. Bowlby email exchange (KBT126-130) |
| 24 | D.I. 509-26 (RCP Standing Obj., Ex. Z) | Deposit Account Control Agreement dated 8/18/22 |
| 25 | D.I. 410-3 (RCP DIP Reply, Ex. C)  D.I. 338-21 (Debtors' DIP Reply, Ex. S) | Letter from Kasowitz to RCP 8/22/23 – Notice of Default (RCP00002006) |
| 26 | D.I. 410-4 (RCP DIP Reply, Ex. D) | Lenders' Analysis Presentation, dated 10/10/23 (RCP00001591) |

| 27 | D.I. 410-7 (RCP DIP Reply, Ex. G) | Written Consent of Board of Directors of AmeriFirst Financial, Inc., dated 5/15/23 (RCP00001965) |
|---|---|---|
| 28 | D.I. 410-8 (RCP DIP Reply, Ex. H) | Action by Unanimous Written Consent the Board of Directors and Shareholders of AmeriFirst Financial, Inc., dated 5/15/23 (RCP00025215) |
| 29 | D.I. 410-9 (RCP DIP Reply, Ex. I) | Operating Agreement of Phoenix 1040 LLC (RCP00002652) |
| 30 | N/A | E. Bowlby texts (Bowlby000010-000020) |
| 31 | DANE-009249-009250 | Email re: canceling Board of Directors meeting |
| 32 | DANE-000234 | Email from E. Bowlby to Fannie Mae dated 5/15/23 |
| 33 | DANE-021602 | Email from E. Bowlby dated 5/16/23 |
| 34 | DANE-020182 | Email from E. Bowlby to Fannie Mae dated 5/17/23 |
| 35 | DANE-004421-004422 | Email exchange between E. Bowlby and Jeff George dated 6/22/23 |
| 36 | DANE-004059-004061 | Email exchange between E. Bowlby and Edward Filusch |
| 37 | DANE-003047 | Emails from Edward Filusch |

RCP also cross designates all exhibits designated by the Debtors in connection with the Motions.

RCP reserves the right to use additional exhibits for rebuttal or impeachment purposes.

## **WITNESSES**

RCP designates the following witnesses: (1) any witness designated by the Debtors in connection with the Motions and (2) any witness designated by any other party in connection with the Motions.

RCP further reserves the right to call any witness(es) for rebuttal or impeachment purposes.

## **RESERVATION OF RIGHTS**

RCP reserves the right to amend this witness and exhibit list prior to the Hearing.

5

| | |
|---|---|
| Dated: December 14, 2023<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ L. Katherine Good*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Brett M. Haywood (No. 6166)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>          kgood@potteranderson.com<br>          bhaywood@potteranderson.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>James C. Tecce (pro hac vice to be filed)<br>Manisha M. Sheth (admitted *pro hac vice*)<br>Patricia B. Tomasco (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: jamestecce@quinnemanuel.com<br>          manishasheth@quinnemanuel.com<br>          pattytomasco@quinnemanuel.com<br>-and-<br><br>Bennett Murphy (admitted *pro hac vice*)<br>Razmig Izakelian (admitted *pro hac vice*)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA  90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: bennettmurphy@quinnemanuel.com<br>          razmigizakelian@quinnemanuel.com<br>-and-<br><br>Brittany J. Nelson (admitted *pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>Email: brittanynelson@quinnemanuel.com<br><br>*Counsel to RCP Credit Opportunities Fund Loan SPV (Fund III), L.P.  and RCP Customized Credit Fund (Fund IV-A), L.P.* |