**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 491** |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERIFIRST FINANCIAL, INC.,** *ET AL.* **FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GLENN AGRE BERGMAN & FUENTES LLP AS SPECIAL LITIGATION COUNSEL *NUNC PRO TUNC* TO NOVEMBER 7, 2023**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the *Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al. for an Order Authorizing the Retention and Employment of Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel* Nunc Pro Tunc *to November 7, 2023* (D.I. 491) (the "Application"), filed on November 29, 2023.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than December 13, 2023, at 4:00 p.m. (ET).

WHEREFORE, the Official Committee of Unsecured Creditors respectfully requests that the order attached to the Application be entered at the earliest convenience of the Court.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

| | |
|---|---|
| Dated: December 14, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Evanthea Hammer*<br>Donna L. Culver (No. 2983)<br>Robert J. Dehney, Sr. (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel B. Butz (No. 4227)<br>Evanthea Hammer (No. 7061)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dculver@morrisnichols.com<br>　　　　rdehney@morrisnichols.com<br>　　　　eschwartz@morrisnichols.com<br>　　　　dbutz@morrisnichols.com<br>　　　　ehammer@morrisnichols.com<br><br>**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |