# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON DECEMBER 18, 2023
AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE
THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

---

This hearing will be conducted in person.  All participants (including witnesses) at an in-person hearing are required to attend in person, except that remote participation at an in-person hearing is permitted for: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court.

If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom.  All individuals participating by video must register by 4:00 p.m. Eastern Time on December 15, 2023.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

https://debuscourts.zoomgov.com/meeting/register/vJIsc-uhpj4sGghzXVHz3yMkWON9SnBWsyM

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

[2] **Amended items appear in bold.**

**ADJOURNED MATTERS**

1. **Objection to Claim of Kristen Rahn** – Debtors' Objection to Claim of Kristen Rahn [Filed: 11/3/23] ([Docket No. 388](#)).

   Response Deadline:  December 3, 2023 at 4:00 p.m. Eastern Time.  Extended to December 11, 2023 for Kristen Rahn.

   Responses Received:

   a) Response of Kristen Rahn to Debtors' Objection to Claim of Kristen Rahn [Filed: 12/11/23] ([Docket No. 526](#)).

   Related Documents:  None as of the date hereof.

   Status:  This matter has been adjourned to the omnibus hearing scheduled for January 30, 2024 at 11:00 a.m. Eastern Time.

2. **Objection to Claim of MortgageShots, LLC** – Debtors' Objection to Claim of MortgageShots, LLC [Filed: 11/3/23] ([Docket No. 389](#)).

   Response Deadline:  December 3, 2023 at 4:00 p.m. Eastern Time.

   Responses Received:

   a) Response to Debtors' Objection to Claim of MortgageShots, LLC (Doc 389) [Filed: 12/4/23] ([Docket No. 505](#)).

   Related Documents:  None as of the date hereof.

   Status:  This matter has been adjourned to the omnibus hearing scheduled for January 30, 2024 at 11:00 a.m. Eastern Time.

**RESOLVED MATTER**

3. **Removal Extension Motion** – Motion for Entry of an Order Extending Deadline Within Which Debtors May Remove Actions [Filed: 11/21/23] ([Docket No. 474](#)).

   Response Deadline:  December 11, 2023 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   a) Certification of No Objection Regarding Motion for Entry of an Order Extending Deadline Within Which Debtors May Remove Actions [Filed: 12/13/23] ([Docket No. 532](#)).

b) [Signed] Order Extending Deadline Within Which Debtors May Remove Actions [Filed: 12/14/23] ([Docket No. 535](#)).

Status:  The order has been entered.  No hearing is necessary.

**UNCONTESTED MATTER GOING FORWARD**

4. **Glenn Agre Retention Application** – Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. for an Order Authorizing the Retention and Employment of Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel *Nunc Pro Tunc* to November 7, 2023 [Filed: 11/29/23] ([Docket No. 491](#)).

   Response Deadline:  December 13, 2023 at 4:00 p.m. Eastern Time.

   Responses Received:  None as of the date hereof.

   Related Documents:

   a) Motion of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. for Order Shortening Notice of Hearing on the Committee's Application to Retain Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel [Filed: 11/29/23] ([Docket No. 492](#)).

   b) [Signed] Order Shortening Notice of Hearing on the Committee's Application to Retain Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel [Filed: 11/30/23] ([Docket No. 494](#)).

   c) Notice of Hearing Date and Objection Deadline Regarding Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. for an Order Authorizing the Retention and Employment of Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel *Nunc Pro Tunc* to November 7, 2023 [Filed: 11/30/23] ([Docket No. 495](#)).

   d) **Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. for an Order Authorizing the Retention and Employment of Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel *Nunc Pro Tunc* to November 7, 2023 [Filed: 12/14/23] ([Docket No. 540](#)).**

   Status:  **A certificate of no objection has been filed**.  **The Official Committee of Unsecured Creditors requests entry of the order attached to the application.**

**CONTESTED MATTERS GOING FORWARD**

5. **DIP Motion** – Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic

3

Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] ([Docket No. 21](#)).

Response Deadline:  October 20, 2023.

Responses Received:

a)  Informal comments received from GNMA and the FHA.

b)  Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/12/23] ([Docket No. 113](#)).

   (i) [Signed] Order Denying Emergency Motion of Eric Bowlby to Adjourn the September 18, 2023 Hearing and September 13, 2023 Objection Deadline of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/13/23] ([Docket No. 115](#)).

c)  Preliminary Objection of Eric Bowlby to Debtors' First Day Motions [Filed: 8/30/23] ([Docket No. 44](#)).

d)  Supplemental Objection of Eric Bowlby to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/13/23] ([Docket No. 116](#)).

   (i) Declaration of Eric Bowlby, Former CEO and Majority Shareholder of AFI, in Support of Eric Bowlby's Supplemental Objection to Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/22/23] ([Docket No. 154](#)).

e)  Statement of the Official Committee of Unsecured Creditors Concerning the Debtors' First Day Motions and Requesting Status Conference [Filed: 9/27/23] ([Docket No. 171](#)).

f)  United States Trustee's Objection to Debtors' Motion for Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 10/13/23] ([Docket No. 254](#)).

g) [SEALED] Preliminary Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/13/23] (Docket No. 256).

   (i) [UNREDACTED] Preliminary Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/6/23] ([Docket No. 403](#)).

h) [Redacted] Preliminary Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/18/23] ([Docket No. 281](#)).

i) [SEALED] Amended and Restated Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/22/23] (Docket No. 310).

   (i) [UNREDACTED] Amended and Restated Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/6/23] ([Docket No. 404](#)).

j) [REDACTED] Amended and Restated Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/25/23] (Docket No. [352](#)).

DE:4856-9533-3014.2 70786.001

Replies:

a) Reply of the Debtors in Support of Motion of the Debtors for Interim and Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/14/23] ([Docket No. 118](#)).

b) Debtors' Supplemental Omnibus Reply in Support of Motion for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/24/23] ([Docket No. 338](#)).

c) [SEALED] Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. in Further Support of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/24/23] (Docket No. 335).

   i. Motion of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. for Leave to File and Serve a Late Reply in Further Support of the Debtors' DIP Motion [Filed: 10/24/23] ([Docket No. 336](#)).

   ii. [Signed] Order Granting Motion of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. for Leave to File and Serve a Late Reply in Further Support of the Debtors' DIP Motion [Filed: 10/25/23] ([Docket No. 342](#)).

   iii. Motion for Entry of an Order Authorizing the Filing of the Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. in Further Support of the Debtors' DIP Motion Under Seal [Filed: 10/27/23] ([Docket No. 368](#)).

   iv. United States Trustee's Omnibus Objection to Motions to File Under Seal [Filed: 11/2/23] ([Docket No. 384](#)).

   v. Notice of Withdrawal of Docket Nos. 368 and 369 [Filed: 11/6/23] ([Docket No. 409](#)).

   vi. [UNSEALED] Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. in Further Support of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV)

DE:4856-9533-3014.2 70786.001

Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/6/23] ([Docket No. 410](#)).

d. [REDACTED] Reply of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P., in Further Support of Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors (A) to Obtain Post-Petition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I.21] [Filed: 10/27/23] ([Docket No. 369](#)).

  i. Notice of Withdrawal of Docket Nos. 368 and 369 [Filed: 11/6/23] ([Docket No. 409](#)).

<u>Related Documents</u>:

a) Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/29/23] ([Docket No. 37](#)).

b) Notice of Filing of Revised Proposed Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/30/23] ([Docket No. 47](#)).

c) Certification of Counsel Regarding Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/31/23] ([Docket No. 57](#)).

d) [Signed] Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 8/31/23] ([Docket No. 61](#)).

e) Notice of Entry of Interim Order and Final Hearing Regarding Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/1/23] ([Docket No. 67](#)).

f) Notice of Filing of Proposed Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate

Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 9/7/23] ([Docket No. 82](#)).

g) Notice of Filing of Budget [Filed: 9/8/23] ([Docket No. 87](#)).

h) Debtors' Witness and Exhibit List for Hearing on September 18, 2023 at 2:00 p.m. (ET) [Filed: 9/14/23] ([Docket No. 119](#)).

i) Notice of Emergency Zoom Hearing September 15, 2023 at 4:00 p.m. [Filed: 9/15/23] ([Docket No. 123](#)).

j) Re-Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 9/18/23] ([Docket No. 138](#)).

k) Eric Bowlby's Witness List and Exhibit List for Hearing on September 26, 2023 at 11:00 a.m. (ET) [Filed: 9/22/23] ([Docket No. 155](#)).

l) Debtors' Witness and Exhibit List for Hearing on October 2, 2023 at 11:00 a.m. (ET) [Filed: 9/28/23] ([Docket No. 175](#)).

m) Certification of Counsel Regarding Scheduling and Protective Order [Filed: 10/3/23] ([Docket No. 203](#)).

n) [Signed] Scheduling and Protective Order [Filed: 10/5/23] ([Docket No. 222](#)).

o) Notice of Filing of Proposed Revised Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 10/6/23] ([Docket No. 231](#)).

p) Debtors' Witness and Exhibit List for Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/24/23] ([Docket No. 328](#)).

q) Witness and Exhibit List of the Official Committee of Unsecured Creditors for October 26, 2023, Hearing [Filed: 10/24/23] ([Docket No. 330](#)).

r) Exhibit List of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-Iv-A), L.P. for the Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/24/23] ([Docket No. 339](#)).

s) Debtors' Amended Witness and Exhibit List for Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/25/23] ([Docket No. 349](#)).

t) Notice of Filing of Revised Budget [Filed 10/25/23] ([Docket No. 353](#)).

DE:4856-9533-3014.2 70786.001

u) Debtors' Second Amended Witness and Exhibit List for Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/25/23] ([Docket No. 354](#)).

v) Amended Exhibit List of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. for the Hearing on October 26, 2023 at 10:00 a.m. (ET) [Filed: 10/26/23] ([Docket No. 356](#)).

w) Re-Notice of Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 10/27/23] ([Docket No. 365](#)).

x) [Signed] Order Continuing Final Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/16/23] ([Docket No. 435](#)).

y) Notice of Filing of Further Revised Budget [Filed: 11/17/23] ([Docket No. 447](#)).

z) Debtors' Witness and Exhibit List for Hearing on November 21, 2023 at 2:00 p.m. (ET) [Filed: 11/17/23] ([Docket No. 453](#)).

aa) Second Amended Exhibit List of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. for the Hearing on November 21, 2023 at 2:00 p.m. (ET) [Filed: 11/17/23] ([Docket No. 454](#)).

bb) Notice of Filing of Committee's Proposed Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed: 11/21/23] ([Docket No. 468](#)).

cc) Debtors' Witness and Exhibit List for Hearing on December 18, 2023 at 10:00 a.m. (ET) [Filed: 12/14/23] ([Docket No. 533](#)).

dd) Witness and Exhibit List of the Official Committee of Unsecured Creditors for December 18, 2023 Hearing [Filed: 12/14/23] ([Docket No. 534](#)).

   i. **Amended Witness and Exhibit List of the Official Committee of Unsecured Creditors for December 18, 2023 Hearing [Filed: 12/14/23] ([Docket No. 541](#)).**

ee) **Witness and Exhibit List of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. for the Hearing on December 18, 2023 at 10:00 a.m. (ET) [Filed: 12/14/23] ([Docket No. 537](#)).**

<u>Status</u>:  This matter will go forward.

DE:4856-9533-3014.2 70786.001

6. **Committee Standing Motion** – Motion of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. for an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [Filed: 11/21/23] (Docket No. 470).

    Response Deadline:  December 5, 2023 at 4:00 p.m. Eastern Time.  Extended to December 7, 2023 at 5:00 p.m. Eastern Time for the Debtors.

    Responses Received:

    a) Objection of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. to the Motion of the Official Committee of Unsecured Creditors for Standing to Prosecute Claims and Exclusive Settlement Authority [D.I. 470] [Filed: 12/5/23] (Docket No. 509).

    b) Debtors' Opposition to Motion of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. for an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [Filed: 12/7/23] (Docket No. 514).

    Replies Filed:

    **a) Omnibus Reply of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. in Support of Its Motion for an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect Of Such Claims [Filed: 12/14/23] (Docket No. 538).**

    Related Documents:

    a) Certification of Counsel Regarding Order Approving Stipulation Extending Response and Reply Deadlines [Filed: 12/6/23] (Docket No. 510).

    b) [Signed] Order Approving Stipulation Extending Response and Reply Deadlines [Filed: 12/6/23] (Docket No. 511).

    Status:  This matter will go forward.

| | |
|---|---|
| Dated:  December **15**, 2023<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>Email:  ljones@pszjlaw.com<br>         dbertenthal@pszjlaw.com<br>         tcairns@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |