## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 491 & 540** |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GLENN AGRE BERGMAN & FUENTES LLP AS SPECIAL LITIGATION COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERIFIRST FINANCIAL, INC., *ET AL. NUNC PRO TUNC* TO NOVEMBER 7, 2023

Upon consideration of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of AmeriFirst Financial, Inc., *et al.* (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1, for authorization to employ and retain Glenn Agre Bergman & Fuentes LLP ("Glenn Agre") as special litigation counsel to the Committee, *nunc pro tunc* to November 7, 2023; and upon the Glenn Declaration and the Cowen Declaration, each as attached to the Application; and the Court being satisfied, based on the representations made in the Application, the Glenn Declaration and the Cowen Declaration, that (i) Glenn Agre does not hold or represent any interest adverse to the Debtors' estates, and (ii) Glenn Agre is a "disinterested person" as that phrase is defined in Section 101(14) of the Bankruptcy Code; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334;

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application, the Glenn Declaration and the Connell Declaration; and the Court having found and determined that the relief sought in the Application is in the best interests of the Debtors' estates and all parties in interest and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

It is hereby ORDERED that:

1. The Application is granted to the extent set forth herein.

2. The Committee is hereby authorized and empowered to employ Glenn Agre in these Chapter 11 Cases, *nunc pro tunc* to November 7, 2023, as special litigation counsel to the Committee, and Glenn Agre is authorized to perform the services set forth in the Application and the Glenn Declaration.

3. In connection with the Chapter 11 Cases, Glenn Agre shall be compensated for professional services rendered in accordance with Sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules and the Local Rules, and with any other applicable procedures and orders of this Court.

4. The Committee is authorized and empowered to take all actions necessary to effectuate the relief granted by this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: December 15th, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**