# Exhibit D

**Warehouse Funding Schedule**

THRU 12.7.23

| Loan # | Borrower | Loan Product | Wire Type | WH Wire Amt. | WH Funding Date | Total Amt. Due | WH Advance Paid-off Dt. | Days | Interest Due | Fee Due | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-00888 | AVEROB PROPERTIES LLC | Rehab | Draw | $14,225.00 | 6/29/2023 | $1,206.39 | 12/7/2023 | 161.00 | 1,017.88 | $100.00 | $1,117.88 |
| 23-00421 | REALM DEVELOPMENT SERVICES INC | New Construction | Draw | $81,900.91 | 7/10/2023 | $6,069.67 | 12/7/2023 | 150.00 | 5,460.06 | $100.00 | $5,560.06 |
| 23-00771 | 660 62ND AVE SOUTH, LLC | Rehab | Draw | $15,400.00 | 7/10/2023 | $1,222.49 | 12/7/2023 | 150.00 | 1,026.67 | $100.00 | $1,126.67 |
| 23-00856 | 660 62ND AVE SOUTH, LLC | Rehab | Draw | $17,375.00 | 7/10/2023 | $1,366.44 | 12/7/2023 | 150.00 | 1,158.33 | $100.00 | $1,258.33 |
| 23-00888 | AVEROB PROPERTIES LLC | Rehab | Draw | $9,982.50 | 7/11/2023 | $823.18 | 12/7/2023 | 149.00 | 661.06 | $100.00 | $761.06 |
| 23-00885 | PROPERTY PROS OF MISSISSIPPI LLC | Rehab | Draw | $25,531.00 | 7/14/2023 | $1,915.54 | 12/7/2023 | 146.00 | 1,656.68 | $100.00 | $1,756.68 |
| 23-01137 | 1921 GENERAL OGDEN SRI LLC | Rehab | Draw | $8,555.00 | 7/14/2023 | $708.36 | 12/7/2023 | 146.00 | 555.12 | $100.00 | $655.12 |
| 23-00348 | HOME CRAFTERS LLC | Rehab | Draw | $21,176.50 | 7/17/2023 | $1,577.65 | 12/7/2023 | 143.00 | 1,345.88 | $100.00 | $1,445.88 |
| 23-00832 | 22955 CASS LLC | New Construction | Draw | $99,825.00 | 7/17/2023 | $7,065.57 | 12/7/2023 | 143.00 | 6,344.43 | $100.00 | $6,444.43 |
| 23-00995 | CHAVEZ RENOVATIONS, LLC | Rehab | Draw | $21,305.00 | 7/24/2023 | $1,520.33 | 12/7/2023 | 136.00 | 1,287.77 | $100.00 | $1,387.77 |
| 23-00489 | FITZPATRICK'S HOME IMPROVEMENT, INC. | Rehab | Draw | $57,825.00 | 7/24/2023 | $3,955.00 | 12/7/2023 | 136.00 | 3,495.20 | $100.00 | $3,595.20 |
| 23-00718 | JANIELL PROPERTY INVESTMENTS LLC | Rehab | Draw | $13,345.00 | 7/28/2023 | $979.47 | 12/7/2023 | 132.00 | 795.14 | $100.00 | $895.14 |
| 23-00885 | PROPERTY PROS OF MISSISSIPPI LLC | Rehab | Draw | $53,195.00 | 7/28/2023 | $3,605.70 | 12/7/2023 | 132.00 | 3,169.54 | $100.00 | $3,269.54 |
| 23-00856 | 660 62ND AVE SOUTH, LLC | Rehab | Draw | $12,625.00 | 7/28/2023 | $932.02 | 12/7/2023 | 132.00 | 752.24 | $100.00 | $852.24 |
| 23-00771 | 660 62ND AVE SOUTH, LLC | Rehab | Draw | $10,135.00 | 7/31/2023 | $754.20 | 12/7/2023 | 129.00 | 590.15 | $100.00 | $690.15 |
| 23-01118 | KING HOLDINGS LLC | Rehab | Draw | $8,825.00 | 8/4/2023 | $653.71 | 12/7/2023 | 125.00 | 497.94 | $100.00 | $597.94 |
| 23-00938 | RJA REAL ESTATE INVESTMENTS LLC | Rehab | Draw | $11,843.25 | 8/15/2023 | $784.28 | 12/7/2023 | 114.00 | 609.43 | $100.00 | $709.43 |
| 23-01175 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $20,540.00 | 8/16/2023 | $1,277.48 | 12/7/2023 | 113.00 | 1,047.68 | $100.00 | $1,147.68 |
| 23-01176 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $21,040.00 | 8/16/2023 | $1,306.15 | 12/7/2023 | 113.00 | 1,073.19 | $100.00 | $1,173.19 |
| 23-01177 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $20,540.00 | 8/16/2023 | $1,277.48 | 12/7/2023 | 113.00 | 1,047.68 | $100.00 | $1,147.68 |
| 23-01178 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $6,593.00 | 8/16/2023 | $477.95 | 12/7/2023 | 113.00 | 336.29 | $100.00 | $436.29 |
| 23-01179 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $6,593.00 | 8/16/2023 | $477.95 | 12/7/2023 | 113.00 | 336.29 | $100.00 | $436.29 |
| 23-01180 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $6,593.00 | 8/16/2023 | $477.95 | 12/7/2023 | 113.00 | 336.29 | $100.00 | $436.29 |
| 23-01170 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $39,217.00 | 8/16/2023 | $2,348.17 | 12/7/2023 | 113.00 | 2,000.34 | $100.00 | $2,100.34 |
| 23-01171 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $39,217.00 | 8/16/2023 | $2,348.17 | 12/7/2023 | 113.00 | 2,000.34 | $100.00 | $2,100.34 |
| 23-01172 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $39,217.00 | 8/16/2023 | $2,348.17 | 12/7/2023 | 113.00 | 2,000.34 | $100.00 | $2,100.34 |
| 23-01173 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $41,227.00 | 8/16/2023 | $2,463.40 | 12/7/2023 | 113.00 | 2,102.86 | $100.00 | $2,202.86 |
| 23-01174 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $40,748.00 | 8/16/2023 | $2,435.94 | 12/7/2023 | 113.00 | 2,078.43 | $100.00 | $2,178.43 |
| 23-01082 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $100,485.00 | 8/18/2023 | $5,769.73 | 12/7/2023 | 111.00 | 5,034.72 | $100.00 | $5,134.72 |
| 23-00426 | HERITAGE HOME SOLUTIONS, LLC | Rehab | Draw | $11,876.50 | 8/21/2023 | $754.03 | 12/7/2023 | 108.00 | 578.98 | $100.00 | $678.98 |
| 23-00676 | BODEN INVESTMENTS LLC | Rehab | Draw | $41,197.35 | 8/21/2023 | $2,368.72 | 12/7/2023 | 108.00 | 2,008.37 | $100.00 | $2,108.37 |
| 23-01109 | CATALYST REALTY LLC | Rehab | Draw | $16,825.00 | 8/21/2023 | $1,026.54 | 12/7/2023 | 108.00 | 820.22 | $100.00 | $920.22 |
| 23-00830 | FIX & FLIP INVESTMENTS LLC | Rehab | Draw | $7,893.39 | 8/21/2023 | $534.68 | 12/7/2023 | 108.00 | 384.80 | $100.00 | $484.80 |
| 23-01386 | GOOD PROPERTY SOLUTIONS, LLC | Rehab | Initial Funding | $0.00 | 8/22/2023 | $0.00 | 12/7/2023 | - | - | $0.00 | $0.00 |
| 23-01120 | KING HOLDINGS LLC | Rehab | Draw | $12,075.00 | 8/22/2023 | $759.51 | 12/7/2023 | 107.00 | 583.21 | $100.00 | $683.21 |
| 23-01301 | KING HOLDINGS LLC | Rehab | Draw | $26,325.00 | 8/22/2023 | $1,537.82 | 12/7/2023 | 107.00 | 1,271.46 | $100.00 | $1,371.46 |
| 23-01085 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $91,359.00 | 8/23/2023 | $5,048.61 | 12/7/2023 | 106.00 | 4,371.27 | $100.00 | $4,471.27 |
| 23-01081 | RIZ COMMUNITIES & DEVELOPMENT, LLC | New Construction | Draw | $88,500.00 | 8/23/2023 | $4,893.75 | 12/7/2023 | 106.00 | 4,234.48 | $100.00 | $4,334.48 |
| 23-01304 | KING HOLDINGS LLC | Rehab | Draw | $29,140.00 | 8/23/2023 | $1,678.42 | 12/7/2023 | 106.00 | 1,394.27 | $100.00 | $1,494.27 |
| 23-01303 | KING HOLDINGS LLC | Rehab | Draw | $28,700.00 | 8/23/2023 | $1,654.58 | 12/7/2023 | 106.00 | 1,373.22 | $100.00 | $1,473.22 |
| 23-00771 | 660 62ND AVE SOUTH, LLC | Rehab | Draw | $15,075.00 | 8/23/2023 | $916.56 | 12/7/2023 | 106.00 | 721.30 | $100.00 | $821.30 |
| 23-00763 | DCMN ONE L.L.C. | Rehab | Draw | $11,322.40 | 8/23/2023 | $713.30 | 12/7/2023 | 106.00 | 541.75 | $100.00 | $641.75 |
| 23-00856 | 660 62ND AVE SOUTH, LLC | Rehab | Draw | $15,675.00 | 8/23/2023 | $949.06 | 12/7/2023 | 106.00 | 750.01 | $100.00 | $850.01 |
| 23-01433 | PRESTIGE ELITE PROPERTIES, LLC | Rehab | Draw | $14,188.80 | 8/23/2023 | $868.56 | 12/7/2023 | 106.00 | 678.89 | $100.00 | $778.89 |
| 23-01260 | HERITAGE HOME SOLUTIONS, LLC | Rehab | Draw | $13,245.00 | 8/23/2023 | $817.44 | 12/7/2023 | 106.00 | 633.74 | $100.00 | $733.74 |
| 23-00962 | 1319 KINGSBURY 2, LLC | Rehab | Draw | $13,125.00 | 8/24/2023 | $805.01 | 12/7/2023 | 105.00 | 622.07 | $100.00 | $722.07 |
| 23-00872 | HELMSMAN HOMES, LLC | New Construction | Draw | $40,782.00 | 8/24/2023 | $2,290.62 | 12/7/2023 | 105.00 | 1,932.90 | $100.00 | $2,032.90 |
| 23-00873 | HELMSMAN HOMES, LLC | New Construction | Draw | $40,782.00 | 8/24/2023 | $2,290.62 | 12/7/2023 | 105.00 | 1,932.90 | $100.00 | $2,032.90 |
| 23-00874 | HELMSMAN HOMES, LLC | New Construction | Draw | $49,178.00 | 8/24/2023 | $2,741.61 | 12/7/2023 | 105.00 | 2,330.83 | $100.00 | $2,430.83 |
| 23-00878 | HELMSMAN HOMES, LLC | New Construction | Draw | $59,047.00 | 8/24/2023 | $3,271.73 | 12/7/2023 | 105.00 | 2,798.58 | $100.00 | $2,898.58 |
| 23-01435 | VA Equity Solutions, LLC | Rehab | Initial Funding | $0.00 | 8/25/2023 | $0.00 | | - | - | $0.00 | $0.00 |
| 23-01092 | JSB5 ENTERPRISE, LLC - SERIES 1 | Rehab | Draw | $24,815.00 | 8/28/2023 | $0.00 | 12/7/2023 | 101.00 | 1,131.32 | $100.00 | $1,231.32 |
| TOTAL OUTSTANDING PRINCIPAL | | | | $ 1,516,205.60 | | | | | | | $85,912.53 |
| Plus Interest through 12.7.23 and fees | | | | $ 85,912.53 | | | | | | | |
| Total Due as of 12.7.23 | | | | $ 1,602,118.13 | | | | | | | |