IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:**<br>January 10, 2024, at 1:00 p.m. (ET) |

**NOTICE OF HEARING DATE REGARDING MOTION OF THE COMMITTEE OF UNSECURED CREDITORS OF AMERIFIRST FINANCIAL, INC., *ET AL.* FOR AN ORDER GRANTING (I) LEAVE, STANDING, AND AUTHORITY TO COMMENCE AND PROSECUTE CERTAIN CLAIMS ON BEHALF OF THE DEBTORS' ESTATES AND (II) EXCLUSIVE SETTLEMENT AUTHORITY IN RESPECT OF SUCH CLAIMS**

**PLEASE TAKE NOTICE** that on November 21, 2023, the Official Committee of Unsecured Creditors (the "Committee") of AmeriFirst Financial, Inc., *et al.* filed the *Motion of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al. for an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims* (D.I. 470) (the "Standing Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that at the December 18, 2023, hearing, oral argument regarding the Standing Motion began but was not completed.

**PLEASE TAKE FURTHER NOTICE** THAT, AT THE DISCRETION OF THE COURT, A HEARING ON THE STANDING MOTION SHALL BE HELD ON **JANUARY 10, 2024, AT 1:00 P.M. (ET)** BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM #7, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

| | |
|---|---|
| Dated: January 3, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Daniel B. Butz*<br>Donna L. Culver (No. 2983)<br>Robert J. Dehney, Sr. (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel B. Butz (No. 4227)<br>Evanthea Hammer (No. 7061)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email:  dculver@morrisnichols.com<br>           rdehney@morrisnichols.com<br>           eschwartz@morrisnichols.com<br>           dbutz@morrisnichols.com<br>           ehammer@morrisnichols.com<br><br>**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>- and -<br><br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn (admitted *pro hac vice*)<br>Kurt A. Mayr (admitted *pro hac vice*)<br>Malak S. Doss (admitted *pro hac vice*)<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>Email: aglenn@glennagre.com<br>          kmayr@glennagre.com<br>          mdoss@glennagre.com<br><br>**PROPOSED SPECIAL LITIGATION COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |