**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIFIRST FINANCIAL, INC., *et al.,* | ) | Case No. 23-11240 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| *Debtor*. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jeffrey C. Dan of Goldstein & McClintock LLLP to represent Paragon Micro, Inc..

Dated: January 5, 2024

**GOLDSTEIN & MCCLINTOCK, LLLP**
*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
Facsimile: (302) 444-6709
E-Mail: marias@goldmclaw.com

*Counsel for Paragon Micro, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and admitted to practice before the United States Court of Appeals for the Seventh Circuit, and the United States District Courts for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin and the Northern District of Indiana, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 5, 2024

Respectfully Submitted,

*/s/ Jeffrey C. Dan*
Jeffery C. Dan, Esq.
**Goldstein & McClintock LLLP**
111 W. Washington St., Ste. 1221
Chicago, Illinois 60602
E-Mail: jeffd@goldmclaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.