**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC.,[1] *et al*.,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline**:<br>**January 29, 2024, at 4:00 p.m. (ET)** |

**SECOND MONTHLY FEE APPLICATION OF MORRIS, NICHOLS, ARSHT
& TUNNELL LLP, AS BANKRUPTCY COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF
MONTHLY COMPENSATION AND FOR MONTHLY REIMBURSEMENT OF
ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
NOVEMBER 1, 2023 THROUGH AND INCLUDING NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 15, 2023 *nunc pro tunc* to September 21, 2023 |
| Period for which compensation and reimbursement is sought: | November 1, 2023 through November 30, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | $451,990.00 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $8,720.78 |
| This is a  x  monthly | ___ final application |

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 575 W. Chandler Blvd., Ste 225, Unit 236, Chandler, AZ 85225, Attn.: Chief Restructuring Officer.

The total time expended for fee application preparation is approximately 40 hours and the corresponding compensation requested is approximately $20,000.[2]

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 01/08/24 D.I. 599 | 9/21/23-10/31/23 | $835,439.00/$45,404.17 | Pending |

---

[2] Allowance for compensation for such time is not requested in this application, but will be sought in a subsequent fee application.

## COMPENSATION BY PROFESSIONAL

### AMERIFIRST FINANCIAL, INC., *et al*.,
### (Case No. 23-11240 (TMH))
### November 1, 2023 through November 30, 2023

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Robert J. Dehney, Sr. | Partner/Bankruptcy. Partner since 1999. Joined firm as an associate in 1996. Member of the DE Bar since 1997. | 1,595 | 39.1 | 62,364.50 |
| Eric D. Schwartz | Partner/Bankruptcy. Partner since 2002. Joined firm as an associate in 1999. Member of the DE Bar since 1992. | 1,195 | 61.4 | 73,373.00 |
| Donna L. Culver | Partner/Bankruptcy. Partner since 1999. Joined firm as an associate in 1991. Member of the DE Bar since 1991. | 1,075 | 92.1 | 99,007.50 |
| Matthew B. Harvey | Partner/Bankruptcy. Partner since 2020. Joined firm as associate from 2008 to Sept. 2013; rejoined the firm as an associate in Nov. 2014. Member of the DE Bar since 2008. | 1,045 | 7.5 | 7,837.50 |
| R. Jason Russell | Partner/Commercial. Partner since 2016. Joined firm as an associate in 2007. Member of the DE Bar since 2007. | 995 | 8.5 | 8,457.50 |
| Daniel B. Butz | Senior Counsel/Bankruptcy. Joined the firm as an associate in 2002. Member of the DE Bar since 2002. | 915 | 60.3 | 55,174.50 |
| Jonathan M. Weyand | Associate/Bankruptcy. Joined the firm as an associate in 2020. Member of the DE Bar since 2022. | 595 | 0.7 | 416.50 |
| Catherine Long | Associate/Commercial. Joined the firm as an associate in 2022. Member of the DE Bar since 2022. | 505 | 14.4 | 7,272.00 |
| Evanthea Hammer | Associate/Bankruptcy. Joined the firm as an associate in 2022. Member of the DE Bar since 2022. | 505 | 63.2 | 31,916.00 |
| Avery Meng | Associate/Bankruptcy. Joined the firm as a Law Clerk in 2023. | 505 | 46.4 | 23,432.00 |

3

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Casey Sawyer | Associate/Bankruptcy. Joined the firm as a Law Clerk in 2023. | 505 | 151.2 | 76,356.00 |
| Byron Poland | Litigation Support | 395 | 0.7 | 276.50 |
| Ronald Amores | Litigation Support | 395 | 0.3 | 118.50 |
| Desiree M. Vale | Paralegal | 375 | 0.6 | 225.00 |
| John Lawrence | Paralegal | 375 | 14.8 | 5,550.00 |
| Wel Freeman | Legal Assistant | 355 | 0.6 | 213.00 |
| **Total** | | **804.54** | **561.8** | **$451,990.00** |
| **BLENDED RATE: $804.54** | | | | |
| **ATTORNEY BLENDED RATE: $817.93** | | | | |

**COMPENSATION BY PROJECT CATEGORY**

**AMERIFIRST FINANCIAL, INC.,** *et al.***,**
**(Case No. 23-11240 (TMH))**
**November 1, 2023 through November 30, 2023**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 9.40 | 4,247.00 |
| Asset Analysis and Recovery | 23.60 | 18,188.00 |
| Asset Dispositions/363 Sales | 2.00 | 1,925.00 |
| Automatic Stay Matters | 0.20 | 101.00 |
| Creditor Communications and Meetings | 31.00 | 26,150.00 |
| Fee Applications (MNAT - Filing) | 40.30 | 20,314.50 |
| Other Contested Matters | 202.40 | 183,161.00 |
| Financing Matters/Cash Collateral | 90.10 | 72,713.50 |
| Court Hearings | 85.60 | 67,632.00 |
| Claims Objections and Administration | 1.20 | 1,167.00 |
| Litigation/Adversary Proceedings | 18.40 | 16,927.00 |
| Professional Retention (MNAT - Filing) | 5.50 | 2,933.50 |
| Professional Retention (Others - Filing) | 17.20 | 10,427.00 |
| General Case Strategy | 34.90 | 26,103.50 |
| **TOTAL** | **561.80** | **$451,990.00** |

**EXPENSE SUMMARY**

**AMERIFIRST FINANCIAL, INC.,** *et al.*,
**(Case No. 23-11240 (TMH))**
**November 1, 2023 through November 30, 2023**

| Expense Category | Total Expenses |
|---|---:|
| In-House Printing - black & white | 1,606.20 |
| In-House Printing - color | 2,676.80 |
| Postage | 110.22 |
| Pacer | 155.20 |
| In-House Duplicating | 336.00 |
| Computer Research - Westlaw | 1,636.60 |
| Courier/Delivery Service | 743.31 |
| Photos/Art/Spec Duplicating-Out of Office | 89.10 |
| Court Costs | 25.00 |
| Transcripts | 75.60 |
| Meals | 1,213.95 |
| In-House Duplicating - color | 52.80 |
| **Total** | **$8,720.78** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC.,[1] *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline**:<br>January 29, 2024, at 4:00 p.m. (ET) |

**SECOND MONTHLY FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS BANKRUPTCY COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR MONTHLY REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2023 THROUGH AND INCLUDING NOVEMBER 30, 2023**

Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), as bankruptcy counsel for the Official Committee of Unsecured Creditors in the above-captioned cases (collectively, the "Committee"), submits this application (the "Application") for interim allowance of compensation for professional services rendered by Morris Nichols to the Committee for the period of November 1, 2023 through and including November 30, 2023 (the "Application Period") and reimbursement of actual and necessary expenses incurred by Morris Nichols during the Application Period pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 575 W. Chandler Blvd., Ste 225, Unit 236, Chandler, AZ 85225, Attn.: Chief Restructuring Officer.

Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "U.S. Trustee Guidelines") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [D.I. 164] (the "Interim Compensation Procedures Order").[2]  In support of this Application, Morris Nichols represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 2016-2, the U.S. Trustee Guidelines, and the Interim Compensation Procedures Order.

## BACKGROUND

3. On August 24, 2023 (the "Petition Date"), the Debtors commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No party has requested the appointment of a trustee or examiner to date in these chapter 11 cases.

4. On September 15, 2023, the Office of the United States Trustee for the District of Delaware appointed the Committee.

---

[2]  Capitalized terms used but not defined herein have the meaning ascribed to them in the Interim Compensation Procedures Order.

**MORRIS NICHOLS'S RETENTION**

5.  On October 30, 2023, the Committee filed the retention application of Morris Nichols as proposed counsel to the Committee in connection with these bankruptcy cases. On November 15, 2023, the Court entered the *Order Authorizing the Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel for the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to September 21, 2023* [D.I. 433] (the "Retention Order").

6.  On November 14, 2023, the Court entered the order authorizing the retention of IslandDundon LLC as the Committee's financial advisor in these chapter 11 cases. On December 15, 2023, the Court entered the order authorizing the retention of Glenn Agre Bergman & Fuentes LLP as the Committee's special litigation counsel in these cases.

**INTERIM COMPENSATION PROCEDURES ORDER**

7.  The Court entered the Interim Compensation Procedures Order on September 27, 2023. The Interim Compensation Procedures Order sets forth the procedures for interim compensation and reimbursement of expenses for all Professionals in these cases.

8.  In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Statement with the Court on or about the twenty-first (21st) day of each month following the month for which compensation is sought. Provided that there are no objections to such Monthly Fee Statement filed within twenty-one days after service of the Monthly Fee Statement, the Professional may file a certificate of no objection (the "Certificate of No Objection") with the Court.

9.  Upon the filing of a Certificate of No Objection, the Debtors are authorized and directed to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Statement.

**RELIEF REQUESTED**

10. Morris Nichols submits this Application for (a) allowance of reasonable compensation for the actual, reasonable, and necessary professional services that it has rendered as bankruptcy counsel for the Committee in these cases during the Application Period and (b) reimbursement of actual, reasonable, and necessary expenses incurred by Morris Nichols in representing the Committee during the Application Period.

11. During the Application Period, Morris Nichols incurred fees in the amount of $451,990.00. For the same period, Morris Nichols incurred actual, reasonable, and necessary expenses totaling $8,720.78. As of the date of this Application, Morris Nichols has received no payments with respect to these amounts.

12. Set forth on the foregoing "Compensation by Project Category" is a summary, by subject matter category, of the time expended by Morris Nichols timekeepers billing time to the Debtors' cases during the Application Period.

13. **Exhibit A** attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals, and other support staff, as well as descriptions of the services provided.

14. **Exhibit B** attached hereto contains a breakdown of actual, reasonable, and necessary expenses incurred by Morris Nichols during the Application Period.

15. Morris Nichols charges $.10 per page for photocopying and printing.

16. Morris Nichols does not charge for outgoing domestic facsimiles or incoming facsimiles.

17. In accordance with Local Rule 2016-2, Morris Nichols has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

18.     Morris Nichols has endeavored to represent the Committee in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other support staff at Morris Nichols so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter.  Moreover, Morris Nichols has endeavored to coordinate with Glenn Agre Bergman & Fuentes LLP and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Committee.  Morris Nichols believes it has been successful in this regard.

19.     No agreement or understanding exists between Morris Nichols and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

20.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his or her information, knowledge, and belief that this Application complies with that Rule.

*[Remainder of the Page Intentionally Left Blank]*

**WHEREFORE**, Morris Nichols respectfully requests that the Debtors pay Morris Nichols $370,312.78, which is equal to the sum of 80% ($361,592.00) of Morris Nichols's requested compensation ($451,990.00) and 100% ($8,720.78) of Morris Nichols's requested expense reimbursement.

| | |
|---|---|
| Dated: January 8, 2024<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Daniel B. Butz*<br>Donna L. Culver (No. 2983)<br>Robert J. Dehney, Sr. (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel B. Butz (No. 4227)<br>Evanthea Hammer (No. 7061)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:  dculver@morrisnichols.com<br>           rdehney@morrisnichols.com<br>           eschwartz@morrisnichols.com<br>           dbutz@morrisnichols.com<br>           ehammer@morrisnichols.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |