# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' DEPOSITION DESIGNATIONS IN SUPPORT OF HEARING ON THE STANDING MOTION**

The Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al.* (the "Committee") and the debtors, and debtors-in-possession (collectively, the "Debtors"), in the above-captioned Chapter 11 cases designate the portions of the deposition of Jeffrey Dane, attached as **Exhibit A**[2] and specified at **Exhibit B** hereto, which deposition was taken in connection with the contested matter on the *Motion of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al. for an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims* (D.I. 470) (the "Standing Motion").

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

[2] Exhibit A is highlighted to reflect both the Debtors' and the Committee's designations. The Committee's designations are highlighted in yellow, while the Debtors' designations are highlighted in blue. Green highlights are areas designated by both the Debtors and the Committee.

Dated: January 8, 2024  **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Wilmington, Delaware

*/s/ Eric D. Schwartz*
Donna L. Culver (No. 2983)
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Daniel B. Butz (No. 4227)
Evanthea Hammer (No. 7061)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dculver@morrisnichols.com
　　　rdehney@morrisnichols.com
　　　eschwartz@morrisnichols.com
　　　dbutz@morrisnichols.com
　　　ehammer@morrisnichols.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

- and -

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (admitted *pro hac vice*)
Kurt A. Mayr (admitted *pro hac vice*)
Malak S. Doss (admitted *pro hac vice*)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
　　　kmayr@glennagre.com
　　　mdoss@glennagre.com

**SPECIAL LITIGATION COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**