**EXHIBIT B**
Designations

**December 15, 2023 Deposition of Jeffrey Dane[1]**

*In re AmeriFirst Financial, Inc.*, et al.
Case No. 23-11240 (TMH) (Bankr. D. Del.)

| Debtors' Initial Designations[2] | Committee's Initial Designations[3] |
|---|---|
| 10:3-11:7 | 14:12 to 18:15 |
| 11:10-14:3 | 19:13 to 26:1 |
| 14:12-20 | 29:15 to 36:22 |
| 16:22-18:10 | 40:15 to 47:10 |
| 20:13-21:11 | 50:16 to 52:8 |
| 29:20-35:1 | 54:5 to 56:6 |
| 42:19-43:11 | 61:12 to 63:15 |
| 44:14-45:8 | 65:22 to 66:13 |
| 50:16-51:17 | 67:1-14 |
| 52:22-53:20 | 76:8-18 |
| 55:9-56:6 | 77:3 to 80:17 |
| 59:5-60-19 | 81:14 to 88:2 |
| 65:2-21 | 94:16 to 95:9 |
| 71:20-72:5 | 97:1 to 102:5 |
| 72:18-73:19 | 110:18 to 111:22 |
| 74:5-76:7 | 135:8 to 136:18 |
| 80:19-83:12 | 137:11 to 138:19 |
| 86:22-88:2 | 139:18 to 144:6 |
| 88:11-89:25 | 148:5 to 149:10 |
| 90:15-91:8 | 150:6-16 |
| 91:19-92:6 | 162:22 to 163:14 |
| 96:15-22 | 165:12 to 166:15 |
| 101:5-102:1 | |
| 128:17-130:9 | |
| 131:19-132:16 | |
| 136:4-21 | |
| 140:18-146:2 | |
| 159:21-160:20 | |

---

[1] At this time, neither the Debtors nor the Committee have objected to any designations or submitted counter-designations. Both the Debtor and Committee reserve the right to submit counter-designations at or before the hearing on the Standing Motion. Additionally, all objections made during the December 15, 2023 deposition of Jeffrey Dane are reserved and must be interposed at the hearing on the Standing Motion.

[2] Highlighted in blue.

[3] Highlighted in yellow.