IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC.,[1]<br><br>                                        Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 23-11240 (TMH) <br> ) (Jointly Administered) <br> ) <br> ) **Re Docket No. 508** |

**Hearing Date: January 30, 2024 at 11:00 a.m. (ET)**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on December 5, 2023, Pachulski Stang Ziehl & Jones, LLP, counsel for the above-captioned debtors and debtors in possession, filed its *First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from August 24, 2023 through November 30, 2023* (the "Application") seeking fees in the amount of $2,752,770.25 and reimbursement of actual and necessary expenses in the amount of $30,208.63 for the period from August 24, 2023 through November 30, 2023.  You were previously served with a copy of the Application.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Application were to be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), on or before **December 26, 2023 at 4:00 p.m. prevailing Eastern Time.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE APPLICATION WILL BE HELD ON **JANUARY 30, 2024, AT 11:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, THIRD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated:  January 8, 2024 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone:  302-652-4100 |
| | Facsimile:   302-652-4400 |
| | email:  ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | *Counsel for the Debtors and Debtors-in-Possession* |