**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| AMERIFIRST FINANCIAL, INC.,[1] | ) ) ) | Case No. 23-11240 (TMH) (Jointly Administered) |
| Debtors. | ) ) | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 10, 2024
AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE
THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

---

This hearing will be conducted in person. All participants (including witnesses) at an in-person hearing are required to attend in person, except that remote participation at an in-person hearing is permitted for: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court.

**If remote participation is permitted, please register using the eCourt Appearance tool at https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl or on the Court's website at www.deb.uscourts.gov**

**The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) on January 9, 2024. An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing. Please do not contact the Court to confirm registration.**

**CourtCall will NOT be used for this hearing.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

[2] **Amended items appear in bold.**

**MATTER GOING FORWARD**

1. **Committee Standing Motion** – Motion of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. for an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [Filed: 11/21/23] ([Docket No. 470](#)).

   Response Deadline: December 5, 2023 at 4:00 p.m. Eastern Time. Extended to December 7, 2023 at 5:00 p.m. Eastern Time for the Debtors.

   Responses Received:

   a) Objection of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. to the Motion of the Official Committee of Unsecured Creditors for Standing to Prosecute Claims and Exclusive Settlement Authority [D.I. 470] [Filed: 12/5/23] ([Docket No. 509](#)).

   b) Debtors' Opposition to Motion of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. for an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [Filed: 12/7/23] ([Docket No. 514](#)).

   Replies Filed:

   a) Omnibus Reply of the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. in Support of Its Motion for an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect Of Such Claims [Filed: 12/14/23] ([Docket No. 538](#)).

   Related Documents:

   a) Certification of Counsel Regarding Order Approving Stipulation Extending Response and Reply Deadlines [Filed: 12/6/23] ([Docket No. 510](#)).

   b) [Signed] Order Approving Stipulation Extending Response and Reply Deadlines [Filed: 12/6/23] ([Docket No. 511](#)).

   c) Notice of Hearing Date Regarding Motion of the Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al*. for an Order Granting (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority in Respect of Such Claims [Filed: 1/3/24] ([Docket No. 592](#)).

   d) **Official Committee of Unsecured Creditors' Deposition Designations in Support of Hearing on the Standing Motion [Filed: 1/8/24] ([Docket No. 602](#)).**

DE:4866-3484-7898.2 70786.001

Witness & Exhibit Lists:

a) Debtors' Witness and Exhibit List for Hearing on December 18, 2023 at 10:00 a.m. (ET) [Filed: 12/14/23] (Docket No. 533).

b) Witness and Exhibit List of the Official Committee of Unsecured Creditors for December 18, 2023 Hearing [Filed: 12/14/23] (Docket No. 534).

c) Witness and Exhibit List of RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund IV-A), L.P. for the Hearing on December 18, 2023 at 10:00 a.m. (ET) [Filed: 12/14/23] (Docket No. 537).

d) Amended Witness and Exhibit List of the Official Committee of Unsecured Creditors for December 18, 2023 Hearing [Filed: 12/14/23] (Docket No. 541).

e) Debtors' Amended Witness and Exhibit List for Hearing on December 18, 2023 at 10:00 a.m. (ET) [Filed: 12/15/23] (Docket No. 549).

f) Debtors' Second Amended Witness and Exhibit List for Hearing on December 18, 2023 at 10:00 a.m. (ET) [Filed: 12/15/23] (Docket No. 551).

g) Second Amended Witness and Exhibit List of the Official Committee of Unsecured Creditors for December 18, 2023 Hearing [Filed: 12/18/23] (Docket No. 553).

h) Third Amended Witness and Exhibit List of the Official Committee of Unsecured Creditors for December 18, 2023 Hearing [Filed: 12/18/23] (Docket No. 556).

Status:  The continued hearing on this matter will go forward.

| | |
|---|---|
| Dated:  January **9**, 2024<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>Email: ljones@pszjlaw.com<br>           dbertenthal@pszjlaw.com<br>           tcairns@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

3