## EXHIBIT G

**Itemized Expenses**



# Glenn Agre Bergman & Fuentes LLP

1185 Avenue of the Americas
22nd Floor
New York, NY, NY 10036
USA
www.glennagre.com
O: 212-970-1600

## INVOICE

| | |
|---|---|
| Number | 102356 |
| Issue Date | 1/5/2024 |
| Due Date | 1/5/2024 |

### Bill To:

00363 - Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc.

## 00363011 - Litigation

Expenses

| Expenses | Price | Qty | Sub |
|---|---|---|---|
| Online research<br>11/30/2023<br>Westlaw Research Charges (November) | $290.72 | 1.00 | $290.72 |
| Online research<br>11/30/2023<br>LexisNexis Research Charges (November) | $449.94 | 1.00 | $449.94 |
| **Expenses Total:** | | **2.00** | **$740.66** |

| | |
|---|---|
| Total for 00363011 - Litigation | $740.66 |

| | |
|---|---|
| Total (USD) | $740.66 |
| Paid | $0.00 |
| Balance | $740.66 |

Checks can be mailed to the address above and made payable to: Glenn Agre Bergman & Fuentes LLP

Or funds can be wired as follows:
Bank Name: Citibank, N.A.
Bank ABA: 021000089
SWIFT: CITIUS33
Account Name: Glenn Agre Bergman & Fuentes LLP
Account Number: 6868753522

Email Remittance Address:  Finance@glennagre.com