**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC.,[1] *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline**:<br>**January 30, 2024, at 4:00 p.m. (ET)** |

**SUMMARY OF FIRST COMBINED MONTHLY APPLICATION OF ISLANDDUNDON LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISER TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM OCTOBER 5, 2023, TO NOVEMBER 30, 2023**

Name of Applicant:                                     IslandDundon LLC

Authorized to provide services to:        The Official Committee of Unsecured Creditors

Petition Date:                                            August 24, 2023

Date of Retention:                                    November 14, 2023, with effect October 5, 2023

Period for which compensation and
reimbursement are sought:                      October 5, 2023 through November 30, 2023

Amount of compensation sought as
actual, reasonable, and necessary:        $449,242.00 (80% = $359,393.[60])

Amount of expense reimbursement sought
as actual, reasonable, and necessary:    $4,714.11

This is a(n):            X   monthly            _____ interim            _____ final application

---

[1]    The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are:
Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst
Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases
is 1550 McKellips Road, Suite 117, Mesa, Arizona 85203.

**PRIOR FEE APPLICATIONS SUBMITTED TO DATE**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|:---:|:---:|:---:|:---:|:---:|:---:|
| None | n/a | n/a | n/a | n/a | n/a |

**COMPENSATION BY PROFESSIONAL FOR THE PERIOD**
**OCTOBER 5, 2023 THROUGH NOVEMBER 30, 2023**

| Name | Position | Billable Hours | Hourly Rate (Average) | Total Fees |
|---|---|---|---|---|
| Matthew Dundon | Principal | 85.40 | $ 856.42 | $ 65,993.50 |
| Robert Lieber | Sr. Managing Director | 1.70 | 890.00 | 1,513.00 |
| Joe Cashel | Managing Director | 309.90 | 777.01 | 232,576.00 |
| Tabish Rizvi | Managing Director | 1.20 | 790.00 | 948.00 |
| Steven Landgraber | Managing Director | 19.70 | 790.00 | 15,563.00 |
| Victor Baev | Senior Adviser | 100.50 | 790.00 | 79,395.00 |
| Scott Woods | Director | 53.50 | 700.00 | 37,450.00 |
| Greg Hill | Associate Director | 16.70 | 550.00 | 9,185.00 |
| Alexander Zahringer | Associate | 18.91 | 350.00 | 6,618.50 |
| **TOTAL:** | | **607.51** | | **$ 449,242.00** |
| **Blended Hourly Rate:** | | | | **$ 739.48** |

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 5, 2023 TO NOVEMBER 30, 2023

| Project Code | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| BA | Business analysis | 271.80 | $  203,703.00 |
| CA | Case Administration | 6.51 | 4,221.50 |
| CLM | Claims Analysis | 26.50 | 21,035.00 |
| COM | Committee Member/Professional Meetings & Communications | 97.60 | 78,177.00 |
| DPM | Debtor Professional and Client Meetings | 27.90 | 21,801.00 |
| DLPM | Debtor/Lender Professional and Staff Meetings | 12.80 | 10,662.00 |
| INV | Investigations | 23.00 | 18,380.00 |
| ORET | Other Professionals' Retention and Fee Applications | 7.10 | 5,597.00 |
| PLN | Plan and Disclosure Statement | 26.90 | 21,894.00 |
| RET | Retention and Fee Applications | 4.40 | 3,566.00 |
| SP | Sales Process | 49.50 | 37,948.00 |
| TRVL | Non-Working Travel (at 50%) | 53.50 | 22,257.50 |
| **Total Fees:** | | | **$  449,242.00** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC.,[1] *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline**:<br>**January 30, 2024, at 4:00 p.m. (ET)** |

### FIRST COMBINED MONTHLY APPLICATION OF ISLANDDUNDON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 5, 2023 THROUGH NOVEMBER 30, 2023

IslandDundon LLC ("IslandDundon" or "Applicant"), as financial adviser to the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., *et al.* (the "Committee"), hereby submits this monthly application (the "Fee Application") pursuant to the provisions of sections 330 and 331 of Title 11, United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330 issued by the Executive Office for United States Trustees (the "Guidelines"). Pursuant to this Fee Application, IslandDundon seeks allowance of compensation for professional services IslandDundon performed during the period October 5, 2023 through November 30, 2023 (the "Fee Period") in the amount of $449,242.00 less a twenty percent (20%) holdback in the amount of $89,848.40, for an interim payable fee request of $359,393.60.  A total of $4,714.11 in expenses

---

[1]    The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKelleps Road, Suite 117, Mesa, Arizona 85203.

were recorded during the Fee Period.  In support of this Application, IslandDundon respectfully represents as follows:

### Background

1.      On August 24, 2023 (the "Petition Date"), the Debtors each filed a voluntary petition with this Court under chapter 11 of the Bankruptcy Code.  The Debtors are liquidating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these cases.

2.      The United States Trustee ("U.S. Trustee") on September 15, 2023, appointed the Committee to represent the interests of all unsecured creditors in these cases pursuant to section 1102 of the Bankruptcy Code and publicly disclosed the membership of that Committee on September 15, 2023 [Docket No.'s 122].[2]  No trustee or examiner has been appointed in these Chapter 11 Cases.

3.      On September 21, 2023, the Committee selected Morris, Nichols, Arsht & Tunnell LLP ("MNAT") and Kasowitz Benson Torres LLP ("Kasowtiz") as co-counsel in connection with these Chapter 11 Cases, and on October 5, 2023 (the "Retention Date"), the Committee selected IslandDundon LLC to serve as its financial advisor, each subject to Court approval.  On November 7, 2023, the Committee selected Glenn Agre Bergman & Fuentes LLP as special litigation counsel, also subject to Court approval.

4.      On September 27, 2023, the Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement of Expenses of Professionals* [Docket No. 164] (the "Interim Compensation Order").

---

[2] The Committee consists of the following three members: (i) Kristen Rahn; (ii) Mortgageshots, LLC; and (iii) Paragon Micro, Inc. as its chair.

5.      On November 14, 2023, upon prior application of the Committee, the Court entered the *Order Authorizing and Approving the Retention of IslandDundon LLC as Financial Adviser to Effective as of October 5, 2023* [Docket No. 429].   The Court on other dates approved the retentions of MNAT and Glen Agree, and denied approval of the retention of Kasowtiz.

### Compensation Paid and Its Source

6.      All services for which compensation is requested by IslandDundon were performed for or on behalf of the Committee.

7.      IslandDundon has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.   There is no agreement or understanding between IslandDundon and any other person for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

8.      The fee statement for the Fee Period is attached hereto as **Exhibit A**.  This statement contains daily time logs describing the time spent by each professional for the Fee Period.  To the best of IslandDundon's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, Local Rule 2016-2, applicable Third Circuit law and the Compensation Procedures Order.

9.      Details for actual and necessary expenses and daily logs of expenses incurred by IslandDundon during the Fee Period are attached hereto as **Exhibit B**.

### Summary of Services Rendered

10.      The IslandDundon professionals who have mainly rendered professional services in this Chapter 11 Case are as follows: Matthew J. Dundon, Joe Cashel, Steven J. Landgraber, Victor Baev, and Scott Woods.

11.    IslandDundon, by and through the above-named persons, has prepared and/or assisted in the preparation of retention applications and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with this Chapter 11 Case and has performed all necessary professional services, which are described and narrated in detail hereinafter.

12.    To provide a meaningful summary of IslandDundon's services provided on behalf of the Committee, IslandDundon has established, in accordance with its internal billing procedures, certain subject project categories in connection with this Chapter 11 Case. The following chart is a summary of the fees and hours billed for each project category in the Fee Period:

| Project Code | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| BA | Business analysis | 271.80 | $  203,703.00 |
| CA | Case Administration | 6.51 | 4,221.50 |
| CLM | Claims Analysis | 26.50 | 21,035.00 |
| COM | Committee Member/Professional Meetings & Communications | 97.60 | 78,177.00 |
| DPM | Debtor Professional and Client Meetings | 27.90 | 21,801.00 |
| DLPM | Debtor/Lender Professional and Staff Meetings | 12.80 | 10,662.00 |
| INV | Investigations | 23.00 | 18,380.00 |
| ORET | Other Professionals' Retention and Fee Applications | 7.10 | 5,597.00 |
| PLN | Plan and Disclosure Statement | 26.90 | 21,894.00 |
| RET | Retention and Fee Applications | 4.40 | 3,566.00 |
| SP | Sales Process | 49.50 | 37,948.00 |
| TRVL | Non-Working Travel (at 50%) | 53.50 | 22,257.50 |
| **Total Fees:** | | | **$  449,242.00** |

13.    The nature of work performed by the Applicant during the Fee Period is fully set forth in Exhibit A.  The reasonable and standard value of the services the Applicant rendered for and on behalf of the Committee during the Fee Period is $449,242.00.  Accordingly, IslandDundon seeks to be compensated $449,242.00 for the fees incurred during the Fee Period less a twenty percent (20%) holdback in the amount of $89,848.40, for an interim payable fee request of $359,393.60.  Additionally, IslandDundon seeks reimbursement of $4,714.11 for expenses incurred during the Fee Period.

### Valuation of Services

14.    IslandDundon's professionals expended a total of 607.51 hours in connection with this matter during the Fee Period, as follows:

| Name | Position | Billable Hours | Hourly Rate (Average) | Total Fees |
|---|---|---|---|---|
| Matthew Dundon | Principal | 85.40 | $        856.42 | $    65,993.50 |
| Robert Lieber | Sr. Managing Director | 1.70 | 890.00 | 1,513.00 |
| Joe Cashel | Managing Director | 309.90 | 777.01 | 232,576.00 |
| Tabish Rizvi | Managing Director | 1.20 | 790.00 | 948.00 |
| Steven Landgraber | Managing Director | 19.70 | 790.00 | 15,563.00 |
| Victor Baev | Senior Adviser | 100.50 | 790.00 | 79,395.00 |
| Scott Woods | Director | 53.50 | 700.00 | 37,450.00 |
| Greg Hill | Associate Director | 16.70 | 550.00 | 9,185.00 |
| Alexander Zahringer | Associate | 18.91 | 350.00 | 6,618.50 |
| **TOTAL:** | | **607.51** | | **$   449,242.00** |
| **Blended Hourly Rate:** | | | | **$        739.48** |

15.     These are IslandDundon's normal hourly rates for work of this character.  The reasonable value of the services rendered by IslandDundon to the Committee during the Fee Period is $449,242.00.

16.     In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by IslandDundon is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title.  Moreover, IslandDundon has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, IslandDundon respectfully requests that the Court authorize that allowance be made to IslandDundon with respect to a) the sum of $449,242.00 for the fees incurred during the Fee Period, less a twenty percent (20%) holdback in the amount of $89,848.40, for a payable fee request of $359,393.60 as compensation for necessary professional services rendered and b) the sum of $4,714.11 for the expenses incurred during the Fee Period; and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: January 9, 2024                           **ISLANDDUNDON LLC**

*/s/ Matthew J. Dundon*
Matthew J. Dundon
10 Bank Street
Suite 1100
White Plains, NY 10606
Telephone: (914) 341-1188
Email: md@IslandDundon.com

*Financial Advisers for the Official*
*Committee of Unsecured Creditors*