**Exhibit B**

**Expense Detail**

| Date | Expense Item | Amount |
|---|---|---:|
| 10/20/23 | Amtrak (J.C.) | 432.00 |
| 10/25/23 | Car to Train Station | 25.23 |
| 10/25/23 | Amtrak to Wilmington | 101.00 |
| 10/25/23 | Car to Hotel | 8.53 |
| 10/26/23 | Amtrak (J.C.) | 432.00 |
| 10/26/23 | Hotel (Doubletree) | 240.51 |
| 10/26/23 | Hotel to MNAT Office | 9.05 |
| 10/26/23 | Car to Airport | 96.00 |
| 11/05/23 | Home to Hotel | 225.97 |
| 11/06/23 | Hotel (Residence Inn) | 369.98 |
| 11/06/23 | Hotel to Station | 15.27 |
| 11/06/23 | Amtrak to New Rochelle | 146.00 |
| 11/06/23 | Station to Home (Mileage) | 4.13 |
| 11/06/23 | Amtrak (J.C.) | 432.00 |
| 11/06/23 | Home to Penn (J.C.) | 29.00 |
| 11/09/23 | Home to Station | 40.51 |
| 11/09/23 | Amtrak to Wilmington | 156.00 |
| 11/09/23 | Station to MNAT | 8.49 |
| 11/09/23 | Wilminnton to Scarsdale | 282.71 |
| 11/09/23 | Home to Penn (J.C.) | 25.25 |
| 11/09/23 | Amtrak (J.C.) | 432.00 |
| 11/20/23 | Car to station | 30.00 |
| 11/20/23 | Amtrak to Wilmington | 187.00 |
| 11/20/23 | Station to hotel | 9.19 |
| 11/21/23 | Hotel (Doubletree) | 197.19 |
| 11/21/23 | Hotel to MNAT Office | 9.32 |
| 11/21/23 | MNAT Office to Station | 17.85 |
| 11/21/23 | Amtrak to NYC | 295.25 |
| 11/21/23 | Station to Home | 41.69 |
| 11/21/23 | Amtrak (J.C.) | 386.00 |
| 11/21/23 | Home to Penn (J.C.) | 29.00 |
| | **TOTAL:** | **$4,714.11** |