IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Casey B. Sawyer, do hereby certify that on January 9, 2024, I caused a copy of the *Summary of First Combined Monthly Application of IslandDundon LLC for Allowance of Compensation for Services Rendered and reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From October 5, 2023, to November 30, 2023* to be served via CM/ECF on all counsel and parties who have entered appearances and consented to CM/ECF notification, and in the manner indicated upon the parties in **Exhibit A**:

*/s/ Casey B. Sawyer*
Casey B. Sawyer (No. 7260)

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

**Exhibit A**

| | | | |
|---|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez;<br>Larry R. Boyd;<br>Emily M. Hahn | plopez@abernathy-law.com;<br>ehahn@abernathy-law.com;<br>bankruptcy@abernathy-law.com | Email |
| Academy Mortgage Corp | Attn: Jesse Winn | Jesse.winn@academymortgage.com | Email |
| Arthur J Gallagher Risk Management Svcs | Attn: Lidsey McCloskey | Lindsey_McCloskey@ajg.com | Email |
| Assimilate Solutions | Attn: Account Manager | asm-invoices@situsamc.com | Email |
| Ballard Spahr LLP | Attn: Brian D Huben;<br>Jessica M Simon;<br>Leslie C Heilman;<br>Laurel D Roglen;<br>Nicholas J Brannick;<br>Margaret A Vesper | roglenl@ballardspahr.com;<br>brannickn@ballardspahr.com;<br>vesperm@ballardspahr.com;<br>simonjm@ballardspahr.com;<br>hubenb@ballardspahr.com;<br>heilmanl@ballardspahr.com | Email |
| Bielli & Klauder, LLC | Attn: David M Klauder | dklauder@bk-legal.com | Email |
| Black Knight Technologies | Attn: Account Manager | custsvc@bkfs.com | Email |
| Clearcompany HRM | Attn: Account Manager | billing@clearcompany.com | Email |
| Damontek | Attn: Account Manager | billing@damontek.com | Email |
| DB Trust Co Americas | Attn: Account Manager | ctas.fee-billing@db.com | Email |
| El Camino Real Building | Attn: Carlee Gutierrez | gutierrez.carlee@yahoo.com | Email |
| Experian | Attn: Cecilia Rojas | Cecilia.Rojas@experian.com | Email |
| Farhang & Medcoff | Attn: Account Manager | jhenderson@farhangmedcoff.com; afarhang@farhangmedcoff.com; dthompson@farhangmedcoff.com; fmbilling@farhangmedcoff.com | Email |
| ICE Mortgage Technology, Inc. | Attn: Jeffrey J. Lyons<br>Michael T. Delaney | jjlyons@bakerlaw.com;<br>mdelaney@bakerlaw.com | Email |
| JPMCB | Attn: Account Manager | zlata.m.medica@chase.com | Email |
| Kasowitz Benson Torres LLP | Attn: Edward Filusch | EFilusch@kasowitz.com | Email |
| Kasowitz Benson Torres LLP | Attn: Matthew B Stein;<br>Robert M Novick | MStein@kasowitz.com;<br>Rnovick@kasowitz.com | Email |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | bankruptcy@kerncounty.com | Email |
| Klein Independent School District and | Attn: Melissa E. Valdez | mvaldez@pbfcm.com | |

| | | | |
|---|---|---|---|
| Kristen Rahn | | Krisrahn@gmail.com | Email |
| Lakeview Loan Servicing, LLC | Attn: Account Manager | InvoicingTPO@bayviewloans.com | Email |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker; Tara L Grundemeier | sanantonio.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com | Email |
| McCreary, Veselka, Bragg, & Allen, PC | Attn: Julie Anne Parsons | jparsons@mvbalaw.com | Email |
| Mills Halstead & Zaloudek, LLC | Attn: Amanda H Halstead | ahh@mhzlegal.com | Email |
| Mortgage Coach | Attn: Account Manager | accounting@mortgagecoach.com | Email |
| Mortgageshots, LLC | Attn: Kian Ramsay | kian@mortgageshots.com | Email |
| Mourier Land Investment Corp | Attn: S Louie | slouie@ngkf.com | Email |
| O'Melveny & Myers LLP | Attn: Daniel Shamah; Jennifer Taylor; Jordan Weber; Stephen Warren | dshamah@omm.com; jtaylor@omm.com; jweber@omm.com; swarren@omm.com | Email |
| Office of the US Trustee | Attn: Linda Richenderfer | Linda.Richenderfer@usdoj.gov | Email |
| Optimal Blue, LLC | Attn: Michelle Kersch; Jeffrey J. Lyons; Michael T. Delaney | michelle.kersch@bkfs.com; jjlyons@bakerlaw.com; mdelaney@bakerlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones; David M Bertenthal; Timothy P Cairns | ljones@pszjlaw.com; dbertenthal@pszjlaw.com; tcairns@pszjlaw.com | Email |
| Paragon Micro Inc | Attn: Todd Cowen | tcowen@paragonmicro.com | Email |
| Pashman Stein Walder Hayden, PC | Attn: William R Firth, III; Joseph C Barsalona II | wfirth@pashmanstein.com; jbarsalona@pashmanstein.com | Email |
| Phoenix Arena Development, LP | Attn: S Vega | svega@suns.com | Email |
| Potter Anderson & Corroon LLP | Attn: Christopher Samis; Katelin Morales; L Katherine Good | csamis@potteranderson.com; kmorales@potteranderson.com; kgood@potteranderson.com | Email |
| Quarles & Brady LLP | Attn: Account Manager | clientpayments@quarles.com | Email |

| | | | |
|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Bennett Murphy; Brittany J Nelson; Manisha M Sheth; Patricia B Tomasco; Razmig Izakelian | bennettmurphy@quinnemanuel.com; brittanynelson@quinnemanuel.com; manishasheth@quinnemanuel.com; pattytomasco@quinnemanuel.com; razmigizakelian@quinnemanuel.com | Email |
| RCP Credit Opportunities Fund Loan Spv Fund | Attn: Theodore Samets | theodore.samets@reverencecapital | Email |
| RCP Customized Credit Fund Fund IV-A, LP | Attn: Theodore Samets | theodore.samets@reverencecapital | Email |
| Reger Rizzo & Darnall LLP | Attn: Louis J Rizzo | lrizzo@regerlaw.com | Email |
| Saul Ewing LLP | Attn: John D. Demmy; Paige N. Topper | john.demmy@saul.com; paige.topper@saul.com | Email |
| The Law Office Of Jeff A George, APC | Attn: Jeff George | jeffgeorge@jglawyer.com | Email |
| Total Expert | Attn: Account Manager | accounting@totalexpert.com | Email |
| Trainor Fairbrook | Attn: Jennifer L Pruski | jpruski@trainorfairbrook.com | Email |
| Truist Bank | Attn: Hannah Slaughter | hannah.slaughter@truist.com; britain.lamm@truist.com | Email |
| UKG Inc | Attn: Account Manager | accountsreceivable@ukg.com | Email |
| United Healthcare | Attn: Sharon Lohman | sharon_a_lohman@uhc.com | Email |
| US Bank | Attn: Account Manager | CorrespondentBilling@usbank.com | Email |
| AmeriFirst Financial, Inc. Attn: Chief Restructuring Officer 575 W. Chandler Blvd, Suite 225, Unit 236 Chandler, AZ 85225 | | | First Class Mail |
| Arivs Attn: Account Manager 1930 N. Arboleda Rd. Mesa, AZ 85213 | | | First Class Mail |
| CIT Attn: Account Manager 75 N. Fair Oaks Ave., Suite C Pasadena, CA 91103 | | | First Class Mail |
| Delaware State Treasury 820 Silver Lake Blvd., Suite 100 Dover, DE 19904 | | | First Class Mail |

| | | | |
|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | First Class Mail |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | | First Class Mail |
| Securities & Exchange Commission<br>100 F. St. NE<br>Washington, DC 20549 | | | First Class Mail |
| Securities & Exchange Commission<br>New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookefield Pl<br>200 Vesey St, Suite 400<br>New York, NY 10281-1022 | | | First Class Mail |
| US Attorney's Office<br>District of Delaware<br>1313 N. Market St.<br>Wilmington, DE 19801 | | | First Class Mail |
| Wells Fargo Bank, NA<br>Attn: Account Manager<br>420 Montgomery St.<br>San Francisco, CA 94104 | | | First Class Mail |
| Office of the US Trustee<br>Attn: Linda Richenderfer<br>844 King St., Ste 2207<br>Wilmington, DE 19801 | | | First Class Mail |