**SIGN-IN SHEET**

**CASE NAME:** AmeriFirst
**CASE NO:** 23-11240

**COURTROOM LOCATION:** 7
**DATE:** 1/10/2024 at 1:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Tice | Quinn Emanuel | RCP |
| Katherine Good | Potter Anderson | RCP |
| Andrew Glenn | Glenn Agre | Committee |
| Malak Doss | " | Committee |
| Casey Sawyer | Morris, Nichols, Arsht & Tunnell | " |
| Eric Schwartz | " | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Debtor |
| John Morris | Pachulski Stang Ziehl & Jones / PSZJ | Debtor |
| Mary Colowicj | | Debtor |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

01:00 PM

## 23-11240-TMH AmeriFirst Financial, Inc.

**Peter Aberg**
via: Video and Audio
Representing:
RCP Parties

**Rick Archer**
via: Audio Only
Representing:
Law360

**Scott Avila**
via: Video and Audio
Representing:

**Joseph Charles Barsalona II**
via: Video and Audio
Representing:
Eric Bowlby

**David Bertenthal**
via: Video and Audio
Representing: AmeriHealth
Financial

**Eric Bowlby**
via: Audio Only
Representing:
Eric Bowlby

**Wyatt Branson**
via: Video and Audio
Representing:
Debtor

**Daniel Butz**
via: Video and Audio
Representing:
Committee

**Mary F. Caloway**
via: Video and Audio
Representing:
Debtors

**Alex Cheng**
via: Video and Audio
Representing:
RCP Parties

**Donna Culver**
via: Video and Audio
Representing:
Committee

**Jeffrey Dane**
via: Audio Only
Representing:
Amerifirst

**Robert Dehney**
via: Video and Audio
Representing:
Committee

**Malak Doss**
via: Video and Audio
Representing:
Committee

**Shannon Forshay**
via: Video and Audio
Representing:
RCP Parties

**Clara E Geoghegan**
via: Audio Only
Representing:
Law360/media

**Andrew Glenn**
via: Video and Audio
Representing:
Committee

**Evanthea Hammer**
via: Video and Audio
Representing:
Committee

**TaylorHarrison**     via:
Audio          Only
Representing:

**Steven Herrup**
via: Video and Audio
Representing:
RCP Parties

**Lauren Huber**
via: Video and Audio
Representing:
RCP Parties

**Razmig Izakelian** via:
Video and Audio
Representing:
RCP Parties

**John Kim**
via: Video and Audio
Representing:
Eric Bowlby

**David M. Klauder**
via: Video and Audio
Representing:
Fannie Mae

**Maxim B. Litvak** via:
Video and Audio
Representing:
AmeriFirst Financial

**Thomas Marcotullio**
via: Video and Audio
Representing:
RCP Parties

**Kurt Mayr**
via: Video and Audio
Representing:
Committee

**Avery Meng**
via: Video and Audio
Representing:
Committee

**Bennett Murphy**
via: Video and Audio
Representing:
RCP Parties

**Brittany Nelson**
via: Video and Audio
Representing: RCP
Parties

**AmeliaPollard**
via: Audio Only
Representing:

**Naznen Rahman** via:
Video and Audio
Representing:
Committee

**Theodore Samets**
via: Video and Audio
Representing:
RCP Parties

**Casey Sawyer**
via: Video and Audio
Representing:
Committee

**Alexander Schwartz**
via: Video and Audio
Representing:
RCP Parties

**Eric Schwartz**
via: Video and Audio
Representing:
Committee

**Manisha Sheth**
via: Video and Audio
Representing:
RCP Parties

**Ricky Simon**
via: Video and Audio
Representing:
RCP Parties

**David Sloane**
via: Video and Audio
Representing:
Selt

**Paula Sosamon** via:
Video and Audio
Representing:

**Louisa Soulard**
via: Audio Only
Representing:

**James Tecce**
via: Video and Audio
Representing:
RCP Parties

**Patricia Tomasco**
via: Video and Audio
Representing:
RCP Parties

**Jordan A Weber**
via: Audio Only
Representing:
Fannie Mae