IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et. al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 621** |

### ORDER APPROVING STIPULATION FOR EXTENSION OF THE DEADLINE TO FILE COMPLAINTS UNDER SECTION 523(c) OF THE BANKRUPTCY CODE, TO THE EXTENT APPLICABLE

This Court having considered the *Motion of Relator, LLC for Extension of the Deadline to File Complaints Under Section 523(c) of the Bankruptcy Code, to the Extent Applicable* [Docket No. 621] (the "Motion"); and this Court having considered the *Stipulation for Extension of the Deadline to File Complaints under Section 523(c) of the Bankruptcy Code, to the Extent Applicable* (the "Stipulation"), attached hereto as **Exhibit 1**; and this Court having determined that good and adequate cause exists for approval of the Stipulation; and upon submission of this Order under certification filed by counsel for the Debtors;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is hereby approved.

2. The Motion is granted subject to the terms of the Stipulation and this Order.

3. The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

4. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order and the Stipulation.

*[Signature: Thomas M. Horan]*

**Dated: January 25th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**