# Exhibit 1

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC., *et. al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 621** |

**STIPULATION FOR EXTENSION OF THE
DEADLINE TO FILE COMPLAINTS UNDER SECTION 523(c) OF THE
BANKRUPTCY CODE, TO THE EXTENT APPLICABLE**

Upon the Motion of Relator, LLC ("Relator") for Extension of the Deadline to File Complaints Under Section 523(c) of the Bankruptcy Code, to the Extent Applicable (D.I. 621 the "Motion"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 4007(c), and Local Rule 9006-2, which seeks entry of an order extending the deadline for filing complaints under section 523(c) of the Bankruptcy Code (the "523(c) Deadline"), to the extent applicable, Relator and AmeriFirst Financial, Inc. ("AmeriFirst") and Phoenix 1040 LLC (collectively with AmeriFirst, the "Debtors"), through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on January 12, 2024, Relator filed the Motion to extend the 523(c) Deadline;

WHEREAS, objections to the Motion were due by January 23, 2024 at 4:00 P.M. Eastern Standard Time, except that Relator extended the objection deadline as to the Debtors only through January 26, 2024 at 5:00 p.m. Eastern Standard Time;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKellips Road, Suite 117, Mesa, AZ 85203.

1

WHEREAS, no objections to the Motion were filed;

WHEREAS, Debtors have raised certain informal objections to the Motion and do not believe that the 523(c) Deadline is applicable to these chapter 11 cases or Relator's claims;

WHEREAS, Debtors are in the process of liquidating their assets pursuant to Chapter 11 of the Bankruptcy Code;

WHEREAS, Relator and Debtors have conferred, and agree that it is in the best interest of the Relators and Debtors to extend the 523(c) Deadline, to the extent that it applies, through the expected liquidation of Debtors;

WHEREAS, there has been no prior request for an extension of Relator's 523(c) Deadline in this matter;

IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows:

1.  The Section 523(c) Deadline, to the extent applicable in these chapter 11 cases, is hereby extended for Relator until the earlier of (i) the entry of an order confirming a plan of liquidation pursuant to 11 U.S.C. § 1129 or (ii) the conversion or dismissal of these cases pursuant to 11 U.S.C. § 1112;

2.  This Stipulation is without prejudice to Relator as to any arguments with respect to whether dischargeability is self-executing or requires an adversary proceeding, and all rights and defenses of the Debtors and their estates in response to any such arguments are fully preserved.

Dated: January 25, 2024
By:

/s/ Christopher D. Loizides
Christopher D. Loizides, Esq. (No. 3968)
LOIZIDES, P.A.
Legal Arts Building
1225 King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

Theo Bruening (pro hac vice)
Michael K. Eggenberger (pro hac vice)
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
E: tbruening@hechtpartners.com
E: mike@hechtpartners.com
P: (646) 777-2489


*Attorney for Relator, LLC*

Dated: January 25, 2024

By:

/s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         tcairns@pszjlaw.com

*Attorneys to the Debtors and Debtors in Possession*

3