**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF WILLIAM R. FIRTH, III

**PLEASE TAKE NOTICE** that counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc., ("Bowlby") hereby gives notice of the withdrawal of appearance of William R. Firth, III of Pashman Stein Walder Hayden, P.C.

**PLEASE TAKE FURTHER NOTICE** that Bowlby also requests that William R. Firth, III be removed from all service lists, including the Court's CM/ECF electronic notification list.

**PLEASE TAKE FURTHER NOTICE** that the representation of Bowlby by all of the attorneys of record of Pashman Stein Walder Hayden, P.C. in this case is unaffected by this notice.

Dated: June 21, 2024
       Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

 */s/ Joseph C. Barsalona II*
 Joseph C. Barsalona II (No. 6102)
 824 North Market Street, Suite 800
 Wilmington, DE 19801
 Telephone: (302) 592-6497
 Facsimile: (201) 488-5556
 Email:  jbarsalona@pashmanstein.com

*Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc.*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The location of Debtor AmeriFirst Financial, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1550 McKellips Road, Suite 117, Mesa, Arizona 85203.

## CERTIFICATE OF SERVICE

I, Joseph C. Barsalona II, hereby certify that on June 21, 2024, I caused a copy of the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE OF WILLIAM R. FIRTH, III* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

*Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc.*