**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) Case No. 23-11240 (TMH) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**Ref. Dkt. Nos. 839, 840, 841, 842, 843, 845, 855, 856, 857**

**DEBTORS' OBJECTION TO MONTHLY AND INTERIM FEE
APPLICATIONS OF COMMITTEE'S PROFESSIONALS**

AmeriFirst Financial, Inc. and Phoenix 1040, LLC, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), file this objection to the monthly and interim fee applications (collectively, the "Applications") filed by the professionals (collectively, the "Professionals") retained by the Official Committee of Unsecured Creditors (the "Committee") at Docket Nos. 839, 840, 841, 842, 843, 845, 855, 856, and 857. The Debtors further incorporate the arguments set forth in the *Debtors' Response and Preliminary Objection to: (1) Omnibus Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to Fee Applications Filed by Debtors' Professionals; and (2) Monthly and Interim Fee Applications of Committee's Professionals* [Docket No. 702] (the "Initial Objection") as if set forth fully herein.

The Debtors submit this Objection as a continuing and standing objection to the allowance and payment of any prior, current, or future fees sought in the Applications or any future applications of the Committee's professionals: Morris, Nichols, Arsht & Tunnell LLP, Glenn Agre Bergman & Fuentes LLP, and Island Dundon LLC. The Debtors reserve all rights to fully object to

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

DE:4887-5934-7941.1 70786.001

the Committee's Professionals' fees on the grounds identified in the Initial Objection or on any other basis at or prior to a final hearing on the Applications.

Dated: September 24, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
Email:  ljones@pszjlaw.com
           dbertenthal@pszjlaw.com
           tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

2