# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,[1]<br><br>                                Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 23-11240 (TMH) <br> ) (Jointly Administered) <br> ) <br> ) |

### AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 8, 2025 AT 11:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801

> **This proceeding will be conducted via Zoom. Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## MATTER GOING FORWARD

1. **Motion to Compel** – Debtors' Motion to (I) Compel Mediation and (II) Continue Interim Fee Application Hearing Scheduled for January 10, 2025 [Filed: 1/6/25] (Docket No. 918).

    Response Deadline: January 7, 2024 at 4:00 p.m. Eastern Time.

    Responses Received:

    a) **Official Committee of Unsecured Creditors' Objection to Debtors' Motion to (I) Compel Mediation and (II) Continue Interim Fee Application Hearing Scheduled for January 10, 2025, and Reply to Debtors' Motion to Shorten Notice of Debtors' Motion to (I) Compel Mediation and (II) Continue Interim Fee**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

[2] **Amended items appear in bold.**

**Application Hearing Scheduled for January 10, 2025 [Filed: 1/7/25] ([Docket No. 927](#)).**

Related Documents:

a) Debtors' Motion to Shorten Notice of Debtors' Motion to (I) Compel Mediation and (II) Continue Interim Fee Application Hearing Scheduled for January 10, 2025 [Filed: 1/6/25] ([Docket No. 919](#)).

b) [Signed] Order on Debtors' Motion to Shorten Notice of Motion to (I) Compel Mediation and (II) Continue Interim Fee Application Hearing Scheduled for January 10, 2025 [Filed: 1/6/25] ([Docket No. 920](#)).

c) Notice of Hearing Regarding Debtors' Motion to (I) Compel Mediation and (II) Continue Interim Fee Application Hearing Scheduled for January 10, 2025 [Filed: 1/6/25] ([Docket No. 921](#)).

Status:  This matter will go forward.

Dated:  January **7**, 2025
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

4932-0468-5069.2 70786.001