# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERIFIRST FINANCIAL, INC.,[1] *et al.*, | ) ) ) | Case No. 23-11240 (TMH) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | **Re:  D.I. 983** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 23, 2025, the undersigned counsel caused a copy of the following documents to be served via CM/ECF on all counsel and parties who have entered appearances and consented to CM/ECF notification, and in the manner indicated upon the parties on **Exhibit B**:

a. *Combined Fifth Monthly and Third Interim Fee Application of Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel to the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al., for Compensation of Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through November 30, 2024* (D.I. 983).

*[Remainder of the Page Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 575 W. Chandler Blvd, Suite 225, Unit 236, Chandler, AZ 85225.

| | |
|---|---|
| Dated: January 23, 2025<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Casey B. Sawyer*<br>Donna L. Culver (No. 2983)<br>Robert J. Dehney, Sr. (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel B. Butz (No. 4227)<br>Casey B. Sawyer (No. 7260)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dculver@morrisnichols.com<br>        rdehney@morrisnichols.com<br>        eschwartz@morrisnichols.com<br>        dbutz@morrisnichols.com<br>        csawyer@morrisnichols.com<br><br>**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |