**Exhibit B**

| | | | |
|---|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez; Larry R. Boyd; Emily M. Hahn | plopez@abernathy-law.com; ehahn@abernathy-law.com; bankruptcy@abernathy-law.com | Email |
| Academy Mortgage Corp | Attn: Jesse Winn | Jesse.winn@academymortgage.com | Email |
| Arthur J Gallagher Risk Management Svcs | Attn: Lidsey McCloskey | Lindsey_McCloskey@ajg.com | Email |
| Assimilate Solutions | Attn: Account Manager | asm-invoices@situsamc.com | Email |
| Ballard Spahr LLP | Attn: Brian D Huben; Jessica M Simon; Leslie C Heilman; Laurel D Roglen; Nicholas J Brannick; Margaret A Vesper | roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com; simonjm@ballardspahr.com; hubenb@ballardspahr.com; heilmanl@ballardspahr.com | Email |
| Bielli & Klauder, LLC | Attn: David M Klauder | dklauder@bk-legal.com | Email |
| Black Knight Technologies | Attn: Account Manager | custsvc@bkfs.com | Email |
| Clearcompany HRM | Attn: Account Manager | billing@clearcompany.com | Email |
| Damontek | Attn: Account Manager | billing@damontek.com | Email |
| DB Trust Co Americas | Attn: Account Manager | ctas.fee-billing@db.com | Email |
| El Camino Real Building | Attn: Carlee Gutierrez | gutierrez.carlee@yahoo.com | Email |
| Experian | Attn: Cecilia Rojas | Cecilia.Rojas@experian.com | Email |
| Farhang & Medcoff | Attn: Account Manager | jhenderson@farhangmedcoff.com; afarhang@farhangmedcoff.com; dthompson@farhangmedcoff.com; fmbilling@farhangmedcoff.com | Email |
| ICE Mortgage Technology, Inc. | Attn: Jeffrey J. Lyons; Michael T. Delaney | jjlyons@bakerlaw.com; mdelaney@bakerlaw.com | Email |
| JPMCB | Attn: Account Manager | zlata.m.medica@chase.com | Email |
| Kasowitz Benson Torres LLP | Attn: Edward Filusch | EFilusch@kasowitz.com | Email |
| Kasowitz Benson Torres LLP | Attn: Matthew B Stein; Robert M Novick | MStein@kasowitz.com; Rnovick@kasowitz.com | Email |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | bankruptcy@kerncounty.com | Email |
| Klein Independent School District and | Attn: Melissa E. Valdez | mvaldez@pbfcm.com | Email |
| Kristen Rahn | | Krisrahn@gmail.com | Email |
| Lakeview Loan Servicing, LLC | Attn: Account Manager | InvoicingTPO@bayviewloans.com | Email |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker; Tara L Grundemeier | sanantonio.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com | Email |
| McCreary, Veselka, Bragg, & Allen, PC | Attn: Julie Anne Parsons | jparsons@mvbalaw.com | Email |
| Mills Halstead & Zaloudek, LLC | Attn: Amanda H Halstead | ahh@mhzlegal.com | Email |
| Mortgage Coach | Attn: Account Manager | accounting@mortgagecoach.com | Email |
| Mortgageshots, LLC | Attn: Kian Ramsay | kian@mortgageshots.com | Email |
| Mourier Land Investment Corp | Attn: S Louie | slouie@ngkf.com | Email |

**Exhibit B**

|  |  |  |  |
|---|---|---|---|
| O'Melveny & Myers LLP | Attn: Daniel Shamah; Jennifer Taylor; Jordan Weber; Stephen Warren | dshamah@omm.com; jtaylor@omm.com; jweber@omm.com; swarren@omm.com | Email |
| Office of the US Trustee | Attn: Linda Richenderfer | Linda.Richenderfer@usdoj.gov | Email |
| Optimal Blue, LLC | Attn: Michelle Kersch; Jeffrey J. Lyons; Michael T. Delaney | michelle.kersch@bkfs.com; jjlyons@bakerlaw.com; mdelaney@bakerlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones; David M Bertenthal; Timothy P Cairns | ljones@pszjlaw.com; dbertenthal@pszjlaw.com; tcairns@pszjlaw.com | Email |
| Paragon Micro Inc | Attn: Todd Cowen | tcowen@paragonmicro.com | Email |
| Pashman Stein Walder Hayden, PC | Attn: William R Firth, III; Joseph C Barsalona II | wfirth@pashmanstein.com; jbarsalona@pashmanstein.com | Email |
| Phoenix Arena Development, LP | Attn: S Vega | svega@suns.com | Email |
| Potter Anderson & Corroon LLP | Attn: Christopher Samis; Katelin Morales; L Katherine Good | csamis@potteranderson.com; kmorales@potteranderson.com; kgood@potteranderson.com | Email |
| Quarles & Brady LLP | Attn: Account Manager | clientpayments@quarles.com | Email |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Bennett Murphy; Brittany J Nelson; Manisha M Sheth; Patricia B Tomasco; Razmig Izakelian | bennettmurphy@quinnemanuel.com; brittanynelson@quinnemanuel.com; manishasheth@quinnemanuel.com; pattytomasco@quinnemanuel.com; razmigizakelian@quinnemanuel.com | Email |
| RCP Credit Opportunities Fund Loan Spv Fund | Attn: Theodore Samets | theodore.samets@reverencecapital | Email |
| RCP Customized Credit Fund Fund IV-A, LP | Attn: Theodore Samets | theodore.samets@reverencecapital | Email |
| Reger Rizzo & Darnall LLP | Attn: Louis J Rizzo | lrizzo@regerlaw.com | Email |
| Saul Ewing LLP | Attn: John D. Demmy; Paige N. Topper | john.demmy@saul.com; paige.topper@saul.com | Email |
| The Law Office Of Jeff A George, APC | Attn: Jeff George | jeffgeorge@jglawyer.com | Email |
| Total Expert | Attn: Account Manager | accounting@totalexpert.com | Email |
| Trainor Fairbrook | Attn: Jennifer L Pruski | jpruski@trainorfairbrook.com | Email |
| Truist Bank | Attn: Hannah Slaughter | hannah.slaughter@truist.com; britain.lamm@truist.com | Email |
| UKG Inc | Attn: Account Manager | accountsreceivable@ukg.com | Email |
| United Healthcare | Attn: Sharon Lohman | sharon_a_lohman@uhc.com | Email |
| US Bank | Attn: Account Manager | CorrespondentBilling@usbank.com | Email |
| AmeriFirst Financial, Inc. Attn: Chief Restructuring Officer 575 W. Chandler Blvd, Suite 225, Unit 236 Chandler, AZ 85225 |  |  | First Class Mail |

**Exhibit B**

| | | | |
|---|---|---|---|
| Arivs<br>Attn: Account Manager<br>1930 N. Arboleda Rd.<br>Mesa, AZ 85213 | | | First Class Mail |
| CIT<br>Attn: Account Manager<br>75 N. Fair Oaks Ave., Suite C<br>Pasadena, CA 91103 | | | First Class Mail |
| Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 | | | First Class Mail |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | First Class Mail |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | | First Class Mail |
| Securities & Exchange Commission<br>100 F. St. NE<br>Washington, DC 20549 | | | First Class Mail |
| Securities & Exchange Commission<br>New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookefield Pl<br>200 Vesey St, Suite 400<br>New York, NY 10281-1022 | | | First Class Mail |
| US Attorney's Office<br>District of Delaware<br>1313 N. Market St.<br>Wilmington, DE 19801 | | | First Class Mail |
| Wells Fargo Bank, NA<br>Attn: Account Manager<br>420 Montgomery St.<br>San Francisco, CA 94104 | | | First Class Mail |
| Office of the US Trustee<br>Attn: Linda Richenderfer<br>844 King St., Ste 2207<br>Wilmington, DE 19801 | | | First Class Mail |