**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 23-11240 (TMH) |
| AMERIFIRST FINANCIAL, INC.,[1] *et al.*, | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Re: D.I. 916, 917, 928, 934, 962, 964,** |
| | ) **973, 982** |

**NOTICE OF CONTINUED OBJECTION TO THE
PAYMENT OF FEES TO DEBTORS' PROFESSIONALS**

The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, out of an abundance of caution, hereby objects to the payment of any fees and expenses of professionals for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to the *Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Retained Professionals* (D.I. 164) (the "Interim Compensation Procedures Order") or otherwise, for the reasons set forth at the interim fee application hearing held in these cases on January 10, 2025, and in accordance with paragraph 3 of the *Omnibus Order Approving Interim Fee Applications For Compensation And Reimbursement Of Expenses* (D.I. 971), which states, "[p]ending further order of the Court, the Debtors shall not pay any amount to any retained or ordinary course professional." This objection continues to apply to any payment sought in any applications filed by Pachulski Stang Ziehl & Jones LLP ("PSZJ") and Paladin Management Group LLC ("Paladin," together with PSZJ, the "Debtors' Professionals")), including, but not limited to, the:

> i.     *Twelfth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors*

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 575 W. Chandler Blvd, Suite 225, Unit 236, Chandler, AZ 85225.

*and Debtors in Possession, for the Period from August 1, 2024 Through August 31, 2024* (D.I. 916, filed 1/3/25);

ii.    *Thirteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from September 1, 2024 Through September 30, 2024* (D.I. 917, filed 1/6/25);

iii.    *Fourth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from June 1, 2024 Through August 31, 2024* (D.I. 928, filed 1/7/25);

iv.    *Fourteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from October 1, 2024 Through October 31, 2024* (D.I. 934, filed 1/8/25);

v.    *Fifteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from November 1, 2024 Through November 30, 2024* (D.I. 962, filed 1/13/25);

vi.    *Sixteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from December 1, 2024 Through December 31, 2024* (D.I. 964, filed 1/14/25);

vii.    *Fifth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from September 1, 2024 Through November 30, 2024* (D.I. 973, filed 1/15/25); and

viii.    *Seventeenth Monthly Staffing Report of Paladin Management Group LLC of Compensation Earned and Expenses Incurred for the Period of December 1, 2024 Through December 31, 2024* (D.I. 982, filed 1/21/25).

While not raising any substantive issues at this time, the Committee continues to reserve the right to object to the final allowance of any applications for compensation and reimbursement of expenses of Debtors' Professionals, either set forth above or previously filed, as set forth in paragraph 3 of the Interim Compensation Procedures Order and pursuant to section 330 of the Bankruptcy Code.

2

Dated: January 24, 2025  
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Casey B. Sawyer*  
Donna L. Culver (No. 2983)  
Robert J. Dehney, Sr. (No. 3578)  
Eric D. Schwartz (No. 3134)  
Daniel B. Butz (No. 4227)  
Casey B. Sawyer (No. 7260)  
1201 North Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Telephone:  (302) 658-9200  
Facsimile:  (302) 658-3989  
Email: dculver@morrisnichols.com  
      rdehney@morrisnichols.com  
      eschwartz@morrisnichols.com  
      dbutz@morrisnichols.com  
      csawyer@morrisnichols.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

- and -

**GLENN AGRE BERGMAN & FUENTES LLP**

Andrew K. Glenn (admitted *pro hac vice*)  
Kurt A. Mayr (admitted *pro hac vice*)  
Malak S. Doss (admitted *pro hac vice*)  
1185 Avenue of the Americas, 22nd Floor  
New York, New York 10036  
Telephone: (212) 970-1600  
Email: aglenn@glennagre.com  
      kmayr@glennagre.com  
      mdoss@glennagre.com

**SPECIAL LITIGATION COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**