**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) | Case No. 23-11240 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DEBTORS' STANDING AND CONTINUING OBJECTION
TO FEE APPLICATIONS OF COMMITTEE PROFESSIONALS**

AmeriFirst Financial, Inc. and Phoenix 1040, LLC, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), file this continuing and standing objection to the fee applications filed by the professionals retained by the Official Committee of Unsecured Creditors (the "Committee"), including, but not limited to, the *Combined Ninth Monthly and Fourth Interim Fee Application of Morris Nichols Arsht & Tunnell* [Docket No. 945] and the *Combined Tenth Monthly and Fifth Interim Fee Application of Morris Nichols Arsht & Tunnell* [Docket No. 946] (the "Applications"). The Debtors further incorporate the arguments set forth in the *Debtors' Response and Preliminary Objection to: (1) Omnibus Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to Fee Applications Filed by Debtors' Professionals; and (2) Monthly and Interim Fee Applications of Committee's Professionals* [Docket No. 702] (the "Initial Objection") as if set forth fully herein.

The Debtors submit this Objection as a continuing and standing objection to the allowance and payment of any prior, current, or future fees sought in the Applications or any future

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

applications filed by all Committee professionals: Morris, Nichols, Arsht & Tunnell LLP, Glenn Agre, and Island Dundon LLC. The Debtors reserve all rights to fully object to the Committee's professionals' fees on the grounds identified in the Initial Objection or on any other basis at or prior to a final hearing on the Applications.

Dated: January 31, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

2