## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| | ) |

### DEBTORS' WITNESS AND EXHIBIT LIST
### FOR HEARING ON AUGUST 21, 2025 AT 1:00 P.M. (ET)

The above captioned debtors and debtors in possession (the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **August 21, 2025, at 1:00 p.m. (ET)**, before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 (the "Hearing") at which time the Court will consider the following motions (collectively, the "Motions"):

(1)   Debtors' Motion for Entry of Order (I) Approving Global Settlement Agreement with the Official Committee of Unsecured Creditors and RCP, and (II) Granting Related Relief [Docket No. 1059]; and

(2)   Debtors' Motion for Approval of Settlement By and Between the Debtors and Granite Mountain Lending, LLC and Jonny Jackson [Docket No. 1064].

### WITNESSES

The Debtors designate the following persons as potential witnesses in connection with the Hearing:

(1)   T. Scott Avila, the Debtors' Chief Restructuring Officer – Mr. Avila may testify via declaration, proffer or live testimony regarding the Debtors' entry into the settlement agreements set forth in the Motions.

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers include:  Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557).  The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

(2)      Gary Lembo, Partner of Paladin Management Group - Mr. Lembo may testify via declaration, proffer or live testimony regarding the Debtors' entry into the settlement agreements set forth in the Motions.

The Debtors also cross designate all witnesses designated by any other party and reserve the right to call any necessary rebuttal or impeachment witnesses.

<u>**EXHIBITS**</u>

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Proof of Claim Number 128 | N/A |
| 2. | Granite Settlement Agreement | 1064<br>[Exhibit 1 to Proposed Order] |
| 3. | Declaration of Gary Lembo in Support of Debtors' Motion for Approval of Settlement Agreement By and Between the Debtors and Granite Mountain Lending, LLC and Jonny Jackson | 1077 |
| 4. | Global Settlement Agreement | 1059<br>[Exhibit 1 to Proposed Order] |
| 5. | Declaration of T. Scott Avila in Support of Debtors' Motion for Entry of Order (I) Approving Settlement Agreement with the Official Committee of Unsecured Creditors and RCP and (II) Granting Related Relief | 1060 |
| 6. | Complaint [Adv. Pro. No. 25-50001] | 1<br>[Adv. Pro. No. 25-50001] |

The Debtors also cross designate all exhibits designated by any other party and reserve the right to use additional exhibits for rebuttal or impeachment purposes. The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

Dated: August 18, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/    Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*