# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) ) ) | Case No. 23-11240 (TMH) (Jointly Administered) |
| Debtors. | ) ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 21, 2025 AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## MATTERS GOING FORWARD

1. **9019 Global Settlement Motion** – Debtors' Motion for Entry of Order (I) Approving Global Settlement Agreement with the Official Committee of Unsecured Creditors and RCP, and (II) Granting Related Relief [Filed: 8/5/25] (Docket No. 1059).

   Response Deadline:  June 20, 2025 at 12:00 p.m. Eastern Time.

   Responses Received:  None as of the date hereof.

   Related Documents:

   a) Declaration of T. Scott Avila in Support of Debtors' Motion for Entry of Order (I) Approving Settlement Agreement with the Official Committee of Unsecured

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

<ol start="1" style="list-style:none">
<li>
<ol type="a" start="1">
<li>Creditors and RCP and (II) Granting Related Relief [Filed: 8/5/25] ([Docket No. 1060](#)).</li>
<li>Debtors' Motion to Shorten Notice of Debtors' Motion for Entry of Order (I) Approving Global Settlement with the Official Committee of Unsecured Creditors and RCP and (II) Granting Related Relief [Filed: 8/5/25] ([Docket No. 1061](#)).</li>
<li>[Signed] Order Granting Debtors' Motion for Entry of Order (I) Approving Global Settlement with the Official Committee of Unsecured Creditors and RCP and (II) Granting Related Relief [Filed: 8/5/25] ([Docket No. 1062](#)).</li>
<li>Notice of Hearing on (A) Debtors' Motion for Entry of Order (I) Approving Global Settlement with the Official Committee of Unsecured Creditors and RCP and (II) Granting Related Relief [Filed: 8/5/25] ([Docket No. 1063](#)).</li>
<li>Debtors' Witness and Exhibit List for Hearing on August 21, 2025 at 1:00 P.M. (ET) [Filed 8/18/25] ([Docket No. 1078](#))</li>
</ol>
</li>
</ol>

Status:  This matter will go forward.

2. **9019 Granite Settlement Motion** – Debtors' Motion for Approval of Settlement By and Between the Debtors and Granite Mountain Lending, LLC and Jonny Jackson [Filed: 8/6/25] ([Docket No. 1064](#)).

Response Deadline:  June 20, 2025 at 12:00 p.m. Eastern Time.

Responses Received:  None as of the date hereof.

Related Documents:

a) Debtors' Motion to Shorten Notice of Debtors' Motion for Entry of Order (I) Approving Settlement with Granite Mountain Lending, LLC and Jonny Jackson and (II) Granting Related Relief [Filed: 8/6/25] ([Docket No. 1065](#)).

b) [Signed] Order Granting Debtors' Motion to Shorten Notice of Debtors' Motion for Entry of Order (I) Approving Settlement with Granite Mountain Lending, LLC and Jonny Jackson and (II) Granting Related Relief [Filed: 8/6/25] ([Docket No. 1066](#)).

c) Notice of Hearing on Debtors' Motion for Entry of Order (I) Approving Settlement with Granite Mountain Lending, LLC and Jonny Jackson and (II) Granting Related Relief [Filed: 8/6/25] ([Docket No. 1067](#)).

d) Declaration of Gary Lembo in Support of Debtors' Motion for Approval of Settlement By and Between the Debtors and Granite Mountain Lending, LLC and Jonny Jackson [Filed 8/18/25] ([Docket No. 1077](#))

e) Debtors' Witness and Exhibit List for Hearing on August 21, 2025 at 1:00 P.M. (ET) [Filed 8/18/25] ([Docket No. 1078](#))

<u>Status</u>:  This matter will go forward.

| | |
|---|---|
| Dated: August 19, 2025<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware  19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>Email: ljones@pszjlaw.com<br>            dbertenthal@pszjlaw.com<br>            tcairns@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |