**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant 275 Rivulon Blvd LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | 275 Rivulon Blvd LLC | 07/14/2023 | $90,360.68 | 9956 | 20230701 C1 | 07/01/23 | $90,360.68 |
| AmeriFirst | AmeriFirst | 275 Rivulon Blvd LLC | 08/08/2023 | $90,360.68 | 46728 | 20230801 | 08/01/23 | $90,360.68 |
| | | **Total Transfers** | | | | | | **$180,721.36** |