**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant American Pacific Mortgage.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | American Pacific Mortgage | 06/26/2023 | $1,440.00 | 59756 | 20230626 | 06/26/23 | $1,440.00 |
| AmeriFirst | AmeriFirst | American Pacific Mortgage | 07/06/2023 | $7,920.00 | 59830 | 20230701 | 07/01/23 | $7,920.00 |
| AmeriFirst | AmeriFirst | American Pacific Mortgage | 07/06/2023 | $1,650.00 | 59831 | 20230701-2 | 07/01/23 | $1,650.00 |
| | | | **Total Transfers** | | | | | **$11,010.00** |