## Exhibit A

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Arizona Academy of Real Estate Inc.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Arizona Academy of Real Estate Inc. | 06/06/2023 | $12,525.00 | 59702 | 20230214 | 04/01/23 | $3,950.00 |
| | | | | | | 20230311 | 04/01/23 | $4,258.00 |
| | | | | | | 20230401 | 04/01/23 | $4,317.00 |
| **Total Transfers** | | | | | | | | **$12,525.00** |