**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("Amerifirst") to Defendant Arizona Instant Funding, LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 05/26/2023 | $339,187.83 | 9890 | 20230526 | 05/26/23 | $339,187.83 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 05/30/2023 | $141,119.06 | 9892 | 20230530 | 05/30/23 | $141,119.06 |
| | AmeriFirst | Arizona Instant Funding, LLC | 06/02/2023 | $2,138.29 | 59676 | 20230601 | 06/01/23 | $2,138.29 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/02/2023 | $3,703.13 | 59677 | 20230601-2 | 06/01/23 | $3,703.13 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/05/2023 | $113,082.23 | 9901 | 20230605 | 06/05/23 | $113,082.23 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/06/2023 | $39,977.16 | 9902 | 20230606 | 06/06/23 | $39,977.16 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/06/2023 | $7,875.00 | 9903 | 20230601-3<br>20230601-4 | 06/01/23<br>06/01/23 | $3,312.50<br>$4,562.50 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/09/2023 | $23,972.36 | 9908 | 20230609 | 06/09/23 | $23,972.36 |

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/09/2023 | $81,930.81 | 9909 | 20230609-2 | 06/09/23 | $81,930.81 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/12/2023 | $174,220.03 | 9912 | 20230612 | 06/12/23 | $174,220.03 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/13/2023 | $66,113.10 | 9913 | 20230613 | 06/13/23 | $66,113.10 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/16/2023 | $191,773.92 | 9918 | 20230616 | 06/16/23 | $191,773.92 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/20/2023 | $232,916.64 | 9921 | 20230620 | 06/20/23 | $232,916.64 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/27/2023 | $678,475.23 | 9929 | 20230627 | 06/27/23 | $678,475.23 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 06/30/2023 | $276,162.06 | 9946 | 20230630_DRAW | 06/30/23 | $276,162.06 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 07/05/2023 | $187,368.26 | 9951 | 20230705 | 07/05/23 | $187,368.26 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 07/05/2023 | $3,600.00 | 59795 | 20230701 | 07/01/23 | $3,600.00 |

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 07/05/2023 | $4,315.63 | 59796 | 20230701-2 | 07/01/23 | $4,315.63 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 07/11/2023 | $57,665.38 | 9953 | 20230711 | 07/11/23 | $57,665.38 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 07/14/2023 | $115,179.78 | 9958 | 20230714 | 07/14/23 | $115,179.78 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 07/18/2023 | $104,528.88 | 9963 | 20230718 | 07/18/23 | $104,528.88 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 07/20/2023 | $487,679.26 | 9965 | 20230720 | 07/20/23 | $487,679.26 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 07/27/2023 | $206,806.55 | 9969 | 20230727 | 07/27/23 | $206,806.55 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 08/01/2023 | $451,425.33 | 9973 | 20230801-2 | 08/01/23 | $451,425.33 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 08/03/2023 | $4,562.50 | 60247 | 20230801 | 08/01/23 | $4,562.50 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 08/04/2023 | $70,316.86 | 9980 | 20230804 | 08/04/23 | $70,316.86 |

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 08/08/2023 | $230,864.21 | 9984 | 20230808 | 08/08/23 | $230,864.21 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 08/11/2023 | $181,353.59 | 9993 | 20230811 | 08/11/23 | $181,353.59 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 08/16/2023 | $9,951.61 | 9994 | 20230816 | 08/16/23 | $9,951.61 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 08/17/2023 | $18,004.28 | 9998 | 20230817 | 08/17/23 | $18,004.28 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 08/18/2023 | $84,224.48 | 10002 | 20230818 | 08/18/23 | $84,224.48 |
| AmeriFirst | AmeriFirst | Arizona Instant Funding, LLC | 08/22/2023 | $291,236.15 | 10004 | 20230822 | 08/22/23 | $291,236.15 |
| **Total Transfers** | | | | | | | | **$4,881,729.60** |