**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("Amerifirst") to Defendant Canlas Group, Inc.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Canlas Group, Inc. | 06/01/2023 | $1,610.00 | 59666 | 20230531 | 05/31/23 | $1,610.00 |
| AmeriFirst | AmeriFirst | Canlas Group, Inc. | 06/01/2023 | $1,755.00 | 59667 | 20230531-2 | 05/31/23 | $1,755.00 |
| AmeriFirst | AmeriFirst | Canlas Group, Inc. | 06/01/2023 | $1,215.50 | 59668 | 20230531-3 | 05/31/23 | $1,215.50 |
| AmeriFirst | AmeriFirst | Canlas Group, Inc. | 06/30/2023 | $4,427.50 | 59791 | 20230630 | 06/30/23 | $4,427.50 |
| AmeriFirst | AmeriFirst | Canlas Group, Inc. | 08/09/2023 | $2,247.01 | 60258 | 20230807 | 08/07/23 | $2,247.01 |
| | | | **Total Transfers** | | | | | **$11,255.01** |