**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Capital Insurance Services.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Capital Insurance Services | 06/01/2023 | $4,182.00 | 3228 | 3830<br>3831<br>3833<br>3834<br>3835<br>3836 | 04/03/23<br>04/03/23<br>04/03/23<br>04/03/23<br>04/03/23<br>04/03/23 | $263.00<br>$490.00<br>$1,633.00<br>$653.00<br>$980.00<br>$163.00 |
| AmeriFirst | AmeriFirst | Capital Insurance Services | 06/23/2023 | $2,286.00 | 1496 | 4176<br>4177<br>4394 | 04/21/23<br>04/21/23<br>05/11/23 | $653.00<br>$653.00<br>$980.00 |
| AmeriFirst | AmeriFirst | Capital Insurance Services | 08/01/2023 | $2,677.00 | 1526 | 4623 | 07/01/23 | $2,677.00 |
| AmeriFirst | AmeriFirst | Capital Insurance Services | 08/11/2023 | $3,265.00 | 1533 | 4624 | 07/01/23 | $3,265.00 |
| AmeriFirst | AmeriFirst | Capital Insurance Services | 08/18/2023 | $1,437.00 | 1542 | 4625 | 07/01/23 | $1,437.00 |
| **Total Transfers** | | | | | | | | **$13,847.00** |