**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Capital One.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Capital One Credit Card | 05/30/2023 | $17,396.07 | 46656 | 20230530 | 05/30/2023 | $17,396.07 |
| AmeriFirst | AmeriFirst | Capital One CC | 05/31/2023 | $16,705.08 | 52 | 20230531-CAP1 EB | 05/31/2023 | $16,705.08 |
| AmeriFirst | AmeriFirst | Capital One CC | 06/30/2023 | $2,940.54 | 53 | 20230630-CAP1 EB | 06/30/2023 | $2,940.54 |
| AmeriFirst | AmeriFirst | Capital One Credit Card | 07/06/2023 | $16,705.08 | 46700 | 20230706 | 07/6/2023 | $16,705.08 |
| AmeriFirst | AmeriFirst | Capital One Credit Card | 08/03/2023 | $4,002.60 | 46725 | 20230803 | 08/3/2023 | $4,002.60 |
| **Total Transfers** | | | | | | | | **$57,749.37** |