**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant CoreLogic Solutions, LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | CoreLogic Solutions, LLC | 06/30/2023 | $12,493.35 | 59777 | 82161902 | 01/31/23 | $2,191.82 |
| | | | | | | 82164656 | 02/28/23 | $2,257.57 |
| | | | | | | 82164949 | 02/28/23 | $1,271.25 |
| | | | | | | 82169634 | 03/31/23 | $2,257.57 |
| | | | | | | 82171496 | 05/01/23 | $2,257.57 |
| | | | | | | 82175779 | 05/31/23 | $2,257.57 |
| | | | **Total Transfers** | | | | | **$12,493.35** |