**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Centier Bank.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Centier Bank | 07/17/2023 | $489,171.86 | 9960 | 20230717 | 07/17/23 | $489,171.86 |
| | | | **Total Transfers** | | | | | **$489,171.86** |