**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Newport Group.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Newport Group | 06/05/23 | $13,227.79 | 647 | 20230605 | 06/05/23 | $13,227.79 |
| AmeriFirst | AmeriFirst | Newport Group | 06/19/23 | $21,795.16 | 649 | 20230620 | 06/19/23 | $21,795.16 |
| AmeriFirst | AmeriFirst | Newport Group | 07/06/23 | $1,532.00 | 59816 | N39527832 | 04/24/23 | $1,532.00 |
| AmeriFirst | AmeriFirst | Newport Group | 07/13/23 | $13,107.78 | 651 | 20230705 | 07/13/23 | $13,107.78 |
| AmeriFirst | AmeriFirst | Newport Group | 07/19/23 | $24,705.33 | 653 | 20230720 | 07/19/23 | $24,705.33 |
| AmeriFirst | AmeriFirst | Newport Group | 08/03/23 | $15,722.76 | 655 | 20230805 | 08/03/23 | $15,722.76 |
| AmeriFirst | AmeriFirst | Newport Group | 08/18/23 | $21,035.44 | 656 | 20230818 | 08/18/23 | $21,035.44 |
| | | **Total Transfers** | | | | | | **$111,126.26** |