**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant CenturyLink.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | CenturyLink | 06/30/2023 | $308.07 | 59771 | 20230210<br>20230310<br>20230410<br>20230510 | 02/10/23<br>03/10/23<br>04/10/23<br>05/10/23 | $121.38<br>$60.69<br>$61.46<br>$64.54 |
| AmeriFirst | AmeriFirst | CenturyLink | 06/30/2023 | $11,510.25 | 59772 | 624564075<br>632978608<br>92545623<br>92588469<br>92630061 | 01/12/23<br>03/20/23<br>03/01/23<br>05/01/23<br>06/01/23 | $266.13<br>$495.78<br>$4,260.99<br>$4,356.86<br>$2,130.49 |
| AmeriFirst | AmeriFirst | Lumen-Access Bill | 06/30/2023 | $14,731.70 | 59782 | 3201XVA3-S-23045<br>3201XVA3-S-23073 | 03/01/23<br>03/14/23 | $9,783.76<br>$4,947.94 |
| AmeriFirst | AmeriFirst | CenturyLink | 07/03/2023 | $1,011.64 | 1510 | 88535298 | 06/01/23 | $1,011.64 |
| | | | **Total Transfers** | | | | | **$27,561.66** |