**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Cousins Fund II Phoenix III, LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Cousins Fund II Phoenix III, LLC | 06/02/2023 | $33,347.04 | 59679 | 185240 20230601 | 05/09/23 06/01/23 | $491.04 $32,856.00 |
| AmeriFirst | AmeriFirst | Cousins Fund II Phoenix III, LLC | 07/06/2023 | $353.41 | 59832 | 20230622 | 06/22/23 | $ 353.41 |
| AmeriFirst | AmeriFirst | Cousins Fund II Phoenix III, LLC | 07/06/2023 | $33,347.04 | 59833 | 187418 20230701 | 06/12/23 07/1/2023 | $491.04 $32,856.00 |
| AmeriFirst | AmeriFirst | Cousins Fund II Phoenix III, LLC | 08/16/2023 | $27,417.99 | 9996 | 20230801 | 08/01/23 | $27,417.99 |
| Total Transfers | | | | | | | | $94,465.48 |