**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Charles J. Evenich Jr.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Charles J. Evenich Jr. | 06/01/2023 | $2,325.00 | 59669 | 20230531 | 05/31/23 | $2,325.00 |
| AmeriFirst | AmeriFirst | Charles J. Evenich Jr. | 06/01/2023 | $1,537.50 | 59670 | 20230531-2 | 05/31/23 | $1,537.50 |
| AmeriFirst | AmeriFirst | Charles J. Evenich Jr. | 07/07/2023 | $1,800.00 | 59837 | 20230705 | 07/05/23 | $1,800.00 |
| AmeriFirst | AmeriFirst | Charles J. Evenich Jr. | 08/09/2023 | $5,992.50 | 60259 | 20230807 | 08/07/23 | $5,992.50 |
| AmeriFirst | AmeriFirst | Charles J. Evenich Jr. | 08/22/2023 | $2,304.00 | 60311 | 20230817 | 08/17/23 | $2,304.00 |
| **Total Transfers** | | | | | | | | **$13,959.00** |