**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Newrez, LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Newrez, LLC | 06/05/2023 | $29,968.96 | 9899 | 20230523 | 05/23/23 | $29,968.96 |
| | | | **Total Transfers** | | | | | **$29,968.96** |