**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Cisco-Credit Information Services Company, Inc.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Cisco-Credit Information Services Company, Inc. | 05/26/2023 | $518.69 | 46652 | 93545 93938 | 04/01/23 04/25/23 | $117.00 $401.69 |
| AmeriFirst | AmeriFirst | Cisco-Credit Information Services Company, Inc. | 06/27/2023 | $357.95 | 59768 | 94166 | 05/25/23 | $357.95 |
| AmeriFirst | AmeriFirst | Cisco-Credit Information Services Company, Inc. | 08/03/2023 | $9,505.80 | 60248 | 94549 - 94829 | 06/30/23 | $9,505.80 |
| **Total Transfers** | | | | | | | | **$10,382.44** |