**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant CrossCheck Compliance LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | CrossCheck Compliance LLC | 07/17/2023 | $195,175.00 | 9961 | 48359247 | 05/05/23 | $4,331.25 |
| | | | | | | 48359374 | 05/01/23 | $58,300.00 |
| | | | | | | 48359499 | 05/15/23 | $90,000.00 |
| | | | | | | 483595031 | 05/31/23 | $24,393.75 |
| | | | | | | 483595175 | 06/30/23 | $18,150.00 |
| | | | **Total Transfers** | | | | | **$195,175.00** |