**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Citizens Choice Mortgage.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Citizens Choice Mortgage | 06/14/2023 | $10,000.00 | 46676 | 20230531-JJ | 05/31/23 | $10,000.00 |
| AmeriFirst | AmeriFirst | Citizens Choice Mortgage | 06/30/2023 | $260,000.00 | 9944 | 20230630 | 06/30/23 | $260,000.00 |
| | | | **Total Transfers** | | | | | **$270,000.00** |