**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Nintex.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Nintex | 08/07/23 | $12,013.18 | 46726 | INV72575 | 07/01/23 | $12,013.18 |
| | | | **Total Transfers** | | | | | **$12,013.18** |