**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant DB Trust Co. Americas.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | DB Trust Co. Americas | 06/30/2023 | $20,200.00 | 59779 | O7F3NB | 03/30/23 | $2,500.00 |
| | | | | | | O8CNNB | 03/30/23 | $2,500.00 |
| | | | | | | O8CNND | 06/22/23 | $2,500.00 |
| | | | | | | O8CONB | 03/30/23 | $2,500.00 |
| | | | | | | O8COND | 06/22/23 | $2,500.00 |
| | | | | | | O8D5NB | 03/30/23 | $2,500.00 |
| | | | | | | O8D5ND | 06/22/23 | $2,500.00 |
| | | | | | | O8F1NA | 02/27/23 | $2,700.00 |
| | | **Total Transfers** | | | | | | **$20,200.00** |