**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Ocrolus.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Ocrolus | 06/05/23 | $10,000.00 | 59690 | 20230518 | 05/18/23 | $10,000.00 |
| | | | **Total Transfers** | | | | | **$10,000.00** |