**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Saluda Grade.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Saluda Grade | 05/31/23 | $35,035.00 | 9895 | 20230531 | 9895 | $35,035.00 |
| AmeriFirst | AmeriFirst | Saluda Grade | 07/17/23 | $3,100.00 | 9962 | 20230717_DRAW | 9962 | $3,100.00 |
| AmeriFirst | AmeriFirst | Saluda Grade | 07/27/23 | $31,242.00 | 9970 | 20230727_OVERAGE | 9970 | $31,242.00 |
| AmeriFirst | AmeriFirst | Saluda Grade | 08/01/23 | $10,000.00 | 9974 | 20230801 | 9974 | $10,000.00 |
| | | | **Total Transfers** | | | | | **$ 79,377.00** |