**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 24,998.53 | 05/26/23 | 452 | 20230526FNMAP&I | 05/26/23 | $ 24,998.53 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 24,797.30 | 05/26/23 | 297 | 20230526FNMAT&I | 05/26/23 | $ 24,797.30 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,067.00 | 05/26/23 | 263 | 20230526GNMAT&I | 05/26/23 | $ 1,067.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 0.50 | 05/30/23 | 106 | 20230530FHLMCT&I | 05/30/23 | $ 0.50 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,858.96 | 05/30/23 | 453 | 20230530FNMAP&I | 05/30/23 | $ 1,858.96 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 47,650.13 | 05/30/23 | 453 | 20230530FNMAP&I1 | 05/30/23 | $ 47,650.13 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 14,760.83 | 05/30/23 | 298 | 20230530FNMAT&I | 05/30/23 | $ 14,760.83 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1.00 | 05/30/23 | 264 | 20230530GNMAT&I | 05/30/23 | $ 1.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 120.00 | 05/30/23 | 172 | 20230530PORTT&I | 05/30/23 | $ 120.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 64,029.99 | 05/31/23 | 454 | 20230531FNMAP&I | 05/31/23 | $ 64,029.99 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 25.00 | 05/31/23 | 265 | 20230531GNMAT&I | 05/31/23 | $ 25.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 15,258.64 | 05/31/23 | 299 | 20230533FNMAT&I | 05/31/23 | $ 15,258.64 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,100,660.37 | 06/01/23 | 455 | 20230601FNMAP&I | 06/01/23 | $ 1,100,660.37 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 58,614.97 | 06/01/23 | 301 | 20230601FNMAT&I | 06/01/23 | $ 58,614.97 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 882.07 | 06/01/23 | 176 | 20230601GNMAP&I | 06/01/23 | $ 882.07 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 4,378.38 | 06/01/23 | 266 | 20230601GNMAT&I | 06/01/23 | $ 4,378.38 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 23.70 | 06/02/23 | 90 | 20230602FHLMCP&I | 06/02/23 | $ 23.70 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("<u>AmeriFirst</u>") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,058.00 | 06/02/23 | 107 | 20230602FHLMCT&I | 06/02/23 | $ 1,058.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 955,051.76 | 06/02/23 | 456 | 20230602FNMAP&I | 06/02/23 | $ 955,051.76 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 17,088.14 | 06/02/23 | 302 | 20230602FNMAT&I | 06/02/23 | $ 17,088.14 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,352.89 | 06/02/23 | 267 | 20230602GNMAT&I | 06/02/23 | $ 2,352.89 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,893,151.23 | 06/05/23 | 457 | 20230605FNMAP&I | 06/05/23 | $ 1,893,151.23 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 24,762.43 | 06/05/23 | 303 | 20230605FNMAT&I | 06/05/23 | $ 24,762.43 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,164.00 | 06/05/23 | 268 | 20230605GNMAT&I | 06/05/23 | $ 1,164.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 800.00 | 06/06/23 | 458 | 20230606FNMAP&I | 06/06/23 | $ 800.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 547,823.47 | 06/06/23 | 458 | 20230606FNMAP&I1 | 06/06/23 | $ 547,823.47 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 15,448.10 | 06/06/23 | 304 | 20230606FNMAT&I | 06/06/23 | $ 15,448.10 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 22,382.84 | 06/06/23 | 269 | 20230606GNMAT&I | 06/06/23 | $ 22,382.84 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 526.00 | 06/07/23 | 108 | 20230607FHLMCT&I | 06/07/23 | $ 526.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 7,769.73 | 06/07/23 | 459 | 20230607FNMAP&I | 06/07/23 | $ 7,769.73 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,373,053.20 | 06/07/23 | 459 | 20230607FNMAP&I1 | 06/07/23 | $ 1,373,053.20 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 17,171.48 | 06/07/23 | 305 | 20230607FNMAT&I | 06/07/23 | $ 17,171.48 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,142.48 | 06/07/23 | 178 | 20230607GNMAP&I | 06/07/23 | $ 2,142.48 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 620.01 | 06/07/23 | 270 | 20230607GNMAT&I | 06/07/23 | $ 620.01 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 3,505.01 | 06/08/23 | 460 | 20230608FNMAP&I | 06/08/23 | $ 3,505.01 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 207,773.90 | 06/08/23 | 460 | 20230608FNMAP&I1 | 06/08/23 | $ 207,773.90 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 33,720.62 | 06/08/23 | 306 | 20230608FNMAT&I | 06/08/23 | $ 33,720.62 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 20.00 | 06/08/23 | 271 | 20230608GNMAT&I | 06/08/23 | $ 20.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 4,589.31 | 06/09/23 | 461 | 20230609FNMAP&I | 06/09/23 | $ 4,589.31 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 477,706.35 | 06/09/23 | 461 | 20230609FNMAP&I1 | 06/09/23 | $ 477,706.35 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 13,967.26 | 06/09/23 | 307 | 20230609FNMAT&I | 06/09/23 | $ 13,967.26 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,814.52 | 06/09/23 | 179 | 20230609GNMAP&I | 06/09/23 | $ 1,814.52 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 998.38 | 06/09/23 | 272 | 20230609GNMAT&I | 06/09/23 | $ 998.38 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,537.10 | 06/12/23 | 462 | 20230612FNMAP&I | 06/12/23 | $ 2,537.10 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 78,468.00 | 06/12/23 | 462 | 20230612FNMAP&I1 | 06/12/23 | $ 78,468.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 10,349.28 | 06/12/23 | 308 | 20230612FNMAT&I | 06/12/23 | $ 10,349.28 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,785.00 | 06/12/23 | 273 | 20230612GNMAT&I | 06/12/23 | $ 2,785.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,975.00 | 06/13/23 | 109 | 20230613FHLMCT&I | 06/13/23 | $ 2,975.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,636.40 | 06/13/23 | 463 | 20230613FNMAP&I | 06/13/23 | $ 1,636.40 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 588,082.39 | 06/13/23 | 463 | 20230613FNMAP&I1 | 06/13/23 | $ 588,082.39 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 35,366.22 | 06/13/23 | 309 | 20230613FNMAT&I | 06/13/23 | $ 35,366.22 |

3

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 100.00 | 06/13/23 | 274 | 20230613GNMAT&I | 06/13/23 | $ 100.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 419,073.26 | 06/14/23 | 464 | 20230614FNMAP&I | 06/14/23 | $ 419,073.26 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 21,242.41 | 06/14/23 | 310 | 20230614FNMAT&I | 06/14/23 | $ 21,242.41 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,070.38 | 06/14/23 | 275 | 20230614GNMAT&I | 06/14/23 | $ 1,070.38 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 33.64 | 06/15/23 | 110 | 20230615FHLMCT&I | 06/15/23 | $ 33.64 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 72,473.83 | 06/15/23 | 465 | 20230615FNMAP&I | 06/15/23 | $ 72,473.83 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 58,954.71 | 06/15/23 | 311 | 20230615FNMAT&I | 06/15/23 | $ 58,954.71 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 5,471.54 | 06/15/23 | 276 | 20230615GNMAT&I | 06/15/23 | $ 5,471.54 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 73,143.06 | 06/16/23 | 466 | 20230616FNMAP&I | 06/16/23 | $ 73,143.06 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 4,709.23 | 06/16/23 | 312 | 20230616FNMAT&I | 06/16/23 | $ 4,709.23 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,567.00 | 06/16/23 | 277 | 20230616GNMAT&I | 06/16/23 | $ 1,567.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,052.30 | 06/20/23 | 91 | 20230620FHLMCP&I | 06/20/23 | $ 1,052.30 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 16,203.58 | 06/20/23 | 92 | 20230620FHLMCP&I1 | 06/20/23 | $ 16,203.58 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 17,692.40 | 06/20/23 | 93 | 20230620FHLMCP&I2 | 06/20/23 | $ 17,692.40 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,260.96 | 06/20/23 | 467 | 20230620FNMAP&I | 06/20/23 | $ 1,260.96 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 98,674.72 | 06/20/23 | 467 | 20230620FNMAP&I1 | 06/20/23 | $ 98,674.72 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 20,603.98 | 06/20/23 | 313 | 20230620FNMAT&I | 06/20/23 | $ 20,603.98 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,350.44 | 06/20/23 | 180 | 20230620GNMAP&I | 06/20/23 | $ 1,350.44 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,141.76 | 06/20/23 | 180 | 20230620GNMAP&I1 | 06/20/23 | $ 2,141.76 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 677,355.12 | 06/20/23 | 180 | 20230620GNMAP&I2 | 06/20/23 | $ 677,355.12 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 220.00 | 06/20/23 | 278 | 20230620GNMAT&I | 06/20/23 | $ 220.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 3,157.00 | 06/21/23 | 281 | 20230621_GNMAT&I | 06/21/23 | $ 3,157.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 4,273.19 | 06/21/23 | 280 | 20230621-2GNMAT&I | 06/21/23 | $ 4,273.19 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,636.48 | 06/21/23 | 468 | 20230621FNMAP&I | 06/21/23 | $ 1,636.48 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 139,176.01 | 06/21/23 | 468 | 20230621FNMAP&I1 | 06/21/23 | $ 139,176.01 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 142,438.58 | 06/21/23 | 315 | 20230621FNMAT&I | 06/21/23 | $ 142,438.58 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 43,620.69 | 06/21/23 | 314 | 20230621FNMAT&I1 | 06/21/23 | $ 43,620.69 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 10,842.69 | 06/21/23 | 181 | 20230621GNMAP&I | 06/21/23 | $ 10,842.69 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 13,688.40 | 06/21/23 | 181 | 20230621GNMAP&I1 | 06/21/23 | $ 13,688.40 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 4,619.90 | 06/21/23 | 279 | 20230621GNMAT&I | 06/21/23 | $ 4,619.90 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 700.00 | 06/22/23 | 469 | 20230622FNMAP&I | 06/22/23 | $ 700.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 314,959.35 | 06/22/23 | 469 | 20230622FNMAP&I1 | 06/22/23 | $ 314,959.35 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 50,041.35 | 06/22/23 | 316 | 20230622FNMAT&I1 | 06/22/23 | $ 50,041.35 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,661.46 | 06/22/23 | 182 | 20230622GNMAP&I | 06/22/23 | $ 1,661.46 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("<u>AmeriFirst</u>") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 11,395.86 | 06/22/23 | 282 | 20230622GNMAT&I | 06/22/23 | $ 11,395.86 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 26,861.85 | 06/23/23 | 470 | 20230623FNMAP&I | 06/23/23 | $ 26,861.85 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 12,878.50 | 06/23/23 | 317 | 20230623FNMAT&I1 | 06/23/23 | $ 12,878.50 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,685.02 | 06/23/23 | 183 | 20230623GNMAP&I | 06/23/23 | $ 1,685.02 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 33,884.15 | 06/26/23 | 471 | 20230626FNMAP&I | 06/26/23 | $ 33,884.15 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 6,162.82 | 06/26/23 | 318 | 20230626FNMAT&I1 | 06/26/23 | $ 6,162.82 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 6,266.21 | 06/26/23 | 283 | 20230626GNMAT&I | 06/26/23 | $ 6,266.21 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 386.73 | 06/27/23 | 111 | 20230627FHLMCT&I | 06/27/23 | $ 386.73 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,347.84 | 06/27/23 | 472 | 20230627FNMAP&I | 06/27/23 | $ 2,347.84 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 36,296.93 | 06/27/23 | 472 | 20230627FNMAP&I1 | 06/27/23 | $ 36,296.93 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 47,283.75 | 06/27/23 | 319 | 20230627FNMAT&I1 | 06/27/23 | $ 47,283.75 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,013.37 | 06/27/23 | 185 | 20230627GNMAP&I | 06/27/23 | $ 1,013.37 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 8,855.00 | 06/27/23 | 284 | 20230627GNMAT&I | 06/27/23 | $ 8,855.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 421.00 | 06/28/23 | 473 | 20230628FNMAP&I | 06/28/23 | $ 421.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 91,068.84 | 06/28/23 | 473 | 20230628FNMAP&I1 | 06/28/23 | $ 91,068.84 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 21,591.31 | 06/28/23 | 322 | 20230628FNMAT&I1 | 06/28/23 | $ 21,591.31 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 9,186.50 | 06/28/23 | 186 | 20230628GNMAP&I | 06/28/23 | $ 9,186.50 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 120.00 | 06/28/23 | 285 | 20230628GNMAT&I | 06/28/23 | $ 120.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,115.00 | 06/28/23 | 173 | 20230628PORTT&I | 06/28/23 | $ 1,115.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,979.92 | 06/29/23 | 112 | 20230629FHLMCT&I | 06/29/23 | $ 1,979.92 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,200.53 | 06/29/23 | 474 | 20230629FNMAP&I | 06/29/23 | $ 1,200.53 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 66,069.28 | 06/29/23 | 474 | 20230629FNMAP&I1 | 06/29/23 | $ 66,069.28 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 42,375.90 | 06/29/23 | 320 | 20230629FNMAT&I1 | 06/29/23 | $ 42,375.90 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 7,366.05 | 06/29/23 | 187 | 20230629GNMAP&I | 06/29/23 | $ 7,366.05 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,445.58 | 06/29/23 | 286 | 20230629GNMAT&I | 06/29/23 | $ 1,445.58 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 60,395.78 | 06/30/23 | 475 | 20230630FNMAP&I | 06/30/23 | $ 60,395.78 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 20,798.12 | 06/30/23 | 321 | 20230630FNMAT&I1 | 06/30/23 | $ 20,798.12 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,945.86 | 06/30/23 | 188 | 20230630GNMAP&I | 06/30/23 | $ 1,945.86 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 7,509.00 | 06/30/23 | 287 | 20230630GNMAT&I | 06/30/23 | $ 7,509.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 446,156.59 | 07/03/23 | 476 | 20230703FNMAP&I | 07/03/23 | $ 446,156.59 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 32,733.10 | 07/03/23 | 323 | 20230703FNMAT&I | 07/03/23 | $ 32,733.10 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 4,255.85 | 07/03/23 | 189 | 20230703GNMAP&I | 07/03/23 | $ 4,255.85 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 22.19 | 07/05/23 | 94 | 20230705FHLMCP&I | 07/05/23 | $ 22.19 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 317,299.81 | 07/05/23 | 477 | 20230705FNMAP&I | 07/05/23 | $ 317,299.81 |

7

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 54,620.47 | 07/05/23 | 324 | 20230705FNMAT&I | 07/05/23 | $ 54,620.47 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 6,055.09 | 07/05/23 | 199 | 20230705GNMAP&I | 07/05/23 | $ 6,055.09 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,043,484.07 | 07/06/23 | 478 | 20230706FNMAP&I | 07/06/23 | $ 2,043,484.07 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 24,499.26 | 07/06/23 | 325 | 20230706FNMAT&I | 07/06/23 | $ 24,499.26 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 12,318.80 | 07/06/23 | 198 | 20230706GNMAP&I | 07/06/23 | $ 12,318.80 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 5,871.76 | 07/06/23 | 288 | 20230706GNMAT&I | 07/06/23 | $ 5,871.76 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,500.00 | 07/07/23 | 95 | 20230707FHLMCP&I | 07/07/23 | $ 2,500.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 5,000.00 | 07/07/23 | 113 | 20230707FHLMCT&I | 07/07/23 | $ 5,000.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 639.25 | 07/07/23 | 479 | 20230707FNMAP&I | 07/07/23 | $ 639.25 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 330,238.84 | 07/07/23 | 479 | 20230707FNMAP&I1 | 07/07/23 | $ 330,238.84 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 32,329.59 | 07/07/23 | 326 | 20230707FNMAT&I | 07/07/23 | $ 32,329.59 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 44,154.15 | 07/07/23 | 197 | 20230707GNMAP&I | 07/07/23 | $ 44,154.15 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 24,021.44 | 07/07/23 | 289 | 20230707GNMAT&I | 07/07/23 | $ 24,021.44 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 3,351.47 | 07/07/23 | 174 | 20230707PORTT&I | 07/07/23 | $ 3,351.47 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 337,358.99 | 07/10/23 | 96 | 20230710FHLMCP&I | 07/10/23 | $ 337,358.99 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 12,317.05 | 07/10/23 | 480 | 20230710FNMAP&I | 07/10/23 | $ 12,317.05 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 172,605.32 | 07/10/23 | 480 | 20230710FNMAP&I1 | 07/10/23 | $ 172,605.32 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("<u>AmeriFirst</u>") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 11,333.02 | 07/10/23 | 327 | 20230710FNMAT&I | 07/10/23 | $ 11,333.02 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 7,016.38 | 07/10/23 | 196 | 20230710GNMAP&I | 07/10/23 | $ 7,016.38 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,150.00 | 07/10/23 | 290 | 20230710GNMAT&I | 07/10/23 | $ 2,150.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 3,725.32 | 07/11/23 | 481 | 20230711FNMAP&I | 07/11/23 | $ 3,725.32 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 140,618.75 | 07/11/23 | 481 | 20230711FNMAP&I1 | 07/11/23 | $ 140,618.75 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 10,875.42 | 07/11/23 | 328 | 20230711FNMAT&I | 07/11/23 | $ 10,875.42 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 5,838.67 | 07/11/23 | 195 | 20230711GNMAP&I | 07/11/23 | $ 5,838.67 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 4,389.00 | 07/11/23 | 291 | 20230711GNMAT&I | 07/11/23 | $ 4,389.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,958.35 | 07/12/23 | 482 | 20230712FNMAP&I | 07/12/23 | $ 2,958.35 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 369,900.27 | 07/12/23 | 482 | 20230712FNMAP&I1 | 07/12/23 | $ 369,900.27 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 24,276.31 | 07/12/23 | 329 | 20230712FNMAT&I | 07/12/23 | $ 24,276.31 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 72,224.00 | 07/12/23 | 194 | 20230712GNMAP&I | 07/12/23 | $ 72,224.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 116.00 | 07/12/23 | 292 | 20230712GNMAT&I | 07/12/23 | $ 116.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 520,510.58 | 07/13/23 | 483 | 20230713FNMAP&I | 07/13/23 | $ 520,510.58 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 37,569.75 | 07/13/23 | 330 | 20230713FNMAT&I | 07/13/23 | $ 37,569.75 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,879.79 | 07/13/23 | 293 | 20230713GNMAT&I | 07/13/23 | $ 1,879.79 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 463,077.14 | 07/14/23 | 484 | 20230714FNMAP&I | 07/14/23 | $ 463,077.14 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 68,908.41 | 07/14/23 | 331 | 20230714FNMAT&I | 07/14/23 | $ 68,908.41 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,821.87 | 07/17/23 | 114 | 20230717FHLMCT&I | 07/17/23 | $ 1,821.87 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 689,316.43 | 07/17/23 | 485 | 20230717FNMAP&I | 07/17/23 | $ 689,316.43 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 38,890.42 | 07/17/23 | 332 | 20230717FNMAT&I | 07/17/23 | $ 38,890.42 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 882.34 | 07/17/23 | 193 | 20230717GNMAP&I | 07/17/23 | $ 882.34 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 13,123.94 | 07/17/23 | 294 | 20230717GNMAT&I | 07/17/23 | $ 13,123.94 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 33.64 | 07/18/23 | 115 | 20230718-FHLMCT&I | 07/18/23 | $ 33.64 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 155,464.58 | 07/18/23 | 486 | 20230718FNMAP&I | 07/18/23 | $ 155,464.58 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 19,197.84 | 07/18/23 | 333 | 20230718FNMAT&I | 07/18/23 | $ 19,197.84 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 54,453.62 | 07/18/23 | 295 | 20230718GNMAT&I | 07/18/23 | $ 54,453.62 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 404.75 | 07/19/23 | 97 | 20230719FHLMCP&I | 07/19/23 | $ 404.75 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 15,234.63 | 07/19/23 | 97 | 20230719FHLMCP&I1 | 07/19/23 | $ 15,234.63 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 16,041.27 | 07/19/23 | 97 | 20230719FHLMCP&I2 | 07/19/23 | $ 16,041.27 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 267.58 | 07/19/23 | 116 | 20230719FHLMCT&I | 07/19/23 | $ 267.58 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,019.24 | 07/19/23 | 487 | 20230719FNMAP&I | 07/19/23 | $ 2,019.24 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 450,931.64 | 07/19/23 | 487 | 20230719FNMAP&I1 | 07/19/23 | $ 450,931.64 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 41,937.27 | 07/19/23 | 334 | 20230719FNMAT&I | 07/19/23 | $ 41,937.27 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,113.11 | 07/19/23 | 192 | 20230719GNMAP&I | 07/19/23 | $ 2,113.11 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,784.00 | 07/19/23 | 296 | 20230719GNMAT&I | 07/19/23 | $ 1,784.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 3,497.00 | 07/20/23 | 117 | 20230720FHLMCT&I | 07/20/23 | $ 3,497.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 22.09 | 07/20/23 | 488 | 20230720FNMAP&I | 07/20/23 | $ 22.09 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 305,336.40 | 07/20/23 | 488 | 20230720FNMAP&I1 | 07/20/23 | $ 305,336.40 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 45,664.15 | 07/20/23 | 335 | 20230720FNMAT&I | 07/20/23 | $ 45,664.15 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,288.77 | 07/20/23 | 191 | 20230720GNMAP&I | 07/20/23 | $ 1,288.77 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 186,572.46 | 07/20/23 | 191 | 20230720GNMAP&I1 | 07/20/23 | $ 186,572.46 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 4,481.59 | 07/20/23 | 297 | 20230720GNMAT&I | 07/20/23 | $ 4,481.59 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 5,861.34 | 07/21/23 | 489 | 20230721FNMAP&I | 07/21/23 | $ 5,861.34 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 15,071.97 | 07/21/23 | 489 | 20230721FNMAP&I1 | 07/21/23 | $ 15,071.97 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 4,655.96 | 07/21/23 | 336 | 20230721FNMAT&I | 07/21/23 | $ 4,655.96 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 4,162.12 | 07/21/23 | 298 | 20230721GNMAT&I | 07/21/23 | $ 4,162.12 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 3,498.00 | 07/24/23 | 118 | 20230724FHLMCT&I | 07/24/23 | $ 3,498.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,330.80 | 07/24/23 | 490 | 20230724FNMAP&I | 07/24/23 | $ 1,330.80 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 26,094.76 | 07/24/23 | 490 | 20230724FNMAP&I1 | 07/24/23 | $ 26,094.76 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 8,242.76 | 07/24/23 | 337 | 20230724FNMAT&I | 07/24/23 | $ 8,242.76 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 457.19 | 07/24/23 | 190 | 20230724GNMAP&I | 07/24/23 | $ 457.19 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,003.08 | 07/24/23 | 299 | 20230724GNMAT&I | 07/24/23 | $ 1,003.08 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 386.73 | 07/25/23 | 119 | 20230725FHLMCT&I | 07/25/23 | $ 386.73 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,972.63 | 07/25/23 | 491 | 20230725FNMAP&I | 07/25/23 | $ 2,972.63 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 30,719.44 | 07/25/23 | 491 | 20230725FNMAP&I 1 | 07/25/23 | $ 30,719.44 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 40,277.35 | 07/25/23 | 340 | 20230725FNMAT&I | 07/25/23 | $ 40,277.35 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 20.00 | 07/25/23 | 300 | 20230725GNMAT&I | 07/25/23 | $ 20.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 190.00 | 07/26/23 | 492 | 20230726FNMAP&I | 07/26/23 | $ 190.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,238.77 | 07/26/23 | 492 | 20230726FNMAP&I 1 | 07/26/23 | $ 2,238.77 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 54,377.72 | 07/26/23 | 492 | 20230726FNMAP&I 2 | 07/26/23 | $ 54,377.72 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 30,146.94 | 07/26/23 | 341 | 20230726FNMAT&I | 07/26/23 | $ 30,146.94 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 3,718.26 | 07/26/23 | 301 | 20230726GNMAT&I | 07/26/23 | $ 3,718.26 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 668,428.60 | 07/27/23 | 493 | 20230727FNMAP&I | 07/27/23 | $ 668,428.60 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 82,037.38 | 07/27/23 | 338 | 20230727FNMAT&I | 07/27/23 | $ 82,037.38 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 8,414.00 | 07/27/23 | 302 | 20230727GNMAT&I | 07/27/23 | $ 8,414.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 207.88 | 07/28/23 | 120 | 20230728FHLMCT&I | 07/28/23 | $ 207.88 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 340,242.05 | 07/28/23 | 494 | 20230728FNMAP&I | 07/28/23 | $ 340,242.05 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 61,161.18 | 07/28/23 | 339 | 20230728FNMAT&I | 07/28/23 | $ 61,161.18 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 5,548.50 | 07/28/23 | 303 | 20230728GNMAT&I | 07/28/23 | $ 5,548.50 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 956,519.65 | 07/31/23 | 495 | 20230731FNMAP&I | 07/31/23 | $ 956,519.65 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 8,039.45 | 07/31/23 | 342 | 20230731FNMAT&I | 07/31/23 | $ 8,039.45 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,063.00 | 07/31/23 | 304 | 20230731GNMAT&I | 07/31/23 | $ 2,063.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 101,386.36 | 08/01/23 | 496 | 20230801FNMAP&I | 08/01/23 | $ 101,386.36 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 6,568.55 | 08/01/23 | 363 | 20230801FNMAT&I | 08/01/23 | $ 6,568.55 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 487.00 | 08/01/23 | 305 | 20230801GNMAT&I | 08/01/23 | $ 487.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 23.22 | 08/02/23 | 98 | 20230802FHLMCP&I | 08/02/23 | $ 23.22 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 283,262.76 | 08/02/23 | 497 | 20230802FNMAP&I | 08/02/23 | $ 283,262.76 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 28,891.42 | 08/02/23 | 343 | 20230802FNMAT&I | 08/02/23 | $ 28,891.42 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 9,778.34 | 08/02/23 | 306 | 20230802GNMAT&I | 08/02/23 | $ 9,778.34 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,239,225.64 | 08/03/23 | 498 | 20230803FNMAP&I | 08/03/23 | $ 2,239,225.64 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 41,918.74 | 08/03/23 | 344 | 20230803FNMAT&I | 08/03/23 | $ 41,918.74 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,404.21 | 08/03/23 | 200 | 20230803GNMAP&I | 08/03/23 | $ 1,404.21 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 15,797.59 | 08/03/23 | 307 | 20230803GNMAT&I | 08/03/23 | $ 15,797.59 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 217,521.61 | 08/04/23 | 499 | 20230804FNMAP&I | 08/04/23 | $ 217,521.61 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 22,944.03 | 08/04/23 | 345 | 20230804FNMAT&I | 08/04/23 | $ 22,944.03 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 882.34 | 08/04/23 | 201 | 20230804GNMAP&I | 08/04/23 | $ 882.34 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 24,227.20 | 08/04/23 | 308 | 20230804GNMAT&I | 08/04/23 | $ 24,227.20 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,274.70 | 08/04/23 | 175 | 20230804PORTT&I | 08/04/23 | $ 2,274.70 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 14,276.77 | 08/07/23 | 500 | 20230807FNMAP&I | 08/07/23 | $ 14,276.77 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 127,996.91 | 08/07/23 | 500 | 20230807FNMAP&I1 | 08/07/23 | $ 127,996.91 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 17,343.02 | 08/07/23 | 346 | 20230807FNMAT&I | 08/07/23 | $ 17,343.02 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,071.72 | 08/07/23 | 202 | 20230807GNMAP&I | 08/07/23 | $ 1,071.72 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 831.47 | 08/07/23 | 309 | 20230807GNMAT&I | 08/07/23 | $ 831.47 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 171,746.56 | 08/08/23 | 501 | 20230808FNMAP&I | 08/08/23 | $ 171,746.56 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 17,544.86 | 08/08/23 | 347 | 20230808FNMAT&I | 08/08/23 | $ 17,544.86 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,568.04 | 08/08/23 | 310 | 20230808GNMAT&I | 08/08/23 | $ 2,568.04 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 346,011.61 | 08/09/23 | 502 | 20230809FNMAP&I | 08/09/23 | $ 346,011.61 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 22,956.01 | 08/09/23 | 348 | 20230809FNMAT&I | 08/09/23 | $ 22,956.01 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,149.54 | 08/09/23 | 203 | 20230809GNMAP&I | 08/09/23 | $ 2,149.54 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 5,438.10 | 08/09/23 | 311 | 20230809GNMAT&I | 08/09/23 | $ 5,438.10 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 117,648.45 | 08/10/23 | 503 | 20230810FNMAP&I | 08/10/23 | $ 117,648.45 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("<u>AmeriFirst</u>") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 85,915.20 | 08/10/23 | 349 | 20230810FNMAT&I | 08/10/23 | $ 85,915.20 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 7,931.62 | 08/10/23 | 312 | 20230810GNMAT&I | 08/10/23 | $ 7,931.62 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 308.92 | 08/11/23 | 314 | 20230811_GNMAT&I | 08/11/23 | $ 308.92 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,636.56 | 08/11/23 | 504 | 20230811FNMAP&I | 08/11/23 | $ 1,636.56 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 3,093.37 | 08/11/23 | 504 | 20230811FNMAP&I1 | 08/11/23 | $ 3,093.37 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 65,868.46 | 08/11/23 | 504 | 20230811FNMAP&I2 | 08/11/23 | $ 65,868.46 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 30,091.59 | 08/11/23 | 351 | 20230811FNMAT&I | 08/11/23 | $ 30,091.59 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 29,447.18 | 08/11/23 | 350 | 20230811FNMAT&I1 | 08/11/23 | $ 29,447.18 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 972.68 | 08/11/23 | 204 | 20230811GNMAP&I | 08/11/23 | $ 972.68 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 20.00 | 08/11/23 | 313 | 20230811GNMAT&I | 08/11/23 | $ 20.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 162,153.67 | 08/14/23 | 505 | 20230814FNMAP&I | 08/14/23 | $ 162,153.67 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 33.64 | 08/15/23 | 121 | 20230815FHLMCT&I | 08/15/23 | $ 33.64 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 9,720.97 | 08/15/23 | 506 | 20230815FNMAP&I | 08/15/23 | $ 9,720.97 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 76,577.38 | 08/15/23 | 506 | 20230815FNMAP&I1 | 08/15/23 | $ 76,577.38 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 92,378.12 | 08/15/23 | 365 | 20230815FNMAT&I | 08/15/23 | $ 92,378.12 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 161,187.23 | 08/16/23 | 507 | 20230816FNMAP&I | 08/16/23 | $ 161,187.23 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 41,036.22 | 08/16/23 | 352 | 20230816FNMAT&I | 08/16/23 | $ 41,036.22 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 882.34 | 08/16/23 | 205 | 20230816GNMAP&I | 08/16/23 | $ 882.34 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 5,138.78 | 08/16/23 | 315 | 20230816GNMAT&I | 08/16/23 | $ 5,138.78 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,341.67 | 08/17/23 | 99 | 20230817FHLMCP&I | 08/17/23 | $ 1,341.67 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 14,195.49 | 08/17/23 | 100 | 20230817FHLMCP&I1 | 08/17/23 | $ 14,195.49 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 15,999.90 | 08/17/23 | 100 | 20230817FHLMCP&I2 | 08/17/23 | $ 15,999.90 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,878.46 | 08/17/23 | 508 | 20230817FNMAP&I | 08/17/23 | $ 2,878.46 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 98,502.95 | 08/17/23 | 508 | 20230817FNMAP&I1 | 08/17/23 | $ 98,502.95 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 23,401.90 | 08/17/23 | 353 | 20230817FNMAT&I | 08/17/23 | $ 23,401.90 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 3,368.04 | 08/17/23 | 316 | 20230817GNMAT&I | 08/17/23 | $ 3,368.04 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,373.70 | 08/18/23 | 101 | 20230818FHLMCP&I | 08/18/23 | $ 1,373.70 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 614.33 | 08/18/23 | 509 | 20230818FNMAP&I | 08/18/23 | $ 614.33 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 49,978.54 | 08/18/23 | 509 | 20230818FNMAP&I1 | 08/18/23 | $ 49,978.54 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 27,331.29 | 08/18/23 | 354 | 20230818FNMAT&I | 08/18/23 | $ 27,331.29 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,108.90 | 08/18/23 | 206 | 20230818GNMAP&I | 08/18/23 | $ 2,108.90 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 40.98 | 08/18/23 | 317 | 20230818GNMAT&I | 08/18/23 | $ 40.98 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 29,707.30 | 08/21/23 | 510 | 20230821FNMAP&I | 08/21/23 | $ 29,707.30 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 16,383.20 | 08/21/23 | 355 | 20230821FNMAT&I | 08/21/23 | $ 16,383.20 |

**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to ServiceMac LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Amount | Transfer Date | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 6,388.66 | 08/21/23 | 207 | 20230821GNMAP&I | 08/21/23 | $ 6,388.66 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 502,324.49 | 08/21/23 | 208 | 20230821GNMAP&I1 | 08/21/23 | $ 502,324.49 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,724.47 | 08/22/23 | 511 | 20230822FNMAP&I | 08/22/23 | $ 1,724.47 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 30,789.82 | 08/22/23 | 512 | 20230822FNMAP&I1 | 08/22/23 | $ 30,789.82 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 23,637.13 | 08/22/23 | 356 | 20230822FNMAT&I | 08/22/23 | $ 23,637.13 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 1,547.54 | 08/22/23 | 209 | 20230822GNMAP&I | 08/22/23 | $ 1,547.54 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 50.00 | 08/22/23 | 318 | 20230822GNMAT&I | 08/22/23 | $ 50.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 570.00 | 08/23/23 | 513 | 20230823FNMAP&I | 08/23/23 | $ 570.00 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 3,091.41 | 08/23/23 | 513 | 20230823FNMAP&I1 | 08/23/23 | $ 3,091.41 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 60,929.41 | 08/23/23 | 513 | 20230823FNMAP&I2 | 08/23/23 | $ 60,929.41 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 56,319.25 | 08/23/23 | 364 | 20230823FNMAT&I | 08/23/23 | $ 56,319.25 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 7,641.88 | 08/23/23 | 211 | 20230823GNMAP&I1 | 08/23/23 | $ 7,641.88 |
| Amerifirst | Amerifirst | ServiceMac, LLC | $ 2,847.71 | 08/23/23 | 319 | 20230823GNMAT&I | 08/23/23 | $ 2,847.71 |
| **Total Transfers** | | | | | | | $ | 26,144,631.50 |