**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Optimal Blue.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Optimal Blue | 06/14/23 | $4,240.00 | 46679 | 1183799 | 06/05/23 | $4,240.00 |
| AmeriFirst | AmeriFirst | Optimal Blue | 06/23/23 | $27,416.62 | 46686 | 1182439 | 06/06/23 | $27,416.62 |
| AmeriFirst | AmeriFirst | Optimal Blue | 07/24/23 | $15,732.52 | 46709 | 1184639 | 07/07/23 | $15,732.52 |
| AmeriFirst | AmeriFirst | Optimal Blue | 08/23/23 | $9,747.00 | 46736 | 1185974 | 08/08/23 | $9,747.00 |
| | | | **Total Transfers** | | | | | **$57,136.14** |