**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Law Office of Jeff A. George, APC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Law Office of Jeff A. George, APC | 07/25/23 | $75,461.04 | 9967 | 20230430<br>20230630 | 04/30/23<br>06/30/23 | $54,382.50<br>$21,078.54 |
| | | | Total Transfers | | | | | $75,461.04 |