**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Divvy.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Divvy-CC | 05/31/2023 | $35,159.81 | 1493 | 20230531-DIVVY IVA | 05/31/23 | $11,885.66 |
| | | | | | | 20230531 DIVVY | 05/31/23 | $23,274.15 |
| AmeriFirst | AmeriFirst | Divvy | 06/08/2023 | $60,183.60 | 46664 | 20230608 | 06/08/23 | $60,183.60 |
| AmeriFirst | AmeriFirst | Divvy-CC | 06/30/2023 | $55,280.33 | 1514 | 20230630 - DIVVY IVA | 06/30/23 | $7,402.97 |
| | | | | | | 20230630 DIVVY | 06/30/23 | $47,877.36 |
| AmeriFirst | AmeriFirst | Divvy | 07/06/2023 | $80,485.90 | 46701 | 20230706 | 07/06/23 | $80,485.90 |
| AmeriFirst | AmeriFirst | Divvy-CC | 07/31/23 | $19,681.87 | 1545 | 20230731 - DIVVY IVA | 07/31/23 | $19,681.87 |
| AmeriFirst | AmeriFirst | Divvy-CC | 07/31/23 | $56,881.07 | 1546 | 20230731 DIVVY | 07/31/23 | $56,881.07 |
| AmeriFirst | AmeriFirst | Divvy | 08/08/2023 | $121,948.25 | 46727 | 20230808 | 08/08/23 | $121,948.25 |
| **Total Transfers** | | | | | | | | **$429,620.83** |