**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Todd Ables.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Todd Ables | 06/26/23 | $11,250.00 | 59763 | 20230621 | 06/21/23 | $11,250.00 |
| | | **Total Transfers** | | | | | | **$11,250.00** |