**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Payflex Systems

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Payflex Systems | 06/26/23 | $988.00 | 46685 | 142426-1847044 | 06/12/23 | $988.00 |
| AmeriFirst | AmeriFirst | Payflex Systems | 07/25/23 | $988.00 | 46722 | 142426-1858168 | 07/10/23 | $988.00 |
| AmeriFirst | AmeriFirst | Payflex Systems | 08/23/23 | $1,004.00 | 46735 | 142426-1869214 | 08/11/23 | $1,004.00 |
| AmeriFirst | AmeriFirst | Payflex Systems | 06/02/23 | $1,844.31 | 646 | 20230605 | 06/02/23 | $1,844.31 |
| AmeriFirst | AmeriFirst | Payflex Systems | 06/19/23 | $2,672.89 | 648 | 20230620 | 06/19/23 | $2,672.89 |
| AmeriFirst | AmeriFirst | Payflex Systems | 07/07/23 | $2,475.81 | 650 | 20230705 | 07/07/23 | $2,475.81 |
| AmeriFirst | AmeriFirst | Payflex Systems | 07/19/23 | $5,060.81 | 652 | 20230720 | 07/19/23 | $5,060.81 |
| AmeriFirst | AmeriFirst | Payflex Systems | 08/03/23 | $3,860.81 | 654 | 20230805 | 08/03/23 | $3,860.81 |
| AmeriFirst | AmeriFirst | Payflex Systems | 08/18/23 | $6,987.08 | 657 | 20230818 | 08/18/23 | $6,987.08 |
| AmeriFirst | AmeriFirst | Payflex Systems | 08/23/23 | $620.00 | 658 | 20230823 | 08/23/23 | $620.00 |
| **Total Transfers** | | | | | | | | **$ 26,501.71** |