**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant UKG INC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | UKG INC. | 06/30/23 | $36,463.04 | 59790 | ARINV0234799 ARINV0243916 ARINV0253722 PRINV0353984 PRINV0362028 PRINV0370401 | 03/15/23 04/15/23 05/15/23 03/14/23 04/13/23 05/12/23 | $217.62 $434.22 $434.22 $11,695.42 $11,826.19 $11,855.37 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 06/20/23 | $617.90 | 107643 | 20230620-A | 06/20/23 | $617.90 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 07/19/23 | $825.05 | 207753 | 20230720010 | 07/19/23 | $825.05 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 07/06/23 | $5,677.30 | 107649 | 20230720-A | 07/06/23 | $5,677.30 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 07/06/23 | $182.90 | 107650 | 20230720-B | 07/06/23 | $182.90 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 07/06/23 | $890.12 | 107651 | 20230720-C | 07/06/23 | $890.12 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 07/06/23 | $427.53 | 107652 | 20230720-D | 07/06/23 | $427.53 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 08/07/23 | $250.80 | 107653 | 20230804 | 08/04/23 | $250.80 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 08/07/23 | $4,519.43 | 107657 | 20230804-B | 08/04/23 | $4,519.43 |

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 08/07/23 | $384.10 | 107654 | 20230804-C | 08/04/23 | $384.10 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 08/07/23 | $137.33 | 107656 | 20230804-D | 08/04/23 | $137.33 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 08/08/23 | $192.06 | 107655 | 20230804-E | 08/04/23 | $192.06 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 08/04/23 | $162.97 | 207754 | 20230805010 | 08/04/23 | $162.97 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 08/22/23 | $273.84 | 207755 | 20230818 | 08/18/23 | $273.84 |
| AmeriFirst | AmeriFirst | ULTIPRO-CHECKS | 08/21/23 | $805.00 | 107659 | 20230905-B | 08/21/23 | $805.00 |
| **Total Transfers** | | | | | | | | **$51,809.37** |