## Exhibit A

Transfers by Debtor AmeriFirst Financial, Inc. ("<u>AmeriFirst</u>") to Defendant FCI Lender Services, Inc.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 06/01/2023 | $46,097.91 | 2846 | 20230601_ESC | 06/01/23 | $46,097.91 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 06/02/2023 | $2,200.00 | 9897 | 20230602_DRAW | 06/02/23 | $2,200.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 06/08/2023 | $1,047.00 | 9906 | 20230608_DRAW | 06/08/23 | $1,047.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 06/08/2023 | $45,019.10 | 2847 | 20230608_ESC | 06/08/23 | $45,019.10 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 06/14/2023 | $4,310.00 | 9916 | 20230614_DRAW | 06/14/23 | $4,310.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 06/14/2023 | $12,915.00 | 59751 | SE236948<br>ST234266<br>ST235823<br>ST237169<br>ST237174 | 06/05/23<br>06/05/23<br>06/08/23<br>06/14/23<br>06/14/23 | $520.00<br>$990.00<br>$5,375.00<br>$2,700.00<br>$3,330.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 06/28/2023 | $6,660.00 | 9930 | 20230628_DRAWS | 06/28/23 | $6,660.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 06/29/2023 | $1,150.00 | 9936 | 20230629_DRAW | 06/29/23 | $1,150.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 06/29/2023 | $3,880.00 | 9937 | 20230629DRAW | 06/29/23 | $3,880.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 06/29/2023 | $7,402.50 | 9938 | 20230629-DRAW | 06/29/23 | $7,402.50 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 06/29/2023 | $37,917.49 | 2849 | 20230629_ESC | 06/29/23 | $37,917.49 |

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 07/03/2023 | $1,620.00 | 59794 | ST237261 | 06/30/23 | $1,620.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 07/17/2023 | $9,220.00 | 59846 | SE239967<br>ST235823-1<br>ST238819<br>ST240186<br>ST240212 | 07/03/23<br>07/14/23<br>07/17/23<br>07/14/23<br>07/14/23 | $455.00<br>$150.00<br>$5,015.00<br>$1,170.00<br>$2,430.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 07/19/2023 | $630.00 | 59852 | ST240223 | 07/19/23 | $630.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 07/20/2023 | $82,021.21 | 2851 | 20230720ESC FUNDS | 07/20/23 | $82,021.21 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 08/04/2023 | $900.00 | 9981 | 20230804 | 08/04/23 | $900.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 08/07/2023 | $1,000.00 | 9982 | 20230807 | 08/07/23 | $1,000.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 08/08/2023 | $9,810.63 | 60257 | SE241834<br>SE243012<br>ST240253<br>ST240278<br>ST241833<br>ST243013 | 08/03/23<br>08/03/23<br>08/03/23<br>08/03/23<br>08/03/23<br>08/03/23 | $35.00<br>$780.00<br>$540.00<br>$1,890.00<br>$6,535.63<br>$30.00 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 08/08/2023 | $58,484.59 | 10008 | 20230808_ESC | 08/08/23 | $58,484.59 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 08/18/2023 | $31,471.01 | 2853 | 20230818ESCROW TO FC | 08/18/23 | $31,471.01 |
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 08/22/2023 | $2,790.00 | 60316 | ST2432628<br>ST243280 | 08/12/23<br>08/22/23 | $360.00<br>$2,430.00 |

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | FCI Lender Services, Inc. | 08/23/2023 | $3,875.00 | 10006 | 20230823_DRAWS | 08/23/23 | $3,875.00 |
| | | | **Total Transfers** | | | | | **$370,421.44** |