**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Phoenix Arena Development, LP.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Phoenix Arena Development, LP | 07/01/23 | $31,450.00 | 3234 | IASU0007441 | 05/02/23 | $31,450.00 |
| AmeriFirst | AmeriFirst | Phoenix Arena Development, LP | 07/01/23 | $31,450.00 | 3234 | IASU0007589 | 05/0/23 | $31,450.00 |
| | | | | **Total Transfers** | | | | **$ 62,900** |