**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant UniVoIP Inc.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | UniVoIP Inc. | 06/04/23 | $6,078.64 | 3236 | IN108-53 | 06/01/23 | $6,078.64 |
| AmeriFirst | AmeriFirst | UniVoIP Inc. | 07/16/23 | $4,418.86 | 3238 | IN108-55 | 07/16/23 | $4,418.86 |
| | | | **Total Transfers** | | | | | **$10,497.50** |