**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Veri-Tax.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Veri-Tax | 07/06/23 | $13,268.10 | 59828 | 211338 211757 212194 212646 | 12/31/22 01/31/23 02/28/23 03/31/23 | $8,817.00 $2,126.25 $1,805.85 $519.00 |
| | | | **Total Transfers** | | | | | **$ 13,268.10** |