**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant First American Title.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | First American Title | 06/14/2023 | $252,444.32 | 9917 | 20230614 | 06/14/23 | $252,444.32 |
| AmeriFirst | AmeriFirst | First American Title | 08/08/2023 | $22.92 | 9986 | 20230808 | 08/08/23 | $22.92 |
| **Total Transfers** | | | | | | | | **$252,467.24** |