**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Richey May & Co.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Richey May & Co | 07/06/23 | $47,446.85 | 59823 | 224851 225974 227333 227906 228077 | 01/12/23 02/22/23 03/24/23 04/15/23 04/26/23 | $2,229.85 $12,419.00 $14,903.00 $9,935.00 $7,960.00 |
| AmeriFirst | AmeriFirst | Richey May & Co | 06/08/23 | $1,000.00 | 46663 | 20230608 | 06/08/23 | $1,000.00 |
| **Total Transfers** | | | | | | | | **$ 48,446.85** |