**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Wayne Waldron.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Wayne Waldron | 07/18/23 | $12,505.00 | 59851 | 20230718 | 07/18/23 | $12,505.00 |
| | | | **Total Transfers** | | | | | **$ 12,505.00** |