**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Geraci Legal Corporation.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Geraci Legal Corporation | 06/15/2023 | $26,000.00 | 3233 | 9767144 | 06/01/23 | $26,000.00 |
| AmeriFirst | AmeriFirst | Geraci Legal Corporation | 07/17/2023 | $27,000.00 | 1520 | 9767603 | 06/25/23 | $27,000.00 |
| AmeriFirst | AmeriFirst | Geraci Legal Corporation | 08/16/2023 | $24,400.00 | 1539 | 9768330 | 07/25/23 | $24,400.00 |
| | | | **Total Transfers** | | | | | **$77,400.00** |