**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Rick Kleinfinger.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Rick Kleinfinger. | 07/10/23 | $16,537.50 | 59842 | 20230710 | 07/10/23 | $16,537.50 |
| AmeriFirst | AmeriFirst | Rick Kleinfinger | 07/12/23 | $5,512.50 | 59843 | 20230712 | 07/12/23 | $5,512.50 |
| | | | **Total Transfers** | | | | | **$ 22,050.00** |