**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Xactus.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Xactus | 07/01/23 | $6,645.11 | 3235 | 20230430-3 | 05/31/25 | $6,645.11 |
| AmeriFirst | AmeriFirst | Xactus | 07/06/23 | $1,192.50 | 59827 | 20230531 | 06/01/23 | $1,192.50 |
| AmeriFirst | AmeriFirst | Xactus | 07/30/24 | $7,500.75 | 60499 | 1293687 | 07/01/23 | $7,500.75 |
| | | | **Total Transfers** | | | | | **$ 15,338.36** |