**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Roc Commercial Capital Corp.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Roc Commercial Capital Corp. | 08/02/23 | 3,262.00 | 60241 | 20230731 | 07/31/23 | 3,262.00 |
| AmeriFirst | AmeriFirst | Roc Commercial Capital Corp. | 08/02/23 | 1,196.00 | 60242 | 20230731-2 | 07/31/23 | 1,196.00 |
| AmeriFirst | AmeriFirst | Roc Commercial Capital Corp. | 08/02/23 | 1,890.00 | 60243 | 20230731-3 | 07/31/23 | 1,890.00 |
| AmeriFirst | AmeriFirst | Roc Commercial Capital Corp. | 08/11/23 | 4,387.50 | 60304 | 20230810 | 08/10/23 | 4,387.50 |
| **Total Transfers** | | | | | | | | **$ 10,735.50** |