**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("Amerifirst") to Defendant ICE Mortgage Technology, Inc.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | ICE Mortgage Technology, Inc. | 06/29/2023 | $204,565.72 | 9943 | 134120551034AIQ | 03/14/23 | $49,820.34 |
| | | | | | | 134122448452AIQ | 03/31/23 | $49,705.33 |
| | | | | | | 134122520477AIQ | 05/05/23 | $49,820.34 |
| | | | | | | 20230629 | 06/29/23 | $204,565.72 |
| | | | | | | 20230629 - CREDIT | 06/29/23 | $(779,931.56) |
| | | | | | | 571361743086ENC | 03/17/23 | $95,726.37 |
| | | | | | | 571361887508ENC | 06/14/23 | $96,939.33 |
| | | | | | | 571361902616ENC | 05/11/23 | $100,058.37 |
| | | | | | | 571365337951ENC | 04/13/23 | $95,726.37 |
| | | | | | | 571366285051ENC | 03/01/23 | $95,505.40 |
| | | | | | | EM10440566 | 01/01/23 | $3,249.00 |
| | | | | | | EM10441240 | 01/01/23 | $2,166.00 |
| | | | | | | EM10441856 | 01/01/23 | $49,820.34 |
| | | | | | | EM10442953 | 01/01/23 | $91,394.37 |
| | | **Total Transfers** | | | | | | **$204,565.72** |