**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("<u>AmeriFirst</u>") to Defendant JPMorgan Chase Bank.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | JPMCB | 07/12/23 | $790.31 | 9955 | 20230430 | 06/01/23 | $790.31 |
| AmeriFirst | AmeriFirst | JPMorgan Chase Bank | 08/01/23 | $1,790.72 | 9975 | 20230801REMIT | 08/01/23 | $1,790.72 |
| AmeriFirst | AmeriFirst | JPMorgan Chase Bank | 08/17/23 | $19,007.92 | 9999 | 20230816PIRECON | 08/16/23 | $19,007.92 |
| | | | **Total Transfers** | | | | | $21,588.95 |