**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Salesforce Inc.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Salesforce Inc. | 06/08/23 | 37,522.49 | 9905 | 25817746 | 05/01/23 | 37,522.49 |
| AmeriFirst | AmeriFirst | Salesforce Inc. | 07/31/23 | 37,522.49 | 9971 | 26463685 | 07/03/23 | 37,522.49 |
| | | **Total Transfers** | | | | | | **$ 75,044.98** |