**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Macwood Capital, an Arizona LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Macwood Capital, an Arizona LLC | 06/02/23 | $3,797.50 | 59682 | 20230601 | 06/01/23 | $3,797.50 |
| AmeriFirst | AmeriFirst | Macwood Capital, an Arizona LLC | 06/02/23 | $3,590.83 | 59683 | 20230601-2 | 06/01/23 | $3,590.83 |
| AmeriFirst | AmeriFirst | Macwood Capital, an Arizona LLC | 06/02/23 | $3,448.75 | 59684 | 20230601-3 | 06/01/23 | $3,448.75 |
| AmeriFirst | AmeriFirst | Macwood Capital, an Arizona LLC | 07/05/23 | $1,018.95 | 59797 | 20230701 | 07/01/23 | $1,018.95 |
| AmeriFirst | AmeriFirst | Macwood Capital, an Arizona LLC | 07/05/23 | $3,590.83 | 59798 | 20230701-2 | 07/01/23 | $3,590.83 |
| AmeriFirst | AmeriFirst | Macwood Capital, an Arizona LLC | 07/05/23 | $3,448.75 | 59799 | 20230701-3 | 07/01/23 | $3,448.75 |
| AmeriFirst | AmeriFirst | Macwood Capital, an Arizona LLC | 08/03/23 | $2,385.45 | 60249 | 20230801 | 08/01/23 | $2,385.45 |
| AmeriFirst | AmeriFirst | Macwood Capital, an Arizona LLC | 08/03/23 | $3,590.83 | 60250 | 20230801-2 | 08/01/23 | $3,590.83 |
| | | **Total Transfers** | | | | | | $24,871.89 |