**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant Navi Title Agency.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | Navi Title Agency | 07/03/23 | $355,569.48 | 9950 | 20230703 | 07/03/23 | $355,569.48 |
| | | | **Total Transfers** | | | | | **$355,569.48** |