**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant American Express Corporate.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | American Express Corporate | 05/30/2023 | $11,282.74 | 46654 | 20230530-A | 05/30/23 | $11,282.74 |
| AmeriFirst | AmeriFirst | American Express Corporate | 05/30/2023 | $2,392.16 | 46655 | 20230530-B | 05/30/23 | $2,392.16 |
| AmeriFirst | AmeriFirst | American Express Corporate | 07/07/2023 | $91,917.08 | 46698 | 20230707-A | 07/07/23 | $91,917.08 |
| AmeriFirst | AmeriFirst | American Express Corporate | 07/07/2023 | $1,319.35 | 46699 | 20230707-B | 07/07/23 | $1,319.35 |
| | | | **Total Transfers** | | | | | **$106,911.33** |