**Exhibit A**

Transfers by Debtor AmeriFirst Financial, Inc. ("AmeriFirst") to Defendant King Holdings LLC.

| Debtor Incurring Antecedent Debt | Transferor | Transferee | Transfer Date | Transfer Amount | Check # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| AmeriFirst | AmeriFirst | King Holdings LLC | 06/28/2023 | $5,325.00 | 9931 | 20230628_DRAW | 06/28/23 | $5,325.00 |
| AmeriFirst | AmeriFirst | King Holdings LLC | 06/29/2023 | $7,575.00 | 9941 | 20230629_DRAW | 06/29/23 | $7,575.00 |
| AmeriFirst | AmeriFirst | King Holdings LLC | 06/29/2023 | $7,225.00 | 9942 | 20230629_DRAW | 06/29/23 | $7,225.00 |
| **Total Transfers** | | | | | | | | **$20,125.00** |