IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Sept. 5, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: Sept. 15, 2025 at 11:00 a.m. (ET)** |

**MOTION OF PASHMAN STEIN WALDER
HAYDEN, P.C. TO WITHDRAW AS COUNSEL TO ERIC BOWLBY**

Pashman Stein Walder Hayden, P.C. ("Pashman") hereby moves (the "Motion") to withdraw as counsel to Eric Bowlby under Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").  In support of this Motin, Pashman respectfully represents the following:

**JURISDICTION AND VENUE**

1.     The Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334(b). This is a core proceeding as that term is defined in 28 U.S.C. § 157(b)(2) and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012.  Venue is proper under 28 U.S.C. §§ 1408 and 1409. The predicates for the relief requested herein are 11 U.S.C. § 105(a), Local Rule 9010-2(b), and Rule 1.16 of the Delaware Lawyers' Rules of Professional Conduct.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225..

2. As required by Local Rule 9013-1(f), Pashman confirms its consent to the entry of a final order by the Court solely in connection with this Motion to the extent it is later determined that the Court, absent consent of the relevant parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

## BACKGROUND

3. On August 25, 2023, Pashman was retained as counsel to Bowlby in connection with the chapter 11 cases. In the "Termination of Representation" section of the engagement letter, the Parties and Pashman expressly agreed that "Subject to ethical obligations, [Pashman] reserves the right to withdraw from an engagement if our statements are not being paid in a timely manner or if for any other reason the lawyer-client relationship is not proceeding in a satisfactory manner."

4. Mr. Bowlby has pending before the Court (i) Eric Bowlby proof of claim filed on December 27, 2023, and assigned proof of claim number 158 ("Proof of Claim 158"); and (ii) Eric Bowlby proof of claim filed on December 28, 2023, and assigned proof of claim number 174 ("Proof of Claim 174"). More recently, an adversary proceeding was filed against Mr. Bowlby and others styled as *AmeriFirst Financial, Inc. v. Bowlby et al.*, Adv. No. 25-52067 (TMH) (the "Adversary Proceeding").

5. Pashman has had limited communications with Mr. Bowlby since filing Proof of Claim 158 and 174 in or around December 2023. Since that time, Mr. Bowlby and Pashman have worked toward payment of Pashman's outstanding invoices that are material and are well past due. While the relationship has remained cordial, there has generally been a breakdown in communication between Bowlby and Pashman over, among other things, outstanding invoices that have been due for close to two years and the necessary retainer to perform additional work.

6. Recently, the Debtors have filed the Adversary Proceeding, which would require significant work on account of Pashman. While Mr. Bowlby will be seeking replacement counsel in Delaware, and such counsel may be retained prior to any hearing on this Motion, there is no guarantee that such replacement counsel will be located. Accordingly, Pashman files this Motion seeking to formally withdraw as counsel.

## BASIS FOR RELIEF REQUESTED

7. Local Rule 9010-2(b) provides as follows:

> (b) <u>Withdrawal</u>. An attorney may withdraw an appearance for a party without the Court's permission (i) when such withdrawal will leave a member of the Bar of the District Court appearing as attorney of record for the party, or (ii) when the party (a) has no controversy pending before the Court and (b) the attorney certifies that the party consents to withdrawal of counsel. Otherwise, no appearance shall be withdrawn except by order on a motion duly filed, served on each party and served on the party client by registered or certified mail addressed to the client's last known address, at least fourteen (14) days before the motion is heard by the Court. The filer is not required to confer other than with its party client prior to filing the motion to withdraw.

Del. Bankr. L.R. 9010-2(b).

8. Sufficient cause exists for this Court to grant leave for Pashman to withdraw as counsel to Mr. Bowlby. Communications between Bowlby and Pashman have broken down due to, among other things, outstanding invoices that are nearly two years old. Moreover, the Adversary Proceeding would require additional work by Pashman for which it cannot perform without a retainer.

9. Finally, the engagement letter is clear that Pashman may withdraw for any reason, including the non-payment of invoices. Such agreement is consistent with the Delaware Rules of Professional Conduct which allow counsel to withdraw due to "[i]rreconcilable differences and professional considerations." *See* DLRPC 1.16(b)(4) and 1.16(b)(5).

**NOTICE**

10. Notice of this Motion will be provided to: (i) Mr. Bowlby, (ii) the Office of the United States Trustee for the District of Delaware; (iii) the Debtors; and (iv) any party in interest that has requested to receive notice in the chapter 11 case pursuant to Bankruptcy Rule 2002.

WHEREFORE, Pashman requests that the Court enter an order attached hereto as **Exhibit A** approving Pashman's withdrawal as counsel to Mr. Bowlby.

| | |
|---|---|
| Dated: August 22, 2025<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Joseph C. Barsalona II*<br>Joseph C. Barsalona II (No. 6102)<br>824 North Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 592-6496<br>Email: jbarsalona@pashmanstein.com<br><br>*Counsel to Eric Bowlby* |