**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERIFIRST FINANCIAL, INC., *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered)<br><br>**Re D.I.** |

**ORDER GRANTING MOTION OF PASHMAN STEIN WALDER HAYDEN, P.C. TO WITHDRAW AS COUNSEL TO ERIC BOWLBY**

Upon the consideration of the Motion of Pashman Stein Walder Hayden, P.C. ("Pashman") to withdrawal as counsel to Eric Bowlby under Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), it is hereby ordered:

1. The Motion is granted.

2. Under Local Rule 9010-2(b), Pashman is authorized and hereby is deemed to withdraw as counsel to Eric Bowlby.

3. The Court shall retain jurisdiction to interpret, implement and enforce this order.

---

[2] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225..