IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERIFIRST FINANCIAL, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on August 18, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Twenty-Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors In Possession, for the Period from July 1, 2025 through July 31, 2025 [Docket No. 1076]**

Dated: August 22, 2025

_____
Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 22nd day of August, 2025, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| AmeriFirst Financial Inc | Attn: Chief Restructuring Officer | 575 W Chandler Blvd, Ste 225, Unit 236 | Chandler, AZ 85225 | | | First Class Mail |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Donna L. Culver, Esq, Robert J. Dehney, Esq, Eric D. Schwartz, Esq, Daniel B. Butz, Esq, Evanthea Hammer, Esq | 1201 N Market St, 16th Fl | P.O. Box 1347 | Wilmington, DE 19899-1347 | dculver@morrisnichols.com; rdehney@morrisnichols.com; eschwartz@morrisnichols.com; dbutz@morrisnichols.com; ehammer@morrisnichols.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Esq, David M. Bertenthal, Esq, Timothy P. Cairns, Esq | 919 N Market St, 17th Fl | Wilmington, DE 19801 | | ljones@pszjlaw.com; dbertenthal@pszjlaw.com; tcairns@pszjlaw.com | Email |
| Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Esq, L. Katherine Good, Esq, Brett M. Haywood, Esq | 1313 N Market St, 6th Fl | Wilmington, DE 19801 | | csamis@potteranderson.com; kgood@potteranderson.com; bhaywood@potteranderson.com | Email |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Patricia B. Tomasco, Esq. | 711 Louisiana St, Ste 500, | Houston, TX 77002 | | pattytomasco@quinnemanuel.com | Email |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Bennett Murphy, Esq. | 865 S Figueroa St, 10th Fl | Los Angeles, CA 90017 | | bennettmurphy@quinnemanuel.com | Email |
| The Office of the United States Trustee | Attn: Linda Richenderfer, Esq | 844 King St, Ste 2207 | Lockbox 35 | Wilmington, DE 19801 | linda.richenderfer@usdoj.gov | Email |