**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AmeriFirst Financial, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH) |

**NOTICE OF WITHDRAWAL OF GRANITE MOUNTAIN**
**LENDING, LLC'S MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY**

PLEASE TAKE NOTICE that pursuant to the *Order Approving Settlement by and Between the Debtors, Granite Mountain Lending, LLC and Jonny Jackson* filed on August 20, 2025, [Docket No. 1084], Granite Mountain Lending LLC, hereby withdraws, with prejudice, *Granite Mountain Lending, LLC's Motion for Relief From The Automatic Stay* filed on August 29, 2024 [Docket No. 836].

Dated: August 26, 2025

**MAY POTENZA BARAN & GILLESPIE, P.C.**

/s/ Grant L. Cartwright
Grant L. Cartwright (No. 5828)
Eric W. Moats (No. 6441)
1850 North Central Avenue, 16th Floor
Phoenix, AZ 85004
Telephone: (602) 252-1900
Email: gcartwright@maypotenza.com
         emoats@maypotenza.com

*Counsel to Creditor Granite Mountain Lending, LLC*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.