**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AmeriFirst Financial, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11240 (TMH) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2025, I caused to be served a true and correct copy of the following:

- Notice of Withdrawal of Granite Mountain Lending, LLC's Motion for Relief from the Automatic Stay [Docket No. 1147].

Upon the parties that are registered to receive notice via the Court's CM/ECF notification system and an additional service was completed via electronic mail or first-class mail upon the parties on the attached service list if indicated.

Dated: August 28, 2025            */s/ Grant L. Cartwright*

**MAY POTENZA BARAN & GILLESPIE, P.C.**
Grant L. Cartwright (No. 5828)
Eric W. Moats (No. 6441)
1850 North Central Avenue, 16th Floor
Phoenix, AZ 85004
Telephone: (602) 252-1900
Email:  gcartwright@maypotenza.com
            emoats@maypotenza.com

*Counsel to Granite Mountain Lending, LLC*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

| | | **Service List** | | | | |
|---|---|---|---|---|---|---|
| Creditor | Address 1 | Address 2 | Address 3 | Address 4 | Address 5 | Email |
| Abernathy, Roeder, Boyd & Hullett, PC | | | | | | |
| Abernathy, Roeder, Boyd & Hullett, PC | | | | | | |
| Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez | Attn: Larry R Boyd | Attn: Emily M Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | |
| Baker & Hostetler LLP | Attn: Jeffrey J. Lyons | 1201 N Market St, Ste 1407 | Wilmington, DE 19801 | | | |
| Baker & Hostetler LLP | Attn: Michael T. Delaney | Key Tower, 127 Public Square, Ste 2000 | Cleveland, OH 44114 | | | |
| Ballard Spahr LLP | | | | | | |
| Ballard Spahr LLP | | | | | | |
| Ballard Spahr LLP | | | | | | |
| Ballard Spahr LLP | | | | | | |
| Ballard Spahr LLP | Attn: Brian D Huben | Attn: Jessica M Simon | 2029 Century Park E, Ste 1400 | Los Angeles, CA 90067-2915 | | |
| Ballard Spahr LLP | Attn: Leslie C Heilman/Attn: Laurel D Roglen | Attn: Nicholas J Brannick/Attn: Margaret A Vesper | 919 N Market St, 11th Fl | Wilmington, DE 19801-3034 | | |
| Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | |
| Delaware State Treasury | 820 Silver Lake Blvd, Ste 100 | Dover, DE 19904 | | | | |
| Glenn Agre Bergman & Fuentes LLP | Attn: Andrew K Glenn/Kurt A Mayr | Attn: Malak S. Doss | 1185 Ave of the Americas, 22nd Fl | New York, NY 10036 | | aglenn@glennagre.com |
| Glenn Agre Bergman & Fuentes LLP | Attn: Kurt A Mayr | | | | | kmayr@glennagre.com |
| Glenn Agre Bergman & Fuentes LLP | Attn: Malak S Doss | | | | | mdoss@glennagre.com |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | |
| Kasowitz Benson Torres LLP | | | | | | |
| Kasowitz Benson Torres LLP | | | | | | |
| Kasowitz Benson Torres LLP | | | | | | |
| Kasowitz Benson Torres LLP | | | | | | |
| Kasowitz Benson Torres LLP | Attn: Matthew B Stein/Attn: Robert M Novick | Attn: Edward E Filusch/Attn: Andrew H Elkin/Attn:Andrew S Golden | 1633 Broadway | New York, NY 10019 | | |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | P.O. Box 579 | Bakersfield, CA 93302-0579 | | | |
| Klein Independent School District and | Meadowhill Rregional Municipal Utility District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | ATTN: MELISSA E VALDEZ | 1235 N Loop W, Ste 600 | Houston, TX 77008 | |
| Kristen Rahn | | | | | | |
| Kutak Rock LLP | Attn: Peter J Barrett/Timothy S Baird | 901 E Byrd St, Ste 1000 | Richmond, VA 23219 | | | |
| Kutak Rock LLP | Attn: Timothy S Baird | | | | | |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | P.O. Box 3064 | Houston, TX 77253-3064 | | | |
| McCreary, Veselka, Bragg, & Allen, PC | Attn: Julie Anne Parsons | P.O. Box 1269 | Round Rock, TX 78680-1269 | | | |
| Mills Halstead & Zaloudek, LLC | Attn: Amanda H Halstead | 600 17th St, Ste 2800S | Denver, CO 80202 | | | |
| Morris, Nichols, Arsht & Tunnell LLP | | | | | | dculver@morrisnichols.com |
| Morris, Nichols, Arsht & Tunnell LLP | | | | | | tbriggs@morrisnichols.com |
| Morris, Nichols, Arsht & Tunnell LLP | | | | | | eschwartz@morrisnichols.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J Dehney | Attn: Donna L Culver/Attn: Thomas W Briggs, Jr/Attn: Eric D Schwartz | 1201 N Market St, 16th Fl | P.O. Box 1347 | Wilmington, DE 19899- | rdehney@morrisnichols.com |
| Mortgageshots, LLC | Attn: Kian Ramsay | 479 Mason St, Ste 213 | Vacaville, CA 95688 | | | |
| O'Melveny & Myers LLP | Attn: Daniel Shamah | Times Square Tower | 7 Times Sq | New York, NY 10036 | | |

| Name | Attn | Address 1 | Address 2 | Address 3 | Address 4 | Email |
|---|---|---|---|---|---|---|
| O'Melveny & Myers LLP | Attn: Jennifer Taylor | 2 Embarcadero Ctr, 28th Fl | San Francisco, CA 94111-3823 | | | |
| O'Melveny & Myers LLP | Attn: Jordan Weber | | | | | |
| O'Melveny & Myers LLP | Attn: Stephen Warren/Jordan Weber | 400 S Hope St, 18th Fl | Los Angeles, CA 90071-2899 | | | |
| Office of the US Trustee | Attn: Linda Richenderfer | 844 King St, Ste 2207 | Wilmington, DE 19801 | | | Linda.Richenderfer@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | | | | | | tcairns@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | | | | | | dbertenthal@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, David M Bertenthal, Timothy P Cairns | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | | ljones@pszjlaw.com |
| Paragon Micro, Inc | Attn: Todd Cowen | 2 Corporate Dr, Ste 105 | Lake Zurich, IL 60047 | | | |
| Pashman Stein Walder Hayden, PC | Attn: William R. Firth, III | 824 N Market St, Ste 800 | Wilmington, DE 19801 | | | wfirth@pashmanstein.com |
| Pashman Stein Walder Hayden, PC | Attn: Joseph C Barsalona II | 824 N Market St, Ste 800 | Wilmington, DE 19801 | | | jbarsalona@pashmanstein.com |
| Potter Anderson & Corroon LLP | Attn: Christopher Samis/Katelin Morales | Attn: L Katherine Good | 1313 N Market St, 6th Fl | Wilmington, DE 19801-6108 | | |
| Potter Anderson & Corroon LLP | Attn: Katelin A Morales | | | | | |
| Potter Anderson & Corroon LLP | Attn: L Katherine Good | | | | | |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Bennett Murphy | Attn: Razmig Izakelian | 865 S Figueroa St, 10th Fl | Los Angeles, CA 90017 | | |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Brittany J Nelson | 1300 I St NW, Ste 900 | Washington, DC 20005 | | | |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Manisha M Sheth | Attn: Patricia B Tomasco | 51 Madison Ave, 22nd Fl | New York, NY 10010 | | |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Patricia B Tomasco | | | | | |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Razmig Izakelian | | | | | |
| Reger Rizzo & Darnall LLP | Attn: Louis J Rizzo | Brandywine Plz W | 1521 Concord Pike, Ste 305 | Wilmington, DE 19803 | | |
| Saul Ewing LLP | Attn: John D Demmy/Paige N Topper | 1201 N Market St, Ste 2300 | PO Box 1266 | Wilmington, DE 19801 | | |
| Saul Ewing LLP | Attn: Paige N Topper | | | | | |
| Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | Dover, DE 19903 | | |
| Securities & Exchange Commission | 100 F St NE | Washington, DC 20549 | | | | |
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director | Brookfield Pl | 100 Pearl St, Ste 20-100 | New York, NY 10004-2616 | |
| ServiceMac, LLC | Attn: Eric Sadow | Indian Land, SC | | | | |
| TN Dept of Revenue | c/o TN Attorney General's Office | PO Box 20207 | Bankruptcy Division | Nashville, TN 37202-0207 | | |
| Trainor Fairbrook | Attn: Jennifer L Pruski | P.O. Box 255824 | Sacramento, CA 95865 | | | |
| US Attorney's Office | District of Delaware | 1313 N Market St | Wilmington, DE 19801 | | | |