# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 839, 840, 841, 912, 913, 914, 945, 946, 1055 & 1058** |

### OMNIBUS CERTIFICATE OF NO OBJECTION REGARDING FEE APPLICATIONS OF MORRIS, NICHOLS, ARSHT & TUNNEL, LLP AS BANKRUPTCY COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR MONTHLY REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OF <u>DECEMBER 1, 2023, THROUGH AND INCLUDING JUNE 30, 2025</u>

The undersigned hereby certifies that, as of the date hereof, in accordance with the *Order Approving Settlement Agreement* (D.I. 1090), no unresolved answer, objection or other responsive pleading to the following fee applications ("<u>Applications</u>") filed by Morris, Nichols, Arsht & Tunnell LLP ("<u>Morris Nichols</u>") is pending before this Court:

      1.    *Third Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period December 1, 2023 Through and Including December 31, 2023* (D.I. 839).  Objection deadline: September 24, 2024, at 4:00 p.m. (ET).

      2.    *Fourth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period January 1, 2024 Through and Including January 31, 2024* (D.I. 840).  Objection deadline: September 24, 2024, at 4:00 p.m. (ET).

      3.    *Fifth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

*Incurred for the Period February 1, 2024 Through and Including February 29, 2024* (D.I. 841). Objection deadline: September 24, 2025, at 4:00 p.m. (ET).

4. *Sixth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period March 1, 2024 Through and Including March 31, 2024* (D.I. 912). Objection deadline: January 16, 2025, at 4:00 p.m. (ET).

5. *Seventh Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period April 1, 2024 Through and Including April 30, 2024* (D.I. 913). Objection deadline: January 16, 2025, at 4:00 p.m. (ET).

6. *Eighth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 1, 2024 Through and Including May 31, 2024* (D.I. 914). Objection deadline: January 16, 2025, at 4:00 p.m. (ET).

7. *Combined Ninth Monthly and Fourth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period June 1, 2024, Through and Including August 31, 2024* (D.I. 945). Objection deadline: January 31, 2025, at 4:00 p.m. (ET).

8. *Combined Tenth Monthly and Fifth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period September 1, 2024, Through and Including November 30, 2024* (D.I. 946). Objection deadline: January 31, 2025, at 4:00 p.m. (ET).

9. *Combined Eleventh Monthly and Sixth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period December 1, 2024, Through and Including February 28, 2025* (D.I. 1055). Objection deadline: August 5, 2025, at 4:00 p.m. (ET).

10. *Combined Twelfth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Counsel for the Official Committee of Unsecured Creditors, for Allowance of Monthly Compensation and for Monthly Reimbursement of all Actual and Necessary Expenses Incurred for the Period March 1, 2025, Through and Including June 30, 2025* (D.I. 1058). Objection deadline: August 21, 2025, at 4:00 p.m. (ET).

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no unresolved answer, objection or other responsive pleading to the Applications appear thereon. Pursuant to the notice included in each Application, objections

to the Applications were to be filed and served no later than the aforementioned objection deadlines.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (D.I. 164), entered on September 27, 2023, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Applications upon the filing of this Certificate of No Objection without any further order of the Court. The below chart details the amounts requested in the Applications and the amount the Debtors are authorized to pay.

| D.I. # | (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Amount That Debtors Are Authorized to Pay ((2) + (3)) |
|---|---|---|---|---|
| 839 | $329,025.00 | $5,063.29 | $263,220.00 | $268,283.29 |
| 840 | $116,807.00 | $2,276.82 | $93,445.60 | $95,722.42 |
| 841 | $31,492.00 | $366.81 | $25,193.60 | $25,560.41 |
| 912 | $16,573.50 | $35.15 | $13,258.80 | $13,293.95 |
| 913 | $19,274.50 | $1,079.40 | $15,419.60 | $16,499.00 |
| 914 | $15,914.50 | $42.05 | $12,731.60 | $12,773.65 |
| 945 | $74,246.00 | $870.45 | $59,396.80 | $60,267.25 |
| 946 | $58,930.50 | $472.84 | $47,144.40 | $47,617.24 |
| 1055 | $223,916.50 | $3,493.21 | $179,133.20 | $182,626.41 |
| 1058 | $39,835.70 | $48.70 | $31,868.56 | $31,917.26 |
| Total: | $926,015.20 | $13,748.72 | $740,812.16 | $754,560.88 |

| | |
|---|---|
| Dated: September 2, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Donna L. Culver (No. 2983)<br>Robert J. Dehney, Sr. (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel B. Butz (No. 4227)<br>Casey B. Sawyer (No. 7260)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:  dculver@morrisnichols.com<br>           rdehney@morrisnichols.com<br>           eschwartz@morrisnichols.com<br>           dbutz@morrisnichols.com<br>           csawyer@morrisnichols.com<br><br>**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |