# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 843** |

**CERTIFICATE OF NO OBJECTION REGARDING COMBINED MONTHLY APPLICATION OF ISLANDDUNDON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2023, TO MAY 31, 2024**

The undersigned hereby certifies that, as of the date hereof, in accordance with the *Order Approving Settlement Agreement* (D.I. 1090), no unresolved answer, objection or other responsive pleading to the *Combined Monthly Application of IslandDundon LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from December 1, 2023, to May 31, 2024* (D.I. 843) (the "Application") is pending before this Court:

The undersigned further certifies that IslandDundon LLC has caused the review of the Court's docket in these cases and that no unresolved answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice included in the Application, objections to the Application were to be filed and served no later than September 24, 2024, at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (D.I. 164), entered on

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

2

September 27, 2023, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application upon the filing of this Certificate of No Objection without any further order of the Court. The below chart details the amounts requested in the Application and the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Amount That Debtors Are Authorized to Pay ((2) + (3)) |
|---|---|---|---|
| $113,110.00 | $1,904.47 | $90,488.00 | $92,392.47 |

| | |
|---|---|
| Dated: September 2, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Donna L. Culver (No. 2983)<br>Robert J. Dehney, Sr. (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel B. Butz (No. 4227)<br>Casey B. Sawyer (No. 7260)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dculver@morrisnichols.com<br>           rdehney@morrisnichols.com<br>           eschwartz@morrisnichols.com<br>           dbutz@morrisnichols.com<br>           csawyer@morrisnichols.com<br><br>*Counsel for Official Committee of Unsecured Creditors*<br><br>*-and-*<br><br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn (admitted *pro hac vice*)<br>Kurt A. Mayr (admitted *pro hac vice*)<br>Malak S. Doss (admitted *pro hac vice*)<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>Tel: (212) 970-1600<br>Email: aglenn@glennagre.com<br>kmayr@glennagre.com<br>mdoss@glennagre.com<br><br>*Special Litigation Counsel for*<br>*Official Committee of Unsecured Creditors.* |