**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 855, 856, 857 & 983** |

**OMNIBUS CERTIFICATE OF NO OBJECTION REGARDING FEE APPLICATIONS GLENN AGRE BERGMAN & FUENTES LLP, AS SPECIAL LITIGATION COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERIFIRST FINANCIAL, INC., ET AL., FOR COMPENSATION OF PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2023, THROUGH AND INCLUDING NOVEMBER 30, 2024**

The undersigned hereby certifies that, as of the date hereof, in accordance with the *Order Approving Settlement Agreement* (D.I. 1090), no unresolved answer, objection or other responsive pleading to the following fee applications ("Applications") filed by Glenn Agre Bergman & Fuentes LLP ("Glenn Agre") is pending before this Court:

1. *Second Monthly Fee Application of Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel to the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al., for Compensation of Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 through December 31, 2023* (D.I. 855). Objection deadline: October 4, 2024, at 4:00 p.m. (ET).

2. *Third Monthly Fee Application of Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel to the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al., for Compensation of Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 through January 31, 2024* (D.I. 856). Objection deadline: October 4, 2024, at 4:00 p.m. (ET).

3. *Fourth Monthly Fee Application of Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel to the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al., for Compensation of Professional Services Rendered and*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

*Reimbursement of Expenses Incurred for the Period from February 1, 2024 through February 29, 2024* (D.I. 857). Objection deadline: October 4, 2024, at 4:00 p.m. (ET).

4. *Combined Fifth Monthly and Third Interim Fee Application of Glenn Agre Bergman & Fuentes LLP as Special Litigation Counsel to the Official Committee of Unsecured Creditors of AmeriFirst Financial, Inc., et al., for Compensation of Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through November 30, 2024* (D.I. 983). Objection deadline: February 12, 2025, at 4:00 p.m. (ET).

The undersigned further certifies that Glenn Agre has caused the review of the Court's docket in these cases and that no unresolved answer, objection or other responsive pleading to the Applications appear thereon. Pursuant to the notice included in each Application, objections to the Applications were to be filed and served no later than the aforementioned objection deadlines.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (D.I. 164), entered on September 27, 2023, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Applications upon the filing of this Certificate of No Objection without any further order of the Court. The below chart details the amounts requested in the Applications and the amount the Debtors are authorized to pay.

| D.I. # | (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Amount That Debtors Are Authorized to Pay  ((2) + (3)) |
|---|---|---|---|---|
| 855 | $559,742.50 | $8,385.14 | $447,794.00 | $456,179.14 |
| 856 | $92,290.00 | $653.41 | $73,832.00 | $74,485.41 |
| 857 | $0.00 | $1,432.82 | $0.00 | $1,432.82 |
| 983 | $92,997.50 | $4,075.17 | $74,398.00 | $78,473.17 |
| **Total:** | **$745,030.00** | **$14,546.54** | **$596,024.00** | **$610,570.54** |

| | |
|---|---|
| Dated: September 2, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Donna L. Culver (No. 2983)<br>Robert J. Dehney, Sr. (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel B. Butz (No. 4227)<br>Casey B. Sawyer (No. 7260)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dculver@morrisnichols.com<br>        rdehney@morrisnichols.com<br>        eschwartz@morrisnichols.com<br>        dbutz@morrisnichols.com<br>        csawyer@morrisnichols.com<br><br>*Counsel for Official Committee of Unsecured Creditors*<br><br>*-and-*<br><br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn (admitted *pro hac vice*)<br>Kurt A. Mayr (admitted *pro hac vice*)<br>Malak S. Doss (admitted *pro hac vice*)<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>Tel: (212) 970-1600<br>Email: aglenn@glennagre.com<br>kmayr@glennagre.com<br>mdoss@glennagre.com<br><br>*Special Litigation Counsel for*<br>*Official Committee of Unsecured Creditors.* |