## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

      I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on August 29, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Debtors' Motion for the Entry of an Order Authorizing Rejection of Executory Contract with UKG [Docket No. 1149]**

Dated: September 4, 2025

                                    _____
                                      Randy Lowry
                                      Omni Agent Solutions, Inc.
                                        5955 De Soto Avenue, Suite 100
                                        Woodland Hills, CA 91367

{State of California        }
{                       } ss.    818-906-8300
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this _4th_ day of _September_, 20_25_, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

> CAROLYN K. CASHMAN
> Notary Public - California
> Los Angeles County
> Commission # 2396732
> My Comm. Expires Mar 11, 2026

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez<br>Attn: Larry R Boyd<br>Attn: Emily M Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069 | plopez@abernathy-law.com;<br>bankruptcy@abernathy-law.com;<br>ehahn@abernathy-law.com | Email |
| *NOA - Counsel for ICE Mortgage Technology, Inc.; Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Attn: Jeffrey J. Lyons<br>1201 N Market St, Ste 1407<br>Wilmington, DE 19801 | jjlyons@bakerlaw.com | Email |
| *NOA - Counsel for ICE Mortgage Technology, Inc.; Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Attn: Michael T. Delaney<br>Key Tower, 127 Public Square, Ste 2000<br>Cleveland, OH 44114 | mdelaney@bakerlaw.com | Email |
| *NOA - Counsel for Cousins Fund II Phoenix III, LLC | Ballard Spahr LLP | Attn: Leslie C Heilman<br>Attn: Laurel D Roglen<br>Attn: Nicholas J Brannick<br>Attn: Margaret A Vesper | heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>brannickn@ballardspahr.com;<br>vesperm@ballardspahr.com | Email |
| *NOA - Counsel for Cousins Fund II Phoenix III, LLC | Ballard Spahr LLP | Attn: Brian D Huben<br>Attn: Jessica M Simon<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | hubenb@ballardspahr.com;<br>simonjm@ballardspahr.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | Bielli & Klauder, LLC | Attn: David M Klauder<br>1204 N King St<br>Wilmington, DE 19801 | dklauder@bk-legal.com | Email |
| Governmental Authority | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | First Class Mail |
| *NOA - Special litigation counsel to the Official Committee of Unsecured Creditors | Glenn Agre Bergman & Fuentes LLP | Attn: Andrew K Glenn<br>Attn: Kurt A Mayr<br>Attn: Malak S Doss<br>1185 Ave of the Americas, 22nd Fl<br>New York, NY 10036 | aglenn@glennagre.com;<br>kmayr@glennagre.com;<br>mdoss@glennagre.com | Email |
| Governmental Authority | Internal Revenue Service | P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *Proposed Counsel for Official Committee of Unsecured Creditors | Kasowitz Benson Torres LLP | Attn: Matthew B Stein<br>Attn: Robert M Novick<br>Attn: Edward E Filusch<br>Attn: Andrew H Elkin<br>Attn: Andrew S Golden<br>1633 Broadway<br>New York, NY 10019 | MStein@kasowitz.com;<br>RNovick@kasowitz.com;<br>EFilusch@kasowitz.com;<br>AElkin@kasowitz.com;<br>AGolden@kasowitz.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Klein Independent School District and Meadowhill Regional Municipal Utility District | Klein Independent School District and Meadowhill Regional Municipal Utility District | c/o Melissa E. Valdez<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | mvaldez@pbfcm.com | Email |
| *Committee of Unsecured Creditors | Kristen Rahn | | Email Address Redacted | Email |
| *NOA - Counsel for Truist Bank | Kutak Rock LLP | Attn: Peter J Barrett/Timothy S Baird<br>901 E Byrd St, Ste 1000<br>Richmond, VA 23219 | peter.barrett@kutakrock.com;<br>tim.baird@kutakrock.com | Email |
| *NOA - Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>San Antonio, TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Harris Co ESD # 07, Lone Star College System and Harris Co ESD # 11 | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| *NOA - Counsel for The County of Hays, Texas | McCreary, Veselka, Bragg, & Allen, PC | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| *NOA - Counsel for Alturas Stanford, LLC | Mills Halstead & Zaloudek, LLC | Attn: Amanda H Halstead<br>600 17th St, Ste 2800S<br>Denver, CO 80202 | ahh@mhzlegal.com | Email |
| *Proposed Counsel for Official Committee of Unsecured Creditors | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J Dehney<br>Attn: Donna L Culver<br>Attn: Thomas W Briggs, Jr<br>Attn: Eric D Schwartz<br>1201 N Market St, 16th Fl<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | rdehney@morrisnichols.com;<br>dculver@morrisnichols.com;<br>tbriggs@morrisnichols.com;<br>eschwartz@morrisnichols.com | Email |
| *Committee of Unsecured Creditors | Mortgageshots, LLC | Attn: Kian Ramsay<br>479 Mason St, Ste 213<br>Vacaville, CA 95688 | kian@mortgageshots.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Stephen Warren<br>Attn: Jordan Weber<br>400 S Hope St, 18th Fl<br>Los Angeles, CA 90071-2899 | swarren@omm.com;<br>jweber@omm.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Jennifer Taylor<br>2 Embarcadero Ctr, 28th Fl<br>San Francisco, CA 94111-3823 | jtaylor@omm.com | Email |
| *NOA - Counsel of record for the Federal National Mortgage Association | O'Melveny & Myers LLP | Attn: Daniel Shamah<br>Times Square Tower<br>7 Times Sq<br>New York, NY 10036 | dshamah@omm.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Governmental Authority | Office of the US Trustee | Attn: Linda Richenderfer<br>844 King St, Ste 2207<br>Wilmington, DE 19801 | Linda.Richenderfer@usdoj.gov | Email |
| Debtors' Counsel | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones<br>Attn: David M Bertenthal<br>Attn: Timothy P Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | ljones@pszjlaw.com;<br>tcairns@pszjlaw.com;<br>dbertenthal@pszjlaw.com | Email |
| *Committee of Unsecured Creditors | Paragon Micro, Inc | Attn: Todd Cowen<br>2 Corporate Dr, Ste 105<br>Lake Zurich, IL 60047 | tcowen@paragonmicro.com | Email |
| *NOA - Counsel to Eric Bowlby, on behalf of himself and other displaced shareholders of AmeriFirst Financial, Inc. | Pashman Stein Walder Hayden, P.C. | Attn: Joseph C Barsalona II<br>824 N Market St, Ste 800<br>Wilmington, DE 19801 | jbarsalona@pashmanstein.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Potter Anderson & Corroon LLP | Attn: Christopher M Samis<br>Attn: L Katherine Good<br>Attn: Katelin A Morales<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801-6108 | csamis@potteranderson.com;<br>kgood@potteranderson.com;<br>kmorales@potteranderson.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: James C. Tecce<br>Attn: Manisha M Sheth<br>Attn: Patricia B Tomasco<br>295 5th Ave<br>New York, NY 10016-7103 | jamestecce@quinnemanuel.com;<br>manishasheth@quinnemanuel.com;<br>pattytomasco@quinnemanuel.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Bennett Murphy<br>Attn: Razmig Izakelian<br>865 S Figueroa St, 10th Fl<br>Los Angeles, CA 90017 | bennettmurphy@quinnemanuel.com;<br>razmigizakelian@quinnemanuel.com | Email |
| *NOA - Counsel for RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Brittany J Nelson<br>1300 I St NW, Ste 900<br>Washington, DC 20005 | brittanynelson@quinnemanuel.com | Email |
| *NOA - Counsel for Cisco Credit, Inc | Reger Rizzo & Darnall LLP | Attn: Louis J Rizzo<br>Brandywine Plz W<br>1521 Concord Pike, Ste 305<br>Wilmington, DE 19803 | lrizzo@regerlaw.com | Email |
| *NOA - Counsel for Kristen Rahn | Saul Ewing LLP | Attn: John D Demmy<br>Attn: Paige N Topper<br>1201 N Market St, Ste 2300<br>PO Box 1266<br>Wilmington, DE 19801 | john.demmy@saul.com;<br>paige.topper@saul.com | Email |
| Governmental Authority | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Pl<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| *Request for Notice | ServiceMac, LLC | Attn: Eric Sadow | eric.sadow@servicemacusa.com | Email |
| *NOA - TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office<br>PO Box 20207<br>Bankruptcy Division<br>Nashville, TN 37202-0207 | | First Class Mail |
| *NOA - Counsel to Mourier Land Investment Corporation | Trainor Fairbrook | Attn: Jennifer L Pruski<br>P.O. Box 255824<br>Sacramento, CA 95865 | | First Class Mail |
| Governmental Authority | US Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |

# <u>EXHIBIT B</u>

**Exhibit B**
Service List

| Creditor | | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| UKG | 2250 N. Commerce Parkway | Weston, FL 33326 | | | | First Class Mail |
| UKG Inc | Attn: Rhonda Harriman | 900 Chelmsford St, Tower 2, 12th Fl | Lowell, MA 01851 | | rhonda.harriman@ukg.com | Email<br>First Class Mail |
| UKG Inc | c/o Akerman LLP | Attn: Catherine R Choe, Esq | 420 S Orange Ave, Ste 1200 | Orlando, FL 32801 | catherine.choe@akerman.com | Email<br>First Class Mail |