# AmeriFirst

**Schedule of Receipts and Disbursements**

July 1st - July 31st, 2025

*USD in $000's*

| Description | | Amount |
|---|---|---|
| **Receipts** | | |
| (a)  Interest | $ | 8 |
| **Total Receipts** | | **8** |
| | | |
| **Disbursements** | | |
| US Trustee Fees | $ | 3 |
| Personnel Costs | | 2 |
| Rent and Lease Expense | | 1 |
| IT Expense | | 8 |
| Independent Director | | 15 |
| Insurance | | 1 |
| (b)  Other | | 1 |
| **Total Disbursements** | | **30** |
| **(c) Total Non-Custodial / Pass-Through Disbursements** | | **30** |
| | | |
| **Net Cash Flow** | $ | **(22)** |
| | | |
| **Beginning Balance** | $ | **3,514** |
| **Ending Balance** | $ | **3,492** |

**Notes:**

(a) Interest earned on funds in Axos bank account.

(b) Includes bank fees.

(c) Excludes the following pass-through line items: Custodial disbursements, and Restricted Fund Remittance. Pass-through expenses are being removed for purposes of calculating the US Trustee quarterly fee.

**AmeriFirst Financial, Inc.**

**Balance Sheet (a)**

As of July 31, 2025

*USD in $000's*

| | Assets: | 2/28/25 | 3/31/25 | 4/30/25 | 5/31/25 | 6/30/25 | 7/31/25 |
|---|---|---|---|---|---|---|---|
| | Cash | $ 3,576 | $ 3,586 | $ 3,551 | $ 3,527 | $ 3,508 | $ 3,486 |
| (b) | Restricted Cash | 2 | 9 | 9 | 9 | 6 | 6 |
| (c) | Accounts Receivable | 64 | 19 | 22 | 19 | 22 | 25 |
| | Other Current Assets | | | | | | |
| (d) | Prepaid Expenses | - | - | - | - | - | - |
| | Security Deposit | 4 | 4 | 4 | 4 | 4 | 4 |
| (e) | MSR | - | - | - | - | - | - |
| | Scratch & Dent Loans | 222 | 222 | 222 | 221 | 221 | 220 |
| (f) | Real Estate | 1,857 | 1,857 | 1,857 | 1,857 | 1,857 | 1,857 |
| | Loans Held for Sale | - | - | - | - | - | - |
| (g) | Private Notes Held for Sale | 2,496 | 2,496 | 2,496 | 2,496 | 2,496 | 2,496 |
| (h) | Other Receivables | 167 | 167 | 167 | 167 | 167 | 167 |
| | **Total Current Assets** | 8,389 | 8,361 | 8,328 | 8,302 | 8,282 | 8,262 |
| | Fixed Assets | | | | | | |
| | PP&E | - | - | - | - | - | - |
| | Accumulated Depreciation | - | - | - | - | - | - |
| | **Total Fixed Assets** | - | - | - | - | - | - |
| | Right of Use Asset | - | - | - | - | - | - |
| | **TOTAL ASSETS:** | 8,389 | 8,361 | 8,328 | 8,302 | 8,282 | 8,262 |
| | **Liabilities** | | | | | | |
| | Account Payable (Post-Petition) | 58 | 57 | 57 | 12 | 12 | 19 |
| | Accrued Payroll | - | - | - | - | - | - |
| | DIP Facility (incl. Accrued Interest) | - | - | - | - | - | - |
| (i) | Other Current Liabilities | 9 | 9 | 9 | 10 | 8 | 9 |
| | Total Liabilities | 66 | 65 | 66 | 22 | 20 | 27 |
| | Liabilities Subject to Compromise | | | | | | |
| | Accounts Payable (Pre-Petition) | 3,920 | 3,920 | 3,920 | 3,920 | 3,920 | 3,920 |
| | Lease Liabilities | - | - | - | - | - | - |
| (j) | Other Liabilities | 1,889 | 1,889 | 1,889 | 1,889 | 1,889 | 1,889 |
| | Long-Term Liabilities | | | | | | |
| (k) | Subordinated Debt | 15,077 | 15,077 | 15,077 | 15,077 | 15,077 | 15,077 |
| | Subtotal | 20,886 | 20,886 | 20,886 | 20,886 | 20,886 | 20,886 |
| | **Total Liabilities:** | 20,952 | 20,951 | 20,952 | 20,908 | 20,906 | 20,913 |

# AmeriFirst Financial, Inc.

**Balance Sheet (a)**

As of July 31, 2025

*USD in $000's*

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| **Equity:** | | | | | | |
| Common Stock | 1 | 1 | 1 | 1 | 1 | 1 |
| Additional paid in capital | 2 | 2 | 2 | 2 | 2 | 2 |
| Contribuitions | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Dividends | (622) | (622) | (622) | (622) | (622) | (622) |
| Retained Earnings | 12,693 | 12,693 | 12,693 | 12,693 | 12,693 | 12,693 |
| Current Year Earnings | (28,638) | (28,665) | (28,698) | (28,681) | (28,698) | (28,725) |
| **Total Equity:** | (12,563) | (12,590) | (12,623) | (12,606) | (12,624) | (12,650) |
| Total Liabilities & Equity | $ 8,389 | $ 8,361 | $ 8,328 | $ 8,302 | $ 8,282 | $ 8,262 |

**Notes:**

(a) The financial information contained herein is unaudited, limited in scope, and as such has not been subjected to procedures that would typically be applied to financial statements in accordance with accounting principles generally accepted in the Unites States of America. (i.e., " GAAP").  The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law.

(b) Custodial bank account balances. See note regarding Other Liabilities.

(c) Includes escrow and impound as well as first payment receivables.

(d) Prepaid Insurance (Errors & Omission and Fidelity Bond).

(e) Represents the remaining book value of the Mortgage Servicing Rights (MSR) on the Company's books.

(f) Includes two real estate properties.

(g) Comprised of hard money loans

(h) Primarily includes last known cash GL balance of the Company's BMO account ($110K) and Malaby tax refund receivable ($46K).

(i) Represents the offset to the restricted cash balance related to custodial accounts at Alliance bank which holds the escrow funds related to the final S&D loan held by Amerifirst.

(j) Includes AZ Instant Funding warehouse line payable of ~$1.4M and notes payable of ~$490K related to a property in Mesa, AZ.

(k) Interest has not been accrued on the subordinated debt since late 2022.

**AmeriFirst Financial, Inc.**

**Income Statement (a)**

July 2025 (b)

*USD in $000's*

|  |  | 1/31/25 | 2/28/25 | 3/31/25 | 4/30/25 | 5/31/25 | 6/30/25 | 7/31/25 |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| | **Revenue** | | | | | | | |
| (c) | Loan Servicing | $ 21 | $ 10 | $ 7 | $ - | $ - | $ - | $ - |
| (d) | Gain on sale | - | - | - | - | - | - | - |
| (e) | Other Refunds | - | - | - | - | - | - | - |
| | Interest Income | 2 | 20 | 18 | 8 | 10 | 9 | 10 |
| | **Total Revenue** | 23 | 30 | 25 | 8 | 10 | 9 | 10 |
| | | | | | | | | |
| | **Expenses** | | | | | | | |
| | Loan Costs | - | - | - | 2 | 1 | 1 | 1 |
| | Employee Compensation | - | (10) | - | - | - | - | - |
| | Rent Expense | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| (f) | General and Administrative | (37) | 49 | 300 | 6 | 0 | 0 | 4 |
| (g) | Director Fees | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| (h) | Restructuring Professional Fees | 38 | - | 59 | 6 | - | - | - |
| | IT Expense | 8 | 11 | 20 | 16 | 21 | 10 | 10 |
| | Depreciation expense | - | - | - | - | - | - | - |
| | Interest expense | - | - | - | - | - | - | - |
| | Marketing expense | - | - | - | - | - | - | - |
| | **Total Expenses** | 24 | 67 | 395 | 46 | 38 | 27 | 31 |
| | | | | | | | | |
| | **Net Income** | $ (1) | $ (37) | $ (370) | $ (38) | $ (28) | $ (17) | $ (21) |

**Notes:**

(a) The financial information contained herein is unaudited, limited in scope, and as such has not been subjected to procedures that would typically be applied to financial statements in accordance with accounting principles generally accepted in the Unites States of America. (i.e., " GAAP").  The financial information disclosed herein was prepared in accordance with the Company's past practices and not necessarily in accordance with federal or state securities laws or other applicable non-bankruptcy law.

(b) The income statement activity above is summarized from the Company's books and records for the current month, but may contain adjustments related to prior periods.

(c) Income generated from the Company's Mortgage Servicing Rights (MSR) portfolio one month in arrears as well as other loan servicing income

(d) Primarily comprised of accounting (non-cash) adjustments related the revaluation of the MSR portfolio based on its expected sale value and further reconciliation of accounts from the October Oaktree transaction.

(e) Includes refunds such as for deposits and taxes.

(f) February amount of $38K relates to accounting entry to corrects the misclassification in January amount. The March amount of $300K relates to the D&O insurance policy tail.

(g) Independent director fee.

(h) Represents funding of the professional fee escrow account.

**AmeriFirst Financial, Inc.**

**Accounts Receivable Schedule**

7/31/2025

| Debtor | Description | 0-30 Days | 30-60 Days | 90+ Days | Total |
|---|---|---|---|---|---|
| AmeriFirst Financial, Inc. | Escrow & impound receivable | $ - | $ - | $ 16,315 | $ 16,315 |
| AmeriFirst Financial, Inc. | First payments receivable | - | - | 8,623 | 8,623 |
| **Total** | | **$ -** | **$ -** | **$ 24,938** | **$ 24,938** |

## AmeriFirst Financial, Inc.
### Post-Petition Payables Schedule
7/31/2025

| Vendor | 0-30 Days | 30-60 Days | 90+ Days | Total |
|---|---|---|---|---|
| Ukg Inc. | $ 12,166 | $ - | $ - | $ 12,166 |
| Right Click | 274 | - | - | 274 |
| Richey May | 6,089 | - | - | 6,089 |
| Escrows and Impounds Payable | 8,549 | - | - | 8,549 |
| **Total** | **$ 27,078** | **$ -** | **$ -** | **$ 27,078** |

## AmeriFirst Financial, Inc.

**Bank Balances by Account**

7/31/2025

| Bank | Bank Acct# | Bank Balance | Less: Outstanding Checks | Book Balance |
|------|-----------|--------------|--------------------------|--------------|
| Chase | 4191 | $ 279,282 | $ - | $ 309,237 |
| Chase | 4217 | 5,500 | - | 5,500 |
| Chase | 4209 | - | - | - |
| Chase | 7122 | 25 | - | 25 |
| Chase | 6620 | - | - | - |
| Veritex | 5415 | 1,800 | - | 1,800 |
| Alliance | 3401 | (188) | - | 97 |
| Chase | 9687 | (70) | - | (35) |
| Alliance | 7714 | 5,739 | - | 5,739 |
| Axos | 3752 | 3,200,095 | - | 3,191,735 |
| **Totals** | | **$ 3,492,182** | **$ -** | **$ 3,514,098** |