IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| | (Jointly Administered) |
| Debtors. | Re D.I. 1139 |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF PASHMAN STEIN WALDER HAYDEN, P.C. TO WITHDRAW AS COUNSEL TO ERIC BOWLBY**

The undersigned hereby certifies that, as of the date hereof, Pashman Stein Walder Hayden, P.C. ("Pashman") has received no answer, objection or other responsive pleading to the *Motion of Pashman Stein Walder Haydne, P.C. to Withdraw as Counsel to Eric Bowlby* [D.I. 1139] (the "Motion") filed on August 22, 2025.

The undersigned further certifies that Pashman has caused a review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Local Rule 7007-1, responses to the Motion were to be filed and served no later than September 5, 2025, at 4:00 p.m. (ET), 14 after service of the Motion.

**WHEREFORE**, the Pashman respectfully requests that the Order attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Phoenix 1040 LLC (2550); and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225..

Dated: September 8, 2025  
       Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
824 North Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

*Counsel to Eric Bowlby*