**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | Case No. 23-11240 (TMH) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 1091** |

**CERTIFICATE OF NO OBJECTION REGARDING THIRTEENTH MONTHLY
FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS
BANKRUPTCY COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF MONTHLY
COMPENSATION AND FOR MONTHLY REIMBURSEMENT OF ALL ACTUAL
AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
JULY 1, 2025, THROUGH AND INCLUDING JULY 31, 2025**

The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *Thirteenth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2025, Through and Including July 31, 2025* (D.I. 1091) ("the Application") filed on August 21, 2025.

The undersigned further certifies that Morris Nichols, in accordance with the *Order Approving Settlement Agreement* (D.I. 1090), has caused the review of the Court's docket in these cases and that no unresolved answer, objection or other responsive pleading to the Applications appear thereon. Pursuant to the notice filed with the Application, objections to the Application were to be filed and served no later than September 11, 2025, at 4:00 p.m. (ET).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (D.I. 164), entered on September 27, 2023, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Applications upon the filing of this Certificate of No Objection without any further order of the Court.  The below chart details the amounts requested in the Applications and the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $33,839.00 | $368.17 | $27,071.20 | $27,439.37 |

Dated: September 12, 2025
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Casey B. Sawyer*
Donna L. Culver (No. 2983)
Robert J. Dehney, Sr. (No. 3578)
Eric D. Schwartz (No. 3134)
Daniel B. Butz (No. 4227)
Casey B. Sawyer (No. 7260)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:  dculver@morrisnichols.com
      rdehney@morrisnichols.com
      eschwartz@morrisnichols.com
      dbutz@morrisnichols.com
      csawyer@morrisnichols.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**