# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) Case No. 23-11240 (TMH) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) <br> ) **Re: Docket No. 1205** |

## NOTICE OF FILING OF CORRECTED LIQUIDATION ANALYSIS

**PLEASE TAKE NOTICE** that on November 12, 2025, the Debtors filed the *Amended Combined Disclosure Statement and Plan of Liquidation of AmeriFirst Financial Inc. and Phoenix 1040 LLC under Chapter 11 of the Bankruptcy Code (Solicitation Version)* [Docket No. 1196] (the "Combined Disclosure Statement and Plan") in the United States Bankruptcy Court for the District of Delaware (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE** that on December 19, 2025, the Debtors filed the Plan Supplement for the Combined Disclosure Statement and Plan [Docket No. 1205], which included the following documents:

| Exhibit | Description |
|---|---|
| A. | Draft Plan Administration Agreement |
| B. | Identification of Plan Administrator |
| C. | Liquidation Analysis |
| D. | Estate-Retained Causes of Action |

**PLEASE TAKE FURTHER NOTICE** that the Liquidation Analysis attached as Exhibit C to the Plan Supplement contained a printing error. Attached hereto is a corrected Liquidation Analysis.

**PLEASE TAKE FURTHER NOTICE** that Debtors reserve the right, subject to the terms and conditions set forth in the Combined Disclosure Statement and Plan, to alter, amend, modify, or supplement the Plan Supplement, and any information contained therein, at any time before the Effective Date of the Combined Disclosure Statement and Plan, or any such other date as may be provided for by the Combined Disclosure Statement and Plan or by order of the Court.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

[2] Any capitalized terms not defined herein shall have the meanings ascribed to them in the Combined Disclosure Statement and Plan.

**PLEASE TAKE FURTHER NOTICE** that the Combined Disclosure Statement and Plan, the Plan Supplement, as well as further information regarding these Chapter 11 Cases are available for inspection on the Court's website at https://www.deb.uscourts.gov/, or free of charge on the Debtors' restructuring website at https://omniagentsolutions.com/AmeriFirst.

| | |
|---|---|
| Dated: December 23, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |

# **EXHIBIT C**

# **LIQUIDATION ANALYSIS**

**Amerfirst Financial - Liquidation Analysis**

*($ in 000's)*

| Note | | Ch 11 Plan | Ch 7 Liquidation |
|---|---|---:|---:|
| [1] | Unsecured Creditors Claims Fund | 2,230 | 2,230 |
| [2] | Adm. Priority Claim Fund | 370 | 370 |
| [3] | UCC Avoidance Actions | Unknown | Unknown |
| | **Total Estimated Distributable Value** | **$ 2,600** | **$ 2,600** |
| | **Chapter 7 Costs** | | |
| | Ch 7 Trustee Fees | $ - | 78 |
| [4] | Ch 7 Professional fees | $ - | 350 |
| | **Total of Chapter 7 Costs** | **-** | **428** |
| | **Chapter 11 Costs** | | |
| [5] | Plan Administrator Professional Fees | 250 | - |
| | U.S. Trustee Quarterly Fees | 21 | |
| | **Total of Ch 11 Costs** | **271** | **-** |
| [6] | Administrative & Priority Claims | 370 | 4,677 |
| | **Total Available for Administrative & Priority Claims** | **370** | **2,172** |
| | Recovery % | 100% | 46% |
| | **Proceeds Available for the Benefit of Unsecured Creditors** | **1,959** | **0** |
| [7] | Estimated Unsecured Claims | 30,811 | 36,973 |
| | **Total Available for Unsecured Creditors** | **1,959** | **0** |
| | *Recovery %* | *6.4%* | *0.0%* |

**Notes:**

[1] Funded pursuant to the settlement agreement. Under the Plan, the Fund is earmarked for payment of unsecured claims. In a chapter 7, none of the funds will be available for unsecured creditors.
[2] Cash collateral allocated to pay admin/priority claims under settlement agreement.
[3] The Committee has filed a number of avoidance actions. Their ultimate value is unknown.
[4] Estimated costs for professionals to assist trustee with litigation, tax compliance, claims reconciliation and other wind-down activities
[5] Estimated costs for professionals to assist Plan Administrator with litigation and claims reconciliation
[6] Includes unpaid estate professional fees waived under Plan scenario
[7] Amount includes only one of the two False Claims Act claims filed as they are for the same claims. Chapter 11 amount assumes a 25% reduction in claims while the chapter 7 amount assumes a 10% reduction in claims.

**Qualifications:**

The Liquidation Analysis was prepared for the sole purpose of assisting the Bankruptcy Court and holders of Impaired Claims or Interests in making a determination that the Plan satisfies the "best interests" test and should not be used for any other purpose. The underlying financial information in the Liquidation Analysis was not compiled or examined by any independent accountants. No independent appraisals were conducted in preparing the Liquidation Analysis.

WHILE DEEMED REASONABLE BASED ON THE FACTS CURRENTLY AVAILABLE, NEITHER THE DEBTORS NOR THEIR ADVISORS MAKE ANY REPRESENTATION OR WARRANTY THAT THE ACTUAL RESULTS WOULD OR WOULD NOT APPROXIMATE THE ESTIMATES AND ASSUMPTIONS REPRESENTED IN THE LIQUIDATION ANALYSIS. ACTUAL RESULTS COULD VARY MATERIALLY.