# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERIFIRST FINANCIAL, INC.,[1] | ) Case No. 23-11240 (TMH) |
| | ) |
| | ) (Jointly Administered) |

## DEBTORS' WITNESS AND EXHIBIT LIST
## FOR HEARING ON JANUARY 13, 2026 AT 10:00 A.M. (ET)

The above captioned debtors and debtors in possession (the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **January 13, 2026, at 10:00 a.m. (ET)**, before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing") at which time the Court will consider final approval and confirmation of the *Amended Combined Disclosure Statement and Plan of Liquidation of AmeriFirst Financial Inc. and Phoenix 1040 LLC Under Chapter 11 of the Bankruptcy Code (Solicitation Version)* [Docket No. 1196] (the "Combined Disclosure Statement and Plan").

### WITNESSES

The Debtors designate the following persons as potential witnesses in connection with the Hearing:

(1) T. Scott Avila, the Debtors' Chief Restructuring Officer – Mr. Avila will testify via proffer and/or live testimony regarding final approval of the disclosures contained in and confirmation of the Combined Disclosure Statement and Plan.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

The Debtors also cross designate all witnesses designated by any other party and reserve the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Order Approving Settlement Agreement | 1090 |
| 2. | Notice of Voluntary Dismissal | Adv. Pro. No. 25-50001<br>Docket 18 |
| 3. | Plan Supplement | 1205 |
| 4. | Affidavit of Service re Plan Solicitation | 1206 |
| 5. | Amended Plan Supplement | 1207 |
| 6. | Declaration of Jeriad R. Paul Regarding the Solicitation and Tabulation of Votes on the Amended Combined Disclosure Statement and Plan of Liquidation of AmeriFirst Financial Inc. and Phoenix 1040 LLC under Chapter 11 of the Bankruptcy Code | 1211 |

The Debtors also cross designate all exhibits designated by any other party and reserve the right to use additional exhibits for rebuttal or impeachment purposes.  The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

| | |
|---|---|
| Dated: January 8, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |