# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., *et al.*,[1] | ) ) ) | Case No. 23-11240 (TMH) (Jointly Administered) |
| Debtors. | ) ) |  |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 13, 2026
AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE
THOMAS M. HORAN IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## MATTER GOING FORWARD

1. **Amended Combined Disclosure Statement and Plan** – Amended Combined Disclosure Statement and Plan of Liquidation of AmeriFirst Financial Inc. and Phoenix 1040 LLC Under Chapter 11 of the Bankruptcy Code *(Solicitation Version)* [Filed: 12/5/25] (Docket No. 1196).

   Response Deadline: January 6, 2026 at 4:00 p.m. Eastern Time.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 575 W. Chandler Boulevard, Suite 225, Unit 236, Chandler, AZ 85225.

Responses Received:

a) Objection of United States Trustee to Confirmation of Amended Combined Disclosure Statement and Plan of Liquidation of AmeriFirst Financial Inc. and Phoenix 1040 LLC Under Chapter 11 of the Bankruptcy Code [Filed: 1/6/26] ([Docket No. 1210](#)).

Related Documents:

a) Amended Combined Disclosure Statement and Plan of Liquidation of AmeriFirst Financial Inc. and Phoenix 1040 LLC Under Chapter 11 of the Bankruptcy Code [Filed: 11/12/25] ([Docket No. 1181](#)).

b) Notice of Filing of Blackline of Amended Combined Disclosure Statement and Plan of Liquidation of AmeriFirst Financial Inc. and Phoenix 1040 LLC Under Chapter 11 of the Bankruptcy Code [Filed: 11/12/25] ([Docket No. 1182](#)).

c) [Signed] Order (I) Granting Conditional Approval of the Disclosures; (II) Scheduling a Combined Hearing to Consider Final Approval of the Disclosures and Confirmation of the Combined Plan, and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballot; and (V) Granting Related Relief [Filed: 12/5/25] ([Docket No. 1195](#)).

d) Notice of (I) Conditional Approval of Disclosures; (II) Hearing to Consider Confirmation of the Combined Plan; (III) Deadline for Filing Objections to Confirmation of the Combined Plan; and (IV) Deadline for Voting on the Combined Plan [Filed: 12/5/25] ([Docket No. 1197](#)).

e) Notice of Filing of Plan Supplement for Amended Combined Disclosure Statement and Plan of Liquidation of AmeriFirst Financial Inc. and Phoenix 1040 LLC Under Chapter 11 of the Bankruptcy Code [Filed: 12/19/25] ([Docket No. 1205](#)).

f) Notice of Filing of Corrected Liquidation Analysis [Filed: 12/23/25] ([Docket No. 1207](#)).

g) Declaration of Jeriad R. Paul Regarding the Solicitation and Tabulation of Votes on the Amended Combined Disclosure Statement and Plan of Liquidation of AmeriFirst Financial Inc. and Phoenix 1040 LLC Under Chapter 11 of the Bankruptcy Code [Filed: 1/8/26] ([Docket No. 1211](#)).

h) Debtors' Witness and Exhibit List for Hearing on January 13, 2026 at 10:00 a.m. (ET) [Filed: 1/8/26] ([Docket No. 1212](#)).

i) Debtors' Memorandum of Law in Support of Final Approval of Disclosure Statement and Confirmation of Plan of Liquidation of AmeriFirst Financial Inc. and Phoenix 1040 LLC Under Chapter 11 of the Bankruptcy Code [Filed: 1/8/26] ([Docket No. 1213](#)).

4923-5508-9286.1 70786.001

j) Notice of Filing of Proposed Order Granting Final Approval of Disclosure Statement and Confirming Amended Combined Disclosure Statement and Plan of Liquidation of AmeriFirst Financial Inc. and Phoenix 1040 LLC Under Chapter 11 of the Bankruptcy Code [Filed: 1/9/26] ([Docket No. 1214](#)).

Status: This matter will go forward.

Dated: January 9, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*