## EXHIBIT A

| Professional and Role in Case | Compensation Period / D.I. No. | Fees Approved | Expenses Approved |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br><br>Counsel to the Debtors | 8/24/23-1/31/26<br><br>D.I. 1249 | $5,778,960.50 | $74,870.67 |
| Weiner Brodsky Kider PC<br><br>Special Counsel to the Debtors | 9/17/23-11/30/23<br><br>D.I. 1258 | $81,447.00 | $0 |
| Omni Agent Solutions<br><br>Administrative Agent for the Debtors | 8/24/23-1/31/26<br><br>D.I. 1257 | $25,664.98 | $0 |
| Morris, Nichols, Arsht & Tunnell LLP<br><br>Counsel to the Creditors Committee | 9/21/23-1/31/26<br><br>D.I. 1255 | $2,443,279.50 | $85,438.94 |
| Glenn Agre Bergman & Fuentes LLP<br><br>Special Litigation Counsel to the Creditors Committee | 11/7/23-1/31/26<br><br>D.I. 1259 | $1,115,447.50 | $18,063.44 |
| IslandDundon LLC<br><br>Financial Advisors to the Creditors Committee | 10/5/23-1/31/26<br><br>D.I. 1256 | $560,672.50 | $6,618.60 |

4934-6310-4669.2 70786.001