## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| YELLOW CORPORATION, et al.,[1] | : | Case No. 23-11069 (CTG) |
| Debtor(s). | : | (Jointly Administered) |
| | : | |

## DECLARATION OF M. DARIN GORDON IN SUPPORT OF
## MOTION OF OMNI LOGISTICS, LLC FOR ALLOWANCE AND
## PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

I, M. Darin Gordon, pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury:

1.      I am the Director of Business Development at Omni Logistics, LLC ("Omni"), and except as otherwise noted, have served in such capacity at all times relevant to the matter before the Court.

2.      I have been an employee of Omni for approximately seven years. In my current role, I am a business development manager and am involved in operations and the expanse of revenue. I am generally familiar with the shipments at issue in the matter before the Court.

3.      I submit this Declaration in support of the Motion of Omni for Allowance and Payment of Administrative Expense Claim (the "Motion").

4.      The facts and matters contained in this Declaration are based on my personal knowledge, or business records of Omni that are kept in the ordinary course of business and are generated in the ordinary course. If asked to testify regarding each of the facts presented in this Declaration, my testimony would be as presented herein.

---

1 A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/case/yellowcorporation/info. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

5.      Omni is a freight broker and logistics provider that arranges for the transportation of freight.

6.      Soon after Debtors commenced the above-captioned chapter 11 bankruptcy cases (the "Chapter 11 Cases"), Omni provided transportation services to Debtors.

7.      Omni invoiced Debtors for the transportation services provided.

8.      Omni has been in regular contact with Debtors to try to arrange for payment of certain unpaid invoices.

9.      Omni received communications from Debtors that they would not pay certain invoices due to their belief they were time barred.

10.     Omni provided services post-petition to Debtors.

11.     The invoices that Debtors have refused to pay total $74,550, which remain unpaid and due and owing.

12.     The invoices attached to the Motion as Exhibit A are true and accurate copies of the outstanding invoices.

12.     Costs and fees for Omni's services may continue to accrue.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

M. Darin Gordon

_____
Signature

M. DARIN GORDON
_____
Printed

Executed on: 12/3/24

# EXHIBIT A

**Invoices**

# INVOICE

| Invoice#: | T03 24406014 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 128195

| Shipped From: | Shipped to: |
|---|---|
| Red River Army Depot | YELLOW TEXARKANA |
| 100 Armory Rd | 8101 N STATELINE AVE |
| NEW BOSTON, TX 75570 US | TEXARKANA, TX 75507 US |
| Reference:  REF 128195 | Reference:  REF 128195 |

Proof of Delivery -            DELIVERED
Name, Date, Time             10/31/2023 2:16:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | YELLOW ASSET 128195 | 42000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 42000.0

| Total Dim. Weight: | | Total Cubic Feet: | | | | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024     Invoice#: T03 24406014 00
File #: 5923862

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406016 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

| Bill To: | Shipped to: |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference  REF 129630 | |

| Shipped From:<br>Red River Army Depot<br>100 Armory Rd<br>NEW BOSTON, TX 75570 US | Shipped to:<br>YELLOW TEXARKANA<br>8101 N STATELINE AVE<br>TEXARKANA, TX 75507 US |
|---|---|
| Reference:  REF 129630 | Reference:  REF 129630 |

Proof of Delivery -          DELIVERED
Name. Date. Time        11/1/2023 10:32:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | YELLOW ASSET 129630 | 42000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 42000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#: T03 24406016 00
File #: 5923865

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

Invoice#:    T03 24406067 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 10/31/2023 | Type of Service FULL TRUCKLOAD | | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|---|

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 130750

| Shipped From: | Shipped to: |
|---|---|
| Red River Army Depot | YELLOW TEXARKANA |
| 100 Armory Rd | 8101 N STATELINE AVE |
| NEW BOSTON, TX 75570 US | TEXARKANA, TX 75507 US |
| | |
| Reference:  REF 130750 | Reference:  REF 130750 |

Proof of Delivery -          DELIVERED
Name, Date, Time          10/31/2023 2:18:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 130750 | 42000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 42000.0 | | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|---|
| Pieces 1 | Length 0.0 | Width 0.0 | Height 0.0 | Pieces | Length | Width | Height | Total Charges 300.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406067 00

File #: 5924895

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406081 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

**Bill To:**
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 288568

| Shipped From: | Shipped to: |
|---|---|
| Rite Aid Southwest | YELLOW STATION #: 661 |
| 2801 WEST AVENUE | 11300 PEORIA ST |
| LANCASTER, CA 93536 US | SUN VALLEY, CA 91352 US |
| | |
| Reference: REF 288568 | Reference: REF 288568 |

Proof of Delivery -     DELIVERED
Name, Date, Time     11/7/2023 7:48:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 288568 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 450.00 |

**Invoice Notes:**

**Dimensions** Total Actual Weight: 40000.0    Please Pay in USD

Total Dim. Weight:     Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 450.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024     Invoice#: T03 24406081 00
File #: 5924909

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

Invoice#:    T03 24406085 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 145177

| Shipped From: | Shipped to: |
|---|---|
| JAKKS PACIFIC | YELLOW STATION #: 829 |
| 21749 BAKER PKWY | 10661 ETIWANDA AVE |
| CITY OF INDUSTRY, CA 91789 US | FONTANA, CA 92337 US |
| | |
| Reference:  REF 145177 | Reference:  REF 145177 |

Proof of Delivery -        DELIVERED
Name. Date. Time         11/3/2023 4:10:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 145177 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406085 00
File #: 5924913

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406088 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 288926

| Shipped From: | Shipped to: |
|---|---|
| HD SUPPLY FACILITIES MAINTENANCE | YELLOW STATION #: 829 |
| 21651 BAKER PKWY | 10661 ETIWANDA AVE |
| CITY OF INDUSTRY, CA 91789 US | FONTANA, CA 92337 US |
| | |
| Reference:  REF 288926 | Reference:  REF 288926 |

Proof of Delivery -          DELIVERED
Name. Date. Time          11/3/2023 11:17:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 288926 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024      Invoice#: T03 24406088 00
File #: 5924916

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406089 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 284761

| Shipped From: | Shipped to: |
|---|---|
| Rite Aid Southwest | YELLOW STATION #: 661 |
| 2801 WEST AVENUE | 11300 PEORIA ST |
| LANCASTER, CA 93536 US | SUN VALLEY, CA 91352 US |
| | |
| Reference:  REF 284761 | Reference:  REF 284761 |

Proof of Delivery -              DELIVERED
Name, Date, Time          11/7/2023 6:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 284761 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 475.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | Dimensions  Total Actual Weight: 40000.0 | | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | Total Charges 475.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:      5/18/2024      Invoice#:  T03 24406089 00
File #: 5924918

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

**Invoice#:**    T03 24406096 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558303

| Shipped From: | Shipped to: |
|---|---|
| GUITAR CENTER | YELLOW STATION #: 830 |
| 1508 W CASMALIA ST | 18298 SLOVER AVE |
| RIALTO, CA 92377 US | BLOOMINGTON, CA 92316 US |
| | |
| Reference:  REF 558303 | Reference:  REF 558303 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/3/2023 1:31:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 558303 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024          Invoice#:  T03 24406096 00

File #: 5924925

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

**Invoice#:** T03 24406100 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 561057

| Shipped From: | Shipped to: |
|---|---|
| COOPER LIGHTING<br>3350 S ENTERPRISE DR<br>BLOOMINGTON, CA 92316 US | YELLOW STATION #: 830<br>18298 SLOVER AVE<br>BLOOMINGTON, CA 92316 US |
| Reference:  REF 561057 | Reference:  REF 561057 |

Proof of Delivery -        DELIVERED
Name, Date, Time          11/3/2023 1:36:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 561057 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0    Please Pay in USD
Total Dim. Weight:        Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**   5/18/2024    Invoice#: T03 24406100 00
File #: 5924929

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1  OF  1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406110 00 |

**Omni Logistics**

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 288280

| Shipped From: | Shipped to: |
|---|---|
| Rite Aid Southwest | YELLOW STATION #: 661 |
| 2801 WEST AVENUE | 11300 PEORIA ST |
| LANCASTER, CA 93536 US | SUN VALLEY, CA 91352 US |
| | |
| Reference: REF 288280 | Reference: REF 288280 |

Proof of Delivery -        DELIVERED
Name, Date, Time          11/8/2023 12:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 288280 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 450.00 |

Invoice Notes:

| | | | **Dimensions** | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 450.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024    Invoice#: T03 24406110 00
File #: 5924940

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406107 00 |
|-----------|-----------------|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 11/03/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 845827

| Shipped From: | Shipped to: |
|---------------|-------------|
| GLOVIS USA | YELLOW STATION #: 830 |
| 15001 MERIDIAN PKWY | 18298 SLOVER AVE |
| RIVERSIDE, CA 92518 US | BLOOMINGTON, CA 92316 US |
| | |
| Reference:  REF 845827 | Reference:  REF 845827 |

Proof of Delivery -          DELIVERED
Name. Date. Time            11/3/2023 1:35:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 845827 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

**Dimensions**   Total Actual Weight: 40000.0

| Total Dim. Weight: | | Total Cubic Feet: | | | | Please Pay in USD | |
|--------------------|---|--------------------|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**     5/18/2024     Invoice#: T03 24406107 00
File #: 5924937

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406125 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 145365

| Shipped From: | Shipped to: |
|---|---|
| Dicks Sporting Goods DC#851 | DELIVERY LOCATION |
| 4651 N. Cotton Lane | 2021 S 51ST AVE |
| GOODYEAR, AZ 85395 US | PHOENIX, AZ 85043 US |
| Reference:  REF 145365 | Reference:  REF 145365 |

Proof of Delivery -        DELIVERED
Name, Date, Time          11/9/2023 10:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 145365 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024
File #: 5924955

Invoice#:  T03 24406125 00

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406126 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | | Salesperson ID | Invoice Date |
|---|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 145599

| Shipped From: | Shipped to: |
|---|---|
| WALMART.COM 3108 | DELIVERY LOCATION |
| 6600 N SARIVAL AVE | 2021 S 51ST AVE |
| GLENDALE, AZ 85301 US | PHOENIX, AZ 85043 US |
| | |
| Reference: REF 145599 | Reference: REF 145599 |

Proof of Delivery -         DELIVERED
Name. Date. Time          11/15/2023 7:19:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 145599 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions** | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024        Invoice#: T03 24406126 00
File #: 5924956

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406127 00 |
|---|---|

**Omni** Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 249329

| Shipped From: | Shipped to: |
|---|---|
| WALMART.COM 3108 | DELIVERY LOCATION |
| 6600 N SARIVAL AVE | 2021 S 51ST AVE |
| GLENDALE, AZ 85301 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 249329 | Reference:  REF 249329 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/17/2023 1:46:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 249329 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

**Dimensions**   Total Actual Weight: 40000.0

| Total Dim. Weight: | | Total Cubic Feet: | | | | | Please Pay in USD | |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024        Invoice#:  T03 24406127 00
File #: 5924957

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1                                                We thank you for your business

# INVOICE

| Invoice#: | T03 24406128 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 284125

| Shipped From: | Shipped to: |
|---|---|
| PEYTON'S PHOENIX | DELIVERY LOCATION |
| 5305 W BUCKEYE RD | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 284125 | Reference:  REF 284125 |

Proof of Delivery -        DELIVERED
Name, Date, Time        12/6/2023 8:49:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 284125 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | **Total Charges** |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024    Invoice#: T03 24406128 00
File #: 5924958

1  OF  1

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

# INVOICE

| Invoice#: | T03 24406129 00 |
|-----------|-----------------|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 284236

| Shipped From: | Shipped to: |
|---------------|-------------|
| AMAZON.COM SERVICES INC<br>4750 W MOHAVE STREET<br>PHOENIX, AZ 85043 US | DELIVERY LOCATION<br>2021 S 51ST AVE<br>PHOENIX, AZ 85043 US |
| Reference:  REF 284236 | Reference:  REF 284236 |

Proof of Delivery -          DELIVERED
Name, Date, Time            11/10/2023 8:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 284236 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| | | | | **Dimensions** Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|
Total Dim. Weight:          Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024      Invoice#:  T03 24406129 00
File #: 5924959

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406130 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 284400

| Shipped From: | Shipped to: |
|---|---|
| AMAZON | DELIVERY LOCATION |
| 3333 S 59TH AVE | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference: REF 284400 | Reference: REF 284400 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/15/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 284400 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| Total Dim. Weight: | Total Cubic Feet: | **Dimensions** Total Actual Weight: 40000.0 | Please Pay in USD |
|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**   5/18/2024     Invoice#: T03 24406130 00
File #: 5924960

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

Invoice#:    T03 24406131 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 284435

| Shipped From: | Shipped to: |
|---|---|
| WALMART.COM 3108 | DELIVERY LOCATION |
| 6600 N SARIVAL AVE | 2021 S 51ST AVE |
| GLENDALE, AZ 85301 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 284435 | Reference:  REF 284435 |

Proof of Delivery -        DELIVERED
Name. Date. Time          11/14/2023 1:38:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 284435 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

| | | | Dimensions | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|

Total Dim. Weight:            Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406131 00
File #: 5924962

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406132 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 284636

| Shipped From: | Shipped to: |
|---|---|
| AMAZON | DELIVERY LOCATION |
| 3333 S 59TH AVE | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 284636 | Reference:  REF 284636 |

Proof of Delivery -           DELIVERED
Name. Date. Time             11/9/2023 10:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 284636 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height |
| 1 | 0.0 | 0.0 | 0.0 | | | | |

Total Charges
200.00

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024      Invoice#:  T03 24406132 00
File #: 5924963

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406133 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 284676

| Shipped From: | Shipped to: |
|---|---|
| WALMART.COM 3108 | DELIVERY LOCATION |
| 6600 N SARIVAL AVE | 2021 S 51ST AVE |
| GLENDALE, AZ 85301 US | PHOENIX, AZ 85043 US |
| | |
| Reference: REF 284676 | Reference: REF 284676 |

Proof of Delivery -          DELIVERED
Name, Date, Time             11/14/2023 1:37:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 284676 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:     **Dimensions**  Total Actual Weight: 40000.0     Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024      Invoice#: T03 24406133 00
File #: 5924964

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406134 00 |
|---|---|

Omni Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US


PATRICIA BARLEY
Reference  REF 287093

| Shipped From: | Shipped to: |
|---|---|
| AMAZON | DELIVERY LOCATION |
| 3333 S 59TH AVE | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 287093 | Reference:  REF 287093 |

Proof of Delivery -         DELIVERED
Name, Date, Time        12/15/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 287093 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:     **Dimensions**  Total Actual Weight: 40000.0     Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024        Invoice#:  T03 24406134 00
File #: 5924965

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406135 00 |
|-----------|-----------------|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 287184

| Shipped From: | Shipped to: |
|---------------|-------------|
| RECREATIONAL EQUIPMENT | DELIVERY LOCATION |
| 4877 N COTTON LN | 2021 S 51ST AVE |
| GOODYEAR, AZ 85395 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 287184 | Reference:  REF 287184 |

Proof of Delivery -         DELIVERED
Name, Date, Time        11/10/2023 2:28:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 287184 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | Dimensions  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|--------------------|---|-------------------|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date:     5/18/2024
File #: 5924966

Invoice#:  T03 24406135 00

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406136 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 288107

| Shipped From: | Shipped to: |
|---|---|
| Conair Corp Cuisinart Glendale | DELIVERY LOCATION |
| 7475 N Glen Harbor Blvd | 2021 S 51ST AVE |
| GLENDALE, AZ 85307 US | PHOENIX, AZ 85043 US |
| Reference:  REF 288107 | Reference:  REF 288107 |

Proof of Delivery -           DELIVERED
Name, Date, Time          11/15/2023 9:24:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 288107 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

| | | | Dimensions | Total Actual Weight: 40000.0 | Please Pay in USD |
|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024      Invoice#:  T03 24406136 00
File #: 5924967

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

**Invoice#:**    T03 24406137 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 11/09/2023 | Type of Service FULL TRUCKLOAD | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 288441

| Shipped From: | Shipped to: |
|---|---|
| Amazon Phoenix GYR3 | DELIVERY LOCATION |
| 8181 W Roosevelt Street | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 288441 | Reference:  REF 288441 |

Proof of Delivery -           DELIVERED
Name, Date, Time           12/15/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 288441 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0        Please Pay in USD

| Total Dim. Weight: | | Total Cubic Feet: | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024        Invoice#:  T03 24406137 00
File #: 5924968

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406138 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

| Bill To: | |
|---|---|
| YELLOW CORPORATION | |
| 11500 OUTLOOK ST STE 400 | |
| OVERLAND PARK, KS 66211 US | |
| | |
| PATRICIA BARLEY | |
| Reference  REF 288666 | |

| Shipped From: | Shipped to: |
|---|---|
| AMAZON | DELIVERY LOCATION |
| 3333 S 59TH AVE | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 288666 | Reference:  REF 288666 |

Proof of Delivery -            DELIVERED
Name, Date, Time            12/15/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 288666 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

**Invoice Notes:**

**Dimensions**    Total Actual Weight: 40000.0    Please Pay in USD

Total Dim. Weight:            Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024    Invoice#: T03 24406138 00
File #: 5924969

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1  OF  1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406139 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 288720

| Shipped From: | Shipped to: |
|---|---|
| Amazon Phoenix GYR3 | DELIVERY LOCATION |
| 8181 W Roosevelt Street | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 288720 | Reference:  REF 288720 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/15/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 288720 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| | | | | Dimensions | Total Actual Weight: 40000.0 | Please Pay in USD |
|---|---|---|---|---|---|---|
Total Dim. Weight:          Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024     Invoice#: T03 24406139 00
File #: 5924970

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406140 00 |
|---|---|

**Omni** Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 288919

Shipped From:
Amazon Phoenix GYR3
8181 W Roosevelt Street
PHOENIX, AZ 85043 US

Shipped to:
DELIVERY LOCATION
2021 S 51ST AVE
PHOENIX, AZ 85043 US

Reference:  REF 288919

Reference:  REF 288919

Proof of Delivery -        DELIVERED
Name, Date, Time          11/15/2023 1:55:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 288919 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:        Total Cubic Feet:         Total Actual Weight: 40000.0    Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024     Invoice#: T03 24406140 00
File #: 5924971

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406141 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 290210

| Shipped From: | Shipped to: |
|---|---|
| HOME DEPOT RLC | DELIVERY LOCATION |
| 7200 W BUCKEYE RD | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 290210 | Reference:  REF 290210 |

Proof of Delivery -         DELIVERED
Name, Date, Time        11/17/2023 11:06:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 290210 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| Total Dim. Weight: | Total Cubic Feet: | **Dimensions** Total Actual Weight: 40000.0 | Please Pay in USD |
|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024
File #: 5924972          Invoice#:  T03 24406141 00

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406142 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 351375

| Shipped From: | Shipped to: |
|---|---|
| RECREATIONAL EQUIPMENT | DELIVERY LOCATION |
| 4877 N COTTON LN | 2021 S 51ST AVE |
| GOODYEAR, AZ 85395 US | PHOENIX, AZ 85043 US |
| | |
| Reference: REF 351375 | Reference: REF 351375 |

Proof of Delivery -        DELIVERED
Name, Date, Time        11/15/2023 5:41:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 351375 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions** Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:** 5/18/2024     Invoice#: T03 24406142 00
File #: 5924977

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1 OF 1

We thank you for your business

# INVOICE

Invoice#:    T03 24406143 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 11/09/2023 | Type of Service FULL TRUCKLOAD | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 530152

| Shipped From: TYCO FIRE DETECT 80 S 75TH AVE PHOENIX, AZ 85043 US | Shipped to: DELIVERY LOCATION 2021 S 51ST AVE PHOENIX, AZ 85043 US |
|---|---|
| Reference:  REF 530152 | Reference:  REF 530152 |

Proof of Delivery -            DELIVERED
Name, Date, Time              11/21/2023 8:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 530152 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | Please Pay in USD | |
|---|---|---|---|---|---|---|---|
| Pieces 1 | Length 0.0 | Width 0.0 | Height 0.0 | Pieces | Length | Width | Height | Total Charges 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024        Invoice#:  T03 24406143 00
File #: 5924984

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1                                We thank you for your business

# INVOICE

| Invoice#: | T03 24406144 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 530317

| Shipped From: | Shipped to: |
|---|---|
| AMAZON COM | DELIVERY LOCATION |
| 800 N 75TH AVE | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 530317 | Reference:  REF 530317 |

Proof of Delivery -        DELIVERED
Name, Date, Time        12/15/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 530317 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024        Invoice#:  T03 24406144 00
File #: 5924985

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406145 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

| Bill To: | |
|---|---|
| YELLOW CORPORATION | |
| 11500 OUTLOOK ST STE 400 | |
| OVERLAND PARK, KS 66211 US | |
| | |
| PATRICIA BARLEY | |
| Reference  REF 530427 | |

| Shipped From: | Shipped to: |
|---|---|
| Amazon Phoenix GYR3 | DELIVERY LOCATION |
| 8181 W Roosevelt Street | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 530427 | Reference:  REF 530427 |

Proof of Delivery -          DELIVERED
Name. Date. Time          12/15/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 530427 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | Total Charges |
| | | | | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024      Invoice#: T03 24406145 00

File #: 5924986

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

**Invoice#:**    T03 24406146 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 530987

| Shipped From: | Shipped to: |
|---|---|
| AMAZON | DELIVERY LOCATION |
| 16920 W COMMERCE DR | 2021 S 51ST AVE |
| GOODYEAR, AZ 85338 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 530987 | Reference:  REF 530987 |

Proof of Delivery -        DELIVERED
Name, Date, Time         11/29/2023 1:30:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 530987 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0

Total Dim. Weight:              Total Cubic Feet:                                                                Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#: T03 24406146 00
File #: 5924987

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406147 00 |
|---|---|

**Omni Logistics**

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 558175

| Shipped From: | Shipped to: |
|---|---|
| AMAZON COM | DELIVERY LOCATION |
| 7700 N 75TH AVE | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| Reference: REF 558175 | Reference: REF 558175 |

Proof of Delivery -          DELIVERED
Name, Date, Time             11/9/2023 10:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 558175 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

**Dimensions** Total Actual Weight: 40000.0
Total Dim. Weight:          Total Cubic Feet:                                    Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**   5/18/2024     Invoice#: T03 24406147 00
File #: 5924988

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1 OF 1                        We thank you for your business

# INVOICE

| Invoice#: | T03 24406148 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558201

| Shipped From: | Shipped to: |
|---|---|
| Conair Corp Cuisinart Glendale | DELIVERY LOCATION |
| 7475 N Glen Harbor Blvd | 2021 S 51ST AVE |
| GLENDALE, AZ 85307 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 558201 | Reference:  REF 558201 |

Proof of Delivery -         DELIVERED
Name, Date, Time         11/15/2023 10:30:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 558201 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

Total Dim. Weight:         Total Cubic Feet:         **Dimensions**  Total Actual Weight: 40000.0         Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024         Invoice#: T03 24406148 00
File #: 5924989

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406149 00 |
|-----------|-----------------|

**Omni** Logistics°

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558257

| Shipped From: | Shipped to: |
|---------------|-------------|
| RECREATIONAL EQUIPMENT | DELIVERY LOCATION |
| 4877 N COTTON LN | 2021 S 51ST AVE |
| GOODYEAR, AZ 85395 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 558257 | Reference:  REF 558257 |

Proof of Delivery -         DELIVERED
Name, Date, Time          11/17/2023 11:06:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 558257 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

**Dimensions**

| | | Total Dim. Weight: | | Total Cubic Feet: | | Total Actual Weight: 40000.0 | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024       Invoice#:  T03 24406149 00
File #: 5924990

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406150 00 |

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558366

| Shipped From: | Shipped to: |
|---|---|
| RECREATIONAL EQUIPMENT | DELIVERY LOCATION |
| 4877 N COTTON LN | 2021 S 51ST AVE |
| GOODYEAR, AZ 85395 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 558366 | Reference:  REF 558366 |

Proof of Delivery -              DELIVERED
Name. Date. Time             11/10/2023 2:31:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 558366 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406150 00
File #: 5924991

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

Invoice#:   T03 24406151 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558697

Shipped From:
AMAZON AZA4
3331 S 59TH AVE
PHOENIX, AZ 85043 US

Reference:  REF 558697

Shipped to:
DELIVERY LOCATION
2021 S 51ST AVE
PHOENIX, AZ 85043 US

Reference:  REF 558697

Proof of Delivery -         DELIVERED
Name, Date, Time            12/15/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 558697 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**      5/18/2024       Invoice#:  T03 24406151 00
File #: 5924992

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406152 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558739

Shipped From:
AMAZON - GYR2
17341 W. MINNEZONA AVE.
GOODYEAR, AZ 85395 US

Reference:  REF 558739

Shipped to:
DELIVERY LOCATION
2021 S 51ST AVE
PHOENIX, AZ 85043 US

Reference:  REF 558739

Proof of Delivery -          DELIVERED
Name, Date, Time          12/6/2023 8:47:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 558739 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**   5/18/2024      Invoice#: T03 24406152 00
File #: 5924993

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406153 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558813

| Shipped From: | Shipped to: |
|---|---|
| Amazon Phoenix GYR3 | DELIVERY LOCATION |
| 8181 W Roosevelt Street | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 558813 | Reference:  REF 558813 |

Proof of Delivery -          DELIVERED
Name. Date. Time          11/9/2023 10:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 558813 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024          Invoice#:  T03 24406153 00
File #: 5924994

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1          We thank you for your business

# INVOICE

| Invoice#: | T03 24406154 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

**Bill To:**
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 559068

**Shipped From:**
AMAZON
5333 W LOWER BUCKEYE RD
PHOENIX, AZ 85043 US

Reference:  REF 559068

**Shipped to:**
DELIVERY LOCATION
2021 S 51ST AVE
PHOENIX, AZ 85043 US

Reference:  REF 559068

Proof of Delivery -          DELIVERED
Name, Date, Time          11/19/2023 9:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 559068 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024     Invoice#:  T03 24406154 00
File #: 5924995

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1     OF     1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406155 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US


PATRICIA BARLEY
Reference  REF 559100

| Shipped From: | Shipped to: |
|---|---|
| AMAZON COM | DELIVERY LOCATION |
| 800 N 75TH AVE | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 559100 | Reference:  REF 559100 |

Proof of Delivery -        DELIVERED
Name. Date. Time        12/15/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 559100 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024      Invoice#:  T03 24406155 00
File #: 5924996

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406156 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 560958

| Shipped From: | Shipped to: |
|---|---|
| AMAZON AZA4 | DELIVERY LOCATION |
| 3331 S 59TH AVE | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 560958 | Reference:  REF 560958 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/15/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 560958 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**   Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Please Remit to:**
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024     Invoice#:  T03 24406156 00

File #: 5924997

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1     OF     1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406157 00 |
|---|---|

**Omni** Logistics®

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

| Bill To: | |
|---|---|
| YELLOW CORPORATION | |
| 11500 OUTLOOK ST STE 400 | |
| OVERLAND PARK, KS 66211 US | |
| | |
| PATRICIA BARLEY | |
| Reference  REF 842577 | |

| Shipped From: | Shipped to: |
|---|---|
| Amazon Phoenix GYR3 | DELIVERY LOCATION |
| 8181 W Roosevelt Street | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| | |
| Reference:  REF 842577 | Reference:  REF 842577 |

Proof of Delivery -            DELIVERED
Name. Date. Time            12/15/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 842577 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | **Dimensions**  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024        Invoice#:  T03 24406157 00

File #: 5924998

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406158 00 |
|---|---|

**Omni** Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 850822

| Shipped From: | Shipped to: |
|---|---|
| Conair Corp Cuisinart Glendale | DELIVERY LOCATION |
| 7475 N Glen Harbor Blvd | 2021 S 51ST AVE |
| GLENDALE, AZ 85307 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 850822 | Reference:  REF 850822 |

Proof of Delivery -        DELIVERED
Name, Date, Time          11/16/2023 1:17:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 850822 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

| | | | **Dimensions**   Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024      Invoice#: T03 24406158 00
File #: 5924999

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406159 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 139925

| Shipped From: | Shipped to: |
|---|---|
| SAVERS DC PHOENIX #9933 | DELIVERY LOCATION |
| 5045 W ROOSEVELT ST | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 139925 | Reference:  REF 139925 |

Proof of Delivery -            DELIVERED
Name. Date. Time            11/16/2023 1:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 139925 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | |
| 1 | 0.0 | 0.0 | 0.0 | | | | | Total Charges |
| | | | | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024        Invoice#: T03 24406159 00
File #: 5925000

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406160 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 142088

| Shipped From: | Shipped to: |
|---|---|
| Conair Corp Cuisinart Glendale | DELIVERY LOCATION |
| 7475 N Glen Harbor Blvd | 2021 S 51ST AVE |
| GLENDALE, AZ 85307 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 142088 | Reference:  REF 142088 |

Proof of Delivery -        DELIVERED
Name, Date, Time          11/15/2023 1:55:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 142088 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

| | | | **Dimensions** | | |
|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | Total Actual Weight: 40000.0 | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:      5/18/2024      Invoice#: T03 24406160 00
File #: 5925001

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406167 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/09/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 31779

| Shipped From: | Shipped to: |
|---|---|
| RECREATIONAL EQUIPMENT | DELIVERY LOCATION |
| 4877 N COTTON LN | 2021 S 51ST AVE |
| GOODYEAR, AZ 85395 US | PHOENIX, AZ 85043 US |
| | |
| Reference: REF 31779 | Reference: REF 31779 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/14/2023 1:36:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 31779 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | Dimensions Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date:    5/18/2024    Invoice#: T03 24406167 00
File #: 5925009

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1    OF    1

# INVOICE

Invoice#:    T03 24406161 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/13/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 535122

| Shipped From: | Shipped to: |
|---|---|
| AMAZON COM<br>376 ZAPPOS.COM BLVD<br>SHEPHERDSVILLE, KY 40165 US | DELIVERY LOCATION<br>4885 KEYSTONE BLVD<br>JEFFERSONVILLE, IN 47130 US |
| Reference:  REF 535122 | Reference:  REF 535122 |

Proof of Delivery -         DELIVERED
Name, Date, Time         11/20/2023 11:30:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 535122 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024
File #: 5925002

Invoice#:  T03 24406161 00

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406162 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/13/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558853

| Shipped From: | Shipped to: |
|---|---|
| AMAZON SDFG | DELIVERY LOCATION |
| 100 W THOMAS P ECHOLS LN | 4885 KEYSTONE BLVD |
| SHEPHERDSVILLE, KY 40165 US | JEFFERSONVILLE, IN 47130 US |
| | |
| Reference:  REF 558853 | Reference:  REF 558853 |

Proof of Delivery -          DELIVERED
Name, Date, Time            11/20/2023 11:29:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 558853 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | | Total Charges |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024        Invoice#:  T03 24406162 00
File #: 5925003

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406163 00 |
|---|---|

**Omni Logistics**

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 11/13/2023 | Type of Service FULL TRUCKLOAD | | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|---|

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 561122

| Shipped From: | Shipped to: |
|---|---|
| GFS SHEPHERDSVILLE | DELIVERY LOCATION |
| 342 GORDON INDUSTRIAL DRIVE | 4885 KEYSTONE BLVD |
| SHEPHERDSVILLE, KY 40165 US | JEFFERSONVILLE, IN 47130 US |
| Reference: REF 561122 | Reference: REF 561122 |

Proof of Delivery -            DELIVERED
Name, Date, Time          11/20/2023 11:28:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 561122 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | Dimensions  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024      Invoice#:  T03 24406163 00
File #: 5925004

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406164 00 |
| --- | --- |

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
| --- | --- | --- | --- |
| 11/13/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 353209

| Shipped From: | Shipped to: |
| --- | --- |
| Best Buy Distribution Warehouse | DELIVERY LOCATION |
| 600 Park Loop Rd | 4885 KEYSTONE BLVD |
| SHEPHERDSVILLE, KY 40165 US | JEFFERSONVILLE, IN 47130 US |
| Reference:  REF 353209 | Reference:  REF 353209 |

Proof of Delivery -         DELIVERED
Name, Date, Time         11/20/2023 11:27:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | PC | 353209 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | Please Pay in USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024          Invoice#:  T03 24406164 00

File #: 5925005

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406165 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/13/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 534857

| Shipped From: | Shipped to: |
|---|---|
| HITACHI CABLE INCORPORATED | DELIVERY LOCATION |
| 5300 GRANT LINE RD | 4885 KEYSTONE BLVD |
| NEW ALBANY, IN 47150 US | JEFFERSONVILLE, IN 47130 US |
| | |
| Reference:  REF 534857 | Reference:  REF 534857 |

Proof of Delivery -         DELIVERED
Name. Date. Time          11/20/2023 11:29:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 534857 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

## Dimensions

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024     Invoice#: T03 24406165 00
File #: 5925006

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

Invoice#:    T03 24406166 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 11/14/2023 | Type of Service FULL TRUCKLOAD | | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|---|
| Bill To: YELLOW CORPORATION 11500 OUTLOOK ST STE 400 OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY Reference REF 48508 | | | | |
| Shipped From: DHL 18310 Harvill Avenue PERRIS, CA 92570 US<br><br>Reference: REF 48508 | | Shipped to: YELLOW STATION #: 830 18298 SLOVER AVE BLOOMINGTON, CA 92316 US<br><br>Reference: REF 48508 | | |

Proof of Delivery -         DELIVERED
Name, Date, Time          11/14/2023 1:37:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 48508 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 400.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:           Total Cubic Feet:            Total Actual Weight: 40000.0     Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | Total Charges 400.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024     Invoice#: T03 24406166 00
File #: 5925007

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406168 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/15/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 140459

| Shipped From: | Shipped to: |
|---|---|
| Lomananco | DELIVERY LOCATION |
| 4450 E. Mohave Airport Dr. | 1951 SAN JUAN DR |
| KINGMAN, AZ 86401 US | LAKE HAVASU CITY, AZ 86403 US |
| Reference:  REF 140459 | Reference:  REF 140459 |

Proof of Delivery -        DELIVERED
Name. Date. Time          11/20/2023 10:51:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 140459 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0

| Total Dim. Weight: | | Total Cubic Feet: | | | | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024    Invoice#: T03 24406168 00
File #: 5925010

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1  OF  1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406169 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/15/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 289107

| Shipped From: | Shipped to: |
|---|---|
| Lomananco | DELIVERY LOCATION |
| 4450 E. Mohave Airport Dr. | 1951 SAN JUAN DR |
| KINGMAN, AZ 86401 US | LAKE HAVASU CITY, AZ 86403 US |
| | |
| Reference:  REF 289107 | Reference:  REF 289107 |

Proof of Delivery -          DELIVERED
Name. Date. Time          11/20/2023 10:52:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 289107 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#: T03 24406169 00

File #: 5925011

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406170 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/15/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 289313

| Shipped From: | Shipped to: |
|---|---|
| Lomananco | DELIVERY LOCATION |
| 4450 E. Mohave Airport Dr. | 1951 SAN JUAN DR |
| KINGMAN, AZ 86401 US | LAKE HAVASU CITY, AZ 86403 US |
| | |
| Reference:  REF 289313 | Reference:  REF 289313 |

Proof of Delivery -            DELIVERED
Name, Date, Time            11/20/2023 10:50:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 289313 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

| Dimensions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | Total Actual Weight: 40000.0 | | | | Please Pay in USD |
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024       Invoice#: T03 24406170 00
File #: 5925012

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406171 00 |
|---|---|

**Omni Logistics**

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/15/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 289385

| Shipped From: | Shipped to: |
|---|---|
| Southern Finishing Company | DELIVERY LOCATION |
| 4625 Interstate way #401 | 1951 SAN JUAN DR |
| KINGMAN, AZ 86401 US | LAKE HAVASU CITY, AZ 86403 US |
| | |
| Reference:  REF 289385 | Reference:  REF 289385 |

Proof of Delivery -           DELIVERED
Name, Date, Time          11/20/2023 10:51:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 289385 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions** | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024          Invoice#:  T03 24406171 00
File #: 5925013

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406172 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/15/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 145481

Shipped From:
Tru Value DC
4005 E. Mohave Airport DR.
KINGMAN, AZ 86401 US

Shipped to:
DELIVERY LOCATION
1951 SAN JUAN DR
LAKE HAVASU CITY, AZ 86403 US

Reference: REF 145481

Reference: REF 145481

Proof of Delivery -         DELIVERED
Name, Date, Time         11/20/2023 10:50:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 145481 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**      5/18/2024
File #: 5925014

Invoice#: T03 24406172 00

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406173 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/15/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 56280

| Shipped From: | Shipped to: |
|---|---|
| Lomananco | DELIVERY LOCATION |
| 4450 E. Mohave Airport Dr. | 1951 SAN JUAN DR |
| KINGMAN, AZ 86401 US | LAKE HAVASU CITY, AZ 86403 US |
| Reference:  REF 56280 | Reference:  REF 56280 |

Proof of Delivery -          DELIVERED
Name. Date. Time          11/20/2023 10:49:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 56280 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0

Total Dim. Weight:          Total Cubic Feet:          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024          Invoice#:  T03 24406173 00

File #: 5925016

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406174 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/15/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 3607

| Shipped From: | Shipped to: |
|---|---|
| Lomananco | DELIVERY LOCATION |
| 4450 E. Mohave Airport Dr. | 1951 SAN JUAN DR |
| KINGMAN, AZ 86401 US | LAKE HAVASU CITY, AZ 86403 US |
| Reference:  REF 3607 | Reference:  REF 3607 |

Proof of Delivery -        DELIVERED
Name. Date. Time        11/20/2023 10:49:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 3607 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0

Total Dim. Weight:        Total Cubic Feet:        Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024        Invoice#:  T03 24406174 00
File #: 5925017

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:     T03 24406175 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 11/15/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 511170

| Shipped From: | Shipped to: |
|---------------|-------------|
| Lomananco | DELIVERY LOCATION |
| 4450 E. Mohave Airport Dr. | 1951 SAN JUAN DR |
| KINGMAN, AZ 86401 US | LAKE HAVASU CITY, AZ 86403 US |
| | |
| Reference:  REF 511170 | Reference:  REF 511170 |

Proof of Delivery -            DELIVERED
Name, Date, Time             11/20/2023 10:04:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 511170 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**   Total Actual Weight: 40000.0

Total Dim. Weight:            Total Cubic Feet:                                    Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024      Invoice#:  T03 24406175 00
File #: 5925018

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

# INVOICE

**Invoice#:** T03 24406177 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 530870

| Shipped From: | Shipped to: |
|---|---|
| RECOVERY LOCATION | DELIVERY LOCATION |
| 2801 Crittenden Drive | 4885 KEYSTONE BLVD |
| LOUISVILLE, KY 40209 US | JEFFERSONVILLE, IN 47130 US |
| | |
| Reference:  REF 530870 | Reference:  REF 530870 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/20/2023 12:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 530870 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#: T03 24406177 00
File #: 5925020

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406178 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 134978

| Shipped From: | Shipped to: |
|---|---|
| WAWA NJ DIST CENTER | DELIVERY LOCATION |
| C/O MCLANE COMPANY INC | 1641 EDEN ROAD |
| CARNEYS POINT, NJ 08069 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 134978 | Reference:  REF 134978 |

Proof of Delivery -        DELIVERED
Name, Date, Time          11/21/2023 8:25:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 134978 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

| | | | Dimensions | Total Actual Weight: 40000.0 | Please Pay in USD |
|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024     Invoice#:  T03 24406178 00
File #: 5925021

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406179 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 136759

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 136759 | Reference:  REF 136759 |

Proof of Delivery -        DELIVERED
Name, Date, Time          11/19/2023 12:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 136759 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:** 5/18/2024     Invoice#: T03 24406179 00
File #: 5925022

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406180 00 |
| --- | --- |

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
| --- | --- | --- | --- | --- |
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 142950

| Shipped From: | Shipped to: |
| --- | --- |
| Walmart - JET NJ1 FC | DELIVERY LOCATION |
| 2 Gateway Blvd | 1641 EDEN ROAD |
| PEDRICKTOWN, NJ 08067 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 142950 | Reference:  REF 142950 |

Proof of Delivery -            DELIVERED
Name, Date, Time            11/21/2023 8:19:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | PC | 142950 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | **Dimensions** | Total Actual Weight: 40000.0 | | Please Pay in USD |
| --- | --- | --- | --- | --- | --- | --- |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**      5/18/2024       Invoice#: T03 24406180 00
File #: 5925023

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406181 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 430798

| Shipped From: | Shipped to: |
|---|---|
| AMAZON.COM | DELIVERY LOCATION |
| 747 COURSES LANDING RD | 1641 EDEN ROAD |
| PENNS GROVE, NJ 08069 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 430798 | Reference:  REF 430798 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/21/2023 8:25:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 430798 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

| | Dimensions | | | |
|---|---|---|---|---|
| Total Dim. Weight: | Total Cubic Feet: | Total Actual Weight: 40000.0 | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Please Remit to:**
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024     Invoice#: T03 24406181 00
File #: 5925024

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406182 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 531558

| Shipped From: | Shipped to: |
|---|---|
| AMAZON.COM | DELIVERY LOCATION |
| 747 COURSES LANDING RD | 1641 EDEN ROAD |
| PENNS GROVE, NJ 08069 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 531558 | Reference:  REF 531558 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/20/2023 9:56:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 531558 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

| | | | **Dimensions** | | | |
|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | Total Actual Weight: 40000.0 | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**      5/18/2024      Invoice#:  T03 24406182 00

File #: 5925025

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

Invoice#:    T03 24406183 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 559403

| Shipped From: | Shipped to: |
|---|---|
| AMAZON.COM | DELIVERY LOCATION |
| 747 COURSES LANDING RD | 1641 EDEN ROAD |
| PENNS GROVE, NJ 08069 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 559403 | Reference:  REF 559403 |

Proof of Delivery -    DELIVERED
Name, Date, Time    11/20/2023 9:56:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 559403 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

Total Dim. Weight:           Total Cubic Feet:        **Dimensions**  Total Actual Weight: 40000.0     Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024     Invoice#: T03 24406183 00
File #: 5925026

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1                                         We thank you for your business

# INVOICE

| Invoice#: | T03 24406184 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

**Bill To:**
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 891301

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 891301 | Reference:  REF 891301 |

Proof of Delivery -         DELIVERED
Name. Date. Time         12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 891301 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Please Remit to:**
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024      Invoice#: T03 24406184 00
File #: 5925027

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1                                                We thank you for your business

# INVOICE

| Invoice#: | T03 24406185 00 |
|---|---|



OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 891506

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 891506 | Reference:  REF 891506 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 891506 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**  5/18/2024      Invoice#: T03 24406185 00
File #: 5925028

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1  OF  1

# INVOICE

| Invoice#: | T03 24406186 00 |
|---|---|

Omni Logistics°

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 891568

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| Reference:  REF 891568 | Reference:  REF 891568 |

Proof of Delivery -          DELIVERED
Name. Date. Time          12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 891568 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | Dimensions | Total Actual Weight: 40000.0 | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date:     5/18/2024     Invoice#: T03 24406186 00
File #: 5925029

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.
We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406187 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 896807

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 896807 | Reference:  REF 896807 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 896807 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024       Invoice#:  T03 24406187 00

File #: 5925030

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406188 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 11/16/2023 | Type of Service FULL TRUCKLOAD | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 897093

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 897093 | Reference:  REF 897093 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 897093 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024     Invoice#: T03 24406188 00
File #: 5925031

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406189 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 897096

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 897096 | Reference:  REF 897096 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 897096 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024        Invoice#: T03 24406189 00
File #: 5925032

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406190 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

| Bill To: |
|---|
| YELLOW CORPORATION |
| 11500 OUTLOOK ST STE 400 |
| OVERLAND PARK, KS 66211 US |
| |
| PATRICIA BARLEY |
| Reference  REF 896097 |

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 896097 | Reference:  REF 896097 |

Proof of Delivery -           DELIVERED
Name, Date, Time           12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 896097 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

Total Dim. Weight:           Total Cubic Feet:           **Dimensions**   Total Actual Weight: 40000.0           Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**     5/18/2024     Invoice#: T03 24406190 00
File #: 5925033

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406191 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 897103

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 897103 | Reference:  REF 897103 |

Proof of Delivery -         DELIVERED
Name, Date, Time           12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 897103 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height |
| 1 | 0.0 | 0.0 | 0.0 | | | | Total Charges |
| | | | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**     5/18/2024      Invoice#: T03 24406191 00
File #: 5925034

1  OF  1

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

# INVOICE

| Invoice#: | T03 24406192 00 |
|-----------|-----------------|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 11/16/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

**Bill To:**
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 897146

| Shipped From: | Shipped to: |
|---------------|-------------|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| Reference:  REF 897146 | Reference:  REF 897146 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|-----------|------|--------|
| 1 | PC | 897146 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

| | | Dimensions | | |
|--|--|--|--|--|
Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024          Invoice#: T03 24406192 00
File #: 5925035

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1          We thank you for your business

# INVOICE

Invoice#:    T03 24406193 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---------|-----------------|---|----------------|--------------|
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 897174

| Shipped From: | Shipped to: |
|---------------|-------------|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 897174 | Reference:  REF 897174 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 897174 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

| | | Dimensions | | | | |
|---|---|---|---|---|---|---|
| Total Dim. Weight: | Total Cubic Feet: | Total Actual Weight: 40000.0 | | | Please Pay in USD | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024      Invoice#:  T03 24406193 00
File #: 5925036

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406194 00 |
|---|---|

**Omni Logistics**

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

| Bill To: | |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference  REF 897176 | |

| Shipped From:<br>Vista Convention SVC<br>300 Commerce Dr<br>EGG HARBOR TOWNSHIP, NJ 08234 US | Shipped to:<br>DELIVERY LOCATION<br>1641 EDEN ROAD<br>MILLVILLE, NJ 08332 US |
|---|---|
| Reference:  REF 897176 | Reference:  REF 897176 |

Proof of Delivery -           DELIVERED
Name, Date, Time        12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 897176 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

Total Dim. Weight:        Total Cubic Feet:        **Dimensions**  Total Actual Weight: 40000.0     Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#: T03 24406194 00

File #: 5925037

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1  OF  1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406195 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 897190

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 897190 | Reference:  REF 897190 |

Proof of Delivery -        DELIVERED
Name, Date, Time         12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 897190 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:        Total Cubic Feet:        Total Actual Weight: 40000.0        Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024      Invoice#:  T03 24406195 00
File #: 5925038

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

Invoice#:    T03 24406196 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 897252

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC | DELIVERY LOCATION |
| 300 Commerce Dr | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| | |
| Reference:  REF 897252 | Reference:  REF 897252 |

Proof of Delivery -            DELIVERED
Name, Date, Time            12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 897252 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024        Invoice#: T03 24406196 00
File #: 5925039

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406197 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 11/16/2023 | Type of Service FULL TRUCKLOAD | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|

| Bill To: | |
|---|---|
| YELLOW CORPORATION 11500 OUTLOOK ST STE 400 OVERLAND PARK, KS 66211 US  PATRICIA BARLEY Reference  REF 897266 | |

| Shipped From: | Shipped to: |
|---|---|
| Vista Convention SVC 300 Commerce Dr EGG HARBOR TOWNSHIP, NJ 08234 US | DELIVERY LOCATION 1641 EDEN ROAD MILLVILLE, NJ 08332 US |
| Reference:  REF 897266 | Reference:  REF 897266 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/22/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 897266 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024
File #: 5925040

Invoice#: T03 24406197 00

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406198 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/16/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 897261

| Shipped From: | Shipped to: |
|---|---|
| AEX Convention Services | DELIVERY LOCATION |
| 3093 English Creek Ave | 1641 EDEN ROAD |
| EGG HARBOR TOWNSHIP, NJ 08234 US | MILLVILLE, NJ 08332 US |
| Reference:  REF 897261 | Reference:  REF 897261 |

| Proof of Delivery - | DELIVERED |
|---|---|
| Name, Date, Time | 12/22/2023 2:00:00 PM |

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 897261 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

| | | **Dimensions** | | |
|---|---|---|---|---|
| Total Dim. Weight: | Total Cubic Feet: | Total Actual Weight: 40000.0 | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024       Invoice#: T03 24406198 00
File #: 5925041

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1  OF  1

# INVOICE

Invoice#:    T03 24406199 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped<br>11/16/2023 | Type of Service<br>FULL TRUCKLOAD | | Salesperson ID<br>DFW26 | Invoice Date<br>5/17/2024 |
|---|---|---|---|---|

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 128407

| Shipped From:<br>ARC INTERNATIONAL<br>601 S Wade Blvd<br>MILLVILLE, NJ 08332 US | Shipped to:<br>DELIVERY LOCATION<br>1641 EDEN ROAD<br>MILLVILLE, NJ 08332 US |
|---|---|
| Reference:  REF 128407 | Reference:  REF 128407 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/21/2023 8:51:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 128407 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD | |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date:    5/18/2024        Invoice#:  T03 24406199 00
File #: 5925042

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406200 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 135360

| Shipped From: | Shipped to: |
|---|---|
| FT JAX | COLUMBIA SC |
| 12650 FT JAXSON BLVD | 3705 HWY 321 |
| COLUMBIA, SC 29207 US | WEST COLUMBIA, SC 29172 US |
| Reference:  REF 135360 | Reference:  REF 135360 |

Proof of Delivery -          DELIVERED
Name. Date. Time        11/30/2023 11:58:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 135360 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024        Invoice#:  T03 24406200 00
File #: 5925043

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406201 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 11/17/2023 | Type of Service FULL TRUCKLOAD | | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|---|

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 291031

| Shipped From: | Shipped to: |
|---|---|
| Sams | CHARLESTON SC |
| 830 Drop Off Dr | 2243 WREN ST |
| SUMMERVILLE, SC 29486 US | CHARLESTON, SC 29406 US |
| | |
| Reference:  REF 291031 | Reference:  REF 291031 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/20/2023 11:05:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 291031 | 45000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 45000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024        Invoice#:  T03 24406201 00
File #: 5925044

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406202 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

**Bill To:**
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 568029

| Shipped From: | Shipped to: |
|---|---|
| HWI | COLUMBIA SC |
| 170 LONGS POND RD | 3705 HWY 321 |
| LEXINGTON, SC 29072 US | WEST COLUMBIA, SC 29172 US |
| Reference:  REF 568029 | Reference:  REF 568029 |

Proof of Delivery -         DELIVERED
Name, Date, Time         11/27/2023 8:47:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 568029 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024     Invoice#:  T03 24406202 00
File #: 5925045

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406203 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 533243

| Shipped From: | Shipped to: |
|---|---|
| SOUTH EAST EXPRESS | COLUMBIA SC |
| 2222 CALE YARBOROUGH HWY | 3705 HWY 321 |
| TIMMONSVILLE, SC 29161 US | WEST COLUMBIA, SC 29172 US |
| Reference:  REF 533243 | Reference:  REF 533243 |

Proof of Delivery -        DELIVERED
Name. Date. Time        11/27/2023 12:59:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 533243 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 400.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0        Please Pay in USD

Total Dim. Weight:        Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 400.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:      5/18/2024        Invoice#: T03 24406203 00
File #: 5925046

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406204 00 |
|-----------|-----------------|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 11/17/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 534895

| Shipped From: | Shipped to: |
|---------------|-------------|
| AMAZON COM | SPARTANBURG - PIEDMONT |
| 402 JOHN DODD RD | 580 SHACKLEFORD RD |
| SPARTANBURG, SC 29303 US | PIEDMONT, SC 29673 US |
| Reference:  REF 534895 | Reference:  REF 534895 |

Proof of Delivery -        DELIVERED
Name, Date, Time          11/28/2023 11:10:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 534895 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**   Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date:    5/18/2024        Invoice#: T03 24406204 00
File #: 5925047

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

**Invoice#:**   T03 24406205 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 536778

| Shipped From: | Shipped to: |
|---|---|
| AMAZON COM<br>402 JOHN DODD RD<br>SPARTANBURG, SC 29303 US | SPARTANBURG - PIEDMONT<br>580 SHACKLEFORD RD<br>PIEDMONT, SC 29673 US |
| Reference:  REF 536778 | Reference:  REF 536778 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/28/2023 11:10:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 536778 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0     Please Pay in USD
Total Dim. Weight:          Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**   5/18/2024     **Invoice#:** T03 24406205 00
File #: 5925048

Please Remit to:
**OMNI LOGISTICS, LLC**
**MAIL CODE: 5237**
**P.O. BOX 660367**
**DALLAS, TX 75266-0367, US**
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406206 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 537267

| Shipped From: | Shipped to: |
|---|---|
| ASCO DISTRIBUTION | COLUMBIA SC |
| 2500 ROWESVILLE ROAD | 3705 HWY 321 |
| ORANGEBURG, SC 29115 US | WEST COLUMBIA, SC 29172 US |
| | |
| Reference:  REF 537267 | Reference:  REF 537267 |

Proof of Delivery -         DELIVERED
Name, Date, Time         11/17/2023 11:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 537267 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024      Invoice#:  T03 24406206 00
File #: 5925049

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

Invoice#:    T03 24406207 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 538301

| Shipped From: | Shipped to: |
|---|---|
| AMAZON COM | SPARTANBURG - PIEDMONT |
| 402 JOHN DODD RD | 580 SHACKLEFORD RD |
| SPARTANBURG, SC 29303 US | PIEDMONT, SC 29673 US |
| | |
| Reference:  REF 538301 | Reference:  REF 538301 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/28/2023 11:11:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 538301 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024          Invoice#:  T03 24406207 00
File #: 5925051

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1          We thank you for your business

# INVOICE

| Invoice#: | T03 24406208 00 |
|-----------|-----------------|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---------|-----------------|--|----------------|--------------|
| 11/17/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558581

| Shipped From: | Shipped to: |
|---------------|-------------|
| WALMART DC 8980 | CHARLESTON SC |
| 1030 TIMOTHY CREEK RD | 2243 WREN ST |
| RIDGEVILLE, SC 29472 US | CHARLESTON, SC 29406 US |
| | |
| Reference:  REF 558581 | Reference:  REF 558581 |

Proof of Delivery -                    DELIVERED
Name, Date, Time                    12/7/2023 7:18:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 558581 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

| | | | **Dimensions** | Total Actual Weight: 40000.0 | Please Pay in USD |
|--|--|--|--|--|--|
| Total Dim. Weight: | | Total Cubic Feet: | | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
**MAIL CODE: 5237**
**P.O. BOX 660367**
**DALLAS, TX 75266-0367, US**
**Phone:(281) 209-9228**
**Fax: (281) 209-9512**

Due Date:    5/18/2024        Invoice#: T03 24406208 00
File #: 5925052

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406209 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 261143

| Shipped From: | Shipped to: |
|---|---|
| AMAZON | ALBANY |
| 1835 ROUTE 9 | 37 FRONTAGE RD |
| CASTLETON ON HUDSON, NY 12033 US | GLENMONT, NY 12077 US |
| | |
| Reference:  REF 261143 | Reference:  REF 261143 |

| Proof of Delivery - | DELIVERED |
|---|---|
| Name, Date, Time | 11/21/2023 9:18:00 AM |

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 261143 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 550.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | | 550.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024
File #: 5925053

Invoice#:  T03 24406209 00

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406210 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 390012

| Shipped From: | Shipped to: |
|---|---|
| DICK"S SPORTING GOODS | ELMIRA |
| 140 BROOME CORPORATE PKWY | 1620 GRAND CENTRAL AVE |
| CONKLIN, NY 13748 US | ELMIRA, NY 14903 US |
| | |
| Reference:  REF 390012 | Reference:  REF 390012 |

Proof of Delivery -          DELIVERED
Name. Date. Time          11/22/2023 12:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 390012 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 550.00 |

Invoice Notes:

| | | | | Dimensions | | | |
|---|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 550.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024          Invoice#:  T03 24406210 00
File #: 5925054

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406211 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 390169

| Shipped From: | Shipped to: |
|---|---|
| AMAZON | ALBANY |
| 1696 HILLCREST AVE | 37 FRONTAGE RD |
| S SCHODACK, NY 12033 US | GLENMONT, NY 12077 US |
| | |
| Reference:  REF 390169 | Reference:  REF 390169 |

Proof of Delivery -         DELIVERED
Name. Date. Time          12/6/2023 8:15:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 390169 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 550.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:                    Total Actual Weight: 40000.0       Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 550.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024       Invoice#:  T03 24406211 00
File #: 5925055

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406212 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 507031

| Shipped From: | Shipped to: |
|---|---|
| AMAZON | ALBANY |
| 1835 ROUTE 9 | 37 FRONTAGE RD |
| CASTLETON ON HUDSON, NY 12033 US | GLENMONT, NY 12077 US |
| | |
| Reference:  REF 507031 | Reference:  REF 507031 |

Proof of Delivery -           DELIVERED
Name, Date, Time          12/6/2023 8:13:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 507031 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 550.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 550.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024        Invoice#:  T03 24406212 00
File #: 5925056

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406213 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 516309

| Shipped From: | Shipped to: |
|---|---|
| AMAZON.COM | ALBANY |
| 1801 ROUTE 9 | 37 FRONTAGE RD |
| S SCHODACK, NY 12033 US | GLENMONT, NY 12077 US |
| | |
| Reference:  REF 516309 | Reference:  REF 516309 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/6/2023 8:23:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 516309 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 550.00 |

Invoice Notes:

| | | | **Dimensions** | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|
Total Dim. Weight:          Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 550.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024        Invoice#:  T03 24406213 00

File #: 5925057

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

Invoice#:    T03 24406214 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 11/17/2023 | Type of Service FULL TRUCKLOAD | | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|---|

| Bill To: | Shipped From: |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br><br>PATRICIA BARLEY<br>Reference  REF 517310 | |

| Shipped From:<br>TARGET DISTRIBUTION CENTER<br>1800 STATE HWY 5 S<br>AMSTERDAM, NY 12010 US | Shipped to:<br>ALBANY<br>37 FRONTAGE RD<br>GLENMONT, NY 12077 US |
|---|---|
| Reference:  REF 517310 | Reference:  REF 517310 |

Proof of Delivery -          DELIVERED
Name, Date, Time         11/21/2023 9:17:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 517310 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 450.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**   Total Actual Weight: 40000.0     Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 450.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#: T03 24406214 00

File #: 5925058

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406215 00 |
|-----------|-----------------|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 11/17/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 531536

| Shipped From: | Shipped to: |
|---------------|-------------|
| ORGILL INC<br>1 ATLAS DR<br>ROME, NY 13441 US | SYRACUSE<br>6990 NORTHERN BLVD<br>EAST SYRACUSE, NY 13057 US |
| Reference:  REF 531536 | Reference:  REF 531536 |

Proof of Delivery -        DELIVERED
Name, Date, Time           11/22/2023 1:18:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 531536 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 400.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | | Please Pay in USD |
|--------------------|--|-------------------|--|---|--|--|--|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 400.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024    Invoice#: T03 24406215 00
File #: 5925059

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

Invoice#:     T03 24406216 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | DFW26 | 6/19/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 546052

| Shipped From: | Shipped to: |
|---|---|
| DICK"S SPORTING GOODS | ELMIRA |
| 140 BROOME CORPORATE PKWY | 1620 GRAND CENTRAL AVE |
| CONKLIN, NY 13748 US | ELMIRA, NY 14903 US |
| Reference:  REF 546052 | Reference:  REF 546052 |

Proof of Delivery -          DELIVERED
Name. Date. Time         11/27/2023 12:42:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 546052 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | 40000.000 | | | 450.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0

Total Dim. Weight:          Total Cubic Feet:          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 450.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     6/20/2024     Invoice#:  T03 24406216 00
File #: 5925061

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406217 00 |
|---|---|

**Omni Logistics**

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 11/17/2023 | Type of Service FULL TRUCKLOAD | | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|---|

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558165

| Shipped From: | Shipped to: |
|---|---|
| CVS | ELMIRA |
| 1 CVS DR | 1620 GRAND CENTRAL AVE |
| WAVERLY, NY 14892 US | ELMIRA, NY 14903 US |
| | |
| Reference:  REF 558165 | Reference:  REF 558165 |

| Proof of Delivery - | DELIVERED |
|---|---|
| Name, Date, Time | 11/22/2023 10:00:00 AM |

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 558165 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406217 00
File #: 5925064

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406218 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558467

| Shipped From: | Shipped to: |
|---|---|
| DICK"S SPORTING GOODS | ELMIRA |
| 140 BROOME CORPORATE PKWY | 1620 GRAND CENTRAL AVE |
| CONKLIN, NY 13748 US | ELMIRA, NY 14903 US |
| | |
| Reference:  REF 558467 | Reference:  REF 558467 |

Proof of Delivery -          DELIVERED
Name. Date. Time          11/27/2023 12:43:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 558467 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024     Invoice#:  T03 24406218 00
File #: 5925065

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406219 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 11/17/2023 | Type of Service FULL TRUCKLOAD | | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|---|

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 560575

| Shipped From: | Shipped to: |
|---|---|
| XYLEM INC | SYRACUSE |
| 1 GOULDS DR | 6990 NORTHERN BLVD |
| AUBURN, NY 13021 US | EAST SYRACUSE, NY 13057 US |
| | |
| Reference:  REF 560575 | Reference:  REF 560575 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/22/2023 1:21:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 560575 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 400.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 400.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024      Invoice#:  T03 24406219 00
File #: 5925066

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406220 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/17/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 843489

| Shipped From: | Shipped to: |
|---|---|
| BEST BUY NICHOLS #781 | ELMIRA |
| 55 BERRY ROAD | 1620 GRAND CENTRAL AVE |
| NICHOLS, NY 13812 US | ELMIRA, NY 14903 US |
| Reference:  REF 843489 | Reference:  REF 843489 |

Proof of Delivery -          DELIVERED
Name, Date, Time            11/20/2023 12:54:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 843489 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0     Please Pay in USD

| Total Dim. Weight: | | Total Cubic Feet: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date:    5/18/2024      Invoice#: T03 24406220 00
File #: 5925067

1   OF   1

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.    We thank you for your business

# INVOICE

| Invoice#: | T03 24406221 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/21/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 531666

| Shipped From: | Shipped to: |
|---|---|
| RECOVERY LOCATION | SYRACUSE |
| 165 Base Rd | 6990 NORTHERN BLVD |
| ORISKANY, NY 13424 US | EAST SYRACUSE, NY 13057 US |
| | |
| Reference:  REF 531666 | Reference:  REF 531666 |

Proof of Delivery -          DELIVERED
Name, Date, Time            11/22/2023 1:19:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 531666 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 400.00 |

Invoice Notes:

| | | | **Dimensions** Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 400.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024      Invoice#:  T03 24406221 00

File #: 5925068

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1                            We thank you for your business

# INVOICE

Invoice#:    T03 24406222 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 11/21/2023 | Type of Service FULL TRUCKLOAD | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 560396

| Shipped From: | Shipped to: |
|---|---|
| RECOVERY LOCATION | SYRACUSE |
| 165 Base Rd | 6990 NORTHERN BLVD |
| ORISKANY, NY 13424 US | EAST SYRACUSE, NY 13057 US |
| | |
| Reference:  REF 560396 | Reference:  REF 560396 |

Proof of Delivery -          DELIVERED
Name. Date. Time          11/22/2023 1:20:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 560396 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 400.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 400.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024     Invoice#:  T03 24406222 00
File #: 5925069

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406223 00 |
|---|---|

**Omni** Logistics'

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 124011

| Shipped From: | Shipped to: |
|---|---|
| WESTERN PEAK LOGISTICS | DENVER |
| 11351 E 45TH AVE | 14700 SMITH RD |
| DENVER, CO 80239 US | AURORA, CO 80011 US |
| | |
| Reference:  REF 124011 | Reference:  REF 124011 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/28/2023 11:29:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 124011 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

**Dimensions**

| | | | | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | | | |
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:      5/18/2024      Invoice#:  T03 24406223 00

File #: 5925070

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406235 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 896750

| Shipped From: | Shipped to: |
|---|---|
| TRUE VALUE #0012 | DENVER |
| 11275 E 40TH AVE | 14700 SMITH RD |
| DENVER, CO 80239 US | AURORA, CO 80011 US |
| | |
| Reference:  REF 896750 | Reference:  REF 896750 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/1/2023 7:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 896750 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | Total Cubic Feet: | | Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:

**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024     Invoice#:  T03 24406235 00
File #: 5925082

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1     OF     1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406224 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 129888

| Shipped From: | Shipped to: |
|---|---|
| SYSCO DENVER | DENVER |
| 5000 BEELER S | 14700 SMITH RD |
| DENVER, CO 80202 US | AURORA, CO 80011 US |
| Reference:  REF 129888 | Reference:  REF 129888 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/1/2023 11:16:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 129888 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

| | | | | Dimensions | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024      Invoice#:  T03 24406224 00

File #: 5925071

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406225 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

| Bill To: | Shipped to: |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference  REF 141796 | |

| Shipped From:<br>TRUE VALUE #0012<br>11275 E 40TH AVE<br>DENVER, CO 80239 US | Shipped to:<br>DENVER<br>14700 SMITH RD<br>AURORA, CO 80011 US |
|---|---|
| Reference:  REF 141796 | Reference:  REF 141796 |

Proof of Delivery -            DELIVERED
Name, Date, Time            12/1/2023 10:48:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 141796 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

| | | | | **Dimensions** | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD | |
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024
File #: 5925072

Invoice#:  T03 24406225 00

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.
We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406226 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 142435

| Shipped From: | Shipped to: |
|---|---|
| TARGET PUEBLO | YRC - 891 |
| 34800 UNITED AVE | 4810 NORTHPARK DR |
| PUEBLO, CO 81001 US | COLO SPGS, CO 80918 US |
| Reference:  REF 142435 | Reference:  REF 142435 |

Proof of Delivery -          DELIVERED
Name. Date. Time          11/30/2023 12:03:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 142435 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

| | | **Dimensions**  Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|
| Total Dim. Weight: | Total Cubic Feet: | | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024     Invoice#:  T03 24406226 00
File #: 5925073

Please Remit to:
**OMNI LOGISTICS, LLC**
**MAIL CODE: 5237**
**P.O. BOX 660367**
**DALLAS, TX 75266-0367, US**
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406227 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 143132

| Shipped From: | Shipped to: |
|---|---|
| PEYTON FOUNTAIN WHSE | YRC - 891 |
| 500 S CHARTER OAK RANCH DR | 4810 NORTHPARK DR |
| FOUNTAIN, CO 80817 US | COLO SPGS, CO 80918 US |
| | |
| Reference:  REF 143132 | Reference:  REF 143132 |

Proof of Delivery -          DELIVERED
Name. Date. Time          11/30/2023 3:37:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 143132 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024          Invoice#:  T03 24406227 00
File #: 5925074

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406228 00 |
|---|---|

**Omni Logistics**

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 145156

| Shipped From: | Shipped to: |
|---|---|
| AMAZON | DENVER |
| 21000 E 13TH AVE | 14700 SMITH RD |
| AURORA, CO 80018 US | AURORA, CO 80011 US |
| Reference: REF 145156 | Reference: REF 145156 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/29/2023 2:43:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 145156 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

| | | | **Dimensions** Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|
Total Dim. Weight:          Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024          Invoice#: T03 24406228 00
File #: 5925075

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1    OF    1

# INVOICE

Invoice#:   T03 24406229 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 284016

| Shipped From: | Shipped to: |
|---|---|
| DEN7 | DENVER |
| 22300 E 26th AVE | 14700 SMITH RD |
| AURORA, CO 80019 US | AURORA, CO 80011 US |
| Reference:  REF 284016 | Reference:  REF 284016 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/1/2023 11:16:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 284016 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024     Invoice#:  T03 24406229 00
File #: 5925076

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406230 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 284464

| Shipped From: | Shipped to: |
|---|---|
| TRUE VALUE #0012 | DENVER |
| 11275 E 40TH AVE | 14700 SMITH RD |
| DENVER, CO 80239 US | AURORA, CO 80011 US |
| | |
| Reference:  REF 284464 | Reference:  REF 284464 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/30/2023 10:49:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 284464 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date:     5/18/2024          Invoice#: T03 24406230 00
File #: 5925077

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

Invoice#:    T03 24406231 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 290079

| Shipped From: | Shipped to: |
|---|---|
| AMAZON | DENVER |
| 21000 E 13TH AVE | 14700 SMITH RD |
| AURORA, CO 80018 US | AURORA, CO 80011 US |
| | |
| Reference:  REF 290079 | Reference:  REF 290079 |

Proof of Delivery -          DELIVERED
Name. Date. Time          11/29/2023 2:45:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 290079 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

| | | | Dimensions | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | Total Actual Weight: 40000.0 | | | Please Pay in USD | |
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024        Invoice#:  T03 24406231 00
File #: 5925078

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406232 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

| Bill To: | Shipped From: | Shipped to: |
|---|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference  REF 291273 | Ace Hardware<br>5520 Astrozon Blvd<br>COLO SPGS, CO 80916 US<br><br><br>Reference:  REF 291273 | YRC - 891<br>4810 NORTHPARK DR<br>COLO SPGS, CO 80918 US<br><br><br>Reference:  REF 291273 |

Proof of Delivery -         DELIVERED
Name, Date, Time          11/30/2023 3:38:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 291273 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

| | | | | Dimensions | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | | Please Pay in USD |
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date:    5/18/2024     Invoice#: T03 24406232 00
File #: 5925079

Please Remit to:
**OMNI LOGISTICS, LLC**
**MAIL CODE: 5237**
**P.O. BOX 660367**
**DALLAS, TX 75266-0367, US**
**Phone:(281) 209-9228**
**Fax: (281) 209-9512**
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406233 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 431073

| Shipped From: | Shipped to: |
|---|---|
| AMAZON COM | DENVER |
| 24006 E 19TH AVE | 14700 SMITH RD |
| AURORA, CO 80019 US | AURORA, CO 80011 US |
| | |
| Reference:  REF 431073 | Reference:  REF 431073 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/1/2023 11:15:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 431073 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

| | | **Dimensions** | | |
|---|---|---|---|---|
| Total Dim. Weight: | Total Cubic Feet: | Total Actual Weight: 40000.0 | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**     5/18/2024     Invoice#:  T03 24406233 00
File #: 5925080

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406234 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/27/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 559217

| Shipped From: | Shipped to: |
|---|---|
| COLORADO DISTRIBUTION | DENVER |
| 11551 E 45TH AVE | 14700 SMITH RD |
| DENVER, CO 80239 US | AURORA, CO 80011 US |
| | |
| Reference:  REF 559217 | Reference:  REF 559217 |

Proof of Delivery -            DELIVERED
Name, Date, Time            11/30/2023 8:26:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 559217 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | Please Pay in USD |
|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024        Invoice#:  T03 24406234 00

File #: 5925081

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406236 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/28/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 129666

| Shipped From: | Shipped to: |
|---|---|
| DEN7 | DENVER |
| 22300 E 26th AVE | 14700 SMITH RD |
| AURORA, CO 80019 US | AURORA, CO 80011 US |
| | |
| Reference: REF 129666 | Reference: REF 129666 |

Proof of Delivery -        DELIVERED
Name, Date, Time        11/29/2023 2:46:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 129666 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 250.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 250.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:        5/18/2024        Invoice#: T03 24406236 00
File #: 5925083

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406237 00 |
|---|---|

**Omni Logistics**

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/28/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

| Bill To: | |
|---|---|
| YELLOW CORPORATION | |
| 11500 OUTLOOK ST STE 400 | |
| OVERLAND PARK, KS 66211 US | |
| | |
| PATRICIA BARLEY | |
| Reference  REF 558236 | |

| Shipped From: | Shipped to: |
|---|---|
| AMAZON CANADA | DELIVERY LOCATION |
| 789 SALEM RD N | 285 S BLAIR ST |
| AJAX, ON L1Z 1J6 CA | WHITBY, ON L1N 7V9 CA |
| | |
| Reference:  REF 558236 | Reference:  REF 558236 |

| Proof of Delivery - | DELIVERED |
|---|---|
| Name, Date, Time | 12/6/2023 5:00:00 PM |

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 558236 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

**Invoice Notes:**

| Total Dim. Weight: | Total Cubic Feet: | **Dimensions** Total Actual Weight: 40000.0 | Please Pay in USD |
|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024     Invoice#:  T03 24406237 00

File #: 5925084

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406238 00 |
|-----------|-----------------|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---------|-----------------|---|----------------|--------------|
| 11/28/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 558245

| Shipped From: | Shipped to: |
|---------------|-------------|
| AMAZON CANADA | DELIVERY LOCATION |
| 789 SALEM RD N | 285 S BLAIR ST |
| AJAX, ON L1Z 1J6 CA | WHITBY, ON L1N 7V9 CA |
| | |
| Reference:  REF 558245 | Reference:  REF 558245 |

Proof of Delivery -        DELIVERED
Name. Date. Time        12/6/2023 4:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 558245 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

| | | | **Dimensions** Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024    Invoice#:  T03 24406238 00
File #: 5925085

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1    OF    1

# INVOICE

Invoice#:    T03 24406239 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/28/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 843854

| Shipped From: | Shipped to: |
|---|---|
| amazon services inc yyz9 | DELIVERY LOCATION |
| 6351 STEELES AVE E | 285 S BLAIR ST |
| SCARBOROUGH, ON M1X 1J5 CA | WHITBY, ON L1N 7V9 CA |
| Reference:  REF 843854 | Reference:  REF 843854 |

Proof of Delivery -        DELIVERED
Name, Date, Time         11/28/2023 6:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 843854 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 450.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0      Please Pay in USD

Total Dim. Weight:            Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 450.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406239 00
File #: 5925086

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406240 00

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/30/2023 | FULL TRUCKLOAD | DFW26 | 6/19/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 531401

| Shipped From: | Shipped to: |
|---|---|
| HWI | COLUMBIA SC |
| 170 LONGS POND RD | 3705 HWY 321 |
| LEXINGTON, SC 29072 US | WEST COLUMBIA, SC 29172 US |
| Reference:  REF 531401 | Reference:  REF 531401 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/30/2023 3:41:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 531401 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | Dimensions   Total Actual Weight: 40000.0 | | | Please Pay in USD | |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    6/20/2024       Invoice#:  T03 24406240 00
File #: 5925087

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406241 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/30/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 536539

| Shipped From: | Shipped to: |
|---|---|
| HWI | COLUMBIA SC |
| 170 LONGS POND RD | 3705 HWY 321 |
| LEXINGTON, SC 29072 US | WEST COLUMBIA, SC 29172 US |
| Reference:  REF 536539 | Reference:  REF 536539 |

Proof of Delivery -          DELIVERED
Name, Date, Time          11/30/2023 10:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 536539 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**   Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024          Invoice#:  T03 24406241 00

File #: 5925088

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

Invoice#:    T03 24406242 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/30/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 532214

| Shipped From: | Shipped to: |
|---|---|
| DO IT BEST DISTRIBUTION CENTER | ROCKFORD DC |
| 816 W PROGRESS DR | 1751 NEW MILFORD SCHOOL RD |
| DIXON, IL 61021 US | ROCKFORD, IL 61109 US |
| | |
| Reference: REF 532214 | Reference: REF 532214 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/5/2023 12:09:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 532214 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 800.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 800.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024      Invoice#:  T03 24406242 00
File #: 5925089

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406243 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/30/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 560081

| Shipped From: | Shipped to: |
|---|---|
| Petsmart Ottawa DC | CHICAGO WEST DC |
| 910 E Stevenson Road | 2100 ROCHESTER DR |
| OTTAWA, IL 61350 US | MONTGOMERY, IL 60538 US |
| | |
| Reference:  REF 560081 | Reference:  REF 560081 |

Proof of Delivery -        DELIVERED
Name, Date, Time        12/6/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 560081 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 550.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0        Please Pay in USD

| Total Dim. Weight: | | Total Cubic Feet: | | | | | |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 550.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024
File #: 5925090

Invoice#:  T03 24406243 00

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406244 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/30/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 560376

| Shipped From: | Shipped to: |
|---|---|
| SUPERVALU | CHICAGO WEST DC |
| 501 MALLICK RD | 2100 ROCHESTER DR |
| OGLESBY, IL 61348 US | MONTGOMERY, IL 60538 US |
| | |
| Reference:  REF 560376 | Reference:  REF 560376 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/6/2023 8:55:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 560376 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 600.00 |

Invoice Notes:

| | | | | | Dimensions | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|---|
Total Dim. Weight:          Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 600.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:      5/18/2024
File #: 5925091

Invoice#:  T03 24406244 00

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406245 00 |
|---|---|

**Omni Logistics**

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/30/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 585166

| Shipped From: | Shipped to: |
|---|---|
| KOHLS # 0890 | CHICAGO WEST DC |
| 4300 MBL DRIVE | 2100 ROCHESTER DR |
| OTTAWA, IL 61350 US | MONTGOMERY, IL 60538 US |
| | |
| Reference:  REF 585166 | Reference:  REF 585166 |

Proof of Delivery -          DELIVERED
Name, Date, Time            12/6/2023 10:54:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 585166 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 550.00 |

Invoice Notes:

Total Dim. Weight:              Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0      Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 550.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024          Invoice#:  T03 24406245 00
File #: 5925093

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406246 00 |
|-----------|-----------------|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 12/01/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 145231

| Shipped From: | Shipped to: |
|---------------|-------------|
| WESTERN PEAK LOGISTICS | DENVER |
| 11351 E 45TH AVE | 14700 SMITH RD |
| DENVER, CO 80239 US | AURORA, CO 80011 US |
| | |
| Reference:  REF 145231 | Reference:  REF 145231 |

Proof of Delivery -           DELIVERED
Name, Date, Time           12/1/2023 2:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 145231 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| | | | **Dimensions**  Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024       Invoice#:  T03 24406246 00
File #: 5925094

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406247 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/01/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 142468

| Shipped From: | Shipped to: |
|---|---|
| Taylor Precision | YELLOW STATION #: 830 |
| 1221 N Alder | 18298 SLOVER AVE |
| RIALTO, CA 92376 US | BLOOMINGTON, CA 92316 US |
| | |
| Reference:  REF 142468 | Reference:  REF 142468 |

Proof of Delivery -           DELIVERED
Name, Date, Time           12/7/2023 2:54:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 142468 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024     Invoice#: T03 24406247 00
File #: 5925095

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.          We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406248 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/01/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 145138

| Shipped From: | Shipped to: |
|---|---|
| Gilbert Company | YELLOW STATION #: 830 |
| 1801 E. Cooley Dr | 18298 SLOVER AVE |
| COLTON, CA 92324 US | BLOOMINGTON, CA 92316 US |
| | |
| Reference:  REF 145138 | Reference:  REF 145138 |

Proof of Delivery -            DELIVERED
Name, Date, Time            12/7/2023 4:16:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 145138 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

Total Dim. Weight:            Total Cubic Feet:        **Dimensions**  Total Actual Weight: 40000.0        Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024        Invoice#: T03 24406248 00
File #: 5925096

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.        We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406249 00 |
|-----------|-----------------|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---------|-----------------|--|----------------|--------------|
| 12/01/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 530595

| Shipped From: | Shipped to: |
|---------------|-------------|
| HD Venture | YELLOW STATION #: 829 |
| 11650 Venture Dr | 10661 ETIWANDA AVE |
| MIRA LOMA, CA 91752 US | FONTANA, CA 92337 US |
| | |
| Reference:  REF 530595 | Reference:  REF 530595 |

Proof of Delivery -           DELIVERED
Name, Date, Time            12/1/2023 3:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 530595 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0

| Total Dim. Weight: | | Total Cubic Feet: | | | | | | Please Pay in USD |
|--------------------|--|-------------------|--|--|--|--|--|-------------------|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024      Invoice#:  T03 24406249 00
File #: 5925097

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406251 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/01/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 48355

| Shipped From: | Shipped to: |
|---|---|
| 3M | YELLOW STATION #: 829 |
| 5151 E. Philadelphia St | 10661 ETIWANDA AVE |
| ONTARIO, CA 91710 US | FONTANA, CA 92337 US |
| | |
| Reference: REF 48355 | Reference: REF 48355 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/5/2023 7:41:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 48355 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | Dimensions | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024     Invoice#: T03 24406251 00

File #: 5925100

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406252 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/01/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 850785

Shipped From:
Bradshaw
9409 Buffalo Ave
RANCHO CUCAMONGA, CA 91701 US

Reference: REF 850785

Shipped to:
YELLOW STATION #: 829
10661 ETIWANDA AVE
FONTANA, CA 92337 US

Reference: REF 850785

Proof of Delivery - DELIVERED
Name, Date, Time 12/1/2023 1:05:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 850785 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

**Dimensions**
Total Dim. Weight: | Total Cubic Feet: | Total Actual Weight: 40000.0 | Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date: 5/18/2024   Invoice#: T03 24406252 00
File #: 5925101

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1 OF 1

# INVOICE

| Invoice#: | T03 24406253 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 559758

| Shipped From: | Shipped to: |
|---|---|
| ADVANCED AUTO PARTS | CHICAGO |
| 3568 W US HIGHWAY 24 | 2000 LINCOLN HWY |
| REMINGTON, IN 47977 US | CHICAGO HEIGHTS, IL 60411 US |
| | |
| Reference:  REF 559758 | Reference:  REF 559758 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/7/2023 7:01:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 559758 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 600.00 |

Invoice Notes:

| | | | **Dimensions**  Total Actual Weight: 40000.0 | Please Pay in USD |
|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 600.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:      5/18/2024      Invoice#:  T03 24406253 00
File #: 5925102

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1                                          We thank you for your business

# INVOICE

| Invoice#: | T03 24406254 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

| Bill To: | Shipped to: |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference REF 123940 | |

| Shipped From:<br>Cargo Largo<br>3125 Weatherford Rd<br>INDEPENDENCE, MO 64055 US | Shipped to:<br>TERMINAL 326/KANSAS CITY<br>3500 BOOTH AVE<br>KANSAS CITY, MO 64129 US |
|---|---|
| Reference:  REF 123940 | Reference:  REF 123940 |

Proof of Delivery -           DELIVERED
Name, Date, Time            12/5/2023 11:19:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 123940 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

Total Dim. Weight:            Total Cubic Feet:        **Dimensions**  Total Actual Weight: 40000.0      Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br>ATTN: PATRICIA BARLEY | Please Remit to:<br>**OMNI LOGISTICS, LLC**<br>**MAIL CODE: 5237**<br>**P.O. BOX 660367**<br>**DALLAS, TX 75266-0367, US**<br>**Phone:(281) 209-9228**<br>**Fax: (281) 209-9512** |
|---|---|

**Due Date:**    5/18/2024      Invoice#:  T03 24406254 00
File #: 5925103

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406255 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 126655

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| Reference:  REF 126655 | Reference:  REF 126655 |

Proof of Delivery -        DELIVERED
Name, Date, Time        12/7/2023 1:44:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 126655 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date:    5/18/2024     Invoice#: T03 24406255 00
File #: 5925104

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

Invoice#:    T03 24406256 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 132577

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| | |
| Reference:  REF 132577 | Reference:  REF 132577 |

Proof of Delivery -        DELIVERED
Name, Date, Time            12/7/2023 1:50:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 132577 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

Total Dim. Weight:        Total Cubic Feet:        **Dimensions**  Total Actual Weight: 40000.0    Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406256 00
File #: 5925105

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.    We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406257 00 |
|---|---|

**Omni** Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 560766

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| | |
| Reference:  REF 560766 | Reference:  REF 560766 |

Proof of Delivery -         DELIVERED
Name, Date, Time         12/5/2023 10:43:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 560766 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | Total Cubic Feet: | | | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024       Invoice#: T03 24406257 00
File #: 5925106

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406258 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 850203

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| | |
| Reference:  REF 850203 | Reference:  REF 850203 |

Proof of Delivery -        DELIVERED
Name. Date. Time        12/7/2023 2:07:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 850203 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| | | | **Dimensions** | | Total Actual Weight: 40000.0 | Please Pay in USD |
|---|---|---|---|---|---|---|
Total Dim. Weight:        Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024        Invoice#:  T03 24406258 00
File #: 5925107

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.    We thank you for your business

1    OF    1

# INVOICE

Invoice#:    T03 24406259 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 135459

| Shipped From: | Shipped to: |
|---|---|
| BEST BUY ARDMORE DC#77 | DELIVERY LOCATION |
| 3211 PRAIRIE VALLEY RD | 8000 SW 15TH ST |
| ARDMORE, OK 73401 US | OKLAHOMA CITY, OK 73128 US |
| | |
| Reference:  REF 135459 | Reference:  REF 135459 |

Proof of Delivery -          DELIVERED
Name, Date, Time              12/5/2023 3:19:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 135459 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions** Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | | 350.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024       Invoice#:  T03 24406259 00

File #: 5925108

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

Invoice#:    T03 24406260 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US


PATRICIA BARLEY
Reference  REF 123775

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| | |
| Reference:  REF 123775 | Reference:  REF 123775 |

Proof of Delivery -          DELIVERED
Name, Date, Time        12/7/2023 1:23:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 123775 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD | |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406260 00
File #: 5925109

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406261 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

| Bill To: | Shipped to: |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference  REF 125325 | |
| Shipped From:<br>Cargo Largo<br>3125 Weatherford Rd<br>INDEPENDENCE, MO 64055 US | Shipped to:<br>TERMINAL 326/KANSAS CITY<br>3500 BOOTH AVE<br>KANSAS CITY, MO 64129 US |
| Reference:  REF 125325 | Reference:  REF 125325 |

| Proof of Delivery - | DELIVERED |
|---|---|
| Name, Date, Time | 12/6/2023 11:28:00 AM |

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 125325 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| | | | Dimensions | | | |
|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | Total Actual Weight: 40000.0 | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024
File #: 5925110

Invoice#:  T03 24406261 00

Please Remit to:
**OMNI LOGISTICS, LLC**
**MAIL CODE: 5237**
**P.O. BOX 660367**
**DALLAS, TX 75266-0367, US**
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1    OF    1

# INVOICE

Invoice#:    T03 24406262 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 125346

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| Reference:  REF 125346 | Reference:  REF 125346 |

Proof of Delivery -          DELIVERED
Name, Date, Time         12/7/2023 10:17:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 125346 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0

Total Dim. Weight:          Total Cubic Feet:          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date:    5/18/2024     Invoice#: T03 24406262 00
File #: 5925111

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406263 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 125644

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| | |
| Reference:  REF 125644 | Reference:  REF 125644 |

Proof of Delivery -            DELIVERED
Name, Date, Time            12/7/2023 2:03:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 125644 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

## Dimensions

Total Dim. Weight:            Total Cubic Feet:            Total Actual Weight: 40000.0            Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024        Invoice#: T03 24406263 00
File #: 5925112

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1  OF  1

# INVOICE

| Invoice#: | T03 24406264 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

**Bill To:**
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 127324

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| Reference: REF 127324 | Reference: REF 127324 |

Proof of Delivery -        DELIVERED
Name, Date, Time        12/7/2023 1:32:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 127324 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

**Invoice Notes:**

| | | | Dimensions  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**     5/18/2024     Invoice#: T03 24406264 00
File #: 5925113

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1  OF  1

# INVOICE

| Invoice#: | T03 24406265 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 129821

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| | |
| Reference:  REF 129821 | Reference:  REF 129821 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/6/2023 10:14:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 129821 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024          Invoice#: T03 24406265 00

File #: 5925114

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406266 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 131314

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| | |
| Reference:  REF 131314 | Reference:  REF 131314 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/6/2023 10:58:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 131314 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024
File #: 5925115

Invoice#:  T03 24406266 00

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406267 00 |
|---|---|

**Omni** Logistics'

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 133722

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| | |
| Reference:  REF 133722 | Reference:  REF 133722 |

Proof of Delivery -        DELIVERED
Name, Date, Time         12/6/2023 9:34:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 133722 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0     Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024       Invoice#:  T03 24406267 00
File #: 5925116

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406268 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 144843

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| | |
| Reference:  REF 144843 | Reference:  REF 144843 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/7/2023 9:33:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 144843 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| | | | **Dimensions** | | | |
|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | Total Actual Weight: 40000.0 | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**      5/18/2024      Invoice#: T03 24406268 00

File #: 5925117

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406269 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 530273

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| | |
| Reference:  REF 530273 | Reference:  REF 530273 |

Proof of Delivery -          DELIVERED
Name. Date. Time          12/7/2023 10:31:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 530273 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

**Dimensions**  Total Actual Weight: 40000.0

| Total Dim. Weight: | | Total Cubic Feet: | | | | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024       Invoice#:  T03 24406269 00
File #: 5925118

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1  OF  1          We thank you for your business

# INVOICE

Invoice#:    T03 24406270 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 12/05/2023 | Type of Service FULL TRUCKLOAD | | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|---|

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 531110

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| Reference: REF 531110 | Reference: REF 531110 |

Proof of Delivery -          DELIVERED
Name, Date, Time         12/7/2023 2:03:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 531110 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions** Total Actual Weight: 40000.0 | | | Please Pay in USD | |
|---|---|---|---|---|---|---|---|---|
| Pieces 1 | Length 0.0 | Width 0.0 | Height 0.0 | Pieces | Length | Width | Height | Total Charges 350.00 |

Please Remit to:

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406270 00

File #: 5925119

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406271 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 533081

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| | |
| Reference:  REF 533081 | Reference:  REF 533081 |

Proof of Delivery -          DELIVERED
Name, Date, Time         12/7/2023 9:38:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 533081 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**   Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024          Invoice#:  T03 24406271 00
File #: 5925121

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406305 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/05/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 850410

| Shipped From: | Shipped to: |
|---|---|
| Cargo Largo | TERMINAL 326/KANSAS CITY |
| 3125 Weatherford Rd | 3500 BOOTH AVE |
| INDEPENDENCE, MO 64055 US | KANSAS CITY, MO 64129 US |
| Reference:  REF 850410 | Reference:  REF 850410 |

Proof of Delivery -         DELIVERED
Name, Date, Time           12/7/2023 1:24:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 850410 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | Dimensions | Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024     Invoice#:  T03 24406305 00
File #: 5925545

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406306 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 12/07/2023 | Type of Service FULL TRUCKLOAD | | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|---|

**Bill To:**
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 142950-a

| Shipped From: | Shipped to: |
|---|---|
| Walmart - JET NJ1 FC | DELIVERY LOCATION |
| 2 Gateway Blvd | 1641 EDEN ROAD |
| PEDRICKTOWN, NJ 08067 US | MILLVILLE, NJ 08332 US |
| Reference:  REF 142950-a | Reference:  REF 142950-a |

Proof of Delivery -              DELIVERED
Name, Date, Time          12/8/2023 3:06:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 142950-A | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 375.00 |

Invoice Notes:

Total Dim. Weight:                    Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0        Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 375.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:      5/18/2024        Invoice#:  T03 24406306 00
File #: 5925546

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406307 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/07/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 138098

| Shipped From: | Shipped to: |
|---|---|
| MACYS | DELIVERY LOCATION |
| 16575 W COMMERCE DR | 2021 S 51ST AVE |
| GOODYEAR, AZ 85338 US | PHOENIX, AZ 85043 US |
| | |
| Reference:  REF 138098 | Reference:  REF 138098 |

Proof of Delivery -          DELIVERED
Name, Date, Time        12/7/2023 8:58:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 138098 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions** | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024       Invoice#:  T03 24406307 00
File #: 5925547

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406308 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/07/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 136838

| Shipped From: | Shipped to: |
|---|---|
| MACYS | DELIVERY LOCATION |
| 16575 W COMMERCE DR | 2021 S 51ST AVE |
| GOODYEAR, AZ 85338 US | PHOENIX, AZ 85043 US |
| Reference:  REF 136838 | Reference:  REF 136838 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/7/2023 10:20:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 136838 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions** Total Actual Weight: 40000.0 | | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024        Invoice#:  T03 24406308 00
File #: 5925548

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

**Invoice#:** T03 24406309 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/07/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 138991

Shipped From:
MACYS
16575 W COMMERCE DR
GOODYEAR, AZ 85338 US

Reference:  REF 138991

Shipped to:
DELIVERY LOCATION
2021 S 51ST AVE
PHOENIX, AZ 85043 US

Reference:  REF 138991

Proof of Delivery -          DELIVERED
Name, Date, Time          12/7/2023 10:22:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 138991 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**     5/18/2024     Invoice#:  T03 24406309 00
File #: 5925549

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1  OF  1

# INVOICE

| Invoice#: | T03 24406310 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/07/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 261282

| Shipped From: | Shipped to: |
|---|---|
| SAVERS DC PHOENIX #9933 | DELIVERY LOCATION |
| 5045 W ROOSEVELT ST | 2021 S 51ST AVE |
| PHOENIX, AZ 85043 US | PHOENIX, AZ 85043 US |
| Reference: REF 261282 | Reference: REF 261282 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/7/2023 10:24:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 261282 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| | | | **Dimensions** | Total Actual Weight: 40000.0 | Please Pay in USD |
|---|---|---|---|---|---|
Total Dim. Weight:        Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:        5/18/2024        Invoice#: T03 24406310 00
File #: 5925550

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406311 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/07/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

| Bill To: | |
|---|---|
| YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 139166 | |

| Shipped From: | Shipped to: |
|---|---|
| PEYTON'S PHOENIX
5305 W BUCKEYE RD
PHOENIX, AZ 85043 US | DELIVERY LOCATION
2021 S 51ST AVE
PHOENIX, AZ 85043 US |
| Reference:  REF 139166 | Reference:  REF 139166 |

Proof of Delivery -        DELIVERED
Name, Date, Time          12/7/2023 10:26:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 139166 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| | | | Dimensions | Total Actual Weight: 40000.0 | Please Pay in USD |
|---|---|---|---|---|---|
Total Dim. Weight:          Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Please Remit to:**
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024        Invoice#: T03 24406311 00
File #: 5925551

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1  OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406312 00 |
| --- | --- |

**Omni** Logistics'

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
| --- | --- | --- | --- | --- |
| 12/07/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

| Bill To: | |
| --- | --- |
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference REF 126981 | |

| Shipped From: | Shipped to: |
| --- | --- |
| Superior Logistics Center<br>3050 S 44th St<br>PHOENIX, AZ 85040 US | DELIVERY LOCATION<br>2021 S 51ST AVE<br>PHOENIX, AZ 85043 US |
| Reference: REF 126981 | Reference: REF 126981 |

| Proof of Delivery - | DELIVERED |
| --- | --- |
| Name, Date, Time | 12/7/2023 10:28:00 AM |

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | PC | 126981 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

| Invoice Notes: |
| --- |

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | | Please Pay in USD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:** 5/18/2024     Invoice#: T03 24406312 00
File #: 5925552

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1 OF 1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406313 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/07/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 131927

| Shipped From: | Shipped to: |
|---|---|
| Superior Logistics Center | DELIVERY LOCATION |
| 3050 S 44th St | 2021 S 51ST AVE |
| PHOENIX, AZ 85040 US | PHOENIX, AZ 85043 US |
| | |
| Reference: REF 131927 | Reference: REF 131927 |

Proof of Delivery -          DELIVERED
Name, Date, Time            12/7/2023 10:30:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 131927 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 200.00 |

Invoice Notes:

| | | **Dimensions** | | |
|---|---|---|---|---|
| Total Dim. Weight: | Total Cubic Feet: | | Total Actual Weight: 40000.0 | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:** 5/18/2024      Invoice#: T03 24406313 00
File #: 5925553

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1  OF  1

# INVOICE

| Invoice#: | T03 24406314 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/13/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 842248

| Shipped From: | Shipped to: |
|---|---|
| 3M | YELLOW STATION #: 829 |
| 5151 E. Philadelphia St | 10661 ETIWANDA AVE |
| ONTARIO, CA 91710 US | FONTANA, CA 92337 US |
| | |
| Reference:  REF 842248 | Reference:  REF 842248 |

Proof of Delivery -          DELIVERED
Name, Date, Time          1/8/2024 2:54:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 842248 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Please Remit to:**

OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#: T03 24406314 00
File #: 5925554

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1                                    We thank you for your business

# INVOICE

| Invoice#: | T03 24406315 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 3236

| Shipped From: | Shipped to: |
|---|---|
| FORD PARTS & SERVICE | YRC FREIGHT |
| 280 PROSPECT PLAINS RD | 49 THOMAS J RHODES IND. DR. |
| CRANBURY, NJ 08512 US | HAMILTON, NJ 08609 US |
| | |
| Reference: REF 3236 | Reference: REF 3236 |

Proof of Delivery -    DELIVERED
Name, Date, Time   12/22/2023 10:11:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 3236 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions** Total Actual Weight: 40000.0 | | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:** 5/18/2024     Invoice#: T03 24406315 00
File #: 5925555

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF  1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406316 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference REF 127894

| Shipped From: | Shipped to: |
|---|---|
| CVS-Woonsocket | TERMINAL 108 |
| 400 Founders Dr | 55 INDUSTRIAL RD |
| WOONSOCKET, RI 02895 US | PROVIDENCE, RI 02906 US |
| | |
| Reference: REF 127894 | Reference: REF 127894 |

Proof of Delivery -     DELIVERED
Name, Date, Time     12/21/2023 9:36:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 127894 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 450.00 |

Invoice Notes:

**Dimensions**   Total Actual Weight: 40000.0     Please Pay in USD

| Total Dim. Weight: | | Total Cubic Feet: | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 450.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024     Invoice#: T03 24406316 00
File #: 5925556

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

         1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406317 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 128881

| Shipped From: | Shipped to: |
|---|---|
| ORGILL | TERMINAL 510 |
| 7001 ELDER LAKE R | 1333 N MARKET ST |
| KILGORE, TX 75662 US | SHREVEPORT, LA 71107 US |
| | |
| Reference:  REF 128881 | Reference:  REF 128881 |

Proof of Delivery -            DELIVERED
Name, Date, Time              1/3/2024 11:30:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 128881 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

| | | Dimensions | | | |
|---|---|---|---|---|---|
| Total Dim. Weight: | Total Cubic Feet: | | Total Actual Weight: 40000.0 | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**    5/18/2024      Invoice#:  T03 24406317 00
File #: 5925557

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

Invoice#:    T03 24406318 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 129885

| Shipped From: | Shipped to: |
|---|---|
| BROOKSHIRE BROTHERS | TERMINAL 510 |
| 1402 N JOHN REDDITT DR | 1333 N MARKET ST |
| LUFKIN, TX 75901 US | SHREVEPORT, LA 71107 US |
| | |
| Reference:  REF 129885 | Reference:  REF 129885 |

Proof of Delivery -        DELIVERED
Name, Date, Time          1/8/2024 7:20:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 129885 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 750.00 |

Invoice Notes:

**Dimensions**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 750.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024        Invoice#: T03 24406318 00
File #: 5925558

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406319 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 130763

| Shipped From: | Shipped to: |
|---|---|
| ORGILL | TERMINAL 510 |
| 7001 ELDER LAKE R | 1333 N MARKET ST |
| KILGORE, TX 75662 US | SHREVEPORT, LA 71107 US |
| | |
| Reference:  REF 130763 | Reference:  REF 130763 |

Proof of Delivery -          DELIVERED
Name, Date, Time          1/3/2024 11:30:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 130763 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024     Invoice#: T03 24406319 00
File #: 5925559

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406320 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 139844

| Shipped From: | Shipped to: |
|---|---|
| ORGILL | TERMINAL 510 |
| 7001 ELDER LAKE R | 1333 N MARKET ST |
| KILGORE, TX 75662 US | SHREVEPORT, LA 71107 US |
| | |
| Reference:  REF 139844 | Reference:  REF 139844 |

Proof of Delivery -          DELIVERED
Name, Date, Time            1/4/2024 4:28:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 139844 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024          Invoice#:  T03 24406320 00
File #: 5925560

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1          We thank you for your business

# INVOICE

Invoice#:    T03 24406321 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 12/20/2023 | Type of Service FULL TRUCKLOAD | | | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|---|---|

**Bill To:**
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 140085

| Shipped From: | Shipped to: |
|---|---|
| ORGILL | TERMINAL 510 |
| 7001 ELDER LAKE R | 1333 N MARKET ST |
| KILGORE, TX 75662 US | SHREVEPORT, LA 71107 US |
| | |
| Reference:  REF 140085 | Reference:  REF 140085 |

Proof of Delivery -          DELIVERED
Name, Date, Time           1/4/2024 4:25:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 140085 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

**Invoice Notes:**

**Dimensions**  Total Actual Weight: 40000.0      Please Pay in USD

Total Dim. Weight:              Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406321 00
File #: 5925561

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406322 00 |
|-----------|-----------------|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 12/20/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 133782

| Shipped From: | Shipped to: |
|---------------|-------------|
| CVS | TERMINAL 172 |
| 500 Landsdowne Road | 9600 EXPRESS LANE |
| FREDERICKSBURG, VA 22404 US | RICHMOND, VA 23237 US |
| | |
| Reference:  REF 133782 | Reference:  REF 133782 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/21/2023 2:04:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 133782 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 550.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 550.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Due Date:     5/18/2024     Invoice#:  T03 24406322 00
File #: 5925562

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1   OF   1

# INVOICE

Invoice#:    T03 24406323 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 135119

| Shipped From: | Shipped to: |
|---|---|
| SAMS CLUB HATTIESBURG | TERMINAL 455 |
| 185 JM TATUM INDUSTRIAL DR | 102 CARRIER BLVD |
| HATTIESBURG, MS 39401 US | RICHLAND, MS 39218 US |
| Reference:  REF 135119 | Reference:  REF 135119 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/22/2023 2:08:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 135119 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 550.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 550.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406323 00
File #: 5925563

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406324 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

| Bill To: | |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference  REF 140246 | |

| Shipped From:<br>WALMART BROOKHAVEN 6011<br>2200 MANUFACTURERS BLVD<br>BROOKHAVEN, MS 39601 US | Shipped to:<br>TERMINAL 455<br>102 CARRIER BLVD<br>RICHLAND, MS 39218 US |
|---|---|
| Reference:  REF 140246 | Reference:  REF 140246 |

Proof of Delivery -              DELIVERED
Name, Date, Time              12/22/2023 2:08:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 140246 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**     5/18/2024          Invoice#:  T03 24406324 00
File #: 5925564

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1     OF     1

# INVOICE

Invoice#:    T03 24406325 00

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 142384

| Shipped From: | Shipped to: |
|---|---|
| VELUX AMERICA | TERMINAL 154 |
| 85 SPENCER RD | 75 EISENHOWER DRIVE |
| WELLS, ME 04090 US | WESTBROOK, ME 04092 US |
| | |
| Reference:  REF 142384 | Reference:  REF 142384 |

Proof of Delivery -            DELIVERED
Name, Date, Time            12/22/2023 10:15:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 142384 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 400.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 400.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    5/18/2024        Invoice#:  T03 24406325 00

File #: 5925565

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406326 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped 12/20/2023 | Type of Service FULL TRUCKLOAD | Salesperson ID DFW26 | Invoice Date 5/17/2024 |
|---|---|---|---|

**Bill To:**
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 142750

**Shipped From:**
L L BEAN
3 CAMPUS DR
FREEPORT, ME 04033 US

Reference:  REF 142750

**Shipped to:**
TERMINAL 154
75 EISENHOWER DRIVE
WESTBROOK, ME 04092 US

Reference:  REF 142750

Proof of Delivery -          DELIVERED
Name, Date, Time          12/22/2023 10:15:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 142750 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 400.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**   Total Actual Weight: 40000.0     Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 400.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406326 00
File #: 5925566

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406327 00 |
|-----------|-----------------|

**Omni Logistics**

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 12/20/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US


PATRICIA BARLEY
Reference  REF 143653

| Shipped From: | Shipped to: |
|---------------|-------------|
| BROOKSHIRE BROTHERS | TERMINAL 510 |
| 2608 Martin Luther King Jr Blvd | 1333 N MARKET ST |
| LUFKIN, TX 75901 US | SHREVEPORT, LA 71107 US |
| | |
| Reference:  REF 143653 | Reference:  REF 143653 |

Proof of Delivery -          DELIVERED
Name, Date, Time            1/5/2024 9:58:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 143653 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 700.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:            Total Cubic Feet:              Total Actual Weight: 40000.0      Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 700.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024       Invoice#:  T03 24406327 00
File #: 5925567

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406329 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 485031

| Shipped From: | Shipped to: |
|---|---|
| Samsung | TERMINAL 178 |
| 705 S Church St | 1284 SOUTH MOUNTAIN RD |
| HAZLETON, PA 18201 US | MOUNTAIN TOP, PA 18707 US |
| | |
| Reference:  REF 485031 | Reference:  REF 485031 |

Proof of Delivery -            DELIVERED
Name, Date, Time              12/21/2023 8:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 485031 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 325.00 |

Invoice Notes:

Total Dim. Weight:            Total Cubic Feet:        **Dimensions**  Total Actual Weight: 40000.0      Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 325.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406329 00
File #: 5925569

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

Invoice#:    T03 24406330 00

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 522031

| Shipped From: | Shipped to: |
|---|---|
| LEVI STRAUSS & CO | TERMINAL 455 |
| LEVI STRAUSS & CO | 102 CARRIER BLVD |
| CANTON, MS 39046 US | RICHLAND, MS 39218 US |
| | |
| Reference:  REF 522031 | Reference:  REF 522031 |

Proof of Delivery -          DELIVERED
Name. Date. Time          12/22/2023 2:07:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 522031 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 400.00 |

Invoice Notes:

**Dimensions**   Total Actual Weight: 40000.0

Total Dim. Weight:          Total Cubic Feet:          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 400.00 |

Please Remit to:

YELLOW CORPORATION          OMNI LOGISTICS, LLC
11500 OUTLOOK ST STE 400          MAIL CODE: 5237
OVERLAND PARK, KS 66211 US          P.O. BOX 660367
ATTN: PATRICIA BARLEY          DALLAS, TX 75266-0367, US
          Phone:(281) 209-9228
Due Date:    5/18/2024    Invoice#: T03 24406330 00          Fax: (281) 209-9512
File #: 5925570

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.          We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | T03 24406331 00 |
|---|---|

**Omni** Logistics®

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 48122

| Shipped From: | Shipped to: |
|---|---|
| BI MART | TERMINAL 506 |
| 3400 W 1 ST AVE | 3500 W 1ST AVE |
| EUGENE, OR 97402 US | EUGENE, OR 97402 US |
| Reference:  REF 48122 | Reference:  REF 48122 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/21/2023 1:25:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 48122 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

**Dimensions**

Total Dim. Weight:          Total Cubic Feet:          Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024     Invoice#: T03 24406331 00
File #: 5925571

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.          We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | T03 24406332 00 |
|-----------|-----------------|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---------|-----------------|----------------|--------------|
| 12/20/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 132204

| Shipped From: | Shipped to: |
|---------------|-------------|
| WILLIAMS BROTHERS | TERMINAL 604 |
| 3941 WYNNE AVE. SUITE 6 | 122005 W BROWNS GULCH RD |
| BUTTE, MT 59701 US | BUTTE, MT 59701 US |
| | |
| Reference:  REF 132204 | Reference:  REF 132204 |

Proof of Delivery -            DELIVERED
Name, Date, Time             12/21/2023 11:18:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 132204 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 400.00 |

Invoice Notes:

Total Dim. Weight:        Total Cubic Feet:        **Dimensions**  Total Actual Weight: 40000.0        Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 400.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024         Invoice#: T03 24406332 00

File #: 5925572

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1                                    We thank you for your business

# INVOICE

| Invoice#: | T03 24406333 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 353227

| Shipped From: | Shipped to: |
|---|---|
| CVS-BEECH ISLAND | TERMINAL 684 |
| 111 REVCO ROAD | 4200 WHEELER RD |
| BEECH ISLAND, SC 29842 US | MARTINEZ, GA 30907 US |
| | |
| Reference:  REF 353227 | Reference:  REF 353227 |

| Proof of Delivery - | DELIVERED |
|---|---|
| Name, Date, Time | 12/22/2023 10:19:00 AM |

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 353227 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| Total Dim. Weight: | | Total Cubic Feet: | | **Dimensions**  Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024      Invoice#:  T03 24406333 00
File #: 5925573

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1                                We thank you for your business

# INVOICE

| Invoice#: | T03 24406334 00 |
|-----------|-----------------|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---------|-----------------|---|----------------|--------------|
| 12/20/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

| Bill To: |
|----------|
| YELLOW CORPORATION |
| 11500 OUTLOOK ST STE 400 |
| OVERLAND PARK, KS 66211 US |
| |
| PATRICIA BARLEY |
| Reference  REF 531155 |

| Shipped From: | Shipped to: |
|---------------|-------------|
| LEVI STRAUSS & CO | TERMINAL 455 |
| LEVI STRAUSS & CO | 102 CARRIER BLVD |
| CANTON, MS 39046 US | RICHLAND, MS 39218 US |
| | |
| Reference:  REF 531155 | Reference:  REF 531155 |

Proof of Delivery -          DELIVERED
Name, Date, Time            12/22/2023 2:06:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | 531155 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 400.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 400.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Please Remit to:**
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024          Invoice#:  T03 24406334 00

File #: 5925574

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406335 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/20/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 821000

| Shipped From: | Shipped to: |
|---|---|
| WILLIAMS BROTHERS | TERMINAL 604 |
| 3941 WYNNE AVE. SUITE 6 | 122005 W BROWNS GULCH RD |
| BUTTE, MT 59701 US | BUTTE, MT 59701 US |
| | |
| Reference:  REF 821000 | Reference:  REF 821000 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/21/2023 11:17:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 821000 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 350.00 |

Invoice Notes:

| | Dimensions | | | | | |
|---|---|---|---|---|---|---|
| Total Dim. Weight: | | Total Cubic Feet: | | Total Actual Weight: 40000.0 | | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 350.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     5/18/2024     Invoice#: T03 24406335 00
File #: 5925575

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

Invoice#:    T03 24406336 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/21/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

| Bill To: | |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference  REF 430751 | |

| Shipped From: | Shipped to: |
|---|---|
| HD Venture<br>11650 Venture Dr<br>MIRA LOMA, CA 91752 US | YELLOW STATION #: 829<br>10661 ETIWANDA AVE<br>FONTANA, CA 92337 US |
| Reference:  REF 430751 | Reference:  REF 430751 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/22/2023 9:11:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 430751 | 35000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

| | | | | **Dimensions** Total Actual Weight: 35000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|

Total Dim. Weight:          Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:          5/18/2024          Invoice#:  T03 24406336 00

File #: 5925576

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406328 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/29/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 145204

| Shipped From: | Shipped to: |
|---|---|
| Mclane Southern | TERMINAL 455 |
| 2104 E Manufacturers Boulevard NE | 102 CARRIER BLVD |
| BROOKHAVEN, MS 39601 US | RICHLAND, MS 39218 US |
| Reference:  REF 145204 | Reference:  REF 145204 |

Proof of Delivery -          DELIVERED
Name, Date, Time          12/21/2023 4:32:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 145204 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 600.00 |

Invoice Notes:

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 600.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     5/18/2024        Invoice#: T03 24406328 00
File #: 5925568

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

Invoice#:    T03 24406337 00

Omni Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/29/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 144615

| Shipped From: | Shipped to: |
|---|---|
| GROVE WINDOW Supply | SEATTLE |
| 4175 326th Ave NE | 12855 48TH AVE S |
| CARNATION, WA 98014 US | SEATTLE, WA 98168 US |
| | |
| Reference:  REF 144615 | Reference:  REF 144615 |

Proof of Delivery -            DELIVERED
Name, Date, Time         1/4/2024 10:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 144615 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 500.00 |

Invoice Notes:

Total Dim. Weight:            Total Cubic Feet:         **Dimensions**  Total Actual Weight: 40000.0        Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 500.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024        Invoice#:  T03 24406337 00
File #: 5925577

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406338 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 12/29/2023 | FULL TRUCKLOAD | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 897156

| Shipped From: | Shipped to: |
|---|---|
| FERN | SEATTLE |
| 126 INTERURBAN AVE S | 12855 48TH AVE S |
| SEATTLE, WA 98168 US | SEATTLE, WA 98168 US |
| Reference:  REF 897156 | Reference:  REF 897156 |

Proof of Delivery -        DELIVERED
Name, Date, Time         1/4/2024 9:04:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 897156 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 450.00 |

Invoice Notes:

| | | | | **Dimensions**   Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|

Total Dim. Weight:          Total Cubic Feet:

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 450.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**      5/18/2024        Invoice#:  T03 24406338 00
File #: 5925578

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24406339 00 |

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 12/29/2023 | FULL TRUCKLOAD | | DFW26 | 5/17/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 897157

| Shipped From: | Shipped to: |
|---|---|
| FERN | SEATTLE |
| 126 INTERURBAN AVE S | 12855 48TH AVE S |
| SEATTLE, WA 98168 US | SEATTLE, WA 98168 US |
| | |
| Reference:  REF 897157 | Reference:  REF 897157 |

Proof of Delivery -          DELIVERED
Name. Date. Time          1/4/2024 9:00:00 AM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | 897157 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 450.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | Please Pay in USD |
|---|---|---|---|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 450.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    5/18/2024     Invoice#:  T03 24406339 00
File #: 5925579

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

We thank you for your business

1   OF   1

# INVOICE

| Invoice#: | DFW 8596300 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - DFW**

1010 SOUTH INDUSTRIAL
BUILDING A
EULESS, TX 76040
Phone: (817) 410-9225 Fax (775) 659-1964

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 10/17/2023 | FULL TRUCKLOAD | HQ119 | 11/20/2023 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference

| Shipped From: | Shipped to: |
|---|---|
| BEST BUY 1317 DALLAS DT | YELLOW STATION #511 |
| 609 ENTERPRISE DR | 200 N BELTLINE RD |
| FLOWER MOUND, TX 75028 US | IRVING, TX 75061 US |
| | |
| Reference: TRL 145027 | Reference: |

Proof of Delivery -          DROPPED IN YARD
Name, Date, Time             10/17/2023 5:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | ID# | 145027 | 36784.0 | L | | |
| | TRUCK | TRUCKLOAD | | | | 300.00 |

Invoice Notes:

Total Dim. Weight: 36784.0    Total Cubic Feet: 4129.583    **Dimensions**  Total Actual Weight: 10000.0    Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 636.0 | 102.0 | 110.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
**OMNI LOGISTICS, LLC**
**MAIL CODE: 5237**
**P.O. BOX 660367**
**DALLAS, TX 75266-0367, US**
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**  11/21/2023    Invoice#: DFW 8596300 00

File #: 5534500

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | DFW 848408 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - DFW**

**1010 SOUTH INDUSTRIAL**
**BUILDING A**
**EULESS, TX 76040**
**Phone: (817) 410-9225 Fax (775) 659-1964**

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | HQ119 | 6/26/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference

| Shipped From: | Shipped to: |
|---|---|
| BROOKSHIRE | YELLOW STATION #508 |
| 4376 OLD JACKSONVILLE HWY | 12340 E NORTHWEST HWY |
| TYLER, TX 75703 US | DALLAS, TX 75228 US |
| | |
| Reference: TRL 138035 | Reference: |

| Proof of Delivery - | trailer not located |
|---|---|
| Name, Date, Time | 10/31/2023 5:00:00 PM |

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | ID# | 138035 | 36784.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 900.00 |

**Invoice Notes:**

| | | Dimensions | | |
|---|---|---|---|---|
| Total Dim. Weight: 36784.0 | Total Cubic Feet: 4129.583 | | Total Actual Weight: 10000.0 | Please Pay in USD |

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 636.0 | 102.0 | 110.0 | | | | | 900.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**  6/27/2024      Invoice#: DFW 848408 00
File #: 5534181

Please Remit to:
**OMNI LOGISTICS, LLC**
**MAIL CODE: 5237**
**P.O. BOX 660367**
**DALLAS, TX 75266-0367, US**
**Phone:(281) 209-9228**
**Fax: (281) 209-9512**
Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1  OF  1

We thank you for your business

# INVOICE

| Invoice#: | DFW 848420 00 |
|---|---|

**Omni** Logistics

OMNI LOGISTICS - DFW

1010 SOUTH INDUSTRIAL
BUILDING A
EULESS, TX 76040
Phone: (817) 410-9225 Fax (775) 659-1964

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | | HQ119 | 6/26/2024 |

| Bill To: | |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference | |

| Shipped From: | Shipped to: |
|---|---|
| DOSKOCIL<br>3201 N HOUSTON SCHOOL RD<br>LANCASTER, TX 75134 US | YELLOW STATION #525<br>5501 CAMPUS DR<br>FORT WORTH, TX 76140 US |
| Reference: TRL 390054 | Reference: |

Proof of Delivery -         trailer not located
Name, Date, Time         10/31/2023 5:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | ID# | 390054 | 36784.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

**Invoice Notes:**

| Total Dim. Weight: 36784.0 | Total Cubic Feet: 4129.583 | Dimensions Total Actual Weight: 10000.0 | Please Pay in USD |
|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 636.0 | 102.0 | 110.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:** 6/27/2024      Invoice#: DFW 848420 00

File #: 5534193

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

1    OF    1

# INVOICE

| Invoice#: | DFW 848450 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - DFW**

**1010 SOUTH INDUSTRIAL**
**BUILDING A**
**EULESS, TX 76040**
**Phone: (817) 410-9225 Fax (775) 659-1964**

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | HQ119 | 6/26/2024 |

| Bill To: | Shipped to: |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference | |

| Shipped From: | Shipped to: |
|---|---|
| TRUE VALUE COMPANY<br>2601 E HIGHWAY 31<br>CORSICANA, TX 75109 US | YELLOW STATION #508<br>12340 E NORTHWEST HWY<br>DALLAS, TX 75228 US |
| Reference:  TRL 850463 | Reference: |

Proof of Delivery -          trailer not located
Name, Date, Time          10/31/2023 5:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | ID# | 850463 | 36784.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

**Invoice Notes:**

Total Dim. Weight:  36784.0       Total Cubic Feet:  4129.583    **Dimensions**  Total Actual Weight: 10000.0      Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 636.0 | 102.0 | 110.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:**     6/27/2024        Invoice#:  DFW 848450 00
File #: 5534217

Please Remit to:
**OMNI LOGISTICS, LLC**
**MAIL CODE: 5237**
**P.O. BOX 660367**
**DALLAS, TX 75266-0367, US**
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | DFW 848456 00 |
|---|---|

Omni Logistics

OMNI LOGISTICS - DFW

**1010 SOUTH INDUSTRIAL**
**BUILDING A**
**EULESS, TX 76040**
Phone: (817) 410-9225 Fax (775) 659-1964

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 10/31/2023 | FULL TRUCKLOAD | HQ119 | 6/26/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference

| Shipped From: | Shipped to: |
|---|---|
| BROOKSHIRE GROCERY C | YELLOW STATION #508 |
| 1600 SWLOOP 323 S | 12340 E NORTHWEST HWY |
| TYLER, TX 75701 US | DALLAS, TX 75228 US |

Reference: TRL 897292          Reference:

Proof of Delivery -          trailer not located
Name, Date, Time          10/31/2023 5:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | ID# | 897292 | 36784.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 900.00 |

Invoice Notes:

Total Dim. Weight: 36784.0     Total Cubic Feet: 4129.583     **Dimensions**  Total Actual Weight: 10000.0     Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 636.0 | 102.0 | 110.0 | | | | | 900.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**   6/27/2024     Invoice#: DFW 848456 00
File #: 5534223

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1   OF   1

We thank you for your business

# INVOICE

| Invoice#: | DFW 8608346 00 |
|---|---|

● Omni Logistics

OMNI LOGISTICS - DFW

1010 SOUTH INDUSTRIAL
BUILDING A
EULESS, TX 76040
Phone: (817) 410-9225 Fax (775) 659-1964

| Shipped | Type of Service | Salesperson ID | Invoice Date |
|---|---|---|---|
| 11/28/2023 | FULL TRUCKLOAD | HQ119 | 12/11/2023 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference

| Shipped From: | Shipped to: |
|---|---|
| AMAZON | YELLOW STATION #511 |
| 2701 W BETHEL RD | 200 N BELTLINE RD |
| COPPELL, TX 75099 US | IRVING, TX 75061 US |
| | |
| Reference: TRL HMS 537986 | Reference: |

Proof of Delivery -        TRAILER NOT AT LOCATION
Name, Date, Time           11/30/2023 12:00:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | ID# | HMS 537986 | 36784.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 300.00 |

Invoice Notes:

| | | | **Dimensions** | | | |
|---|---|---|---|---|---|---|
Total Dim. Weight:  36784.0      Total Cubic Feet:  4129.583      Total Actual Weight: 10000.0      Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 636.0 | 102.0 | 110.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:     12/12/2023     Invoice#: DFW 8608346 00
File #: 5618093

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1    OF    1

We thank you for your business

# INVOICE

| Invoice#: | DFW 8608556 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - DFW**

**1010 SOUTH INDUSTRIAL**
**BUILDING A**
**EULESS, TX 76040**
**Phone: (817) 410-9225 Fax (775) 659-1964**

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 11/29/2023 | FULL TRUCKLOAD | | HQ119 | 12/11/2023 |

| Bill To: | Shipped to: |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference | |

| Shipped From: | Shipped to: |
|---|---|
| CURT MFG<br>3535 N HOUSTON SCHOOL RD<br>Lancaster, TX 75134 US | YELLOW STATION #511<br>200 N BELTLINE RD<br>IRVING, TX 75061 US |
| Reference: TRL 560116 | Reference: |

| Proof of Delivery - | DROPPED IN YARD |
|---|---|
| Name, Date, Time | 12/1/2023 5:00:00 PM |

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | ID# | 560116 | 36784.0 | L | | |
| | FRT | FREIGHT CHARGES | 36784.000 | | | 300.00 |

**Invoice Notes:**

| Total Dim. Weight: 36784.0 | Total Cubic Feet: 4129.583 | **Dimensions** Total Actual Weight: 10000.0 | Please Pay in USD |
|---|---|---|---|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 636.0 | 102.0 | 110.0 | | | | | 300.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Due Date:** 12/12/2023    Invoice#: DFW 8608556 00
File #: 5620635

1  OF  1

Please Remit to:
**OMNI LOGISTICS, LLC**
**MAIL CODE: 5237**
**P.O. BOX 660367**
**DALLAS, TX 75266-0367, US**
Phone:(281) 209-9228
Fax: (281) 209-9512

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

We thank you for your business

# INVOICE

| Invoice#: | T03 24421029 00 |
|-----------|-----------------|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---------|-----------------|---|----------------|--------------|
| 03/15/2024 | FULL TRUCKLOAD | | DFW26 | 10/3/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 283448

| Shipped From: | Shipped to: |
|---------------|-------------|
| Recovery Location | YRC TERMINAL SLC |
| 3309 W. 600 North | 2410 2700 WEST |
| CEDAR CITY, UT 84720 US | WEST VALLEY CITY, UT 84119 US |
| Reference:  REF 283448 | Reference:  REF 283448 |

Proof of Delivery -          DELIVERED
Name, Date, Time          3/15/2024 1:13:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|--------|------|-------------|-----------------|------------|------|--------|
| 1 | PC | TRAILER 283448 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 1200.00 |

Invoice Notes:

**Dimensions**

| Total Dim. Weight: | | Total Cubic Feet: | | | Total Actual Weight: 40000.0 | | | Please Pay in USD |
|---------------------|---|--------------------|---|---|------------------------------|---|---|-------------------|

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|--------|--------|-------|--------|--------|--------|-------|--------|---------------|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 1200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:

**OMNI LOGISTICS, LLC**
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**    10/4/2024          Invoice#: T03 24421029 00
File #: 6172546

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1   OF   1                                          We thank you for your business

# INVOICE

Invoice#:    T03 24421028 00

**Omni** Logistics

OMNI LOGISTICS - T03

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 03/14/2024 | FULL TRUCKLOAD | | DFW26 | 10/3/2024 |

Bill To:
YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US

PATRICIA BARLEY
Reference  REF 289201

| Shipped From: | Shipped to: |
|---|---|
| John Paul Mitchell Systems | DROP LOCATION |
| 20705 Center Pointe Parkway | 9933 BEVERLY BLVD |
| SANTA CLARITA, CA 91350 US | PICO RIVERA, CA 90660 US |
| | |
| Reference:  REF 289201 | Reference:  REF 289201 |

Proof of Delivery -      LENNY LAGORIC
Name, Date, Time         3/14/2024 12:40:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | TRAILER 289201 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 450.00 |

Invoice Notes:

Total Dim. Weight:                    Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0     Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 450.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

Please Remit to:
OMNI LOGISTICS, LLC
MAIL CODE: 5237
P.O. BOX 660367
DALLAS, TX 75266-0367, US
Phone:(281) 209-9228
Fax: (281) 209-9512

Due Date:    10/4/2024      Invoice#: T03 24421028 00
File #: 6172545

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at http://www.omnilogistics.com or upon request. Invoices paid after payment terms have elapsed, might be subject to a late fee assessed and billed monthly.

1  OF   1

We thank you for your business

# INVOICE

| Invoice#: | T03 24421030 00 |
|---|---|

Omni Logistics

**OMNI LOGISTICS - T03**

3200 OLYMPUS BLVD
SUITE 300
DALLAS, TX 75019
Phone: 866-312-2244 Fax

| Shipped | Type of Service | | Salesperson ID | Invoice Date |
|---|---|---|---|---|
| 03/15/2024 | FULL TRUCKLOAD | | DFW26 | 10/3/2024 |

| Bill To: | |
|---|---|
| YELLOW CORPORATION<br>11500 OUTLOOK ST STE 400<br>OVERLAND PARK, KS 66211 US<br><br>PATRICIA BARLEY<br>Reference  REF 33322 | |

| Shipped From: | Shipped to: |
|---|---|
| Recovery Location<br>3309 W. 600 North<br>CEDAR CITY, UT 84720 US | YRC TERMINAL SLC<br>2410 2700 WEST<br>WEST VALLEY CITY, UT 84119 US |
| Reference:  REF 33322 | Reference:  REF 33322 |

Proof of Delivery -          DELIVERED
Name, Date, Time         3/15/2024 1:13:00 PM

| Pieces | Type | Description | Chargeable Wgt. | Lbs or Kgs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PC | TRAILER 33322 | 40000.0 | L | | |
| | FRT | FREIGHT CHARGES | | | | 1200.00 |

**Invoice Notes:**

Total Dim. Weight:          Total Cubic Feet:          **Dimensions**  Total Actual Weight: 40000.0          Please Pay in USD

| Pieces | Length | Width | Height | Pieces | Length | Width | Height | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.0 | 0.0 | | | | | 1200.00 |

YELLOW CORPORATION
11500 OUTLOOK ST STE 400
OVERLAND PARK, KS 66211 US
ATTN: PATRICIA BARLEY

**Please Remit to:**

**OMNI LOGISTICS, LLC**
**MAIL CODE: 5237**
**P.O. BOX 660367**
**DALLAS, TX 75266-0367, US**
Phone:(281) 209-9228
Fax: (281) 209-9512

**Due Date:**     10/4/2024          Invoice#: T03 24421030 00
File #: 6172547

Subject to Omni Logistics, LLC. Standard Terms and Conditions available at
http://www.omnilogistics.com or upon request. Invoices paid after payment
terms have elapsed, might be subject to a late fee assessed and billed
monthly.

1  OF  1

We thank you for your business