**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER
CONFIRMATION OF THE DEBTORS' SECOND AMENDED JOINT
CHAPTER 11 PLAN AND RELATED VOTING AND OBJECTION DEADLINES**

   **PLEASE TAKE NOTICE** that, on November 22, 2024, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 5024] (the "Disclosure Statement Order") (a) authorizing Yellow Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors") to solicit votes on the *Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5028] (as may be altered, amended, modified, or supplemented from time to time, the "Plan");[2] (b) approving the *Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5027] (as may be amended, supplemented, or modified from time to time, the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan.

   **PLEASE TAKE FURTHER NOTICE** that, on November 22, 2024, the Debtors filed and served the *Notice of Hearing to Consider Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines* [Docket No. 5029] noticing that the Bankruptcy Court would consider Confirmation of the Plan at a hearing (the "Confirmation Hearing") scheduled for February 4, 2025, at 2:00 p.m., prevailing Eastern Time, before the Honorable Craig T. Goldblatt, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market St., Third Floor, Wilmington, DE 19801.

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' Claims and Noticing Agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]  Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan, Disclosure Statement, or Disclosure Statement Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Committee, have adjourned the Confirmation Hearing to **February 24, 2025 at 10:30 a.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Committee, have amended the dates and deadlines related to confirmation and solicitation as set forth below, which dates and deadlines shall supersede and be incorporated by reference into the Disclosure Statement Order and Solicitation Packages as if fully set forth therein. The Committee supports the confirmation and solicitation timeline set forth below.

| Event | Date | Description |
| --- | --- | --- |
| Deadline to File Motion Pursuant to Bankruptcy Rule 3018(a). | January 28, 2025, at 4:00 p.m., prevailing Eastern Time | The deadline by which a claimant holding a Disputed Claim must file a motion with the Bankruptcy Court to temporarily allow its Claim in an amount that the Bankruptcy Court considers proper for voting to accept or reject the Plan. |
| Plan Supplement Filing Deadline | February 3, 2025 | The date by which the Debtors shall file the Plan Supplement. |
| Voting Deadline, Opt-In Deadline | February 11, 2025, at 4:00 p.m., prevailing Eastern Time | The deadline by which all Ballots and Opt-In Forms must be properly executed, completed, and submitted so that they are *actually received* by Epiq Corporate Restructuring, LLC. |
| Plan Objection Deadline | February 11, 2025, at 4:00 p.m., prevailing Eastern Time | The deadline by which parties in interest may file objections to confirmation of the Plan. |
| Deadline to File Voting Report | February 17, 2025 | The date by which the report tabulating the voting on the Plan shall be filed with the Bankruptcy Court. |
| Confirmation Brief and Reply Deadline | February 20, 2025 | The deadline by which the Debtors shall file their brief in support of confirmation of the Plan and reply to objections to confirmation of the Plan. |
| Confirmation Hearing Date | February 24, 2025, at 10:30 a.m., prevailing Eastern Time | The date of the Confirmation Hearing. |

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing and related dates and deadlines may be continued from time to time by the Bankruptcy Court or the Debtors, in

consultation with the Committee, without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on all parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Disclosure Statement, the Disclosure Statement Order, and all other documents filed in these Chapter 11 Cases are available free of charge by visiting the Debtors' restructuring website at https://dm.epiq11.com/YellowCorporation. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.deb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Dated:  January 10, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Laura Davis Jones* | |
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone:    (312) 862-2000 |
| Wilmington, Delaware 19801 | Facsimile:    (312) 862-2200 |
| Telephone:    (302) 652-4100 | Email:    patrick.nash@kirkland.com |
| Facsimile:    (302) 652-4400 | david.seligman@kirkland.com |
| Email:    ljones@pszjlaw.com | |
| tcairns@pszjlaw.com | |
| pkeane@pszjlaw.com | -and- |
| ecorma@pszjlaw.com | |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:    (212) 446-4800 |
| | Facsimile:    (212) 446-4900 |
| | Email:    allyson.smith@kirkland.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |